UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *McCombs*, 7:20cv94 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

**DEPOSITION DESIGNATIONS ORDER NO. 2**

This Order addresses Defendants' objections and counter-designations to Plaintiff's affirmative deposition designations and Plaintiff's objections to Defendants' counter-designations thereto for the following witness depositions:

1. Knauer, R. 2019-12-17
2. Ibrahim, A. 2020-09-23
3. Love, T. 2020-10-02

This Order also addresses the Plaintiffs' objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiffs' counter-designations thereto for the following witness depositions:

1. Battler, Leanne
2. Ibrahim, Ahmed
3. Love, Tiundra

4. Merkley, John

5. Murphy, William

**SO ORDERED**, on this 13th day of May, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# DEFENDANTS' AFFIRMATIVE DESIGNATIONS

# DEFENDANTS' AFFIRMATIVE DESIGNATIONS