# EXHIBIT 1

# PLAINTIFFS' AFFIRMATIVE DESIGNATIONS

# Knauer, R. 2019-12-17

Colors

Plaintiff Affirmatives

Defense Objections

Defense Counters

Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **8:6 - 8:10   Knauer, R. 2019-12-17**<br>8 6    BY MR. MONSOUR:<br>8 7    Q.   Good morning.<br>8 8    A.   Good morning.<br>8 9    Q.   What's your name?<br>8 10   A.   Richard Knauer. | | | | |
| **8:18 - 8:24   Knauer, R. 2019-12-17**<br>8 18   Q.   Okay.  What do you do for a living?<br>8 19   A.   I am retired.<br>8 20   Q.   Okay.  How long have you been retired?<br>8 21   A.   I have been retired since 2006.<br>8 22   Q.   Okay.  And who did you work for when you<br>8 23   retired?<br>8 24   A.   I worked for Aearo. | | | | |
| **9:10 - 10:1   Knauer, R. 2019-12-17**<br>9 10   Q.   Okay.  Did you ever work for 3M?<br>9 11   A.   I -- after I retired from Aearo in -- in<br>9 12   2006, I went back to work for Aearo at that time as a<br>9 13   consultant and continued to work for Aearo for about<br>9 14   three, three-and-a-half years, and I believe in that<br>9 15   period of time -- definitely in that period of time 3M<br>9 16   purchased Aearo, yes.<br>9 17   Q.   Okay.  So you retired from working full<br>9 18   time in 2006.<br>9 19   Could you tell me exactly when in 2006?<br>9 20   A.   It was April 30th, 2006.<br>9 21   Q.   Okay.  And then how long did you work as a<br>9 22   consultant?<br>9 23   A.   I worked two different stints as a<br>9 24   consultant.  The original time I worked from 2006 to,<br>9 25   I believe 2009, possibly a little bit in 2010.  I<br>10 1   don't have all -- I don't remember all of the details. | | | | |
| **12:1 - 12:2   Knauer, R. 2019-12-17**<br>12 1   Q.   When you retired, what was your title?<br>12 2   A.   Technical director. | **Re: [12:1-12:8]**<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64 | **Re: [12:1-12:8]**<br>Plt Objection -<br>Improper Counter<br>Designation per<br>PTO 64<br>**SUSTAINED as<br>to [12:3-12:8]<br>OVERRULED,<br>in all other<br>respects.** | | |

| | | | | |
|---|---|---|---|---|
| **13:9 - 13:13   Knauer, R. 2019-12-17**<br>13 9    Q.   What was your work relationship, and I'm<br>13 10   talking about hierarchy, with Elliott Berger?<br>13 11   Were you his supervisor?<br>13 12   A.   At times -- yes, many times I was his<br>13 13   supervisor. | | | | |
| **13:18 - 14:1   Knauer, R. 2019-12-17**<br>13 18   Q.   And then there is a man by the name of, I<br>13 19   think, Ron Kieper?<br>13 20   A.   Yes.<br>13 21   Q.   Were you his supervisor as well?<br>13 22   A.   Elliott Berger was his supervisor.<br>13 23   Q.   Okay.  So Kieper reported to Berger,<br>13 24   Berger reported to you?<br>13 25   A.   At -- certainly at the end of the -- at --<br>14 1   at one point, yes. | | | | |
| **15:13 - 16:14   Knauer, R. 2019-12-17**<br>15 13   Q.   It says: "Dick is the Senior Technical<br>15 14   Director For Passive Hearing Protection for Aearo<br>15 15   Company, with the overall responsibility for<br>15 16   development of new passive hearing products, has<br>15 17   worked for the company for 26 years in a variety of<br>15 18   technical areas related to development, evaluation,<br>15 19   and testing of hearing protection and noise control<br>15 20   products."<br>15 21   Did I get that right?<br>15 22   A.   Yes.<br>15 23   Q.   "Dick has a BS from the University of<br>15 24   Toledo and an MBA from the University of Indiana. He<br>15 25   holds several patents, including one for the<br>16 1   technology used to manufacture the SuperFit style of<br>16 2   multi-layered foam earplug."<br>16 3   Did I get that right?<br>16 4   A.   That is correct.<br>16 5   Q.   "With the exception of the Classic foam<br>16 6   earplug, Dick has worked on and/or overseen<br>16 7   development of nearly all passive hearing protection<br>16 8   products that are currently sold by Aearo.  He is a<br>16 9   member of The Society of Plastics Engineers and a<br>16 10   former member and officer (vice president) of the<br>16 11   Hearing Protection Committee of the International<br>16 12   Safety Equipment Association." | Re: [15:13-16:14]<br>Plt Objection - Improper<br>Counter Designation per PTO<br>64; D's are designating ex 1-<br>Knauer's resume | Re: [15:13-16:14]<br>Plt Objection -<br>Improper Counter<br>Designation per<br>PTO 64; D's are<br>designating ex 1-<br>Knauer's resume<br>**NO RULING** | Re: [15:13-16:14]<br>Improper Counter<br>Designation per PTO 64; | **OVERRULED** |

| | | | |
|---|---|---|---|
| 16 13   Did I get that right?<br>16 14      A.   Yes. | | | |
| **18:2 - 18:13   Knauer, R. 2019-12-17**<br>18 2      Q.   What was your role in the development of<br>18 3      the Combat Arms Version 2 earplug?<br>18 4      A.   My role was simply as the manager of -- of<br>18 5      the -- of the direct -- excuse me -- the director of<br>18 6      the group to report -- report to management progress<br>18 7      of the project and those type of things.  Elliott<br>18 8      Berger was the project manager.  I took an active part<br>18 9      in many different projects other than this one, but<br>18 10     this particular one Elliott Berger was the project<br>18 11     manager and led all of the development efforts.  I<br>18 12     just reported on it, attended meetings and that type<br>18 13     of thing. | | | |
| **18:14 - 18:25   Knauer, R. 2019-12-17**<br>18 14     Q.   What do you think of the Combat Arms<br>18 15     Version 2 earplug?<br>18 16     A.   It is a good product.  It -- I -- we heard<br>18 17     many, many comments back about how -- lives it saved<br>18 18     and that type of thing, as I remember.<br>18 19     Q.   Did you ever hear any criticisms of the<br>18 20     product?<br>18 21     A.   I don't remember any criticisms.  It would<br>18 22     not be unusual, any project that's developed, you are<br>18 23     going to get an occasional criticism.  So it's<br>18 24     possible that there were criticisms.  I don't remember<br>18 25     any, but it's possible there were criticisms. | Re: [18:14-18:25]<br>Plt Objection - Improper Counter Designation per PTO 64; 402 | Re: [18:14-18:25]<br>Plt Objection - Improper Counter Designation per PTO 64; 402<br>**OVERRULED** | |
| **35:17 - 35:22   Knauer, R. 2019-12-17**<br>35 17     Let me hand you what I'm going to mark as<br>35 18     Exhibit 5.<br>35 19     (WHEREUPON, a certain document was<br>35 20     marked Dick Knauer Deposition Exhibit<br>35 21     No. 5, for identification, as of<br>35 22     12/17/2019.) | | | |
| **35:24 - 36:7   Knauer, R. 2019-12-17**<br>35 24     Q.   Exhibit 5, your name is not on Exhibit 5,<br>35 25     but I want you to read through it.<br>36 1      It is an e-mail from Elliott Berger to Ron<br>36 2      Kieper, dated January 23rd of 2009.  And if you'll<br>36 3      look it over real quick, I'll ask you a few questions<br>36 4      on it. | | | |

| | | | | |
|---|---|---|---|---|
| 36 5    A.   Okay.  Well, I will have to look it over<br>36 6    because...<br>36 7    Okay.  I've read it. | | | | |
| **36:8 - 36:9    Knauer, R. 2019-12-17**<br>36 8    Q.   Okay.  Have you ever seen it before?<br>36 9    A.   No. | | | Re: [36:8-36:9]<br>Improper Counter<br>Designation per PTO 64; | OVERRULED |
| **38:11 - 38:21    Knauer, R. 2019-12-17**<br>38 11    Q.   Were you aware on the Combat Arms<br>38 12    Version 2 that testing on the yellow end had shown<br>38 13    NRRs of 0, 0 and 5?<br>38 14    A.   Oh, I do not remember that, no, sir.<br>38 15    Q.   Okay.  Let me ask you this:  If a product<br>38 16    gets NRRs of 0 and 0 and then 5, what should the<br>NRR<br>38 17    rating be for that product?<br>38 18    A.   Typically our procedure was to always<br>38 19    report the lowest NRR obtained.<br>38 20    Q.   The lowest NRR?<br>38 21    A.   Yes. | Re: [38:11-38:14]<br>Def Objection - Foundation<br>(602) | Re: [38:11-38:14]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **43:17 - 43:23    Knauer, R. 2019-12-17**<br>43 17    So knowing that and knowing that customers<br>43 18    of products, of hearing products, probably aren't as<br>43 19    familiar with interpreting testing on hearing<br>43 20    protection devices, would it be improper for a product<br>43 21    that has a 0 NRR for the manufacturer to imply that<br>43 22    that 0 NRR means no effect on audibility?<br>43 23    Would that be improper? | Re: [43:17-44:1]<br>Def Objection - Vague,<br>Argumentative (403),<br>Foundation (602) | Re: [43:17-44:1]<br>Def Objection -<br>Vague,<br>Argumentative<br>(403), Foundation<br>(602)<br>**OVERRULED** | Re: [43:17-44:1]<br>foundation (602) | OVERRULED; no<br>new objection<br>specific to<br>McCombs. |
| **44:1 - 44:5    Knauer, R. 2019-12-17**<br>44 1    A.   I don't know what you mean by improper.<br>44 2    BY MR. MONSOUR:<br>44 3    Q.   Okay.  So -- so what -- what if -- what if<br>44 4    the company said that the 0 NRR allowed people to<br>hear<br>44 5    without impairment, would that be improper? | Re: [43:17-44:1]<br>Def Objection - Vague,<br>Argumentative (403),<br>Foundation (602)<br>Re: [44:3-44:20]<br>Def Objection - Relevance<br>(401, 402); Vague,<br>Argumentative (403),<br>Foundation (602) | Re: [43:17-44:1]<br>Def Objection -<br>Vague,<br>Argumentative<br>(403), Foundation<br>(602)<br>**OVERRULED**<br>Re: [44:3-44:20]<br>Def Objection -<br>Relevance (401,<br>402); Vague,<br>Argumentative<br>(403), Foundation<br>(602)<br>**OVERRULED** | Re: [43:17-44:1]<br>foundation (602)<br>Re: [44:3-44:11]<br>701; assumes facts,<br>misstates (611, 403);<br>foundation (602) | OVERRULED; no<br>new objection<br>specific to<br>McCombs. |

| 44:8 - 44:15 | Knauer, R. 2019-12-17 | Re: [44:3-44:20] | Re: [44:3-44:20] | Re: [44:3-44:11] | OVERRULED; no |
|---|---|---|---|---|---|
| 44 8 | A.   I would certainly prefer the -- a | Def Objection - Relevance | Def Objection - | 701; assumes facts, | new objection |
| 44 9 | statement other than that, but that would be a | (401, 402); Vague, | Relevance (401, | misstates (611, 403); | specific to |
| 44 10 | statement that would be certainly a slight | Argumentative (403), | 402); Vague, | foundation (602) | McCombs. |
| 44 11 | exaggeration, I could call it a slight exaggeration. | Foundation (602) | Argumentative | Re: [44:13-44:20] | |
| 44 12 | BY MR. MONSOUR: | | (403), Foundation | 701; assumes facts, | |
| 44 13 | Q.   Right.  If somebody had a product that had | | (602) | misstates (611, 403); | |
| 44 14 | 0 NRR and they said, Ah, you can hear clearly with | | OVERRULED | foundation (602) | |
| 44 15 | this, that would also be deceptive, true? | | | | |
| 44:18 - 44:20 | Knauer, R. 2019-12-17 | Re: [44:3-44:20] | Re: [44:3-44:20] | Re: [44:13-44:20] | OVERRULED; no |
| 44 18 | A.   I would not call it deceptive.  I would | Def Objection - Relevance | Def Objection - | 701; assumes facts, | new objection |
| 44 19 | call it maybe exaggeration.  I would not write it -- | (401, 402); Vague, | Relevance (401, | misstates (611, 403); | specific to |
| 44 20 | as a scientist, I would not write it that way. | Argumentative (403), | 402); Vague, | foundation (602) | McCombs. |
| | | Foundation (602) | Argumentative | | |
| | | | (403), Foundation | | |
| | | | (602) | | |
| | | | OVERRULED | | |
| 50:23 - 52:2 | Knauer, R. 2019-12-17 | Re: [50:23-51:14] | Re: [50:23-51:14] | Re: [51:25-52:8] | OVERRULED; no |
| 50 23 | Q.   Is there a way when you are testing people | Def Objection - Vague (403), | Def Objection - | argumentative, vague (611, | new objection |
| 50 24 | for an NRR that -- are there ways to kind of game the | Relevance (401, 402), Prejudice | Vague (403), | 403); foundation (602) | specific to |
| 50 25 | system or manipulate the system to alter what the | (403), Foundation (602) | Relevance (401, | | McCombs. |
| NRR | | Re: [51:15-52:2] | 402), Prejudice | | |
| 51 1 | results are? | Def Objection - 3M MIL No. | (403), Foundation | | |
| 51 2 | A.   To game the system, I don't understand | 23, Relevance (401, 402), | (602) | | |
| 51 3 | what you mean. | Prejudice (403) | OVERRULED | | |
| 51 4 | Q.   Are there ways that you can -- you can, I | | Re: [51:15-52:2] | | |
| 51 5 | guess, massage the data to get a better NRR? | | Def Objection - | | |
| 51 6 | A.   If there are ways to do it, we would not | | 3M MIL No. 23, | | |
| 51 7 | do that. | | Relevance (401, | | |
| 51 8 | Q.   Are there ways to do it? | | 402), Prejudice | | |
| 51 9 | A.   There -- there might -- there might be | | (403) | | |
| 51 10 | ways to do it, but we wouldn't do it. | | OVERRULED | | |
| 51 11 | Q.   What are some of the ways that there might | | | | |
| 51 12 | be that you could do it? | | | | |
| 51 13 | A.   I'm not even sure.  I never thought about | | | | |
| 51 14 | massaging data, so... | | | | |
| 51 15 | Q.   Could -- is one of the ways you could do | | | | |
| 51 16 | it, could you hand select certain people to be tested | | | | |
| 51 17 | that you know from past experience get certain | | | | |
| 51 18 | results? | | | | |
| 51 19 | Is that one way? | | | | |
| 51 20 | A.   Certainly if certain individuals get | | | | |
| 51 21 | better results on products, for whatever reason, and | | | | |

| | | | | |
|---|---|---|---|---|
| 51 22 showed consistency in results, the ability to hand<br>51 23 select subjects could increase your chances of having<br>51 24 a higher NRR.<br>51 25 Q.  So that would be one way that if a company<br>52 1 wanted to massage the data, they could, I guess,<br>52 2 cherry pick the people they test, true? | | | | |
| **52:5 - 52:8   Knauer, R. 2019-12-17**<br>52 5 A.  I -- I -- again, I wouldn't -- I mean,<br>52 6 when you say -- when you call it "massage the data,"<br>52 7 you -- you could pick subjects that are more -- get<br>52 8 more consistent results. | **Re: [52:5-52:8]**<br>Def Objection - 3M MIL No. 23, Relevance (401, 402), Prejudice (403) | Re: [52:5-52:8]<br>Def Objection - 3M MIL No. 23, Relevance (401, 402), Prejudice (403)<br>**OVERRULED** | Re: [51:25-52:8]<br>argumentative, vague (611, 403); foundation (602) | **OVERRULED; no new objection specific to McCombs.** |
| **52:24 - 54:8   Knauer, R. 2019-12-17**<br>52 24 Q.  Mr. Knauer, I wanted to ask you, were you<br>52 25 ever involved in the testing of earplugs and -- as the<br>53 1 tests were going on, the REAT testing?<br>53 2 A.  When you say "involved," I'm just trying<br>53 3 to understand your question.<br>53 4 Q.  Sure.<br>53 5 A lot of times in these REAT test -- REAT,<br>53 6 I'll call it REAT?<br>53 7 A.  Yes.<br>53 8 Q.  Tests, they would test, let's say, ten<br>53 9 people, correct?<br>53 10 A.  If -- if you were doing an official REAT<br>53 11 test, you test ten people, that's correct.<br>53 12 Q.  Okay.  And would you ever get updates on<br>53 13 how the testing was going before they got to ten<br>53 14 people?<br>53 15 A.  Yes, sometimes I got updates, yes.<br>53 16 Q.  And why would you be given updates prior<br>53 17 to the completion of ten people?<br>53 18 A.  Trying to understand what -- what the data<br>53 19 was looking at -- like through X number of subjects,<br>53 20 whatever number of subjects it was.<br>53 21 Q.  Did you all ever stop the testing before<br>53 22 you got to ten because you didn't like what the NRR<br>53 23 was looking like?<br>53 24 A.  We did on sometimes stop the testing if<br>53 25 there was a -- if the project goal was to hit a<br>54 1 certain number and we were not going to be close to it<br>54 2 and it was apparent that we were not going to get | **Re: [52:24-53:4]**<br>Def Objection - Vague (403)<br>**Re: [53:5-54:8]**<br>Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403)<br>**Re: [54:6-54:8]**<br>Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602); Vague (611, 402) | Re: [52:24-53:4]<br>Def Objection - Vague (403)<br>**OVERRULED**<br>Re: [53:5-54:8]<br>Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403)<br>**OVERRULED**<br>Re: [54:6-54:8]<br>Def Objection - 3M MIL No. 18, Relevance (401, 402), Foundation (602); Vague (611, 402)<br>**OVERRULED**<br>Re: [53:5-54:8]<br>Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403)<br>**OVERRULED**<br>Re: [54:6-54:8]<br>Def Objection - 3M MIL No. 18, | | |

| | | | |
|---|---|---|---|
| 54 3   there with doing ten people, there was lit -- nothing<br>54 4   to be gained, nothing to be learned by continuing, so<br>54 5   sometimes we did stop, yes.<br>54 6   Q.   Now, why is ten the magic number?  Why --<br>54 7   once you got to ten, did it trigger some sort of a --<br>54 8   a duty by the company? | | Relevance (401,<br>402), Prejudice<br>(403), Foundation<br>(602); Vague<br>(611, 402)<br>**OVERRULED** | |
| **54:11 - 54:21   Knauer, R. 2019-12-17**<br>54 11   A.   No.   Ten -- ten is -- ten is what's called<br>54 12   for in the ANSI standard, I believe, or the EPA<br>54 13   regulation, one of them, so ten -- ten is the official<br>54 14   test, but it just we -- we just took a look at the<br>54 15   data and saw what the data was saying.<br>54 16   BY MR. MONSOUR:<br>54 17   Q.   But -- but I guess if you did complete the<br>54 18   test and you did ten people and the results were not<br>54 19   what you had hoped for, is there a duty on the company<br>54 20   to still report the testing since ten people were<br>54 21   completed? | **Re: [54:11-54:21]**<br>Def Objection - 3M MIL No.<br>18, Relevance (401, 402),<br>Prejudice (403), Foundation<br>(602)<br>**Re: [54:17-55:1]**<br>Def Objection - Foundation<br>(602) | **Re: [54:11-54:21]**<br>Def Objection -<br>3M MIL No. 18,<br>Relevance (401,<br>402), Prejudice<br>(403), Foundation<br>(602)<br>**OVERRULED**<br>**Re: [54:17-55:1]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED**<br>**Re: [54:11-54:21]**<br>Def Objection -<br>3M MIL No. 18,<br>Relevance (401,<br>402), Prejudice<br>(403), Foundation<br>(602)<br>**OVERRULED**<br>**Re: [54:17-55:1]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |
| **54:24 - 55:1   Knauer, R. 2019-12-17**<br>54 24   A.   If the product -- if -- if ten people were<br>54 25   tested and you came out with that product, then the<br>55 1   duty would be to report that data. | **Re: [54:17-55:1]**<br>Def Objection - Foundation<br>(602) | **Re: [54:11-54:21]**<br>Def Objection -<br>3M MIL No. 18,<br>Relevance (401,<br>402), Prejudice<br>(403), Foundation<br>(602)<br>**OVERRULED**<br>**Re: [54:17-55:1]**<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | |

| | | | |
|---|---|---|---|
| **55:3 - 55:4  Knauer, R. 2019-12-17**<br>55 3   Q.  Okay.  But if only eight people were<br>55 4  tested, there is no duty to report it? | **Re: [55:3-55:4]**<br>**Plt Objection - Improper Counter Designation per PTO 64** | Re: [55:3-55:4]<br>Plt Objection - Improper Counter Designation per PTO 64<br>**OVERRULED** | |
| **55:7 - 55:20  Knauer, R. 2019-12-17**<br>55 7  A.  When you say "duty to report," if we stop<br>55 8  testing for any reason, our process would be to go in<br>55 9  and evaluate why -- evaluate, the best we can, why we<br>55 10  were not hitting our goal, and that could be any<br>55 11  number of reasons.  A lot of my experience is in foam,<br>55 12  so the foam is too soft, the foam is too hard,<br>55 13  whatever, the recovery is too fast, the recovery is<br>55 14  too slow.  We would go in and evaluate what was the<br>55 15  difficulty and identify the difficulty and correct the<br>55 16  difficulty if we could, and then create a new --<br>55 17  basically start again.  It would be a new product.  It<br>55 18  would be something different because we would go in<br>55 19  and make a change to the product or the instructions<br>55 20  or whatever. | **Re: [55:7-55:20]**<br>**Plt Objection - Improper Counter Designation per PTO 64; nonresponsive** | Re: [55:7-55:20]<br>Plt Objection - Improper Counter Designation per PTO 64; nonresponsive<br>**OVERRULED** | |
| **55:22 - 56:3  Knauer, R. 2019-12-17**<br>55 22  Q.  Okay.  Let me ask you this, sir.  Let's<br>55 23  say you've got a product and you're doing NRR REAT<br>55 24  testing on the product and after eight people it looks<br>55 25  like you are not going to get the NRR you want.<br>56 1  Is it okay to stop the testing and then<br>56 2  just bring in a new panel and start the testing again?<br>56 3  A.  No, we would not do that. | **Re: [55:22-56:3]**<br>**Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602)** | Re: [55:22-56:3]<br>Def Objection - 3M MIL No. 18, Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | |
| **56:4 - 56:25  Knauer, R. 2019-12-17**<br>56 4  Q.  Okay.  Why would you not do that?<br>56 5  A.  Because that's -- that's -- we wouldn't do<br>56 6  that.  That wasn't our policy, not to do that.  Our --<br>56 7  our policy is if we stopped after any number of<br>56 8  subjects and tried to see would be -- determine why we<br>56 9  are not hitting -- going to hit our goal.<br>56 10  Q.  Okay.  Is it true, sir, that to have a new<br>56 11  test started, you had to somehow change the product<br>56 12  and then you could test it again?<br>56 13  A.  We would have to change something.  In<br>56 14  some instances it would be to change the product, or<br>56 15  if we found it was an instruction problem, a user | **Re: [56:4-56:25]**<br>**Plt Objection - 56:4-55:9 is proper clarification; 56:10-25 is improper per PTO 64** | Re: [56:4-56:25]<br>Plt Objection - 56:4-55:9 is proper clarification; 56:10-25 is improper per PTO 64<br>**OVERRULED** | |

| | | | | |
|---|---|---|---|---|
| 56 16 | instructions, we could change the instructions.  It | | | |
| 56 17 | would have to be some significant change, we would - - | | | |
| 56 18 | but we would evaluate it. | | | |
| 56 19 | That's, again, the scientific process, | | | |
| 56 20 | going through, seeing -- get -- doing a test, seeing | | | |
| 56 21 | what you see, go back, learn from that, make a change, | | | |
| 56 22 | whatever that change might be.  And that's an | | | |
| 56 23 | iterative process, it may be five steps, in some | | | |
| 56 24 | instances it may be one step.  It just depended upon | | | |
| 56 25 | the product. | | | |
| **63:3 - 63:23** | **Knauer, R. 2019-12-17** | Re: [63:3-63:23]<br>Def Objection - Foundation (602) | Re: [63:3-63:23]<br>Def Objection - Foundation (602)<br>**OVERRULED** | |
| 63 3 | Let me hand you what has been marked as | | | |
| 63 4 | Exhibit 7. | | | |
| 63 5 | (WHEREUPON, a certain document was | | | |
| 63 6 | marked Dick Knauer Deposition Exhibit | | | |
| 63 7 | No. 7, for identification, as of | | | |
| 63 8 | 12/17/2019.) | | | |
| 63 9 | BY MR. MONSOUR: | | | |
| 63 10 | Q.   I don't know if you've seen this before. | | | |
| 63 11 | Exhibit 7, do you know who a man by the | | | |
| 63 12 | name of Michael McLain is? | | | |
| 63 13 | A.   Michael McLain, yes, I know who Michael | | | |
| 63 14 | McLain is. | | | |
| 63 15 | Q.   And who is he? | | | |
| 63 16 | A.   At -- at -- at that time he was president | | | |
| 63 17 | of the company. | | | |
| 63 18 | Q.   Okay.  If you will look, this is a letter | | | |
| 63 19 | from Michael McLain dated November 27, 2002, and this | | | |
| 63 20 | is a letter that is referencing Aearo's position | | | |
| 63 21 | regarding NRR testing. | | | |
| 63 22 | Do you see that? | | | |
| 63 23 | A.   Yes. | | | |
| **64:13 - 64:14** | **Knauer, R. 2019-12-17** | Re: [64:13-64:14]<br>Def Objection - Vague (403), Relevance (401, 402), Prejudice (403) | Re: [64:13-64:14]<br>Def Objection - Vague (403), Relevance (401, 402), Prejudice (403)<br>**OVERRULED** | |
| 64 13 | Q.   Was it important to your company that the | | | |
| 64 14 | advertising not to be misleading in any way? | | | |

| | | | |
|---|---|---|---|
| **64:19 - 64:19   Knauer, R. 2019-12-17**<br>64 19    A.   Of course it's important. | **Re: [64:19-64:19]**<br>Def Objection - Vague (403), Relevance (401, 402), Prejudice (403) | Re: [64:19-64:19]<br>Def Objection - Vague (403), Relevance (401, 402), Prejudice (403)<br>**OVERRULED** | | |
| **64:20 - 64:25   Knauer, R. 2019-12-17**<br>64 20    BY MR. MONSOUR:<br>64 21    Q.   You would never want to say that a product<br>64 22    like the yellow end of the Combat Arms Earplug<br>64 23    provided protection without impairment, you would<br>64 24    never want to say that because that's not true,<br>64 25    correct? | **Re: [64:21-64:25]**<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [64:21-64:25]<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | | |
| **65:3 - 65:4   Knauer, R. 2019-12-17**<br>65 3    A.   I would -- I would prefer that it -- it<br>65 4    say something in a little more general sense. | **Re: [65:3-65:4]**<br>Def Objection - Vague (403), Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [65:3-65:4]<br>Def Objection - Vague (403), Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | | |
| **66:9 - 66:12   Knauer, R. 2019-12-17**<br>66 9    Q.   Right.  But if the company were to say<br>66 10    that the yellow end of the plug allowed its users to<br>66 11    hear without impairment, that would be misleading,<br>66 12    true? | **Re: [66:9-66:12]**<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [66:9-66:12]<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | Re: [66:9-66:18]<br>foundation (602) | **OVERRULED; no new objection specific to McCombs.** |
| **66:16 - 66:18   Knauer, R. 2019-12-17**<br>66 16    A.   It -- it is.  "Without impairment" is<br>66 17    probably not scientifically absolutely correct.  There<br>66 18    is minor impairment. | **Re: [66:16-66:18]**<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [66:16-66:18]<br>Def Objection - Relevance (401, 402), Prejudice (403), Foundation (602)<br>**OVERRULED** | Re: [66:9-66:18]<br>foundation (602) | **OVERRULED; no new objection specific to McCombs.** |
| **67:20 - 68:21   Knauer, R. 2019-12-17**<br>67 20    "Aearo supports that new products rated<br>67 21    above the designated ceiling must receive that rating<br>67 22    based on testing with an outside testing laboratory."<br>67 23    Did I get that right?<br>67 24    A.   Yes.<br>67 25    Q.   Okay. | **Re: [67:20-68:21]**<br>Def Objection - Foundation (602) | Re: [67:20-68:21]<br>Def Objection - Foundation (602)<br>**OVERRULED** | Re: [68:15-68:25]<br>foundation (602) | **OVERRULED; no new objection specific to McCombs.** |

| | | | | |
|---|---|---|---|---|
| 68 1   "It goes without saying that Aearo<br>68 2   supports that multiple testing attempts with the same<br>68 3   product are not allowed because this is prohibited by<br>68 4   the EPA."<br>68 5   Did I get that right?<br>68 6   A.   Yes.<br>68 7   Q.   That's the question that I was asking you<br>68 8   earlier.  Do you remember that?<br>68 9   A.   Yes.<br>68 10   Q.   It goes on:  "Further, when multiple tests<br>68 11   are conducted, we must all agree and have EPA<br>approval<br>68 12   for the proper NRR labeling protocol."<br>68 13   Did I get that right?<br>68 14   A.   Yes.<br>68 15   Q.   So let's go back and let's look at the<br>68 16   second sentence in No. 3.<br>68 17   "It goes without saying that Aearo<br>68 18   supports that multiple testing attempts with the same<br>68 19   product are not allowed because this is prohibited by<br>68 20   the EPA."<br>68 21   What does that mean? | | | | |
| **68:24 - 69:3   Knauer, R. 2019-12-17**<br>68 24   A.   What does that mean, I don't know what<br>68 25   that means.  I mean it -- I don't know what it means.<br>69 1   BY MR. MONSOUR:<br>69 2   Q.   Does it mean that you can't just keep<br>69 3   retesting a product to get the NRR you want? | Re: [68:24-69:3]<br>Def Objection - Foundation<br>(602) | Re: [68:24-69:3]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | Re: [68:15-68:25]<br>foundation (602) | **OVERRULED; no<br>new objection<br>specific to<br>McCombs.** |
| **69:6 - 69:15   Knauer, R. 2019-12-17**<br>69 6   A.   It means that you cannot just keep<br>69 7   testing -- without making a change, without doing<br>some<br>69 8   modification, be it to the product, the design,<br>69 9   formulation, instructions, whatever, something that<br>69 10   affects how the plug is fitted into the ear, I -- I<br>69 11   say plug, how the plug is fitted into the ear.  You<br>69 12   cannot just go in and test until you get the NRR that<br>69 13   you desire.<br>69 14   BY MR. MONSOUR:<br>69 15   Q.   Okay.  Why is that important? | Re: [69:6-69:15]<br>Def Objection - Foundation<br>(602) | Re: [69:6-69:15]<br>Def Objection -<br>Foundation (602)<br>**OVERRULED** | | |
| **69:24 - 70:1   Knauer, R. 2019-12-17**<br>69 24   A.   It's -- it's -- it's just a -- it -- you | Re: [69:24-70:1]<br>Def Objection - Foundation<br>(602) | Re: [69:24-70:1]<br>Def Objection - | | |

| | | | | |
|---|---|---|---|---|
| 69 25<br>70 1 | would -- just because it -- you need to -- you need to<br>do a test and get the results that you get. | | Foundation (602)<br>**OVERRULED** | |
| **70:15 - 70:19**<br>70 15<br>70 16<br>70 17<br>70 18<br>70 19 | **Knauer, R. 2019-12-17**<br>Q.   Okay.  Because it's true that if a company<br>wanted to massage the data, if they didn't get the NRR<br>that they liked the first time, they could bring a<br>different group in to test that had certain<br>characteristics and maybe improve the NRRs, true? | **Re: [70:15-71:1]**<br>Def Objection - Argumentative,<br>Vague (403), Prejudice (403),<br>Foundation (602) | **Re: [70:15-71:1]**<br>Def Objection -<br>Argumentative,<br>Vague (403),<br>Prejudice (403),<br>Foundation (602)<br>**OVERRULED** | **Re: [70:15-71:1]**<br>701; foundation (602);<br>argumentative (611, 403) | **OVERRULED; no<br>new objection<br>specific to<br>McCombs.** |
| **70:22 - 71:1**<br>70 22<br>70 23<br>70 24<br>70 25<br>71 1 | **Knauer, R. 2019-12-17**<br>A.   If -- if you are asking could -- if you<br>did not get the NRR you desired, could you hand pick<br>subjects and then just test those subjects and get a<br>higher NRR, that is -- that is within the range of<br>possibilities, I guess. | **Re: [70:15-71:1]**<br>Def Objection - Argumentative,<br>Vague (403), Prejudice (403),<br>Foundation (602) | **Re: [70:15-71:1]**<br>Def Objection -<br>Argumentative,<br>Vague (403),<br>Prejudice (403),<br>Foundation (602)<br>**OVERRULED** | **Re: [70:15-71:1]**<br>701; foundation (602);<br>argumentative (611, 403) | **OVERRULED; no<br>new objection<br>specific to<br>McCombs.** |
| **75:2 - 75:8**<br>75 2<br>75 3<br>75 4<br>75 5<br>75 6<br>75 7<br>75 8 | **Knauer, R. 2019-12-17**<br>Q.   Let me hand you Exhibit No. 9, sir.<br>A.   Okay.<br>Q.   And what I would like for you to do is<br>look at --<br>MR. WASDIN:  Is there a copy for me?<br>MS. KROTTINGER:  Yes.  Sorry.<br>BY MR. MONSOUR: | | | | |
| **75:9 - 76:1**<br>75 9<br>75 10<br>75 11<br>75 12<br>Doug<br>75 13<br>75 14<br>75 15<br>75 16<br>75 17<br>75 18<br>75 19<br>75 20<br>75 21<br>75 22<br>we<br>75 23<br>75 24 | **Knauer, R. 2019-12-17**<br>Q.   This is an e-mail dated April 9, 1999, and<br>it is from Doug Ohlin to Doug Ohlin.  It says:<br>"Letter for Combat Arms earplug."  And immediately<br>below that there is an e-mail from Brian Myers to<br><br>Ohlin.<br>Do you see that?<br>A.   Yes, I see that.<br>Q.   And it says, they are talking about --<br>they are talking about the Combat Arms Version 2<br>earplug, correct?<br>A.   Yes, it look -- it appears that way, yes,<br>sir.<br>Q.   And it says in the second paragraph, it<br>says: "I spoke with Dick Knauer who believes that<br><br>can probably shorten the plug by 1/4" required to fit<br>your current container." | | | | |

| | | | |
|---|---|---|---|
| 75 25   Did I read that correctly? | | | |
| 76 1       A.   Yes. | | | |
| **76:2 - 76:21   Knauer, R. 2019-12-17** | | | |
| 76 2       Q.   Do you remember speaking with Brian Myers | | | |
| 76 3       about shortening the Combat Arms Earplug Version 2 by | | | |
| 76 4       a quarter of an inch? | | | |
| 76 5       A.   I have a memory that we did -- that I -- | | | |
| 76 6       that we were asked to shorten the plug, yes. | | | |
| 76 7       Q.   Okay.  Good. | | | |
| 76 8       How did it come up, do you remember? | | | |
| 76 9       A.   It came up, to the best of my memory, that | | | |
| 76 10      when we provided samples to the military where the | | | |
| 76 11      plug was longer, provided a -- I don't know how many | | | |
| 76 12      samples, but we provided samples, and it may have been | | | |
| 76 13      multiple samples multiple times, they did an | | | |
| 76 14      evaluation of the product, and may have taken weeks, | | | |
| 76 15      it may have taken months, I don't remember, but they | | | |
| 76 16      came back with the evaluation and said, We like things | | | |
| 76 17      about the product but we would like it a quarter inch | | | |
| 76 18      shorter. | | | |
| 76 19      Q.   Okay.  What went into the decision-making | | | |
| 76 20      process of whether or not the original length of the | | | |
| 76 21      plug could be shortened by a quarter of an inch? | | | |
| **76:24 - 78:3   Knauer, R. 2019-12-17** | **Re: [77:7-77:23]** <br> Def Objection - Relevance (401, 402); Foundation (602) <br> **Re: [77:24-78:3]** <br> Def Objection - Misstates (403), Prejudice (403) | **Re: [77:7-77:23]** <br> Def Objection - Relevance (401, 402); Foundation (602) <br> **OVERRULED** <br> **Re: [77:24-78:3]** <br> Def Objection - Misstates (403), Prejudice (403) <br> **OVERRULED** | |
| 76 24      A.   What -- what went into the decision-making | | | |
| 76 25      process, I don't understand your question. | | | |
| 77 1       BY MR. MONSOUR: | | | |
| 77 2       Q.   It probably was an inartful question. | | | |
| 77 3       What I'm trying to find out is, is what | | | |
| 77 4       did you have to look at to determine whether or not | | | |
| 77 5       the plug could be shortened by a quarter of an inch? | | | |
| 77 6       A.   Okay. | | | |
| 77 7       Q.   I'm -- I'm assuming that you came up or | | | |
| 77 8       someone came up with the original length for some | | | |
| 77 9       reason, you didn't just pick it out of the air, and | | | |
| 77 10      then I'm assuming that there was a reason for the | | | |
| 77 11      original length and then I'm assuming that somebody | | | |
| 77 12      had to look at something to determine whether or not a | | | |
| 77 13      quarter inch could have been taken off of it? | | | |

| | | | |
|---|---|---|---|
| 77 14 A.   There -- there was a -- to answer your | | | |
| 77 15 question then, there was a -- because of the | | | |
| 77 16 manufacturing process of how that plug was | | | |
| 77 17 manufactured, there was a concern about our ability to | | | |
| 77 18 make a plug, if -- if you shorten the plug by a | | | |
| 77 19 quarter of an inch, you basically then have no -- the | | | |
| 77 20 stem is as -- ends at where the black flange ended as | | | |
| 77 21 I remember, and trying to do that in -- in | | | |
| 77 22 manufacturing, there were some manufacturing issues | | | |
| 77 23 with that. | | | |
| 77 24 Q.   Okay.  So the -- decision whether or | | | |
| 77 25 not the plug could be shortened by a quarter of an | | | |
| 78 1 inch didn't necessarily have to do with the | | | |
| 78 2 performance of the plug, it had more to do with | | | |
| 78 3 production of the plug, am I close? | | | |
| **78:6 - 78:13   Knauer, R. 2019-12-17** | **Re: [78:6-78:13]** | **Re: [78:6-78:13]** | |
| 78 6 A.   The -- the issue had to be with our | Def Objection - Misstates | Def Objection - | |
| 78 7 capability to -- to manufacture a plug that had a -- | (403), Prejudice (403) | Misstates (403), | |
| 78 8 you know, that quarter inch taken off, yes. | | Prejudice (403) | |
| 78 9 BY MR. MONSOUR: | | **OVERRULED** | |
| 78 10 Q.   Okay.  So the thought process in whether | | | |
| 78 11 or not the plug could be shortened a quarter inch, the | | | |
| 78 12 thought process wasn't on would the plug perform, it | | | |
| 78 13 was, can our machines make the plug? | | | |
| **78:16 - 79:11   Knauer, R. 2019-12-17** | **Re: [78:16-78:22]** | **Re: [78:16-78:22]** | |
| 78 16 A.   The -- the question at this time was could | Def Objection - Misstates | Def Objection - | |
| 78 17 we do that, and we could basically -- so we had to | (403), Prejudice (403) | Misstates (403), | |
| 78 18 investigate whether we could do that.  So the way we | | Prejudice (403) | |
| 78 19 would do that would be to, at minimum, we could cut | | **OVERRULED** | |
| 78 20 the end off, make some samples and send them to the | | | |
| 78 21 Army and let them evaluate it and tell us what -- how | | | |
| 78 22 the performance was. | | | |
| 78 23 BY MR. MONSOUR: | | | |
| 78 24 Q.   Right.  But I'm getting at -- it says: "I | | | |
| 78 25 spoke with Dick Knauer who believes we can | | | |
| probably | | | |
| 79 1 shorten the plug by the 1/4" required to fit your | | | |
| 79 2 current container." | | | |
| 79 3 When you made the decision that -- that | | | |
| 79 4 the plug could be shortened by a quarter of an inch, | | | |
| 79 5 were you looking at the capabilities of the plug or | | | |
| 79 6 were you looking at the manufacturing process | | | |
| 79 7 necessary to create the plug? | | | |

| | | | |
|---|---|---|---|
| 79 8   A.  We were looking at -- I -- I was<br>79 9   specifically -- or Bob Falco was specifically looking<br>79 10   at the capability of being able to manufacture a<br>79 11   shorter plug. | | | |
| **80:17 - 80:21**  **Knauer, R. 2019-12-17**<br>80 17   Q.  Who was the one, though, that came up with<br>80 18   the -- the let's take two UltraFits, put them on two<br>80 19   ends, we'll put a piece of plastic in the middle and<br>80 20   we'll put a filter in there, who is the one that --<br>80 21   who is the one that came up with that design? | **Re: [80:17-80:21]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64** | Re: [80:17-80:21]<br>Plt Objection -<br>Improper Counter<br>Designation per<br>PTO 64<br>**OVERRULED** | |
| **80:24 - 81:17**  **Knauer, R. 2019-12-17**<br>80 24   A.  When you asked who came up with the<br>80 25   design, the feedback we got from the military after<br>81 1   providing them with a single-ended stem, single-ended<br>81 2   product, was we liked the concept, we would like<br>81 3   something -- Doug Ohlin specifically, but it was the<br>81 4   military in general, we -- we like the concept, but we<br>81 5   would like it to have a double-ended plug to it.<br>81 6   BY MR. MONSOUR:<br>81 7   Q.  Right.  And so if Doug Ohlin says, We<br>81 8   would like to have a double-ended to it, that product<br>81 9   doesn't just appear, somebody has to literally design<br>81 10   the product so you can make it, right?<br>81 11   A.  Basically, when he asked for that, we then<br>81 12   went in and made up samples, however we made them<br>up,<br>81 13   and sent them to Doug, and it could have been two or<br>81 14   three, I don't remember.<br>81 15   Q.  Okay.<br>81 16   A.  We sent samples to him, he said this is --<br>81 17   this is good, this is bad, whatever. | **Re: [80:24-81:17]**<br>**Plt Objection - Improper**<br>**Counter Designation per PTO**<br>**64** | Re: [80:24-81:17]<br>Plt Objection -<br>Improper Counter<br>Designation per<br>PTO 64<br>**OVERRULED** | |
| **81:24 - 82:3**  **Knauer, R. 2019-12-17**<br>81 24   Q.  Yeah.  Yeah.  Who -- who came up with the<br>81 25   idea of how to put the -- the come up with this --<br>82 1   if the military said we wanted a two-sided document,<br>82 2   who is the one that came up with the design for the<br>82 3   two sides? | | | |
| **82:6 - 82:17**  **Knauer, R. 2019-12-17**<br>82 6   A.  To the best of my memory, what we did was<br>82 7   we took the -- because we had the UltraFit tips, we<br>82 8   took them and cut them down to certain lengths, put a<br>82 9   filter in the adapter and put them together and sent<br>82 10   them and said, Doug, is this what you want, is this | | | |

| | |
|---|---|
| 82 11 | not what you want, that type of thing. |
| 82 12 | Q.   So who did that, was it you? |
| 82 13 | A.   No, it was not me. |
| 82 14 | Q.   Okay. |
| 82 15 | A.   The most likely person that had did -- had |
| 82 16 | made the actual samples was Bob Falco, the design |
| 82 17 | engineer. |

**83:10 - 83:15   Knauer, R. 2019-12-17**

| | |
|---|---|
| 83 10 | Q.   Okay.  But for the simple premise, you -- |
| 83 11 | you understand that -- that triple flange plugs do |
| 83 12 | come in more than one size, right? |
| 83 13 | A.   They can come in more than one size, yes. |
| 83 14 | Q.   Okay.  How did the company arrive at this |
| 83 15 | size for the Version 2 Combat Arms? |

**83:18 - 84:25   Knauer, R. 2019-12-17**

| | |
|---|---|
| 83 18 | A.   How did they determine that that size for |
| 83 19 | the Combat Arms? |
| 83 20 | BY MR. MONSOUR: |
| 83 21 | Q.   Uh-huh. |
| 83 22 | A.   The company basically made the UltraFit |
| 83 23 | earplug and -- and did since I believe the early -- |
| 83 24 | excuse me -- mid '80s. |
| 83 25 | Q.   Okay. |
| 84 1 | A.   They came out -- came out with the |
| 84 2 | UltraFit earplug, and field experience, feedback from |
| 84 3 | end users, indicated that that product, the UltraFit, |
| 84 4 | fit almost everyone, no -- no product fits everybody. |
| 84 5 | There are people that have very small ear canals, very |
| 84 6 | large ear canals.  That product fit the vast majority |
| 84 7 | of the population.  So the design was a good design to |
| 84 8 | fit a lot of people, the vast majority of the |
| 84 9 | population. |
| 84 10 | Q.   Okay.  So is this -- the UltraFit was a |
| 84 11 | one-size product, correct? |
| 84 12 | A.   The UltraFit was a one-size product with a |
| 84 13 | longer stem, yes. |
| 84 14 | Q.   Okay.  Is the Version 2 the exact same |
| 84 15 | size as the UltraFit? |
| 84 16 | A.   To the best of my memory, the UltraFit -- |
| 84 17 | the -- excuse me.  Let me -- let me take a step back. |
| 84 18 | To the best of my memory, the Combat |
| 84 19 | Arms 2 version uses the same size flanges, of course |
| 84 20 | the stem is shorter, but the flanges are the same as |

| | | | | |
|---|---|---|---|---|
| 84 21 | they were in the UltraFit, to the best of my memory. | | | |
| 84 22 | Q.   Okay.  So literally you took the existing | | | |
| 84 23 | UltraFits that you had, you kind of stuck them | | | |
| 84 24 | together with the piece of plastic and that's the | | | |
| 84 25 | Version 2, and you added a filter? | | | |
| **85:3 - 85:5** | **Knauer, R. 2019-12-17** | | | |
| 85 3 | A.   We -- we -- we took those -- those items | | | |
| 85 4 | and that eventually became the Combat Arms product, | | | |
| 85 5 | yes. | | | |
| **87:9 - 87:23** | **Knauer, R. 2019-12-17** | | | |
| 87 9 | Q.   Okay.  Let me hand you what I'll mark as | | | |
| 87 10 | Exhibit 10. | | | |
| **87:11 - 87:23** | **Knauer, R. 2019-12-17** | Re: [87:9-87:23] | Re: [87:9-87:23] | |
| 87 11 | (WHEREUPON, a certain document was | Def Objection - Foundation | Def Objection - | |
| 87 12 | marked Dick Knauer Deposition Exhibit | (602), Relevance (401, 402), | Foundation (602), | |
| 87 13 | No. 10, for identification, as of | Prejudice (403) | Relevance (401, | |
| 87 14 | 12/17/2019.) | | 402), Prejudice | |
| 87 15 | BY MR. MONSOUR: | | (403) | |
| 87 16 | Q.   This is Exhibit 10.  It is entitled How | | **OVERRULED** | |
| 87 17 | Folding the Flanges Back Affects REAT Results of the | | | |
| 87 18 | UltraFit Earplug End of the Combat Arms Plug. | | | |
| 87 19 | Do you see that? | | | |
| 87 20 | A.   Yes, I see that. | | | |
| 87 21 | Q.   And it is dated July 10th of 2000. | | | |
| 87 22 | Do you see that? | | | |
| 87 23 | A.   Yes, I see that. | | | |
| **87:24 - 88:3** | **Knauer, R. 2019-12-17** | | | |
| 87 24 | Q.   Have you ever seen this document before | | | |
| 87 25 | today? | | | |
| 88 1 | A.   Back to my original comment, I -- when I | | | |
| 88 2 | was employed at Aearo and 3M, I do not remember seeing | | | |
| 88 3 | this document. | | | |
| **90:3 - 90:22** | **Knauer, R. 2019-12-17** | Re: [90:3-90:22] | Re: [90:3-90:22] | |
| 90 3 | Q.   And the document states under the | Def Objection - Foundation | Def Objection - | |
| 90 4 | Introduction, it says: "The Combat Arms Earplug was | (602), Relevance (401, 402), | Foundation (602), | |
| 90 5 | shortened, at the request of the Army, so that it | Prejudice (403) | Relevance (401, | |
| 90 6 | would fit into a carrying case.  Because of this, the | | 402), Prejudice | |
| 90 7 | plug is shorter than any other UltraFit Plug design. | | (403) | |
| 90 8 | The purpose of this report is to document that the | | **OVERRULED** | |
| 90 9 | current length of the UltraFit earplug end of the | | | |
| 90 10 | Combat Arms plug is too short for proper insertion | | | |

| | | | | |
|---|---|---|---|---|
| and | | | | |
| 90 11 | how changing the fitting technique affected the | | | |
| 90 12 | results of real-ear tests of this plug." | | | |
| 90 13 | Did I get that right? | | | |
| 90 14 | A.   Yes, you read that correctly. | | | |
| 90 15 | Q.   Do you agree with the statement that the | | | |
| 90 16 | current length of the UltraFit earplug end of the | | | |
| 90 17 | Combat Arms plug is too short for proper insertion? | | | |
| 90 18 | Do you agree with that statement? | | | |
| 90 19 | MR. WASDIN:  Objection to foundation. | | | |
| 90 20 | BY THE WITNESS: | | | |
| 90 21 | A.   I agree with that, without changing the | | | |
| 90 22 | fitting instructions. | | | |
| **95:6 - 95:13**  **Knauer, R. 2019-12-17** | | **Re: [95:6-95:13]** | **Re: [95:6-95:13]** | |
| 95 6 | Q.   Okay.  Would it be concerning if you're | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | |
| 95 7 | testing a Combat Arms Version 2 plug and you've got | | | |
| 95 8 | the UltraFit that you used to make the Version 2 plug, | | **OVERRULED** | |
| 95 9 | correct? | | | |
| 95 10 | A.   Correct. | | | |
| 95 11 | Q.   If you know the UltraFit typically is | | | |
| 95 12 | getting you a 21 NRR, is it concerning when testing | | | |
| of | | | | |
| 95 13 | the Version 2 shows a 10.9 NRR? | | | |
| **95:16 - 95:18**  **Knauer, R. 2019-12-17** | | **Re: [95:16-95:18]** | **Re: [95:16-95:18]** | |
| 95 16 | A.   The -- if you saw results like that, you | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | |
| 95 17 | would believe that something -- you needed to go in | | | |
| 95 18 | and try to figure out what's happening. | | **OVERRULED** | |
| **98:7 - 98:8**  **Knauer, R. 2019-12-17** | | **Re: [98:7-99:1]** | **Re: [98:7-99:1]** | |
| 98 7 | Q.   Do you consider imperceptible loosening of | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | |
| 98 8 | a plug to be a problem? | | | |
| | | | **OVERRULED** | |
| **98:11 - 99:3**  **Knauer, R. 2019-12-17** | | **Re: [98:7-99:1]** | **Re: [98:7-99:1]** | |
| 98 11 | A.   I don't know what imperceptible -- I'm | Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Def Objection - Foundation (602), Relevance (401, 402), Prejudice | |
| 98 12 | sorry -- I don't know that terminology means. | | | |
| 98 13 | That was Mr. Kieper's or -- and/or Mr. Berger term. | **Re: [99:2-99:8]** | | |
| 98 14 | I -- I'm not sure what imperceptible means. | Def Objection - Vague (403, | | |
| 98 15 | Q.   You -- you do not know what imperceptible | | | |

| | | |
|---|---|---|
| 98 16      means? | 611); Foundation (602), | (403) |
| 98 17      A.   I -- well, I know what imperceptible | Relevance (401, 402), Prejudice | **OVERRULED** |
| 98 18      means.  I don't know what they meant by this. | (403) | **Re: [99:2-99:8]** |
| 98 19      Q.   Do you know what the term "loosened" | | Def Objection - |
| 98 20      means? | | Vague (403, 611); |
| 98 21      A.   Loosened, yes. | | Foundation (602), |
| 98 22      Q.   Okay.  So if a plug is -- if you know what | | Relevance (401, |
| 98 23      imperceptible means and you know what loosened | | 402), Prejudice |
| means | | (403) |
| 98 24      and you know what an ear -- you know what an | | **SUSTAINED AS** |
| earplug | | **TO** |
| 98 25      is, correct? | | **"imperceptibly."** |
| 99 1      A.   That is correct. | | **OVERRULED** |
| 99 2      Q.   If an earplug imperceptibly loosens, would | | **in all other** |
| 99 3      that be a problem with the plug? | | **respects.** |

| **99:6 - 99:8    Knauer, R. 2019-12-17** | **Re: [99:2-99:8]** | **Re: [99:2-99:8]** |
|---|---|---|
| 99 6      A.   If a earplug loosened, there is certainly | Def Objection - Vague (403, | Def Objection - |
| 99 7      something that is going on and you need to understand | 611); Foundation (602), | Vague (403, 611); |
| 99 8      what is going on. | Relevance (401, 402), Prejudice | Foundation (602), |
| | (403) | Relevance (401, |
| | | 402), Prejudice |
| | | (403) |
| | | **SUSTAINED AS** |
| | | **TO** |
| | | **"imperceptibly."** |
| | | **OVERRULED** |
| | | **in all other** |
| | | **respects.** |

| **102:22 - 103:18   Knauer, R. 2019-12-17** | **Re: [103:15-103:24]** | **Re: [103:15-** |
|---|---|---|
| 102 22      Q.   What -- what material are these flanges | Def Objection - Foundation | **103:24]** |
| 102 23      made out of? | (602) | Def Objection - |
| 102 24      A.   It's a thermoplastic elastomer. | | Foundation (602) |
| 102 25      Q.   Do you know why the plastic piece in the | | **OVERRULED** |
| 103 1      middle, and I'm looking at it right here, I'm folding | | |
| 103 2      back both flanges, if we could look. | | |
| 103 3      Do you know why this -- do you see the | | |
| 103 4      piece I'm pointing to? | | |
| 103 5      A.   Yes, yes. | | |
| 103 6      Q.   The -- the -- white piece? | | |
| 103 7      A.   Um-hum. | | |
| 103 8      Q.   How did you all determine how hard that -- | | |
| 103 9      that white piece of plastic should be? | | |
| 103 10      A.   I have no memory at all what -- how that | | |

| Deposition | Defendant's Objections | Ruling | |
|---|---|---|---|
| 103 11  was decided.<br>103 12  Q.   Was there any testing that was done to<br>103 13  determine how hard that should be?<br>103 14  A.   I have no memory of that.  I'm sorry.<br>103 15  Q.   Are there -- are there other options for<br>103 16  the -- the white piece in the middle?  Could -- could<br>103 17  your company have made a -- the plastic piece more<br>103 18  pliable? | | | |
| **103:21 - 103:24   Knauer, R. 2019-12-17**<br>103 21  A.   I -- we -- I have no i- -- I mean, could<br>103 22  it have been made more, possibly, by why we made it<br>103 23  that, I don't know, we made it that and provided<br>103 24  samples and we are happy with it. | Re: [103:15-103:24]<br>Def Objection - Foundation (602) | Re: [103:15-103:24]<br>Def Objection - Foundation (602)<br>**OVERRULED** | |
| **105:11 - 105:25   Knauer, R. 2019-12-17**<br>105 11  Q.   If you had been asked whether or not you<br>105 12  could share the test data from Test 213015 with the<br>105 13  government, would you have said sure, why not?<br>105 14  A.   Yes, I would have shared it.<br>105 15  Q.   Can you think of any reason why the test<br>105 16  data from 213015 shouldn't have been shared with the<br>105 17  government?<br>105 18  A.   No, I can think of no reason.<br>105 19  Q.   Again, one of the things that we look from<br>105 20  an earlier page is the fact that Mr. Kieper is noting<br>105 21  that there is imperceptible loosening, correct?<br>105 22  A.   Mr. Kieper noted that, yes.<br>105 23  Q.   The fact that there is imperceptible<br>105 24  loosening with the plug, that's important, true?<br>105 25  A.   Cor- -- | Re: [105:11-105:18]<br>Def Objection - Speculation, Foundation (602), Relevance (401, 402), Prejudice (403)<br>Re: [105:19-105:25]<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Re: [105:11-105:18]<br>Def Objection - Speculation, Foundation (602), Relevance (401, 402), Prejudice (403)<br>**OVERRULED**<br>Re: [105:19-105:25]<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403)<br>**OVERRULED** | |
| **106:2 - 106:8   Knauer, R. 2019-12-17**<br>106 2  BY THE WITNESS:<br>106 3  A.   Certainly he made that observation, so<br>106 4  it's important information.<br>106 5  BY MR. MONSOUR:<br>106 6  Q.   Since it's important information that he<br>106 7  observed, is that the type of information that should<br>106 8  have been shared with the government? | Re: [106:2-106:8]<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Re: [106:2-106:8]<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403)<br>**OVERRULED** | |
| **106:10 - 106:18   Knauer, R. 2019-12-17**<br>106 10  BY THE WITNESS:<br>106 11  A.   I don't know what was shared or could have<br>106 12  been shared.  I don't know what was done.<br>106 13  BY MR. MONSOUR: | Re: [106:10-106:18]<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Re: [106:10-106:18]<br>Def Objection - Foundation (602), Relevance (401, | |

| | | |
|---|---|---|
| 106 14   Q.  It -- that's not my question.<br>106 15   My question was:  Should it have been<br>106 16   shared --<br>106 17   A.  It --<br>106 18   Q.  -- with the government? | | 402), Prejudice<br>(403)<br>**OVERRULED** |
| **106:20 - 107:8   Knauer, R. 2019-12-17**<br>106 20   BY THE WITNESS:<br>106 21   A.  It -- it was -- that -- that would be a --<br>106 22   a call that an Elliott Berger would make. | | |
| **106:23 - 107:8   Knauer, R. 2019-12-17**<br>106 23   BY MR. MONSOUR:<br>106 24   Q.  Okay.  If this flange report had been<br>106 25   shared with you, would you have shared the fact that<br>107 1   there was imperceptible loosening with the<br>government?<br>107 2   A.  It wasn't shared with me, as -- as I -- as<br>107 3   I remembered.<br>107 4   Q.  But my point is:  Had it been shared with<br>107 5   you and if you were the government contact or the<br>107 6   person that had contact with the government, would you<br>107 7   have shared the imper- -- imperceptible loosening fact<br>107 8   with the government? | **Re: [106:23-107:8]**<br>Def Objection - Foundation<br>(602), Relevance (401, 402),<br>Prejudice (403) | Re: [106:20-<br>107:8]<br>Def Objection -<br>Foundation (602),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**SUSTAINED** |
| **107:11 - 107:13   Knauer, R. 2019-12-17**<br>107 11   A.  If I'm asked if I would share, I would --<br>107 12   I believe in transparency in providing information.<br>107 13   BY MR. MONSOUR: | **Re: [107:11-107:15]**<br>Def Objection - Foundation<br>(602), Relevance (401, 402),<br>Prejudice (403) | Re: [107:11-<br>107:15]<br>Def Objection -<br>Foundation (602),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**DESIGNATION<br>WITHDRAWN<br>[107:14-15],<br>3/13/2021<br>SUSTAINED as<br>to [107:11-13]** |
| **108:23 - 109:18   Knauer, R. 2019-12-17**<br>108 23   A.  We -- we -- we talked and we've talked<br>108 24   about imp- -- you know, imp- -- we talked about<br>108 25   imperceptibly loosening as being a factor that is<br>109 1   important, yes.<br>109 2   Q.  Okay.  And you know who the end users are<br>109 3   of these earplugs, the Combat Arms Earplugs Version | **Re: [108:23-109:18]**<br>Def Objection - Foundation<br>(602), Relevance (401, 402),<br>Prejudice (403)<br>**Re: [109:14-109:25]**<br>Def Objection - Argumentative, | Re: [108:23-<br>109:18]<br>Def Objection -<br>Foundation (602),<br>Relevance (401,<br>402), Prejudice |

| | | |
|---|---|---|
| 2,<br>109 4    correct?<br>109 5        A.   Yes.<br>109 6        Q.   They are our soldiers, correct?<br>109 7        A.   Absolutely, yes.<br>109 8        Q.   A pretty worthy group of people to have<br>109 9    information shared with on their behalf, true?<br>109 10       A.   Obviously, the soldiers are somebody that<br>109 11   deserve all of the benefit, everything that we can<br>109 12   tell them, yes.<br>109 13       Q.   Sure.<br>109 14   So knowing that they are a very deserving<br>109 15   group and knowing that imperceptible loosening is<br>109 16   important, had you been made aware of<br>imperceptible<br>109 17   loosening in 2000, you would have shared that with<br>the<br>109 18   government, true? | Vague (403, 611); Relevance<br>(401, 402) | (403)<br>**SUSTAINED**<br>**Re: [109:14-**<br>**109:25]**<br>Def Objection -<br>Argumentative,<br>Vague (403, 611);<br>Relevance (401,<br>402)<br>**SUSTAINED**<br>**Re: [108:23-**<br>**109:18]**<br>Def Objection -<br>Foundation (602),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**SUSTAINED**<br>**Re: [109:14-**<br>**109:25]**<br>Def Objection -<br>Argumentative,<br>Vague (403, 611);<br>Relevance (401,<br>402)<br>**SUSTAINED**<br>**Re: [109:21-**<br>**109:25]**<br>Def Objection -<br>Foundation (602),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**SUSTAINED** |
| **109:21 - 109:25   Knauer, R. 2019-12-17**<br>109 21       A.   Again, I would need to understand what<br>109 22   the -- what he meant by imperceptibly loosening,<br>109 23   depending upon what he meant, then, yes, we'll share<br>109 24   it, absolutely if it is something -- if it is a real<br>109 25   observation. | **Re: [109:14-109:25]**<br>Def Objection - Argumentative,<br>Vague (403, 611); Relevance<br>(401, 402)<br>**Re: [109:21-109:25]**<br>Def Objection - Foundation<br>(602), Relevance (401, 402),<br>Prejudice (403) | **Re: [108:23-**<br>**109:18]**<br>Def Objection -<br>Foundation (602),<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**SUSTAINED**<br>**Re: [109:14-**<br>**109:25]** |

| | | | | |
|---|---|---|---|---|
| | | Def Objection - Argumentative, Vague (403, 611); Relevance (401, 402) **SUSTAINED** **Re: [109:21-109:25]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **SUSTAINED** **Re: [109:14-109:25]** Def Objection - Argumentative, Vague (403, 611); Relevance (401, 402) **SUSTAINED** **Re: [109:21-109:25]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **SUSTAINED** | | |
| **114:14 - 115:5   Knauer, R. 2019-12-17** | **Re: [114:14-115:5]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | **Re: [114:14-115:5]** Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) **OVERRULED** | **Re: [115:3-115:9]** foundation (602) | **OVERRULED; no new objection specific to McCombs.** |
| 114 14   Q.   Let me hand you what I've marked as<br>114 15   Exhibit 11.  It is a very short e-mail.  And it is an<br>114 16   e-mail from Elliott Berger to Brian Myers.<br>114 17   And it says:  "Here are the data on the<br>114 18   UltraFit end of the Combat Arms.  Note the original<br>114 19   study was stopped with eight subjects.  The second<br>114 20   study was with the folded-back flanges on the end<br>114 21   sticking out of the ear.  Should I share this with<br>114 22   Ohlin?  It looks like the existing product has<br>114 23   problems unless the user instructions are revised."<br>114 24   Do you see that?<br>114 25   A.   Yes, I see that.<br>115 1   Q.   Did I read it correctly? | | | | |

| | | | | |
|---|---|---|---|---|
| 115 2  A.   Yes.<br>115 3  Q.   Why would Elliott Berger be talking with<br>115 4  Brian Myers about whether important data from the<br>115 5  Combat Arms earplugs should be shared with Doug<br>Ohlin? | | | | |
| **115:8 - 115:9   Knauer, R. 2019-12-17**<br>115 8  A.   Again, I don't know.  I -- I have no -- I<br>115 9  don't know why he sent that e-mail. | **Re: [115:8-115:9]**<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403) | Re: [115:8-115:9]<br>Def Objection - Foundation (602), Relevance (401, 402), Prejudice (403)<br>**OVERRULED** | **Re: [115:3-115:9]**<br>foundation (602) | **OVERRULED; no new objection specific to McCombs.** |
| **131:5 - 131:8   Knauer, R. 2019-12-17**<br>131 5  (WHEREUPON, a certain document was<br>131 6  marked Dick Knauer Deposition Exhibit<br>131 7  No. 13, for identification, as of<br>131 8  12/17/2019.) | | | | |
| **131:15 - 131:23   Knauer, R. 2019-12-17**<br>131 15  Q.   All right.  So if we could look at<br>131 16  Exhibit 13, this is a memo from Elliott Berger to<br>131 17  Brian Myers, February 1st, 2000.<br>131 18  Do you see that?<br>131 19  A.   Yes.<br>131 20  Q.   Okay.  And, again, Elliott Berger here is<br>131 21  reporting to Brian Myers who was the marketing manager<br>131 22  at Aearo at the time, right?<br>131 23  A.   That's correct. | | | | |
| **133:5 - 133:25   Knauer, R. 2019-12-17**<br>133 5  There is another section, UltraFit end of<br>133 6  the Combat Arms Plug.<br>133 7  Do you see that?<br>133 8  A.   Yes.<br>133 9  Q.   That's talking about the '015 study that<br>133 10  was mentioned in the flange report, right?<br>133 11  A.   Yes, I believe so.<br>133 12  Q.   And so in this report, Berger is reporting<br>133 13  to Myers, Stopped after eight subjects, right?<br>133 14  A.   That's what he says, yes.<br>133 15  Q.   NRR 11, right?<br>133 16  A.   That's what it says, yes.<br>133 17  Q.   "A new test will begin because it appears<br>133 18  there is a learning effect as the experimenter better | | | | |

| | | | |
|---|---|---|---|
| 133 19    understands how to insert this unusual earplug."<br>133 20    Do you see that?<br>133 21    A.   Yes.<br>133 22    Q.   Do you -- did anyone tell you at the time<br>133 23    they were doing this testing that the lab believed<br>133 24    that this plug, this Combat Arms plug, was an unusual<br>133 25    plug? | | | |
| **134:1 - 134:1   Knauer, R. 2019-12-17**<br>134 1    A.   I don't remember. | | | |
| **136:4 - 136:12   Knauer, R. 2019-12-17**<br>136 4    Q.   All right.  So this report was to Brian<br>136 5    Myers, the marketing manager, in February of 2000.<br>136 6    Did -- do you have a recollection of the<br>136 7    lab being subject to audit?<br>136 8    A.   Subject to audit, they -- they did a<br>136 9    accreditation that I remember the -- with NVLAP.  I<br>136 10    believe it was every two years, every two or three<br>136 11    years.  That I remember.  There might have been an<br>136 12    audit and I'm not remembering that. | | | |
| **136:17 - 137:5   Knauer, R. 2019-12-17**<br>136 17    (WHEREUPON, a certain document was<br>136 18    marked Dick Knauer Deposition Exhibit<br>136 19    No. 14, for identification, as of<br>136 20    12/17/2019.)<br>136 21    BY MR. OVERHOLTZ:<br>136 22    Q.   So this is a report a year -- a year<br>136 23    later, a little more than a year later from July 5th,<br>136 24    2001.<br>136 25    Do you see that?<br>137 1    A.   Yes.<br>137 2    Q.   Okay.  So we are looking at Exhibit 14 and<br>137 3    this is a June Monthly Report from Elliott Berger to<br>137 4    Richard Knauer, July 5th, 2001, right?<br>137 5    A.   That's correct. | | | |
| **137:21 - 138:5   Knauer, R. 2019-12-17**<br>137 21    BY MR. OVERHOLTZ:<br>137 22    Q.   So -- so you have the lab over here,<br>137 23    right, and the lab -- and the lab, we have Dick Knauer<br>137 24    is the technical director, right?<br>137 25    A.   That's correct.<br>138 1    Q.   And then we have Elliott Berger, and he<br>138 2    was a senior director in the lab? | | | |

| | | | | |
|---|---|---|---|---|
| 138 3     A.  I don't remember what his title was.<br>138 4     Q.  Okay.  He -- he ran the testing?<br>138 5     A.  He ran the testing. | | | | |
| **138:18 - 139:4   Knauer, R. 2019-12-17**<br>138 18     Q.  The marketing side, and Brian Myers is the<br>138 19     marketing director, right, marketing manager?<br>138 20     A.  Yes.<br>138 21     Q.  Do you recall there -- anyone raising a<br>138 22     question as to whether or not it's a problem if the<br>138 23     guy running the testing, Elliott Berger, is reporting<br>138 24     to a marketing manager at the company?<br>138 25     Do you recall that ever being a problem?<br>139 1     A.  I don't ever recall anyone ever discussing<br>139 2     that as a problem, no.<br>139 3     Q.  Did anyone ever say that this could be<br>139 4     a -- this could cause a conflict of interest? | | | | |
| **139:7 - 139:16   Knauer, R. 2019-12-17**<br>139 7     A.  I had never heard that raised, no.<br>139 8     BY MR. OVERHOLTZ:<br>139 9     Q.  Okay.  Do you -- do you know what a<br>139 10     conflict of interest is?<br>139 11     A.  Yes, yes, I understand.<br>139 12     Q.  And what's a conflict of interest?<br>139 13     A.  A conflict of interest, in my<br>139 14     understanding, is if someone is working on<br>something<br>139 15     that -- that because of who they report to could<br>139 16     affect the decision-making process. | | | | |
| **139:17 - 139:21   Knauer, R. 2019-12-17**<br>139 17     Q.  Okay.  And so gentle might -- could it be<br>139 18     a conflict of interest if marketing wants the lab to<br>139 19     report better results for their plug, exaggerate the<br>139 20     plug's capabilities even when the testing doesn't<br>139 21     support it? | | | Re: [139:17-139:21]<br>Improper Counter<br>Designation per PTO 64,<br>403, Nonresponsive | **SUSTAINED** |
| **139:24 - 140:2   Knauer, R. 2019-12-17**<br>139 24     A.  First of all, Elliott Berger is an<br>139 25     extremely reputable individual, someone who will<br>not<br>140 1     compromise, and he will report the results that he<br>140 2     gets, or always did report the results that he got. | | | Re: [139:24-140:2]<br>Improper Counter<br>Designation per PTO 64,<br>403, Nonresponsive | **SUSTAINED** |
| **140:24 - 141:3   Knauer, R. 2019-12-17**<br>140 24     Q.  All right.  So if we could go back to<br>140 25     Exhibit 14, which is this audit, I have it up on the | | | | |

| | | | | |
|---|---|---|---|---|
| 141 1    screen now.  This is that June 5th, 2001 report to you<br>141 2    now?<br>141 3    A.   Yes. | | | | |
| **141:15 - 141:22   Knauer, R. 2019-12-17**<br>141 15    Q.   "Subsequent to the audit, the policy<br>141 16    manual and other documentation were revised to bring<br>141 17    them up to the new NVLAP requirements."<br>141 18    Do you see that?<br>141 19    A.   Yes.<br>141 20    Q.   Okay.  Do you recall what changes were --<br>141 21    were required by the NVLAP audit to be made?<br>141 22    A.   No. | | | | |
| **142:3 - 142:13   Knauer, R. 2019-12-17**<br>142 3    (WHEREUPON, a certain document was<br>142 4    marked Dick Knauer Deposition Exhibit<br>142 5    No. 15, for identification, as of<br>142 6    12/17/2019.)<br>142 7    BY MR. OVERHOLTZ:<br>142 8    Q.   So this is about a month after that report<br>142 9    that we just read, and it's a -- Exhibit 15 is a<br>142 10    letter to Carroll Brickenkamp on August 1st, 2001,<br>142 11    Program Manager, NVLAP.<br>142 12    Do you see that?<br>142 13    A.   Yes. | | | | |
| **144:15 - 145:4   Knauer, R. 2019-12-17**<br>144 15    Q.   P1, C1, 4.1.4.  It says:  "The department<br>144 16    in which the E-A-RCAL Laboratory now reports was<br>144 17    changed shortly after the audit."<br>144 18    Did I get that right?<br>144 19    A.   If that's what it says, yes, sir.<br>144 20    Q.   Okay.  "We now report in through a<br>144 21    technical group instead of marketing as the revised<br>144 22    organizational chart now indicates."<br>144 23    Do you see that?<br>144 24    A.   Yes.<br>144 25    Q.   So after this audit in 2001, the reporting<br>145 1    was changed in the lab and now the lab testing is<br>145 2    going to report through a technical group and not to<br>145 3    Brian Myers in marketing.<br>145 4    That's how it is supposed to be, right? | | | Re: [145:4-145:8]<br>argumentative (611, 403);<br>foundation (602) | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **145:7 - 145:9   Knauer, R. 2019-12-17**<br>145  7          A.   That's what I'm -- that's -- would be an<br>145  8     interpretation of this, yes.<br>145  9     BY MR. OVERHOLTZ: | | | Re: [145:4-145:8]<br>argumentative (611, 403);<br>foundation (602) | **OVERRULED** |
| **146:23 - 147:1   Knauer, R. 2019-12-17**<br>146  23        Q.   Okay.  This change that was made after the<br>146  24        2001 NVLAP audit to now report through the technical<br>146  25          group and not to marketing, do you believe that change<br>147  1          was made to avoid this conflict of interest? | | | Re: [146:23-147:6]<br>foundation (602) | **SUSTAINED** |
| **147:4 - 147:6   Knauer, R. 2019-12-17**<br>147  4          A.   I do not know why the change was made.  I<br>147  5     don't believe it had anything to do with that, but I<br>147  6     don't know that. | | | Re: [146:23-147:6]<br>foundation (602) | **SUSTAINED** |
| **147:9 - 147:12   Knauer, R. 2019-12-17**<br>147  9          (WHEREUPON, a certain document was<br>147  10          marked Dick Knauer Deposition Exhibit<br>147  11          No. 16, for identification, as of<br>147  12          12/17/2019.) | | | | |
| **147:25 - 148:4   Knauer, R. 2019-12-17**<br>147  25        Q.   Okay.  And so if we look at this, Page 1,<br>148  1     the topic -- the title of Exhibit 16 is:  "Annotations<br>148  2     from EAR checklist with assessment annotations.pdf."<br>148  3     Do you see that?<br>148  4          A.   Yes. | | | | |
| **148:5 - 148:6   Knauer, R. 2019-12-17**<br>148  5          Q.   Do you recall this document at all?<br>148  6          A.   No. | | | | |
| **148:7 - 148:10   Knauer, R. 2019-12-17**<br>148  7          Q.   Okay.  "Annotation 1; Label:  Jeff G.<br>148  8     Schmitt; Date:  6/13/2001."<br>148  9     Do you see that?<br>148  10        A.   Yes. | | | | |
| **148:11 - 148:12   Knauer, R. 2019-12-17**<br>148  11        Q.   Do you remember who Jeff Schmitt was?<br>148  12        A.   No. | | | | |
| **148:21 - 149:6   Knauer, R. 2019-12-17**<br>148  21        Q.   Okay.  And just so we're clear, the next<br>148  22        section says:  "C1 4.1.4."<br>148  23        Do you see that?<br>148  24        A.   Yes.<br>148  25        Q.   And if we look back at the last exhibit, | | | | |

| | | | | |
|---|---|---|---|---|
| 149 1    that reference we made to the change referenced that<br>149 2    same section, and -- is that agreeable, to pull that<br>149 3    up, just so we can see that these two sections are the<br>149 4    same.<br>149 5    And you can look and tell me if you agree?<br>149 6    A.  It references "C1 4.1.4," "C1 4.1.4." | | | | |
| **149:11 - 149:21   Knauer, R. 2019-12-17**<br>149 11    Q.  Okay.  It says -- now, if we go back to<br>149 12    Exhibit 16 now, this Annotation 1, it says:  "The org<br>149 13    chart of 12/1/2000 shows the lab director reporting<br>149 14    through a marketing manager."<br>149 15    Do you see that?<br>149 16    A.  Yes.<br>149 17    Q.  "While this is acceptable on a business<br>149 18    management basis, this creates a potential for a<br>149 19    conflict of interest at the laboratory testing level."<br>149 20    Do you see that?<br>149 21    A.  I do.  I can read that, yes. | | | | |
| **150:3 - 150:4   Knauer, R. 2019-12-17**<br>150 3    Q.  Do you agree that there was at least a<br>150 4    potential for a conflict of interest because of this? | | | **Re: [150:3-150:4]**<br>Improper Counter<br>Designation per PTO 64 | **OVERRULED** |
| **150:7 - 150:8   Knauer, R. 2019-12-17**<br>150 7    A.  I -- I -- I don't -- no, I don't agree.  A<br>150 8    conflict of interest did not exist. | | | **Re: [150:7-150:8]**<br>Improper Counter<br>Designation per PTO 64 | **OVERRULED** |
| **150:10 - 150:19   Knauer, R. 2019-12-17**<br>150 10    Q.  Okay.  So if we go back to the exhibit:<br>150 11    "Laboratory management indicates that no such<br>150 12    conflicts have been experienced in the past and that<br>150 13    it has access to upper management levels such" --<br>150 14    "should such conflicts arise in the future."<br>150 15    Do you see that?<br>150 16    A.  Yes.<br>150 17    Q.  So laboratory management, that would have<br>150 18    been you and Elliott Berger, right?<br>150 19    A.  That is correct. | | | | |
| **151:6 - 151:9   Knauer, R. 2019-12-17**<br>151 6    Q.  The -- now, when that statement was made<br>151 7    to the NVLAP auditors, you were aware that the company<br>151 8    had to pay a $900,000 fine because they were using NRR<br>151 9    ratings on their plugs that were overstated, right? | | | **Re: [151:6-151:13]**<br>3M MIL No. 8 | **SUSTAINED** |

| | | | |
|---|---|---|---|
| **151:12 - 151:20   Knauer, R. 2019-12-17**<br>151 12    A.   I had heard that they had -- had paid a<br>151 13    fine, yes.<br>151 14    BY MR. OVERHOLTZ:<br>151 15    Q.   And it was related to the reporting of<br>151 16    NRRs on the labeling of earplugs, right?<br>151 17    A.   Something was related to the -- yes.<br>151 18    Q.   And wasn't it marketing who decided to put<br>151 19    that higher NRR on the labeling?<br>151 20    A.   That decision -- | | | Re: [151:6-151:13]<br>3M MIL No. 8<br>Re: [151:18-151:25]<br>foundation (602) | **SUSTAINED** |
| **151:22 - 151:25   Knauer, R. 2019-12-17**<br>151 22    BY THE WITNESS:<br>151 23    A.   I'm not aware of who made the decision.<br>151 24    That decision was made before I was in the technical<br>151 25    management area. | | | Re: [151:18-151:25]<br>foundation (602) | **SUSTAINED** |
| **153:17 - 153:20   Knauer, R. 2019-12-17**<br>153 17    (WHEREUPON, a certain document was<br>153 18    marked Dick Knauer Deposition Exhibit<br>153 19    No. 18, for identification, as of<br>153 20    12/17/2019.) | | | | |
| **154:9 - 154:24   Knauer, R. 2019-12-17**<br>154 9    Q.   So if we can look at Exhibit 18, it is<br>154 10    a -- one month later from the last monthly report we<br>154 11    looked at, Elliott Berger to Richard Knauer,<br>154 12    August 1st, 2001, the July Monthly Report.<br>154 13    Do you see that?<br>154 14    A.   Yes.<br>154 15    Q.   Okay.  And if we go down, there is another<br>154 16    section regarding NVLAP.<br>154 17    Do you see that?<br>154 18    A.   Yes.<br>154 19    Q.   And it says:  "Finalized the update to the<br>154 20    E-A-RCAL policy manual and prepared a response to<br>154 21    NVLAP re issues that required resolution as a result<br>154 22    of the June audit of our lab."<br>154 23    Do you see that?<br>154 24    A.   Yes. | | | | |
| **156:6 - 156:9   Knauer, R. 2019-12-17**<br>156 6    Q.   Okay.  There is a section called<br>156 7    Facilities/Equipment/Calibration.<br>156 8    Do you see that?<br>156 9    A.   Yes. | | | | |

| | | | | |
|---|---|---|---|---|
| **156:10 - 156:15   Knauer, R. 2019-12-17**<br>156 10    Q.   Okay.  It says:  "The primary audiometer<br>156 11    (SN 1919) has returned from being repaired by<br>156 12    Grason-Stadler."<br>156 13    That's one of the devices that's used in<br>156 14    the lab, is that right?<br>156 15    A.   I believe so. | | | **Re: [156:10-156:15]**<br>Improper Counter<br>Designation per PTO 64 | **SUSTAINED** |
| **156:16 - 156:20   Knauer, R. 2019-12-17**<br>156 16    Q.   Okay.  It then says:  "The one of the two<br>156 17    Etymotic Research ARCs, used in Mexico, was calibrated<br>156 18    and returned to Bob Zielinski."<br>156 19    Do you see that?<br>156 20    A.   Yes. | | | | |
| **157:23 - 158:19   Knauer, R. 2019-12-17**<br>157 23    Q.   This -- this is -- this is a device that's<br>157 24    used to measure acoustic resistance, is that right?<br>157 25    A.   I remember there was a device that<br>158 1    measured acoustic resistance, so, yes, that sounds<br>158 2    like an acoustic resistance test, yes.<br>158 3    Q.   Okay.  Do you recall there being a trouble<br>158 4    with the plugs, the Combat Arms plugs being<br>158 5    manufactured in Mexico back in 2001?<br>158 6    A.   I don't re -- recall any trouble<br>158 7    manufacturing, manufacturing problems sometimes occur,<br>158 8    but I don't recall any.<br>158 9    Q.   Who was Bob Zielinski?<br>158 10    A.   Bob Zielinski was the Aearo, I'll call him<br>158 11    operations manager for -- I don't know what his title<br>158 12    was, but operations individual that oversaw, amongst<br>158 13    other things, hand assembly products, as I remember.<br>158 14    Q.   So if -- do you recall going down to<br>158 15    Mexico to see the place where the Combat Arms plugs<br>158 16    were being made?<br>158 17    A.   I did not go down to Mexico, no.<br>158 18    Q.   You know they were made in Mexico, though?<br>158 19    A.   Yes, I did know that. | | | **Re: [158:3-158:8]**<br>3M MIL No. 26;<br>foundation (602) | **OVERRULED** |
| **158:25 - 159:9   Knauer, R. 2019-12-17**<br>158 25    Q.   Okay.  What part of the plug did the<br>159 1    Mexico company make?<br>159 2    A.   The Mexico company, as I remember it, got | | | | |

| | | | |
|---|---|---|---|
| 159 3    the individual separate parts, assembled those<br>159 4    together, and then used this ARC device to ensure that<br>159 5    the nonlinear performance, that that was within the<br>159 6    range of acceptable limits.<br>159 7    Q.   So the ARC is a -- a quality control<br>159 8    device, is that --<br>159 9    A.   It is a quality control device. | | | |
| **160:3 - 160:6   Knauer, R. 2019-12-17**<br>160 3    Q.   Okay.  But you don't have any specific<br>160 4    recollections of there being quality trouble with the<br>160 5    Combat Arms plugs that were made in Mexico?<br>160 6    A.   No, I have no specific recollection. | | Re: [160:3-160:6]<br>3M MIL No. 26;<br>foundation (602) | **OVERRULED** |
| **166:14 - 166:19   Knauer, R. 2019-12-17**<br>166 14    Q.   So this says Ari- -- Aearo Company<br>166 15    Memorandum at the top and it is to J. Marlette,<br>166 16    R. Bomke, R. Knauer, B. Myers, B. Klun, S. Todor, and<br>166 17    B. Bogdan.<br>166 18    Do you see that?<br>166 19    A.   Yes, I see that. | | | |
| **167:15 - 167:18   Knauer, R. 2019-12-17**<br>167 15    Q.   And what would have been the reporting<br>167 16    relationship between you and Klun?<br>167 17    A.   If he was technical director at that time,<br>167 18    I would have reported to Bob Klun. | | | |
| **171:4 - 171:8   Knauer, R. 2019-12-17**<br>171 4    Q.   Okay.  So if we can go back to the<br>171 5    document, it says:  "Technical and manufacturing will<br>171 6    address stem/filter assembly to avoid incorrect<br>171 7    assembly with the goal being zero defects," right?<br>171 8    A.   Yes. | | | |
| **172:11 - 172:19   Knauer, R. 2019-12-17**<br>172 11    Q.   Right.  So the filter has a certain<br>172 12    diameter, it has got to fit into this center assembly<br>172 13    in some way, and you've got to make sure that the ones<br>172 14    you are getting sent aren't going to be too big to fit<br>172 15    into this, right?<br>172 16    A.   Neither too big nor too small.<br>172 17    Q.   Or too small so they slip through?<br>172 18    A.   And had to have the correct -- to meet the<br>172 19    acoustical requirements of the product. | | | |

| | | | |
|---|---|---|---|
| **172:20 - 173:2   Knauer, R. 2019-12-17** | | | **OVERRULED** |
| 172 20    Q.   Did that ever become a problem and -- when<br>172 21    you were involved with this plug as the technical<br>172 22    director of the lab with the -- the -- there being an<br>172 23    issue with tolerances with the filters either being<br>172 24    too big or too small to fit into this stem assembly?<br>172 25    A.   I do not remember any.  If -- if there<br>173 1    were any, we would have resolved them, but I don't<br>173 2    remember any, no. | | **Re: [172:20-173:2]**<br>Improper Counter<br>Designation per PTO 64,<br>403 | |
| **173:3 - 173:8   Knauer, R. 2019-12-17** | | | |
| 173 3    Q.   Okay.  No. 4 says: "Steve Todor and Dick<br>173 4    Knauer will address adapter tolerances for stem and<br>173 5    earplug.  Steve will get initial feedback to Dick<br>173 6    regarding tolerance concerns."<br>173 7    Right?<br>173 8    A.   Yes. | | | |
| **175:17 - 175:22   Knauer, R. 2019-12-17** | | | |
| 175 17    Q.   Okay.  If you could look with me under<br>175 18    Commercial Update/Plans, it says:  "The initial order<br>175 19    of 1,000 pair of the Combat Arms earplugs will be<br>175 20    going to U.S. Army troops in Italy."<br>175 21    Do you see that?<br>175 22    A.   Yes, I see that. | | | |
| **176:6 - 176:10   Knauer, R. 2019-12-17** | | | |
| 176 6    Q.   Okay.  And then if you look with me at the<br>176 7    last sentence of that paragraph, it says: "The<br>176 8    military plans on disseminating one pair to each<br>176 9    soldier each year," right?<br>176 10    A.   That's what it says, yes. | | | |
| **181:17 - 181:25   Knauer, R. 2019-12-17** | | | |
| 181 17    And you recall we were talking about<br>181 18    the -- on the second page the ARCs that were used as<br>a<br>181 19    quality control device in Mexico?<br>181 20    A.   Yes, I recall that.<br>181 21    Q.   All right.  And we talked a little bit<br>181 22    about acoustic resistance and that this -- this<br>181 23    measured acoustic resistance, that's what this<br>machine<br>181 24    did, right?<br>181 25    A.   That's what I -- that's what I remember | | | |
| **182:5 - 182:18   Knauer, R. 2019-12-17** | **Re: [182:5-182:11]**<br>Def Objection - 3M MIL No. | **Re: [182:5-182:11]** | |
| 182 5    Q.   So -- one thing we know is that the ARC | | | |

| | | | |
|---|---|---|---|
| 182 6   is a quality control for acoustic resistance.<br>182 7   Now, did you have an understanding that,<br>182 8   for the Combat Arms plugs that contained the -- the<br>182 9   French filter in the yellow end, right?<br>182 10   A.   Yes, it contained a filter in the yellow<br>182 11   end, yeah.<br>182 12   Q.   Okay.  So did you have an understanding<br>182 13   that the Combat Arms plugs that contained that French<br>182 14   filter, that to make sure that you are getting to get<br>182 15   the impulse noise reduction from that filter the way<br>182 16   it is manufactured and put together, that you need to<br>182 17   test -- test the acoustic resistance to make sure it<br>182 18   is within certain levels? | 26, Relevance (401, 402),<br>Prejudice (403)<br>Re: [182:12-183:3]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403), Vague (403) | Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED**<br>**Re: [182:12-183:3]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403), Vague<br>(403)<br>**OVERRULED** | |
| **182:21 - 183:9   Knauer, R. 2019-12-17**<br>182 21   A.   My understanding for what that test did is<br>182 22   that it measured the acoustic resistance and that<br>182 23   Elliott Berger had done some work to -- Elliott Berger<br>182 24   and Ron Kieper and poss-- very possibly others had<br>182 25   done some work to determine what that range of<br>183 1   acoustic resistance needed to be in order to -- for<br>183 2   the filter to be performing in a way it's designed to<br>183 3   be -- designed.<br>183 4   BY MR. OVERHOLTZ:<br>183 5   Q.   Okay.  And it was your understanding<br>183 6   that -- that that test -- that -- that work that had<br>183 7   been done with acoustic resistance, that it a- -- that<br>183 8   it was done to make sure that the filter was going to<br>183 9   limit impulse noise? | Re: [182:12-183:3]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403), Vague (403)<br>Re: [183:4-184:5]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403) | **Re: [182:12-183:3]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403), Vague<br>(403)<br>**OVERRULED**<br>**Re: [183:4-184:5]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |
| **183:12 - 183:25   Knauer, R. 2019-12-17**<br>183 12   Q.   That's why you do this test?<br>183 13   A.   The test was to measure the acoustic<br>183 14   resistance and based on Elliott Berger's, and possibly<br>183 15   other people's testing, a range was identified of<br>183 16   acoustic resistance that the filter was performing in<br>183 17   the range that it was supposed to be performing.<br>183 18   Q.   All right.  So what -- so based on your<br>183 19   testimony, what you are looking for is -- is the<br>183 20   acoustic resistance within an acceptable range?<br>183 21   A.   It was -- it was within an acceptable<br>183 22   range. | Re: [183:4-184:5]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403) | **Re: [183:4-184:5]**<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |

| | | | |
|---|---|---|---|
| 183 23  Q.   Okay.  And you are trying to make sure<br>183 24     that this filter side of the plug is going to work<br>183 25     right and stop the impulse noise, right? | | | |
| **184:3 - 184:5   Knauer, R. 2019-12-17**<br>184 3     A.   The objective was to demonstrate that the<br>184 4     filter was in there and doing what the testing had<br>184 5     said it should do. | Re: [183:4-184:5]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403) | Re: [183:4-184:5]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |
| **184:9 - 184:17   Knauer, R. 2019-12-17**<br>184 9     (WHEREUPON, a certain document was<br>184 10     marked Dick Knauer Deposition Exhibit<br>184 11     No. 21, for identification, as of<br>184 12     12/17/2019.)<br>184 13     BY MR. OVERHOLTZ:<br>184 14     Q.   Okay.  So looking at Exhibit 21, this is<br>184 15     an e-mail that you sent to Brian Myers and Gary<br>Warren<br>184 16     on January 5th, 2006, is that right?<br>184 17     A.   That's what it looks like, yes, sir. | | | |
| **185:1 - 185:8   Knauer, R. 2019-12-17**<br>185 1     So the subject of this e-mail that you<br>185 2     sent to Brian Myers and Gary Warren on January 5th,<br>185 3     2006, is the "Combat Arms," correct?<br>185 4     A.   Yes.<br>185 5     Q.   And who is Gary Warren?<br>185 6     A.   Gary Warren was a sales manager, I<br>185 7     believe.<br>185 8     Q.   Okay. | | | |
| **186:16 - 186:21   Knauer, R. 2019-12-17**<br>186 16     Is -- Gary Warren wrote on January 5th and<br>186 17     said:  "Dick:  how do we test the effectiveness of<br>186 18     Combat Arms to ensure that it in fact blocks out<br>186 19     impact noise levels?"<br>186 20     Do you see that?<br>186 21     A.   Yes, I see that. | Re: [186:13-186:21]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403) | Re: [186:13-<br>186:21]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**DESIGNATION<br>WITHDRAWN<br>[186:13-186:15],<br>3/13/2021<br>OVERRULED<br>as to [186:16-21]** | |

| 187:4 - 187:9   Knauer, R. 2019-12-17 | | | |
|---|---|---|---|
| 187 4    Q.   Okay.  One of the things that this plug is | | | |
| 187 5    meant to do is to block impulse noise, right? | | | |
| 187 6    A.   Yes. | | | |
| 187 7    Q.   These are like loud blast, loud sounds, | | | |
| 187 8    not constant sounds, right? | | | |
| 187 9    A.   Yes. | | | |

| 187:13 - 188:17   Knauer, R. 2019-12-17 | | | |
|---|---|---|---|
| 187 13    So you respond and say:  "We have | Re: [187:13-188:15] Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403) | Re: [187:13-188:15] Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403) | |
| 187 14    developed a test fixture that measures acoustical | | | |
| 187 15    impedance," and then you go on. | | | |
| 187 16    Do you see that? | Re: [188:16-188:17] Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403) | OVERRULED | |
| 187 17    A.   Yes. | | Re: [188:16-188:17] Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403) | |
| 187 18    Q.   "When the product was developed, the | | | |
| 187 19    Combat Arms were tested at a firing range:  for those | | | |
| 187 20    that provided acceptable performance for blocking out | | OVERRULED | |
| 187 21    the appropriate amount of impact noise, it was | | | |
| 187 22    determined that those plugs had a particular | | | |
| 187 23    acoustical impedance." | | | |
| 187 24    Do you see that? | | | |
| 187 25    A.   Yes. | | | |
| 188 1    Q.   Is that the work that Elliott Berger, you | | | |
| 188 2    were talking about, had done? | | | |
| 188 3    A.   On the test device, yes. | | | |
| 188 4    Q.   Yeah, okay. | | | |
| 188 5    "A range of acceptable acoustical | | | |
| 188 6    impedance was developed thereafter." | | | |
| 188 7    Do you see that? | | | |
| 188 8    A.   Yes. | | | |
| 188 9    Q.   So that was the range that we were talking | | | |
| 188 10    about before, right? | | | |
| 188 11    A.   Yes. | | | |
| 188 12    Q.   Okay.  "Currently when the product is | | | |
| 188 13    assembled, the testing is done on 100% of the plugs." | | | |
| 188 14    Do you see that? | | | |
| 188 15    A.   Yes. | | | |
| 188 16    Q.   Now, why do you do the testing on | | | |
| 188 17    100 percent of the plugs? | | | |

| 188:20 - 189:3   Knauer, R. 2019-12-17 | | | |
|---|---|---|---|
| 188 20    A.   We -- I mean, you asked why we do it on | Re: [188:20-189:3] Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403) | Re: [188:20-189:3] Def Objection - 3M MIL No. 26, | |
| 188 21    100 percent of the plugs? | | | |
| 188 22    BY MR. OVERHOLTZ: | | | |

| | | | |
|---|---|---|---|
| 188 23  Q.   Yes.<br>188 24  A.   When we set up this product, had various<br>188 25  discussions obviously, I had various discussions, and<br>189 1  because of the importance of the test, we made a<br>189 2  decision, and I'm not sure who all made it, but we<br>189 3  made a decision to test 100 percent of the plugs. | | Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** | |
| **189:17 - 190:11   Knauer, R. 2019-12-17**<br>189 17  Q.   But this -- on the screen, the ARC we<br>189 18  described it, that's the device that's used to test<br>189 19  this acoustic impedance, or I wrote "resistance"<br>189 20  before, right?<br>189 21  A.   Yes.<br>189 22  Q.   Okay.  And so you used this ARC machine to<br>189 23  test all of the Combat Arms plugs 100 percent, right,<br>189 24  100 percent of the plugs, to make sure they are within<br>189 25  an acceptable range to test the effectiveness of the<br>190 1  plug, right?<br>190 2  A.   We are using it to test the -- to make<br>190 3  sure that the acoustical impedance is where it needs<br>190 4  to be.<br>190 5  Q.   And that's related to the plug's<br>190 6  effectiveness?<br>190 7  A.   That's related to how the plug would<br>190 8  behave as -- in an impulse noise, yes.<br>190 9  Q.   Okay.  And if you don't test the<br>190 10  100 percent of the plugs, you can't guarantee that<br>190 11  they are going to work, right? | | | Re: [190:9-190:17]<br>foundation (602) | **OVERRULED** |
| **190:15 - 190:17   Knauer, R. 2019-12-17**<br>190 15  A.   I don't -- I -- I mean, basically we<br>190 16  took -- we made a decision to test 100 percent of the<br>190 17  plugs. | | Re: [190:9-190:17]<br>foundation (602) | **OVERRULED** |
| **190:21 - 190:24   Knauer, R. 2019-12-17**<br>190 21  Q.   From a quality control perspective, if you<br>190 22  don't test 100 percent of the plugs, you can't<br>190 23  guarantee the plug is going to be within an<br>190 24  acceptable range, is that right? | | Re: [190:21-191:4]<br>foundation (602) | **OVERRULED** |
| **191:2 - 191:4   Knauer, R. 2019-12-17**<br>191 2  A.   You -- you -- you test them all to give<br>191 3  you a degree, much higher degree of confidence that<br>191 4  the product will perform as -- as advertised. | | Re: [190:21-191:4]<br>foundation (602) | **OVERRULED** |
| **192:9 - 192:12   Knauer, R. 2019-12-17**<br>192 9  Q.   Was the quality control testing done in<br>192 10  Mexico as well? | Re: [192:9-192:12]<br>Def Objection - 3M MIL No. | Re: [192:9-<br>192:12]<br>Def Objection - | |

| | | |
|---|---|---|
| 192 11    A.   There was a quality control testing done<br>192 12      in Mexico, yes. | 26, Relevance (401, 402),<br>Prejudice (403) | 3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED** |

| | | |
|---|---|---|
| **192:22 - 192:25   Knauer, R. 2019-12-17**<br>192 22      (WHEREUPON, a certain document was<br>192 23      marked Dick Knauer Deposition Exhibit<br>192 24      No. 22, for identification, as of<br>192 25      12/17/2019.) | | |

| | | |
|---|---|---|
| **193:5 - 196:17    Knauer, R. 2019-12-17**<br>193 5      Q.   22, which is DK-15, MDL434795.<br>193 6      So if you'll take a look at this<br>193 7      Exhibit 22, Mr. Knauer, it's another one of the<br>193 8      Elliott Berger monthly reports, this one dated<br>193 9      February 28th, 2003, February Monthly Report.<br>193 10     A.   Yeah.<br>193 11     Q.   Do you see that?<br>193 12     A.   Yes, I see that.<br>193 13     Q.   And there's a couple of different<br>193 14     sections, Hercules Project and then below that,<br>193 15     Project-Related Research and Development and<br>Support.<br>193 16     Do you see that?<br>193 17     A.   Yes.<br>193 18     Q.   Okay.  It said:  "Hosted Mead" -- "Mead<br>193 19     Killion."<br>193 20     Do you see that?<br>193 21     A.   Yes.<br>193 22     Q.   He was one of the head guys over at<br>193 23     Etymotic Research, is that right?<br>193 24     A.   He was the head guy at Etymotic Research,<br>193 25     yes.<br>194 1      Q.   Okay.  The next sentence says -- okay, and<br>194 2      just to be clear, this monthly report that Berger<br>194 3      sent, he sent it to you, right, at the top of the<br>194 4      page?<br>194 5      A.   Yes.<br>194 6      Q.   Okay.  And the next sentence says:  "RWK,"<br>194 7      that would be referring to Ron Kieper?<br>194 8      A.   That's correct.<br>194 9      Q.   Okay.  "Ron Kieper assisted Gordon Grogan<br>194 10     and spoke with Bob Zielinski about the problems | Re: [193:5-195:6]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403)<br>Re: [195:7-196:21]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403); Foundation<br>(602) | Re: [193:5-195:6]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403)<br>**OVERRULED**<br>Re: [195:7-<br>196:21]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403); Foundation<br>(602)<br>**OVERRULED** |

with
194 11   the Combat Arms Plug in Mexico."
194 12   Do you see that?
194 13   A.   Yes.
194 14   Q.   "He recommended that one of the ARCs be
194 15   sent to Indianapolis so the 100 plugs can be measured
194 16   in the lab, to help determine why Mexico's
194 17   measurements had an 80% reject rate."
194 18   Did I read that right?
194 19   A.   Yes.
194 20   Q.   Okay.  And the ARCs, again, is talking
194 21   about the same thing that we were talking about
before
194 22   on the screen, this quality control device, right?
194 23   A.   Yes.
194 24   Q.   Okay.  And you told me Zielinski's job was
194 25   in operations, is that right?
195 1    A.   His job was in operations, yes.
195 2    Q.   Okay.  And how about Gordon Grogan?
195 3    A.   He was a quality control guy and...
195 4    Q.   Okay.  And so -- do you remember the
195 5    80 percent failure they were getting down in Mexico?
195 6    A.   No, I don't remember that.
195 7    Q.   Okay.  Let's -- let's take a look at what
195 8    we'll mark as Exhibit 23, which is DK-46.
195 9    (WHEREUPON, a certain document was
195 10   marked Dick Knauer Deposition Exhibit
195 11   No. 23, for identification, as of
195 12   12/17/2019.)
195 13   BY MR. OVERHOLTZ:
195 14   Q.   So if we can take a look at this document,
195 15   it's titled "Mexico Visit, Bob Zielinski
195 16   Responsibilities," right?
195 17   A.   Yes.
195 18   Q.   And the first section is called Issues.
195 19   And it says:  "There have been problems
195 20   with test equipment procedures not being followed at
195 21   TJR."
195 22   Do you see that?
195 23   A.   Yes.
195 24   Q.   TJR, is that the Mexican company?
195 25   A.   Yes.
196 1    Q.   Okay.  Do you remember what that stood
196 2    for?

| | | | | |
|---|---|---|---|---|
| 196 3    A.   No.<br>196 4    Q.   The machine -- do you know where -- did I<br>196 5    ask you this before, do you know where it was in<br>196 6    Mexico?<br>196 7    A.   I -- it was in the middle of nowhere in<br>196 8    Mexico from my best understanding.<br>196 9    Q.   Okay.<br>196 10   The next sentence says:  "The machines<br>196 11   were due for calibration in May of 03 as stipulated in<br>196 12   the specified Operating procedure, but even a year<br>196 13   later were not calibrated."<br>196 14   Do you see that?<br>196 15   A.   Yes.<br>196 16   Q.   That was talking about the ARC quality<br>196 17   control testing equipment in Mexico, right? | | | | |
| **196:20 - 197:2   Knauer, R. 2019-12-17**<br>196 20   A.   That was talking about the equipment that<br>196 21   was used, the -- the ARC equipment.<br>196 22   BY MR. OVERHOLTZ:<br>196 23   Q.   Because what we looked at before in that<br>196 24   monthly report was Ron Kieper was recommending<br>we send<br>196 25   another ARC down to Mexico to see what's going on,<br>197 1    right?<br>197 2    A.   I would -- | Re: [195:7-196:21]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403); Foundation<br>(602)<br>Re: [196:22-198:15]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403); Foundation<br>(602) | Re: [195:7-<br>196:21]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403); Foundation<br>(602)<br>**OVERRULED**<br>Re: [196:22-<br>198:15]<br>Def Objection -<br>3M MIL No. 26,<br>Relevance (401,<br>402), Prejudice<br>(403); Foundation<br>(602)<br>**DESIGNATION<br>WITHDRAWN<br>[198:11 –<br>198:15],<br>3/13/2021<br>OVERRULED<br>as to [196:22-<br>198:10]** | | |
| **197:5 - 198:10   Knauer, R. 2019-12-17**<br>197 5    A.   I would have to go back and look to see.<br>197 6    BY MR. OVERHOLTZ: | Re: [196:22-198:15]<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402), | Re: [196:22-<br>198:15]<br>Def Objection - | | |

| | | | |
|---|---|---|---|
| 197 7    Q.   Sure.<br>197 8    Yeah, he said: "RWK assisted Gordon<br>197 9    Grogan and spoke with Bob Zielinski about the problems<br>197 10    with the plug in Mexico.  He recommended that one of<br>197 11    the ARCs be sent to Indianapolis so the 100 plugs<br>197 12    could be measured in the lab to help determine why<br>197 13    Mexico's measurements had a 80% reject rate."<br>197 14    Right?<br>197 15    A.   Yeah, he recommended that the device be<br>197 16    sent to Indianapolis --<br>197 17    Q.   Right.<br>197 18    A.   -- so we could look at it, yes.<br>197 19    Q.   So send the ARC from Mexico up to<br>197 20    Indianapolis and let's see what's happening?<br>197 21    A.   That's what it sounds like was he was<br>197 22    asking for.<br>197 23    Q.   Okay.<br>197 24    Issue No. 2.  "It was requested in May 04<br>197 25    to rectify the calibration issue but it has taken<br>198 1    approximately six months for TJR to get all of the<br>198 2    machines out for calibration.  Operating procedures<br>198 3    not followed."<br>198 4    Do you see that?<br>198 5    A.   Yes.<br>198 6    Q.   "Because of equipment measurement<br>198 7    problems, TJR had to operate with a quality waiver for<br>198 8    several months."<br>198 9    Do you see that?<br>198 10    A.   Yes. | Prejudice (403); Foundation (602) | 3M MIL No. 26, Relevance (401, 402), Prejudice (403); Foundation (602) **DESIGNATION WITHDRAWN [198:11 – 198:15], 3/13/2021 OVERRULED as to [196:22-198:10]** | |
| **197:24 - 198:10   Knauer, R. 2019-12-17**<br>197 24    Issue No. 2.  "It was requested in May 04<br>197 25    to rectify the calibration issue but it has taken<br>198 1    approximately six months for TJR to get all of the<br>198 2    machines out for calibration.  Operating procedures<br>198 3    not followed."<br>198 4    Do you see that?<br>198 5    A.   Yes.<br>198 6    Q.   "Because of equipment measurement<br>198 7    problems, TJR had to operate with a quality waiver for<br>198 8    several months." | Re: [196:22-198:15]<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403); Foundation (602) | Re: [196:22-198:15]<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403); Foundation (602)<br>**DESIGNATION WITHDRAWN [198:11 – 198:15],** | |

| | | | | |
|---|---|---|---|---|
| 198 9   Do you see that?<br>198 10      A.   Yes. | | 3/13/2021<br>**OVERRULED**<br>**as to [196:22-**<br>**198:10]** | | |

**198:11 - 198:11   Knauer, R. 2019-12-17**

| | | | | |
|---|---|---|---|---|
| 198 11      Q.   What's a quality waiver? | | | | |

**198:14 - 198:15   Knauer, R. 2019-12-17**

| | | | | |
|---|---|---|---|---|
| 198 14      A.   I don't know what that particular quality<br>198 15      waiver was. | **Re: [196:22-198:15]**<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403); Foundation<br>(602) | Re: [196:22-<br>198:15]<br>Def Objection -<br>3M MIL No.<br>26, Relevance<br>(401, 402),<br>Prejudice<br>(403); Foundation<br>(602)<br>**DESIGNATION**<br>**WITHDRAWN**<br>**[198:11 –**<br>**198:15],**<br>**3/13/2021**<br>**OVERRULED**<br>**as to [196:22-**<br>**198:10]** | | |

**201:16 - 202:14   Knauer, R. 2019-12-17**

| | | | | |
|---|---|---|---|---|
| 201 16      Q.   Okay.  Now it says R&D Position.<br>201 17      Do you see that?<br>201 18      A.   Yes.<br>201 19      Q.   "It took over six months for TJR to get<br>201 20      their quality testing in place for the Combat Arms<br>201 21      product."<br>201 22      Do you see that?<br>201 23      A.   Yes.<br>201 24      Q.   "Now we have more quality testing<br>201 25      problems.  We need to take this opportunity to fix the<br>202 1      equipment, ensure people are properly trained and<br>202 2      procedures are being followed."<br>202 3      Right?<br>202 4      A.   Yes.<br>202 5      Q.   "A joint visit by Bob and Ron to make a<br>202 6      big improvement in our quality testing is needed."<br>202 7      That's what's written there, right?<br>202 8      A.   Yes.<br>202 9      Q.   The next page:  "We believe this issue is<br>202 10      not an acute problem, but rather a chronic that needs | **Re: [201:8-202:22]**<br>Def Objection - 3M MIL No.<br>26, Relevance (401, 402),<br>Prejudice (403), Foundation<br>(602) | Re: [201:8-<br>202:22]<br>Def Objection -<br>3M MIL No.<br>26, Relevance<br>(401,<br>402), Prejudice<br>(403), Foundation<br>(602)<br>**DESIGNATION**<br>**WITHDRAWN**<br>**[201:8-201:15],**<br>**3/13/2021**<br>**OVERRULED**<br>**as to 201:16-**<br>**202:22** | Re: [202:14-202:18]<br>foundation (602) | **OVERRULED.**<br>**No new objection**<br>**specific to**<br>**McCombs.**<br>**202:15-16 not**<br>**designated.** |

| | | | | |
|---|---|---|---|---|
| 202 11   to be fixed now."<br>202 12   Right?<br>202 13   A.   Yes.<br>202 14   Q.   Chronic means a continuing problem, right? | | | | |
| **202:17 - 202:22   Knauer, R. 2019-12-17**<br>202 17   A.   I don't know what it means.  I didn't<br>202 18   write this.<br>202 19   BY MR. OVERHOLTZ:<br>202 20   Q.   Like chronic hip pain or chronic knee<br>202 21   pain?<br>202 22   A.   I -- I don't know what it means. | Re: [201:8-202:22]<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403), Foundation (602) | Re: [201:8-202:22]<br>Def Objection - 3M MIL No. 26, Relevance (401, 402), Prejudice (403), Foundation (602)<br>**DESIGNATION WITHDRAWN [201:8-201:15], 3/13/2021 OVERRULED as to 201:16-202:22** | Re: [202:14-202:18]<br>foundation (602) | **OVERRULED. No new objection specific to McCombs. 202:15-16 not designated.** |
| **203:4 - 203:10   Knauer, R. 2019-12-17**<br>203 4   Q.   Exhibit 22.<br>203 5   The first page has the part about the<br>203 6   Zielinski and dealing with the ARC testing issue in<br>203 7   Mexico.<br>203 8   But if you could flip with me over to the<br>203 9   second page.  There is a -- if you go down with me,<br>203 10   there is a section called NRR Labeling Testing, right? | | | | |
| **203:14 - 203:14   Knauer, R. 2019-12-17**<br>203 14   A.   Oh, yes.  I'm sorry. | | | Re: [203:14-203:14]<br>relevance (401, 402); 403 | **OVERRULED** |
| **203:19 - 204:18   Knauer, R. 2019-12-17**<br>203 19   Q.   It's okay.<br>203 20   NRR Labeling/EPA-Type Testing and there<br>203 21   are several different plugs there listed, but the last<br>203 22   sentence says:  "A spreadsheet with the status of<br>203 23   everyone evaluated for the HPD test panels was<br>203 24   created..."<br>203 25   Do you see that?<br>204 1   A.   Yes.<br>204 2   Q.   And I'm going to finish reading that, but<br>204 3   I just want to ask you, HPD, is that -- is that the<br>204 4   hearing protector database or hearing protection<br>204 5   device test panels?<br>204 6   A.   Hearing -- hearing protection device, I | | | Re: [203:19-204:18]<br>3M MIL No. 23 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 204 7     believe, but I'm not sure what he meant.<br>204 8     Q.   "A spreadsheet of the status of everyone<br>204 9     evaluated for HPD test panels was created to show the<br>204 10     need for continued support from management in the use<br>204 11     of employees on the panels."<br>204 12     Do you see that?<br>204 13     A.   Yes.<br>204 14     Q.   So the testing that Ron Kieper was doing<br>204 15     in the lab of the plugs, at Aearo at this time was<br>204 16     done on -- not -- not always, but Aearo used employees<br>204 17     of the company on those test panels, right?<br>204 18     A.   In some instances used employees, yes. | | | | |
| **204:1 - 204:18   Knauer, R. 2019-12-17**<br>204 1     A.   Yes.<br>204 2     Q.   And I'm going to finish reading that, but<br>204 3     I just want to ask you, HPD, is that -- is that the<br>204 4     hearing protector database or hearing protection<br>204 5     device test panels?<br>204 6     A.   Hearing -- hearing protection device, I<br>204 7     believe, but I'm not sure what he meant.<br>204 8     Q.   "A spreadsheet of the status of everyone<br>204 9     evaluated for HPD test panels was created to show the<br>204 10     need for continued support from management in the use<br>204 11     of employees on the panels."<br>204 12     Do you see that?<br>204 13     A.   Yes.<br>204 14     Q.   So the testing that Ron Kieper was doing<br>204 15     in the lab of the plugs, at Aearo at this time was<br>204 16     done on -- not -- not always, but Aearo used employees<br>204 17     of the company on those test panels, right?<br>204 18     A.   In some instances used employees, yes. | | | Re: [203:19-204:18]<br>3M MIL No. 23 | **OVERRULED** |
| **239:5 - 239:11   Knauer, R. 2019-12-17**<br>239 5     Q.   You were reminded you had described it as<br>239 6     that you had -- if you had an expertise from an<br>239 7     engineering perspective, it would be in materials, is<br>239 8     that right?<br>239 9     A.   Yes, that's correct.<br>239 10     Q.   Okay.  Does rolling back a flange, could<br>239 11     that create wear on a plug? | | | Re: [239:10-239:16]<br>foundation (602);<br>relevance (401, 402);<br>prejudice (403) | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| **239:14 - 239:16   Knauer, R. 2019-12-17**<br>239 14      A.   If you take a plug of that type and move<br>239 15      the flange, you are doing -- introducing a little bit<br>239 16      of stress, yes. | | | Re: [239:10-239:16]<br>foundation (602);<br>relevance (401, 402);<br>prejudice (403) | **OVERRULED** |
| **240:6 - 240:9   Knauer, R. 2019-12-17**<br>240 6      Q.   Okay.  And did the company ever do any<br>240 7      testing with respect to whether or not -- with respect<br>240 8      to the amount of wear that would happen if the flanges<br>240 9      are rolled back when the user is wearing them? | | | Re: [240:6-240:13]<br>foundation (602);<br>relevance (401, 402);<br>prejudice (403) | **OVERRULED** |
| **240:12 - 240:13   Knauer, R. 2019-12-17**<br>240 12      A.   I do not remember whether any testing was<br>240 13      done. | | | Re: [240:6-240:13]<br>foundation (602);<br>relevance (401, 402);<br>prejudice (403) | **OVERRULED** |
| **240:24 - 241:4   Knauer, R. 2019-12-17**<br>240 24      Q.   Okay.  But you are not aware -- you are<br>240 25      not aware of any testing of whether or not a folding<br>241 1      flanges -- you are not aware of testing the folding<br>241 2      flanges creates wear, is that right?<br>241 3      A.   I do not remember doing any testing along<br>241 4      that line, that's a correct answer. | | | | |
| **242:9 - 243:24   Knauer, R. 2019-12-17**<br>242 9      MR. OVERHOLTZ:  Let me mark Exhibit 29, as<br>242 10      DK-55.<br>242 11      (WHEREUPON, a certain document was<br>242 12      marked Dick Knauer Deposition Exhibit<br>242 13      No. 29, for identification, as of<br>242 14      12/17/2019.)<br>242 15      BY MR. OVERHOLTZ:<br>242 16      Q.   While she is getting that, do you recall<br>242 17      we looked previously, I think it was Exhibit 23, was<br>242 18      the Bob Zielinski responsibility?<br>242 19      A.   I just put that away.<br>242 20      Q.   Just so you know, this -- the -- the<br>242 21      document was produced to us out of the files, it came<br>242 22      out of your file, Mr. Knauer.  So this Bob Zielinski<br>242 23      Mexico visit responsibilities was out of your file,<br>242 24      and it had a date of November 19th, 2004.<br>242 25      Do you see that on the screen?<br>243 1      A.   Okay.<br>243 2      Q.   Okay.  And the title of the document that<br>243 3      was given to us was described as the Action Plan to<br>243 4      Address Quality Problems At TJR.doc. | | | Re: [242:9-243:19]<br>3M MIL No. 26 | **OVERRULED** |

| | | | | |
|---|---|---|---|---|
| 243 5 | Do you see that? | | | |
| 243 6 | A.   I am having trouble seeing it. | | | |
| 243 7 | Q.   You have one right here too if that helps. | | | |
| 243 8 | A.   Where are we?  Okay. | | | |
| 243 9 | Q.   Okay.  Action Plan to Address Quality | | | |
| 243 10 | Problems At TJR? | | | |
| 243 11 | A.   Yes. | | | |
| 243 12 | Q.   And TJR, TJR, that's the Mexican company, | | | |
| 243 13 | right? | | | |
| 243 14 | A.   TJR is the Mexican hand assembly | | | |
| 243 15 | operation, yes. | | | |
| 243 16 | Q.   Okay.  And you see we got it out of a file | | | |
| 243 17 | folder that had R. Knauer, My Documents. | | | |
| 243 18 | Do you see that? | | | |
| 243 19 | A.   Yes, I see that. | | | |
| 243 20 | Q.   Okay.  And I'll mark this as | | | |
| 243 21 | Exhibit 20- -- Exhibit 30, which was the metadata of | | | |
| 243 22 | the document that was provided to us by Aearo when | | | |
| 243 23 | they gave it to us, okay. | | | |
| 243 24 | A.   Okay. | | | |
| **244:1 - 244:3**   **Knauer, R. 2019-12-17** | | | | |
| 244 1 | marked Dick Knauer Deposition Exhibit | | | |
| 244 2 | No. 30, for identification, as of | | | |
| 244 3 | 12/17/2019.) | | | |
| **244:11 - 245:23**   **Knauer, R. 2019-12-17** | | | Re: [244:11-245:23] Relevance (401, 402); prejudice (403) | **OVERRULED** |
| 244 11 | Q.   -- 29 ready, and this is DK-55.  It is an | | | |
| 244 12 | e-mail that you sent on January 12th, 2001, to Brian | | | |
| 244 13 | Myers. | | | |
| 244 14 | Do you see that? | | | |
| 244 15 | A.   Yes. | | | |
| 244 16 | Q.   And the subject is the "UltraFit," right? | | | |
| 244 17 | A.   Yes. | | | |
| 244 18 | Q.   And you say: "Brian, to confirm our | | | |
| 244 19 | recent conversation.  We had a recent complaint with | | | |
| 244 20 | the UltraFit where-in the top flange became separated | | | |
| 244 21 | from the rest of the plug.  In our investigation I | | | |
| 244 22 | referred back to an instruction which I believed had | | | |
| 244 23 | been on the package essentially advising end users | | | |
| 244 24 | that after wearing inspection of the plug" -- "after | | | |
| 244 25 | wearing inspection of the plug should take place and | | | |
| 245 1 | that plug should be discarded if any wear is noted, | | | |
| 245 2 | particularly at the flange to stem interface." | | | |
| 245 3 | Do you see that? | | | |

| | | | | |
|---|---|---|---|---|
| 245 4 | A.   Yes. | | | |
| 245 5 | Q.   Okay.  And you thought that instruction | | | |
| 245 6 | had been in place, is that right? | | | |
| 245 7 | A.   That's what it says, yes. | | | |
| 245 8 | Q.   Okay.  "I thought this type of instruction | | | |
| 245 9 | was added to the package within the last few years, | | | |
| 245 10 | but examination of the package indicates that this | | | |
| 245 11 | type of instruction is not currently present.  Perhaps | | | |
| 245 12 | it was taken off in a revision or perhaps the earlier | | | |
| 245 13 | request slipped through the cracks and it was never | | | |
| 245 14 | added.  Since Aearo periodically receives this type of | | | |
| 245 15 | complaint it is imperative that we revise our | | | |
| 245 16 | instructions to incorporate this type of instruction." | | | |
| 245 17 | Right? | | | |
| 245 18 | A.   Yes. | | | |
| 245 19 | Q.   And you're recommending and saying it is | | | |
| 245 20 | imperative to revise instructions because to -- to get | | | |
| 245 21 | good, effective use of the UltraFit Plug, you should | | | |
| 245 22 | discard it if wear is noted at the flange, is that | | | |
| 245 23 | right? | | | |
| **246:1 - 246:6** | **Knauer, R. 2019-12-17** | | | |
| 246 1 | A.   I was -- I was saying that the top flange | | Re: [246:1-246:6] | **OVERRULED** |
| 246 2 | became separated -- I mean, basically the -- what this | | relevance (401, 402); | |
| 246 3 | refers to is the top flange being separated from the | | prejudice (403) | |
| 246 4 | rest of the plug and would remain in the end user's | | | |
| 246 5 | ear, so that would have to be removed from the end | | | |
| 246 6 | user's ear. | | | |
| **247:6 - 247:9** | **Knauer, R. 2019-12-17** | | | |
| 247 6 | Q.   If the company believes that instructions | | Re: [247:6-247:14] | **OVERRULED** |
| 247 7 | are necessary to allow the user to get proper | | foundation (602); calls for | |
| 247 8 | protection from the earplug, is the company under a | | legal conclusion (611, 403) | |
| 247 9 | duty to revise that instruction? | | | |
| **247:12 - 247:14** | **Knauer, R. 2019-12-17** | | | |
| 247 12 | A.   The company is under a duty to provide the | | Re: [247:6-247:14] | **OVERRULED** |
| 247 13 | appropriate instructions for proper use of the | | foundation (602); calls for | |
| 247 14 | earplug. | | legal conclusion (611, 403) | |

# Ibrahim, A. 2020-09-23

## Colors

Plaintiff Affirmatives
Defense Objections

| Designation | Objection | RULINGS |
|---|---|---|
| 8:14 - 8:16  Ibrahim, A. 2020-09-23 | | |
|    8 14    Could you first state your name | | |
|    8 15    for the record? | | |
|    8 16    A.  Ahmed Ibrahim. | | |
| 8:21 - 9:9  Ibrahim, A. 2020-09-23 | | |
|    8 21    Q.  Okay.  And do you hold a | | |
|    8 22    professional license? | | |
|    8 23    A.  Yes.  I am a physician in | | |
|    9 1    Tennessee. | | |
|    9 2    Q.  Okay.  And what type of physician | | |
|    9 3    are you? | | |
|    9 4    A.  I'm a psychiatrist. | | |
|    9 5    Q.  Do you hold an MD? | | |
|    9 6    A.  Yes, ma'am. | | |
|    9 7    Q.  And are you registered in the | | |
|    9 8    state of Tennessee? | | |
|    9 9    A.  Yes. | | |
| 14:5 - 15:22  Ibrahim, A. 2020-09-23 | | |
|    14 5    Q.  Did you ever reach a conclusion | | |
|    14 6    while you were treating Mr. McCombs as to | | |
|    14 7    what was causing his PTSD? | | |
|    14 8    A.  Yes.  That's the first thing in | | |
|    14 9    diagnosing PTSD is to find the clinical | | |
|    14 10    trauma, so it was combat-related trauma with | | |
|    14 11    regard to -- he was infantryman, so he was | | |
|    14 12    exposed to combat and a blast with IUD in | | |
|    14 13    2009, so that's what the cause for PTSD. | | |
|    14 14    Q.  So your diagnosis had been that | | |
|    14 15    Mr. McCombs' PTSD was caused by his exposure | | |
|    14 16    to combat-induced trauma when he was in the | | |
|    14 17    service; is that correct? | | |
|    14 18    A.  That's correct. | | |
|    14 19    Q.  And when you say combat-induced | | |
|    14 20    trauma, can you explain to the jury what | | |
|    14 21    that is? | | |
|    14 22    A.  Basically with post-traumatic | | |
|    14 23    stress disorder, one has to -- which can be | | |
|    15 1    combat or noncombat, of course.  One has to | | |

| | |
|---|---|
| 15 2 | be exposed to a traumatic event where his or |
| 15 3 | her life or physical safety is in danger or |
| 15 4 | witnessing the life or physical safety of |
| 15 5 | someone else being endangered and not being |
| 15 6 | able to do anything to prevent that or |
| 15 7 | feeling hopeless during the situation. |
| 15 8 | So exposure to that type of trauma |
| 15 9 | can lead one to develop symptoms later on |
| 15 10 | that we call post-traumatic stress disorder. |
| 15 11 | So according to the history -- of course, |
| 15 12 | all of this we receive from the veteran, |
| 15 13 | from his own reports, so according to him, |
| 15 14 | he's an OEF veteran, so he was exposed to |
| 15 15 | combat, he was in infantry and he was |
| 15 16 | exposed to gun fires, IED blasts, witnessed |
| 15 17 | comrades being shot at, so definitely felt |
| 15 18 | that he was in danger for his life and |
| 15 19 | safety and developed the symptoms as he |
| 15 20 | reported.  So based on that, he was |
| 15 21 | diagnosed with post-traumatic stress |
| 15 22 | disorder. |

| 23:9 - 24:7 | Ibrahim, A. 2020-09-23 | **Re: [23:9-24:7]** | **SUSTAINED** |
|---|---|---|---|
| 23 9 | Is there any other topics or items | **Def Obj** Hearsay (802) | |
| 23 10 | that you discussed with plaintiff's lawyers | | |
| 23 11 | when you met with them about -- spoke with | | |
| 23 12 | them about ten days ago concerning | | |
| 23 13 | Mr. McCombs? | | |
| 23 14 | A.   The only other thing that I can | | |
| 23 15 | remember was asking me if I had referred him | | |
| 23 16 | for otology consult for tinnitus, and | | |
| 23 17 | normally that would be something that is | | |
| 23 18 | requested by primary care physicians. | | |
| 23 19 | I did put these kinds of consults | | |
| 23 20 | a couple of times in the past for veterans. | | |
| 23 21 | I cannot say that I did that for Mr. McCombs | | |
| 23 22 | simply because I see at the very end of the | | |
| 23 23 | records, there are all the consult requests, | | |
| 24 1 | and it shows every consult who ordered it. | | |
| 24 2 | But I don't see the otology consult and who | | |

| | | |
|---|---|---|
| 24 3 | ordered it. | |
| 24 4 | So I cannot say yes or no I was | |
| 24 5 | the one who ordered the consult or not. | |
| 24 6 | That was the only other item that we | |
| 24 7 | discussed. | |

| 36:17 - 37:7 | Ibrahim, A. 2020-09-23 |
|---|---|
| 36 17 | we'll go to the record.  Can you tell me |
| 36 18 | about your educational background? |
| 36 19 | A.  I graduated from the medical |
| 36 20 | school of the University of Cairo in Egypt. |
| 36 21 | I went to psychiatry residency at Meharry |
| 36 22 | Medical College in Nashville, Tennessee.  I |
| 36 23 | am board certified in psychiatry and board |
| 37 1 | certified in addiction medicine. |
| 37 2 | Q.  When did you obtain your board |
| 37 3 | certification in psychiatry? |
| 37 4 | A.  2013. |
| 37 5 | Q.  And have you maintained your |
| 37 6 | licensing consistently since then? |
| 37 7 | A.  Yes, ma'am. |

| 38:3 - 38:12 | Ibrahim, A. 2020-09-23 |
|---|---|
| 38 3 | Q.  Okay.  Can you walk us through |
| 38 4 | your work history, employment history, since |
| 38 5 | obtaining -- since graduating with your |
| 38 6 | degree in psychiatry? |
| 38 7 | A.  So I finished my residency in 2013 |
| 38 8 | and I started working right away for the VA. |
| 38 9 | So I was employed by the VA from July 2013 |
| 38 10 | until August 2018.  And then since then, |
| 38 11 | until now, I am employed by Parkridge Valley |
| 38 12 | Psychiatric Hospital here in Chattanooga. |

| 39:2 - 39:19 | Ibrahim, A. 2020-09-23 |
|---|---|
| 39 2 | Q.  Yes.  Can you give us an estimate |
| 39 3 | of how many VA patients you have treated? |
| 39 4 | A.  Wow, that's a lot.  Let's see. |
| 39 5 | About -- if we did eight patients a day on |
| 39 6 | average, so about 40 a week, and let's say |
| 39 7 | if I worked -- so let's say 40 a week, and |
| 39 8 | let's say if I worked 48 -- my calculator is |

| | |
|---|---|
| 39 9    not even helping me. | |
| 39 10    Q.   So -- | |
| 39 11    A.   Yeah, it would be about 1,920 | |
| 39 12    patients a year.  But of course not all of | |
| 39 13    them are new patients.  These are 1,920 | |
| 39 14    visits. | |
| 39 15    Q.   Understood.  So on average, you | |
| 39 16    would see eight patients a day.  Some of | |
| 39 17    them of course were former patients. | |
| 39 18    A.   At the VA, yes, it was a very | |
| 39 19    light schedule.  Yes. | |

40:4 - 40:8    Ibrahim, A. 2020-09-23

| | |
|---|---|
| 40 4    Q.   So is it fair to say that you have | |
| 40 5    treated thousands, many thousands of | |
| 40 6    veterans in connection with your practice of | |
| 40 7    psychiatry for the VA? | |
| 40 8    A.   Absolutely. | |

70:19 - 71:7    Ibrahim, A. 2020-09-23                    GREY IS REMOVED

| | |
|---|---|
| 70 19    Q.   Okay.  And what did Mr. McCombs | |
| 70 20    report to you in his first visit? | |
| 70 21    A.   So basically, reading from what I | |
| 70 22    mentioned here, finds himself drinking to | |
| 70 23    get to sleep, up to four mixed drinks a | |
| 71 1    night.  Dreaming about war experience.  His | |
| 71 2    girlfriend noted that he is having some | |
| 71 3    behavioral issues such as anger and easily | |
| 71 4    aggravated.  He tends to not talk to anyone | |
| 71 5    about his issues and now more withdrawn, so | |
| 71 6    that's kind of his initial things that he | |
| 71 7    mentioned. | |

81:5 - 81:7    Ibrahim, A. 2020-09-23

| | |
|---|---|
| 81 5    Q.   Based on your assessment, did you | |
| 81 6    conclude that Mr. McCombs had PTSD? | |
| 81 7    A.   Yes. | |

129:21 - 130:7    Ibrahim, A. 2020-09-23

| | |
|---|---|
| 129 21    Q.   Now, you had told us you also | |
| 129 22    recommended that he go to the Vet Center as | |
| 129 23    part of his treatment, correct? | |
| 130 1    A.   Yes. | |

| | | | |
|---|---|---|---|
| 130 2     Q.  What did Mr. McCombs tell you on<br>130 3     March 17th of 2017 in connection with his<br>130 4     visits to the Vet Center?<br>130 5     A.  It appears he says he had not been<br>130 6     to the Vet Center in a while due to working<br>130 7     out of town. | | | |
| 150:21 - 151:16   Ibrahim, A. 2020-09-23<br>150 21     Q.  Part of what you do as a<br>150 22     physician, especially psychiatrist, treat<br>150 23     people with PTSD, severe PTSD, right, which<br>151 1     is what he had, true?<br>151 2     MS. KARIS:  Object to the form.<br>151 3     A.  Yes.  PTSD, chronic, there is no<br>151 4     actual classification of severity of PTSD.<br>151 5     Q.  Part of what you try to do when<br>151 6     you treat people with PTSD is to try to find<br>151 7     a mix of medications that might help him; is<br>151 8     that correct?<br>151 9     A.  That's correct, yes.<br>151 10     Q.  And I think you said that the<br>151 11     medications are not going to cure the PTSD,<br>151 12     true?<br>151 13     MS. KARIS:  Object to the form.<br>151 14     A.  Nothing will cure PTSD.  It's<br>151 15     classified as a lifelong condition.  You can<br>151 16     only treat it.  You cannot cure it. | **Re: [150:21-151:16]**<br>**Def Obj** Leading | **OVERRULED** |
| 155:8 - 157:16   Ibrahim, A. 2020-09-23<br>155 8     Q.  Now, let me ask you about the<br>155 9     PTSD.  It's a serious condition, isn't it?<br>155 10     A.  Yes.<br>155 11     Q.  Tell me what are the -- are some<br>155 12     of the dire consequences of PTSD?<br>155 13     MS. KARIS:  Object to the form.<br>155 14     Calls for expert opinion.  Go ahead.<br>155 15     A.  Unfortunately there is a risk of<br>155 16     suicide in veterans with untreated<br>155 17     post-traumatic stress disorder.  Also there<br>155 18     is a risk associated with frequent divorce<br>155 19     and inability to maintain a job because of | **Re: [155:8-157:16]**<br>**Def Obj** Relevance (401; 402);<br>Improper Expert Opinion (702); leading | **OVERRULED** |

155 20    the anger outbursts and difficulty being in
155 21    public or handling crowds.
155 22     Also the use of substance use is
155 23    very high, especially alcohol, in veterans
156 1    with post-traumatic stress disorder.  The
156 2    most I have always seen are people coming
156 3    seeking treatment because either they are
156 4    facing divorce or they are getting fired
156 5    from their jobs because of their anger.
156 6     Q.  So you diagnosed Dustin with PTSD,
156 7    PTSD, true?
156 8     A.  Yes.
156 9     Q.  The fact that he was having issues
156 10    with alcohol, that's consistent with people
156 11    who have PTSD, true?
156 12     MS. KARIS:  Object to the form,
156 13    foundation, calls for expert opinion.  Go
156 14    ahead.
156 15     A.  With a lot of them, yes.
156 16     Q.  In fact, you've seen that in your
156 17    experience treating thousands of veterans
156 18    over the years, haven't you?
156 19     A.  Yes.
156 20     Q.  And when you were -- when you were
156 21    treating Dustin, did he come across as
156 22    truthful to you?
156 23     A.  That is part of the mental status
157 1    examination.  The very last sentence is
157 2    reliability, which is what I believe -- if I
157 3    believe a patient is being truthful or not.
157 4    So I indicated he had been adequate, which
157 5    means I did not have a reason to believe
157 6    otherwise.
157 7     Q.  Okay.  You had no reason to
157 8    disagree or to not believe what he was
157 9    telling you, did you?
157 10     A.  Correct.
157 11     MS. KARIS:  Object to the form.
157 12     Q.  And when you were treating Dustin,

| | | |
|---|---|---|
| 157 13  from all indications, he was -- he was<br>157 14  motivated to get better, correct?<br>157 15  MS. KARIS:  Object to the form.<br>157 16  A.  Yes. | | |
| **162:20 - 163:8   Ibrahim, A. 2020-09-23**<br>162 20  Q.  You've already testified about<br>162 21  this, but in your practice as a<br>162 22  psychiatrist, are you aware of whether or<br>162 23  not tinnitus can exacerbate PTSD?<br>163 1  A.  So it can exacerbate some of the<br>163 2  symptoms, yes, especially the sleep.<br>163 3  Q.  Do you know whether or not Dustin<br>163 4  was having trouble sleeping?<br>163 5  A.  That was one of the primary<br>163 6  concerns that he had when he presented for<br>163 7  treatment, and that is the reason he was<br>163 8  prescribed the Trazodone. | | |
| **163:9 - 163:13   Ibrahim, A. 2020-09-23**<br>163 9  Q.  Based on your experience in<br>163 10  treating patients with psychiatric problems,<br>163 11  as well as tinnitus, do patients with<br>163 12  tinnitus sometimes have trouble sleeping?<br>163 13  A.  Yes. | **Re: [163:9-163:13]**<br>**Def Obj** Improper Expert Opinion (702) | **OVERRULED** |
| **163:14 - 163:15   Ibrahim, A. 2020-09-23**<br>163 14  MS. KARIS:  Object to the form.<br>163 15  Calls for expert opinion.  Go ahead. | | |
| **163:16 - 163:19   Ibrahim, A. 2020-09-23**<br>163 16  Q.  And is that something you've<br>163 17  witnessed over your career, treating<br>163 18  patients who also have tinnitus?<br>163 19  A.  Yes. | **Re: [163:16-163:19]**<br>**Def Obj** Improper Expert Opinion (702) | **OVERRULED** |
| **169:22 - 170:4   Ibrahim, A. 2020-09-23**<br>169 22  Q.  So we have here from the VA<br>169 23  records a diagnosis of tinnitus linked to<br>170 1  the IED blast in April 2006, and also we<br>170 2  have in your own practice, in your own<br>170 3  treatment of Mr. McCombs a diagnosis of PTSD<br>170 4  associated with that same blast, correct? | **Re: [169:22-170:4]**<br>**Def Obj** Foundation (602) | **OVERRULED** |

| | | |
|---|---|---|
| 169:22 - 170:7   Ibrahim, A. 2020-09-23 | GREY IS REMOVED/DUPLICATIVE | |
| 169 22    Q.  So we have here from the VA | | |
| 169 23     records a diagnosis of tinnitus linked to | | |
| 170 1     the IED blast in April 2006, and also we | | |
| 170 2     have in your own practice, in your own | | |
| 170 3     treatment of Mr. McCombs a diagnosis of PTSD | | |
| 170 4     associated with that same blast, correct? | | |
| 170 5    MS. KARIS:  Object to the form and | | |
| 170 6     foundation. | | |
| 170 7    A.  Yes. | | |
| 170:5 - 170:6   Ibrahim, A. 2020-09-23 | | |
| 170 5    MS. KARIS:  Object to the form and | | |
| 170 6     foundation. | | |
| 170:7 - 170:7   Ibrahim, A. 2020-09-23 | Re: [170:7-170:7] | OVERRULED |
| 170 7    A.  Yes. | Def Obj Foundation (602) | |

# Love, T. 2020-10-02

## Colors

<span style="color:blue">Plaintiff Affirmatives</span>
<span style="color:red">Defense Objections</span>
<span style="color:red">Defense Counters</span>
<span style="color:blue">Plaintiff Objections</span>

| Designation | Objection | RULINGS |
|---|---|---|
| 7:17 - 7:19   Love, T. 2020-10-02 | | **The Court notes that there is no objection to any of Dr. Love's testimony based on the Court's rulings to MIL G3 and G4** |
|   7 17   Q.   Good morning, Doctor.  Could | | |
|   7 18  you please state your name for the record? | | |
|   7 19   A.   Tiundra Love. | | |
| 10:3 - 10:19   Love, T. 2020-10-02 | | |
|   10 3   Q.   Do you have an understanding | | |
|   10 4  as to why you're here today? | | |
|   10 5   A.   Not really, but I've read the | | |
|   10 6  information. | | |
|   10 7   Q.   Okay.  What is your -- what is | | |
|   10 8  your understanding from the information that | | |
|   10 9  you've read? | | |
|   10 10   A.   That I took care of a patient | | |
|   10 11  from a certain period of time who that | | |
|   10 12  particular patient has a -- a case that he has | | |
|   10 13  -- a situation regarding his tinnitus and | | |
|   10 14  hearing -- his hearing aids. | | |
|   10 15   Q.   Yes, ma'am.  Okay.  Thank you. | | |
|   10 16  And is that patient that | | |
|   10 17  you're referring to, is his name Dustin McCombs? | | |
|   10 18   A.   That's what the document | | |
|   10 19  stated. | | |
| 17:17 - 17:20   Love, T. 2020-10-02 | | |
|   17 17   Q.   So from approximately 2014 | | |
|   17 18  through August 2019, you were a doctor of | | |
|   17 19  osteopathy at the Chattanooga VA? | | |
|   17 20   A.   Uh-huh. | | |
| 18:7 - 18:10   Love, T. 2020-10-02 | | |
|   18 7   Q.   Have you always been a primary | | |
|   18 8  care doctor? | | |
|   18 9   A.   Internal medicine, | | |
|   18 10  board-certified since 2012. | | |
| 19:3 - 19:24   Love, T. 2020-10-02 | | |
|   19 3   Q.   Are you an audiologist? | | |
|   19 4   A.   No, I am not. | | |
|   19 5   Q.   Do you have any training or | | |
|   19 6  clinical experience in audiology? | | |
|   19 7   A.   No, I do not. | | |

| | |
|---|---|
| 19 8 | Q.     Are you a psychiatrist? |
| 19 9 | A.     No, I am not. |
| 19 10 | Q.     Do you have any training or |
| 19 11 | clinical experience as a psychiatrist? |
| 19 12 | A.     No, I do not. |
| 19 13 | Q.     Are you a psychologist? |
| 19 14 | A.     No, I am not. |
| 19 15 | Q.     Do you have any training or |
| 19 16 | clinical experience as a psychologist? |
| 19 17 | A.     No, I do not. |
| 19 18 | Q.     Are you a mental health |
| 19 19 | counselor? |
| 19 20 | A.     No, I am not. |
| 19 21 | Q.     Do you have any training or |
| 19 22 | clinical experience as a mental health |
| 19 23 | counselor? |
| 19 24 | A.     No, I do not. |

21:6 - 21:14   Love, T. 2020-10-02

| | |
|---|---|
| 21 6 | How would you make notes of |
| 21 7 | your visits when you saw a patient at the |
| 21 8 | Chattanooga VA? |
| 21 9 | A.     Oh, we used CPRS, which is the |
| 21 10 | system that they use.  And then in the |
| 21 11 | physician's notes, we make Physician Notes. |
| 21 12 | Q.     Is CPRS an electronic medical |
| 21 13 | record system? |
| 21 14 | A.     Yes, it is, that the VA uses. |

23:7 - 23:13   Love, T. 2020-10-02

| | |
|---|---|
| 23 7 | Q.     So from 2015 through August of |
| 23 8 | 2019, you saw approximately 12 to 14, plus or |
| 23 9 | minus, patients on an average day? |
| 23 10 | A.     Uh-huh. |
| 23 11 | THE COURT REPORTER:  Is that a |
| 23 12 | "yes"? |
| 23 13 | THE WITNESS:  Yes.  Sorry. |

24:5 - 24:11   Love, T. 2020-10-02

| | |
|---|---|
| 24 5 | Q.     So during that time period |
| 24 6 | that you were at the Chattanooga VA, you were |
| 24 7 | always a primary care physician? |

24 8       A.     Yes.  Part -- take that back.
24 9       And I also did women's health.  So I was
24 10      certified to do the women's health, things for
24 11      women's health.

24:12 - 24:20   Love, T. 2020-10-02
24 12      Q.     Could you help me understand
24 13      what women's health is, as you understand it?
24 14      A.     So taking care of the women
24 15      veterans who have women's health, as far as
24 16      their bodies, things that's specific to women;
24 17      preventative care, any type of care that needed
24 18      to be maintained; referrals that needed to be
24 19      referred to.  So general/specific to women's
24 20      care.

25:14 - 26:9    Love, T. 2020-10-02
25 14      Q.     At any time during your period
25 15      at the Chattanooga VA, did you ever see a
25 16      separate set of records other than the -- on any
25 17      patient other than what's in the CPRS system?
25 18      A.     It had to be in the CPRS
25 19      system.  If there was outside records, they were
25 20      scanned into the CPRS.
25 21      Q.     So for any given patient when
25 22      you were at the Chattanooga VA, all records on
25 23      that -- related to any one patient would be in
25 24      the CPRS system?
25 25      A.     For the most part, yes.
26 1       Q.     Is there a -- you say "for the
26 2       most part."  Did -- what -- what could not be in
26 3       there?
26 4       A.     Records that had not been
26 5       scanned to the record yet.
26 6       Q.     And those would just be in
26 7       line to be scanned.  So at some point, they
26 8       would be scanned in?
26 9       A.     Yes, that's correct.

35:18 - 36:6    Love, T. 2020-10-02
35 18      Q.     And you personally, as primary
35 19      care physician, would have access to all of the

| | |
|---|---|
| 35 20 | records on any patient within the |
| 35 21 | Chattanooga VA? |
| 35 22 | A.      That's correct. |
| 35 23 | Q.      Can you picture |
| 35 24 | Mr. Dustin McCombs as you sit here today? |
| 35 25 | A.      I don't really recall.  I know |
| 36 1 | the name is familiar to me.  But if I read my |
| 36 2 | notes, I could put him together, probably |
| 36 3 | family, as how I related things -- the patient, |
| 36 4 | the family, and usually refer things in my notes |
| 36 5 | to that. |
| 36 6 | But I don't recall. |

| | |
|---|---|
| 40:24 - 42:6 | Love, T. 2020-10-02 |
| 40 24 | Q.      What treatment options are |
| 40 25 | available for the treatment of tinnitus at the |
| 41 1 | Chattanooga VA? |
| 41 2 | A.      So tinnitus is ringing of the |
| 41 3 | ears, and it depends on the extent of that.  You |
| 41 4 | know, you send the patient to the -- what -- |
| 41 5 | you've got to figure out what the cause is |
| 41 6 | first.  Because there's several different |
| 41 7 | causes.  And from a stan- -- a medical |
| 41 8 | standpoint.  And then referring them to an |
| 41 9 | audiologist to make sure that there's, you know, |
| 41 10 | any hearing loss involved with it.  So then I |
| 41 11 | would refer them to the audiologist as well. |
| 41 12 | So there's some things |
| 41 13 | involved.  Depends on what I think that the |
| 41 14 | cause of the tinnitus is.  And many times I |
| 41 15 | refer them to Audiology anyway, because, based |
| 41 16 | on where they've -- they've been deployed in the |
| 41 17 | military, what they've been exposed to, they |
| 41 18 | will get a consult to Audiology from -- you |
| 41 19 | know, as -- I would do that. |
| 41 20 | Q.      And so is your standard |
| 41 21 | practice that if one of your patients were to |
| 41 22 | complain of tinnitus or ringing of the ears or |
| 41 23 | something similar to tinnitus, and you believed |
| 41 24 | that they would benefit from some sort of |

| | | | |
|---|---|---|---|
| 41 25 | treatment, you would refer them to Audiology? | | |
| 42 1 | A.    Yes.  I would also work them | | |
| 42 2 | up if I need to.  Ringing of the ears has | | |
| 42 3 | several different causes.  And, you know, an ear | | |
| 42 4 | infection may not require a referral to the | | |
| 42 5 | audiologist, an acute ear infection from | | |
| 42 6 | sinuses, for example. | | |
| 42:7 - 43:1 | Love, T. 2020-10-02 | **Re: [42:7-43:1]** | **SUSTAINED** |
| 42 7 | Q.    What other potential causes of | **Def Obj** Undisclosed Expert Opinion | |
| 42 8 | tinnitus are you aware of? | | |
| 42 9 | A.    So there's several different | | |
| 42 10 | causes of tinnitus.  I mean, a person could have | | |
| 42 11 | a tumor and have tinnitus. | | |
| 42 12 | Q.    What type of tumor? | | |
| 42 13 | A.    A cancer tumor, a benign | | |
| 42 14 | tumor.  The patient can have vertigo and -- for | | |
| 42 15 | some reason from a metabolic cause.  They could | | |
| 42 16 | have ringing in the ears.  So they could have, | | |
| 42 17 | like I said, several different causes a patient | | |
| 42 18 | can have tinnitus. | | |
| 42 19 | They could also work in an | | |
| 42 20 | environment -- and for me, that's a referral to | | |
| 42 21 | the audiology -- where they didn't wear -- | | |
| 42 22 | didn't protect the ears or they had -- or they | | |
| 42 23 | protected their ears, but they still -- and if I | | |
| 42 24 | detected there's some hearing loss, too, on | | |
| 42 25 | physical exam, they're going to go to the | | |
| 43 1 | audiologist. | | |
| 43:2 - 44:7 | Love, T. 2020-10-02 | | |
| 43 2 | Q.    Do you personally, without a | | |
| 43 3 | consult with Audiology -- or did you, during | | |
| 43 4 | your tenure at Chattanooga VA, treat tinnitus on | | |
| 43 5 | your own? | | |
| 43 6 | A.    It depends on the cause. | | |
| 43 7 | Q.    Okay. | | |
| 43 8 | A.    And most of those, if it was | | |
| 43 9 | based on metabolic, as far as like I said, | | |
| 43 10 | sinuses, something I felt like that getting | | |
| 43 11 | treated, there was no hearing loss related or | | |

| | |
|---|---|
| 43 12 | any other issues related, I could clear it up, |
| 43 13 | yes.  But for the most part, I would still refer |
| 43 14 | them to the audiologist. |
| 43 15 | Q.      And what about if one of your |
| 43 16 | patients you knew worked in an environment |
| 43 17 | within the Army or the military in general, is |
| 43 18 | that a -- a -- a situation in which you would |
| 43 19 | always refer? |
| 43 20 | A.      Yes. |
| 43 21 | Q.      Do you have any training or |
| 43 22 | clinical experience that would allow you to |
| 43 23 | conclude medically that there is no |
| 43 24 | connection -- or there is a connection between |
| 43 25 | tinnitus and PTSD? |
| 44 1 | A.      No. |
| 44 2 | Q.      Do you have any training or |
| 44 3 | clinical experience that would allow you to |
| 44 4 | medically conclude that there is either -- or |
| 44 5 | there is not a connection between tinnitus and |
| 44 6 | sleep disorders? |
| 44 7 | A.      No. |
| 48:15 - 49:6 | Love, T. 2020-10-02 |
| 48 15 | Q.      Okay.  And the records that |
| 48 16 | you just reviewed, Doctor, does it appear that |
| 48 17 | you saw Mr. Dustin McCombs four times? |
| 48 18 | A.      Yes, that's what it appears to |
| 48 19 | be, yes, from these notes. |
| 48 20 | Q.      And the first visit was |
| 48 21 | October 23rd of 2015.  Does that sound right? |
| 48 22 | A.      Yes. |
| 48 23 | Q.      And the second visit was |
| 48 24 | November 18 of 2015? |
| 48 25 | A.      Yes. |
| 49 1 | Q.      And the third visit was April |
| 49 2 | 6th of 2016? |
| 49 3 | A.      Yes. |
| 49 4 | Q.      And the fourth visit was |
| 49 5 | January 24th, 2018; is that correct? |
| 49 6 | A.      Yes. |

| 49:19 - 50:7 | Love, T. 2020-10-02 |
|---|---|
| 49 19 | So, Doctor, do you have in |
| 49 20 | front of you medical records related to Dustin |
| 49 21 | McCombs? |
| 49 22 | A.      Yes. |
| 49 23 | Q.      And what type of medical |
| 49 24 | record is this, ma'am? |
| 49 25 | A.      It's a -- an Audiology CNP |
| 50 1 | Examination consult. |
| 50 2 | Q.      And what is the date of it? |
| 50 3 | A.      November 7th, 2015. |
| 50 4 | Q.      And this was approximately two |
| 50 5 | weeks after the first time you saw |
| 50 6 | Mr. Dustin McCombs; is that correct? |
| 50 7 | A.      Yes.  Yes. |

| 50:23 - 51:2 | Love, T. 2020-10-02 |
|---|---|
| 50 23 | Doctor, is it true that |
| 50 24 | approximately nine days after the November 7th, |
| 50 25 | 2015 Audiology CNP, that you saw Mr. Dustin |
| 51 1 | McCombs on November 18th, 2015? |
| 51 2 | A.      Yes. |

| 51:9 - 51:13 | Love, T. 2020-10-02 |
|---|---|
| 51 9 | Q.      I'm asking would it -- because |
| 51 10 | it was -- predated your November 18, 2015 visit, |
| 51 11 | would those records have been within the CPRS |
| 51 12 | system for Mr. Dustin McCombs? |
| 51 13 | A.      Yes. |

| 51:14 - 51:18 | Love, T. 2020-10-02 |
|---|---|
| 51 14 | Q.      After reviewing your records |
| 51 15 | here, are you aware that on November 7, 2015, |
| 51 16 | the audiology department at the Chattanooga VA |
| 51 17 | diagnosed Mr. McCombs with tinnitus? |
| 51 18 | A.      According to the records, yes. |

| 53:15 - 53:24 | Love, T. 2020-10-02 |
|---|---|
| 53 15 | So when you saw |
| 53 16 | Mr. Dustin McCombs on November 18 of 2015, you |
| 53 17 | were really seeing him for one particular |
| 53 18 | reason, and that was the blood pressure? |
| 53 19 | A.      Right. |

| | | |
|---|---|---|
| 53 20     Q.      So as you sit here today, you | | |
| 53 21     don't have any recollection of talking to | | |
| 53 22     Mr. Dustin McCombs about his tinnitus diagnosis | | |
| 53 23     nine days earlier? | | |
| 53 24     A.      I don't recall that. | | |
| 56:7 - 56:11   Love, T. 2020-10-02 | | |
| 56 7     Q.      So because this audiologist | | |
| 56 8     was trained to diagnose tinnitus with patients | | |
| 56 9     at the Chattanooga VA, you trust that person's | | |
| 56 10     diagnosis, correct? | | |
| 56 11     A.      Yes. | | |
| 57:9 - 58:1   Love, T. 2020-10-02 | **Re: [57:9-58:1]** | **OVERRULED** |
| 57 9     Q.      I -- and I'm not asking you to | **Def Obj** Objection 611/403 | |
| 57 10     dispute it.  I just -- please understand.  I'm | | |
| 57 11     just trying to make sure that I didn't miss | | |
| 57 12     anything when I was reading your records. | | |
| 57 13     And so what I'm trying to | | |
| 57 14     understand is have you seen anything in your | | |
| 57 15     written records today, that are before you, that | | |
| 57 16     would dispute in any way Mr. McCombs' diagnosis | | |
| 57 17     of tinnitus on November 7, 2015? | | |
| 57 18     MR. HILL:  Object to form of | | |
| 57 19     the question. | | |
| 57 20     THE WITNESS:  On the date of | | |
| 57 21     the visit, if you look at the Review of Systems, | | |
| 57 22     it says "Tinnitus," that it was denied. | | |
| 57 23     However, was the patient | | |
| 57 24     actively having symptoms at that time?  That was | | |
| 57 25     not -- he did not tell me that.  We was focused | | |
| 58 1     on the blood pressure. | | |
| 58:23 - 60:4   Love, T. 2020-10-02 | | |
| 58 23     Q.      On November 18, 2015, though, | | |
| 58 24     you would have had access to that November 7th, | | |
| 58 25     2015 Audiology report? | | |
| 59 1     A.      Possibly if it was signed off | | |
| 59 2     in CPRS. | | |
| 59 3     Where is the time and date | | |
| 59 4     that was signed off by the audiologist? | | |
| 59 5     Q.      So let's look on page 1411 of | | |

| | |
|---|---|
| 59 6 | the large set there, which would be the end of |
| 59 7 | the Audiology report.  Page 1411. |
| 59 8 | A.    (Witness complies.) |
| 59 9 | Q.    Do you see an eSignature of |
| 59 10 | Jodee Pride Donaldson? |
| 59 11 | A.    Uh-huh. |
| 59 12 | Q.    And what is the date signed |
| 59 13 | there? |
| 59 14 | A.    November the 7th, 2015. |
| 59 15 | However, I did not see this |
| 59 16 | note. |
| 59 17 | Q.    And I -- I understand that. |
| 59 18 | But it was in the records, at least, signed and |
| 59 19 | dated, prior to the November 18, 2015 visit, |
| 59 20 | correct? |
| 59 21 | A.    As according to these notes, |
| 59 22 | yes. |
| 59 23 | Q.    Do you have a reason to |
| 59 24 | dispute the date there? |
| 59 25 | A.    No, I don't. |
| 60 1 | Q.    And that's an electronic |
| 60 2 | signature, meaning that there's an electronic |
| 60 3 | record of that within the CPRS system, correct? |
| 60 4 | A.    That's correct. |

| 60:14 - 61:1 | Love, T. 2020-10-02 |
|---|---|
| 60 14 | Q.    I'd like to go to your -- your |
| 60 15 | first visit of Mr. McCombs, which would be |
| 60 16 | October 23rd, 2015, correct? |
| 60 17 | A.    What page is that? |
| 60 18 | Q.    It's 1422. |
| 60 19 | A.    Okay. |
| 60 20 | Q.    Do you have that in front of |
| 60 21 | you? |
| 60 22 | A.    Yes. |
| 60 23 | Q.    Was this the first time that |
| 60 24 | you saw Mr. Dustin McCombs? |
| 60 25 | A.    According to the notes, it |
| 61 1 | states that I did. |

61:15 - 62:3   Love, T. 2020-10-02

61 15      And out to the right, you
61 16      wrote:  26-Y-O presents for scheduled follow-up
61 17      primary care visit.
61 18      Is that accurate where it says
61 19      this was a follow-up primary care visit?
61 20      A.      No.
61 21      Q.      So, in fact, this is the first
61 22      visit that you saw Mr. Dustin --
61 23      A.      Right.
61 24      Q.      -- McCombs --
61 25      A.      Right.
62 1       Q.      -- as indicated under the HPI
62 2       section?
62 3       A.      Right.

62:12 - 65:11   Love, T. 2020-10-02

62 12      Q.      Could we go to the next page,
62 13      please, 1423, where it starts:  Review of
62 14      Symptoms [sic].
62 15      A.      (Witness complies.)
62 16      Q.      Do you see that?
62 17      A.      Correct.
62 18      Q.      Under Review of Symptoms [sic]
62 19      --
62 20      A.      Systems.
62 21      Q.      I'm sorry.  Thank you.
62 22      Under Review of Systems, it
62 23      starts General and then it says:  Skin, Head,
62 24      Eyes, and it goes all the way down through
62 25      Psychiatric.
63 1       Do you see that?
63 2       A.      Uh-huh.
63 3       Q.      Is that section there part of
63 4       your template?
63 5       A.      Yes.
63 6       Q.      And so that's something that
63 7       would auto-populate as a result of you adding
63 8       your template to a particular visit?
63 9       A.      Yes.  However, those patients

63 10    at that particular time aren't having any
63 11    symptoms of anxiety when he presented to me.
63 12    Not a diagnosis, a symptom.
63 13    Q.      Okay.
63 14    A.      It's a Review of Systems.
63 15    Q.      Correct.  And I -- I
63 16    understand that.  What -- what I'm -- what I'm
63 17    asking is, is what is in here under Review of
63 18    Systems, all the way down to Psychiatric, is
63 19    that language in there part of your template, or
63 20    do you type out each and every word of those
63 21    during each visit?
63 22    A.      It's on the template.
63 23    Q.      Do you ask during each visit,
63 24    each patient --
63 25    A.      This is a new patient visit.
64 1    Yes, I do.
64 2    Q.      So you would have asked --
64 3    A.      Yes.
64 4    Q.      Let me finish my question,
64 5    please.
64 6    You would have asked each and
64 7    every question listed here?  For example, you
64 8    would have asked whether he had weight change?
64 9    A.      Uh-huh.
64 10    Q.      Fatigue?
64 11    A.      Uh-huh.
64 12    Q.      Weakness?
64 13    A.      Uh-huh.
64 14    Q.      Fever?
64 15    A.      Uh-huh.
64 16    Q.      Chills?
64 17    A.      Uh-huh.
64 18    Q.      You would have done that for
64 19    each and every one of these things?
64 20    A.      For a new patient, yes.
64 21    Q.      Okay.  So if this exact
64 22    language under Review of Systems, all the way
64 23    down to Psychiatric appears exactly the same in

| | | |
|---|---|---|
| 64 24    each of your four visits, yet at times under<br>64 25      your HPI, you indicate something contradictory,<br>65 1       which one should we re- -- which one should we<br>65 2       rely upon?<br>65 3       A.      Where are you seeing<br>65 4       contradictory?  Repeat the question.<br>65 5       Q.      Sure.  We can -- we can get to<br>65 6       that.<br>65 7       Help me understand.  When<br>65 8       you're doing a Review of Systems, that does not<br>65 9       indicate that there's been a diagnosis of any of<br>65 10      these particular issues in the past, correct?<br>65 11      A.      Correct. | | |
| 65:12 - 65:18    Love, T. 2020-10-02<br>65 12      Q.      So it would not be<br>65 13      contradictory if Mr. Dustin McCombs had had a<br>65 14      prior diagnosis of tinnitus, yet on a subsequent<br>65 15      visit, for example, the November 18, 2015 visit,<br>65 16      you indicate that Mr. Dustin McCombs denies<br>65 17      tinnitus?<br>65 18      A.      Right. | **Re: [65:12-65:18]**<br>**Def Obj** Objection 701 | **OVERRULED** |
| 65:19 - 66:1    Love, T. 2020-10-02<br>65 19      MR. HILL:  Object to the form<br>65 20      of that question.<br>65 21      BY MR. BARTLETT:<br>65 22      Q.      Did you see anything in the<br>65 23      records that you reviewed today that indicated<br>65 24      Mr. Dustin McCombs' tinnitus was the result of<br>65 25      an earache?<br>66 1       A.      No, I did not see that. | | |
| 68:5 - 68:10    Love, T. 2020-10-02<br>68 5       Q.      And based upon this record, is<br>68 6       it true that Jodee Donaldson determined that:<br>68 7       "The veteran's tinnitus seems as likely as not<br>68 8       caused by or a result of military noise<br>68 9       exposure?"<br>68 10      A.      That's what she assessed. | **Re: [68:5-68:10]**<br>**Def Obj** Foundation; hearsay; calls for<br>expert opinion | |
| 70:14 - 71:1    Love, T. 2020-10-02<br>70 14      Dr. Love, do you, in your | | |

| | | |
|---|---|---|
| 70 15 | mind, as you sit here today, have any reason, | |
| 70 16 | any facts, any evidence, anything at all to | |
| 70 17 | dispute the assessment that Jodee Pride | |
| 70 18 | Donaldson made on November 7th, 2015? | |
| 70 19 | A.    No. | |
| 70 20 | Q.    As you sit here today, is | |
| 70 21 | there anything in the records on Dustin McCombs | |
| 70 22 | that would provide any evidence or information | |
| 70 23 | that would permit you to dispute the assessment | |
| 70 24 | Jodee Pride Donaldson made on November 7 of | |
| 70 25 | 2015? | |
| 71 1 | A.    No. | |

| 71:10 - 71:18  Love, T. 2020-10-02 | | |
|---|---|---|
| 71 10 | Dr. Love, you are not here to | |
| 71 11 | tell the jury that Dustin McCombs does not have | |
| 71 12 | tinnitus, correct? | |
| 71 13 | A.    I'm not here to say that. | |
| 71 14 | Q.    And you're also not here to | |
| 71 15 | tell the jury that Dustin McCombs does not have | |
| 71 16 | PTSD, correct? | |
| 71 17 | A.    That's correct.  It's in his | |
| 71 18 | -- his records that he has it. | |

| 73:14 - 73:17  Love, T. 2020-10-02 | **Re: [73:14-73:17]** | **OVERRULED** |
|---|---|---|
| 73 14 | Q.    Is it your understanding that | **Def Obj** Foundation; hearsay; calls for | |
| 73 15 | that is a Service-connected assessment for | expert opinion | |
| 73 16 | tinnitus for doctor -- for Dustin McCombs? | | |
| 73 17 | A.    Yes. | | |

| 74:2 - 74:7  Love, T. 2020-10-02 | | |
|---|---|---|
| 74 2 | Q.    And when it's | |
| 74 3 | Service-connected, does that mean it is not | |
| 74 4 | related to an acute issue such as you mentioned | |
| 74 5 | earlier, from an earache or some other | |
| 74 6 | nonmilitary-related issue? | |
| 74 7 | A.    Correct. | |

| 79:2 - 79:16  Love, T. 2020-10-02 | | |
|---|---|---|
| 79 2 | Q.    Yeah, my question is -- my | |
| 79 3 | question is do you ask the patient when you | |
| 79 4 | first see them if they have any particular | |
| 79 5 | problems that they want to bring to your | |

79 6     attention?  And in your notes it says that he
79 7     denies this problem.  I believe that's first in
79 8     that -- that examination, correct?
79 9     A.     Right, he's in --
79 10     MR. BARTLETT:  Objection.
79 11     THE WITNESS:  That's correct.
79 12     But he also -- you look at the Review of
79 13     Systems.  He was a new patient, probably getting
79 14     to know me at the time.  And many times they're
79 15     not always -- depending on whatever is going on
79 16     with them -- bring up everything to light.

83:7 - 84:4    Love, T. 2020-10-02
83 7     If you could, look a little
83 8     down further in your notes where it has:  "PMH."
83 9     Do you see that?
83 10     A.     (Witness reviews documents.)
83 11     Q.     It's right under that
83 12     paragraph that we were just looking at.
83 13     A.     Past medical history.  Past
83 14     medical history.
83 15     Q.     All right.  And when you put
83 16     "None" in there, does that indicate that you've
83 17     thoroughly gone over with -- the patient's past
83 18     medical history and he's had nothing in his past
83 19     that concerned you?
83 20     A.     And he didn't tell me that.
83 21     He didn't tell the nurse either.  And --
83 22     Q.     Okay.
83 23     A.     At that time.  This was my
83 24     first visit.  And many times, you know, these
83 25     patients will come and they have coronary artery
84 1     disease or a bypass and they didn't -- they
84 2     don't con- -- they may not know to understand
84 3     what they're diagnoses are or they don't think
84 4     to say that.

85:4 - 85:18    Love, T. 2020-10-02
85 4     So right below that, what is
85 5     "PSH"?
85 6     A.     Past surgical history.

| | |
|---|---|
| 85 7 | Q.    And it says "None," right? |
| 85 8 | A.    Right. |
| 85 9 | Q.    Okay.  In your experience, if |
| 85 10 | somebody's had surgery, do they generally tend |
| 85 11 | to remember it unless they've had a lot of |
| 85 12 | surgery and can't remember specifically? |
| 85 13 | A.    Yeah, some -- some did and |
| 85 14 | some could have a simple knee surgery and don't |
| 85 15 | think -- and forget to say they had a knee |
| 85 16 | surgery.  And it's not till I do a physical exam |
| 85 17 | and see the scar, and they're like:  "Oh, yeah, |
| 85 18 | I forgot about that." |

90:14 - 90:24   Love, T. 2020-10-02

| | |
|---|---|
| 90 14 | Q.    And do you ask them about |
| 90 15 | whether or not they're having any ringing in |
| 90 16 | their ears or any tinnitus? |
| 90 17 | MR. BARTLETT:  Object to form. |
| 90 18 | THE WITNESS:  Yes, sir, I do. |
| 90 19 | But it's at that -- not at that specific -- |
| 90 20 | specific time.  When I look in the ear in |
| 90 21 | particular, if there's some abnormality of the |
| 90 22 | ear, having problems hearing, you know, |
| 90 23 | discharge, pain, so forth.  At that particular |
| 90 24 | time. |

125:17 - 126:2   Love, T. 2020-10-02

| | |
|---|---|
| 125 17 | Q.    I'm -- I'm asking you about |
| 125 18 | his denial of any symptoms for his ears.  And I |
| 125 19 | think it says:  He denies hearing loss, |
| 125 20 | tinnitus, vertigo, discharge or ear pain.  Is |
| 125 21 | that correct? |
| 125 22 | MR. BARTLETT:  Object to form. |
| 125 23 | THE WITNESS:  That's correct, |
| 125 24 | based on that day of a walk-in.  Not a history |
| 125 25 | of he denied that.  Again, this was related to |
| 126 1 | his blood pressure.  Again. |
| 126 2 | BY MR. HILL: |

126:3 - 127:6   Love, T. 2020-10-02     **Re: [126:3-127:6]**     **OVERRULED**
                                        **Def Obj** 602/701

| | |
|---|---|
| 126 3 | Q.    Understood. |
| 126 4 | But in that taking of the |

126 5      history -- or the taking of the Review of sym-
126 6      -- Systems that you told us about that you walk
126 7      through with your patient --
126 8      A.      This --
126 9      Q.      -- at --
126 10     A.      -- is --
126 11     Q.      -- that --
126 12     A.      -- review --
126 13     Q.      -- point -- at that point for
126 14     that exam he was denying that?
126 15     A.      -- at the re- --
126 16     MR. BARTLETT:  Object to form.
126 17     THE WITNESS:  -- Review of
126 18     Systems at that time.
126 19     BY MR. HILL:
126 20     Q.      Right.
126 21     A.      Probably so focused on --
126 22     Q.      And his --
126 23     MR. BARTLETT:  Go ahead,
126 24     Doctor.  You can finish what you're saying.
126 25     THE WITNESS:  He was probably
127 1      so focused on his blood pressure and his anxiety
127 2      that many times patients can get -- there could
127 3      be other things going on, but they forget to say
127 4      it or they don't -- they don't remember it.
127 5      He -- this was a walk-in
127 6      dealing with his blood pressure and his anxiety.

158:11 - 158:15   Love, T. 2020-10-02
158 11     Q.      And on that visit, in
158 12     particular, was Mr. McCombs denying any
158 13     tinnitus?
158 14     A.      Yes.  We was focused on the
158 15     blood pressure.

161:14 - 162:9   Love, T. 2020-10-02
161 14     Q.      Okay.  Under your Alcohol
161 15     Dependency and Anxiety, there's a notation of
161 16     Wellbutrin 100 milligrams.  What is that?
161 17     A.      Okay.  So he was prescribed --
161 18     and this has to come from the Mental Health, for

161 19     a -- the anx- -- the depression/anxiety,
161 20     anxiety, and -- and Trazodone to help him sleep.
161 21     And there, again, to comment on this, I would
161 22     need the Mental Health notes of the provider who
161 23     prescribed and the reason for what they
161 24     prescribed it for, the specific reason for him.
161 25     Q.     What is (technical
162 1      interference) -- I'm sorry.
162 2      What is the notation that's
162 3      immediately after the Wellbutrin 100 MG, those
162 4      two letters?  Looks like "QT" maybe?
162 5      A.     Yes, daily.
162 6      Q.     Daily?  Okay.
162 7      And then Trazodone?
162 8      A.     It's something -- it's an
162 9      antipsychotic to help patients sleep.

# DEFENDANTS' AFFIRMATIVE DESIGNATIONS

*97:15-18, 125:7-126:1, 162:6-18, 229:4-230:2, and 244:9-12 are portions of the Battler deposition that were played at the first trial and that Defendants believe may be excluded by the Court's ruling at the Pretrial Conference relating to the Battler deposition and personal use .

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 11:03 - 11:06 | Battler, Leanne (2020-09-10) 0:10 | | | | |
| 11:03 | Q. Good morning.  Would you identify | | | | |
| 11:04 | yourself for the jury, please. | | | | |
| 11:05 | A. My name is Lieutenant Colonel | | | | |
| 11:06 | Leanne Marie Battler. | | | | |
| 15:13 - 16:06 | Battler, Leanne (2020-09-10) 1:49 | | | | |
| 15:13 | Q. Why don't you start with -- start | | | | |
| 15:14 | with college.  You attended Brock University? | | | | |
| 15:15 | A. Yes, I did.  Yes.  I graduated in | | | | |
| 15:16 | 1989. | | | | |
| 15:17 | Q. And after that, you attended SUNY | | | | |
| 15:18 | Buffalo where you obtained a doctor of | | | | |
| 15:19 | audiology? | | | | |
| 15:20 | A. Yes, that's correct. | | | | |
| 15:21 | Q. Any other formal education? | | | | |
| 15:22 | A. In between there, I went to -- I | | | | |
| 15:23 | attended Georgian College in Orillia, Ontario, | | | | |
| 15:24 | graduated in 1991 as an audiometric technician. | | | | |
| 15:25 | Q. Okay. | | | | |
| 16:01 | A. And then worked in Toronto for | | | | |
| 16:02 | several years, and then overseas before I went | | | | |
| 16:03 | back to get my doctorate. | | | | |
| 16:04 | Q. Okay.  Are you currently licensed | | | | |
| 16:05 | as an audiologist? | | | | |
| 16:06 | A. Yes. | | | | |
| 16:10 - 16:18 | Battler, Leanne (2020-09-10) 1:30 | Re: [16:10 to 16:18] | Re: [16:10 to 16:18] | | |
| 16:10 | Q. Approximately when did you become | Pltf Obj Improper bolstering, | SUSTAINED | | |
| 16:11 | licensed? | 402/403, improper attempt to | | | |
| 16:12 | A. 2004. | qualify lay witness as expert | | | |
| 16:13 | Q. Are you a member of any | | | | |
| 16:14 | professional associations or groups? | | | | |
| 16:15 | A. Yes.  ASHA, American Speech and | | | | |
| 16:16 | Hearing Association, and the Military Audiology | | | | |
| 16:17 | Association, National Hearing Conservation | | | | |
| 16:18 | Association, and American Academy of Audiology. | | | | |
| 16:25 - 20:06 | Battler, Leanne (2020-09-10) 5:19 | Re: [16:25 to 20:06] | Re: [16:25 to 20:06] | | |
| 16:25 | Q. Could you -- When did you join | Pltf Obj Improper bolstering, | SUSTAINED as to | | |
| 17:01 | the Army? | 402/403, improper attempt to | testimony regarding Battler's | | |
| 17:02 | A. 2003.  I was commissioned as a | qualify lay witness as expert | opinion about Dr. Ohlin (and | | |
| 17:03 | green card holder. | (702), 611 leading, 701, 802 | her husband's comments to Dr. | | |
| 17:04 | Q. Could you give the jury an | | Ohlin), 402 & 403; OVERRULED | | |
| 17:05 | overview of your career in the Army and the | | in all other respects, | | |
| 17:06 | role that you played over the years in the | | regarding Battler's opinion, | | |
| 17:07 | Army? | | about Dr. Ohlin (and her, | | |
| 17:08 | A. In 2003, I was commissioned as a | | husband's comments to Dr., | | |
| 17:09 | fourth-year intern at the older Walter Reid | | Ohlin), 402 & 403; OVERRULED, | | |
| 17:10 | Army Medical Center, so I was commissioned as a | | | | |

| | |
|---|---|
| 17:11 | first lieutenant; and at the conclusion of that |
| 17:12 | year, I was moved to Fort Hood, Texas; I was |
| 17:13 | there as the Army Hearing Program manager until |
| 17:14 | 2006, and that's where I also got my ASHA |
| 17:15 | certificate of clinical competence and my |
| 17:16 | license. |
| 17:17 | Then from 2006 to 2010, '11, I |
| 17:18 | was at Fort Carson in Colorado, I was the Army |
| 17:19 | Hearing Program manager. During that time I |
| 17:20 | deployed to Iraq for five months, in 2008, it |
| 17:21 | was from March to July 2008, as the brigade |
| 17:22 | audiologist individual augment team. |
| 17:23 | Then in 2011, I moved to Fort |
| 17:24 | Richardson, Alaska; en route I stopped at Fort |
| 17:25 | Benning and became a paratrooper; after Alaska, |
| 18:01 | so 2012 to 2016, then I moved to Germany and |
| 18:02 | was the Regional Army Hearing Program |
| 18:03 | consultant, until 2018; at which time I came |
| 18:04 | back to DC. |
| 18:05 | Q. And what are your duties |
| 18:06 | currently? |
| 18:07 | A. I'm a staff audiologist. |
| 18:08 | Q. Okay. You indicated that you, in |
| 18:09 | 2003, if I understood correctly, you were a |
| 18:10 | third- or fourth-year intern; is that correct? |
| 18:11 | A. Yes. |
| 18:12 | Q. Okay. And so does that mean that |
| 18:13 | your internship had started earlier? |
| 18:14 | A. So for the doctor of audiology |
| 18:15 | degree the requirement is a four-year |
| 18:16 | postgraduate degree which incorporates two |
| 18:17 | thousand clinical hours. So the first thousand |
| 18:18 | are acquired during the first three years |
| 18:19 | concurrently with academics, and then the |
| 18:20 | fourth year is that final one thousand clinical |
| 18:21 | hours. So I was commissioned as a first |
| 18:22 | lieutenant because I did not have the doctoral |
| 18:23 | degree yet. |
| 18:24 | Q. Understood. In your |
| 18:25 | authorization, there is a mention of a 2001 |
| 19:01 | internship with the Army Hearing Program. Can |
| 19:02 | you describe what that is? |
| 19:03 | A. Yes. So I was still a student at |
| 19:04 | SUNY Buffalo; and during the summer of 2001 I |
| 19:05 | married an American soldier, Richard Cleveland, |
| 19:06 | who was stationed at Aberdeen Proving Ground at |
| 19:07 | the time. So, yeah, we got married, and we |
| 19:08 | were at Aberdeen. And actually, my husband |
| 19:09 | called the CHPPM and spoke with Dr. Ohlin and |
| 19:10 | said: My wife thinks you're a God and would |
| 19:11 | love to work with you. And I had an interview, |
| 19:12 | and, yeah, I spent the summer working there. |
| 19:13 | Q. Okay. Did you hold Dr. Ohlin in |
| 19:14 | high regard? |

in all other respects

| | | | |
|---|---|---|---|
| 19:15 | A. Yes.  Very high regard. | | |
| 19:16 | Q. And why did you hold Dr. Ohlin in | | |
| 19:17 | high regard? | | |
| 19:18 | A. Probably because -- Because I | | |
| 19:19 | also -- One of my instructors at SUNY Buffalo | | |
| 19:20 | was Donald Henderson, who also mentioned a lot | | |
| 19:21 | of the work of Dr. Ohlin during my class as his | | |
| 19:22 | student. | | |
| 19:23 | Q. And did you regard Dr. Ohlin, | | |
| 19:24 | from your interaction with him, as competent at | | |
| 19:25 | the tasks he performed? | | |
| 20:01 | A. (Witness nods head in the | | |
| 20:02 | affirmative.) | | |
| 20:03 | Q. You have to answer audibly yes or | | |
| 20:04 | no for the videographer. | | |
| 20:05 | A. Oh, yes.  Yes.  Very, very | | |
| 20:06 | competent. | | |

**20:21 - 24:24   Battler, Leanne (2020-09-10)                    6:00**

| | | | |
|---|---|---|---|
| 20:21 | Q. Why don't you start with your | **Re: [20:21 to 24:24]** | **Re: [20:21 to 24:24]** |
| 20:22 | duties during the internship. | **Pltf Obj** improper bolstering, | OVERRULED, but will |
| 20:23 | A. Right.  So at Aberdeen, with Dr. | 402/403, improper attempt to | give, limiting instruction as |
| 20:24 | Ohlin? | qualify lay witness as expert | to the, witness's status as a |
| 20:25 | Q. Yes. | (702), 611 leading, 701, 802 | lay witness |
| 21:01 | A. So primarily, it was -- I worked | | |
| 21:02 | with, at the time, Major Cheryl Cameron, who | | |
| 21:03 | has since retired.  We did a lot of CAOC | | |
| 21:04 | courses, so the technician training, | | |
| 21:05 | troubleshooting with the events in CCA, DOEHRS | | |
| 21:06 | audiometers; some work with Leanne Demanico, | | |
| 21:07 | helping her with the DOEHRS system, again. | | |
| 21:08 | I sat in on a health hazard | | |
| 21:09 | assessment team, we did noise measurements out | | |
| 21:10 | in the field, I prepared briefings.  I did | | |
| 21:11 | basically anything I was asked to do.  But at | | |
| 21:12 | some -- even some patient care, we did go over | | |
| 21:13 | to the occupational health clinic a few times | | |
| 21:14 | and do some patient testing. | | |
| 21:15 | Q. And did you do some work with the | | |
| 21:16 | Combat Arms Version 2 during your internship? | | |
| 21:17 | A. Not work, as much as just I | | |
| 21:18 | learned about them and -- and I took several | | |
| 21:19 | back to SUNY Buffalo where I did an independent | | |
| 21:20 | study using them. | | |
| 21:21 | Q. What did you learn about the | | |
| 21:22 | Combat Arms Version 2 during your 2001 | | |
| 21:23 | internship? | | |
| 21:24 | A. That they were the first | | |
| 21:25 | nonlinear earplug that I had ever heard of, and | | |
| 22:01 | -- and pretty -- pretty cool. | | |
| 22:02 | Q. And why do you describe them as | | |
| 22:03 | pretty cool? | | |
| 22:04 | A. Because they allowed the wearer | | |
| 22:05 | to hear things, I think -- Well, I know that | | |

22:06   one of the reasons why people reject hearing
22:07   protection is because of the fear of being
22:08   overattenuated and not being able to hear
22:09   things that could cost their own life or limb.
22:10   Q. And why is that a concern in the
22:11   military?
22:12   A. Because you need to hear -- You
22:13   need to hear the bad guys.  Hearing is a -- is
22:14   a three-hundred-and-sixty-degree,
22:15   twenty-four-hour awareness.  So if you can't
22:16   hear what's going on around you, then -- then
22:17   you're a liability.
22:18   Q. Have you worn the Combat Arms
22:19   Version 2 yourself?
22:20   A. Yes.
22:21   Q. And did you have any trouble
22:22   fitting the Combat Arms Version 2 in your ear?
22:23   A. I fortunately have very average
22:24   size ear canals, so they did fit me well.
22:25   Q. Great.  Did you need to roll back
23:01   the flanges to fit the Combat Arms Version 2 in
23:02   your ear?
23:03   A. No.
23:04   Q. And when you fit the Combat Arms
23:05   Version 2 in your ear, did they maintain their
23:06   seal?
23:07   A. Yes.
23:08   Q. When you fit the Combat Arms
23:09   Version 2 in your ear, did they provide you
23:10   with adequate hearing protection?
23:11   A. Yes.
23:12   Q. Would -- Would you wear the
23:13   Combat Arms Version 2 today based on what you
23:14   know?
23:15   A. Yes.
23:16   Q. Have you also fit other
23:17   individuals with the Combat Arms Version 2?
23:18   A. Yes.
23:19   Q. And am I correct that, as with
23:20   other preformed earplugs, the regulations
23:21   require a medically trained personnel to
23:22   provide the initial fit?
23:23   A. Yes.
23:24   Q. And why is it that the
23:25   regulations require that a preformed earplug be
24:01   trained (sic) by medically trained personnel?
24:02   A. Because they come in different
24:03   sizes, and ears come in different sizes.  And
24:04   the fact that it's preformed means it's -- it's
24:05   not adjustable, like the foam plugs -- Even the
24:06   foam plugs are not one-size-fits-all.  There's
24:07   -- That was the one thing that Doug said
24:08   constantly is, if you remember one thing,
24:09   remember there's no such thing as one size fits

| | |
|---|---|
| 24:10 | all. |
| 24:11 | Q. And were there -- Were there |
| 24:12 | certain service members who the -- when you |
| 24:13 | were doing your work fitting the Combat Arms |
| 24:14 | Version 2 did not fit? |
| 24:15 | A. Yes. |
| 24:16 | Q. And in instances where you were |
| 24:17 | fitting a service member for whom the Combat |
| 24:18 | Arms Version 2 did not fit, what would you do |
| 24:19 | then? |
| 24:20 | A. Then we would go to the |
| 24:21 | traditional triple-flange, size small or large, |
| 24:22 | you know, whatever was appropriate.  And then |
| 24:23 | if I had funding, I would take impressions to |
| 24:24 | do custom hearing protection at that time. |

**25:06 - 25:17**  Battler, Leanne (2020-09-10)                    1:41

| | | |
|---|---|---|
| 25:06 | Let's go to page 67, at the bottom.  The bottom | Re: [25:06 to 25:17]  |
| 25:07 | right right now, it says 55.  And let's mark | **Pltf Obj** 402/403 - 87 page |
| 25:08 | this as the next exhibit, which is Exhibit | newsletter document contains |
| 25:09 | Number 1. | various other stories that are |
| 25:10 | Do you recognize this document, | wholly irrelevant and include |
| 25:11 | Lieutenant Colonel Cleveland? | hearsay 802-As to the Fort |
| 25:12 | A. Yes. | Carson story itself, includes |
| 25:13 | Q. Can you tell the jury what it is? | speculation and |
| 25:14 | A. This is my paper. | generalizations about Military |
| 25:15 | Q. And what's the title? | habit/compliance that should |
| 25:16 | A. Fort Carson, An Army Hearing | be excluded under 406. |
| 25:17 | Program Success Story. | |

Re: [25:06 to 25:17]
SUSTAINED

**25:21 - 27:22**  Battler, Leanne (2020-09-10)                    3:54

| | |
|---|---|
| 25:21 | Q. Do you recognize the diagram, |
| 25:22 | Figure 3, at the top of page 70? |
| 25:23 | A. Yes. |
| 25:24 | Q. And does that -- Does that help |
| 25:25 | to illustrate some of your duties as an |
| 26:01 | audiologist? |
| 26:02 | A. Yes. |
| 26:03 | Q. Can you describe, in summary |
| 26:04 | form, how? |
| 26:05 | A. So the Army Hearing Program has |
| 26:06 | four main components:  Hearing readiness, |
| 26:07 | operational hearing services, clinical hearing |
| 26:08 | services, and hearing conservation.  So this |
| 26:09 | diagram was to describe hearing readiness, |
| 26:10 | which is designed for soldiers, rather than |
| 26:11 | noise-exposed civilians who would be in a |
| 26:12 | traditional OSHA-type hearing conservation |
| 26:13 | program. |
| 26:14 | So the first thing that we always |
| 26:15 | did was the otoscopic examination, which is |
| 26:16 | looking in the ear canal to determine after why |
| 26:17 | kind of -- you can tell just by looking at the |
| 26:18 | ear canal what size of hearing protection the |

| | | | | |
|---|---|---|---|---|
| 26:19 | person was going to require. | | | |
| 26:20 | We're also looking to see if we | | | |
| 26:21 | can visualize the tympanic membrane and make | | | |
| 26:22 | sure that there's no active pathology before we | | | |
| 26:23 | would fit them with the hearing protector. | | | |
| 26:24 | If the ear canals were clear, we | | | |
| 26:25 | would continue with the earplug fitting.  If we | | | |
| 27:01 | could not visualize the tympanic membrane, we | | | |
| 27:02 | would send the soldier to have their ears | | | |
| 27:03 | cleaned out. | | | |
| 27:04 | And then after -- Going back to | | | |
| 27:05 | the earplug fitting, we would pull them -- pull | | | |
| 27:06 | up their hearing health record in the DOEHRS | | | |
| 27:07 | database and MEDPROS, and we would determine, | | | |
| 27:08 | you know, does this person already have a | | | |
| 27:09 | hearing loss, do they have normal hearing, so | | | |
| 27:10 | we have some idea what to expect; and also | | | |
| 27:11 | we'll be able to tell if there's been a | | | |
| 27:12 | significant change in the hearing test that | | | |
| 27:13 | we're about to do. | | | |
| 27:14 | Then we would test the hearing. | | | |
| 27:15 | If there was a STS, or significant threshold | | | |
| 27:16 | shift, then we would tell them they needed to | | | |
| 27:17 | retest no sooner than twenty-four hours, and no | | | |
| 27:18 | later than thirty days; then if there was no | | | |
| 27:19 | STS, we would update the records, say you're | | | |
| 27:20 | good to go.  But the most important part was | | | |
| 27:21 | always the earplug fitting and the hearing | | | |
| 27:22 | health education. | | | |

| | | | | |
|---|---|---|---|---|
| 33:11 - 34:13 | Battler, Leanne (2020-09-10) | 2:48 | | |
| 33:11 | Q. Okay.  Could you summarize the | | **Re: [33:11 to 34:13]** | Re: [33:11 to 34:13] |
| 33:12 | conclusion of your article:  Fort Carson, An | | **Pltf Obj** 402/403 prejudicial | SUSTAINED |
| 33:13 | Army Hearing Program Success Story for the | | generalizations about Military | |
| 33:14 | jury? | | practices; 404/406 improper | |
| 33:15 | A. Right.  So basically, the | | habit/character | |
| 33:16 | regulation had said, for quite some time, that | | generalizations on Military; | |
| 33:17 | the military audiologist should spend no more | | 701 and 602 improper | |
| 33:18 | than 50 percent of their time involved patient | | generalizations; 802 | |
| 33:19 | care, and the rest of the time we should be out | | | |
| 33:20 | there doing the training and the inspections | | | |
| 33:21 | and the evaluations to prevent hearing loss. | | | |
| 33:22 | But the problem was, with | | | |
| 33:23 | hospital commanders, typically, seeing us as | | | |
| 33:24 | REU generating potential, were reluctant to | | | |
| 33:25 | release us from our clinical obligation 50 | | | |
| 34:01 | percent of the time. | | | |
| 34:02 | And so I started this whole | | | |
| 34:03 | project as a quality assurance project.  And I | | | |
| 34:04 | believe that it showed that by releasing me, | | | |
| 34:05 | and the other audiologists, by assigning a | | | |
| 34:06 | second military audiologist to Fort Carson, we | | | |
| 34:07 | still, between the two of us, seeing patients | | | |
| 34:08 | 50 percent of the time, were still able to | | | |

| | | |
|---|---|---|
| 34:09 | maintain the prior 100 percent clinical | |
| 34:10 | mission, while simultaneously preventing | |
| 34:11 | hearing loss and drastically reducing the | |
| 34:12 | amount of hearing loss while we were an Army at | |
| 34:13 | war. | |

**34:25 - 35:22**  Battler, Leanne (2020-09-10)   1:16

| | | Re: [34:25 to 35:22] | Re: [34:25 to 35:22] |
|---|---|---|---|
| 34:25 | Model, which said you need one audiologist and | **Pltf Obj** 701 and 602; improper | SUSTAINED 602; 701; |
| 35:01 | 2.5 technicians for every 18,000 soldiers, that | lay witness opinions; | 802 |
| 35:02 | was in the era of paper medical charts. | speculation; 403; 802; cut | |
| 35:03 | MR. MONSOUR:  Objection. | includes Nomellini sidebar | |
| 35:04 | Responsiveness.  This calls for an expert | testimony that he's 'limiting | |
| 35:05 | opinion beyond the scope of the Touhy. | to her personal capacity' | |
| 35:06 | Q. You can proceed. | | |
| 35:07 | MAJ WALD:  Ma'am, you're not | | |
| 35:08 | allowed to elicit expert testimony.  Please | | |
| 35:09 | don't answer the question. | | |
| 35:10 | Q. Can you just answer based on | | |
| 35:11 | your -- just based on your personal experience? | | |
| 35:12 | MR. MONSOUR:  Objection.  Still | | |
| 35:13 | calls for an expert opinion, regardless of | | |
| 35:14 | whether personal or not. | | |
| 35:15 | MAJ WALD:  Ma'am, please don't | | |
| 35:16 | answer the question. | | |
| 35:17 | THE WITNESS:  Understood. | | |
| 35:18 | MR. NOMELLINI:  Okay.  Major | | |
| 35:19 | Wald, I am limiting it to her personal | | |
| 35:20 | experience.  I may -- We may need to ask the | | |
| 35:21 | Court for assistance regarding this.  But for | | |
| 35:22 | now I will go to another part of the document. | | |

**37:01 - 38:14**  Battler, Leanne (2020-09-10)   3:33

| | | Re: [37:01 to 38:14] | Re: [37:01 to 38:14] |
|---|---|---|---|
| 37:01 | Could you read the next two | **Pltf Obj** Speculation; 701 and | SUSTAINED 602; 701; |
| 37:02 | paragraphs on page 70 of your article.  I | 602 improper lay witness | 802 |
| 37:03 | should start with -- Start with the next | opinion; improper | |
| 37:04 | paragraph, beginning with:  The initial group. | generalizations about Military | |
| 37:05 | A. The initial group of soldiers who | practices, 403, 406, | |
| 37:06 | were deployed to the first cycle of Operation | cumulative/doc speaks for | |
| 37:07 | Iraqi Freedom did so without the Combat Arms | itself | |
| 37:08 | earplugs, which are currently a Rapid Fielding | | |
| 37:09 | Initiative issue to all deploying soldiers. | | |
| 37:10 | The Combat Arms earplugs allow low-level | | |
| 37:11 | sounds, such as speech, to pass through | | |
| 37:12 | unimpeded.  The nonlinear filter in the Combat | | |
| 37:13 | Arms earplug dampens high-level impulse noise | | |
| 37:14 | such as weapons fire.  As with all earplugs, | | |
| 37:15 | proper size and fit are crucial.  During the | | |
| 37:16 | initial deployments for the Global War on | | |
| 37:17 | Terror, the Combat Arms earplug, and | | |
| 37:18 | conventional earplugs for soldiers were often | | |
| 37:19 | not available, not wanted, or not fitted | | |
| 37:20 | properly, which resulted in the dramatic STS | | |
| 37:21 | increase in 2003. | | |
| 37:22 | Q. Thank you.  So one of the | | |

| | | | | |
|---|---|---|---|---|
| 37:23 | sentences that you just read says:  As with all | | | |
| 37:24 | earplugs, proper size and fit are crucial. | | | |
| 37:25 | Based on your -- Based on your personal | | | |
| 38:01 | experience, is that true both for the Combat | | | |
| 38:02 | Arms and other earplugs? | | | |
| 38:03 | A. Yes. | | | |
| 38:04 | Q. And why is that true, that proper | | | |
| 38:05 | size and fit are crucial? | | | |
| 38:06 | A. Because no two ears are the same. | | | |
| 38:07 | Q. What could happen, in your | | | |
| 38:08 | personal experience with service members, if | | | |
| 38:09 | there is not proper size and fit? | | | |
| 38:10 | A. Well, then -- Then they won't -- | | | |
| 38:11 | They won't protect the soldier as optimally as | | | |
| 38:12 | they could. | | | |
| 38:13 | Q. And in your experience, who had | | | |
| 38:14 | the responsibility for ensuring proper fit? | | | |

| 38:24 - 39:07 | Battler, Leanne (2020-09-10) | 1:39 | | |
|---|---|---|---|---|
| 38:24 | A. Well, if I gave you a Kevlar | | | |
| 38:25 | helmet that was two sizes too big or two sizes | | | |
| 39:01 | too small, it wouldn't protect you. | | | |
| 39:02 | Q. Is the same true of earplugs like | | | |
| 39:03 | the Combat Arms earplug? | | | |
| 39:04 | A. Absolutely. | | | |
| 39:05 | Q. In your view, who had | | | |
| 39:06 | responsibility for ensuring that the Combat | | | |
| 39:07 | Arms earplugs were fitted proper? | | | |

| 39:17 - 43:05 | Battler, Leanne (2020-09-10) | 5:19 | Re: [39:17 to 43:05] | Re: [39:17 to 43:05] |
|---|---|---|---|---|
| 39:17 | A. I mean, ultimately, the final | | **Pltf Obj** Speculation; 701 and | OVERRULED 701 |
| 39:18 | responsibility comes down to the soldier. | | 602 improper lay witness | |
| 39:19 | Q. And why do you say the final | | opinion; improper | |
| 39:20 | responsibility comes down to the soldier? | | generalizations about Military | |
| 39:21 | A. We fit the earplug, we tell you | | practices, 402/403, 404/406; | |
| 39:22 | how to wear the earplug, but if the soldier | | 802 | |
| 39:23 | chooses not to use the earplug, then that's | | | |
| 39:24 | their choice -- or not to use it in the way | | | |
| 39:25 | that we have trained them to. | | | |
| 40:01 | Q. Okay.  So with respect to your | | | |
| 40:02 | personal experience with the Combat Arms | | | |
| 40:03 | earplug, how did you train the soldiers to use | | | |
| 40:04 | the earplug? | | | |
| 40:05 | A. At the SRP site, when they came | | | |
| 40:06 | through for their predeployment hearing test, | | | |
| 40:07 | after we looked in the ear, we would give | | | |
| 40:08 | everyone a set of size medium, regular sheath, | | | |
| 40:09 | triple-flange or quad-flange earplugs, and then | | | |
| 40:10 | we would train them all to use their opposite | | | |
| 40:11 | hand, you know, pull the ear up and back, twist | | | |
| 40:12 | and push, until the -- the final flange, the | | | |
| 40:13 | third or fourth flange, was flush with the | | | |
| 40:14 | opening of the ear canal.  Then we would tell | | | |
| 40:15 | them to do a tug test to make sure they felt | | | |

| | |
|---|---|
| 40:16 | some suction or resistance.  Then we would do |
| 40:17 | an additional tug test to say yes, you have |
| 40:18 | adequate suction or resistance, then we would |
| 40:19 | make them do the other ear. |
| 40:20 | And once we determined that they |
| 40:21 | were either a size medium or small or large, |
| 40:22 | with the cheap earplugs, then we would try the |
| 40:23 | Combat Arms earplug, and do the same thing, |
| 40:24 | pull -- reach with your opposite hand, pull the |
| 40:25 | ear up and back, twist and push, do the tug |
| 41:01 | test, both ears, because often one ear canal is |
| 41:02 | bigger than the other.  So just because you're |
| 41:03 | a size medium in one ear, doesn't mean you're |
| 41:04 | going to be a size medium in both ears. |
| 41:05 | And right then -- I mean, it was |
| 41:06 | a pretty intense process. |
| 41:07 | Q. And in your personal experience |
| 41:08 | with these different kinds of earplugs, did you |
| 41:09 | give service members the choice among the |
| 41:10 | various earplugs or was it the case that they |
| 41:11 | had to use a certain earplug, or did it vary? |
| 41:12 | A. So we would actually -- Because |
| 41:13 | we fitted them to determine the initial |
| 41:14 | size-ish, get a good estimate what size Combat |
| 41:15 | Arms earplug they would be, and we fitted them |
| 41:16 | with the regular, inexpensive triple or |
| 41:17 | quad-flange, then they would have those pair. |
| 41:18 | So we give them the -- so linear hearing |
| 41:19 | protection and a case, plus the nonlinear |
| 41:20 | hearing protection and a case. |
| 41:21 | So I guess they had -- Initially, |
| 41:22 | there was only one Combat Arms earplug, but |
| 41:23 | then when the version with the pistol came out, |
| 41:24 | then some people preferred that -- they called |
| 41:25 | them the bumblebees, the yellow and olive drab. |
| 42:01 | So if I had more than one version, then I would |
| 42:02 | let them choose. |
| 42:03 | Q. Okay.  And you were saying, I |
| 42:04 | guess, they had a -- were you going to say that |
| 42:05 | you guessed that the service members had a |
| 42:06 | choice between the earplugs? |
| 42:07 | A. So we would give them -- We'd |
| 42:08 | give them as many as we could. |
| 42:09 | Q. Okay.  So in other words, you'd |
| 42:10 | give the service members more than one of the |
| 42:11 | various types of earplugs? |
| 42:12 | A. Yes. |
| 42:13 | Q. And what types of earplugs did |
| 42:14 | you provide, other than the Combat Arms? |
| 42:15 | A. So the -- Well, there's the |
| 42:16 | orange triple-flange; or the blue Elvex |
| 42:17 | Quattro; or the size small green triple-flange; |
| 42:18 | or the Howard light mint green, they were also |
| 42:19 | size small; or the other Howard light smedium, |

| | | | |
|---|---|---|---|
| 42:20 | we called them smedium, because they were kind | | |
| 42:21 | of in between a small and a medium; and then | | |
| 42:22 | the large blue triple-flange, based on what | | |
| 42:23 | they were fitted at. | | |
| 42:24 | Q. So among those earplugs, for the | | |
| 42:25 | ones that fit them, they had the choice as to | | |
| 43:01 | which ones to use? | | |
| 43:02 | A. (Witness nods head in the | | |
| 43:03 | affirmative.) | | |
| 43:04 | Q. Is that correct? | | |
| 43:05 | A. Yes.  Correct.  Uh-huh. | | |

**44:20 - 45:07**  Battler, Leanne (2020-09-10)   1:03

| | | | |
|---|---|---|---|
| 44:20 | Q. Based on your personal experience | **Re: [44:20 to 45:07]** | Re: [44:20 to 45:07] |
| 44:21 | with the CAEv2, you indicated that the CAE and | **Pltf Obj** 602, 611, | SUSTAINED |
| 44:22 | conventional earplugs for soldiers were often | Speculation, leading, | |
| 44:23 | not available or not wanted.  What's your basis | 701/702/602, 403, 802; | |
| 44:24 | for that? | conjecture | |
| 44:25 | A. Right.  Okay.  The -- Well, | | |
| 45:01 | during the initial deployment, they weren't | | |
| 45:02 | available.  They weren't available.  And -- Or, | | |
| 45:03 | as I said, the fear of being overattenuated and | | |
| 45:04 | not -- not able to hear external sounds with | | |
| 45:05 | use of a linear earplug caused a lot of | | |
| 45:06 | soldiers to reject them and not use them at | | |
| 45:07 | all. | | |

**45:10 - 46:04**  Battler, Leanne (2020-09-10)   2:41

| | |
|---|---|
| 45:10 | Q. Thank you, Lieutenant Colonel. |
| 45:11 | And you also indicated, based on your personal |
| 45:12 | experience with the usage and application of |
| 45:13 | the CAEv2, that the -- during the initial |
| 45:14 | deployments, the CAE was sometimes not fitted |
| 45:15 | properly.  What's your basis for that? |
| 45:16 | A. When I deployed, and the Rapid |
| 45:17 | Fielding Initiative truck pulled up, and I went |
| 45:18 | there to get my uniforms and my boots and my |
| 45:19 | knee pads and my pocket tool, they threw a pair |
| 45:20 | of Combat Arms earplugs at me and said:  Here |
| 45:21 | you go. |
| 45:22 | Q. Was that concerning to you? |
| 45:23 | A. Yes. |
| 45:24 | Q. Why was that concerning to you? |
| 45:25 | A. Because they're not one size fits |
| 46:01 | all and there was no education provided as to |
| 46:02 | when to put which end in your ear, how to -- |
| 46:03 | how to pull the ear up and back, twist and |
| 46:04 | push, do the tug test, none of that. |

**46:20 - 47:20**  Battler, Leanne (2020-09-10)   1:24

| | |
|---|---|
| 46:20 | So you were describing as part of |
| 46:21 | the Rapid Fielding Initiative, when you |
| 46:22 | deployed, the truck pulled up and you were |
| 46:23 | handed a pair of Combat Arms earplugs without |

| | | | | |
|---|---|---|---|---|
| 46:24 | -- without instructions; correct? | | | |
| 46:25 | A. Correct. | | | |
| 47:01 | Q. And this was in what year? | | | |
| 47:02 | A. 2008. | | | |
| 47:03 | Q. Okay.  And was there -- Was there | | | |
| 47:04 | anything in writing that accompanied the Combat | | | |
| 47:05 | Arms earplugs when you received them in 2008? | | | |
| 47:06 | A. No. | | | |
| 47:07 | Q. And did they -- did they come in | | | |
| 47:08 | a little baggy as part of the Rapid Fielding | | | |
| 47:09 | Initiative or some kind of packaging or just | | | |
| 47:10 | stand-alone? | | | |
| 47:11 | A. Just two earplugs. | | | |
| 47:12 | Q. Okay.  And were there -- Were | | | |
| 47:13 | there other service members with you at the | | | |
| 47:14 | time you were provided your earplugs? | | | |
| 47:15 | A. Yes. | | | |
| 47:16 | Q. Okay.  What other service members | | | |
| 47:17 | were with you in 2008 when you were provided | | | |
| 47:18 | Combat Arms earplugs as part of the Rapid | | | |
| 47:19 | Fielding Initiative, approximately how many? | | | |
| 47:20 | A. Oh, five. | | | |

**48:01 - 48:05   Battler, Leanne (2020-09-10)   0:13**

| | | | | |
|---|---|---|---|---|
| 48:01 | Q. Okay.  And did you have concern | **Re: [48:01 to 48:05]** | Re: [48:01 to 48:05] | |
| 48:02 | that as part of the Rapid Fielding Initiative, | **Pltf Obj** 611 leading, | SUSTAINED 402; 403 | |
| 48:03 | other service members would be getting the | compound, speculation, | | |
| 48:04 | earplugs without fitting instructions? | asked/answered; 402/403; 406; | | |
| 48:05 | A. Yes. | conjecture | | |

**48:08 - 49:14   Battler, Leanne (2020-09-10)   2:42**

| | | | | |
|---|---|---|---|---|
| 48:08 | Q. And based on your personal | **Re: [48:08 to 49:14]** | Re: [48:08 to 49:14] | |
| 48:09 | experience, why did you have that concern for | **Pltf Obj** 611 leading and calls | SUSTAINED 402; 403; | |
| 48:10 | other service members as part of the Rapid | for speculation; 402/403; 802; | 611; 802 | |
| 48:11 | Fielding Initiative? | 404/406, 701; conjecture | | |
| 48:12 | A. Because -- Because there's no | | | |
| 48:13 | such thing as one size fits all, and because | | | |
| 48:14 | there was -- they had no idea -- my assumption | | | |
| 48:15 | was that they had no idea which end was which. | | | |
| 48:16 | Q. And so -- And so based on your -- | | | |
| 48:17 | your personal experience, was it your | | | |
| 48:18 | understanding that as part of the Rapid | | | |
| 48:19 | Fielding Initiative, service members like | | | |
| 48:20 | yourself were receiving the Combat Arms Version | | | |
| 48:21 | 2 without instruction and fitting? | | | |
| 48:22 | A. Yes, that's correct. | | | |
| 48:23 | Q. And was the basis of that | | | |
| 48:24 | understanding? | | | |
| 48:25 | A. The basis is that there was no | | | |
| 49:01 | instruction given. | | | |
| 49:02 | Q. And did you have any discussions | | | |
| 49:03 | with others in the audiologist community, or | | | |
| 49:04 | other service members, about the fact that | | | |

| | | |
|---|---|---|
| 49:05 | earplugs were being given out as part of the | |
| 49:06 | Rapid Fielding Initiative without instruction | |
| 49:07 | and fitting? | |
| 49:08 | A. Yes. | |
| 49:09 | Q. Tell the jury about the | |
| 49:10 | discussions you had with other -- other service | |
| 49:11 | members regarding the fact that in the Rapid | |
| 49:12 | Fielding Initiative, Combat Arms earplugs were | |
| 49:13 | being provided without proper instruction and | |
| 49:14 | fitting. | |

**49:16 - 49:21   Battler, Leanne (2020-09-10)   0:29**

| | | | |
|---|---|---|---|
| 49:16 | A. So I tried to coordinate with the | **Re: [49:16 to 49:21]** | **Re: [49:16 to 49:21]** |
| 49:17 | Rapid Fielding Initiative leadership to allow | **Pltf Obj** 402,802, vague | SUSTAINED |
| 49:18 | us to access those -- those Combat Arms | | |
| 49:19 | earplugs and fit them concurrently with the | | |
| 49:20 | predeployment hearing test.  And sometimes I | | |
| 49:21 | was successful, sometimes not.  But . . . | | |

**50:08 - 50:25   Battler, Leanne (2020-09-10)   1:02**

| | | | |
|---|---|---|---|
| 50:08 | Q. Yes.  So you said sometimes your | **Re: [50:08 to 50:25]** | **Re: [50:08 to 50:25]** |
| 50:09 | efforts were not successful in terms of proper | **Pltf Obj** 402/403, 611 vague, | SUSTAINED |
| 50:10 | fitting and instructions for the Combat Arms as | leading, speculation, 802, | |
| 50:11 | part of the Rapid Fielding Initiative, not your | 406, 701, 802 | |
| 50:12 | clinic, the Rapid Fielding Initiative, can you | | |
| 50:13 | describe that? | | |
| 50:14 | A. Sure.  Right.  We tried to get | | |
| 50:15 | them to relinquish their supply of Combat Arms | | |
| 50:16 | earplugs to our clinic, and sometimes | | |
| 50:17 | contractors were more than happy to say:  Yep, | | |
| 50:18 | here you go, take them all.  Others were like: | | |
| 50:19 | No, these are -- it's not -- We're not handing | | |
| 50:20 | them over, this is what we do.  And . . . | | |
| 50:21 | Q. Okay.  So you said contractors | | |
| 50:22 | would tell you they're not handing them over, | | |
| 50:23 | they wanted to provide the Combat Arms directly | | |
| 50:24 | to the troops without instruction or fitting; | | |
| 50:25 | correct? | | |

**51:03 - 51:04   Battler, Leanne (2020-09-10)   0:02**

| | | | |
|---|---|---|---|
| 51:03 | A. That is -- That was my | **Re: [51:03 to 51:04]** | **Re: [51:03 to 51:04]** |
| 51:04 | experience, yes. | **Pltf Obj** 402/403, conjecture, | SUSTAINED |
| | | vague 611, 802 | |

**52:01 - 52:12   Battler, Leanne (2020-09-10)   1:43**

| | | | |
|---|---|---|---|
| 52:01 | Q. Okay.  The contractors you're | **Re: [52:01 to 52:12]** | **Re: [52:01 to 52:12]** |
| 52:02 | referring to, these are supply contractors who | **Pltf Obj** Speculation; 402/403; | SUSTAINED |
| 52:03 | are supplying Combat Arms, these are not the | compound question; | |
| 52:04 | manufacturers of the earplug; correct? | asked/answered; 701/602; | |
| 52:05 | A. Correct. | conjecture; 406 | |
| 52:06 | Q. Okay.  So the contractors that | | |
| 52:07 | you are referring to, who are supplying the | | |
| 52:08 | Combat Arms earplugs as part of the Rapid | | |

| | | | |
|---|---|---|---|
| 52:09 | Fielding Initiative without proper instruction | | |
| 52:10 | and fitting, that is not 3M or Aearo; correct? | | |
| 52:11 | A. Not to my knowledge.  They were | | |
| 52:12 | just regular civilian contractors. | | |

**52:19 - 52:21**  Battler, Leanne (2020-09-10)  0:12

| | | | |
|---|---|---|---|
| 52:19 | Q. Okay.  But they were people who | **Re: [52:19 to 52:21]** | Re: [52:19 to 52:21] |
| 52:20 | would show up in trucks with Combat Arms | **Pltf Obj** Vague, Leading, | SUSTAINED |
| 52:21 | earplugs and other earplugs; correct? | 402/403 relevance, conjecture | |

**52:24 - 52:25**  Battler, Leanne (2020-09-10)  0:07

| | | | |
|---|---|---|---|
| 52:24 | A. They would have earplugs and all | **Re: [52:24 to 52:25]** | Re: [52:24 to 52:25] |
| 52:25 | of the other Rapid Fielding Initiative items. | **Pltf Obj** Nonresponsive | SUSTAINED |
| | | answers; conjecture; 402/403; | |
| | | 611 compound questions, vague, | |
| | | leading, asked/answered | |

**53:01 - 54:09**  Battler, Leanne (2020-09-10)  2:17

| | | | |
|---|---|---|---|
| 53:01 | Q. Okay.  So that's a helpful | **Re: [53:01 to 54:09]** | Re: [53:01 to 54:09] |
| 53:02 | clarification.  So these contractors who would | **Pltf Obj** Nonresponsive | SUSTAINED |
| 53:03 | -- who would show up and would provide the | answers; conjecture; 402/403; | |
| 53:04 | Combat Arms earplugs without proper instruction | 611 compound questions, vague, | |
| 53:05 | or fitting, they didn't just provide hearing | leading, asked/answered; 802; | |
| 53:06 | protection, they also would come up -- show up | 406; 602/701 | |
| 53:07 | in the truck with other Rapid Fielding | | |
| 53:08 | Initiative equipment; right? | | |
| 53:09 | A. Yes, that's correct. | | |
| 53:10 | Q. And could you describe what were | | |
| 53:11 | some of the other types of equipment? | | |
| 53:12 | A. Oh, we got our uniforms and boots | | |
| 53:13 | and socks and T-shirts and coats and our | | |
| 53:14 | multitool and knee pads, elbow pads, our body | | |
| 53:15 | armor, all of it. | | |
| 53:16 | Q. Okay.  So referring back to | | |
| 53:17 | Exhibit 1, and back to page 70, at the bottom, | | |
| 53:18 | you said:  During the initial deployment for | | |
| 53:19 | the Global War on Terror, the CAE and | | |
| 53:20 | conventional earplugs for soldiers were often | | |
| 53:21 | not available, not wanted, or not fitted | | |
| 53:22 | properly, which resulted in the dramatic | | |
| 53:23 | increase in STS in 2003.  And on that, I want | | |
| 53:24 | to be very careful, and I want to limit you to | | |
| 53:25 | your personal experience and the scope of the | | |
| 54:01 | Touhy authorization. | | |
| 54:02 | So with respect to your personal | | |
| 54:03 | experience regarding CAEv2 usage and | | |
| 54:04 | application with the Army, which is what you're | | |
| 54:05 | authorized under the August 13, 2020, letter, | | |
| 54:06 | how did the CAE and conventional earplugs for | | |
| 54:07 | soldiers not being available or wanted or not | | |
| 54:08 | being fitted properly result in the dramatic | | |

54:09     STS increase in 2003?

54:13 - 54:24    Battler, Leanne (2020-09-10)      2:56

54:13    A. So, again, I pulled these numbers
54:14    historically from the DOEHRS data repository.
54:15    I was obviously not in the Army in 2002. But
54:16    if the earplugs were not available and not
54:17    fitted, and there was a war, and the hearing
54:18    loss increased, and that was not the case when
54:19    those hearing protection devices were fitted,
54:20    then, to me, that's a significant correlation.
54:21    Q. Thank you.  Okay.  If you look at
54:22    the next sentence.  Can you read the next
54:23    sentence of your article to the jury, please,
54:24    beginning with:  The elimination?

**Re: [54:13 to 54:24]**
**Pltf Obj** Speculation;
Nonresponsive; 402/403; 802;
602/701

Re: [54:13 to 54:24]
SUSTAINED

55:05 - 55:21    Battler, Leanne (2020-09-10)      1:57

55:05    A. The elimination of the Army
55:06    audiologist's authorization from Fort Carson in
55:07    2002 resulted in the abandonment of key
55:08    concepts, such as hearing loss prevention
55:09    education and the emphasis on hearing
55:10    protection devices and their proper use.
55:11    Q. Okay.  And, again, I want to be
55:12    careful to limit this to the scope of your
55:13    authorization.  So based on your personal
55:14    knowledge regarding CAEv2 usage and
55:15    application, can you describe how the
55:16    elimination of the Army audiologist's
55:17    authorization from Fort Carson in 2002 resulted
55:18    in the abandonment of key concepts, such as
55:19    hearing loss prevention education and the
55:20    emphasis on hearing protection devices and
55:21    their proper use?

55:25 - 56:05    Battler, Leanne (2020-09-10)      1:35

55:25    A. When I was at Fort Carson, the
56:01    civilian audiologist, who was there during
56:02    2002, when the authorization was eliminated, he
56:03    -- he was a retired Army audiologist, and did
56:04    his best, but was limited -- had very little
56:05    time outside of the clinic, because he was a

56:18 - 56:20    Battler, Leanne (2020-09-10)      0:26

56:18    Q. Okay.  This will be marked as
56:19    Exhibit 3.  Can you take a look at this
56:20    document and tell us what it is?

**Re: [56:18 to 56:20]**
**Pltf Obj** Foundation; 402/403;
802;

Re: [56:18 to 56:20]
SUSTAINED

57:01 - 57:11    Battler, Leanne (2020-09-10)      1:34

57:01    Q. Do you recognize it as Department
57:02    of Defense Instruction 6055.12 for the DoD
57:03    Hearing Conservation Program?
57:04    A. Yes.
57:05    Q. And the instruction contains a

| | | |
|---|---|---|
| 57:06 | number of requirements for the Hearing | |
| 57:07 | Conservation Program at the DoD components; | |
| 57:08 | right? | |
| 57:09 | A. Yes. | |
| 57:10 | Q. And if you look at 6.6.5 of this | |
| 57:11 | instruction. | |
| | | |
| 57:14 - 59:07 | Battler, Leanne (2020-09-10) | 3:47 |
| 57:14 | Q. It says:  Personnel shall be | |
| 57:15 | allowed to choose personal hearing protection | |
| 57:16 | from among those approved devices, available | |
| 57:17 | through supply channels unless medically | |
| 57:18 | contraindicated or inappropriate for particular | |
| 57:19 | hazardous noise exposure; correct? | |
| 57:20 | A. Yes. | |
| 57:21 | Q. So Army service members were able | |
| 57:22 | to choose what hearing protection device they | |
| 57:23 | wear while in service, whether it be the Combat | |
| 57:24 | Arms or some alternative to the Combat Arms; | |
| 57:25 | correct? | |
| 58:01 | A. Based on what we had. | |
| 58:02 | Q. Correct.  And sometimes you did | |
| 58:03 | not have the Combat Arms available; correct? | |
| 58:04 | A. That's correct. | |
| 58:05 | Q. Sometimes the only hearing | |
| 58:06 | protection devices that were available were | |
| 58:07 | hearing protection devices other than the | |
| 58:08 | Combat Arms; correct? | |
| 58:09 | A. Yes.  That's correct. | |
| 58:10 | Q. If you look at 6.6.7, is it | |
| 58:11 | correct that the regulations required the | |
| 58:12 | preformed earplugs such as the Combat Arms | |
| 58:13 | shall be fitted and issued only under the | |
| 58:14 | supervision of personnel who have been | |
| 58:15 | specifically trained to fit earplugs? | |
| 58:16 | A. Yes. | |
| 58:17 | Q. 6.6.9.  What does 6.6.9 require? | |
| 58:18 | A. So the idea is that when each | |
| 58:19 | troop comes in for their annual hearing tests, | |
| 58:20 | at that time we will also inspect their | |
| 58:21 | existing hearing protection and fit them with | |
| 58:22 | new hearing protection. | |
| 58:23 | Q. Okay.  So medically trained | |
| 58:24 | personnel must examine the fit and condition of | |
| 58:25 | preformed earplugs like the Combat Arms at | |
| 59:01 | least annually; correct? | |
| 59:02 | A. Yes. | |
| 59:03 | Q. 6.6.10:  Personnel shall require | |
| 59:04 | -- receive adequate and effective training in | |
| 59:05 | the proper care and use of personal hearing | |
| 59:06 | protectors; correct? | |
| 59:07 | A. Yes. | |
| | | |
| 59:16 - 63:11 | Battler, Leanne (2020-09-10) | 6:07 |

| | |
|---|---|
| 59:16 | Q. Can you explain what enclosure 6 |
| 59:17 | of the DoD Instruction 6055.12 is? |
| 59:18 | A. So these are the instructions how |
| 59:19 | to properly fit and insert and check for |
| 59:20 | adequate seal your hearing protection. |
| 59:21 | Q. Okay.  And you've seen these |
| 59:22 | instructions before? |
| 59:23 | A. Yes. |
| 59:24 | Q. Okay.  Could you read instruction |
| 59:25 | number 3, in the general information? |
| 60:01 | A. Number three:  Plugs tend to work |
| 60:02 | loose as a result of talking and chewing and |
| 60:03 | must be reseated. |
| 60:04 | Q. Okay.  And you understood that to |
| 60:05 | be true based on your experience with the |
| 60:06 | Combat Arms and other preformed earplugs, that |
| 60:07 | plugs tend to work loose as a result of talking |
| 60:08 | and chewing and must be reseated? |
| 60:09 | A. Yes. |
| 60:10 | Q. Okay.  And based on your |
| 60:11 | experience, was that equally true of the |
| 60:12 | various preformed earplugs or did that tend to |
| 60:13 | happen more with some preformed earplugs than |
| 60:14 | others? |
| 60:15 | A. That was true for all earplugs. |
| 60:16 | Q. Okay.  So for all earplugs, |
| 60:17 | whether it be the CAEv2 or something else, |
| 60:18 | plugs tend to work loose as a result of talking |
| 60:19 | and chewing; correct? |
| 60:20 | A. Yes. |
| 60:21 | Q. And is that -- Is that something |
| 60:22 | that, based on your personal experience, was |
| 60:23 | known within the audiological community? |
| 60:24 | A. Yes. |
| 60:25 | Q. And when -- When an earplug works |
| 61:01 | itself loose as a result of talking or chewing, |
| 61:02 | could -- is that something that when you were |
| 61:03 | wearing earplugs, that you could tell based on |
| 61:04 | auditory clues from the ambient noise? |
| 61:05 | A. Yes. |
| 61:06 | Q. So -- So I used -- I used words |
| 61:07 | like auditory clues and ambient noise, but can |
| 61:08 | you describe in simple terms for the jury how |
| 61:09 | you could tell, when you were wearing Combat |
| 61:10 | Arms and other preformed earplugs, if the |
| 61:11 | earplugs had loosened. |
| 61:12 | A. Basically, with any jaw movement, |
| 61:13 | you would hear the ambient -- you would hear |
| 61:14 | the outside cutting in and out as -- as the |
| 61:15 | earplug would shift. |
| 61:16 | Q. Okay.  And it's important for an |
| 61:17 | earplug to maintain its seal; correct? |
| 61:18 | A. Yes. |
| 61:19 | Q. And why is that important? |

61:20    A. Because sound -- Sound can travel
61:21    through the tiniest little opening, and, in
61:22    fact, the external ear is designed to funnel
61:23    those sounds and direct them into the ear
61:24    canal.
61:25    Q. Okay.  And then you were
62:01    describing earlier, if an earplug did not
62:02    maintain its seal, that's something that you
62:03    could tell when you were wearing it; correct?
62:04    A. Yes.
62:05    Q. And if you were wearing an
62:06    earplug and it did not maintain its seal, and
62:07    you received an auditory clue, what would you
62:08    do then?
62:09    A. Same as the direction here,
62:10    opposite hand, pull the ear up and back, twist
62:11    and push, wait -- feel for that final flange
62:12    flush with the opening in the ear canal, do a
62:13    tug test.
62:14    Q. So an earplug losing its seal, in
62:15    your experience, that's not something that's
62:16    out of the ordinary; correct?
62:17    A. Correct.
62:18    Q. Okay.  And let me ask you, with
62:19    respect to the Combat Arms Version 2, did you
62:20    ever roll back the flanges for service members
62:21    when you were fitting that earplug?
62:22    A. No.
62:23    Q. Okay.  So in those instances, you
62:24    did not need to roll back the flanges to obtain
62:25    an appropriate fit; correct?
63:01    A. If I was not able to attain an
63:02    appropriate fit without -- Well, I never tried
63:03    rolling back.  If I did not obtain an adequate
63:04    fit with the earplug as -- as it was, then I
63:05    didn't recommend -- I would recommend an
63:06    alternate hearing protection device.
63:07    Q. Okay.  So if you -- If you were
63:08    unable to fit the soldier, then you would
63:09    recommend to the soldier that a different
63:10    hearing device be used; correct?
63:11    A. Correct.

63:12 - 63:25    Battler, Leanne (2020-09-10)                1:55
63:12    Q. In the instances where you
63:13    successfully fit service members with Combat
63:14    Arms earplugs, did you ever see the Combat Arms
63:15    earplugs lose their seal in the soldier's ear
63:16    after you had fit them?
63:17    A. Inside the clinic or downrange?
63:18    Q. Inside the clinic.
63:19    A. No.
63:20    Q. In the instances where you fit
63:21    service members with Combat Arms earplugs, did

| | | | |
|---|---|---|---|
| 63:22 | you ever witness those earplugs losing their | | |
| 63:23 | seal at any time? | | |
| 63:24 | A. I mean, I would only see them for | | |
| 63:25 | a few minutes after we achieved the seal. | | |

| 64:09 - 65:08 | Battler, Leanne (2020-09-10) | 2:36 | |
|---|---|---|---|
| 64:09 | Q. Did any service member ever | **Re: [64:09 to 65:08]** | Re: [64:09 to 65:08] |
| 64:10 | complain to you about Combat Arms earplugs? | **Pltf Obj** 802 and HS w/in HS; | SUSTAINED |
| 64:11 | A. I heard things like they were | 402/403; vague; 701/702 | |
| 64:12 | kind of -- the plastic was hard, they would | improper opinion testimony; | |
| 64:13 | have preferred a softer silicone, and that they | speculation 602/611 | |
| 64:14 | didn't like how far out they stuck.  But those | | |
| 64:15 | were the -- Those were the two main -- And when | | |
| 64:16 | they would drop into the dirt, then they | | |
| 64:17 | wouldn't be able to find it. | | |
| 64:18 | Q. Okay.  Those things relating to | | |
| 64:19 | the comfort and how far out they stuck and | | |
| 64:20 | dropping into the dirt, based on your | | |
| 64:21 | experience, did they ever impede the | | |
| 64:22 | performance of the Combat Arms earplug in terms | | |
| 64:23 | of keeping out sound? | | |
| 64:24 | A. No. | | |
| 64:25 | Q. Any complaints from ever -- any | | |
| 65:01 | service member ever about that the Combat Arms | | |
| 65:02 | earplug was not effective in terms of keeping | | |
| 65:03 | out sound? | | |
| 65:04 | A. No. | | |
| 65:05 | Q. And approximately how many | | |
| 65:06 | service members did you fit with the Combat | | |
| 65:07 | Arms earplug? | | |
| 65:08 | A. Thousands. | | |

| 65:12 - 65:22 | Battler, Leanne (2020-09-10) | 1:52 | |
|---|---|---|---|
| 65:12 | Q. Let's mark as the next exhibit | | |
| 65:13 | Tab 22.  We'll mark this as Exhibit Number 4. | | |
| 65:14 | Can you identify this document, | | |
| 65:15 | Lieutenant Colonel Battler? | | |
| 65:16 | A. Yes.  This is the DA PAM 40-501. | | |
| 65:17 | Q. What is the DA PAM 40-501? | | |
| 65:18 | A. This was the precursor to the | | |
| 65:19 | Army Hearing Program.  The Army Hearing -- This | | |
| 65:20 | was the old Army Hearing Conservation Program | | |
| 65:21 | based on the OSHA model for noise-exposed | | |
| 65:22 | civilian personnel. | | |

| 66:02 - 66:14 | Battler, Leanne (2020-09-10) | 1:43 | |
|---|---|---|---|
| 66:02 | Q. So this document -- The | **Re: [66:02 to 66:14]** | Re: [66:02 to 66:14] |
| 66:03 | regulation we were looking at earlier, Exhibit | **Pltf Obj** Objections are | DEFER RULING |
| 66:04 | 3, pertained to the Armed Forces.  And this | related to 66:8-14; | |
| 66:05 | document, the DA PAM pertains to the Army | Foundation; mischaracterizes | |
| 66:06 | specifically, right, Lieutenant Colonel? | evidence; conjecture; 402/403; | |
| 66:07 | A. Yes. | 701/702 | |
| 66:08 | Q. And if you look at section 6.3, | | |
| 66:09 | characteristics, for the Combat Arms and other | | |

| | |
|---|---|
| 66:10 | preformed earplugs, medically trained personnel |
| 66:11 | were required to fit and examine the earplugs |
| 66:12 | at least annually to ensure proper fit and |
| 66:13 | condition; correct? |
| 66:14 | A. Yes. |

**67:03 - 69:03**   Battler, Leanne (2020-09-10)                    2:06

| | |
|---|---|
| 67:03 | Q. And I would focus you on your use |
| 67:04 | and your personal experience with respect to |
| 67:05 | Combat Arms earplugs.  Those are triple-flange |
| 67:06 | earplugs; correct? |
| 67:07 | A. So the triple-flange are what we |
| 67:08 | had mostly available, through the NSN |
| 67:09 | purchasing. |
| 67:10 | Q. When you say the triple-flange |
| 67:11 | are what you had mostly available, you're |
| 67:12 | referring to something other than the Combat |
| 67:13 | Arms; correct? |
| 67:14 | A. Yes. |
| 67:15 | Q. Okay.  So what you had mostly |
| 67:16 | available for service members was a |
| 67:17 | triple-flange earplug other than the Combat |
| 67:18 | Arms? |
| 67:19 | A. Yes. |
| 67:20 | Q. And that's the first thing that |
| 67:21 | you tried to fit the service members with; |
| 67:22 | correct? |
| 67:23 | A. Yes. |
| 67:24 | Q. And approximately when did the |
| 67:25 | Combat Arms first become available in your |
| 68:01 | clinic? |
| 68:02 | A. Probably 2004.  Yes, at Fort |
| 68:03 | Hood.  2004. |
| 68:04 | Q. So you first tried to fit the |
| 68:05 | service members with a triple-flange earplug |
| 68:06 | other than the Combat Arms; correct? |
| 68:07 | A. Yes. |
| 68:08 | Q. And sometimes the Combat Arms |
| 68:09 | were available and sometimes they were not; |
| 68:10 | correct? |
| 68:11 | A. Yes. |
| 68:12 | Q. And if they were available, you |
| 68:13 | would try to fit the service member with the |
| 68:14 | Combat Arms; correct? |
| 68:15 | A. In addition to the linear |
| 68:16 | triple-flange, yes. |
| 68:17 | Q. And sometimes the Combat Arms |
| 68:18 | would fit and sometimes the Combat Arms would |
| 68:19 | not fit; correct? |
| 68:20 | A. Yes. |
| 68:21 | Q. And the Combat Arms were not a |
| 68:22 | one-size-fits-all earplug, they fit some people |
| 68:23 | and not others; correct? |
| 68:24 | A. Yes. |

Re: [68:25 to 69:03]
Pltf Obj Conjecture; 402/403; 611 leading, asked/answered, vague; speculation, compound questions; 602/701/702 improper opinion testimony; 802; PG1 and PG2 resolved via Doc. 1693

SUSTAINED as to "on your use" (67:03) and 68:25-69:03. Otherwise OVERRULED.

| | | | | | |
|---|---|---|---|---|---|
| 68:25<br>69:01<br>69:02<br>69:03 | Q. And it was known in the<br>audiological community that Combat Arms did not<br>fit some percentage of service members;<br>correct? | | | | |
| 69:07 - 69:08 | Battler, Leanne (2020-09-10) | 0:04 | | | |
| 69:07<br>69:08 | Q. Based on your personal experience<br>and communications with them. | | **Re: [69:07 to 69:08]**<br>**Pltf Obj** 802, speculation,<br>402/403 | **Re: [69:07 to 69:08]**<br>SUSTAINED | |
| 69:10 - 69:18 | Battler, Leanne (2020-09-10) | 1:35 | | | |
| 69:10<br>69:11<br>69:12<br>69:13<br>69:14<br>69:15<br>69:16<br>69:17<br>69:18 | A. Our -- Our training -- Our<br>training -- Part of our training was that<br>there's no such thing as one size fits all.<br>Q. With respect to -- With respect<br>to preformed earplugs; correct?<br>A. With all earplugs.<br>Q. And so that would also be true of<br>the Combat Arms; correct?<br>A. Yes. | | **Re: [69:10 to 69:18]**<br>**Pltf Obj** Nonresponsive answer;<br>402/403; speculation; 611<br>leading, vague questions;<br>701/702 | **Re: [69:10 to 69:18]**<br>SUSTAINED | |
| 71:10 - 71:21 | Battler, Leanne (2020-09-10) | 1:42 | | | |
| 71:10<br>71:11<br>71:12<br>71:13<br>71:14<br>71:15<br>71:16<br>71:17<br>71:18<br>71:19<br>71:20<br>71:21 | Q. Okay.  So with respect to the<br>Combat Arms Version 2, though, in giving<br>instruction to service members, you did not<br>provide anything to them in writing; correct?<br>A. Oh.  We had to -- CHPPM made the<br>card, the little wallet card, with the<br>instruction.<br>Q. Okay.  So what the -- What the<br>service members received in writing regarding<br>the Combat Arms earplug was the CHPPM wallet<br>card; correct?<br>A. When we had them available, yes. | | **Re: [71:10 to 71:21]**<br>**Pltf Obj** Agree to<br>71:10-16;DISAGREE to 71:17-21<br>- speculation; conjecture;<br>701/702; 402/403; 406 | **Re: [71:10 to 71:21]**<br>SUSTAINED | |
| | | | | **Re: [71:17 to 71:21]**<br>**Pltf Obj** speculation;<br>conjecture; 701/702; 402/403;<br>406; PG1 and PG2 resolved via<br>Doc. 1693 | ==**SUSTAINED.  No new**<br>**objection specific to**<br>**McCombs.**== |
| 71:24 - 72:06 | Battler, Leanne (2020-09-10) | 1:33 | | | |
| 71:24<br>71:25<br>72:01<br>72:02<br>72:03<br>72:04<br>72:05<br>72:06 | And did the service members,<br>based on your recollection, receive anything<br>other than the wallet card created by CHPPM<br>when you interacted with them in connection<br>with the Combat Arms?<br>A. Well, there was our verbal<br>instruction, and then when we did the hearing<br>health education, we had PowerPoint slides. | | | | |
| 72:11 - 72:17 | Battler, Leanne (2020-09-10) | 0:24 | | | |
| 72:11<br>72:12<br>72:13<br>72:14<br>72:15<br>72:16<br>72:17 | Q. Okay.  So the -- Based on your<br>experience, the written materials that service<br>members would have received relating to the<br>Combat Arms would have been the CHPPM wallet<br>card or a PowerPoint that the audiologist would<br>have created; correct?<br>A. Yes. | | **Re: [72:11 to 72:17]**<br>**Pltf Obj** Asked and Answered;<br>Speculation; 611 leading,<br>compound, asked and answered;<br>conjecture; | **Re: [72:11 to 72:17]**<br>SUSTAINED | |

73:05 - 73:16    Battler, Leanne (2020-09-10)    1:52

73:05    Q. So did you ever ask the -- any
73:06    representatives of the manufacturer of the
73:07    Combat Arms, either Aearo or 3M, to give
73:08    presentations to service members relating to
73:09    the Combat Arms?
73:10    A. I -- I did not, no.
73:11    Q. And based on -- Based on your
73:12    personal experience, you would not have
73:13    expected the manufacturer of the Combat Arms or
73:14    its representatives to come onto bases to give
73:15    presentations to service members; correct?
73:16    A. No.  That's correct.

74:04 - 74:17    Battler, Leanne (2020-09-10)    1:37

74:04    Q. Let me simplify it.  In your
74:05    personal experience, the people who gave
74:06    instructions to service members relating to the
74:07    use and fitting of Combat Arms were
74:08    audiologists and medically trained personnel;
74:09    correct?
74:10    A. Yes.
74:11    Q. At Fort Carson; correct?
74:12    A. Correct.
74:13    Q. Okay.  And we already talked
74:14    about as part of the Rapid Fielding Initiative,
74:15    which is separate from Fort Carson and not
74:16    under you, service members did not always
74:17    receive that fitting and instruction; correct?

**Re: [74:04 to 74:17]**
**Pltf Obj** Agree to 74:4-12;
DISAGREE to 74:13-17 -
vague/confusing, speculation,
compound, 402/403, 602/701

**Re: [74:04 to 74:17]**
SUSTAINED

**Re: [74:13 to 74:17]**
**Pltf Obj** vague/confusing,
speculation, compound,
402/403, 602/701; PG1 and PG2
resolved via Doc. 1693

**SUSTAINED.  No new
objection specific to
McCombs.**

74:21 - 75:08    Battler, Leanne (2020-09-10)    1:58

74:21    Q. Based on your personal
74:22    experience.
74:23    A. Based on my personal experience,
74:24    that is correct.
74:25    Q. The regulations that we looked at
75:01    earlier, they -- they did not talk about the
75:02    manufacturers' representatives coming on to
75:03    bases to give instruction with respect to the
75:04    use and fitting of Combat Arms; correct?
75:05    A. That's correct.
75:06    Q. They talk about audiologists and
75:07    medically trained personnel doing this; fair?
75:08    A. Yes.

**Re: [74:21 to 75:08]**
**Pltf Obj** Mischaracterizes
evidence; 611 leading,
compound, asked/answered, 802;
402/403

**Re: [74:21 to 75:08]**
SUSTAINED

75:12 - 78:09    Battler, Leanne (2020-09-10)    5:25

75:12    Q. Okay.  Let's mark as the next
75:13    exhibit Tab 11.  And we'll call this Exhibit 5.
75:14    And I want you to focus on the
75:15    portion of the email that's the July 8, 2004,
75:16    transmission at 9:26 and below, all the way
75:17    down to the bottom.
75:18    Can you tell the jury what this
75:19    document is?

**Re: [75:12 to 78:09]**
**Pltf Obj** Improper bolstering,
foundation, 402/403; 802;
speculation; leading, vague;
602/701

**Re: [75:12 to 78:09]**
SUSTAINED

75:20    A. This is an email that my
75:21    ex-husband sent to Doug Ohlin.  He forwarded --
75:22    It was forwarded from a friend of my
75:23    ex-husband, who was a active duty infantry
75:24    officer in Iraq who used the Combat Arms
75:25    earplugs that I fitted him with prior to his
76:01    deployment.
76:02    Q. Okay.  So let's -- Let's break
76:03    that down.  The report, beginning where it
76:04    starts with:  Hey, Diggs, who is that -- who is
76:05    the individual that is coming from?
76:06    A. It was coming from Ron Millis,
76:07    who is a Lieutenant Colonel at 11th Bravo --
76:08    11th Alpha infantry officer.
76:09    Q. Okay.  And what's your
76:10    understanding of where Ron Millis was at the
76:11    time he sent this email?
76:12    A. Ron was emailing from Iraq, to my
76:13    husband, Richard, who people called Diggs, who
76:14    was in Kuwait at the time.  And he just said,
76:15    again, you know, where -- yeah, had an
76:16    opportunity --
76:17    Q. Let's break it down.  So in
76:18    Exhibit Number 5, let's start -- Can you please
76:19    read to the jury the paragraph beginning with:
76:20    Well, the Millis luck.
76:21    A. Well, the Millis luck seems to be
76:22    holding.
76:23    So this is Ron -- Ron speaking,
76:24    with the 11 Alpha infantry officer ranger:  So
76:25    my family luck seems to be holding.  I arrived
77:01    here the day before the -- the storm; and then
77:02    he defines the storm by saying, we've had the
77:03    most killed in action since Vietnam.  We are
77:04    especially lucky -- and he's being sarcastic --
77:05    especially lucky that here in Camp Taji was the
77:06    Arty rocket mortar training base for Saddam
77:07    Hussein, so all of the out-of-work locals are
77:08    pretty good at indirect fire.
77:09    Q. So did you understand that to
77:10    mean that things were pretty intense where he
77:11    was?
77:12    A. Yes.
77:13    Q. Could you now read the next
77:14    paragraph in the email from this service member
77:15    in Iraq?
77:16    A. Right.  So then he said:  Hey,
77:17    did Leanne, your wife, have anything to do with
77:18    Combat Arms earplugs, the yellow and green
77:19    ones?  They work great in this environment.  I
77:20    was able to test them out two different times.
77:21    They probably made the difference between
77:22    eardrum/hearing damage and not.  They
77:23    definitely allow you to mentally recover very

| | | |
|---|---|---|
| 77:24 quickly so you are able to deal with your | | |
| 77:25 situation, versus standing around like a | | |
| 78:01 stunned mullet for a while. | | |
| 78:02 Q. And what did you take that | | |
| 78:03 paragraph to mean? | | |
| 78:04 A. I took that to mean that he had | | |
| 78:05 been hit by at least one blast, and that the | | |
| 78:06 Combat Arms earplug attenuated enough of the | | |
| 78:07 percussion wave that it didn't knock the wind | | |
| 78:08 out of him to the level that he was -- had | | |
| 78:09 experienced prior. | | |

**79:08 - 80:09   Battler, Leanne (2020-09-10)**   2:04

| | | |
|---|---|---|
| 79:08 Q. Okay. So you understood Mr. | **Re: [79:08 to 80:09]** | **Re: [79:08 to 80:09]** |
| 79:09 Millis to be indicating that the Combat Arms | **Pltf Obj** Speculation; | SUSTAINED |
| 79:10 earplugs worked great in combat? | nonresponsive answers; 802; | |
| 79:11 A. Yes. Dismounted -- He's an | 611 vague, leading; 402/403; | |
| 79:12 infantry officer, dismounted operations. | 602/701/702 | |
| 79:13 Q. Okay. And he says that they | | |
| 79:14 probably made the difference between | | |
| 79:15 eardrum/hearing damage and not. | | |
| 79:16 What did you understand that to | | |
| 79:17 mean? | | |
| 79:18 A. I understood that as him saying | | |
| 79:19 he was -- he was in a fire-fight and exposed to | | |
| 79:20 at least one blast, close range, and maintained | | |
| 79:21 his hearing. | | |
| 79:22 Q. While wearing the Combat Arms? | | |
| 79:23 A. Yes. | | |
| 79:24 Q. He also says in the next | | |
| 79:25 sentence: They definitely allow you to | | |
| 80:01 mentally recover very quickly so you are able | | |
| 80:02 to deal with your situation versus standing | | |
| 80:03 around like a stunned mullet for a while. What | | |
| 80:04 did you understand that to mean? | | |
| 80:05 A. My understanding was, again, that | | |
| 80:06 was -- when you're hit -- a percussion wave, a | | |
| 80:07 significant impulse noise, whether it's weapons | | |
| 80:08 fire or blast exposure, affects your whole | | |
| 80:09 body, not just your ears. | | |

**80:14 - 80:18   Battler, Leanne (2020-09-10)**   0:16

| | | |
|---|---|---|
| 80:14 Q. And reflecting on Mr. Millis' | **Re: [80:14 to 80:18]** | **Re: [80:14 to 80:18]** |
| 80:15 email, are you -- are you proud of your role | **Pltf Obj** 402/403; 602/701/702 | SUSTAINED |
| 80:16 with respect to fitting the Combat Arms, in | | |
| 80:17 terms of it -- the protection that it provided | | |
| 80:18 to service members? | | |

**80:22 - 81:08   Battler, Leanne (2020-09-10)**   1:58

| | | |
|---|---|---|
| 80:22 A. I mean, Ron was at our wedding. | **Re: [80:22 to 81:08]** | **Re: [80:22 to 81:08]** |
| 80:23 I might have -- And that was the summer I was | **Pltf Obj** Nonresponsive answer; | SUSTAINED |
| 80:24 working at Aberdeen, I -- I'm pretty sure I | 402/403; speculation; 611 | |
| 80:25 fitted him. I'm very proud of that. | leading, vague questions; | |
| 81:01 Q. Okay. So you're proud of fitting | 701/702; improper bolstering | |

81:02   Mr. Millis with the Combat Arms and the
81:03   protection that it provided to him in combat?
81:04   A. Yes.
81:05   Q. And in doing that, you were
81:06   helping the United States Military with respect
81:07   to its mission in Iraq?
81:08   A. Yes.  Very proud of that.

81:19 - 82:19   Battler, Leanne (2020-09-10)                2:37

81:19   Q. Yes.  Not just with respect to
81:20   Mr. Millis, but with respect to the Combat Arms
81:21   generally, and soldiers generally, are you
81:22   proud of the role that you played with respect
81:23   to fitting soldiers with Combat Arms?
81:24   A. And my response is yes, hundred
81:25   percent.
82:01   Q. And you say that, yes, a hundred
82:02   percent.  Can you describe for the jury why
82:03   your answer is, yes, you're a hundred percent
82:04   proud of your role with respect to the Combat
82:05   Arms?
82:06   A. This was -- These were the first
82:07   nonlinear earplugs, they were cutting-edge
82:08   technology; for the first time, soldiers were
82:09   wanting -- wanting the hearing protection; they
82:10   had great things to say about it; and I was
82:11   part of history.
82:12   Q. And based on your personal
82:13   experience, and your -- and communications that
82:14   you had with soldiers, is it your -- as an
82:15   audiologist, is it your understanding that the
82:16   Combat Arms earplugs, which you helped to fit,
82:17   helped the military effort in Iraq and
82:18   Afghanistan?
82:19   A. Absolutely.

**Re: [81:19 to 82:19]**
**Pltf Obj** 402/403; vague; mischaracterizes evidence; 602/701/702 improper opinion/expert testimony; speculation

**Re: [81:19 to 82:19]**
SUSTAINED

82:25 - 83:03   Battler, Leanne (2020-09-10)                0:16

82:25   A. I believe that the earplug, the
83:01   Combat Arms earplug, Version 2, helped improve
83:02   situational awareness, survivability, and
83:03   lethality.

**Re: [82:25 to 83:03]**
**Pltf Obj** 402/403; vague; mischaracterizes evidence; 602/701/702 improper opinion/expert testimony; speculation; PG1 and PG2 resolved via Doc. 1693; PG7 resolved via Doc. 1702

**SUSTAINED**

83:09 - 83:11   Battler, Leanne (2020-09-10)                0:19

83:09   With respect to your personal
83:10   experience, how did the Combat Arms earplug
83:11   help soldiers with situational awareness?

**Re: [83:09 to 83:11]**
**Pltf Obj** Speculation; 402/403; 611; 602/701/702 improper opinion/expert testimony; improper bolstering

**Re: [83:09 to 83:11]**
SUSTAINED

83:22 - 84:08     Battler, Leanne (2020-09-10)                                    1:54

83:22     A. So, yes.  Again, a regular
83:23     triple-flange earplug, or foam earplug, which
83:24     would overattenuate to the point that troops
83:25     felt they were not always able to hear sniper
84:01     fire or calls from their buddies.  But that
84:02     was -- The overattenuation effect was
84:03     alleviated by the filter portion of the Combat
84:04     Arms earplug in dismounted operations.
84:05     Q. Based on -- Based on your
84:06     personal experience and your communications
84:07     with service members, how did the Combat Arms
84:08     earplug help with survivability?

**Re: [83:22 to 84:08]**
**Pltf Obj** Speculation; 802;
402/403; 406; 602/701/702

Re: [83:22 to 84:08]
SUSTAINED

84:11 - 86:11     Battler, Leanne (2020-09-10)                                    3:07

84:11     A. Hearing is twenty-four hours,
84:12     three-hundred-sixty degrees.  So if you're
84:13     asleep, and someone is coming up to get you,
84:14     you could hear them, even if you had the Combat
84:15     Arms earplug in.
84:16     Q. And in your view, was that a
84:17     positive feature of the Combat Arms?
84:18     A. Hear the enemy, stay alive.
84:19     Q. Let's talk about the third thing
84:20     that you said that the Combat Arms earplug
84:21     helped with, and that was with respect to
84:22     lethality.  Did I get that right?
84:23     A. Yes.
84:24     Q. And based on your personal
84:25     experience and your communication with service
85:01     members, how did the Combat Arms earplug help
85:02     with respect to lethality?
85:03     A. It's really the same as
85:04     survivability.
85:05     Q. Okay.  How so?
85:06     A. So you can hear -- you can hear
85:07     the enemy.
85:08     Q. And have you had communications
85:09     with others in the audiological community about
85:10     how the Combat Arms earplugs helped soldiers
85:11     with situational awareness, survivability, and
85:12     lethality?
85:13     A. Yes.
85:14     Q. Who else in the audiological
85:15     community have you talked to about how the
85:16     Combat Arms Version 2 helped soldiers with
85:17     situational awareness, survivability, and
85:18     lethality?
85:19     A. We all talk about it.
85:20     Q. Okay.  And based on your
85:21     communications with others in the -- First of
85:22     all, when you're saying all, are you referring
85:23     to Army audiologists or all Armed Forces?

**Re: [84:11 to 86:11]**
**Pltf Obj** Conjecture;
speculation; nonresponsive
answers; 402/403; 602/701/702
improper opinion/expert
opinions; 611 leading, vague,
compound questions; vast
generalizations; 802

Re: [84:11 to 86:11]
SUSTAINED

| | | |
|---|---|---|
| 85:24 | A. I've met a lot of -- I've met a | |
| 85:25 | lot of audiologists in all of the services over | |
| 86:01 | the last seventeen years.  And as I say, I'm | |
| 86:02 | very proud of the role I played, and I do | |
| 86:03 | mention anecdotal encounters and reports that | |
| 86:04 | I've heard from soldiers who I've seen in the | |
| 86:05 | clinic. | |
| 86:06 | Q. Okay.  And there were soldiers | |
| 86:07 | who you've seen in the clinic who reported a | |
| 86:08 | positive experience with respect to the Combat | |
| 86:09 | Arms? | |
| 86:10 | A. Right.  And downrange and in the | |
| 86:11 | hazardous noise environments. | |

**86:21 - 88:01**    Battler, Leanne (2020-09-10)    2:00

| | |
|---|---|
| 86:21 | Q. You -- The -- You said you had |
| 86:22 | talked to others within the audiological |
| 86:23 | community about how the Combat Arms helped with |
| 86:24 | situational awareness, survivability, and |
| 86:25 | lethality for soldiers.  Are there any in the |
| 87:01 | audiological community who shared your view |
| 87:02 | that the Combat Arms helped with those things, |
| 87:03 | based on your conversations? |
| 87:04 | A. I presented a lot of data at |
| 87:05 | military audiology meetings, and some people |
| 87:06 | did ask for copies of my slides at the end, |
| 87:07 | yes. |
| 87:08 | Q. Okay.  And did you present data |
| 87:09 | showing how the Combat Arms had helped |
| 87:10 | soldiers? |
| 87:11 | A. Yes. |
| 87:12 | Q. Okay.  And could you describe |
| 87:13 | that data? |
| 87:14 | A. So it was related to my |
| 87:15 | deployment, which was in support of fielding a |
| 87:16 | different hearing protector.  And in my data |
| 87:17 | collection, I thought, well, if you're going to |
| 87:18 | ask how do you like this new hearing protector, |
| 87:19 | then the best way to describe how you like it |
| 87:20 | would be comparing it to a series of other |
| 87:21 | hearing protectors.  So that's how I collected |
| 87:22 | data, and I included the Combat Arms earplug as |
| 87:23 | one of the alternate types of hearing |
| 87:24 | protection, to compare things like situational |
| 87:25 | awareness, comfort, radial clarity, that sort |
| 88:01 | of thing. |

**Re: [86:21 to 88:01]**
**Pltf Obj** 802; 402/403; 404;
Speculation; 611; vague;
602/701/702; leading

**Re: [86:21 to 88:01]**
SUSTAINED

**88:05 - 88:09**    Battler, Leanne (2020-09-10)    0:14

| | |
|---|---|
| 88:05 | Q. So in 2008, you put together a |
| 88:06 | slide presentation comparing the Combat Arms |
| 88:07 | earplug to other earplugs in a variety of |
| 88:08 | respects; correct? |
| 88:09 | A. Yes. |

| | | |
|---|---|---|
| 88:21 - 88:25 | Battler, Leanne (2020-09-10) | 0:23 |

| | |
|---|---|
| 88:21 | Lieutenant Colonel Battler, can |
| 88:22 | you describe how the Combat Arms fared |
| 88:23 | compared to other earplugs in the analysis that |
| 88:24 | you did? |
| 88:25 | A. Pretty well. |

**Re: [88:21 to 88:25]**
**Pltf Obj** 611 Vague, Leading,
402/403, 701/702;

Re: [88:21 to 88:25]
SUSTAINED

| | | |
|---|---|---|
| 90:02 - 90:12 | Battler, Leanne (2020-09-10) | 1:50 |

| | |
|---|---|
| 90:02 | Q. Okay.  Exhibit 6, is that a |
| 90:03 | PowerPoint you prepared? |
| 90:04 | A. Yes. |
| 90:05 | Q. Can you describe the background |
| 90:06 | behind this PowerPoint? |
| 90:07 | A. Oh.  This was a presentation that |
| 90:08 | I made at the joint DoD and VA Audiology |
| 90:09 | Conference in 2009, basically summarizing the |
| 90:10 | results of my deployment to Iraq as an |
| 90:11 | individual augmentee with the 3rd Brigade |
| 90:12 | Combat Team, 4th Infantry Division. |

**Re: [90:02 to 90:12]**
**Pltf Obj** 802; 402/403

Re: [90:02 to 90:12]
SUSTAINED

| | | |
|---|---|---|
| 90:18 - 92:04 | Battler, Leanne (2020-09-10) | 3:31 |

| | |
|---|---|
| 90:18 | Q. Okay.  And did your -- As part of |
| 90:19 | your survey, did you ask for feedback on the |
| 90:20 | Combat Arms and other hearing protection? |
| 90:21 | A. Yes. |
| 90:22 | Q. How did -- How did the Combat |
| 90:23 | Arms fare relatively to other hearing |
| 90:24 | protection in your survey? |
| 90:25 | A. Right.  So as part of my mission, |
| 91:01 | so historically, the 4th Infantry Division was |
| 91:02 | known as the digital division, so they tested |
| 91:03 | and fielded all digital equipment before |
| 91:04 | anybody else. |
| 91:05 | So they were gifted these nine |
| 91:06 | hundred seventy-five single channel and five |
| 91:07 | hundred seventy-five dual channel, high-level |
| 91:08 | electronic hearing protection systems.  They |
| 91:09 | didn't receive them until they were actually in |
| 91:10 | theater. |
| 91:11 | So my mission was to collect |
| 91:12 | quality assurance data to see how they worked, |
| 91:13 | how soldiers liked them.  So I thought, well, I |
| 91:14 | guess the best way to comment on one thing is |
| 91:15 | to compare it to another thing.  And so I asked |
| 91:16 | -- I fitted all of these combat hearing aids |
| 91:17 | and then went back and took survey results, and |
| 91:18 | also measured their postdeployment audiogram |
| 91:19 | and compared it to their predeployment |
| 91:20 | audiogram to see if this group using this |
| 91:21 | high-level electronic TCAPS, tactical |
| 91:22 | communication and hearing protection system, if |
| 91:23 | they fared better than groups using different |
| 91:24 | hearing protectors. |
| 91:25 | So basically, I asked them how |

**Re: [90:18 to 92:04]**
**Pltf Obj** 802; 402/403;
speculation; 602/701/702;
conjecture; nonresponsive
answers

Re: [90:18 to 92:04]
SUSTAINED

92:01    they felt they worked in dismounted operations
92:02    versus mounted operations, radio communication,
92:03    situational awareness, comfort, a variety.  So
92:04    I can -- I can review these slides --

92:08 - 92:24    Battler, Leanne (2020-09-10)                    1:08

92:08    Q. Well, let's do -- Let's do a
92:09    summary.  First of all, what you're looking at
92:10    is TCAPS.  Can you describe for the jury what
92:11    TCAPS is?
92:12    A. So TCAPS is the generic name to
92:13    encompass all electronic hearing systems, like
92:14    Kleenex is a brand of facial tissue, so, you
92:15    know, the QuietPro is a brand of TCAPS, same as
92:16    the Altor; anything electronic, anything that
92:17    has an active attenuation or amplification or
92:18    active noise reduction, or some combination of
92:19    those, designed to not only protect your
92:20    hearing but actually enhance your hearing
92:21    ability on the battlefield.
92:22    Q. And what is the price range of
92:23    TCAPS, like QuietPro, relative to the price of
92:24    Combat Arms Version 2 in your experience?

**Re: [92:08 to 92:24]**
**Pltf Obj** 402/403; speculation;
602/701/702

Re: [92:08 to 92:24]
SUSTAINED

93:07 - 93:25    Battler, Leanne (2020-09-10)                    1:08

93:07    A. At the time, this particular
93:08    system that I was evaluating, they were about a
93:09    thousand dollars apiece.
93:10    Q. Okay.  So the QuietPro you were
93:11    evaluating was about a thousand dollars apiece;
93:12    correct?
93:13    A. Yes.  The dual channel was
93:14    slightly more expensive than the single-channel
93:15    units.
93:16    Q. Okay.  And the approximate price
93:17    of the Combat Arms Version 2?
93:18    A. At the time, I think it was about
93:19    seven dollars.
93:20    Q. Okay.  And you evaluated the
93:21    QuietPro, which was about a thousand dollars,
93:22    and the Combat Arms Version 2, which was
93:23    approximately seven dollars.  And how did the
93:24    Combat Arms Version 2 perform for soldiers,
93:25    relative to the QuietPro?

**Re: [93:07 to 93:25]**
**Pltf Obj** Agree to 93:16-19;
Disagree to the rest; 402/403;
701/702

Re: [93:07 to 93:25]
DEFER RULING

94:04 - 94:23    Battler, Leanne (2020-09-10)                    2:20

94:04    A. So I think right off the bat, one
94:05    of the first questions in the survey was what
94:06    kind of hearing protection did you use before,
94:07    so what are you comparing the QuietPro to?  And
94:08    25 percent of the 79 respondents had used the
94:09    -- compared it to the Combat Arms earplug.
94:10    In terms of dismounted
94:11    operations, 35 percent of that group felt they

**Re: [94:04 to 94:23]**
**Pltf Obj** 402/403; 802;
602/701/702; speculation;
conjecture; 611 leading and
compound

Re: [94:04 to 94:23]
SUSTAINED

| | | | | |
|---|---|---|---|---|
| 94:12 | were equal.  Mounted operations, speech clarity | | | |
| 94:13 | they felt was equal.  Fatigue, seventy -- about | | | |
| 94:14 | 70 percent felt that they were the same.  In | | | |
| 94:15 | terms of generator -- around generator noise, | | | |
| 94:16 | 43 percent felt they were the same. | | | |
| 94:17 | Situational awareness, 37 percent felt it was | | | |
| 94:18 | the same.  And that was -- so I mean, not bad. | | | |
| 94:19 | Q. So your overall take-away, is it | | | |
| 94:20 | fair to say, that the seven-dollar Combat Arms, | | | |
| 94:21 | based on your personal experience, surveys of | | | |
| 94:22 | soldiers, performed approximately the same as | | | |
| 94:23 | the one thousand dollar QuietPro? | | | |

**95:02 - 95:18**   Battler, Leanne (2020-09-10)                                        2:39

| | | | |
|---|---|---|---|
| 95:02 | A. For a good portion of them.  Not | **Re: [95:02 to 95:18]** | **Re: [95:02 to 95:18]** |
| 95:03 | a majority, but a good portion, yes. | **Pltf Obj** 402/403; 602/701/702; | SUSTAINED |
| 95:04 | Q. Okay.  What was your personal | speculation; conjecture; 611 | |
| 95:05 | take-away from your study on use of the | leading and compound | |
| 95:06 | QuietPro versus use of the Combat Arms? | | |
| 95:07 | A. The QuietPro was kind of like a | | |
| 95:08 | smartphone, you had -- you had to have a lot of | | |
| 95:09 | practice with it before you could be | | |
| 95:10 | proficient.  The Combat Arms earplug was much | | |
| 95:11 | more simple. | | |
| 95:12 | Q. And based on -- Based on your | | |
| 95:13 | experience, would you recommend to soldiers the | | |
| 95:14 | Combat Arms versus the QuietPro? | | |
| 95:15 | A. At the level -- At the level of | | |
| 95:16 | development that both products were at in 2008, | | |
| 95:17 | yes, I'd recommend the Combat Arms over the | | |
| 95:18 | QuietPro. | | |

**96:07 - 96:23**   Battler, Leanne (2020-09-10)                                        1:22

| | | | |
|---|---|---|---|
| 96:07 | Q. Okay.  You said that at the level | **Re: [96:07 to 96:23]** | **Re: [96:07 to 96:23]** |
| 96:08 | of deployment that both products were at in | **Pltf Obj** Vague/confusing; | SUSTAINED |
| 96:09 | 2008, you'd recommend to soldiers the Combat | 402/403; 802; 602/701/702 | |
| 96:10 | Arms Version 2 over the QuietPro.  Why is that? | | |
| 96:11 | A. Because it was more portable, it | | |
| 96:12 | was easier to operate, the price point was a | | |
| 96:13 | factor as well.  Soldiers were afraid -- If a | | |
| 96:14 | piece of -- If a high-value piece of equipment | | |
| 96:15 | is lost, then oftentimes soldiers are | | |
| 96:16 | responsible to replace it.  And I know of | | |
| 96:17 | several soldiers who said they would rather | | |
| 96:18 | lose hearing than risk losing a high -- | | |
| 96:19 | high-value piece of equipment. | | |
| 96:20 | So they'd rather use a | | |
| 96:21 | seven-dollar piece, that if they have to buy it | | |
| 96:22 | or have it repaired, then seven dollars is more | | |
| 96:23 | affordable. | | |

**97:11 - 98:09**   Battler, Leanne (2020-09-10)                                        2:32

| | | | |
|---|---|---|---|
| 97:11 | Q. Okay.  You fit -- You fit | **Re: [97:11 to 98:09]** | **Re: [97:11 to 98:09]** |
| 97:12 | thousands of soldiers with Combat Arms; | **Pltf Obj** 802; 404; 403 | OVERRULED as to |

| | | | | |
|---|---|---|---|---|
| 97:13 | correct? | | [97:1197:18], SUSTAINED | **The Court agrees with** |
| 97:14 | A. Yes. | | (hearsay) as to, [97:1998:09] | **removal of 97:15-18** |
| 97:15 | Q. And did any of them come back to | | | **per PTC ruling.** |
| 97:16 | you and complain that the Combat Arms did not | | | |
| 97:17 | adequately protect their hearing? | | | **SUSTAINED. No new** |
| 97:18 | A. Not one. | | | **objections specific to** |
| 97:19 | Q. Did any of them come back to you | | **Re: [97:19 to 98:09]** | **McCombs.** |
| 97:20 | and complain that they experienced tinnitus | | **Pltf Obj** 802; 404; 403; PG1 | |
| 97:21 | after using the Combat Arms? | | and PG2 resolved via Doc. | |
| 97:22 | A. (Witness shakes head.) | | 1693; PG7 resolved via Doc. | |
| 97:23 | Q. Is that a no? | | 1702 | |
| 97:24 | A. No.  I'm just -- I'm thinking. | | | |
| 97:25 | Some soldiers would exaggerate or | | | |
| 98:01 | feign hearing loss or tinnitus or both on their | | | |
| 98:02 | postdeployment hearing test.  But I don't | | | |
| 98:03 | recall anyone saying it was a direct result of | | | |
| 98:04 | using X, Y, or Z hearing protection. | | | |
| 98:05 | Q. Okay.  You said some soldiers | | | |
| 98:06 | would exaggerate or feign hearing loss or | | | |
| 98:07 | tinnitus on their postdeployment hearing test, | | | |
| 98:08 | is that based on your personal experience and | | | |
| 98:09 | observation of those soldiers? | | | |

| | | | | |
|---|---|---|---|---|
| 98:13 - 98:22 | Battler, Leanne (2020-09-10) | 1:55 | | |
| 98:13 | A. That is -- That is my experience, | | **Re: [98:13 to 98:22]** | **Re: [98:13 to 98:22]** |
| 98:14 | yes. | | **Pltf Obj** 611 leading, | SUSTAINED |
| 98:15 | Q. And how were you able to | | asked/answered; 402/403; | |
| 98:16 | determine that? | | 602/701/702 | |
| 98:17 | A. We have -- Some of our tests | | | |
| 98:18 | require no response from the patient.  It's not | | | |
| 98:19 | a matter of them pressing the button, their | | | |
| 98:20 | brain will tell us how their hearing is. | | | |
| 98:21 | Q. Okay.  Can we go back to Tab 11, | | | |
| 98:22 | which is Exhibit 5? | | | |

| | | | | |
|---|---|---|---|---|
| 98:24 - 99:14 | Battler, Leanne (2020-09-10) | 1:43 | | |
| 98:24 | Q. All right.  Do you see the note | | | |
| 98:25 | at the top it says:  This note from Doug Ohlin | | | |
| 99:01 | re: Combat Arms in Iraq, we are helping.  And | | | |
| 99:02 | that's from Elliott Berger. | | | |
| 99:03 | Do you see that? | | | |
| 99:04 | A. Yes. | | | |
| 99:05 | Q. Have you met Elliott Berger? | | | |
| 99:06 | A. Yes. | | | |
| 99:07 | Q. And is it -- Is it your view that | | | |
| 99:08 | he is competent in the field of hearing | | | |
| 99:09 | protection, based on your interaction with him? | | | |
| 99:10 | A. Yes. | | | |
| 99:11 | Q. And do you agree that the Combat | | | |
| 99:12 | Arms was helping in Iraq, based on your | | | |
| 99:13 | personal experience? | | | |
| 99:14 | A. Yes, I do. | | | |

| | | | | |
|---|---|---|---|---|
| 99:18 - 100:01 | Battler, Leanne (2020-09-10) | 1:43 | | |

99:18    Q. Let's go to Tab 6, and mark it as
99:19    the next exhibit, which is Exhibit Number 8.
99:20    This exhibit is an email from Kathy Gates to
99:21    Theresa Schultz and others, dated December 10,
99:22    2007.
99:23    Who is Kathy Gates?
99:24    A. Retired Colonel Dr. Kathy Gates
99:25    was our audiology consultant to the Surgeon
100:01    General.

100:06 - 100:09   Battler, Leanne (2020-09-10)    0:27
100:06    Q. Okay.  So do you -- Do you recall
100:07    the date of when you deployed to Iraq for CAE
100:08    fitting?
100:09    A. It was in March 2008.

101:06 - 103:02   Battler, Leanne (2020-09-10)    3:51
101:06    Q. So it says:  Leanne Cleveland,
101:07    audiologist at Fort Carson, serves as the
101:08    hearing expert and will deploy with the
101:09    division to continue to support this
101:10    initiative.  Soldiers were provided
101:11    predeployment hearing service, parentheses
101:12    DOEHRS, audiogram, CAE fitting, health
101:13    education, and QP training/fitting.
101:14    My question is:  Does that
101:15    refresh your recollection that you were
101:16    deployed in or around December 2007 to provide
101:17    CAE fitting and other predeployment hearing
101:18    services?
101:19    A. There were -- The planned process
101:20    was in motion for me to deploy in March, yeah.
101:21    Q. Okay.  Okay.  So you deployed
101:22    with the division to support this initiative in
101:23    2008?
101:24    A. I deployed after the division had
101:25    already left.  I was an individual augmentee,
102:01    added later on.
102:02    Q. Okay.  And did you provide CAE
102:03    fitting as part of that deployment?
102:04    A. Through the SRP site, yes, with
102:05    their predeployment as discussed -- As before,
102:06    everybody was fitted with the linear earplugs,
102:07    triple-flange or quad-flange, and Combat Arms,
102:08    provided we had them.
102:09    Q. Okay.  And SRP stands for?
102:10    A. Soldier Readiness Processing
102:11    Center, also sometimes just called Soldier
102:12    Readiness Center.
102:13    Q. Okay.  And you did not have any
102:14    more difficulty fitting the Combat Arms, than
102:15    you did other earplugs; correct?
102:16    A. Difficulty, like?
102:17    Q. Well, let me ask you this way:

| | | |
|---|---|---|
| 102:18 Comparing Combat Arms with other earplugs, in | | |
| 102:19 your personal experience, you did not find that | | |
| 102:20 the Combat Arms earplugs were more likely to | | |
| 102:21 lose their seal than other earplugs; correct? | | |
| 102:22 A. Not including electronic TCAPS, | | |
| 102:23 correct. | | |
| 102:24 Q. Okay.  So I'm correct that Combat | | |
| 102:25 Arms earplugs were not more likely to lose | | |
| 103:01 their seal than other earplugs; yes? | | |
| 103:02 A. In my experience, yes. | | |

103:07 - 103:20  Battler, Leanne (2020-09-10)   1:55

| | | |
|---|---|---|
| 103:07 Tab 3.  This is Exhibit Number 9. | Re: [103:07 to 103:20] | Re: [103:07 to 103:20] |
| 103:08 Do you recognize this document? | Pltf Obj 802; 403; Foundation; | SUSTAINED |
| 103:09 A. Yes. | Speculation 602; conjecture; | |
| 103:10 Q. And what is it? | 701/701 | |
| 103:11 A. This is a quote from the Ron | | |
| 103:12 Millis email to my husband, which my husband | | |
| 103:13 forwarded to Doug Ohlin.  And Doug said:  Oh, | | |
| 103:14 this is awesome.  Can we use this -- Do you | | |
| 103:15 think he'd mind if we use this in the card? | | |
| 103:16 Q. So the document, Exhibit 9, this | | |
| 103:17 is the wallet card that was provided to | | |
| 103:18 soldiers, by the Army, in connection with the | | |
| 103:19 Combat Arms Version 2? | | |
| 103:20 A. Yes. | | |

104:04 - 104:21  Battler, Leanne (2020-09-10)   1:04

| | | |
|---|---|---|
| 104:04 Q. Okay.  So the person who decided | Re: [104:04 to 104:21] | Re: [104:04 to 104:21] |
| 104:05 to use the comment from Ron Millis on the card | Pltf Obj 802; 403; 602; | SUSTAINED (the |
| 104:06 was Doug Ohlin, who was with the Army; correct? | Speculation; conjecture | comment is, hearsay) |
| 104:07 A. Yes. | | |
| 104:08 Q. And the card says at the bottom: | | |
| 104:09 USACHPPM; right? | | |
| 104:10 A. Yes. | | |
| 104:11 Q. And, again, CHPPM is United | | |
| 104:12 States Army Center for Health Promotion and | | |
| 104:13 Preventative Medicine.  So that's who the | | |
| 104:14 wallet card came from; correct? | | |
| 104:15 A. Yes. | | |
| 104:16 Q. And were you -- When you saw this | | |
| 104:17 wallet card, were you proud of the wallet card | | |
| 104:18 and the fact that it contained a quote from Ron | | |
| 104:19 Millis, who you had fitted with an earplug and | | |
| 104:20 whose hearing had been protected by the Combat | | |
| 104:21 Arms? | | |

104:24 - 106:02  Battler, Leanne (2020-09-10)   2:52

| | | |
|---|---|---|
| 104:24 Q. Based on your personal | Re: [104:24 to 106:02] | Re: [104:24 to 106:02] |
| 104:25 experience. | Pltf Obj 802; 402/403; | SUSTAINED |
| 105:01 A. Yes, I was proud. | speculation; 602/701/702 | |
| 105:02 Q. And did -- When the ear -- When | | |
| 105:03 the wallet card came out, do you -- do you | | |
| 105:04 recall discussing with anyone:  Hey, this is | | |

| | |
|---|---|
| 105:05 | based on a quote of somebody who I know? |
| 105:06 | A. Yes. |
| 105:07 | Q. Can you describe those |
| 105:08 | conversations for the jury, to the best of your |
| 105:09 | recollection? |
| 105:10 | A. I -- I had a -- Ron sent me a |
| 105:11 | photo of him in all his battle rattle in Iraq, |
| 105:12 | and I used it in my hearing health briefings. |
| 105:13 | I said:  Here is Lieutenant Colonel Ron Millis, |
| 105:14 | and there's his comment.  And all the soldiers |
| 105:15 | loved it.  Oh, it's so funny.  It's Ron Millis. |
| 105:16 | They loved it during the briefings. |
| 105:17 | Q. Okay.  When were these briefings |
| 105:18 | given? |
| 105:19 | A. Usually during a safety |
| 105:20 | stand-down day annually.  Soldiers talk about, |
| 105:21 | you know, alcohol and heat injury, cold injury, |
| 105:22 | sexual harassment, it's just a day of just mass |
| 105:23 | education.  And we tried to get our |
| 105:24 | thirty-minute presentation in there about |
| 105:25 | hearing protection, and the Army Hearing |
| 106:01 | Program, hearing readiness, purpose of |
| 106:02 | profiles, all of that. |

106:05 - 108:11   Battler, Leanne (2020-09-10)   3:21

| | |
|---|---|
| 106:05 | Q. Okay.  In the first bullet at the |
| 106:06 | bottom it says:  Check proper fit by gently |
| 106:07 | tugging on plugs for tension. |
| 106:08 | Do you agree with that and is |
| 106:09 | that the part of the procedure that you used in |
| 106:10 | the clinic to check the proper fit of the |
| 106:11 | Combat Arms earplug? |
| 106:12 | A. Yes.  That's -- I would call it |
| 106:13 | the tug test. |
| 106:14 | Q. Okay.  So describe the tug test |
| 106:15 | and who did it and how it was done. |
| 106:16 | A. So I or my technicians, we would, |
| 106:17 | again, give the soldiers the preformed, |
| 106:18 | regular, nonlinear -- excuse me, linear |
| 106:19 | triple-flanged or quad-flanged earplugs, the |
| 106:20 | inexpensive version.  Rather than us physically |
| 106:21 | putting them in, I said it's important for the |
| 106:22 | soldiers to know how to insert the hearing |
| 106:23 | protection themselves, because I would say: |
| 106:24 | I'm not going to be out there on the |
| 106:25 | battlefield next to you to put your earplugs |
| 107:01 | in, you need to learn how to do this yourself. |
| 107:02 | So we would demonstrate, and then |
| 107:03 | make them do it themselves, reaching up and |
| 107:04 | over with the opposite hand, pulling the pinna |
| 107:05 | up and back to straighten out the ear canal, |
| 107:06 | then pushing and twisting and turning until |
| 107:07 | that last flange was flush with the opening of |
| 107:08 | the ear canal; then letting go of the ear, and |

| | |
|---|---|
| 107:09 | doing the tug test.  And then we would do a tug |
| 107:10 | test on top of it to make sure that they had |
| 107:11 | that suction or resistance. |
| 107:12 | Q. Lieutenant Colonel Battler, you |
| 107:13 | testified earlier about your concern with the |
| 107:14 | Rapid Fielding Initiative and Combat Arms |
| 107:15 | earplugs being given out as part of the Rapid |
| 107:16 | Fielding Initiative without instruction and |
| 107:17 | fitting.  Was part of that concern is that they |
| 107:18 | were not able to see the clinic demonstration |
| 107:19 | that you just described? |
| 107:20 | A. Yes.  Yes.  Definitely. |
| 107:21 | Q. And why is that? |
| 107:22 | A. Because you don't know what you |
| 107:23 | don't know.  How could they know? |
| 107:24 | Q. And when you say how could they |
| 107:25 | know, you're talking about soldiers who |
| 108:01 | received their Combat Arms earplugs as part of |
| 108:02 | the Rapid Fielding Initiative? |
| 108:03 | A. Right.  Just looking at it, they |
| 108:04 | just think it's a funny-looking earplug.  They |
| 108:05 | -- You know, when I actually explained that one |
| 108:06 | side was linear and the other side was |
| 108:07 | nonlinear, and the reason for them being color |
| 108:08 | coded the way they were, one is for dismounted |
| 108:09 | operations, the other was for mounted, there |
| 108:10 | was always a light going on:  Oh, why didn't |
| 108:11 | anybody ever tell me that? |

| | | |
|---|---|---|
| 108:20 - 108:24 | Battler, Leanne (2020-09-10) | 0:14 |
| 108:20 | Q. And then there's -- It actually | |
| 108:21 | has a picture on the wallet card with the | |
| 108:22 | flange folded back, do you see that, the lower | |
| 108:23 | right? | |
| 108:24 | A. Yes, I do see that. | |

| | | |
|---|---|---|
| 109:09 - 110:15 | Battler, Leanne (2020-09-10) | 2:00 |
| 109:09 | Q. All right.  Let's mark that fact | |
| 109:10 | sheet as Exhibit 10.  It's Tab 2. | |
| 109:11 | Have you seen this document | |
| 109:12 | before, Lieutenant Colonel Battler? | |
| 109:13 | A. Yes. | |
| 109:14 | Q. Can you describe for the jury | |
| 109:15 | what it is? | |
| 109:16 | A. So this is -- explains how much | |
| 109:17 | attenuation the Combat Arms earplug provides in | |
| 109:18 | response to a variety of exposures to impulse | |
| 109:19 | blasts. | |
| 109:20 | Q. Okay.  And it's called Just the | |
| 109:21 | Facts, the Combat Arms Earplug, that's the | |
| 109:22 | title of the document; correct? | |
| 109:23 | A. Yes. | |
| 109:24 | Q. Okay.  Could you -- The paragraph | |
| 109:25 | that says communication and detection | |

110:01     capabilities, could you read that paragraph
110:02     beginning with communication, and down to the
110:03     second-to-last sentence.  You don't need to
110:04     read the last sentence.
110:05     A. Communication and detection
110:06     capabilities.  While high-frequency impulse
110:07     noise is significantly reduced, most speech
110:08     energy is passed.  In addition, a detection
110:09     model developed at the Army Research Lab
110:10     predicts a normal-hearing soldier with an H1
110:11     profile, can detect a truck with a
110:12     low-frequency noise signature at the same
110:13     distance, 800 meters, with or without the
110:14     nonlinear plug.  That detection capability is
110:15     cut in half with conventional foam plugs.

112:11 - 113:25   Battler, Leanne (2020-09-10)                    2:22
112:11     Q. If you come back from that
112:12     call-out back to the document, and go to the
112:13     next page of this, do you see the part that
112:14     says -- the graphic that says:  Detection of
112:15     sound by?
112:16     Can you describe what that
112:17     graphic shows and how it relates to situational
112:18     awareness?
112:19     A. Yes.  So we use this in a lot of
112:20     our hearing health education briefings.  And
112:21     basically it's saying that with an unoccluded
112:22     ear, so nothing in your ear canal at all, if
112:23     you have H1 hearing, then you have the ability
112:24     to hear a rifle bolt closing, so that
112:25     (indicating) sound, at a distance of a thousand
113:01     meters; versus if you are wearing the foam
113:02     earplug, you don't hear that same rifle bolt
113:03     closing until the person making noise is sixty
113:04     meters from your position; in other words,
113:05     you're a dead man.
113:06     Along comes the Combat Arms
113:07     earplug, not quite as good as an unoccluded
113:08     ear, but you can hear that rifle bolt closing
113:09     within five hundred meters and would still give
113:10     you some time to react and survive.
113:11     Q. So was that an advantage of the
113:12     Combat Arms earplug based on your personal
113:13     experience and communications with soldiers?
113:14     A. Yes.
113:15     Q. Okay.  If you go to user tips in
113:16     this document, where it says, in the second
113:17     bullet point:  Like any earplug, it is
113:18     essential that the Combat Arms be properly
113:19     inserted.
113:20     Do you agree with that?
113:21     A. Yes.
113:22     Q. And that's just as true for the

| | | | | |
|---|---|---|---|---|

113:23   Combat Arms, as it is for other earplugs;
113:24   right?
113:25   A. Yes.

114:04 - 114:10  Battler, Leanne (2020-09-10)    1:51
114:04   Q. Okay. Let's go to Tab 13. And
114:05   let's go to Bates number 051171.
114:06   If you look down at the bottom,
114:07   that's an email from Richard Cleveland to you
114:08   and Dr. Ohlin, dated July 8 regarding email
114:09   from Iraq via Diggs; right?
114:10   A. Yes.

**Re: [114:04 to 114:10]**
**Pltf Obj** Foundation; 802;
402/403; 602/701/702

Re: [114:04 to 114:10]
  SUSTAINED

116:24 - 117:04  Battler, Leanne (2020-09-10)    0:21
116:24   Q. Based on -- Based on your
116:25   experience, do you believe that the
117:01   overwhelming feedback on the Combat Arms
117:02   Version 2 has been positive?
117:03   A. In my experience, yes, very
117:04   positive.

**Re: [116:24 to 117:04]**
**Pltf Obj** 701/702; 403

Re: [116:24 to 117:04]
  SUSTAINED

117:10 - 117:11  Battler, Leanne (2020-09-10)    0:06
117:10   MR. NOMELLINI: We're going back
117:11   to Exhibit 2, which is also Tab 5.

**Re: [117:10 to 117:11]**
**Pltf Obj** Foundation; 802; 403;
702/701

Re: [117:10 to 117:11]
  SUSTAINED

117:14 - 120:05  Battler, Leanne (2020-09-10)    4:24
117:14   Q. If you could go to the page DoD
117:15   164.
117:16   A. (Witness complies.)
117:17   Q. Go to the bottom of that page,
117:18   there is an email from Kathy Gates to various
117:19   individuals, including the witness, dated
117:20   October 6, 2005. Can you describe what this --
117:21   what this email is, Lieutenant Colonel Battler?
117:22   A. Colonel Gates -- I don't remember
117:23   this exact -- but there were instances where
117:24   she would send a request for information, you
117:25   know, en masse, to several of us, asking for
118:01   assistance.
118:02   Q. Okay. So Colonel Gates is asking
118:03   you and others for feedback on the Combat Arms
118:04   Version 2 in 2005; correct?
118:05   A. Yes.
118:06   Q. Okay. Then if you look at the
118:07   prior page, DoD 163, which is part of Exhibit
118:08   2, you provided Colonel Gates with two success
118:09   stories in relation to the Combat Arms; right?
118:10   A. Yes.
118:11   Q. Okay. Looking at Exhibit 2, can
118:12   you describe the first success story with
118:13   respect to the Combat Arms that you shared with
118:14   Colonel Gates?
118:15   A. Yes. You want me to read it?

**Re: [117:14 to 120:05]**
**Pltf Obj** Foundation; 802;
602/701/702; speculation;
402/403; 404; 611

Re: [117:14 to 120:05]
  SUSTAINED (hearsay
in, document)

118:16   Q. Sure.  Why don't you -- Why don't
118:17   you read -- read the first -- the first item.
118:18   If you could please read the first success
118:19   story that you shared with Colonel Gates
118:20   regarding the Combat Arms on October 6, 2005.
118:21   A. All right.  Ma'am, two success
118:22   stories I'd like to share.  First, several
118:23   months ago, I saw an O6, so a full colonel,
118:24   brigade commander, for his postdeployment OIF,
118:25   Operation Iraqi Freedom, audiometric eval; so
119:01   his postdeployment DOEHRS test.  He told me
119:02   that he had not heard of the Combat Arms
119:03   earplugs until he was in theater.  He did not
119:04   know what they looked like, but was determined
119:05   to get them for his entire brigade.
119:06   He inquired with some local Iraqi
119:07   supply company and ended up purchasing what he
119:08   thought were Combat Arms earplugs, but in
119:09   reality they were only foam plugs.  Finally, he
119:10   made some calls back to Fort Hood and was able
119:11   to get his staff to order them here -- so I was
119:12   at Fort Hood here -- and then shipped them out
119:13   to the brigade.  They were finally received by
119:14   the soldiers in Iraq over four months after
119:15   they initially deployed.
119:16   The colonel told me that he was
119:17   sitting in the back of his HMMWV, so
119:18   high-mobility multi- -- high-purpose
119:19   multiwheeled vehicle, HMMWV with his new Combat
119:20   Arms earplugs in his ears, for the first time,
119:21   when he experienced his first IED blast, so
119:22   improvised explosive device, at close range.
119:23   He said that his soldiers in the
119:24   HMMWV had just been grumbling to him about his
119:25   insistence that they all wore their Combat Arms
120:01   earplugs, but that they were all very glad they
120:02   had their Combat Arms earplugs after the blast,
120:03   and that they wore them every day afterwards.
120:04   By the way, the colonel had no
120:05   hearing loss and no tinnitus upon redeployment.

120:08 - 124:10   Battler, Leanne (2020-09-10)                                 6:52
120:08   Q. Why was that a success story          **Re: [120:08 to 124:10]**          Re: [120:08 to 124:10]
120:09   relating to the Combat Arms, in your view?   **Pltf Obj** 701/702; 402/403;   SUSTAINED
120:10   A. Oh, because he had no hearing          802; conjecture; speculation;
120:11   loss and tinnitus.  We had prevented hearing   611 leading, vague; 602; 404
120:12   loss, that's our mission.
120:13   Q. When you say it had prevented
120:14   hearing loss, you're referring to the Combat
120:15   Arms earplugs that had prevented hearing loss?
120:16   A. Yes.
120:17   Q. And you also had a second success
120:18   story to share with Colonel Gates; correct?
120:19   A. Yes.

120:20   Q. And that related to information
120:21   that you obtained from a postdeployment health
120:22   assessment survey; right?
120:23   A. Yes.
120:24   Q. And you asked several soldiers
120:25   questions regarding the Combat Arms plug at the
121:01   request of Aearo?
121:02   A. Yes.
121:03   Q. Okay.  And can you read the last
121:04   -- the last sentence in paragraph two,
121:05   beginning with:  I wish.
121:06   A. I wish all soldiers believed in
121:07   the merit of the Combat Arms earplug like this
121:08   specialist .50 cal gunner does.  I especially
121:09   liked his comment that he would not change
121:10   anything about the Combat Arms earplug or the
121:11   case, because they worked for two hundred and
121:12   five convoys.
121:13   Q. And why did you like the comment
121:14   that the Combat Arms had worked for two hundred
121:15   and five convoys?
121:16   A. Because he felt confident enough
121:17   to wear it.  He -- it -- His comment indicated
121:18   to me that he knew he needed some protection,
121:19   and also felt confident that he was not going
121:20   to have overattenuation.
121:21   Q. Okay.  And a .50 caliber gunner,
121:22   based on your experience, that's someone who,
121:23   if they do not wear appropriate hearing
121:24   protection, can experience hearing loss;
121:25   correct?
122:01   A. Yes.
122:02   Q. And so question number four, you
122:03   asked him when this .50 caliber gunner wore the
122:04   CAE, and what did he tell you?
122:05   A. The right part of that is cut
122:06   off.
122:07   There we go.  Thank you.  He
122:08   said:  I wore the yellow side in my ear the
122:09   whole time we were on the convoy until we were
122:10   in the gate.  And if there were mortars coming
122:11   down outside, sometimes I would wear the yellow
122:12   end in one ear and the green end in the other
122:13   ear, like when I had the yellow in with
122:14   earpiece and the short wave radio for talking
122:15   from truck to truck and also inside the truck,
122:16   and the green end in the opposite ear.
122:17   Q. Okay.  And then in the other
122:18   question, you asked him to describe the
122:19   circumstances when he encountered loud noises
122:20   using the -- while using the CAEv2, and what
122:21   did he say?
122:22   Item number one.  Describe the
122:23   circumstances.

| | |
|---|---|
| 122:24 | A. Oh, so he said:  Mostly in |
| 122:25 | convoys.  And then in two or three mortars |
| 123:01 | going off near the sleeping quarters.  So he |
| 123:02 | must have been wearing them when he was in his |
| 123:03 | quarters. |
| 123:04 | Q. Question number two, you asked |
| 123:05 | the soldier did he believe his hearing had been |
| 123:06 | affected by the loud noises that he had heard, |
| 123:07 | and what did he say? |
| 123:08 | A. He said -- He said no.  He wore |
| 123:09 | his earplugs all the time and if he had not |
| 123:10 | worn them, he believed he would have -- he |
| 123:11 | would have incurred hearing loss. |
| 123:12 | Q. So did you understand that to |
| 123:13 | mean that the Combat Arms Version 2 had |
| 123:14 | protected the hearing of this .50 caliber |
| 123:15 | gunner? |
| 123:16 | A. Yes. |
| 123:17 | Q. And were you proud of that and is |
| 123:18 | that part of the reason why you shared that |
| 123:19 | information with your superior? |
| 123:20 | A. Yes. |
| 123:21 | Q. If you look at question number |
| 123:22 | nine, you asked a soldier whose hearing was |
| 123:23 | protected by the Combat Arms if there's |
| 123:24 | anything that he indicated did not work or how |
| 123:25 | it might be improved, and what was his |
| 124:01 | response? |
| 124:02 | A. He said he would not change |
| 124:03 | anything at all. |
| 124:04 | Q. And what did that indicate to you |
| 124:05 | about the Combat Arms? |
| 124:06 | A. It indicated to me that -- that |
| 124:07 | they were a great fit and a great product. |
| 124:08 | Q. And is it your view today, based |
| 124:09 | on your personal experience, that the Combat |
| 124:10 | Arms is a great product? |

**124:13 - 127:08**  Battler, Leanne (2020-09-10)                5:06

| | | |
|---|---|---|
| 124:13 | Q. Based on your personal experience | **Re: [124:13 to 127:08]** |
| 124:14 | and communication with soldiers? | **Pltf Obj** 701/702; 802; |
| 124:15 | A. Based on my experience, yes, I | 402/403; 404; conjecture; |
| 124:16 | think it's a great product. | 701/702; 611 leading; |
| 124:17 | Q. And why do you think the Combat | speculation; 602; improper |
| 124:18 | Arms is a great product, based on your | bolstering |
| 124:19 | experience? | |
| 124:20 | A. I mean, on the firing ranges, for | |
| 124:21 | sure, but especially downrange.  You know, I | |
| 124:22 | wore them and experienced that I knew I felt | |
| 124:23 | protected, but not overly protected.  I still | |
| 124:24 | had situational awareness. | |
| 124:25 | Q. And why is it important that with | |
| 125:01 | the Combat Arms you felt protected but not | |
| 125:02 | overall protected? | |

**Re: [124:13 to 127:08]**
SUSTAINED (hearsay)
as to [124:13124:16],
OVERRULED as to [124:17126:01]
SUSTAINED as to 126:02,
126:19] OVERRULED as to
126:20, 126:24] SUSTAINED as
to [126:25, 127:08]

**Re: [124:13 to 124:16]**
**Pltf Obj** 701/702; 802;
402/403; 404; conjecture;
701/702; 611 leading;
speculation; 602; improper
bolstering; PG7 resolved via
Doc. 1702

<span style="background:yellow">**SUSTAINED.  No new
objection specific to
McCombs**</span>

**Re: [126:02 to 126:19]**

<span style="background:yellow">**SUSTAINED.  No new**</span>

| | | |
|---|---|---|
| 125:03 A. So if there was weapons fire or | Pltf Obj 701/702; 802; | objection specific to |
| 125:04 blasts, noise -- hazardous noise exposure, then | 402/403; 404; conjecture; | McCombs |
| 125:05 I knew that I would not have permanent hearing | 701/702; 611 leading; | |
| 125:06 loss. | speculation; 602; improper | |
| 125:07 Q. And based on your personal | bolstering; PG7 resolved via | |
| 125:08 experience, did the Combat Arms, in fact, | Doc. 1702 | |
| 125:09 protect your hearing? | | |
| 125:10 A. I believe so. | Re: [126:25 to 127:08] | SUSTAINED.  No new |
| 125:11 Q. And you do not have permanent | Pltf Obj 701/702; 802; | objection specific to |
| 125:12 hearing loss today; correct? | 402/403; 404; conjecture; | McCombs |
| 125:13 A. I have excellent hearing. | 701/702; 611 leading; | |
| 125:14 Q. And you do not have tinnitus | speculation; 602; improper | |
| 125:15 today; correct? | bolstering; PG7 resolved via | |
| 125:16 A. Not today. | Doc. 1702 | |
| 125:17 Q. And how many times have you used | | |
| 125:18 the Combat Arms? | | The Court agrees with |
| 125:19 A. Every year for seventeen years. | | removal of 125:07- |
| 125:20 Q. Okay.  So you've used the Combat | | 126:01 per PTC ruling. |
| 125:21 Arms from approximately 2003 to the present; | | |
| 125:22 correct? | | |
| 125:23 A. Yes. | | |
| 125:24 Q. And they've protected your | | |
| 125:25 hearing throughout that time? | | |
| 126:01 A. Yes. | | |
| 126:02 Q. Let's go to DoD 190, in the same | | |
| 126:03 document.  DoD 190, at the top, is a email from | | |
| 126:04 Kathy Gates to Leanne Cleveland and others, | | |
| 126:05 dated March 7, 2006, attaching recent hearing | | |
| 126:06 conservation articles. | | |
| 126:07 And I want to direct your | | |
| 126:08 attention to the next which is DoD 191, | | |
| 126:09 which is part of the article that was | | |
| 126:10 forwarded, and in particular, handing -- going | | |
| 126:11 down to halfway down the page where it starts | | |
| 126:12 with the words:  Handing them out with written | | |
| 126:13 instructions. | | |
| 126:14 Okay.  So in this article you | | |
| 126:15 were forwarded it says:  Handing them out with | | |
| 126:16 written instructions isn't effective, said | | |
| 126:17 Douglas Ohlin, an audiologist who heads the | | |
| 126:18 Hearing Conservation Program.  Most people have | | |
| 126:19 to be shown who wear earplugs. | | |
| 126:20 Do you agree that handing out | | |
| 126:21 earplugs, including the Combat Arms, with only | | |
| 126:22 written instructions is not effective and that | | |
| 126:23 people have to be shown how to wear earplugs? | | |
| 126:24 A. Yes, I agree. | | |
| 126:25 Q. And why is it important, in your | | |
| 127:01 view, then, based on your experience, not to | | |
| 127:02 rely on written instructions in providing | | |
| 127:03 soldiers with earplugs? | | |
| 127:04 A. I mean, look at soldiers. | | |
| 127:05 They're not people who sit behind a desk. | | |
| 127:06 They're -- We're all attention deficit | | |

| | | | |
|---|---|---|---|
| 127:07 | disorder; we need that hands-on training. | | |
| 127:08 | We're not book people. | | |

**127:19 - 129:01**  Battler, Leanne (2020-09-10)   3:33

| 127:19 | Q. Okay. And so you believe that |
|---|---|
| 127:20 | it's important to sort of work hands-on with an |
| 127:21 | individual soldier, or military personnel, to |
| 127:22 | show them how to use the plug and to make sure |
| 127:23 | that it fits correctly, as opposed to using a |
| 127:24 | written instruction; correct? |
| 127:25 | A. Exactly. |
| 128:01 | Q. Okay. Let's go to DoD 195 from |
| 128:02 | that document. This is an email -- DoD 195, |
| 128:03 | which is part of Exhibit 2, is an email from |
| 128:04 | Kathy Gates to Leanne Cleveland and others |
| 128:05 | dated June 13, 2006, forwarding data from Fort |
| 128:06 | Polk. Do you see that? |
| 128:07 | A. Yes, sir. |
| 128:08 | Q. And if you go below, there is an |
| 128:09 | email from Kathy Gates to Christian Reid that |
| 128:10 | Kathy Gates is in turn forwarding to you which |
| 128:11 | reports data from the Louisiana National Guard |
| 128:12 | regarding the Combat Arms earplug. |
| 128:13 | Do you see that? |
| 128:14 | A. Yes. |
| 128:15 | Q. And it's reported that 86 percent |
| 128:16 | of soldiers reported that they found the Combat |
| 128:17 | Arms earplug beneficial in Combat Arms |
| 128:18 | operation. Was that level of satisfaction |
| 128:19 | consistent with your experience? |
| 128:20 | A. Yes. |
| 128:21 | Q. And 70 percent of soldiers |
| 128:22 | reported they felt the Combat Arms earplugs |
| 128:23 | protects their ears as well as improves |
| 128:24 | communication ability in noise. Was that |
| 128:25 | consistent with your experience? |
| 129:01 | A. Yes. |

Re: [127:19 to 129:01]
Pltf Obj Foundation; 802; 402/403; 701/702; speculation; conjecture

Re: [127:19 to 129:01]
OVERRULED as to 127:19, 127:25, SUSTAINED as to [128:01, 129:01] (hearsay)

Re: [128:01 to 129:01]
Pltf Obj Foundation; 802; 402/403; 701/702; speculation; conjecture; PG1 and PG2 resolved via Doc. 1693; PG7 resolved via Doc. 1702

SUSTAINED. No new objection specific to McCombs

**137:17 - 137:24**  Battler, Leanne (2020-09-10)   0:27

| 137:17 | Q. And did you receive feedback from |
|---|---|
| 137:18 | some soldiers that other earplugs were more |
| 137:19 | comfortable than the CAEv2? |
| 137:20 | A. Yes. |
| 137:21 | Q. Okay. And that issue with |
| 137:22 | respect to comfort, in your experience, that |
| 137:23 | did not have anything to do with the CAEv2's |
| 137:24 | ability to protect users from noise; correct? |

Re: [137:17 to 137:24]
Pltf Obj 802; 402/403; 602/611 calls for speculation

Re: [137:17 to 137:24]
SUSTAINED

**138:03 - 138:07**  Battler, Leanne (2020-09-10)   0:21

| 138:03 | Q. Based on your personal experience |
|---|---|
| 138:04 | and what they reported to you. |
| 138:05 | A. If it's not comfortable, then |
| 138:06 | they're not going to wear it. But that doesn't |
| 138:07 | mean it didn't fit. |

Re: [138:03 to 138:07]
Pltf Obj 802; 402/403; 701/702

Re: [138:03 to 138:07]
SUSTAINED

| | | | |
|---|---|---|---|
| 138:14 - 138:16   Battler, Leanne (2020-09-10) | 0:08 | | |
| 138:14   Q. And that's also based on your | | Re: [138:14 to 138:16] | Re: [138:14 to 138:16] |
| 138:15   personal experience and your communications | | Pltf Obj 611 asked/answered; | SUSTAINED |
| 138:16   with soldiers; correct? | | 802; 402/403; 701/702 | |

| | | | |
|---|---|---|---|
| 138:19 - 139:03   Battler, Leanne (2020-09-10) | 1:35 | | |
| 138:19   A. You know, the Army combat helmet | | Re: [138:19 to 139:03] | Re: [138:19 to 139:03] |
| 138:20   was -- gave me an excruciating headache, but it | | Pltf Obj 402/403; conjecture; | OVERRULED |
| 138:21   protected me. | | 701/702; 611 leading; | |
| 138:22   Q. Okay.  And you say the same is | | speculation | |
| 138:23   true with respect to the Combat Arms, it | | | |
| 138:24   protected you; correct? | | | |
| 138:25   A. If it was properly fitted, and if | | | |
| 139:01   it was the right size, in my experience, yes. | | | |
| 139:02   Q. And it has to be properly fitted | | | |
| 139:03   by medically trained personnel; correct? | | | |

| | | | |
|---|---|---|---|
| 139:06 - 139:15   Battler, Leanne (2020-09-10) | 0:22 | | |
| 139:06   A. It needed to be fitted by the | | Re: [139:06 to 139:15] | Re: [139:06 to 139:15] |
| 139:07   soldier who was using it, who received adequate | | Pltf Obj Conjecture; 701/702; | OVERRULED as to |
| 139:08   training from medically trained personnel, yes. | | 402/403; 611 leading, | [139:06, 139:08], SUSTAINED as |
| 139:09   Q. The soldier needs to receive | | asked/anwered | to [139:09, 139:15] |
| 139:10   adequate training from medically trained | | | |
| 139:11   personnel; correct? | | | |
| 139:12   A. Correct. | | | |
| 139:13   Q. It's not sufficient to hand out | | | |
| 139:14   the earplugs without training, like was done in | | | |
| 139:15   the Rapid Fielding Initiative; correct? | | | |

| | | | |
|---|---|---|---|
| 139:18 - 139:22   Battler, Leanne (2020-09-10) | 0:22 | | |
| 139:18   Q. Based on your experience and | | Re: [139:18 to 139:22] | Re: [139:18 to 139:22] |
| 139:19   interaction with soldiers. | | Pltf Obj 402/403; incomplete | SUSTAINED |
| 139:20   A. When the Army issued me my M9, | | designation; nonresponsive | |
| 139:21   they didn't give me a pamphlet on how to | | answer; 701/702 | |
| 139:22   operate it. | | | |

| | | | |
|---|---|---|---|
| 140:09 - 141:16   Battler, Leanne (2020-09-10) | 2:12 | | |
| 140:09   Q. Okay.  Let's go to Tab 15.  I'm | | | |
| 140:10   going to mark this as Exhibit 13.  You then -- | | | |
| 140:11   you provided Aearo and Brian Myers with | | | |
| 140:12   feedback that you obtained from soldiers; | | | |
| 140:13   correct? | | | |
| 140:14   A. Yes. | | | |
| 140:15   Q. And who asked you to obtain | | | |
| 140:16   feedback from soldiers on the Combat Arms? | | | |
| 140:17   A. This was a while ago.  I remember | | | |
| 140:18   the deputy -- one of the deputy commanders at | | | |
| 140:19   Darnell Hospital said:  Hey, we're doing this | | | |
| 140:20   initial postdeployment health reassessment | | | |
| 140:21   survey, we're making history, this is a big | | | |
| 140:22   deal, I want you to participate. | | | |

| | | |
|---|---|---|
| 140:23 So I -- I don't remember if I | | |
| 140:24 reached out to Doug or someone else or if I | | |
| 140:25 reached out to Colonel Tuten, reached out to | | |
| 141:01 Doug.  I'm not sure exactly how everything | | |
| 141:02 transpired, but -- but I wanted to do a good | | |
| 141:03 job and get data, and so I -- Right.  There was | | |
| 141:04 communication where I said help me ask the | | |
| 141:05 right questions. | | |
| 141:06 Q. Okay.  If you look down -- If you | | |
| 141:07 look down the chain of Exhibit 13, there is an | | |
| 141:08 email from Brian Myers, to you, dated August | | |
| 141:09 17, 2005, where he lays out questions for you | | |
| 141:10 to ask; right? | | |
| 141:11 A. Yes. | | |
| 141:12 Q. And from your perspective as an | | |
| 141:13 audiologist, was that a good thing for an | | |
| 141:14 earplug manufacturer to do, to solicit feedback | | |
| 141:15 from the soldiers and their personal | | |
| 141:16 experiences with the earplugs? | | |

| 141:19 - 143:11 Battler, Leanne (2020-09-10) | 2:14 | |
|---|---|---|
| 141:19 Q. If you could just limit it to | **Re: [141:19 to 143:11]** | Re: [141:19 to 143:11] |
| 141:20 your personal experience. | **Pltf Obj** 802; conjecture; | OVERRULED as to |
| 141:21 A. Yes.  Any -- Anyone who is asking | 701/702; 402/403; 611 | [141:19, 143:03], SUSTAINED as |
| 141:22 for how can they improve a product is -- Sure. | vague/confusing, compound and | to [143:04, 143:11] (hearsay) |
| 141:23 All data is good data. | leading questions; 602 | |
| 141:24 Q. Okay.  And one of the | speculation | |
| 141:25 questions -- If you look at question number | | |
| 142:01 one, the soldier is asked to describe the | | |
| 142:02 circumstances when they encounter loud noises; | | |
| 142:03 right? | | |
| 142:04 A. Yes. | | |
| 142:05 Q. And then the soldier is asked | | |
| 142:06 whether their hearing has been affected by the | | |
| 142:07 loud noises; right? | | |
| 142:08 A. Yes. | | |
| 142:09 Q. And in question number four, the | | |
| 142:10 soldier is asked about when they wore the CAE; | | |
| 142:11 right? | | |
| 142:12 A. Yes. | | |
| 142:13 Q. And those are all good questions | | |
| 142:14 for getting feedback on the CAE? | | |
| 142:15 A. I believe so, yes. | | |
| 142:16 Q. Okay.  And you attached, to your | | |
| 142:17 email back to Aearo, some of the feedback you | | |
| 142:18 had gotten from soldiers; right? | | |
| 142:19 A. Yes. | | |
| 142:20 Q. Did Aearo or 3M restrict you in | | |
| 142:21 any way, in terms of the questions that you | | |
| 142:22 could ask to the soldiers?  Were you free to | | |
| 142:23 communicate with them as you wished? | | |
| 142:24 A. Yes. | | |
| 142:25 Q. Okay.  So you never -- They never | | |
| 143:01 instructed you:  These types of questions are | | |

143:02     off limits; right?
143:03     A. Oh, no.  Never.
143:04     Q. And if we scroll down to 3M MDL
143:05     000285548, that's the -- that's the .50 caliber
143:06     gunner we talked about before; right?
143:07     A. Yes.
143:08     Q. And his hearing was protected by
143:09     the Combat Arms earplug, based on your survey;
143:10     right?
143:11     A. I believe so, yes.

143:18 - 144:10   Battler, Leanne (2020-09-10)          1:00

143:18     Q. Question number four that you
143:19     asked, what was your question and what was
143:20     their response?
143:21     A. Okay.  So I asked him:  When did
143:22     you wear the Combat Arms earplug?  And he said
143:23     he wore them for approximately one week, but
143:24     they were too irritating, too deep inside the
143:25     ear canal.  And he reports that he used the
144:01     orange triple-flange corded version that his
144:02     father gave to him rather than the Combat Arms
144:03     earplug that was issued to him.
144:04     Q. Okay.  And if you look at the
144:05     next page, 285551, in response to question
144:06     number nine, what did the second soldier who
144:07     you surveyed indicate about the effectiveness
144:08     of the Combat Arms Earplug Version 2?
144:09     A. He said that when he wore them,
144:10     they were effective.

| | |
|---|---|
| Re: [143:18 to 144:10] | Re: [143:18 to 144:10] |
| Pltf Obj 802; conjecture; | SUSTAINED (hearsay) |
| 701/702; 402/403; 611 | |
| vague/confusing, compound and | |
| leading questions; 602 | |
| speculation | |

145:04 - 146:16   Battler, Leanne (2020-09-10)          3:34

145:04     Q. And has that also been a topic of
145:05     discussion between you and other audiologists,
145:06     that there sometimes can be difficulties in
145:07     getting soldiers to wear earplugs, particularly
145:08     in a combat environment?
145:09     A. Yes.
145:10     Q. Okay.  And what's been the
145:11     substance of those discussions you've had with
145:12     audiologists about the difficulty of getting
145:13     soldiers to wear earplugs in the combat -- in a
145:14     combat environment?
145:15     A. Probably the two most common
145:16     themes are for people who already have some
145:17     level of hearing loss, even the -- I mean, the
145:18     Combat Arms earplug -- well, all earplugs, are
145:19     going to provide some attenuation.  So when you
145:20     already have hearing loss, that extra
145:21     attenuation really makes communication
145:22     difficult.  So that population is -- is really
145:23     at a disadvantage, because then they don't wear
145:24     their hearing protection and then they incur
145:25     even more hearing loss.

| | |
|---|---|
| Re: [145:04 to 146:16] | Re: [145:04 to 146:16] |
| Pltf Obj 802; 402/403; 404; | SUSTAINED (hearsay) |
| 406; 611; 602/701/702; | |
| conjecture; speculation | |

| | | | |
|---|---|---|---|
| 146:01 | And then I think the second one, | | |
| 146:02 | it's less now.  But, again, at that time there | | |
| 146:03 | was a school of thought where it was almost | | |
| 146:04 | like hearing loss was your badge of manhood and | | |
| 146:05 | it was -- it was -- they were proud of hearing | | |
| 146:06 | loss.  Yeah.  You know, guns, mortars, I've | | |
| 146:07 | been around all this noise, and I've got | | |
| 146:08 | hearing loss; I'm a man.  That mindset is a lot | | |
| 146:09 | better now than it used to be.  But I've heard | | |
| 146:10 | of senior noncommissioned officers encouraging | | |
| 146:11 | their younger troops to not use hearing | | |
| 146:12 | protection, to toughen their ears and get used | | |
| 146:13 | to the noise. | | |
| 146:14 | And in some cases, even going out | | |
| 146:15 | into a fire fight hoping to get a perforated | | |
| 146:16 | eardrum so that would give you a Purple Heart. | | |

**147:06 - 148:01  Battler, Leanne (2020-09-10)**                    1:28

| | | | |
|---|---|---|---|
| 147:06 | Q. Yeah.  So the first two -- The | **Re: [147:06 to 148:01]** | Re: [147:06 to 148:01] |
| 147:07 | first two respondents of the four you talked | **Pltf Obj** 802; 402/403; 404; | SUSTAINED |
| 147:08 | to, indicating that the -- indicated that the | 602/701/702 | |
| 147:09 | Combat Arms were effective in protecting their | | |
| 147:10 | ear; right? | | |
| 147:11 | A. The -- Yes.  Correct. | | |
| 147:12 | Q. Okay.  And then we looked at -- | | |
| 147:13 | Let's look at the next respondent, MDL 285552. | | |
| 147:14 | And that respondent indicated, in response to | | |
| 147:15 | question number five, that the -- he used -- he | | |
| 147:16 | or she used the Combat Arms for one week and | | |
| 147:17 | then lost them; correct? | | |
| 147:18 | A. Yes. | | |
| 147:19 | Q. And the Combat Arms can't provide | | |
| 147:20 | hearing protection if it's lost; fair to say? | | |
| 147:21 | A. Correct. | | |
| 147:22 | Q. And the last soldier you talked | | |
| 147:23 | to, 3M MDL 285554, indicated in response to | | |
| 147:24 | question number four, that he rarely used the | | |
| 147:25 | Combat Arms earplug; right? | | |
| 148:01 | A. Yes.  Correct. | | |

**148:12 - 150:17  Battler, Leanne (2020-09-10)**                    3:51

| | | | |
|---|---|---|---|
| 148:12 | Q. Okay.  But based on -- Based on | **Re: [148:12 to 150:17]** | Re: [148:12 to 150:17] |
| 148:13 | all your -- all your communications with any | **Pltf Obj** 802; 402/403; | OVERRULED as to |
| 148:14 | service member, you've already indicated that | conjecture; 701/702; | [148:12, 148:21], SUSTAINED as |
| 148:15 | no service member indicated to you that the | Foundation; speculation | to [148:22, 150:17] (hearsay) |
| 148:16 | Combat Arms earplug was ineffective in terms of | | |
| 148:17 | protecting hearing; right? | | |
| 148:18 | A. Correct. | | |
| 148:19 | Q. And these are among the service | | |
| 148:20 | members that you talked to; right? | | |
| 148:21 | A. Yes. | | |
| 148:22 | Q. Now, they did have other | | |
| 148:23 | criticisms of the Combat Arms, like that they | | |
| 148:24 | didn't come in the right size for them; right? | | |

148:25    A. Right.
149:01    Q. And that was addressed in
149:02    subsequent versions of the Combat Arms earplug,
149:03    the version 3 and version 4; correct?
149:04    A. Yes.
149:05    Q. And that's partly based on the
149:06    feedback that you received in surveys from
149:07    soldiers; correct?
149:08    A. I like to think that my data was
149:09    contributory, yes.
149:10    Q. All right.  And if you go to
149:11    question two, do you believe that your hearing
149:12    has been affected by the loud noises you heard?
149:13    Why or why not?  The service member responded:
149:14    Yes.  I didn't wear the earplugs all the time
149:15    because they were too big and they hurt and
149:16    they didn't work very well.
149:17    Do you see that?
149:18    A. Yes.
149:19    Q. Okay.  So first of all, he's
149:20    indicating that they were not the right --
149:21    Combat Arms Version 2 was not the right size
149:22    for him; right?
149:23    A. Yes.
149:24    Q. And if the Combat Arms is not the
149:25    right size for somebody, they shouldn't -- they
150:01    shouldn't even be using that earplug; right?
150:02    A. Correct.
150:03    Q. Okay.  And where he says they
150:04    didn't work very well, do you know whether
150:05    that's indicating anything about the ability of
150:06    the earplug to attenuate noise, as opposed to
150:07    the ability to, you know, hear conversation
150:08    with the yellow end?  Do you know specifically
150:09    what that's referring to?
150:10    A. Well, they could not work well if
150:11    -- if they weren't worn and if they were the
150:12    wrong size.
150:13    Q. Okay.  And that's true of all
150:14    earplugs, not just the Combat Arms Version 2,
150:15    they could not work well if they weren't worn
150:16    and if they were the wrong size; correct?
150:17    A. Yes.  That's correct.

151:13 - 152:17   Battler, Leanne (2020-09-10)                        2:35
151:13    We talked about the process of
151:14    instruction on the Combat Arms earplug by
151:15    medically trained personnel.  Do you recall
151:16    that?
151:17    A. Yes, sir.
151:18    Q. And am I correct that you did not
151:19    rely on Aearo or 3M to come by the
151:20    installations to provide fitting on the Combat
151:21    Arms Earplug Version 2 to soldiers?

151:22    A. Correct.
151:23    Q. And am I correct that you did not
151:24    invite Aearo or 3M to come by the installations
151:25    to provide fitting of the Combat Arms Version 2
152:01    to soldiers?
152:02    A. Correct.
152:03    Q. Am I also correct that you did
152:04    not rely on Aearo or 3M to provide any oral
152:05    instructions to soldiers relating to the Combat
152:06    Arms version?
152:07    A. Correct.
152:08    Q. And am I also correct that you
152:09    did not rely on Aearo or 3M to provide any
152:10    written instructions to soldiers on the Combat
152:11    Arms version?
152:12    A. Correct.
152:13    Q. And, in fact, based on your
152:14    investigation, you never provided any --
152:15    anything in writing from Aearo or 3M on the
152:16    Combat Arms Version 2 to soldiers; correct?
152:17    A. The Version 2, correct.

153:10 - 153:19   Battler, Leanne (2020-09-10)                    1:36

| | | | |
|---|---|---|---|
| 153:10    Q. Okay.  And when you say earlier | **Re: [153:10 to 153:19]** | Re: [153:10 to 153:19] | |
| 153:11    in your career there were not enough | **Pltf Obj** 402/403; conjecture; | SUSTAINED | |
| 153:12    audiologists to accomplish the mission | 701/702; 611 leading; | | |
| 153:13    successfully of hearing loss prevention, what | vague/confusing; nonresponsive | | |
| 153:14    years are you referring to? | | | |
| 153:15    A. During GWOT, during Operation | | | |
| 153:16    Iraqi Freedom, Operation Enduring Freedom, | | | |
| 153:17    Afghanistan.  It's questionable if -- We're | | | |
| 153:18    doing better; I'm not sure if we're there yet | | | |
| 153:19    but, yeah. | | | |

154:04 - 155:03   Battler, Leanne (2020-09-10)                    2:49

| | | | |
|---|---|---|---|
| 154:04    Q. What years are you referring to | **Re: [154:04 to 155:03]** | Re: [154:04 to 155:03] | |
| 154:05    there during GWOT, Operation Iraqi Freedom, and | **Pltf Obj** 402/403; 602/701/702; | SUSTAINED | |
| 154:06    Operation Enduring Freedom, approximately? | 611 leading questions, vague, | | |
| 154:07    A. 2004 to 2011, '12. | asked/answered; 802; | | |
| 154:08    Q. And you testified that during | foundation; speculation | | |
| 154:09    those years, 2004 to 2011 or '12, there were | | | |
| 154:10    not enough audiologists to accomplish the | | | |
| 154:11    mission successfully of hearing loss | | | |
| 154:12    prevention.  Could you explain that testimony? | | | |
| 154:13    A. I believe there were not enough | | | |
| 154:14    Army uniformed 72 Charlie audiologists aligned | | | |
| 154:15    under preventive medicine, which would allow us | | | |
| 154:16    that 50 percent of our time spent outside of | | | |
| 154:17    the clinic, in the motor pools, on the ranges, | | | |
| 154:18    doing the education and the on-the-spot earplug | | | |
| 154:19    fitting and fit checks. | | | |
| 154:20    Q. And you, as an individual, | | | |
| 154:21    Lieutenant Colonel Battler, worked extremely | | | |
| 154:22    hard, but you can only do so much; would you | | | |

154:23   agree with that?
154:24   A. Yes.
154:25   Q. And how does there not being
155:01   enough Army uniformed 72 Charlie audiologists
155:02   aligned under preventative medicine, how does
155:03   that impede hearing protection for soldiers?

**155:06 - 155:10   Battler, Leanne (2020-09-10)**   0:28
155:06   A. So, again, being aligned under
155:07   Department of Surgery and with productivity
155:08   being measured in terms of RVU generation, it's
155:09   -- it's very difficult to get outside of the
155:10   clinic and do the hands-on work.

**156:06 - 157:12   Battler, Leanne (2020-09-10)**   2:09
156:06   Q. Okay.  And not having enough
156:07   audiologists from 2004 to 2012, how does that
156:08   impact the hearing protection mission, based on
156:09   your personal experience with the CAEv2 and
156:10   other plugs?
156:11   A. Right.  So not only were we --
156:12   does that impede our ability to get out there
156:13   in the noise to do the proper instruction, but
156:14   generally, the Department of Surgery budget
156:15   doesn't include funding for hearing protection.
156:16   That falls under the prevention mission, which
156:17   is sometimes -- sometimes under preventive
156:18   medicine, sometimes not.  But definitely not --
156:19   Department of Surgery is not concerned with
156:20   providing preformed hearing protection for
156:21   soldiers.
156:22   Q. And proper instruction is key for
156:23   preformed hearing protectors like the Combat
156:24   Arms Version 2 to work effectively in your
156:25   experience; correct?
157:01   A. In my experience, yes, that's
157:02   correct.
157:03   Q. And final question, before we
157:04   take a break, why, based on your experience, is
157:05   that true for preformed hearing protectors like
157:06   the CAEv2?
157:07   A. Because I worked under both
157:08   clinics:  I've worked under Department of
157:09   Surgery and I've worked under preventive
157:10   medicine clinic.  And the prevention mission is
157:11   -- our productivity is not based on how many
157:12   patients we see.

**Re: [156:06 to 157:12]**
**Pltf Obj** 611 leading, vague, mischaracterizes evidence; 602/701/702; conjecture; 404/406; speculation; 402/403

Re: [156:06 to 157:12]
 SUSTAINED as to [156:06, 156:21], OVERRULED as to [156:22, 157:12]

**158:11 - 158:21   Battler, Leanne (2020-09-10)**   0:27
158:11   Q. Okay.  The -- Is a -- The Combat
158:12   Arms Version 2 is a triple-flanged earplug;
158:13   correct?
158:14   A. Yes.
158:15   Q. And do you insert it the same way

158:16    that you insert other triple-flanged earplugs,
158:17    you reach over, you pull behind the ear, and
158:18    you stick it in the ear; is that right?
158:19    A. Yes.
158:20    Q. Same way; right?
158:21    A. Yes.

158:22 - 158:24    Battler, Leanne (2020-09-10)          0:08
158:22    Q. And have you ever been assigned
158:23    to any of the basic training bases?
158:24    A. No.  Negative.

158:25 - 159:03    Battler, Leanne (2020-09-10)          0:11
158:25    Q. Okay.  Are you aware that during
159:01    basic training, the soldiers are taught how to
159:02    insert triple-flange earplugs?
159:03    A. Yes.

160:09 - 160:12    Battler, Leanne (2020-09-10)          0:10
160:09    Q. Okay.  And is it a fair statement          Re: [160:09 to 160:18]        Re: [160:09 to 160:18]
160:10    to say that once you can insert one          Def Obj foundation (602);      OVERRULED
160:11    triple-flange plug, you can insert any       vague (611, 403); 701
160:12    triple-flange plug?

160:14 - 160:14    Battler, Leanne (2020-09-10)          0:02
160:14    Q. It's the same process, isn't it?          Re: [160:09 to 160:18]        Re: [160:09 to 160:18]
                                                        Def Obj foundation (602);      OVERRULED
                                                        vague (611, 403); 701

160:17 - 160:18    Battler, Leanne (2020-09-10)          0:01
160:17    A. I think it's the same process,            Re: [160:09 to 160:18]        Re: [160:09 to 160:18]
160:18    yes.                                         Def Obj foundation (602);      OVERRULED
                                                        vague (611, 403); 701

160:19 - 160:22    Battler, Leanne (2020-09-10)          0:09
160:19    Q. Okay.  So if somebody has been
160:20    taught how to insert a triple-flange plug, they
160:21    don't necessarily have to be taught again, do
160:22    they?

161:01 - 161:08    Battler, Leanne (2020-09-10)          0:21
161:01    A. I think a refresher is always --
161:02    and that's why the regulation says we're
161:03    supposed to check every year, at least
161:04    annually, to make sure they know how to do it.
161:05    Q. I understand.  But the troops, if
161:06    they're going through basic training, and have
161:07    received that type of training, then they will
161:08    know how to insert a plug; true?

161:12 - 161:18    Battler, Leanne (2020-09-10)          0:16
161:12    A. I wouldn't say necessarily.
161:13    Depends who taught them, how they taught them.
161:14    I'm --
161:15    Q. Assuming --
161:16    A. I can speak for my -- I can speak

| | | | |
|---|---|---|---|
| 161:17 for my clinics and my technicians, I can't | | | |
| 161:18 speak for others. | | | |
| | | | |
| 162:01 - 162:05 Battler, Leanne (2020-09-10) | 0:10 | | |
| 162:01 Q. Thousands. One of the things you | | | |
| 162:02 said earlier is you've never rolled back the | | | |
| 162:03 opposing flanges to insert a Combat Arms; is | | | |
| 162:04 that a true statement? | | | |
| 162:05 A. Correct. | | | |

**162:06 - 162:18 Battler, Leanne (2020-09-10)**   `1:31`

162:06 Q. You also said that you have been
162:07 using Combat Arms plugs from 2003 to the
162:08 present, for your own personal use; is that
162:09 correct?
162:10 A. Correct. Yes.
162:11 Q. Which versions have you used over
162:12 the years?
162:13 A. All of them.
162:14 Q. Okay. And when did you start
162:15 using the Version 2 and when did you stop using
162:16 the Version 2?
162:17 A. I started using the Version 2
162:18 when I was a student at Aberdeen.

**The Court agrees with the removal of 162:06-18 per PTC ruling.**

| | | | |
|---|---|---|---|
| 163:25 - 164:06 Battler, Leanne (2020-09-10) | 1:31 | | |
| 163:25 Q. Okay. As far as the number of | | Re: [163:25 to 164:13] | Re: [163:25 to 164:13] |
| 164:01 audiologists that the Army has had over the | | Pltf Obj 17. Objection | SUSTAINED |
| 164:02 years, wasn't going to a one-sized Combat Arms | | Nonresponsive | |
| 164:03 plug a way to address the fact that the -- not | | | |
| 164:04 everybody could be hand-fitted by an | | | |
| 164:05 audiologist? Wasn't that one of the reasons | | | |
| 164:06 why the Army went to a one-size plug? | | | |
| | | | |
| 164:11 - 164:13 Battler, Leanne (2020-09-10) | 0:06 | | |
| 164:11 A. I never thought it was a one-size | | Re: [163:25 to 164:13] | Re: [163:25 to 164:13] |
| 164:12 plug. I always thought it was a size medium | | Pltf Obj 17. Objection | SUSTAINED |
| 164:13 plug. | | Nonresponsive | |
| | | | |
| 164:14 - 164:16 Battler, Leanne (2020-09-10) | 0:10 | | |
| 164:14 Q. Okay. Were you aware that the | | | |
| 164:15 Combat Arms earplug was supposed to be a | | | |
| 164:16 one-size-fits-most earplug? | | | |
| | | | |
| 164:19 - 164:21 Battler, Leanne (2020-09-10) | 0:07 | | |
| 164:19 Q. One size fits most. I guess | | | |
| 164:20 medium would fit most, yes. | | | |
| 164:21 A. I mean, that's fair. | | | |
| | | | |
| 164:22 - 165:12 Battler, Leanne (2020-09-10) | 1:45 | | |
| 164:22 Q. Are you aware that the Combat | | Re: [164:22 to 165:12] | Re: [164:22 to 165:12] |
| 164:23 Arms earplug was supposed to be a | | Def Obj foundation (602) | OVERRULED |
| 164:24 one-size-fits-most plug? | | | |
| 164:25 A. No. | | | |

165:01    Q. Okay.
165:02    A. I understood it was a size medium
165:03    earplug, and most people are size medium.  So,
165:04    yes, I could infer one from the other, but it
165:05    was never presented as a one-size-fits-most.
165:06    Q. Okay.  If you can pull up the
165:07    wallet card, whoever has got -- I can't
165:08    remember which exhibit it was, the wallet that
165:09    Mr. Nomellini used earlier.
165:10    MR. MONSOUR:  Do you know which
165:11    one that is, Terry.
165:12    Here it is.  Thank you, Corey.

165:13 - 166:03    Battler, Leanne (2020-09-10)                    1:36
165:13    Q. If you will look under ordering,
165:14    it mentions the double-ended earplug, which, as
165:15    you know, that has to be the Combat Arms
165:16    Version 2, because that's the only double-ended
165:17    plug that's ever been around; correct?
165:18    A. Right.
165:19    Q. Do you notice where it says:
165:20    Which fits most of the adult population.  Do
165:21    you see that?
165:22    A. Yes.
165:23    Q. Do you know what percentage of
165:24    the adult population it fits?
165:25    A. I would say probably
166:01    seventy-five --
166:02    Q. Okay.
166:03    A. -- maybe eighty.

166:10 - 167:17    Battler, Leanne (2020-09-10)                    2:32
166:10    Q. And let me ask you this,                     Re: [167:03 to 167:17]        Re: [167:03 to 167:17]
166:11    Lieutenant Colonel:  The -- you mentioned that  Def Obj misleading (611, 403)  OVERRULED
166:12    when you went to -- I think you said when you
166:13    got to Iraq, when you arrived, as part of the
166:14    Rapid Fielding Initiative, somebody just handed
166:15    you two plugs; is that correct?
166:16    A. That was before I was in Iraq.
166:17    That was at the CRC, at Fort Benning.  The
166:18    predeployment.
166:19    Q. What year would that have been?
166:20    A. 2008.
166:21    Q. And you saw that -- those just
166:22    being handed out without any instructions, that
166:23    was you and did you say there were five of you
166:24    in total?
166:25    A. Right.  So it was like a round
167:01    robin, we all kind of circulated through the
167:02    different stations in our team.
167:03    Q. Okay.  But there were just five
167:04    of you that you saw receive them this way;
167:05    true?
167:06    A. Yes.

167:07   Q. Okay.  And you already knew how
167:08   to insert them properly; correct?
167:09   A. Yes.
167:10   Q. And then you then showed the
167:11   other people that were in your group how to
167:12   insert them properly; correct?
167:13   A. Yes.
167:14   Q. Okay.  And at that point in time,
167:15   in 2008, the Army had been using this earplug,
167:16   is it approximately four years?
167:17   A. Yes.

167:25 - 168:14   Battler, Leanne (2020-09-10)                              1:43
167:25   Q. The only time -- The only time
168:01   that you've ever seen them handed out without
168:02   instruction, as you described, was the time
168:03   where you were there with that group of five
168:04   people; correct?
168:05   MR. NOMELLINI:  Object to form
168:06   and foundation.
168:07   A. That's the only time I was
168:08   physically in the RFI site, yes.
168:09   Q. Okay.  And during that time, the
168:10   plugs had been around for four years; correct?
168:11   A. They had been -- Yes.
168:12   Q. And you then instructed your
168:13   group on how to put them in; correct?
168:14   A. Yes.

**Re: [167:25 to 168:08]**
**Def Obj** misstates; vague (611, 403)

Re: [167:25 to 168:08]
OVERRULED

168:15 - 168:19   Battler, Leanne (2020-09-10)                              0:15
168:15   Q. So you can't tell me of any
168:16   situation where you know somebody has been
168:17   given these and not had instructions at some
168:18   point in time; true?
168:19   A. Negative.  Soldiers would tell me

**Re: [168:15 to 168:19]**
**Def Obj** incomplete counter (106)

Re: [168:15 to 168:19]
DEFER RULING

169:08 - 169:16   Battler, Leanne (2020-09-10)                              0:29
169:08   Q. Understood.  But I'm going -- But
169:09   based upon your personal knowledge, from what
169:10   you have actually seen, it's only that little
169:11   group of five, and they quickly received
169:12   instruction from you; right?
169:13   MR. NOMELLINI:  Object to the
169:14   form of the question.
169:15   Q. Is that correct?
169:16   A. Correct.

**Re: [169:08 to 169:16]**
**Def Obj** vague, leading (611, 403)

Re: [169:08 to 169:16]
OVERRULED

171:01 - 171:24   Battler, Leanne (2020-09-10)                              1:00
171:01   One of the things that you were
171:02   talking about before is the Fort Carson study
171:03   that you did.  Do you remember talking about
171:04   that, the study that was called Fort Carson:
171:05   An Army Hearing Program Success Story.
171:06   Do you remember that?

171:07   A. Yes.
171:08   Q. I have a couple of questions
171:09   about that.  Was that a -- Was that done
171:10   through an IRB?
171:11   A. It was not a research study, so
171:12   there was no need for IRB.
171:13   Q. Okay.  Was it multicenter or just
171:14   your base -- or your fort?
171:15   A. Just Fort Carson.
171:16   Q. Okay.  And it was never peer
171:17   reviewed by any formal journal at any journal
171:18   review board; correct?
171:19   A. It was peer reviewed.  The AMED
171:20   Journal is a peer-reviewed journal.
171:21   Q. It is a peer-reviewed journal.
171:22   Okay.  And that article does not speak for the
171:23   Army, does it?
171:24   A. Correct.

172:19 - 172:23   Battler, Leanne (2020-09-10)                     0:18
172:19   I take it that you are -- Are you          Re: [172:19 to 172:23]          Re: [172:19 to 172:23]
172:20   aware that the Combat Arms Version 2 earplug    Def Obj 3M MIL No. 16; 403     OVERRULED
172:21   was discontinued in November of 2015?
172:22   A. I knew it was discontinued.  I
172:23   wasn't sure the exact date, but, yes.

173:03 - 173:16   Battler, Leanne (2020-09-10)                     1:51
173:03   Q. Okay.  With regard to your --
173:04   With regard to your knowledge of the Combat
173:05   Arms Earplug Version 2, you've never done any
173:06   REAT testing on the Version 2; correct?
173:07   A. Correct.
173:08   Q. You've never done any Meyer
173:09   testing on the Version 2; correct?
173:10   A. Correct.
173:11   Q. You've never done any impulse
173:12   testing on the Version 2; correct?
173:13   A. Correct.
173:14   Q. You've never had any access to
173:15   Aearo's REAT data for the version 2; correct?
173:16   A. Correct.

173:18 - 173:20   Battler, Leanne (2020-09-10)                     0:05
173:18   We talked about the wallet card earlier.  Do
173:19   you remember that?
173:20   A. Yes.

173:21 - 174:08   Battler, Leanne (2020-09-10)                     1:03
173:21   Q. When did you start using the
173:22   wallet card?
173:23   A. I guess when -- when it was
173:24   available.
173:25   Q. And I asked a poor question.  Let
174:01   me be more specific.  What year was it

174:02    available?
174:03    A. That's a great question.  I'm
174:04    trying to think if we had it in Fort Hood.
174:05    Well, we must have had it in Fort Hood because
174:06    -- Yeah.  So what year was it on the --
174:07    Whatever year the -- I don't know exactly what
174:08    year it came available.

174:09 - 175:24    Battler, Leanne (2020-09-10)                2:56
174:09    Q. Okay.  And how would you use the
174:10    wallet card?  When you fit soldiers, would you
174:11    hand them one?
174:12    A. Not usually.  I'd say -- After we
174:13    did the fitting, then I would say:  Here's some
174:14    cards; if anybody wants to keep a card to kind
174:15    of remember if you forget what we talked about,
174:16    you can use this as a refresher.
174:17    Q. Okay.  So it was -- It was
174:18    optional, additional instruction that were
174:19    available to the soldiers?
174:20    A. When we had them available, yes.
174:21    Q. Okay.  And did you, like, pass
174:22    them out or did you just kind of have them in a
174:23    bowl on a table somewhere and say:  If anybody
174:24    wants one, just pick one up?
174:25    A. Never a bowl.  It was always, if
175:01    they were -- Yeah.  If we had them, I'd have
175:02    them in my hand and say, who wants one of
175:03    these?  Anybody want one of these?
175:04    Q. Okay.  You also said you used a
175:05    PowerPoint, I guess, to explain how to use the
175:06    Combat Arms Version 2s?
175:07    A. Yes.
175:08    Q. And what did that PowerPoint have
175:09    in it?
175:10    A. So, again, I had like the --
175:11    Well, kind of -- the picture of the wallet
175:12    card, and then I had the picture of Ron Millis
175:13    with his quote.  Then we would have a short
175:14    video of a blast, and then another video of a
175:15    truck engine in the motor pool to talk about
175:16    the difference between impulse noise and steady
175:17    state noise; and then we'd talk about which end
175:18    to put in in each scenario.  And then I would
175:19    do it up there on the stage, I'd say pull up
175:20    and back.  And my techs would usually be in the
175:21    audience, you know, running around giving
175:22    everybody size medium, looking in their ears as
175:23    they came in for the briefing.  And then we try
175:24    to do an en masse, you know, fitting like that.

175:25 - 176:07    Battler, Leanne (2020-09-10)                0:23
175:25    Q. And when you would be giving
176:01    these PowerPoint presentations to the men and

176:02   women of the United States Army, how big of a
176:03   group would you be giving that to?  Would it be
176:04   ten people, a hundred people, more than that?
176:05   A. One time, there was a large group
176:06   of about two hundred.  But most of the time
176:07   they were much smaller.

176:08 - 176:11   Battler, Leanne (2020-09-10)                    0:10
176:08   Q. Once a soldier was instructed on
176:09   how to insert the Combat Arms, did you find
176:10   that they were able to consistently insert
176:11   them?

176:15 - 176:20   Battler, Leanne (2020-09-10)                    0:14
176:15   A. Yeah.  Usually.  I mean, well,
176:16   that was part of it, is -- is we would, you
176:17   know, instruct them how to do it, and then we
176:18   would do the follow-on tug test to make sure
176:19   that they had achieved the proper seal; and, if
176:20   not, we would reinstruct them.

177:13 - 177:23   Battler, Leanne (2020-09-10)                    0:27
177:13   Q. Now, you had mentioned before,
177:14   with regard to the earplugs, when you wore
177:15   them, you could tell if they had a good fit or
177:16   seal; correct?
177:17   A. Yes.
177:18   Q. And I can't remember the phrase
177:19   that you used, but I guess it involved just the
177:20   noise that you would be hearing; is that right?
177:21   A. Right.  You'd kind of hear your
177:22   environmental -- just the air, cutting in and
177:23   out.

177:24 - 178:15   Battler, Leanne (2020-09-10)                    1:58
177:24   Q. Now, is it more difficult to tell
177:25   if you've got a good seal with the yellow end,
178:01   because that is supposed to allow for a lot of
178:02   those sounds to come through anyway?
178:03   A. No.  Because it's different.
178:04   Q. Explain the difference.
178:05   A. You hear all of the environment
178:06   coming -- coming in and out, rather than a
178:07   portion of it.
178:08   Q. So what you're saying is,
178:09   determining whether or not there is a seal in
178:10   the earplugs is the same for the yellow side as
178:11   the green side?
178:12   A. Yes.
178:13   Q. Even though the yellow side has a
178:14   hole in it?
178:15   A. Yes.

178:16 - 181:14   Battler, Leanne (2020-09-10)                    3:24

178:16    Q. Okay.  If we could, you did --
178:17    You talked earlier with 3M's counsel, Mr.
178:18    Nomellini, about the survey that you had done
178:19    of some of the soldiers to ask them about their
178:20    usage of the Combat Arms Version 2, do you
178:21    remember that?
178:22    A. In the PDHRA, yes.
178:23    Q. Yes.  And I believe -- I've seen
178:24    an email, I can pull it up, you might remember
178:25    this, you were intending to look at twenty-five
179:01    people on a Thursday and then another
179:02    twenty-five on a Friday.  That was the
179:03    intention; correct?
179:04    A. I remember -- I don't recall that
179:05    exactly, but I do remember reading that that
179:06    was -- Yes.
179:07    Q. Okay.  And you were able to get
179:08    four of them done; correct?
179:09    A. Wasn't it ten?
179:10    Q. I found four.
179:11    A. Oh.
179:12    Q. And I believe you forwarded four
179:13    to -- I guess we can pull up -- Let me go ahead
179:14    and pull up the email that talks about that.
179:15    Give me one second.
179:16    Yeah.  This is the one that says
179:17    twenty-five.
179:18    MR. MONSOUR:  Okay.  If you'll
179:19    pull up LC-006.
179:20    Q. And if you will look, Lieutenant
179:21    Colonel, you will see that this is an email
179:22    that you sent to a man by the name of Brian
179:23    Myers.  Do you see that?
179:24    A. Yes.
179:25    Q. And that took place on August 22,
180:01    2005; correct?
180:02    A. Yes.
180:03    Q. And it says questions regarding
180:04    Combat Arms earplugs; correct?
180:05    A. Yes.
180:06    Q. And Brian Myers works with Aearo,
180:07    which is now 3M; correct?
180:08    A. I honestly don't remember who
180:09    Brian Myers is.
180:10    Q. Look down a little lower on the
180:11    email, you will see Brian Myers' email address
180:12    down below, and it notes that he has an Aearo
180:13    email address.
180:14    Do you see that?
180:15    A. Yes.
180:16    Q. Okay.  Does that clear that up?
180:17    A. Yes.
180:18    Q. Okay.  If you'll look at the
180:19    email that you sent to him, you say:  Brian --

180:20   MR. MONSOUR:  Go up a little bit.
180:21   Q. Brian, I am attaching responses
180:22   from four soldiers.  I only had the opportunity
180:23   to interview these four.  I thought I was going
180:24   to see more soldiers, but that's the way it
180:25   worked out.
181:01   Did I read that reasonably
181:02   correctly?
181:03   A. Yes.
181:04   Q. And then it says:  And one of
181:05   them, number 3 I think, had to leave before we
181:06   finished all the questions.  Even with this
181:07   small number, I think they generated some
181:08   really good ideas, mainly, that they seem to
181:09   want the earplugs integrated with either their
181:10   helmet or sunglasses and also that they need
181:11   them to be available in a greater variety of
181:12   sizes.  I hope this helps.  Captain Cleveland.
181:13   Did I read that right?
181:14   A. Yes.

181:15 - 181:22   Battler, Leanne (2020-09-10)                                    0:13
181:15   Q. I think we've made this clear,
181:16   your name is Leanne Battler, but your name used
181:17   to be Leanne Cleveland; correct?
181:18   A. Yes.
181:19   Q. So any time we see anything from
181:20   Leanne Cleveland, regardless of rank, that's
181:21   you?
181:22   A. That's me.

184:21 - 188:05   Battler, Leanne (2020-09-10)                                    4:05
184:21   (Whereupon, Plaintiff's
184:22   Exhibit 16 was marked for
184:23   identification purposes.)
184:24   Q. Okay.  Let's go to Exhibit Number
184:25   16, which is LC-009.  And this person says,
185:01   number four:  I used them during the convoy
185:02   live fire exercise on the road trip from
185:03   Kuwait, but then I lost them.
185:04   Correct?
185:05   A. Yes.
185:06   Q. And then number five says:  How
185:07   often and how long did you typically wear it?
185:08   And the response is:  For one week, then I lost
185:09   them and used the triple-flange and the foam
185:10   for the rest of the year.
185:11   Did I read that correctly?
185:12   A. Yes.
185:13   Q. And then if you go down to number
185:14   seven it says:  They were difficult to store.
185:15   They were too big for the case.  A lot of the
185:16   people kept them on their Kevlar, but they got
185:17   dusty and dirty and didn't want to wear them

185:18    when they got like that.  I lost mine with my
185:19    brown scarf when we switched over to another
185:20    vehicle.
185:21    Do you see that?
185:22    A. Yes.
185:23    Q. He does note that there was a
185:24    complaint that they were too big for the case.
185:25    Do you see that?
186:01    A. Yeah.
186:02    (Whereupon, Plaintiff's
186:03    Exhibit 17 was marked for
186:04    identification purposes.)
186:05    Q. Let's go to Exhibit Number 17,
186:06    which is LC-010.  This is the third person.
186:07    And on number two it says:  Do you believe your
186:08    hearing has been affected by the loud noises
186:09    you heard?  Why or why not?  And the answer is:
186:10    Yes.  My hearing is worse and the ringing is
186:11    worse.  My tinnitus used to be intermittent,
186:12    now it's all the time.
186:13    Did I read that correctly?
186:14    A. Yes.
186:15    Q. Then if we look at number four,
186:16    it says:  When did you wear the CAE?  And the
186:17    person answers:  Approximately one week, but
186:18    they were too irritating.  Too deep inside the
186:19    ear canal.  And then it's explained that the
186:20    soldier switched to using an oral
186:21    triple-flanged earplug; correct?
186:22    A. Yes.
186:23    Q. If a plug is too irritating and
186:24    fits too deep inside the ear canal, that can be
186:25    a problem for that plug's fit; correct?
187:01    MR. NOMELLINI:  Object to the
187:02    form.
187:03    Q. Is that correct?
187:04    A. So you've got too irritating, too
187:05    deep, does that mean they were too big or that
187:06    he didn't like the consistency of the silicone?
187:07    Q. I don't know.  I wasn't there to
187:08    ask him the question, but you were.  Do you
187:09    remember?
187:10    A. No.
187:11    Q. If we look at number seven, it
187:12    says:  We are in the process of redesigning the
187:13    CAE.  If length of the actual earplug was an
187:14    issue, how long can the CAE be and not
187:15    interfere with other tasks which you must
187:16    perform, like talking on the radio, et cetera?
187:17    And it says here:  The hand mic used in radio
187:18    control depresses the CAE further into the ear
187:19    canal making it way too irritating.  Make the
187:20    length flush with the opening of the ear canal.
187:21    Did I read that right?

187:22    A. Yes.
187:23    Q. And then if we go to eleven, it
187:24    says:  Anything else that you would like to say
187:25    about what did or did not work with the CAE or
188:01    comments on how it might be improved?  And the
188:02    person responds:  Length both too far in the
188:03    canal and too far out of the canal.
188:04    Did I read that correctly?
188:05    A. Yes.

188:12 - 190:04    Battler, Leanne (2020-09-10)                    2:55
188:12    (Whereupon, Plaintiff's
188:13    Exhibit 18 was marked for
188:14    identification purposes.)
188:15    Q. Okay.  So that's two out of three
188:16    that didn't like it.  And let's go to Exhibit
188:17    Number 18, and that's LC-011.
188:18    And this one, I believe, is one
188:19    that Mr. Nomellini went through with you
188:20    through.  And he explains that he wore his
188:21    earplugs all the time under number two.  If I
188:22    hadn't worn hearing protective devices, I would
188:23    have had serious problems or else have been
188:24    deaf.
188:25    Correct?
189:01    A. Yes.
189:02    Q. Then at the end, number eleven,
189:03    he says:  No, I wouldn't change anything at
189:04    all.
189:05    True?  Is that right?
189:06    A. Yes.
189:07    Q. So we've got one person that
189:08    likes them, one person that says they're too
189:09    irritating, one person that lost them after a
189:10    week, and another person that thought they were
189:11    too big; correct?
189:12    A. Say that again.  One --
189:13    Q. Sure.  One thought they were too
189:14    big and they hurt and that they didn't work
189:15    well, that's the first person.  Correct?
189:16    A. Okay.
189:17    Q. One used them for a week and then
189:18    lost them.  That's the second person; correct?
189:19    A. Uh-huh.
189:20    Q. The third person found that they
189:21    were too irritating and had to switch to a
189:22    different triple-flange plug after a week and
189:23    thought they went too far in the canal;
189:24    correct?
189:25    A. Yes.
190:01    Q. And then the fourth person liked
190:02    the plug and said:  I wouldn't change anything
190:03    at all; correct?
190:04    A. Yes.

190:10 - 190:20   Battler, Leanne (2020-09-10)                                   1:38
190:10   (Whereupon, Plaintiff's
190:11   Exhibit 19 was marked for
190:12   identification purposes.)
190:13   Q. Now, if we could pull up
190:14   Plaintiff's Exhibit -- let me see.  This should
190:15   be 19.  Let's mark it P 1272.2.
190:16   Have you seen this document
190:17   before?
190:18   A. Yes.
190:19   Q. Okay.  What is it?
190:20   A. I made this.

191:13 - 192:10   Battler, Leanne (2020-09-10)                                   1:23
191:13   Q. Okay.  Now, one of the things, if
191:14   we look on here, on the right-hand side of the
191:15   document, underneath number three, in the third
191:16   column, it says, and you had talked about this
191:17   earlier, it says:  All earplugs work loose and
191:18   must be reseated after a period of time.
191:19   Do you see that?
191:20   A. Yes.
191:21   Q. Do you agree with that?
191:22   A. Yes.
191:23   Q. How long, typically, does it take
191:24   for an earplug to work loose as is being
191:25   described here?
192:01   A. Well, that depends if they're
192:02   chewing gum or -- it depends on the individual.
192:03   Q. Okay.  How often -- You say plugs
192:04   must be reseated.  Can there be a plug that has
192:05   to be reseated -- that needs to be reseated so
192:06   often that it's not very helpful, not very
192:07   useful?
192:08   A. I guess if it was fitting barely,
192:09   then, yeah.  If it was less than a perfect fit
192:10   then it would need to be reseated more often.

192:20 - 192:23   Battler, Leanne (2020-09-10)                                   0:12
192:20   Q. Fair enough.  So you want a plug
192:21   that stays in longer, rather than shorter;
192:22   fair?
192:23   A. Correct.

193:07 - 193:19   Battler, Leanne (2020-09-10)                                   1:55
193:07   Q. And what is that a picture of?
193:08   A. So with the old BDU, the battle
193:09   dress uniform, we used to have a pocket on the
193:10   right front breast, and the part of the uniform
193:11   was to wear the earplug carrying case with your
193:12   unit crest attached to the button on that
193:13   uniform.  So that was the Darnell Army
193:14   Community Hospital crest, my earplug case, and

| | | | |
|---|---|---|---|
| 193:15 | those earplugs are the Elvex Quattro, which I | | |
| 193:16 | found were softer of silicone than the orange | | |
| 193:17 | triple-flanged, and which were -- which | | |
| 193:18 | provided a similar fit to the orange | | |
| 193:19 | triple-flange. | | |

**193:20 - 193:23   Battler, Leanne (2020-09-10)**   0:10

| | |
|---|---|
| 193:20 | Q. Okay.  You insert triple-flange |
| 193:21 | plugs basically the same way you do quad-flange |
| 193:22 | plugs? |
| 193:23 | A. Yes. |

**193:24 - 195:13   Battler, Leanne (2020-09-10)**   2:57

| | | | |
|---|---|---|---|
| 193:24 | Q. Okay.  I note there it says: | **Re: [195:07 to 195:13]** | Re: [195:07 to 195:13] |
| 193:25 | Every soldier who in-processes through Fort | **Def Obj** foundation (602); | OVERRULED |
| 194:01 | Hood Hearing Conservation Clinic is fitted with | vague, leading (611, 403) | |
| 194:02 | a pair of preformed earplugs and issued a | | |
| 194:03 | carrying case. | | |
| 194:04 | Do you see that? | | |
| 194:05 | A. Yes. | | |
| 194:06 | Q. Now, what does in-process mean? | | |
| 194:07 | A. So when you -- When you arrive at | | |
| 194:08 | your new duty station, when you PCS, permanent | | |
| 194:09 | change of station.  So when you're a brand-new | | |
| 194:10 | soldier, you've got your orders that say you | | |
| 194:11 | will report to Fort Hood, you in-process, and | | |
| 194:12 | that's when you go through all of your medical | | |
| 194:13 | checks, and you are assigned your new unit and | | |
| 194:14 | leadership, your housing, you get your kids | | |
| 194:15 | enrolled in school.  But the medical | | |
| 194:16 | in-processing at Fort Hood was done through the | | |
| 194:17 | Soldier Readiness Center. | | |
| 194:18 | Q. Are a lot of soldiers processed | | |
| 194:19 | through Fort Hood? | | |
| 194:20 | A. Yes. | | |
| 194:21 | Q. It's a pretty big Army fort, | | |
| 194:22 | isn't it? | | |
| 194:23 | A. Huge. | | |
| 194:24 | Q. Huge.  So every soldier that | | |
| 194:25 | shows up at Fort Hood goes through a fitting | | |
| 195:01 | process with these types of plugs; correct? | | |
| 195:02 | A. Yes. | | |
| 195:03 | Q. And those are put in basically | | |
| 195:04 | the same way as a Combat Arms Version 2 plug; | | |
| 195:05 | correct? | | |
| 195:06 | A. Yes. | | |
| 195:07 | Q. So if I can put in one of these, | | |
| 195:08 | I can put in a Version 2; correct? | | |
| 195:09 | MR. NOMELLINI:  Object to form | | |
| 195:10 | and foundation. | | |
| 195:11 | Q. Is that correct? | | |
| 195:12 | A. You should.  It's the same | | |
| 195:13 | process, yeah. | | |

196:02 - 196:19  Battler, Leanne (2020-09-10)                                      1:15

196:02   (Whereupon, Plaintiff's
196:03   Exhibit 20 was marked for
196:04   identification purposes.)
196:05   Q. Okay.  Now, if we could,
196:06   Lieutenant Colonel, let's pull up a document
196:07   LC-003.  And if we will look at the top of
196:08   LC-003, and I'll mark that as Exhibit -- I'm
196:09   sorry, the document that I previously had up on
196:10   the screen, let's mark that one that had the
196:11   photos on it as Exhibit Number 19.  And I will
196:12   mark this exhibit, LC-003, as Exhibit Number
196:13   20.
196:14   If we look at this document,
196:15   Lieutenant Colonel, do you see that it is an
196:16   email that is -- that the top was sent from a
196:17   Captain William Porter, to Brian Myers and you,
196:18   in August of 2005?
196:19   A. Yes.

197:25 - 201:01  Battler, Leanne (2020-09-10)                                      3:27

197:25   Q. And then it appears that if you
198:01   look in the email immediately above that, they
198:02   are talking about getting some of the
198:03   audiologists that have talked to some people to
198:04   get the information.
198:05   Do you see that?
198:06   A. Yes.
198:07   Q. And then if we go up a couple of
198:08   emails before that, there's one from a
198:09   Lieutenant Colonel Vickie Tuten.  Did I
198:10   pronounce that right?
198:11   A. Yes, you did.
198:12   Q. And it is from Lieutenant Colonel
198:13   Tuten to a Roberta Nang and a William --
198:14   Captain William Porter, and you are cc'd on it;
198:15   correct?
198:16   A. Yes.
198:17   Q. And if we look at the end of the
198:18   first paragraph, Lieutenant Colonel Tuten
198:19   writes:  I know I've personally had feedback
198:20   about fit/comfort issues.
198:21   Do you see that?
198:22   A. Yes.
198:23   Q. Now, you also had feedback on
198:24   fit/comfort issues; correct?
198:25   A. Yes.
199:01   Q. And then if you look immediately
199:02   above, you see there is an email from Captain
199:03   William Porter, and he lists three criticisms
199:04   of the system.
199:05   Do you see that?
199:06   A. Yes.
199:07   Q. What is the first criticism

**Re: [199:10 to 199:17]**
**Def Obj** foundation (602); 611,
403; leading

**Re: [200:20 to 201:01]**
**Def Obj** foundation (602);
leading, vague (611, 403)

Re: [199:10 to 199:17]
 SUSTAINED AS TO
COMMENTS RECEIVED

Re: [200:20 to 201:01]
 SUSTAINED AS TO
COMMENTS RECEIVED

199:08    Captain Porter notes?
199:09    A. Fit and size.
199:10    Q. And, again, you saw fit and size
199:11    problems, Lieutenant Colonel Tuten saw fit
199:12    problems, and now Captain Porter sees the same
199:13    problems; correct?
199:14    MR. NOMELLINI:  Object to the
199:15    form of the question.
199:16    A. Right.  The fit problem was that
199:17    there was only one size.
199:18    Q. Okay.  And then it says here, let
199:19    me read you what Captain Porter says:
199:20    Fit/size.  As you are well aware, not every
199:21    external ear canal is the same size, and some
199:22    soldiers could not/did not wear the CAE and
199:23    choose to wear other hearing protection because
199:24    it was more comfortable.
199:25    Do you see that?
200:01    A. Yes.
200:02    Q. Is it a fair statement that if
200:03    you put an earplug in somebody's ear and it's
200:04    too big, that it hurts?
200:05    A. That's fair.
200:06    Q. And if it hurts, that's a problem
200:07    for the user; true?
200:08    A. True.
200:09    Q. If we look down, number three,
200:10    there's an issue with compatibility that
200:11    Captain Porter notes.  He writes:
200:12    Compatibility with the standard Army earplug
200:13    case, the CAE will fit into the standard
200:14    plastic earplug case, but not without some
200:15    struggle.  If you develop a new version of the
200:16    CAE, the case should be integrated with the
200:17    product.
200:18    Did I read that correctly?
200:19    A. Yes.
200:20    Q. So it appears from Captain Porter
200:21    the product was too big for the carrying case;
200:22    fair?
200:23    MR. NOMELLINI:  Object to form
200:24    and foundation.
200:25    Q. Is that fair?
201:01    A. It was wrong, yes.

201:02 - 201:19   Battler, Leanne (2020-09-10)                                    1:51
201:02    Q. And then if we go back to where
201:03    we kind of started, Lieutenant Colonel, we go
201:04    to the email from Brian Myers on 8/16, to --
201:05    back to the same William Porter, Captain
201:06    Porter, and you have been cc'd on it, and he
201:07    says:  First, I want to thank you for the
201:08    feedback.  The first two items are high on our
201:09    list for improvements, and I believe you will

| | | | |
|---|---|---|---|
| 201:10 | be much happier with the version currently | | |
| 201:11 | under development. | | |
| 201:12 | We have conducted an additional | | |
| 201:13 | testing to determine if we are able to decrease | | |
| 201:14 | filter and earplug size but retain the | | |
| 201:15 | performance of the product.  It appears that we | | |
| 201:16 | can do this, which will go a long way toward | | |
| 201:17 | resolving the fit/comfort issue. | | |
| 201:18 | Do you see that? | | |
| 201:19 | A. Yes. | | |

**201:20 - 202:05   Battler, Leanne (2020-09-10)**   1:35

| | | | |
|---|---|---|---|
| 201:20 | Q. Do you agree that there was a | Re: [202:03 to 202:10] | Re: [202:03 to 202:10] |
| 201:21 | fit/comfort issue with these plugs? | **Def Obj** 702; foundation (602); | OVERRULED |
| 201:22 | A. Because they were only one size. | leading, vague (611, 403) | |
| 201:23 | Q. Right.  But he also mentions that | | |
| 201:24 | there was an issue with decreasing the filter | | |
| 201:25 | size. | | |
| 202:01 | Do you see that? | | |
| 202:02 | A. I do. | | |
| 202:03 | Q. Do you understand that the filter | | |
| 202:04 | was too big, and that was having an issue with | | |
| 202:05 | regard to comfort? | | |

**202:08 - 202:10   Battler, Leanne (2020-09-10)**   0:14

| | | | |
|---|---|---|---|
| 202:08 | A. For people with size small ear | Re: [202:03 to 202:10] | Re: [202:03 to 202:10] |
| 202:09 | canals, it would have been too -- the -- the | **Def Obj** 702; foundation (602); | OVERRULED |
| 202:10 | earplug would have been too big. | leading, vague (611, 403) | |

**202:11 - 202:14   Battler, Leanne (2020-09-10)**   0:13

| | |
|---|---|
| 202:11 | Q. Well, here's my -- What |
| 202:12 | percentage of the Army's population has ear |
| 202:13 | canals that are too small? |
| 202:14 | A. Not that many. |

**202:15 - 203:04   Battler, Leanne (2020-09-10)**   1:43

| | |
|---|---|
| 202:15 | Q. And, yet, we noted on your |
| 202:16 | previous interview of those four people, two of |
| 202:17 | them didn't like the fit; true? |
| 202:18 | MR. NOMELLINI:  Object to the |
| 202:19 | form of the question. |
| 202:20 | Q. You can answer. |
| 202:21 | A. Go back again.  So the -- Was it |
| 202:22 | that they didn't like the softness of the -- |
| 202:23 | I'm not sure how you're determining the word |
| 202:24 | fit, how you're defining the word fit. |
| 202:25 | I'm not sure how you're defining |
| 203:01 | the word fit. |
| 203:02 | Q. Okay.  They thought they were |
| 203:03 | uncomfortable, true, two of the four? |
| 203:04 | A. Correct. |

**203:05 - 203:09   Battler, Leanne (2020-09-10)**   0:14

| | |
|---|---|
| 203:05 | Q. And if you're saying it should |

203:06    only be for the smallest ear canals, that's not
203:07    very many people, but we still have a
203:08    significant number that are reporting it's not
203:09    very comfortable.

203:15 - 203:19  Battler, Leanne (2020-09-10)    0:24
203:15    A. Right.  I guess you'd -- you'd
203:16    need to be more precise about what -- how they
203:17    were defining comfort.  Was it because of -- I
203:18    know that the softness of the silicone was an
203:19    issue.

203:20 - 203:23  Battler, Leanne (2020-09-10)    0:08
203:20    Q. One of them said it was too
203:21    irritating because it went deep inside the ear
203:22    canal; correct?
203:23    A. Uh-huh.

204:11 - 204:13  Battler, Leanne (2020-09-10)    0:06
204:11    Q. Okay.  But on one of them it does
204:12    appear to be a diameter issue, because it
204:13    hurts; true?

204:16 - 204:17  Battler, Leanne (2020-09-10)    0:09
204:16    A. Not necessarily.  To me, it could
204:17    have been the silicone softness.

207:02 - 207:25  Battler, Leanne (2020-09-10)    1:02
207:02    Q. So let's talk about a few of    **Re: [207:09 to 207:25]**    Re: [207:09 to 207:25]
207:03    these things.  We had talked about this before    **Def Obj** leading (611, 403)    OVERRULED
207:04    but can you again state for us, why is it
207:05    important to have a plug that you don't have to
207:06    constantly reinsert?
207:07    A. Because you need two hands to
207:08    operate your radio or fire your weapon.
207:09    Q. If your earplugs are loosening
207:10    and you have to constantly free one of your
207:11    hands to stick them back in -- or actually use
207:12    both hands, because you've got to pull the
207:13    pinna back and stick it in, that can be a
207:14    problem to a soldier who is busy looking for
207:15    bad guys that are trying to kill him; true?
207:16    A. True.
207:17    Q. And that's one of the things that
207:18    you mentioned earlier, is we want our soldiers
207:19    to be lethal.  As mean as that sounds, we want
207:20    them lethal; right?
207:21    A. Yes.
207:22    Q. And if they're fidgeting with
207:23    their earplugs, they're not very lethal, are
207:24    they?
207:25    A. Correct.

210:05 - 210:14  Battler, Leanne (2020-09-10)    1:36

| Transcript | Time | Defendant Objection | Ruling |
|---|---|---|---|
| 210:05  Q. And the paragraph that says -- on<br>210:06  the left-hand size that says:  Designed to meet<br>210:07  the unique demands of the Armed Forces.  On<br>210:08  this one, it says:  The level-dependent<br>210:09  technology used in the earplug, and the earplug<br>210:10  itself, has been tested on human subjects and<br>210:11  found to be protective at 190 dBP for at least<br>210:12  one hundred exposures.<br>210:13  Do you see that?<br>210:14  A. Yes. | | **Re: [210:05 to 210:14]**<br>**Def Obj** relevance (401, 402);<br>403 | Re: [210:05 to 210:14]<br>OVERRULED |
| 211:02 - 211:08  Battler, Leanne (2020-09-10)<br>211:02  Q. Okay.  But doesn't that imply<br>211:03  some sort of a quality for an earplug, if it<br>211:04  can be protective at a hundred exposures for<br>211:05  190 dBP?<br>211:06  MR. NOMELLINI:  Object to form.<br>211:07  A. Yes.  That's -- that's a lot --<br>211:08  lot of noise. | 0:19 | **Re: [211:02 to 211:08]**<br>**Def Obj** 702; foundation (602);<br>relevance (401, 402); 403 | Re: [211:02 to 211:08]<br>OVERRULED |
| 211:19 - 211:25  Battler, Leanne (2020-09-10)<br>211:19  Q. Then if we look down one -- under<br>211:20  the dual-ended Combat Arms earplugs, there's<br>211:21  several bullets there.  And it notes:<br>211:22  Premolded triple-flange design fits most ear<br>211:23  canals.<br>211:24  Do you see that?<br>211:25  A. Yes. | 0:25 | **Re: [211:19 to 211:25]**<br>**Def Obj** relevance (401, 402);<br>403; foundation (602) | Re: [211:19 to 211:25]<br>OVERRULED |
| 212:07 - 212:19  Battler, Leanne (2020-09-10)<br>212:07  Q. It says:  The level-dependent<br>212:08  technology used in the earplug and the earplug<br>212:09  itself has been tested on human subjects and<br>212:10  found to be protective at 190 dBP for at least<br>212:11  a hundred exposures.<br>212:12  Are you aware that that's a false<br>212:13  statement?<br>212:14  A. It appears -- Like I said, that's<br>212:15  a lot of noise.  It's surprising to me.<br>212:16  If -- It -- It sounds -- It<br>212:17  sounds like it could -- I don't know who could<br>212:18  survive a hundred exposures of 190 decibels of<br>212:19  peak sound pressure level. | 1:48 | **Re: [212:07 to 212:19]**<br>**Def Obj** relevance (401, 402);<br>403; foundation (602) | Re: [212:07 to 212:19]<br>OVERRULED |
| 212:20 - 213:01  Battler, Leanne (2020-09-10)<br>212:20  Q. Does it concern you that 3M's<br>212:21  marketing says this specific earplug, the<br>212:22  Combat Arms Version 2, has been tested on human<br>212:23  subjects and found to be protective at a 190<br>212:24  dBP for at least a hundred exposures, and that<br>212:25  that is a hundred percent false statement.<br>213:01  Does that concern you? | 0:24 | **Re: [212:20 to 212:20]**<br>**Def Obj** incomplete counter<br>(106); foundation (602) | Re: [212:20 to 212:20]<br>SUSTAINED |
| 213:07 - 213:15  Battler, Leanne (2020-09-10) | 1:35 | | |

213:07   Q. Have you had -- Have you ever
213:08   dealt with hearing protectors, earplugs, in the
213:09   military where the vendor has made false
213:10   statements about the capabilities of the
213:11   product?
213:12   MR. NOMELLINI:  Beyond the scope
213:13   of the Touhy.  Object to the form.
213:14   A. My opinion that they're false
213:15   or -- or --

213:16 - 213:19   Battler, Leanne (2020-09-10)                    0:14
213:16   Q. No.  Has -- Have you ever had a
213:17   situation where a vendor has made false
213:18   statements about the capabilities of their
213:19   earplugs?

213:22 - 214:03   Battler, Leanne (2020-09-10)                    0:28
213:22   Q. You can answer.                               Re: [213:24 to 215:07]        Re: [213:24 to 215:07]
213:23   A. I would say yes.                              Pltf Obj 01. 402, 15. 403     SUSTAINED/DEFER
213:24   Q. You have had situations where                 (Prejudicial vs Probative),  RULING
213:25   they've made false claims?                       11. Foundation
214:01   A. Yes.
214:02   Q. And who was that?
214:03   A. That was --

214:10 - 214:25   Battler, Leanne (2020-09-10)                    1:26
214:10   A. Okay.  The -- My personal                     Re: [213:24 to 215:07]        Re: [213:24 to 215:07]
214:11   experience is that the SureFire EP2 earplug was  Pltf Obj 01. 402, 15. 403     SUSTAINED/DEFER
214:12   -- was -- soldiers believed it was going to       (Prejudicial vs Probative),  RULING
214:13   offer a similar amount of protection as the       11. Foundation
214:14   Combat Arms ISL filter, and my experience was
214:15   it did not.
214:16   Q. How was that a false claim?
214:17   A. So that's why I hesitated with
214:18   answering that, because it's not like they
214:19   wrote in the pamphlet EP2 is equivalent to.
214:20   But somehow soldiers were coming into my clinic
214:21   with these SureFire earplugs that Sonic
214:22   Defender added into their flashlight orders,
214:23   and because they were a much softer silicone,
214:24   the soldiers were under the impression that it
214:25   was a fabulous hearing protection.

224:24 - 226:12   Battler, Leanne (2020-09-10)                    2:58
224:24   MR. MONSOUR:  If you could,
224:25   Corey, if you'll pull up Exhibit Number 19.
225:01   Q. We went through this before.  I
225:02   want to ask you a question about it, Lieutenant
225:03   Colonel.
225:04   If you look at that second
225:05   picture on the left-hand column, you see
225:06   there's a soldier, and his ear has the green
225:07   end sticking out.
225:08   Do you see it?

225:09   A. Yes.
225:10   Q. Now, did you take this picture?
225:11   A. I did.  That's my husband's ear
225:12   -- ex-husband's ear.
225:13   Q. That's your ex-husband, okay.
225:14   Okay.  So you know this soldier; correct?
225:15   A. Yes.
225:16   Q. And what size ear canal did he
225:17   have?
225:18   A. Medium.
225:19   Q. Medium, okay.
225:20   And do you see how the plug is
225:21   fit in this situation?
225:22   A. Yes.
225:23   Q. Do you see how the opposing green
225:24   flange appears to be kind of pushed up against
225:25   his tragus?
226:01   A. Yes.
226:02   Q. Do you believe that this picture
226:03   shows a good fit?
226:04   A. Yes.
226:05   Q. Does it appear to you that the
226:06   outside flange in this picture is butting up
226:07   against -- is flush against his tragus?
226:08   A. It's flush, yes.
226:09   Q. If that flange had a -- had
226:10   enough tension on it to where it was pushing
226:11   against the tragus and loosening the plug,
226:12   would that be a problem?

226:15 - 226:22   Battler, Leanne (2020-09-10)                     0:24
226:15   A. Say that one more time.  Pushing
226:16   against the --
226:17   Q. Sure.  If that flange -- As it
226:18   was inserted, if that flange got tension on it
226:19   because of the insertion, and as the flange
226:20   kind of reverted to form, it pushed the earplug
226:21   kind of out of the ear canal, would that be a
226:22   problem for this plug?

226:25 - 227:05   Battler, Leanne (2020-09-10)                     0:14
226:25   A. No.  Because the yellow -- The
227:01   yellow part was seated properly.
227:02   Q. But what if that green flange was
227:03   forcing the entire earplug to kind of pull out
227:04   of the ear, would that be a problem with the
227:05   plug?

227:12 - 227:17   Battler, Leanne (2020-09-10)                     0:21
227:12   A. I mean -- Yeah.  Does it -- I
227:13   don't know how it would -- how it would exert
227:14   force against the tragus.
227:15   Q. If such force against the tragus
227:16   existed, though, and the plug did loosen, that

227:17      would be a problem with this plug; true?

228:20 - 228:05   Battler, Leanne (2020-09-10)     1:43
227:20      A. It grew arms and pushed itself
227:21      out?
227:22      If the yellow part is seated
227:23      correctly, so it -- it -- the -- the -- I don't
227:24      see -- I do not -- I cannot comprehend how the
227:25      green portion would exert any force on the part
228:01      that was inserted in the canal.
228:02      Q. Okay.  But I guess here's my
228:03      question:  If a plug -- If the design of a plug
228:04      caused it to loosen itself, that's a problem
228:05      with the plug; true?

228:08 - 228:14   Battler, Leanne (2020-09-10)     0:19
228:08      A. Right.  It's hypothetical.  It's
228:09      not a realistic question.
228:10      Q. I'm asking about this plug that
228:11      you used.  I'm not talking about a hypothetical
228:12      plug, I'm talking a CAEv2.  If the design
228:13      of the plug caused the plug itself to loosen,
228:14      that's a problem with the plug; right?

228:21 - 230:12   Battler, Leanne (2020-09-10)     3:06
228:21      A. Yeah, it's hypothetical.  It's
228:22      hypothetical.
228:23      The yellow portion of this
228:24      earplug was seated perfectly.  This was a
228:25      perfect size medium earplug.  The green -- The
229:01      fact that the third flange is touching his
229:02      tragus had no impact on how the yellow part
229:03      remained seated.

| | |
|---|---|
| 229:04      Q. When you are taking pictures of <br> 229:05      plugs like this, and examining them, did you <br> 229:06      seat the plug and then take the picture and <br> 229:07      then move on and do something else?  Or did you <br> 229:08      seat the plug and come back an hour later and <br> 229:09      check it again? <br> 229:10      A. My husband put the earplug in; I <br> 229:11      did the tug test; and then he used it for <br> 229:12      several missions, four deployments, and came <br> 229:13      back with excellent hearing and no tinnitus. <br> 229:14      Q. Okay.  Do you know any soldiers <br> 229:15      that have come back from serving our country <br> 229:16      that used the Combat Arms earplug and do have <br> 229:17      either hearing loss or tinnitus? <br> 229:18      A. No. <br> 229:19      Q. You don't know one soldier that <br> 229:20      used these plugs that has either hearing loss <br> 229:21      or tinnitus? <br> 229:22      A. I don't know -- Of the soldiers <br> 229:23      who came back with hearing loss and/or <br> 229:24      tinnitus, I am not sure how consistently they | The Court agrees with removal of 229:04-230:02 per PTC ruling. |

| Time | Testimony | Pltf Obj | Def Obj | Ruling |
|---|---|---|---|---|
| 229:25<br>230:01<br>230:02 | used the earplugs.  I am -- I am a hundred<br>percent certain that my ex-husband used them<br>with -- used them all the time. | | | |
| 230:03<br>230:04<br>230:05<br>230:06<br>230:07<br>230:08<br>230:09<br>230:10<br>230:11<br>230:12 | Q. Okay.  And he put them in<br>himself; correct?<br>A. Yes.<br>Q. Did he put them in as you trained<br>him to do?<br>A. Yes.<br>Q. And he does not have the flanges<br>folded back, the opposing flanges folded back;<br>true?<br>A. Correct. | | | |

**230:20 - 230:23   Battler, Leanne (2020-09-10)   0:16**

| | | | | |
|---|---|---|---|---|
| 230:20<br>230:21<br>230:22<br>230:23 | MR. MONSOUR:  Okay.  If you can<br>pull up LC-026.  We'll call this Exhibit 24.<br>Are we on Exhibit 24, Madam Court<br>Reporter? | | Re: [230:20 to 230:33]<br>**Pltf Obj** GAO exhibit, excluded<br>per court order | SUSTAINED |

**231:02 - 231:19   Battler, Leanne (2020-09-10)   1:54**

| | | | | |
|---|---|---|---|---|
| 231:02<br>231:03<br>231:04<br>231:05<br>231:06<br>231:07<br>231:08<br>231:09<br>231:10<br>231:11<br>231:12<br>231:13<br>231:14<br>231:15<br>231:16<br>231:17<br>231:18<br>231:19 | Q. Okay.  Let's pull this up.<br>This is from the GAO.  Is that<br>the General Accounting Office, or Government<br>Accountability Office?  Do you see that?<br>A. Yes.  GAO.<br>Q. It says:  Report to congressional<br>committees, hearing loss prevention, from<br>January 2011.<br>Do you see that?<br>A. Yes.<br>Q. Have you ever seen this before?<br>A. Yes.<br>Q. In what context did you see it?<br>A. The GAO committee came to Fort<br>Carson to learn about my program.<br>Q. Okay.  If you'll -- If we can go<br>to page twenty-five, and look at the footnote<br>at the bottom of the page. | | Re: [231:02 to 231:19]<br>**Pltf Obj** GAO exhibit, excluded<br>per court order | SUSTAINED |

**231:22 - 233:24   Battler, Leanne (2020-09-10)   3:34**

| | | | | |
|---|---|---|---|---|
| 231:22<br>231:23<br>231:24<br>231:25<br>232:01<br>232:02<br>232:03<br>232:04<br>232:05<br>232:06<br>232:07<br>232:08<br>232:09 | Q. Have you ever seen this footnote<br>before?<br>A. I saw it two days ago for the<br>first time.<br>Q. Okay.  So it came out in 2011,<br>and you just saw it for the first time two days<br>ago?<br>A. I never read the footnote before.<br>Q. Okay.  And how did you come to<br>see this two days ago?<br>A. Major Wald told me to read it.<br>Q. Okay.  Well, let's go through<br>what it says. | Re: [233:22 to 234:11]<br>**Pltf Obj** 04. 702, 11.<br>Foundation, 12. Hearsay | Re: [233:22 to 234:11]<br> SUSTAINED/SUSTAINED<br>DOC EXCLUDED | |

232:10    A. Uh-huh.
232:11    Q. Footnote 27, and this is -- This
232:12    is involving the study that you were talking
232:13    about earlier in your deposition; true?
232:14    A. Yes.
232:15    Q. And Mr. Nomellini asked you about
232:16    it, and then I asked you a few questions about
232:17    it; right?
232:18    A. Yes.
232:19    Q. And it says:  Cleveland, Leanne,
232:20    Captain, quote, Fort Carson:  An Army Hearing
232:21    Program Success Story.  Army Department Medical
232:22    Journal, April-June 2009.
232:23    This study describes the effect
232:24    of the addition of a second audiologist at the
232:25    Army base in Fort Carson, Colorado.  While the
233:01    study proves that the addition of a second
233:02    audiologist would increase the number of
233:03    service members receiving testing and training,
233:04    it does not provide sufficient evidence to
233:05    support that an additional audiologist led to
233:06    reduced hearing loss.
233:07    For example, the study interprets
233:08    shifts in the hearing loss and readiness rates
233:09    as being directly attributable to the
233:10    availability of a second audiologist, but the
233:11    study does not consider other factors that
233:12    could have also had effects, such as
233:13    overseas deployments, changes in equipment, and
233:14    changes in training.
233:15    Did I read that reasonably
233:16    carefully -- or accurately?
233:17    A. Yes.
233:18    Q. Do you believe that the points
233:19    that are made in this footnote are valid
233:20    points?
233:21    A. No.
233:22    Q. Okay.  Do you think that whoever
233:23    -- Do you think that whoever was critical of
233:24    your study is just plain wrong?

234:03 - 235:23    Battler, Leanne (2020-09-10)                                    2:18

234:03    A. I mean, there was a definite                 **Re: [233:22 to 234:11]**          Re: [233:22 to 234:11]
234:04    correlation.  Correlation does not imply        **Pltf Obj** 04. 702, 11.          SUSTAINED/SUSTAINED
234:05    causation, but there's no -- there's no other   Foundation, 12. Hearsay           DOC EXCLUDED
234:06    -- The comment does not explain how other
234:07    factors, such as overseas deployments, changes  **Re: [234:12 to 235:23]**          Re: [234:12 to 235:23]
234:08    in equipment, and changes in training -- it     **Pltf Obj** 04. 702, 11.          SUSTAINED
234:09    doesn't define what those were, and how they    Foundation
234:10    could have resulted in the changes that I
234:11    documented.
234:12    Q. Okay.  But in all fairness,
234:13    whoever authored footnote 27 notes that your
234:14    article did not consider factors that could

234:15    have -- could also have had effects, such as
234:16    overseas deployments.  Yours did not consider
234:17    overseas deployments; true?
234:18    A. Of course it considered overseas
234:19    deployments.
234:20    Q. Okay.  Even though this article
234:21    says you're not considering overseas
234:22    deployments?
234:23    A. Who said it didn't consider
234:24    overseas deployments?
234:25    The Army Hearing Program Success
235:01    Story was documented during a time of overseas
235:02    deployments.
235:03    Q. It says here:  But the study does
235:04    not consider other factors that could have also
235:05    had effects, such as overseas deployments,
235:06    changes in equipment, and changes in training.
235:07    Do you see that?
235:08    A. Yes, I see that.
235:09    Q. Did your article discuss changes
235:10    in training?
235:11    A. Yes.
235:12    Q. Did it discuss changes in
235:13    equipment?
235:14    A. Yes.
235:15    Q. And did it discuss overseas
235:16    deployments?
235:17    A. Yes.
235:18    Q. So even though the Army's United
235:19    States Government Accountability Office
235:20    evaluated your article and had those
235:21    criticisms, you believe that your article
235:22    discussed those things accurately and fully?
235:23    A. Yes.

235:24 - 236:01   Battler, Leanne (2020-09-10)                    0:10
235:24    Q. Okay.  And you didn't see this
235:25    footnote until two days ago; right?
236:01    A. Right.

237:18 - 238:02   Battler, Leanne (2020-09-10)                    0:21
237:18    Q. Okay.  Did you talk with anyone          Re: [237:18 to 237:25]    Re: [237:18 to 237:25]
237:19    about this deposition other than the Major who   Pltf Obj 01. 402, 15. 403   SUSTAINED
237:20    is here with us today?                       (Prejudicial vs Probative)
237:21    A. I told my ex-husband:  Oh, my                                         Re: [238:01 to 238:02]
237:22    God, the email about the stun mullet that you   Re: [238:01 to 238:02]    SUSTAINED
237:23    sent to Doug Ohlin was included in the       Pltf Obj 01. 402
237:24    paperwork.  So I did tell him that.
237:25    Q. Okay.
238:01    A. He thought that was pretty
238:02    awesome.

238:13 - 239:12   Battler, Leanne (2020-09-10)                    1:15
238:13    Real quick.  It appears -- We've

238:14   gone through some emails today where you were
238:15   having a back and forth with Brian Myers, with
238:16   Aearo, we saw his email address, you remember
238:17   that?
238:18   A. Uh-huh.
238:19   Q. Correct?
238:20   A. Yes.
238:21   Q. And in those back and forths, you
238:22   were talking about some of the pros and cons of
238:23   the CAEv2; true?
238:24   A. Yes.
238:25   Q. And I'm categorizing it as a back
239:01   and forth.  Do you think that's a fair
239:02   categorization?
239:03   A. As a quality assurance?
239:04   Q. Yes.
239:05   A. Yes.
239:06   Q. Okay.  In those back-and-forth
239:07   emails with Brian Myers, or anyone else from
239:08   Aearo, did any of them ever share any problems
239:09   that they might have had with the CAEv2 with
239:10   you?
239:11   A. No.  It was always what can we do
239:12   to help the soldier.

239:13 - 239:15   Battler, Leanne (2020-09-10)                    0:08
239:13   Q. Okay.  But they never shared any
239:14   of their internally known problems with the
239:15   plug with you; true statement?

239:18 - 239:19   Battler, Leanne (2020-09-10)                    0:05
239:18   Q. Go ahead.  You can answer.
239:19   A. That's true.

239:20 - 239:24   Battler, Leanne (2020-09-10)                    0:15
239:20   Q. Okay.  If there had been some
239:21   problems with the plug that they knew about,
239:22   the back and forth would have been an
239:23   opportunity for them to disclose that
239:24   information to you; true?

240:05 - 240:07   Battler, Leanne (2020-09-10)                    0:08
240:05   A. I think if there was a problem
240:06   with the plug, I would have found it on my own,
240:07   regardless of them telling me or not.

240:10 - 240:13   Battler, Leanne (2020-09-10)                    0:13
240:10   My question is:  They never
240:11   shared any of the problems that they knew about
240:12   the plug with you; true?
240:13   A. That is true.

Re: [239:13 to 239:19]
Def Obj improper counter
(lines 239:13-19 and 240:10-13
should be read to the jury
together with 239:20-24 and
240:4-7. However, if 239:20-24
and 240:4-7 are excluded, then
239:13-19 and 240:10-13
be excluded on the sames
grounds).

Re: [239:13 to 239:19]
OVERRULED

Re: [240:10 to 240:13]
Def Obj improper counter
(lines 239:13-19 and 240:10-13
should be read to the jury

Re: [240:10 to 240:13]
OVERRULED

| | | | | |
|---|---|---|---|---|
| 241:15 - 242:08 | Battler, Leanne (2020-09-10) | 1:54 | together with 239:20-24 and 240:4-7. However, if 239:20-24 and 240:4-7 are excluded, then 239:13-19 and 240:10-13 should be excluded on the same grounds). | **Re: [241:15 to 242:08]** **Pltf Obj** 611; foundation, GAO excluded per court order | **SUSTAINED** |
| 241:15 | Q. Good afternoon, Lieutenant | | | | |
| 241:16 | Colonel Battler.  You were shown a GAO study, | | | | |
| 241:17 | Exhibit 24, that included some supposed | | | | |
| 241:18 | criticisms of your report on the success story | | | | |
| 241:19 | article that you wrote; correct? | | | | |
| 241:20 | A. Correct. | | **Re: [241:21 to 241:25]** | Re: [241:21 to 241:25] | |
| 241:21 | Q. And, in fact, that GAO had | | **Pltf Obj** 03. 611; Leading, 04. | SUSTAINED DOC | |
| 241:22 | various criticisms that certain things weren't | | 702, 11. Foundation | EXCLUDED | |
| 241:23 | in your report.  But, in fact, every one of | | | | |
| 241:24 | those things was in your report; correct? | | | | |
| 241:25 | A. Correct. | | | | |
| 242:01 | Q. And you would agree with me that | | **Re: [242:01 to 242:08]** | Re: [242:01 to 242:08] | |
| 242:02 | even in the case of the government -- the | | **Pltf Obj** 11. Foundation, 03. | SUSTAINED DOC | |
| 242:03 | government reports, and the case of this GAO | | 611; Leading | EXCLUDED | |
| 242:04 | report that criticized your report, sometimes | | | | |
| 242:05 | the government just gets it wrong; right? | | | | |
| 242:06 | A. Shockingly. | | | | |
| 242:07 | Q. So you would agree with that? | | | | |
| 242:08 | A. Yes, I agree. | | | | |
| | | | | | |
| 242:15 - 243:05 | Battler, Leanne (2020-09-10) | 1:41 | | | |
| 242:15 | Q. You were asked questions by Mr. | | | | |
| 242:16 | Monsour if there was a problem with the Combat | | | | |
| 242:17 | Arms Version 2, would that have been an | | | | |
| 242:18 | opportunity for Aearo to tell you, he was | | | | |
| 242:19 | referring to the back and forth of the emails. | | | | |
| 242:20 | And your testimony was:  If there was a problem | | | | |
| 242:21 | with the plug, I would have found it on my own. | | | | |
| 242:22 | What did you mean by that? | | | | |
| 242:23 | A. The soldiers -- The soldiers | | | | |
| 242:24 | would have told me.  They would have told me. | | | | |
| 242:25 | Q. You were asked some questions | | | | |
| 243:01 | about your ex-husband and the picture that you | | | | |
| 243:02 | took of an earplug in his ear contacting his | | | | |
| 243:03 | tragus. | | | | |
| 243:04 | Do you recall that? | | | | |
| 243:05 | A. Yes. | | | | |
| | | | | | |
| 243:20 - 244:02 | Battler, Leanne (2020-09-10) | 0:19 | | | |
| 243:20 | Q. I'll just limit it to your | | | | |
| 243:21 | experience.  In your experience, why does it -- | | | | |
| 243:22 | with respect to your husband, whose plug | | | | |
| 243:23 | contacted his tragus; right? | | | | |
| 243:24 | A. Uh-huh. | | | | |
| 243:25 | Q. With respect to your ex-husband, | | | | |
| 244:01 | why didn't the plug -- the outer flange of the | | | | |
| 244:02 | plug contacting his tragus cause a problem? | | | | |
| | | | | | |
| 244:07 - 244:20 | Battler, Leanne (2020-09-10) | 1:37 | | | |
| 244:07 | A. Because the -- The internal | | | | |
| 244:08 | portion in her ear was -- was seated. | | | | |
| 244:09 | Q. And your husband used that plug | | | **The Court agrees with** |

| | | |
|---|---|---|
| 244:10 and did not sustain any hearing loss or | | removal of 244:09-12 per PTC ruling. |
| 244:11 tinnitus; correct? | | |
| 244:12 A. Correct. | | |

244:13   Q. Okay.  You were asked some
244:14   questions about the four surveys you did,
244:15   Exhibits 15 and 18, do you recall that?
244:16   A. Yes.
244:17   Q. And Exhibit 15, the first
244:18   individual, said there was nothing that he
244:19   would change about the plug; right?
244:20   A. Yes.

**245:08 - 245:25   Battler, Leanne (2020-09-10)   1:48**

245:08   Q. So one individual's response was
245:09   that they wouldn't change anything; right?
245:10   A. Right.
245:11   Q. One individual's response was
245:12   they were effective when they were worn;
245:13   correct?
245:14   A. Yes.  Is that the one who lost
245:15   them?
245:16   Q. And then there were two
245:17   individuals who indicated that they were not
245:18   comfortable; right?
245:19   A. Right.
245:20   Q. Now, for individuals who
245:21   indicated that they were not comfortable, you
245:22   indicated that that would either be because
245:23   they didn't like the material or because of the
245:24   diameter.  It's not clear; right?
245:25   A. Correct.

Re: [245:08 to 245:25]
**Pltf Obj** 802; 402/403; 701/702; conjecture; speculation

Re: [245:08 to 245:25]
SUSTAINED

**246:01 - 246:07   Battler, Leanne (2020-09-10)   0:16**

246:01   Q. Is that correct?
246:02   A. Yes.  Correct.
246:03   Q. And so if the diameter was too
246:04   big, for those individuals, of the plug, they
246:05   should not have been wearing the plug in the
246:06   first instance; correct?
246:07   A. Correct.

Re: [246:01 to 246:07]
**Pltf Obj** 802; 402/403; 602/701/702; incomplete hypothetical; improper/incomplete designation; speculation; 611 leading; conjecture

Re: [246:01 to 246:07]
SUSTAINED

**246:19 - 247:13   Battler, Leanne (2020-09-10)   1:06**

246:19   Q. Well, let me ask you this:  If
246:20   the plugs were so big that they were
246:21   uncomfortable, those soldiers should not have
246:22   been fitted with those earplugs; correct?
246:23   A. In my experience, if -- Right.
246:24   If we couldn't get the third flange flush with
246:25   the opening of the ear canal, or if it was too
247:01   uncomfortable to reach that point, then we
247:02   would not fit them with -- we would recommend
247:03   they not use that size medium Combat Arms
247:04   earplug.
247:05   Q. Okay.  And if it was because the

Re: [246:19 to 247:13]
**Pltf Obj** 402/403; 602/701/702; improper hypothetical; speculation; conjecture; 406;

Re: [246:19 to 247:13]
SUSTAINED

247:06    -- If they were uncomfortable because of the
247:07    material, the individuals had other options to
247:08    choose from, in terms of material; right?
247:09    A. Right.
247:10    Q. And we talked about the SureFire
247:11    plug, it had a more comfortable material, but
247:12    your testimony was it did not provide the same
247:13    protection as the Combat Arms earplug; right?

247:16 - 247:25   Battler, Leanne (2020-09-10)          1:42

247:16    A. The SureFire earplug feels like a
247:17    gummy bear in your ear.  It's awesome.
247:18    Q. But you testified earlier you
247:19    were concerned about statements made about
247:20    SureFire because, in fact, SureFire did not
247:21    provide the same protection for hearing as
247:22    Combat Arms; correct?
247:23    A. My experience was that it did not
247:24    -- that more hearing loss was incurred when
247:25    soldiers wore the SureFire earplug.

**Re: [247:16 to 247:25]**
**Pltf Obj** Nonresponsive
answers; 611 leading
questions; 701/702; 402/403;
speculatuion; conjecture

Re: [247:16 to 247:25]
SUSTAINED

248:04 - 248:21   Battler, Leanne (2020-09-10)          1:46

248:04    Q. And that's based on your personal
248:05    experience; correct?
248:06    A. Yes, sir.
248:07    Q. And so looking -- looking back at
248:08    Exhibits 15 to 18, when I was asking you
248:09    questions, you called the Combat Arms Version 2
248:10    a great product; correct?
248:11    A. Yes.
248:12    Q. And did anything about the survey
248:13    responses you received from the soldiers, those
248:14    four survey responses, did anything in those
248:15    change your view that the Combat Arms Version 2
248:16    was a great product?
248:17    A. It's a great product if it's the
248:18    right size.
248:19    Q. Right.  And the Army audiologists
248:20    knew that it was not the right size for
248:21    everybody; correct?

**Re: [248:04 to 248:21]**
**Pltf Obj** 611 leading, vague,
asked/answered; 701/702; 802;
402/403; conjecture; calls for
speculation

Re: [248:04 to 248:21]
SUSTAINED

248:24 - 249:16   Battler, Leanne (2020-09-10)          1:53

248:24    A. My training -- My training
248:25    included that there's no such thing as one size
249:01    fits all.
249:02    Q. You did not -- You did not need
249:03    Aearo to tell you, Lieutenant Colonel Battler,
249:04    that the Combat Arms Version 2 did not fit
249:05    everybody; correct?
249:06    A. That's correct.
249:07    Q. You knew that based on your own
249:08    experience?
249:09    A. Correct.
249:10    Q. Mr. Monsour asked you some

**Re: [248:24 to 249:16]**
**Pltf Obj** Nonresponsive
answers; 611 leading
questions; 701/702; 402/403;
speculatuion; conjecture; 802

Re: [248:24 to 249:16]
SUSTAINED

249:11    questions about needing to constantly reassert
249:12    -- reinsert earplugs.  But your experience was
249:13    that you did not need to reinsert the Combat
249:14    Arms Version 2 more than any other earplugs;
249:15    correct?
249:16    A. My experience, correct.

* Defendants currently propose playing on the testimony in white. Testimony highlighted in gray reflects the testimony originally designated subject to Plaintiffs' full objection that Defendants no longer intend to play.

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 8:14 - 8:16 | Ibrahim, Ahmed (2020-09-23) | 0:08 | | | |
| 8:14 | Could you first state your name | | | | |
| 8:15 | for the record? | | | | |
| 8:16 | A. Ahmed Ibrahim. | | | | |
| | | | | | |
| 8:21 - 9:09 | Ibrahim, Ahmed (2020-09-23) | 0:21 | | | |
| 8:21 | Q. Okay.  And do you hold a | | | | |
| 8:22 | professional license? | | | | |
| 8:23 | A. Yes.  I am a physician in | | | | |
| 9:01 | Tennessee. | | | | |
| 9:02 | Q. Okay.  And what type of physician | | | | |
| 9:03 | are you? | | | | |
| 9:04 | A. I'm a psychiatrist. | | | | |
| 9:05 | Q. Do you hold an MD? | | | | |
| 9:06 | A. Yes, ma'am. | | | | |
| 9:07 | Q. And are you registered in the | | | | |
| 9:08 | state of Tennessee? | | | | |
| 9:09 | A. Yes. | | | | |
| | | | | | |
| 10:01 - 11:01 | Ibrahim, Ahmed (2020-09-23) | 1:01 | | Re: [10:01 to 11:01] | |
| 10:01 | Q. Have you ever met or spoken with | | | Pltf Obj 401; 403 | |
| 10:02 | any lawyer or investigator who represents | | | | |
| 10:03 | Mr. McCombs, Dustin McCombs? | | | | |
| 10:04 | A. I did speak with Mr. Bartlett and | | | | |
| 10:05 | I think two of his colleagues. | | | | |
| 10:06 | Q. And when did you speak with | | | | |
| 10:07 | Mr. Bartlett? | | | | |
| 10:08 | A. That was about ten days ago or a | | | | |
| 10:09 | week ago.  I'm sorry, I didn't record the | | | | |
| 10:10 | date, but it was about seven or ten days | | | | |
| 10:11 | ago. | | | | |
| 10:12 | Q. Okay.  And was that an in-person | | | | |
| 10:13 | meeting or over the phone? | | | | |
| 10:14 | A. Over the phone. | | | | |
| 10:15 | Q. And how long did that conversation | | | | |
| 10:16 | last? | | | | |
| 10:17 | A. About 30 minutes. | | | | |

| | | | |
|---|---|---|---|
| 10:18 | Q. 30, 30? | | |
| 10:19 | A. Yes, ma'am. | | |
| 10:20 | Q. And Mr. Bartlett is a lawyer | | |
| 10:21 | representing Mr. McCombs, correct, as far as | | |
| 10:22 | you know? | | |
| 10:23 | A. That's how he represented -- how | | |
| 11:01 | he introduced himself, yes. | | |

**12:05 - 12:16  Ibrahim, Ahmed (2020-09-23)  1:37**

| | | | |
|---|---|---|---|
| 12:05 | Q. Can you tell me what you discussed | **Re: [12:05 to 12:16]** | **SUSTAINED** |
| 12:06 | with them concerning the records? | **Def Obj** 401 Relevance; 801 | |
| 12:07 | A. Well, first they asked me if I had | Hearsay | |
| 12:08 | any recollection of Mr. McCombs, and I'm | | |
| 12:09 | sorry, I've been trying, but the last time I | | |
| 12:10 | saw him was three years ago, so I only -- I | | |
| 12:11 | told them I can't remember him personally. | | |
| 12:12 | I can only go by the records. | | |
| 12:13 | So they asked me records I might | | |
| 12:14 | have for him and the treatment plan I had | | |
| 12:15 | for him and how I thought his condition was, | | |
| 12:16 | so this was basically the conversation. | | |

**12:17 - 13:11  Ibrahim, Ahmed (2020-09-23)  1:52**

| | | | |
|---|---|---|---|
| 12:17 | Q. Okay.  What did you tell them with | **Re: [12:17 to 13:11]** | |
| 12:18 | respect to the diagnosis that you had? | **Pltf Obj** 403; MIL C8 | |
| 12:19 | A. He is diagnosed with | | |
| 12:20 | post-traumatic stress disorder, and at that | | |
| 12:21 | time, based on the old diagnostic criteria, | | |
| 12:22 | it was alcohol abuse.  So this was two | | |
| 12:23 | diagnoses from my standpoint, psychiatric | | |
| 13:01 | standpoint. | | |
| 13:02 | Q. Okay.  And did you see anything in | | |
| 13:03 | your records that would change your | | |
| 13:04 | diagnosis of PTSD and alcohol abuse? | | |
| 13:05 | A. No, ma'am. | | |
| 13:06 | Q. And does that remain your | | |
| 13:07 | diagnosis today, that Mr. McCombs had | | |
| 13:08 | alcohol abuse as one of the diagnoses when | | |
| 13:09 | he was your patient? | | |
| 13:10 | A. Based on the record review, it | | |
| 13:11 | remains the same. | | |

| | | | |
|---|---|---|---|
| 13:14 - 14:04 | Ibrahim, Ahmed (2020-09-23) | 1:45 | |
| 13:14 | Did Mr. Bartlett say anything to | | |
| 13:15 | you with respect to your diagnoses, either | | |
| 13:16 | of PTSD or alcohol abuse? | | |
| 13:17 | A. There was a question on whether | | |
| 13:18 | the -- the diagnosis of PTSD can be induced | | |
| 13:19 | or triggered by tinnitus.  That was their | | |
| 13:20 | question, and my answer was that PTSD is | | |
| 13:21 | caused by trauma. | | |
| 13:22 | Having tinnitus can lead to | | |
| 13:23 | sleeping difficulty which can exaggerate | | |
| 14:01 | some of the symptoms of PTSD like the | | |
| 14:02 | nightmares and insomnia.  That was the only | | |
| 14:03 | pertinent thing I remember from the | | |
| 14:04 | discussion. | | |

**Re: [13:14 to 14:04]**
**Def Obj** 401 Relevance; 801 Hearsay

**OVERRULED**

| | | | |
|---|---|---|---|
| 14:05 - 14:18 | Ibrahim, Ahmed (2020-09-23) | 1:54 | |
| 14:05 | Q. Did you ever reach a conclusion | | |
| 14:06 | while you were treating Mr. McCombs as to | | |
| 14:07 | what was causing his PTSD? | | |
| 14:08 | A. Yes.  That's the first thing in | | |
| 14:09 | diagnosing PTSD is to find the clinical | | |
| 14:10 | trauma, so it was combat-related trauma with | | |
| 14:11 | regard to -- he was infantryman, so he was | | |
| 14:12 | exposed to combat and a blast with IUD in | | |
| 14:13 | 2009, so that's what the cause for PTSD. | | |
| 14:14 | Q. So your diagnosis had been that | | |
| 14:15 | Mr. McCombs' PTSD was caused by his exposure | | |
| 14:16 | to combat-induced trauma when he was in the | | |
| 14:17 | service; is that correct? | | |
| 14:18 | A. That's correct. | | |

| | | | |
|---|---|---|---|
| 16:01 - 16:08 | Ibrahim, Ahmed (2020-09-23) | 0:27 | |
| 16:01 | Q. I believe you did.  But just to | | |
| 16:02 | confirm, in your professional opinion, from | | |
| 16:03 | your visits and treatment of Mr. McCombs, is | | |
| 16:04 | it correct that you concluded his | | |
| 16:05 | post-traumatic stress disorder was the | | |
| 16:06 | result of his exposure to combat as you | | |
| 16:07 | described it? | | |
| 16:08 | A. Correct. | | |

| 16:19 - 17:15 | Ibrahim, Ahmed (2020-09-23) | 1:04 | | |
|---|---|---|---|---|
| 16:19 | Q. Okay.  Did you ever reach a | | **Re: [16:19 to 17:15]** | OVERRULED |
| 16:20 | conclusion as to whether Mr. McCombs' PTSD | | **Def Obj** Improper counter, | |
| 16:21 | was caused by tinnitus as opposed to combat | | testimony does not provide | |
| 16:22 | exposure as you described it? | | clarification or completeness. | |
| 16:23 | A. No.  Because that would be | | | |
| 17:01 | clinically incorrect.  Tinnitus cannot cause | | | |
| 17:02 | post-traumatic stress disorder.  As I | | | |
| 17:03 | mentioned, it could exacerbate some of the | | | |
| 17:04 | symptoms.  So just simply as if you're | | | |
| 17:05 | having a medical condition, if you have a | | | |
| 17:06 | flu with it, it can exacerbate the symptoms, | | | |
| 17:07 | so it can be an associated condition that | | | |
| 17:08 | exacerbates the symptoms. | | | |
| 17:09 | On the other hand, I perform my | | | |
| 17:10 | job as a psychiatrist, so we did not really | | | |
| 17:11 | address the medical issues unless they were | | | |
| 17:12 | mentioned by the veteran or I had to go | | | |
| 17:13 | after them for some reason.  So if he had a | | | |
| 17:14 | problem with tinnitus, he would discuss that | | | |
| 17:15 | with his primary care doctor. | | | |
| | | | | |
| 17:16 - 18:04 | Ibrahim, Ahmed (2020-09-23) | 1:36 | | |
| 17:16 | Q. And did you reach any conclusions | | **Re: [17:16 to 18:04]** | OVERRULED |
| 17:17 | as to whether Mr. McCombs' tinnitus had | | **Pltf Obj** 403, Incomplete | |
| 17:18 | exacerbated his PTSD? | | designation | |
| 17:19 | A. Based on my review of the notes, I | | | |
| 17:20 | have not discussed the tinnitus with him at | | **Re: [17:22 to 18:04]** | SUSTAINED |
| 17:21 | all. | | **Pltf Obj** 401; 403 | |
| 17:22 | Q. And did you inform Mr. Bartlett | | | |
| 17:23 | and his two colleagues when you spoke to | | | |
| 18:01 | them that you have never reached a | | | |
| 18:02 | conclusion that tinnitus was associated with | | | |
| 18:03 | Mr. McCombs' PTSD? | | | |
| 18:04 | A. Correct. | | | |
| | | | | |
| 24:08 - 25:03 | Ibrahim, Ahmed (2020-09-23) | 1:51 | | |
| 24:08 | Q. As far as you can see from your | | **Re: [24:08 to 25:03]** | |
| 24:09 | notes, you never recommended Mr. McCombs for | | **Pltf Obj** Incomplete | |
| 24:10 | an otology consult, correct? | | designation | |
| 24:11 | A. No.  That's correct. | | | |
| 24:12 | Q. I apologize -- okay.  Let me | | | |

| | | | |
|---|---|---|---|
| 24:13 | re-ask the question so we don't have a | | |
| 24:14 | double negative.  As far as you see from | | |
| 24:15 | your note, did you ever recommend | | |
| 24:16 | Mr. McCombs for an otology consult? | | |
| 24:17 | A. No. | | |
| 24:18 | Q. And was it your practice to record | | |
| 24:19 | any such recommendations if you make them | | |
| 24:20 | for a patient? | | |
| 24:21 | A. Yes, ma'am. | | |
| 24:22 | Q. And in the past, when you thought | | |
| 24:23 | it was appropriate, have you recommended | | |
| 25:01 | other patients of the VA for otology | | |
| 25:02 | consult? | | |
| 25:03 | A. Yes. | | |

| 25:04 - 25:19 | Ibrahim, Ahmed (2020-09-23) | 1:49 | Re: [25:04 to 25:19] | OVERRULED |
|---|---|---|---|---|
| 25:04 | Q. And what are the type of things | | Def Obj Improper counter, | |
| 25:05 | that would cause you typically to recommend | | everything after consult | |
| 25:06 | a patient for an otology consult? | | myself is nonresponsive. | |
| 25:07 | A. It's a subjective complaint, so if | | | |
| 25:08 | a veteran, for example, complains of hearing | | | |
| 25:09 | loss or tinnitus or something like that, I | | | |
| 25:10 | normally encourage them to talk to primary | | | |
| 25:11 | care doctor because they can put the consult | | | |
| 25:12 | and follow through with it. | | | |
| 25:13 | Sometimes they will say, for | | | |
| 25:14 | example, I couldn't reach my doctor or | | | |
| 25:15 | something like that, so in order to help out | | | |
| 25:16 | with the consult myself.  But it's always | | | |
| 25:17 | just a subjective complaint because this is | | | |
| 25:18 | something far away from my specialty, so I | | | |
| 25:19 | just refer in that case. | | | |

| 26:07 - 26:17 | Ibrahim, Ahmed (2020-09-23) | 0:26 | | |
|---|---|---|---|---|
| 26:07 | Q. Okay.  But what you do do in your | | | |
| 26:08 | practice is if somebody complains to you of | | | |
| 26:09 | tinnitus conditions, then you would | | | |
| 26:10 | recommend them either to their primary care | | | |
| 26:11 | physician or to a specialist if needed, | | | |
| 26:12 | correct? | | | |
| 26:13 | A. Correct. | | | |
| 26:14 | Q. And in this case, you do not see | | | |

| | | | | | |
|---|---|---|---|---|---|
| 26:15 | any such notes or indications with respect | | | | |
| 26:16 | to Mr. McCombs, correct? | | | | |
| 26:17 | A. Correct. | | | | |
| | | | | | |
| 27:03 - 27:07 | Ibrahim, Ahmed (2020-09-23) | 0:15 | | | |
| 27:03 | Q. Okay.  Is it correct that, at | | **Re: [27:03 to 27:10]** | **OVERRULED** | |
| 27:04 | least as far as you recall and your notes | | **Pltf Obj** Compound | | |
| 27:05 | reflect, Mr. McCombs never complained to you | | | | |
| 27:06 | about any hearing loss or tinnitus in | | | | |
| 27:07 | connection with your treatment of him? | | | | |
| | | | | | |
| 27:09 - 27:10 | Ibrahim, Ahmed (2020-09-23) | 0:06 | | | |
| 27:09 | A. That's correct.  I do not see any | | **Re: [27:03 to 27:10]** | **OVERRULED** | |
| 27:10 | reflection of that in my notes. | | **Pltf Obj** Compound | | |

| | | |
|---|---|---|
| 36:15 - 37:07 | Ibrahim, Ahmed (2020-09-23) | 1:48 |
| 36:15 | Let's go to -- I want to talk a | |
| 36:16 | little bit about your credentials and then | |
| 36:17 | we'll go to the record.  Can you tell me | |
| 36:18 | about your educational background? | |
| 36:19 | A. I graduated from the medical | |
| 36:20 | school of the University of Cairo in Egypt. | |
| 36:21 | I went to psychiatry residency at Meharry | |
| 36:22 | Medical College in Nashville, Tennessee.  I | |
| 36:23 | am board certified in psychiatry and board | |
| 37:01 | certified in addiction medicine. | |
| 37:02 | Q. When did you obtain your board | |
| 37:03 | certification in psychiatry? | |
| 37:04 | A. 2013. | |
| 37:05 | Q. And have you maintained your | |
| 37:06 | licensing consistently since then? | |
| 37:07 | A. Yes, ma'am. | |

| | | |
|---|---|---|
| 38:03 - 38:17 | Ibrahim, Ahmed (2020-09-23) | 1:54 |
| 38:03 | Q. Okay.  Can you walk us through | |
| 38:04 | your work history, employment history, since | |
| 38:05 | obtaining -- since graduating with your | |
| 38:06 | degree in psychiatry? | |
| 38:07 | A. So I finished my residency in 2013 | |
| 38:08 | and I started working right away for the VA. | |
| 38:09 | So I was employed by the VA from July 2013 | |
| 38:10 | until August 2018.  And then since then, | |

| | | |
|---|---|---|
| 38:11 | until now, I am employed by Parkridge Valley | |
| 38:12 | Psychiatric Hospital here in Chattanooga. | |
| 38:13 | In addition, I always maintained a | |
| 38:14 | small private practice. | |
| 38:15 | Q. And are you actively seeing | |
| 38:16 | patients? | |
| 38:17 | A. Yes, ma'am. | |

**40:04 - 40:22   Ibrahim, Ahmed (2020-09-23)**   1:52

| | |
|---|---|
| 40:04 | Q. So is it fair to say that you have |
| 40:05 | treated thousands, many thousands of |
| 40:06 | veterans in connection with your practice of |
| 40:07 | psychiatry for the VA? |
| 40:08 | A. Absolutely. |
| 40:09 | Q. Okay. You left the VA in August |
| 40:10 | of 2018, correct? |
| 40:11 | A. Yes, ma'am. |
| 40:12 | Q. Why did you leave? |
| 40:13 | A. I mean, I loved the VA but it |
| 40:14 | was -- there are procedures, too much |
| 40:15 | bureaucracy for me, so I decided to get into |
| 40:16 | something else more private. |
| 40:17 | Also on the other side, I loved |
| 40:18 | the population, but it was the same thing |
| 40:19 | every day, like the same four or five |
| 40:20 | diagnoses we're dealing with every day, so I |
| 40:21 | did not want to lose my skills. I wanted to |
| 40:22 | be open to more things to do. |

**41:18 - 42:08   Ibrahim, Ahmed (2020-09-23)**   1:48

| | | | |
|---|---|---|---|
| 41:18 | Q. Was post-traumatic stress disorder | **Re: [42:04 to 42:08]** | **OVERRULED.  MIL Mc8** |
| 41:19 | a very common diagnoses for veterans of the | **Pltf Obj** 401; 403; MIL 8 | **(motion to exclude** |
| 41:20 | military? | | **reference to McCombs'** |
| 41:21 | A. Absolutely. | | **worker's compensation** |
| 41:22 | Q. And was post-traumatic stress | | **applications, claim,** |
| 41:23 | disorder or PTSD the most common diagnoses | | **and/or benefits) is not** |
| 42:01 | for former members of the military? | | **applicable.  MIL PG8** |
| 42:02 | A. For my -- in my practice, when I | | **(motion to exclude** |
| 42:03 | saw them, yes, it was. | | **alcohol use for** |
| 42:04 | Q. Okay.  Alcohol use, abuse -- | | **McCombs) was** |
| 42:05 | excuse me, let me start over. | | **preserved per ECF 71,** |
| 42:06 | Alcohol abuse, is that also a | | **but no such motion was** |

| | | | | |
|---|---|---|---|---|
| 42:07 | diagnoses, a medical diagnoses for you? | | | **ever filed.** |
| 42:08 | A. Yes. | | | |

| 43:02 - 43:02 | Ibrahim, Ahmed (2020-09-23) | 0:03 | | |
|---|---|---|---|---|
| 43:02 | Q. Okay.  And have you treated many, | | **Re: [43:02 to 43:02]**<br>**Def Obj** Incomplete Counter | |

| 43:03 - 43:07 | Ibrahim, Ahmed (2020-09-23) | 0:17 | | |
|---|---|---|---|---|
| 43:03 | many thousands of veterans for PTSD? | | **Re: [43:03 to 43:04]** | |
| 43:04 | A. Yes. | | **Pltf Obj** Incomplete | |
| 43:05 | Q. And have you also treated | | designation | |
| 43:06 | thousands of veterans for alcohol abuse? | | **Re: [43:05 to 43:07]** | |
| 43:07 | A. I would say yes. | | **Pltf Obj** 401; 403; MIL 8 | |

| 44:03 - 44:19 | Ibrahim, Ahmed (2020-09-23) | 1:56 | | |
|---|---|---|---|---|
| 44:03 | Q. Your treatment of Mr. McCombs, is | | **Re: [44:08 to 44:12]** | **OVERRULED. MIL PC8** |
| 44:04 | it correct that for him, you did not make | | **Pltf Obj** MIL C8 | **was not preserved; the** |
| 44:05 | any connection between his PTSD and tinnitus | | | **MIL was also specific to** |
| 44:06 | or hearing loss? | | | **Hacker and Keefer, and** |
| 44:07 | A. I did not. | | | **did not include** |
| 44:08 | Q. And is it also correct in your | | | **McCombs.** |
| 44:09 | treatment of Mr. McCombs you did not make | | | |
| 44:10 | any association or connection with his | | | |
| 44:11 | alcohol abuse with tinnitus or hearing loss? | | **Re: [44:13 to 45:07]** | **OVERRULED** |
| 44:12 | A. I did not. | | **Pltf Obj** 403 | |
| 44:13 | Q. You were aware at the time you | | | |
| 44:14 | were treating him that there were on | | | |
| 44:15 | occasion soldiers who would complain about | | | |
| 44:16 | tinnitus, and for them you would document | | | |
| 44:17 | and either refer them to their primary | | | |
| 44:18 | physician or even do a consult or make a | | | |
| 44:19 | recommendation at times, correct? | | | |

| 44:22 - 45:05 | Ibrahim, Ahmed (2020-09-23) | 0:13 | | |
|---|---|---|---|---|
| 44:22 | A. Yes. | | **Re: [44:13 to 45:07]** | **OVERRULED** |
| 44:23 | Q. That was not the case for | | **Pltf Obj** 403 | |
| 45:01 | Mr. McCombs, correct? | | | |
| 45:02 | A. Based on the records I'm seeing, | | | |
| 45:03 | no. | | | |
| 45:04 | Q. Is my statement correct? | | | |
| 45:05 | A. Okay. | | | |

| | | | | |
|---|---|---|---|---|
| 45:07 - 45:07 | Ibrahim, Ahmed (2020-09-23) | 0:08 | | |
| 45:07 | A. Your statement is correct.  Yes. | | Re: [44:13 to 45:07]<br>Pltf Obj 403 | OVERRULED |

| | | |
|---|---|---|
| 45:18 - 46:02 | Ibrahim, Ahmed (2020-09-23) | 1:31 |
| 45:18 | Q. (BY MS. KARIS:)  Mr. -- strike | |
| 45:19 | that.  Dr. Ibrahim, I have put up on the | |
| 45:20 | screen a page from a document for the record | |
| 45:21 | that is DLMcCombs VA 1379 through 1384.  Is | |
| 45:22 | this one of the records that plaintiff's | |
| 45:23 | counsel provided to you in connection with | |
| 46:01 | your testimony here today? | |
| 46:02 | A. Is this by David Rose?  Yes, yes. | |

Re: [45:22 to 46:02]
Pltf Obj 401;403

| | | |
|---|---|---|
| 46:03 - 46:06 | Ibrahim, Ahmed (2020-09-23) | 0:07 |
| 46:03 | Q. And have you had an opportunity to | |
| 46:04 | consult this record before you testified | |
| 46:05 | here today? | |
| 46:06 | A. Yes, ma'am. | |

| | | |
|---|---|---|
| 46:10 - 47:07 | Ibrahim, Ahmed (2020-09-23) | 1:55 |
| 46:10 | Q. And you relied on this in | |
| 46:11 | providing treatment to Mr. McCombs, correct? | |
| 46:12 | A. Yes.  So Dr. David Rose is a | |
| 46:13 | psychologist.  I mean, he was at that time. | |
| 46:14 | I don't know if now.  But he was a | |
| 46:15 | psychologist at the VA in the PCMHI clinic | |
| 46:16 | just like myself. | |
| 46:17 | So whenever there was a consult | |
| 46:18 | for primary care for mental health, he would | |
| 46:19 | see the patient first, do his evaluation and | |
| 46:20 | then send them to me afterwards. | |
| 46:21 | Q. Okay.  So if we look at the top, | |
| 46:22 | the date of this record is December 8th of | |
| 46:23 | 2015, correct? | |
| 47:01 | A. Yes. | |
| 47:02 | Q. Under action item initial | |
| 47:03 | treatment plan right in the middle -- well, | |
| 47:04 | first of all, the last name of the patient | |
| 47:05 | is McCombs as reflected in the record, | |
| 47:06 | correct?  Do you see that? | |

| | | |
|---|---|---|
| 47:07 | A. Yes. | |

| | | |
|---|---|---|
| 47:13 - 52:22 | Ibrahim, Ahmed (2020-09-23) | 6:27 |
| 47:13 | Q. Okay.  Under action item initial | |
| 47:14 | treatment plan, it says reported -- strike | |
| 47:15 | that. | |
| 47:16 | Reported symptoms may be | |
| 47:17 | consistent with moderate to severe anxiety. | |
| 47:18 | Past HX, is that history? | |
| 47:19 | A. Yes. | |
| 47:20 | Q. Of depression, alcohol use | |
| 47:21 | disorder quote -- I'm sorry.  Colon moderate | |
| 47:22 | PTSD and psychosis? | |
| 47:23 | A. I see that. | |
| 48:01 | Q. Did I read that correctly? | |
| 48:02 | A. Yes, ma'am. | |
| 48:03 | Q. And then it has assessment scores | |
| 48:04 | and treatment history.  Can you walk us | |
| 48:05 | through -- first of all, what is PHQ-9, what | |
| 48:06 | is that? | |
| 48:07 | A. PHQ-9 is an assessment for | |
| 48:08 | depression.  It's Patient Health | |
| 48:09 | Questionnaire 9th Edition.  So PHQ-9 is an | |
| 48:10 | assessment for depression and -- | |
| 48:11 | Q. Go ahead.  What does a score of 13 | |
| 48:12 | indicate? | |
| 48:13 | A. 13 indicates moderate depression. | |
| 48:14 | Q. What is the scale? | |
| 48:15 | A. So the scale is nine questions, | |
| 48:16 | and everyone would go from 0 to 3.  So | |
| 48:17 | basically you can have a scale from 0 to 27. | |
| 48:18 | Let me pull it up in order to get | |
| 48:19 | this absolutely correct, because that's | |
| 48:20 | something that we did not do.  It was | |
| 48:21 | actually the nurses did over the phone. | |
| 48:22 | Scoring sheets.  Okay.  So | |
| 48:23 | patients get asked nine questions basically, | |
| 49:01 | and they can score from 0, which is not at | |
| 49:02 | all, 1 or 2 or 3, 3 which means having these | |
| 49:03 | symptoms every day. | |
| 49:04 | And if they score between -- less | |
| 49:05 | than 4, so this will mean that they do not | |

Re: [47:20 to 47:23]
Pltf Obj MIL C8

49:06    need active treatment for depression.  If
49:07    they score 5 to 14, it means there is
49:08    depression that needs to be treated.  And
49:09    then if they score more than 15, it means
49:10    treatment is more or less urgent in order to
49:11    prevent harm.
49:12    Q. And is this a questionnaire that
49:13    the patient themselves completes?
49:14    A. That was done over the phone, yes.
49:15    So every patient that was referred for
49:16    mental health had a phone assessment, about
49:17    90 minutes, going through all of these
49:18    questions.
49:19    Q. But the patient is the one that
49:20    provides the score?
49:21    A. Correct.
49:22    Q. They're asked the questions and
49:23    they get a score for themselves, correct?
50:01    A. So the nurse, for example, will
50:02    ask them do you have different interest or
50:03    pleasure in doing things, please tell me not
50:04    at all or several days or more than half the
50:05    days or nearly every day.  So they choose
50:06    their answer, and based on that, the nurse
50:07    would score.
50:08    Q. Got it.  So they provide the
50:09    subjective answer, and then the nurse
50:10    assigns an associated score based on the
50:11    answer; is that correct?
50:12    A. Correct.  That's correct.
50:13    Q. Okay.  And based on Mr. McCombs'
50:14    answers, his score was 13, which is equal to
50:15    moderate correct?
50:16    A. Equal to moderate depression, yes.
50:17    Q. Okay.  And then there is GAD, what
50:18    is GAD-7 stand for?
50:19    A. That's for generalized anxiety
50:20    disorder.  So the PHQ is more towards
50:21    depressive symptoms, the GAD is more towards
50:22    an anxiety symptoms.
50:23    Q. Okay.  And how many questions are
51:01    associated with that score?

51:02   A. The generalized anxiety, as I
51:03   said, we don't do it.  These are nursing
51:04   assessments, not physician assessments.
51:05   Q. Okay.
51:06   A. Yes.  I just don't do -- that
51:07   scoring would depend on different criteria
51:08   to actually diagnosis.
51:09   Q. That's fine.  That's fine.  Let's
51:10   move on --
51:11   A. It has -- it has seven.  It has
51:12   seven questions.
51:13   Q. Got it.  Hence the GAD-7; is that
51:14   right?
51:15   A. Yes, the GAD has seven questions,
51:16   and each question also has from 0 to 3 as
51:17   far as the scoring.
51:18   Q. And again, is it the case that the
51:19   patient provides the answer and then some
51:20   score is assigned associated based on that
51:21   answer, correct?
51:22   A. Exactly.
51:23   Q. Okay.  What is PCL?
52:01   A. That is a PTSD checklist.  Let's
52:02   see.  That is a way that they ask questions
52:03   regarding PTSD symptoms.
52:04   Q. And do you know what is on the PCL
52:05   checklist?
52:06   A. It has questions regarding PTSD
52:07   symptoms but, again, in a different format
52:08   for nursing rather than for psychiatrists.
52:09   It had a different scoring.  It should be
52:10   available.  Like after this page that's
52:11   shown, it will actually show you each one of
52:12   these what questions were asked in each one
52:13   of them.  Like this is a snapshot, and then
52:14   the following pages, you will find the
52:15   answers, yes.
52:16   Q. Okay.  Understood.  And the total
52:17   score for that here is 42.  Do you know what
52:18   the range is?
52:19   A. I believe it goes up to 90 or a
52:20   hundred.  I mean, that's different, again,

| | | | |
|---|---|---|---|
| 52:21 different from what we use, but I think this | | | |
| 52:22 goes to 90 or a hundred. | | | |

| 53:03 - 53:23 Ibrahim, Ahmed (2020-09-23) | 1:14 | | |
|---|---|---|---|
| 53:03 Q. Okay. So the check -- the PTSD | | Re: [53:17 to 53:23] | |
| 53:04 checklist is associated there as indicated | | Pltf Obj MIL C8; 401; 403 | |
| 53:05 with a PCL-5 list; is that correct? | | | |
| 53:06 A. Correct. That is a scoring of 42, | | | |
| 53:07 and actually it goes up to 80. Not 90 or a | | | |
| 53:08 hundred as I said. It goes up to 80. | | | |
| 53:09 Q. And these 20 items listed on the | | | |
| 53:10 checklist are the things that patients, | | | |
| 53:11 including Mr. McCombs, is asked about in | | | |
| 53:12 order to come up with a scoring for PCL, | | | |
| 53:13 correct? | | | |
| 53:14 A. Exactly. Same thing. He would be | | | |
| 53:15 asked the questions, and based on his | | | |
| 53:16 answer, the assessor will put in the score. | | | |
| 53:17 Q. Okay. Right below that, let's go | | | |
| 53:18 back to Page 1379 of this record. It says | | | |
| 53:19 standard drinks in the past week equals ten. | | | |
| 53:20 A. I'm sorry -- | | | |
| 53:21 Q. Where does that information come | | | |
| 53:22 from, who provides that information? | | | |
| 53:23 A. The patient as well. | | | |

| 54:05 - 55:09 Ibrahim, Ahmed (2020-09-23) | 1:24 | | |
|---|---|---|---|
| 54:05 Q. And then below that, binge | | Re: [54:05 to 55:09] | OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs. |
| 54:06 episodes in the last three months? | | Pltf Obj MIL C8; 401; 403 | |
| 54:07 A. Yes. | | | |
| 54:08 Q. And what is reported here on | | | |
| 54:09 Dr. Rose's record for how many binge | | | |
| 54:10 episodes in the last three months prior to | | | |
| 54:11 December 8th of 2015 Mr. McCombs had? | | | |
| 54:12 A. Binges, 45. | | | |
| 54:13 Q. What constitutes a binge episode? | | | |
| 54:14 A. Six standard drinks or more in one | | | |
| 54:15 day. | | | |
| 54:16 Q. So six alcoholic drinks in one day | | | |
| 54:17 constitutes one binge episode, correct? | | | |
| 54:18 A. Yes, ma'am. | | | |
| 54:19 Q. And who provides the information | | | |

| | |
|---|---|
| 54:20 | for how many binge episodes a patient has |
| 54:21 | had in the last three months? |
| 54:22 | A. The patient. |
| 54:23 | Q. So Mr. McCombs would have reported |
| 55:01 | that in the prior three months, he had had |
| 55:02 | 45 days where he had had six drinks or more, |
| 55:03 | correct? |
| 55:04 | A. Yes.  That will mean about every |
| 55:05 | other day basically. |
| 55:06 | Q. Is that consistent with your |
| 55:07 | diagnosis that Mr. McCombs had alcohol abuse |
| 55:08 | at the time -- |
| 55:09 | A. Yes. |

| 55:13 - 57:02 | Ibrahim, Ahmed (2020-09-23) | 2:15 | | **Re: [55:13 to 60:04]** |
|---|---|---|---|---|
| 55:13 | Dr. Ibrahim, if we look at the | | | **Pltf Obj** MIL C8; 401; 403 |
| 55:14 | page marked VA 1382.  Under alcohol use and | | | |
| 55:15 | smoking in the middle of the page, do you | | | |
| 55:16 | see that? | | | |
| 55:17 | A. Yes. | | | |
| 55:18 | Q. Number of drinks in the last seven | | | |
| 55:19 | days, how many were reported, is that the | | | |
| 55:20 | same number ten there? | | | |
| 55:21 | A. Yes. | | | |
| 55:22 | Q. Okay.  And 45 binge episodes in | | | |
| 55:23 | the last three months, correct? | | | |
| 56:01 | A. Yes. | | | |
| 56:02 | Q. What is the next statement? | | | |
| 56:03 | A. Level of drink is above | | | |
| 56:04 | recommended limits. | | | |
| 56:05 | Q. Do you agree with that? | | | |
| 56:06 | A. Yes.  According to the American | | | |
| 56:07 | Academy of Addiction Medicine, for a healthy | | | |
| 56:08 | male under the age of 60, the maximum | | | |
| 56:09 | recommended standard drinks in a week is no | | | |
| 56:10 | more than 14, and the maximum recommended in | | | |
| 56:11 | one day is no more than four. | | | |
| 56:12 | Q. It goes on to say that the patient | | | |
| 56:13 | reported a problematic pattern of alcohol | | | |
| 56:14 | use within the last 12 months.  Do you see | | | |
| 56:15 | that? | | | |
| 56:16 | A. Yes. | | | |

| | |
|---|---|
| 56:17 | Q. What do you understand that to |
| 56:18 | mean? |
| 56:19 | A. Problematic pattern meaning that |
| 56:20 | he believes alcohol has affected his social |
| 56:21 | life or occupational level or mental health |
| 56:22 | status or physical health status. |
| 56:23 | Q. Was one of the reasons that |
| 57:01 | Mr. McCombs was seeking treatment associated |
| 57:02 | with his alcohol use and abuse? |

**57:04 - 60:04   Ibrahim, Ahmed (2020-09-23)**                4:43

| | |
|---|---|
| 57:04 | A. Yes. |
| 57:05 | Q. Did Mr. McCombs seek psychiatric |
| 57:06 | treatment and evaluation as a result of his |
| 57:07 | alcoholic drinking, as far as you |
| 57:08 | understood? |
| 57:09 | A. For both anxiety and alcohol, yes. |
| 57:10 | Q. Okay.  Just a couple lines down, |
| 57:11 | it says alcohol use disorder severity is |
| 57:12 | based on the number of symptoms endorsed. |
| 57:13 | What is alcohol use disorder? |
| 57:14 | A. That is the new term for alcohol |
| 57:15 | abuse or alcohol dependence, so they are all |
| 57:16 | gathered now under the umbrella of alcohol |
| 57:17 | use disorder. |
| 57:18 | Basically any substance, whether |
| 57:19 | alcohol or else, substance use disorder |
| 57:20 | meaning the person is consuming a substance |
| 57:21 | and it's causing them a problem.  Now we can |
| 57:22 | see how many problems the substance is |
| 57:23 | causing and we can rate it as mild or |
| 58:01 | moderate or severe. |
| 58:02 | Q. Okay.  Tell us, first of all, does |
| 58:03 | the patient provide the information in terms |
| 58:04 | of what problems it is causing? |
| 58:05 | A. That is correct. |
| 58:06 | Q. And did Mr. McCombs provide |
| 58:07 | information on what problems his alcohol use |
| 58:08 | was causing in his life? |
| 58:09 | A. Yes. |
| 58:10 | Q. What are the problems that |
| 58:11 | Mr. McCombs reported that alcohol use was |

**Re: [55:13 to 60:04]**
**Pltf Obj** MIL C8; 401; 403

| | |
|---|---|
| 58:12 | causing in his life when he was seeking |
| 58:13 | psychiatric evaluation and assistance? |
| 58:14 | A. Of course, there was this one |
| 58:15 | assessment over the phone, and then the |
| 58:16 | assessment with me which I did, you know, |
| 58:17 | depend on further questioning. |
| 58:18 | So based on this phone assessment, |
| 58:19 | he did report he was drinking more than he |
| 58:20 | intended, that he had tried to quit on his |
| 58:21 | own before but he was unsuccessful and that |
| 58:22 | he had some issues, interpersonal problems |
| 58:23 | related to alcohol.  So that could mean |
| 59:01 | fights with significant other, for example, |
| 59:02 | because of the amount of drinking. |
| 59:03 | He also had high blood pressure, |
| 59:04 | and alcohol use was affecting that, so |
| 59:05 | that's why you see the third one from last, |
| 59:06 | drinking despite health problems, he said |
| 59:07 | yes. |
| 59:08 | Q. Okay.  And there is a reference to |
| 59:09 | tolerance, yes.  What does that mean? |
| 59:10 | A. Tolerance means that consuming the |
| 59:11 | same amount of the substance no longer gives |
| 59:12 | the same effect.  So if someone used to have |
| 59:13 | a certain effect from two drinks, after a |
| 59:14 | year or two, now they need three or four to |
| 59:15 | get the same effect.  That's what tolerance |
| 59:16 | means. |
| 59:17 | Q. Okay.  And so did Mr. McCombs |
| 59:18 | report that the same quantity of alcohol he |
| 59:19 | was previously using was not having the same |
| 59:20 | effect at this time, that he had built up a |
| 59:21 | tolerance for alcohol at this point? |
| 59:22 | A. Apparently through this interview, |
| 59:23 | yes. |
| 60:01 | Q. And did he report as a result of |
| 60:02 | his alcohol use in this interview that it |
| 60:03 | was causing him interpersonal problems? |
| 60:04 | A. He answered yes to that as well. |

| 60:08 - 60:12 | Ibrahim, Ahmed (2020-09-23) | 0:13 | | | | |
|---|---|---|---|---|---|---|
| 60:08 | He had health-related issues such | | | | Re: [60:08 to 60:12] | OVERRULED. MIL PC8 |

| | | | |
|---|---|---|---|
| 60:09 | as the blood pressure, and his alcohol use | **Pltf Obj** MIL C8; 401; 403 | **was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.** |
| 60:10 | was negatively affecting his health in that | | |
| 60:11 | respect, correct? | | |
| 60:12 | A. Yes, he also answered yes to that. | | |

**61:08 - 61:14**    Ibrahim, Ahmed (2020-09-23)    0:25

| | | | |
|---|---|---|---|
| 61:08 | MS. KARIS:  Yeah.  Let me back up. | **Re: [61:08 to 61:14]** | **OVERRULED** |
| 61:09 | That's a great reminder and my fault.  Let's | **Pltf Obj** 401 | |
| 61:10 | go back to 1379 through 1384.  Let's mark | | |
| 61:11 | this as an exhibit, please. | | |
| 61:12 | | | |
| 61:13 | (Exhibit 24 was marked for identification | | |
| 61:14 | and is attached to the original transcript.) | | |

**62:11 - 62:12**    Ibrahim, Ahmed (2020-09-23)    0:10

| | |
|---|---|
| 62:11 | Now let's go to what we're going |
| 62:12 | to mark as Exhibit 25, VA 1371 through 1373. |

**62:21 - 63:03**    Ibrahim, Ahmed (2020-09-23)    0:14

| | | |
|---|---|---|
| 62:21 | Q. Give us a nanosecond or more. | **Re: [62:21 to 63:03]** |
| 62:22 | This is your note, just so you know since | **Pltf Obj** 401; 403 |
| 62:23 | you have electronic copies that plaintiff's | |
| 63:01 | counsel provided you, your note dated | |
| 63:02 | December 16th of 2015. | |
| 63:03 | A. Okay. | |

**66:06 - 66:15**    Ibrahim, Ahmed (2020-09-23)    0:27

| | | | |
|---|---|---|---|
| 66:06 | Q. Okay.  And what Mr. McCombs | **Re: [66:06 to 66:15]** | **OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.** |
| 66:07 | reported to you was that he used to drink | **Pltf Obj** MIL C8; 401; 403 | |
| 66:08 | four mixed drinks a night but that he has | | |
| 66:09 | now cut down some after some education by | | |
| 66:10 | his primary care provider, correct? | | |
| 66:11 | A. Yes. | | |
| 66:12 | Q. And he self-reported that he was | | |
| 66:13 | drinking two to three drinks several days a | | |
| 66:14 | week, correct? | | |
| 66:15 | A. Yes. | | |

**68:01 - 68:15**    Ibrahim, Ahmed (2020-09-23)    1:50

| | | |
|---|---|---|
| 68:01 | Q. So let's walk through the record | **Re: [68:07 to 68:15]** |
| 68:02 | then.  What we're looking at is the very | **Pltf Obj** 401; 403; MIL C3 |
| 68:03 | first visit of Mr. McCombs to you on Page VA | |

| | |
|---|---|
| 68:04 | 1371.  That's what's noted there at the top |
| 68:05 | of the record, correct? |
| 68:06 | A. Correct. |
| 68:07 | Q. Okay.  And it says ID 27-year-old |
| 68:08 | white male, 0 percent SC.  What does SC |
| 68:09 | stand for? |
| 68:10 | A. Service connected, as in VA |
| 68:11 | disability. |
| 68:12 | Q. Would that indicate whether the |
| 68:13 | veteran is receiving any VA disability at |
| 68:14 | that time? |
| 68:15 | A. Correct. |

**69:20 - 70:11   Ibrahim, Ahmed (2020-09-23)**                  1:47

| | | | |
|---|---|---|---|
| 69:20 | Q. Okay.  Let's go back to your | **Re: [69:20 to 70:11]** | **OVERRULED. MIL PC8** |
| 69:21 | intake notes.  CC/reason for consult, what | **Pltf Obj** MIL C8 | **was not preserved; the** |
| 69:22 | does that stand for? | | **MIL was also specific to** |
| 69:23 | A. Chief complaint. | | **Hacker and Keefer, and** |
| 70:01 | Q. And what chief complaint -- go | | **did not include** |
| 70:02 | ahead. | | **McCombs.** |
| 70:03 | A. I put here -- since it's a | | |
| 70:04 | consult, we put what the primary care | | |
| 70:05 | physician put as the reason for consult, so | | |
| 70:06 | his primary care physician put it for | | |
| 70:07 | alcohol use and anxiety.  In the consult, it | | |
| 70:08 | says alcohol use and anxiety. | | |
| 70:09 | Q. Okay.  On the alcohol use, HPI, | | |
| 70:10 | what does HPI stand for? | | |
| 70:11 | A. History of present illness. | | |

**70:19 - 71:11   Ibrahim, Ahmed (2020-09-23)**                  1:53

| | |
|---|---|
| 70:19 | Q. Okay.  And what did Mr. McCombs |
| 70:20 | report to you in his first visit? |
| 70:21 | A. So basically, reading from what I |
| 70:22 | mentioned here, finds himself drinking to |
| 70:23 | get to sleep, up to four mixed drinks a |
| 71:01 | night.  Dreaming about war experience.  His |
| 71:02 | girlfriend noted that he is having some |
| 71:03 | behavioral issues such as anger and easily |
| 71:04 | aggravated.  He tends to not talk to anyone |
| 71:05 | about his issues and now more withdrawn, so |
| 71:06 | that's kind of his initial things that he |

| | | | | |
|---|---|---|---|---|
| 71:07 | mentioned. | | | |
| 71:08 | And then of course we went through | | | |
| 71:09 | all the questions for the PHQ which is the | | | |
| 71:10 | depression, GAD which is anxiety, PCL which | | | |
| 71:11 | is PTSD and the alcohol.  So -- | | | |

| | | | | |
|---|---|---|---|---|
| 71:14 - 76:14 | Ibrahim, Ahmed (2020-09-23) | 6:34 | | |
| 71:14 | Q. Now, the scores, the scores that | | **Re: [72:13 to 73:06]** | **OVERRULED. MIL PC8** |
| 71:15 | we see here, the PHQ, the GAD, and the PCL, | | **Pltf Obj** MIL C8; 401; 403 | **was not preserved; the** |
| 71:16 | is that based on you asking him those | | | **MIL was also specific to** |
| 71:17 | questions? | | **Re: [74:01 to 76:14]** | **Hacker and Keefer, and** |
| 71:18 | A. No, ma'am.  As it shows right | | **Pltf Obj** MIL C8; 401; 403 | **did not include** |
| 71:19 | above the PHQ, it says reviewed full | | | **McCombs.** |
| 71:20 | evaluation results.  So a full evaluation | | | |
| 71:21 | was done December 8th.  I saw Mr. McCombs | | | |
| 71:22 | December 16th, so it was eight days later. | | | |
| 71:23 | Q. Okay.  And do you go over those | | | |
| 72:01 | questions with him at all or no? | | | |
| 72:02 | A. Correct.  So we go over them.  The | | | |
| 72:03 | purpose of the phone interview is to save -- | | | |
| 72:04 | save us time.  So instead of actually having | | | |
| 72:05 | to report it myself, I can just simply read | | | |
| 72:06 | it to him and see if he agrees with all of | | | |
| 72:07 | that. | | | |
| 72:08 | Q. Okay.  And did you, in fact, | | | |
| 72:09 | discuss with Mr. McCombs the questions he | | | |
| 72:10 | had been previously asked to confirm that he | | | |
| 72:11 | agreed with what was reported there? | | | |
| 72:12 | A. Yes, ma'am. | | | |
| 72:13 | Q. And did that include asking | | | |
| 72:14 | Mr. McCombs whether he had reported having | | | |
| 72:15 | had 45 binge episodes in the last three | | | |
| 72:16 | months in connection with alcohol use? | | | |
| 72:17 | A. Correct.  And then if there's any | | | |
| 72:18 | extra information, then I will put it myself | | | |
| 72:19 | as in the alcohol use to drinks as we | | | |
| 72:20 | discussed earlier.  So if he gives further | | | |
| 72:21 | information than what's recorded, then I | | | |
| 72:22 | will add it. | | | |
| 72:23 | Q. Okay.  And at that point is when | | | |
| 73:01 | you recorded that the patient, Mr. McCombs, | | | |
| 73:02 | told you he was cutting down after some | | | |

73:03     education to two to three drinks several
73:04     days a week, correct?
73:05     A. Correct.  So since he reported
73:06     something new, I put it in.
73:07     Q. Now, going back to the line that
73:08     says dreams about war experience,
73:09     Afghanistan 2009, 2010, infantry, exposed to
73:10     IED explosion and gun fire, can you tell us
73:11     what that indicates?
73:12     A. So dreams about war experience
73:13     basically is nightmares, and if they are
73:14     related to a traumatic experience, that can
73:15     be one of the symptoms of post-traumatic
73:16     stress disorder.  So Mr. McCombs indicated
73:17     his war combat exposure in Afghanistan and
73:18     we went with this as such.
73:19     Q. So Mr. McCombs reported that he
73:20     was having nightmares of his war experience
73:21     in Afghanistan and his service; is that
73:22     correct?
73:23     A. Correct, correct.
74:01     Q. If we go to the next page of
74:02     Exhibit 25, 1372, at the top it says FH.  Is
74:03     that family history?
74:04     A. Family history, yes.  I'm sorry.
74:05     Now I know it should have been more
74:06     detailed.
74:07     Q. It's pretty detailed.  Mother and
74:08     biological father had and have issues with
74:09     alcoholism.  Do you see that?
74:10     A. Yes.
74:11     Q. Is that what Mr. McCombs reported
74:12     to you in his consult with you?
74:13     A. Correct.
74:14     Q. What is the significance of family
74:15     history and alcoholism in connection with
74:16     your treatment of a patient?
74:17     A. So the problem with family history
74:18     of substance use in general is twofold, so
74:19     there is the genetic component and there is
74:20     an environmental component.
74:21     So genetic component means some

| | |
|---|---|
| 74:22 | people do have a tendency to like certain |
| 74:23 | substances when they use them or need a lot |
| 75:01 | more than normal or an average individual |
| 75:02 | will need to get a certain effect because |
| 75:03 | they have a natural tolerance.  So these are |
| 75:04 | all genetic issues that can be passed from |
| 75:05 | parents to children. |
| 75:06 | The second part is the |
| 75:07 | environmental and very important component |
| 75:08 | were if a child is raised in a family where |
| 75:09 | he sees the parents using a substance, that |
| 75:10 | child inadvertently learns that this is a |
| 75:11 | normal part of life and they can imitate |
| 75:12 | the. |
| 75:13 | So we have -- if you have someone |
| 75:14 | with a family history of substance abuse |
| 75:15 | disorder, we look at these two issues as |
| 75:16 | hurdles to treat. |
| 75:17 | Q. And did Mr. McCombs report that |
| 75:18 | both his biological parents had suffered |
| 75:19 | from alcoholism? |
| 75:20 | A. Yes. |
| 75:21 | Q. Now, Mr. McCombs told us that he |
| 75:22 | did not grow up with his biological father. |
| 75:23 | Is there, nonetheless, a genetic component |
| 76:01 | associated with that even if he did not grow |
| 76:02 | up with his father? |
| 76:03 | A. Correct.  That's why I |
| 76:04 | specified in my record, I said biological |
| 76:05 | father, so it means even if he's not living |
| 76:06 | with him, that he could still carry the |
| 76:07 | genes that can affect issues with |
| 76:08 | alcoholism. |
| 76:09 | Q. And does the reference to |
| 76:10 | biological father reflect then that you were |
| 76:11 | aware that he had not grown up with his |
| 76:12 | father but that his biological father |
| 76:13 | nonetheless had alcoholism? |
| 76:14 | A. Yes, ma'am. |

| 80:05 - 80:09 | Ibrahim, Ahmed (2020-09-23) | 0:09 | | Re: [80:05 to 80:10] |
|---|---|---|---|---|
| 80:05 | Q. And under legal, it says DUI | | | |

| | | | |
|---|---|---|---|
| 80:06 | charge in 2009. | | **Pltf Obj** 401; 403 |
| 80:07 | A. Yes. | | |
| 80:08 | Q. Where did you obtain that | | |
| 80:09 | information? | | |
| | | | |
| 80:11 - 80:21 | Ibrahim, Ahmed (2020-09-23) | 1:31 | |
| 80:11 | Q. Okay.  Further down then, it says | | **Re: [80:14 to 80:15]** |
| 80:12 | A. PTSD, chronic. | | **Pltf Obj** 401; 403; MIL C8 |
| 80:13 | A. Yes. | | |
| 80:14 | Q. Alcohol use D/O, mild. | | |
| 80:15 | A. Yes. | | |
| 80:16 | Q. What does PTSD and chronic | | |
| 80:17 | reflect? | | |
| 80:18 | A. Post-traumatic stress disorder is | | |
| 80:19 | classified as acute and chronic.  So | | |
| 80:20 | basically if the symptoms persist beyond six | | |
| 80:21 | months, they score chronic. | | |
| | | | |
| 81:08 - 82:15 | Ibrahim, Ahmed (2020-09-23) | 2:31 | |
| 81:08 | Q. And did you reach a conclusion in | | |
| 81:09 | your professional judgment what was causing | | |
| 81:10 | his PTSD? | | |
| 81:11 | A. Yes. | | |
| 81:12 | Q. What did you conclude based on | | |
| 81:13 | your assessment of Mr. McCombs? | | |
| 81:14 | A. That it is related to his combat | | |
| 81:15 | experience in Afghanistan. | | |
| 81:16 | Q. And can you explain what about his | | |
| 81:17 | combat experience in Afghanistan -- what you | | |
| 81:18 | mean by based on his combat experience in | | |
| 81:19 | Afghanistan causing his PTSD? | | |
| 81:20 | A. So in order to reach a diagnosis | | |
| 81:21 | of PTSD, there have to be first a trauma, | | |
| 81:22 | exposure to trauma.  And then the second is | | |
| 81:23 | having or meeting certain number of | | |
| 82:01 | questions, certain number of criteria for | | |
| 82:02 | PTSD. | | |
| 82:03 | So he reported the trauma as being | | |
| 82:04 | the combat exposure of Afghanistan 2009 to | | |
| 82:05 | 2010.  And then he reported the questions -- | | |
| 82:06 | the criteria for PTSD that were asked him in | | |
| 82:07 | the PCO score.  And based on that, we | | |

| 82:08 | reached the diagnosis of PTSD. |
| 82:09 | Now, this is, by the way, just to |
| 82:10 | clarify something, psychiatrists at the VA |
| 82:11 | do not have any access to military records, |
| 82:12 | like as in was he actually in combat or not. |
| 82:13 | We don't have access to that at all.  We |
| 82:14 | only depend on subjective information that |
| 82:15 | the veteran gives us. |

82:20 - 83:23   Ibrahim, Ahmed (2020-09-23)          1:18

| 82:20 | Based on the information |
| 82:21 | Mr. McCombs reported to you of having been |
| 82:22 | exposed to combat in Afghanistan from 2009 |
| 82:23 | to 2010, you reached a conclusion that he |
| 83:01 | was suffering from PTSD from that exposure; |
| 83:02 | is that correct? |
| 83:03 | A. Yes, ma'am. |
| 83:04 | Q. And then you also have an alcohol |
| 83:05 | use D/O.  What is that? |
| 83:06 | A. Disorder. |
| 83:07 | Q. And you put mild. |
| 83:08 | A. Yes. |
| 83:09 | Q. Explain to us what the basis was |
| 83:10 | for that conclusion. |
| 83:11 | A. So based on the explanation that |
| 83:12 | he gave on how alcohol has affected him, so |
| 83:13 | he mentioned some interpersonal issues |
| 83:14 | related to alcohol.  He mentioned drinking |
| 83:15 | despite knowing that it might affect his |
| 83:16 | high blood pressure. |
| 83:17 | So looking at this criteria, he |
| 83:18 | mentioned that he had developed tolerance |
| 83:19 | before but he actually managed to cut down |
| 83:20 | after some education.  So looking at -- |
| 83:21 | looking at the current status, I put him |
| 83:22 | with that diagnosis, alcohol use disorder, |
| 83:23 | mild. |

**Re: [83:04 to 83:23]**
**Pltf Obj** MIL C8; 401, 403

**OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.**

85:17 - 86:08   Ibrahim, Ahmed (2020-09-23)          1:43

| 85:17 | MS. KARIS:  Let's now go to VA |
| 85:18 | McCombs, 13 -- I'm sorry.  Let me first move |
| 85:19 | Exhibit 25 into the record and move now to |

| | | |
|---|---|---|
| 85:20 | VA 1367 through 69, which we'll mark as | |
| 85:21 | Exhibit 26. | |
| 85:22 | | |
| 85:23 | | |
| 86:01 | (Exhibit 26 was marked for identification | |
| 86:02 | and is attached to the original transcript.) | |
| 86:03 | | |
| 86:04 | MS. KARIS:  And this is a note | |
| 86:05 | dated January 28th of 2016, and the author | |
| 86:06 | is identified as Ahmed Ibrahim. | |
| 86:07 | Q. (BY MS. KARIS:)  Dr. Ibrahim, do | |
| 86:08 | you recognize this record, Exhibit 26? | |

**86:14 - 86:22   Ibrahim, Ahmed (2020-09-23)**                                    0:20

| | |
|---|---|
| 86:14 | Q. (BY MS. KARIS:)  Dr. Ibrahim, can |
| 86:15 | you see that?  And I know you have the |
| 86:16 | records in front of you. |
| 86:17 | A. Yes, I was looking at mine.  But I |
| 86:18 | see that, yes. |
| 86:19 | Q. Fair enough.  Is this a note that |
| 86:20 | you created? |
| 86:21 | A. That seems to be my second visit |
| 86:22 | with him.  Yes. |

**87:03 - 88:17   Ibrahim, Ahmed (2020-09-23)**                                    2:53

| | | | |
|---|---|---|---|
| 87:03 | Q. I failed to ask you, did you | Re: [87:20 to 88:17] | OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs. |
| 87:04 | prescribe any meds for Mr. McCombs following | Pltf Obj 401; 403; MIL C8 | |
| 87:05 | your first visit with him? | | |
| 87:06 | A. Yes, so he was prescribed an | | |
| 87:07 | antidepressant and something for sleep. | | |
| 87:08 | Q. And what was the antidepressant he | | |
| 87:09 | was described? | | |
| 87:10 | A. Sertraline. | | |
| 87:11 | Q. And what -- | | |
| 87:12 | A. I'm in the habit every visit to | | |
| 87:13 | put exactly what I did the visit before, so | | |
| 87:14 | on the record on the screen right now, it | | |
| 87:15 | will state during last visit, the following | | |
| 87:16 | was made, so this is actually what I did on | | |
| 87:17 | the first visit.  So I started him on | | |
| 87:18 | Sertraline for antidepressant and Trazodone | | |
| 87:19 | for sleep. | | |

| | | | | |
|---|---|---|---|---|
| 87:20 | Q. When you prescribe to a patient | | | |
| 87:21 | Sertraline or Trazodone -- | | | |
| 87:22 | A. Trazodone. | | | |
| 87:23 | Q. -- is there any effect if a | | | |
| 88:01 | patient has alcohol -- uses alcohol when | | | |
| 88:02 | using those meds? | | | |
| 88:03 | A. We always recommend with | | | |
| 88:04 | psychiatric meds a person avoids drinking | | | |
| 88:05 | alcohol. There is no absolute severe | | | |
| 88:06 | interaction, like what we call no absolute | | | |
| 88:07 | contraindication to giving this medications | | | |
| 88:08 | in a person who was drinking, but always | | | |
| 88:09 | advise, because all psychiatric meds cause | | | |
| 88:10 | clinical changes in the brain. | | | |
| 88:11 | They can affect alertness or the | | | |
| 88:12 | reaction time, so we always recommend not | | | |
| 88:13 | mixing the medicine with alcohol and trying | | | |
| 88:14 | to avoid alcohol use. | | | |
| 88:15 | Q. Okay. So your recommendation is | | | |
| 88:16 | to avoid alcohol completely? | | | |
| 88:17 | A. Yes. | | | |
| | | | | |
| 91:04 - 92:01 | Ibrahim, Ahmed (2020-09-23) | 1:02 | | |
| 91:04 | Q. Did you recommend to Mr. McCombs | | Re: [91:16 to 92:05] | OVERRULED |
| 91:05 | at his first visit that he seek therapy -- | | Pltf Obj 611 | |
| 91:06 | A. Yes. | | | |
| 91:07 | Q. -- for his PTSD? | | | |
| 91:08 | A. He was referred to the Vet Center. | | | |
| 91:09 | Q. And six weeks after you | | | |
| 91:10 | recommended it, had Mr. McCombs followed | | | |
| 91:11 | your advice in seeking such therapy? | | | |
| 91:12 | A. As reported here, he has not | | | |
| 91:13 | started going to the Vet Center yet but | | | |
| 91:14 | plans to go today, so apparently he told me | | | |
| 91:15 | after the visit, he would go. | | | |
| 91:16 | Q. Okay. Is the failure to seek | | | |
| 91:17 | therapy for somebody who's suffering from | | | |
| 91:18 | PTSD a cause for not getting the PTSD under | | | |
| 91:19 | control? | | | |
| 91:20 | A. Yes. | | | |
| 91:21 | Q. And is the failure to follow your | | | |
| 91:22 | advice as a psychiatrist of seeking therapy | | | |

91:23   something that negatively affects a
92:01   patient's mental health condition?

92:04 - 92:05   Ibrahim, Ahmed (2020-09-23)   0:04
92:04   Q. You may answer.
92:05   A. Yes.

**Re: [91:16 to 92:05]**
**Pltf Obj** 611

OVERRULED

92:23 - 93:13   Ibrahim, Ahmed (2020-09-23)   1:43
92:23   Q. So did you report to Mr. McCombs
93:01   that he was not to drink alcohol in taking
93:02   those meds as reflected in your progress
93:03   notes?
93:04   A. Yes, ma'am.
93:05   Q. And despite you informing
93:06   Mr. McCombs that he was not to drink alcohol
93:07   in connection -- because of those two meds,
93:08   was he nonetheless continuing to drink what
93:09   he said was three drinks a week?
93:10   A. Right.  So he had reported
93:11   drinking three drinks a week, which of
93:12   course is a significant decrease.  But yes,
93:13   he reported that.

**Re: [92:23 to 93:13]**
**Pltf Obj** MIL C8; 401; 403

OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.

93:14 - 93:22   Ibrahim, Ahmed (2020-09-23)   0:24
93:14   Q. Okay.  Did Mr. McCombs also tell
93:15   you that he was actually doing better as a
93:16   result of the treatments that you had given
93:17   him?
93:18   A. Yes.
93:19   Q. And did he report that he had less
93:20   anxiety even over the course of the six
93:21   weeks?
93:22   A. Yes.

93:23 - 94:02   Ibrahim, Ahmed (2020-09-23)   0:06
93:23   Q. Did you see Mr. McCombs a third
94:01   time?
94:02   A. I did.

94:03 - 94:10   Ibrahim, Ahmed (2020-09-23)   0:27
94:03   MS. KARIS:  And if we can now pull
94:04   up -- I'm sorry.  I move for the admission

| | | | |
|---|---|---|---|
| 94:05 | of Exhibit 26. | | |
| 94:06 | Now, can we look at Exhibit 27, | | |
| 94:07 | McCombs VA 1340 through 42. | | |
| 94:08 | | | |
| 94:09 | (Exhibit 27 was marked for identification | | |
| 94:10 | and is attached to the original transcript.) | | |
| | | | |
| 94:12 - 94:14 | Ibrahim, Ahmed (2020-09-23)   0:07 | | |
| 94:12 | Q. (BY MS. KARIS:)  Exhibit 27 with a | | |
| 94:13 | date of March 10th of 2016.  Do you see | | |
| 94:14 | that? | | |
| | | | |
| 95:03 - 96:16 | Ibrahim, Ahmed (2020-09-23)   2:49 | | |
| 95:03 | Q. (BY MS. KARIS:)  Okay.  Dr. | Re: [96:14 to 96:14] | OVERRULED. MIL PC8 |
| 95:04 | Ibrahim, this is a note dated March 10th of | Pltf Obj MIL C8 | was not preserved; the |
| 95:05 | 2016.  Is this a progress note you created | | MIL was also specific to |
| 95:06 | in connection with the treatment of | | Hacker and Keefer, and |
| 95:07 | plaintiff, Dustin McCombs? | | did not include |
| 95:08 | A. Yes, ma'am. | | McCombs. |
| 95:09 | Q. Could you tell us what, based on | | |
| 95:10 | your notes, what your third visit with | | |
| 95:11 | Mr. McCombs reflected in connection with his | | |
| 95:12 | treatment? | | |
| 95:13 | A. So as usual as my habit, as it is | | |
| 95:14 | my habit, I started by mentioning what we | | |
| 95:15 | did in his plan last time, which was to | | |
| 95:16 | continue his antidepressant but move it to | | |
| 95:17 | nighttime, so QHS means at night because he | | |
| 95:18 | reported feeling tired with it.  And may | | |
| 95:19 | increase the Trazodone for sleep since he | | |
| 95:20 | mentioned that it was partially effective, | | |
| 95:21 | and then adding Buspar, buspirone.  That's a | | |
| 95:22 | medication to help with the side effects of | | |
| 95:23 | the Sertraline, and then to start going to | | |
| 96:01 | the Vet Center for therapy.  So that's the | | |
| 96:02 | beginning. | | |
| 96:03 | And then he reported that he | | |
| 96:04 | continues to comply with his meds, still | | |
| 96:05 | having the same side effects of feeling | | |
| 96:06 | tired and teeth chattering and mild sexual | | |
| 96:07 | side effects. | | |
| 96:08 | Buspirone did help a little in the | | |

| | | |
|---|---|---|
| 96:09 | beginning but then stopped working. | |
| 96:10 | Trazodone of this dose helped more with | |
| 96:11 | sleep.  And again, despite the side effects, | |
| 96:12 | he did not want to change the medicine | |
| 96:13 | because he felt it was helping.  And | |
| 96:14 | continuing at about three drinks per week, | |
| 96:15 | and that he actually went ahead and started | |
| 96:16 | going to the Vet Center. | |

| 102:02 - 102:11 | Ibrahim, Ahmed (2020-09-23) | 1:31 |
|---|---|---|
| 102:02 | Q. Was it your professional opinion | |
| 102:03 | on March 10th of 2016 that Mr. McCombs was | |
| 102:04 | progressing well -- | |
| 102:05 | A. Yes. | |
| 102:06 | Q. -- at that time? | |
| 102:07 | A. Yes. | |
| 102:08 | Q. And was it your opinion that | |
| 102:09 | whatever PTSD-related symptoms he was | |
| 102:10 | having, he was progressing in a normal way? | |
| 102:11 | A. Yes. | |

| 106:04 - 107:13 | Ibrahim, Ahmed (2020-09-23) | 2:40 |
|---|---|---|
| 106:04 | MS. KARIS:  Let's look now at | **Re: [106:04 to 107:13]** |
| 106:05 | Exhibit 28.  Eric, can you pull up VA -- | **Pltf Obj** Incomplete |
| 106:06 | McCombs VA 1317 through 319. | designation |
| 106:07 | | |
| 106:08 | (Exhibit 28 was marked for identification | |
| 106:09 | and is attached to the original transcript.) | |
| 106:10 | | |
| 106:11 | Q. (BY MS. KARIS:)  In any of these | |
| 106:12 | visits, Dr. Ibrahim, if Mr. McCombs had | |
| 106:13 | complained to you about severe ringing in | |
| 106:14 | his head or hearing excessive and very | |
| 106:15 | disturbing noises, is that something you | |
| 106:16 | would typically note in your records? | |
| 106:17 | A. Yes. | |
| 106:18 | Q. Did you see any reference anywhere | |
| 106:19 | in the exhibits we've looked at thus far | |
| 106:20 | where Mr. McCombs makes any complaints of | |
| 106:21 | ringing in his ear? | |
| 106:22 | A. No. | |
| 106:23 | Q. Do you have any recollection of | |

**OVERRULED**

| | | | | |
|---|---|---|---|---|
| 107:01 | Mr. McCombs ever indicating to you that he | | | |
| 107:02 | was hearing ringing in his ear while he was | | | |
| 107:03 | a patient of yours? | | | |
| 107:04 | A. No, ma'am. | | | |
| 107:05 | Q. Did Mr. McCombs ever indicate to | | | |
| 107:06 | you that the ringing in his rear was what | | | |
| 107:07 | was keeping him up at night? | | | |
| 107:08 | A. No. | | | |
| 107:09 | Q. Did Mr. McCombs ever indicate to | | | |
| 107:10 | you that ringing in his ear is what was | | | |
| 107:11 | causing him to associate with the traumatic | | | |
| 107:12 | events that he had endured in Afghanistan? | | | |
| 107:13 | A. No. | | | |

**107:14 - 108:07**  Ibrahim, Ahmed (2020-09-23)     1:49

| | | |
|---|---|---|
| 107:14 | Q. Do you ask your patients probing | **Re: [107:14 to 108:07]** |
| 107:15 | questions about what else they are | **Def Obj** Improper counter; |
| 107:16 | experiencing physically or emotionally? | relevance (401, 402) |
| 107:17 | A. To a limited extent.  So for | |
| 107:18 | example, if I'm giving a medication that is | |
| 107:19 | known to cause physical side effects, I will | |
| 107:20 | probe these for sure. | |
| 107:21 | So for example, the Sertraline he | |
| 107:22 | is receiving is very well known to cause | |
| 107:23 | stomach upset and sexual side effects, so | |
| 108:01 | apparently he did mention the sexual side | |
| 108:02 | effects when I asked him. | |
| 108:03 | Now, if the patient actually does | |
| 108:04 | report physical symptoms, in that case, I | |
| 108:05 | will document it since it happened and I | |
| 108:06 | will refer them appropriately. | |
| 108:07 | Q. If a patient -- strike that. | |

SUSTAINED

**108:08 - 109:11**  Ibrahim, Ahmed (2020-09-23)     1:24

| | |
|---|---|
| 108:08 | Do you ask the patient what they |
| 108:09 | believe is causing them to stay up at night |
| 108:10 | or causing the anxiety? |
| 108:11 | A. Yes, of course.  In his case, it |
| 108:12 | was all, in his belief and from his report, |
| 108:13 | related to the traumatic experience. |
| 108:14 | Q. Did he ever indicate at any time |
| 108:15 | while he was in your care that what was |

| | | |
|---|---|---|
| 108:16 causing him to stay up at night was the | | |
| 108:17 ringing in his ear? | | |
| 108:18 A. He did not mention that.  I'm | | |
| 108:19 usually a very good documenter.  If he | | |
| 108:20 mentioned this, I would have put it down. | | |
| 108:21 Q. Thank you.  Let's look at Exhibit | | |
| 108:22 28.  By the way, did he ever mention that he | | |
| 108:23 had any type of hearing loss or difficulty | | |
| 109:01 in hearing you at any time? | | |
| 109:02 A. Not that's documented and I do not | | |
| 109:03 believe so. | | |
| 109:04 Q. Exhibit 28.  This is your note | | |
| 109:05 dated April 14th of 2016.  Do you recognize | | |
| 109:06 this document? | | |
| 109:07 A. Yes, ma'am. | | |
| 109:08 Q. And is this one of the notes that | | |
| 109:09 you created following a visit from Dustin | | |
| 109:10 McCombs on April 14th of 2016? | | |
| 109:11 A. Yes, ma'am. | | |

| 110:02 - 110:07 Ibrahim, Ahmed (2020-09-23) | 0:20 | Re: [110:02 to 110:07] |
|---|---|---|
| 110:02 Q. Do you know whether Mr. McCombs | | Pltf Obj MIL C3; MIL C2; 401; |
| 110:03 had applied for disability benefits while he | | 403 |
| 110:04 was in your care for medical -- for | | |
| 110:05 psychiatric services? | | |
| 110:06 A. I did see notes of him getting | | |
| 110:07 evaluated for disability benefits, yes. | | |

| 111:16 - 112:01 Ibrahim, Ahmed (2020-09-23) | 0:26 | Re: [111:16 to 111:20] | OVERRULED |
|---|---|---|---|
| 111:16 Q. Based on your observations and | | Pltf Obj 611 | |
| 111:17 treatment of Mr. McCombs, do you agree that | | | |
| 111:18 he -- his mental health conditions were | | | |
| 111:19 improved as of April 14th of 2016? | | | |
| 111:20 A. Yes, ma'am. | | | |
| 111:21 Q. And was it your opinion that | | | |
| 111:22 Mr. McCombs was doing well clinically at the | | | |
| 111:23 time that you observed him -- | | | |
| 112:01 A. Yes, ma'am. | | | |

| 113:02 - 113:13 Ibrahim, Ahmed (2020-09-23) | 1:33 | Re: [113:06 to 113:13] | OVERRULED. MIL PC8 |
|---|---|---|---|
| 113:02 Q. So both he reported and your own | | Pltf Obj 401; 403; MIL C8 | was not preserved; the |
| 113:03 observation was that Mr. McCombs was doing | | | |

| | | | | |
|---|---|---|---|---|
| 113:04 | well as of April of 2016, correct? | | | **MIL was also specific to Hacker and Keefer, and did not include McCombs.** |
| 113:05 | A. That is correct. | | | |

| | |
|---|---|
| 113:06 | Q. And if we go down under R/B/A, |
| 113:07 | again, you continued to advise that he not |
| 113:08 | use any alcohol while taking his meds, |
| 113:09 | correct? |
| 113:10 | A. Correct.  This is a template, of |
| 113:11 | course, so you will find the same wording, |
| 113:12 | but this is what we go through on every |
| 113:13 | visit. |

**114:13 - 114:16   Ibrahim, Ahmed (2020-09-23)**                0:21

| | |
|---|---|
| 114:13 | Q. As of this visit, April of 2016, |
| 114:14 | other than teeth chattering, was the patient |
| 114:15 | complaining of any other side effects or |
| 114:16 | conditions from his PTSD? |

**114:18 - 115:06   Ibrahim, Ahmed (2020-09-23)**                0:29

| | |
|---|---|
| 114:18 | Q. And from the medications, I should |
| 114:19 | say, prescribed because of the PTSD? |
| 114:20 | A. Right.  So he reported that the |
| 114:21 | medications were working well, side effects |
| 114:22 | decreased a lot.  He's happy with the |
| 114:23 | combination.  So based on that, he decided |
| 115:01 | to continue. |
| 115:02 | And that was that practice in |
| 115:03 | PCMHI, once there's no need for me to make |
| 115:04 | more medication adjustment, then I simply |
| 115:05 | refer them back to primary care to refill |
| 115:06 | their meds. |

**117:02 - 117:10   Ibrahim, Ahmed (2020-09-23)**                0:22

| | | | |
|---|---|---|---|
| 117:02 | Q. We did.  What is auditory/visual | **Re: [117:02 to 117:10]** | **SUSTAINED** |
| 117:03 | hallucinations, what is that? | **Def Obj** Improper counter, | |
| 117:04 | A. Auditory hallucinations is when | unnecessary to clarify the | |
| 117:05 | someone is hearing voices despite no one | testimony that follows; | |
| 117:06 | being present there actually talking to | relevance (401, 402) | |
| 117:07 | them. | | |
| 117:08 | Visual hallucinations is a person | | |
| 117:09 | that is seeing things without the actual | | |
| 117:10 | thing being there. | | |

117:11 - 119:21   Ibrahim, Ahmed (2020-09-23)                                  3:51

| | | |
|---|---|---|
| 117:11 | Q. So is it standard practice in | |
| 117:12 | connection with every patient visit that | |
| 117:13 | Mr. McCombs had for you to ask him about any | |
| 117:14 | auditory issues that he is having? | |
| 117:15 | A. The way we ask -- yes, the answer | |
| 117:16 | is yes.  The way we ask it is, Do you hear | |
| 117:17 | any voices when no one is around you or hear | |
| 117:18 | other voices that other people don't hear. | |
| 117:19 | Q. Okay.  And in each instance, did | |
| 117:20 | hearing voices, was that a standard question | |
| 117:21 | you would have asked Mr. McCombs in every | |
| 117:22 | visit? | |
| 117:23 | A. Correct, correct. | |
| 118:01 | Q. In connection with asking him if | |
| 118:02 | he heard any voices, did Mr. McCombs ever | |
| 118:03 | indicate, as far as you can tell from your | |
| 118:04 | records, that he was hearing anything that | |
| 118:05 | he should not have otherwise been hearing? | |
| 118:06 | A. Not to me at all.  But in the -- | |
| 118:07 | what's called the phone assessment that was | |
| 118:08 | done eight days before my first visit with | |
| 118:09 | him, they did mark that he was hearing | |
| 118:10 | gunshots. | |
| 118:11 | Now, this is a very common thing | |
| 118:12 | with post-traumatic stress disorder is | |
| 118:13 | sometimes when a person gets triggered, they | |
| 118:14 | can have a moment of flashback where they | |
| 118:15 | feel like they are back in combat hearing | |
| 118:16 | the combat or see it even happen.  So these | |
| 118:17 | are called flashbacks.  And he indicated | |
| 118:18 | having these in the assessment.  He did not | |
| 118:19 | indicate it in any of the visits. | |
| 118:20 | Now, also we need to notice that | |
| 118:21 | the mental status examination reflects how | |
| 118:22 | the patient is right now during the time of | |
| 118:23 | the interview.  So if he currently denies | |
| 119:01 | it, it means at this point in time. | |
| 119:02 | If he did have them since the last | |
| 119:03 | visit, it would have been mentioned in the | |
| 119:04 | subjective part, in the discussion with him. | |
| 119:05 | Q. Okay.  So if he's currently | |

Re: [117:11 to 119:21]
Pltf Obj Incomplete
designation; 401; 403

OVERRULED

| | |
|---|---|
| 119:06 | hearing any auditory noises, such as |
| 119:07 | gunshots, you would record it as part of the |
| 119:08 | AVH section, correct? |
| 119:09 | A. Correct.  Yes. |
| 119:10 | Q. But if he mentions having any |
| 119:11 | problems, similar problems at any other |
| 119:12 | time, you would note it in the subjective |
| 119:13 | notes that you take, correct? |
| 119:14 | A. Very correct, yes. |
| 119:15 | Q. And was it your standard practice |
| 119:16 | to note any auditory issues that anybody |
| 119:17 | complained of as part of your subjective |
| 119:18 | notes if one of your patients said they were |
| 119:19 | experiencing? |
| 119:20 | A. Absolutely, yes.  That's a serious |
| 119:21 | condition. |

| | | |
|---|---|---|
| 120:03 - 120:10 | Ibrahim, Ahmed (2020-09-23) | 1:45 |
| 120:03 | (Exhibit 29 was marked for identification | |
| 120:04 | and is attached to the original transcript.) | |
| 120:05 | | |
| 120:06 | Q. (BY MS. KARIS:)  Exhibit 29, | |
| 120:07 | McCombs VA 1306 through 1309.  Dr. Ibrahim, | |
| 120:08 | do you recognize Exhibit 29, which is a note | |
| 120:09 | dated March 17th of 2017? | |
| 120:10 | A. Yes. | |

| | | |
|---|---|---|
| 121:08 - 122:23 | Ibrahim, Ahmed (2020-09-23) | 2:59 |
| 121:08 | Q. Okay.  No problem.  Did you see | |
| 121:09 | Mr. McCombs March 17th of 2017? | |
| 121:10 | A. Yes, ma'am. | |
| 121:11 | Q. Okay.  And can you tell us what | |
| 121:12 | the reason was that you saw Mr. McCombs ten | |
| 121:13 | months -- 11 months after you had last seen | |
| 121:14 | him? | |
| 121:15 | A. Yes, so he was referred back to | |
| 121:16 | primary care and apparently continued | |
| 121:17 | receiving his refills through there, but | |
| 121:18 | after 11 months he requested that he sees me | |
| 121:19 | again, and that was perfectly a normal | |
| 121:20 | practice.  If they request to be evaluated | |
| 121:21 | again by mental health, that request was | |

121:22    always granted.
121:23    So of course, he had been on the
122:01    same meds for the past 11 months, and the
122:02    recommendation was to continue therapy with
122:03    the Vet Center.  But he came complaining
122:04    that he now feels fatigued and having muscle
122:05    pains and swelling in his joints for the
122:06    past one and a half to two months.
122:07    He also complained of the teeth
122:08    chattering, but he said that this had
122:09    resolved, but he started again having sexual
122:10    side effects.
122:11    Discussed with him and found -- I
122:12    had access to see through the VA because the
122:13    medicine was sent by mail, so I had access
122:14    to see when every prescription was sent.  So
122:15    I noticed that he had not filled his
122:16    Bupropion, which is a medicine to help with
122:17    the side effects of the Sertraline,
122:18    especially the sexual side effects.  And
122:19    what I told him about that, he said he just
122:20    wants a change in his medications.  Tried to
122:21    convince him otherwise.  Apparently he
122:22    wanted to change them, so we went ahead with
122:23    his wish.

123:01 - 123:23    Ibrahim, Ahmed (2020-09-23)                                    1:58
123:01    Q. Okay.  What was your professional
123:02    advice in March of 2017 as to whether he
123:03    should continue with the medications you had
123:04    previously been prescribed?
123:05    A. Well, looking at the complaints,
123:06    if he had -- he had been taking the medicine
123:07    for basically over a year.  Now he complains
123:08    of two sets of problems.  One is fatigue,
123:09    muscle pain and swelling in his joints for
123:10    one and a half to two months.  We do not
123:11    expect side effects to emerge like that
123:12    after several months after taking the
123:13    medicine.  That is probably something
123:14    different.  That's one thing.
123:15    And the other thing is the sexual

| | | | | | |
|---|---|---|---|---|---|
| 123:16 | side effects.  Well, the problem is he did | | | | |
| 123:17 | not fill the Bupropion, which was helping | | | | |
| 123:18 | with that.  So my professional advice would | | | | |
| 123:19 | be to get back on the same regimen that | | | | |
| 123:20 | proved effective a year ago and take it | | | | |
| 123:21 | correctly and then see how you do in four to | | | | |
| 123:22 | six weeks.  That would be the proper thing | | | | |
| 123:23 | to do. | | | | |

**124:03 - 124:14   Ibrahim, Ahmed (2020-09-23)**   0:28

| | | | |
|---|---|---|---|
| 124:03 | Q. Did Mr. McCombs follow your | **Re: [124:10 to 124:16]** | **OVERRULED** |
| 124:04 | professional advice? | **Pltf Obj** Argumentative; | |
| 124:05 | A. He preferred not to take the | Misstates | |
| 124:06 | Sertraline anymore because -- and that's | | |
| 124:07 | from the record that I wrote, because he | | |
| 124:08 | talked to other people who took it and did | | |
| 124:09 | not like it either. | | |
| 124:10 | Q. So he was basing his decision, as | | |
| 124:11 | he reported to you at least, on what other | | |
| 124:12 | people, that is nonprofessionals, had told | | |
| 124:13 | him who didn't like the medication; is that | | |
| 124:14 | correct? | | |

**124:16 - 124:16   Ibrahim, Ahmed (2020-09-23)**   0:03

| | | | |
|---|---|---|---|
| 124:16 | A. That's what I documented, yes. | **Re: [124:10 to 124:16]** | **OVERRULED** |
| | | **Pltf Obj** Argumentative; | |
| | | Misstates | |

**126:16 - 126:20   Ibrahim, Ahmed (2020-09-23)**   0:17

| | | | |
|---|---|---|---|
| 126:16 | Q. And then similarly, he said he had | **Re: [126:16 to 127:09]** | **OVERRULED** |
| 126:17 | started feeling fatigued.  In your | **Pltf Obj** Leading | |
| 126:18 | professional opinion, was the onset of | | |
| 126:19 | fatigue at this time associated with the | | |
| 126:20 | meds that you had recommended he take? | | |

**126:22 - 127:09   Ibrahim, Ahmed (2020-09-23)**   1:31

| | | | |
|---|---|---|---|
| 126:22 | A. He did mention fatigue as a side | **Re: [126:16 to 127:09]** | **OVERRULED** |
| 126:23 | effect in the very beginning of treatment a | **Pltf Obj** Leading | |
| 127:01 | year prior and that had resolved | | |
| 127:02 | spontaneously.  Now it's recurring again | | |
| 127:03 | after several months. | | |
| 127:04 | The first time I would agree that | | |

| | | | |
|---|---|---|---|
| 127:05 | it was related to the medicine.  The second | | |
| 127:06 | time, I would make an educated guess it was | | |
| 127:07 | because he stopped the Bupropion, so this is | | |
| 127:08 | a medicine that when you stop, you can | | |
| 127:09 | develop fatigue. | | |

**128:23 - 130:07   Ibrahim, Ahmed (2020-09-23)      1:22**

| | | | |
|---|---|---|---|
| 128:23 | Did Mr. McCombs indicate to you | | |
| 129:01 | that it was him who wanted to stop the | | |
| 129:02 | Sertraline? | | |
| 129:03 | A. Yes, he even ran out of it four | | |
| 129:04 | days prior to the visit. | | |
| 129:05 | Q. Okay.  Did any professional that | | |
| 129:06 | you're aware of, based on Mr. McCombs' | | |
| 129:07 | reporting to you, ever recommend that he | | |
| 129:08 | stop the Sertraline? | | |
| 129:09 | A. No, ma'am. | | |
| 129:10 | Q. What was the Sertraline intended | | |
| 129:11 | to do? | | |
| 129:12 | A. That is an antidepressant that was | | |
| 129:13 | intended to help with anxiety and | | |
| 129:14 | depression.  Overall, it provides | | |
| 129:15 | improvement in post-traumatic stress | | |
| 129:16 | disorder symptoms. | | |
| 129:17 | Q. Did Mr. McCombs elect to stop | | |
| 129:18 | taking the meds that you had prescribed to | | |
| 129:19 | help with his PTSD? | | |
| 129:20 | A. Yes. | | |
| 129:21 | Q. Now, you had told us also | | |
| 129:22 | recommended that he go to the Vet Center as | | |
| 129:23 | part of his treatment, correct? | | |
| 130:01 | A. Yes. | | |
| 130:02 | Q. What did Mr. McCombs tell you on | | |
| 130:03 | March 17th of 2017 in connection with his | | |
| 130:04 | visits to the Vet Center? | | |
| 130:05 | A. It appears he says he had not been | | |
| 130:06 | to the Vet Center in a while due to working | | |
| 130:07 | out of town. | | |

**130:08 - 130:18   Ibrahim, Ahmed (2020-09-23)      1:32**

| | | | |
|---|---|---|---|
| 130:08 | Q. Is that contrary to the advice | **Re: [130:08 to 130:18]** | **OVERRULED. MIL PC8** |
| 130:09 | that you had given Mr. McCombs for how to | **Pltf Obj** MIL C8 | **was not preserved; the** |

| | | | |
|---|---|---|---|
| 130:10 treat his PTSD and alcohol abuse symptoms? | | | MIL was also specific to Hacker and Keefer, and did not include McCombs. |
| 130:11 Strike that.  Not symptoms, diagnosed -- | | | |
| 130:12 A. Yes, bare in mind, if he has been | | | |
| 130:13 going on for several months, I would not | | | |
| 130:14 know what schedule they wanted him to be on, | | | |
| 130:15 is he required to go monthly, every couple | | | |
| 130:16 of months, so I didn't know what they were | | | |
| 130:17 doing, but he indicated he hasn't been there | | | |
| 130:18 in a while. | | | |

**131:18 - 132:07  Ibrahim, Ahmed (2020-09-23)    1:36**

| | | | |
|---|---|---|---|
| 131:18 Q. And then did he indicate that he | | Re: [131:18 to 132:07] | OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs. |
| 131:19 was continuing to drink two to three mixed | | Pltf Obj MIL C8; 401; 403 | |
| 131:20 drinks a week? | | | |
| 131:21 A. Yes. | | | |
| 131:22 Q. And was that also contrary to the | | | |
| 131:23 advice -- professional advice that you had | | | |
| 132:01 given to Mr. McCombs? | | | |
| 132:02 A. Regarding mixing alcohol with | | | |
| 132:03 medications, yes.  Just to be fair, two to | | | |
| 132:04 three drinks a week is not considered beyond | | | |
| 132:05 the limit.  It's much less than before.  But | | | |
| 132:06 not to be mixed with psychiatric | | | |
| 132:07 medications, for sure. | | | |

**133:09 - 134:09  Ibrahim, Ahmed (2020-09-23)    1:08**

| | | | |
|---|---|---|---|
| 133:09 Q. So in his last visit, Mr. McCombs | | Re: [133:18 to 133:20] | OVERRULED |
| 133:10 indicated to you that he had stopped taking | | Pltf Obj Misstates | |
| 133:11 the Bupropion that you had recommended, | | | |
| 133:12 correct? | | Re: [133:21 to 133:23] | OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs. |
| 133:13 A. Yes. | | Pltf Obj MIL C8; 401; 403 | |
| 133:14 Q. He had stopped taking the | | | |
| 133:15 Sertraline that you had recommended for his | | | |
| 133:16 PTSD symptoms, correct? | | | |
| 133:17 A. Yes. | | | |
| 133:18 Q. He had stopped going to the Vet | | | |
| 133:19 Center that you had recommended, correct? | | | |
| 133:20 A. Yes. | | | |
| 133:21 Q. And he was continuing to have two | | Re: [134:01 to 134:04] | OVERRULED |
| 133:22 to three drinks a week; is that correct? | | Pltf Obj 403 | |
| 133:23 A. Correct. | | | |
| 134:01 Q. All four of those were contrary to | | | |

| | | |
|---|---|---|
| 134:02 | the advice that you had given Mr. McCombs, | |
| 134:03 | correct? | |
| 134:04 | A. Correct. | |
| 134:05 | Q. And your advice was based on your | |
| 134:06 | professional judgment, education and | |
| 134:07 | experience in treating thousands of vets | |
| 134:08 | suffering from PTSD, correct? | |
| 134:09 | A. Yes. | |

| | | |
|---|---|---|
| 134:10 - 134:23 | Ibrahim, Ahmed (2020-09-23) | 1:49 |
| 134:10 | Q. Now, if you look at the next page | |
| 134:11 | of Exhibit 28 -- 29, excuse me, again under | |
| 134:12 | ADH, auditory/visual hallucinations, there's | |
| 134:13 | a denial by the patient, correct, | |
| 134:14 | Mr. McCombs? | |
| 134:15 | A. Yes. | |
| 134:16 | Q. And again in your notes, there's | |
| 134:17 | no reference anywhere to hearing any ringing | |
| 134:18 | or any noise disturbances, correct? | |
| 134:19 | A. Correct. | |
| 134:20 | Q. And then for his mood, what does | |
| 134:21 | Mr. McCombs suggest after he's decided to | |
| 134:22 | take himself off the meds you suggested? | |
| 134:23 | A. So sometimes I report the mood | |

| | | |
|---|---|---|
| 135:01 - 135:23 | Ibrahim, Ahmed (2020-09-23) | 1:18 |
| 135:01 | exactly as the patient reports.  In this | |
| 135:02 | case, it's a quote, "I'm just always tired | |
| 135:03 | and I feel my anxiety is high." | |
| 135:04 | Q. So that's what Mr. McCombs | |
| 135:05 | reported, correct? | |
| 135:06 | A. Correct. | |
| 135:07 | Q. Did Mr. McCombs indicate whether | |
| 135:08 | anybody had put him on different medicine to | |
| 135:09 | treat his anxiety when he saw you? | |
| 135:10 | A. No, ma'am. | |
| 135:11 | Q. In the prior page where it says | |
| 135:12 | Sertraline active, and then it notes ran | |
| 135:13 | out -- and by prior page, I mean 1306 of | |
| 135:14 | Exhibit 29.  What does that indicate, why do | |
| 135:15 | you write ran out? | |
| 135:16 | A. So what you see in capital letters | |

135:17    is basically like when I come to the
135:18    medications, I can click something and it
135:19    will pull the active medications for me, but
135:20    it doesn't say if the patient is actually
135:21    taking it or not.  So the ran out here is my
135:22    own writing based on what he said earlier
135:23    under the subjective part that he had run

136:01 - 136:07   Ibrahim, Ahmed (2020-09-23)          0:27
136:01    out of the Sertraline four days ago.
136:02    Q. Okay.  And then under the
136:03    Trazodone where it says rarely, what does
136:04    that indicate?
136:05    A. So Trazodone was prescribed as
136:06    needed for sleep.  And this means he only
136:07    needs it rarely, not all the time.

136:08 - 136:21   Ibrahim, Ahmed (2020-09-23)          1:53
136:08    Q. Okay.  If you go to the next page,                    **Re: [136:08 to 137:08]**
136:09    again 1307, under A, the middle of the page,            **Pltf Obj** MIL C3; 401; 403
136:10    assessment you told us previously, PTSD,
136:11    chronic, there's a 50 percent SC.
136:12    A. Yes.
136:13    Q. Can you tell us what that
136:14    represents?
136:15    A. So that means he receives a
136:16    service connection, SC, disability of 50
136:17    percent for that diagnosis.
136:18    Q. So Mr. McCombs was receiving VA
136:19    benefits for his PTSD of 50 percent; is that
136:20    correct?
136:21    A. Correct.

136:22 - 137:08   Ibrahim, Ahmed (2020-09-23)          1:30
136:22    Q. Do you know whether Mr. McCombs                       **Re: [136:08 to 137:08]**
136:23    stopped all the treatment you recommended               **Pltf Obj** MIL C3; 401; 403
137:01    after he got his VA benefits for PTSD?
137:02    A. So, I mean, based on this, at this
137:03    time when he -- when I saw him, he has
137:04    already received that service connection,
137:05    and then he had just run out of the
137:06    Sertraline four days prior.  So apparently,

| | | |
|---|---|---|
| 137:07 | yes, this happened after he received the | |
| 137:08 | disability. | |

137:12 - 137:17   Ibrahim, Ahmed (2020-09-23)          0:23

137:12   Q. Plan.  D/C Sertraline per PT, what
137:13   does that mean?
137:14   A. Discontinue the Sertraline per
137:15   patient.  Per patient, I put that, it means
137:16   it's not my decision.  It's the patient's
137:17   decision.

137:18 - 139:01   Ibrahim, Ahmed (2020-09-23)          2:45

137:18   Q. Okay.  Go to the next page,
137:19   please, 1308.  There's an addendum of March
137:20   31st of 2017.  Do you see that?
137:21   A. Yes.
137:22   Q. Read to us -- what does the
137:23   addendum indicate to you?
138:01   A. That's written by Jack Morrison
138:02   who was one of our nurses at the VA.  So
138:03   basically in my plan in the prior page,
138:04   since Mr. McCombs did not want to take the
138:05   Sertraline anymore and he was having some
138:06   symptoms that we call it discontinuation
138:07   symptoms from abruptly stopping the
138:08   medicine, so in that case, I give him
138:09   something to help with that.  That's called
138:10   Fluoxetine, commonly known as Prozac, to
138:11   help with the discontinuation symptoms.
138:12   And I give him a ten day
138:13   prescription, and my advice to him was this
138:14   will stop the discontinuation symptoms, you
138:15   might actually find it helping in general
138:16   for anxiety.  And if you do, if you like it
138:17   and want to be on it, let us know and we can
138:18   send you a prescription.
138:19   So now the addendum came where
138:20   Mr. McCombs called and talked to Jack
138:21   Morrison and said that he liked the
138:22   Flouxetine or the Prozac and he had run out
138:23   of it and he's out of town and he wanted
139:01   more, like a prescription.

**Re: [137:18 to 139:01]**
**Def Obj** Improper counter,
testimony re note by Jack
Morrison unnecessary for
clarification or completeness;
hearsay (802); foundation
(602)

**OVERRULED**

139:02 - 140:08   Ibrahim, Ahmed (2020-09-23)                                    2:49

| | |
|---|---|
| 139:02 | Q. And did you, in fact, prescribe |
| 139:03 | Prozac for Mr. McCombs following the call to |
| 139:04 | your office on March 31st? |
| 139:05 | A. Correct.  So on the next addendum, |
| 139:06 | I mentioned here we order a month's supply, |
| 139:07 | and return to clinic in one month to see how |
| 139:08 | he is doing with that. |
| 139:09 | Q. Okay.  Did Mr. McCombs ever come |
| 139:10 | back after you asked him to return to the |
| 139:11 | clinic in one month to see how he was doing |
| 139:12 | on the Prozac? |
| 139:13 | A. I do not have any record of him |
| 139:14 | returning back, no. |
| 139:15 | Q. Okay.  Did Mr. McCombs ever |
| 139:16 | indicate to you whether he was seeking |
| 139:17 | psychological, psychiatric assistance from |
| 139:18 | any other professional in connection with |
| 139:19 | his PTSD after he discontinued his treatment |
| 139:20 | with you? |
| 139:21 | A. No, ma'am.  I do not have any |
| 139:22 | communication beyond that time. |
| 139:23 | Q. Okay.  Is it correct based on the |
| 140:01 | VA's policy that Mr. McCombs could have |
| 140:02 | returned to you for at least one more visit |
| 140:03 | to follow up on how he was doing on the |
| 140:04 | Prozac and in general? |
| 140:05 | A. That is correct. |
| 140:06 | Q. Mr. McCombs did not do that, |
| 140:07 | correct? |
| 140:08 | A. No, ma'am. |

**Re: [139:02 to 139:14]**
**Pltf Obj** Incomplete
designation; 401; 403

**OVERRULED**

143:22 - 144:23   Ibrahim, Ahmed (2020-09-23)                                    1:08

| | |
|---|---|
| 143:22 | Q. In connection with Mr. McCombs' |
| 143:23 | treatment, the initial assessment reported |
| 144:01 | that he said, Mr. McCombs said, that he had |
| 144:02 | some auditory hallucinations, correct? |
| 144:03 | A. Uh-huh, yes. |
| 144:04 | Q. And that those auditory |
| 144:05 | hallucinations were him hearing gunshots, |
| 144:06 | correct? |

**Re: [143:22 to 145:08]**
**Pltf Obj** 401; 403; Cumulative
(asked and answered)

**SUSTAINED**

| | | | |
|---|---|---|---|
| 144:07 | A. Correct. | | |
| 144:08 | Q. And you then, based on that | | |
| 144:09 | preliminary assessment, saw him and did | | |
| 144:10 | multiple evaluations in your office, | | |
| 144:11 | correct, of Mr. McCombs? | | |
| 144:12 | A. Yes. | | |
| 144:13 | Q. And in each of those, you look at | | |
| 144:14 | both whether he is at the time he's visiting | | |
| 144:15 | with you incurring or experiencing any | | |
| 144:16 | auditory hallucinations, correct? | | |
| 144:17 | A. Yes. | | |
| 144:18 | Q. And in no circumstance was he | | |
| 144:19 | experiencing auditory hallucinations during | | |
| 144:20 | your visit, correct? | | |
| 144:21 | A. Correct. | | |
| 144:22 | Q. But you also asked whether he's | | |
| 144:23 | experienced any auditory hallucinations at | | |

**145:01 - 145:08  Ibrahim, Ahmed (2020-09-23)**      0:27

| | | | |
|---|---|---|---|
| 145:01 | any other time even when he's not in your | **Re: [143:22 to 145:08]** | **SUSTAINED** |
| 145:02 | office, correct? | **Pltf Obj** 401; 403; Cumulative | |
| 145:03 | A. Correct. | (asked and answered) | |
| 145:04 | Q. And Mr. McCombs never reported any | | |
| 145:05 | auditory hallucinations or problems with | | |
| 145:06 | gunshots when he was assessed by you, | | |
| 145:07 | correct? | | |
| 145:08 | A. Correct. | | |

**145:14 - 146:15  Ibrahim, Ahmed (2020-09-23)**      1:11

| | |
|---|---|
| 145:14 | Exhibit 29, you noted that |
| 145:15 | Mr. McCombs reported he was rarely taking |
| 145:16 | Trazodone, correct? |
| 145:17 | A. Yes. |
| 145:18 | Q. And Trazodone was intended to help |
| 145:19 | him with any sleep issues, correct? |
| 145:20 | A. Correct. |
| 145:21 | Q. It's a way to help somebody get to |
| 145:22 | sleep if they're having problems? |
| 145:23 | A. Yes. |
| 146:01 | Q. Is it a drug that should be taken |
| 146:02 | as needed by the patient? |
| 146:03 | A. Yes. |

146:04    Q. And so if a patient thinks they
146:05    need to take Trazodone to help them sleep,
146:06    then they take it, correct?
146:07    A. Correct.
146:08    Q. And what Mr. McCombs reported to
146:09    you at his last visit is that he was only
146:10    rarely taking it, correct?
146:11    A. Correct.
146:12    Q. And he was only rarely taking it
146:13    because he was not finding that he needed
146:14    the Trazodone on any more frequent basis,
146:15    correct?

146:18 - 146:20    Ibrahim, Ahmed (2020-09-23)                    0:08
146:18    A. That's correct.  If he had
146:19    mentioned any other reason for rarely taking
146:20    it, I would have documented that.

146:21 - 147:05    Ibrahim, Ahmed (2020-09-23)                    0:17
146:21    Q. Okay.  Did Mr. McCombs -- strike
146:22    that.
146:23    In that visit, Mr. McCombs
147:01    referenced to you or explained to you
147:02    problems he was having with the other two
147:03    meds or he thought he was having with the
147:04    other two meds you had prescribed, correct?
147:05    A. Yes.

147:06 - 147:10    Ibrahim, Ahmed (2020-09-23)                    0:15
147:06    Q. Did he ever mention to you having
147:07    any problem with the Trazodone that were
147:08    preventing him from taking the meds?
147:09    MR. GARRISON:  Object to the form.
147:10    A. No.

148:05 - 148:10    Ibrahim, Ahmed (2020-09-23)                    0:13
148:05    Q. Did Mr. McCombs ever report to you
148:06    that he was continuing to have sleep-related
148:07    problems but, nonetheless, not taking
148:08    medication?
148:09    MR. GARRISON:  Object to the form.
148:10    A. No.

| | | | |
|---|---|---|---|
| 148:18 - 148:21  Ibrahim, Ahmed (2020-09-23) | 0:05 | | |
| 148:18  Q. Good.  My name is Lou Garrison, | | **Re: [148:18 to 148:21]** | **SUSTAINED** |
| 148:19  and I'm one of the lawyers that talked to | | **Pltf Obj** 401; 403 | |
| 148:20  you on the phone the other day. | | | |
| 148:21  A. Yes. | | | |
| 182:01 - 182:02  Ibrahim, Ahmed (2020-09-23) | 0:00 | | |
| 182:01  (Exhibit 30 was marked for identification | | | |
| 182:02  and is attached to the original transcript.) | | | |
| 183:07 - 183:23  Ibrahim, Ahmed (2020-09-23) | 1:48 | | |
| 183:07  Q. Okay.  Dr. Ibrahim, I have only a | | **Re: [183:07 to 184:03]** | |
| 183:08  couple of follow-up questions for you. | | **Pltf Obj** Hearsay, 403, | |
| 183:09  Starting with Exhibit 30 here that you were | | Cumulative | |
| 183:10  asked about, you reviewed this record you | | | |
| 183:11  said in connection with treating | | | |
| 183:12  Mr. McCombs, correct? | | | |
| 183:13  A. Yes. | | | |
| 183:14  Q. Now, let's look at what | | | |
| 183:15  Mr. McCombs said when he was getting | | | |
| 183:16  evaluated.  The veteran reported a history | | | |
| 183:17  of military noise exposure, which included | | | |
| 183:18  machine gun fire and IED.  Hearing | | | |
| 183:19  protection was only worn during training and | | | |
| 183:20  not in combat.  Do you see that? | | | |
| 183:21  A. Yes. | | | |
| 183:22  Q. Mr. McCombs suffered from the | | | |
| 183:23  tinnitus that was referenced there during an | | | |
| 184:01 - 184:03  Ibrahim, Ahmed (2020-09-23) | 0:09 | | |
| 184:01  IED explosion as reported by him, correct? | | **Re: [183:07 to 184:03]** | |
| 184:02  A. As far as I see from these | | **Pltf Obj** Hearsay, 403, | |
| 184:03  records, yes. | | Cumulative | |
| 190:02 - 190:08  Ibrahim, Ahmed (2020-09-23) | 0:23 | | |
| 190:02  Q. Apologies that you had to sit | | **Re: [190:02 to 190:08]** | **SUSTAINED** |
| 190:03  through that.  Is it correct that the entire | | **Pltf Obj** 403, Cumulative | |
| 190:04  time that you treated Mr. McCombs, you never | | | |
| 190:05  diagnosed him with any connection between | | | |
| 190:06  his difficulty sleeping and any tinnitus | | | |
| 190:07  condition, correct? | | | |

190:08    A. Yes, I have not done that.

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 7:17 - 7:19 | Love, Tiundra (2020-10-02) | 0:06 | | | |
| 7:17 | Q. Good morning, Doctor.  Could | | | | |
| 7:18 | you please state your name for the record? | | | | |
| 7:19 | A. Tiundra Love. | | | | |
| | | | | | |
| 15:16 - 16:21 | Love, Tiundra (2020-10-02) | 1:09 | | | |
| 15:16 | Q. Great. | | | | |
| 15:17 | Dr. Love, could you just give | | | | |
| 15:18 | us a little bit of a background, understanding | | | | |
| 15:19 | of your educational history from after high | | | | |
| 15:20 | school all the way through medical school? | | | | |
| 15:21 | A. So high school -- after | | | | |
| 15:22 | high -- after high school, I attended the | | | | |
| 15:23 | University of Kentucky, got a degree in -- | | | | |
| 15:24 | Bachelor of Science in Nursing.  After that, I | | | | |
| 15:25 | have a Master of Science in Nursing from the | | | | |
| 16:01 | University of Tennessee at Chattanooga.  I have | | | | |
| 16:02 | an osteopathic degree from the Virgi- -- | | | | |
| 16:03 | Virginia College of Osteopathic Medicine, | | | | |
| 16:04 | Virginia Tech. | | | | |
| 16:05 | Q. And when did you graduate the | | | | |
| 16:06 | Virginia College Osteopathic Medicine program? | | | | |
| 16:07 | A. 2009. | | | | |
| 16:08 | Q. And did you have to take a | | | | |
| 16:09 | board after that? | | | | |
| 16:10 | A. Yes.  Yes. | | | | |
| 16:11 | Q. When did you pass your boards? | | | | |
| 16:12 | A. August the 22nd, 2012.  22nd | | | | |
| 16:13 | -- August 22nd or 24th.  But it was August 2- -- | | | | |
| 16:14 | 2012. | | | | |
| 16:15 | Q. Okay.  And could you help me | | | | |
| 16:16 | understand the difference between a doctor of | | | | |
| 16:17 | osteopathy, which I understand you are, and a | | | | |
| 16:18 | doctor of medicine? | | | | |
| 16:19 | A. I can -- they can do -- I can | | | | |
| 16:20 | do everything they can do.  They can't do | | | | |
| 16:21 | everything I do. | | | | |
| | | | | | |
| 17:01 - 17:03 | Love, Tiundra (2020-10-02) | 0:06 | | | |
| 17:01 | Q. Are you able to prescribe | | | | |
| 17:02 | medicine? | | | | |
| 17:03 | A. Yes. | | | | |
| | | | | | |
| 17:17 - 18:03 | Love, Tiundra (2020-10-02) | 0:26 | | | |
| 17:17 | Q. So from approximately 2014 | | | | |
| 17:18 | through August 2019, you were a doctor of | | | | |
| 17:19 | osteopathy at the Chattanooga VA? | | | | |
| 17:20 | A. Uh-huh. | | | | |
| 17:21 | Q. And prior to that in 2013, | | | | |

| | | |
|---|---|---|
| 17:22 | where did you work? | |
| 17:23 | A. The primary care office.  It | |
| 17:24 | was -- it was with Sky Ridge Medical, but it was | |
| 17:25 | with my ^ woodmont medical services. | |
| 18:01 | Q. And what type of doctor were | |
| 18:02 | you at that point? | |
| 18:03 | A. Primary care. | |

| 18:07 - 18:19 | Love, Tiundra (2020-10-02) | 1:31 |
|---|---|---|
| 18:07 | Q. Have you always been a primary | |
| 18:08 | care doctor? | |
| 18:09 | A. Internal medicine, | |
| 18:10 | board-certified since 2012. | |
| 18:11 | Q. Do you have any other board | |
| 18:12 | certifications? | |
| 18:13 | A. Those are the only three. | |
| 18:14 | Q. So could you list those three | |
| 18:15 | for me one more time? | |
| 18:16 | A. I was certif- -- my board | |
| 18:17 | certification in Internal Medicine.  I have a -- | |
| 18:18 | I'm certified as a Family Nurse Practitioner, | |
| 18:19 | and then I'm certified as a Registered Nurse. | |

| 20:20 - 20:23 | Love, Tiundra (2020-10-02) | 0:07 |
|---|---|---|
| 20:20 | Q. So for approximately five | |
| 20:21 | years, you were at the Chattanooga VA; is that | |
| 20:22 | right? | |
| 20:23 | A. Uh-huh. | |

| 25:09 - 25:20 | Love, Tiundra (2020-10-02) | 1:33 |
|---|---|---|
| 25:09 | Q. So is it fair to say that you | |
| 25:10 | do not maintain, nor does the Chattanooga VA | |
| 25:11 | maintain, to your knowledge, a separate set of | |
| 25:12 | records other than the ones in the CPRS system? | |
| 25:13 | A. That's correct. | |
| 25:14 | Q. At any time during your period | |
| 25:15 | at the Chattanooga VA, did you ever see a | |
| 25:16 | separate set of records other than the -- on any | |
| 25:17 | patient other than what's in the CPRS system? | |
| 25:18 | A. It had to be in the CPRS | |
| 25:19 | system.  If there was outside records, they were | |
| 25:20 | scanned into the CPRS. | |

| 37:17 - 38:06 | Love, Tiundra (2020-10-02) | 1:56 |
|---|---|---|
| 37:17 | Q. I'd like to just generally | |
| 37:18 | talk again about the Chattanooga VA.  What | |
| 37:19 | treatment options were available to treat PTSD | |
| 37:20 | at the Chattanooga VA during your tenure there? | |
| 37:21 | A. I would really defer that to | |
| 37:22 | the psychiatrists, because they really manage | |

| | |
|---|---|
| 37:23 | the PTSD patients. |
| 37:24 | Q. You -- you don't treat PTSD; |
| 37:25 | you never have? |
| 38:01 | A. Never have.  However, the |
| 38:02 | medicines that they're on, making sure they |
| 38:03 | aren't affecting them -- if they make reference |
| 38:04 | or I see that there's something wrong, then I |
| 38:05 | make a reconsult or an appointment for them to |
| 38:06 | see the Mental Health provider. |

39:20 - 40:05   Love, Tiundra (2020-10-02)                                    1:30

| | |
|---|---|
| 39:20 | Q. But it's -- am I -- am I |
| 39:21 | correct when I say that if you had a patient |
| 39:22 | that was experiencing any type of PTSD symptoms |
| 39:23 | and you believed that they would benefit from |
| 39:24 | further treatment of that, you would always |
| 39:25 | consult or refer to Mental Health? |
| 40:01 | A. Right.  That's correct. |
| 40:02 | Q. You wouldn't try to treat them |
| 40:03 | on your own? |
| 40:04 | A. That's -- I would not treat |
| 40:05 | them on my own. |

40:24 - 42:06   Love, Tiundra (2020-10-02)                                    2:30

| | |
|---|---|
| 40:24 | Q. What treatment options are |
| 40:25 | available for the treatment of tinnitus at the |
| 41:01 | Chattanooga VA? |
| 41:02 | A. So tinnitus is ringing of the |
| 41:03 | ears, and it depends on the extent of that.  You |
| 41:04 | know, you send the patient to the -- what -- |
| 41:05 | you've got to figure out what the cause is |
| 41:06 | first.  Because there's several different |
| 41:07 | causes.  And from a stan- -- a medical |
| 41:08 | standpoint.  And then referring them to an |
| 41:09 | audiologist to make sure that there's, you know, |
| 41:10 | any hearing loss involved with it.  So then I |
| 41:11 | would refer them to the audiologist as well. |
| 41:12 | So there's some things |
| 41:13 | involved.  Depends on what I think that the |
| 41:14 | cause of the tinnitus is.  And many times I |
| 41:15 | refer them to Audiology anyway, because, based |
| 41:16 | on where they've -- they've been deployed in the |
| 41:17 | military, what they've been exposed to, they |
| 41:18 | will get a consult to Audiology from -- you |
| 41:19 | know, as -- I would do that. |
| 41:20 | Q. And so is your standard |
| 41:21 | practice that if one of your patients were to |
| 41:22 | complain of tinnitus or ringing of the ears or |
| 41:23 | something similar to tinnitus, and you believed |
| 41:24 | that they would benefit from some sort of |

| | |
|---|---|
| 41:25 | treatment, you would refer them to Audiology? |
| 42:01 | A. Yes.  I would also work them |
| 42:02 | up if I need to.  Ringing of the ears has |
| 42:03 | several different causes.  And, you know, an ear |
| 42:04 | infection may not require a referral to the |
| 42:05 | audiologist, an acute ear infection from |
| 42:06 | sinuses, for example. |

48:15 - 49:06    Love, Tiundra (2020-10-02)                                1:03

| | |
|---|---|
| 48:15 | Q. Okay.  And the records that |
| 48:16 | you just reviewed, Doctor, does it appear that |
| 48:17 | you saw Mr. Dustin McCombs four times? |
| 48:18 | A. Yes, that's what it appears to |
| 48:19 | be, yes, from these notes. |
| 48:20 | Q. And the first visit was |
| 48:21 | October 23rd of 2015.  Does that sound right? |
| 48:22 | A. Yes. |
| 48:23 | Q. And the second visit was |
| 48:24 | November 18 of 2015? |
| 48:25 | A. Yes. |
| 49:01 | Q. And the third visit was April |
| 49:02 | 6th of 2016? |
| 49:03 | A. Yes. |
| 49:04 | Q. And the fourth visit was |
| 49:05 | January 24th, 2018; is that correct? |
| 49:06 | A. Yes. |

49:18 - 51:02    Love, Tiundra (2020-10-02)                                3:41

| | |
|---|---|
| 49:18 | Q. -- as well. |
| 49:19 | So, Doctor, do you have in |
| 49:20 | front of you medical records related to Dustin |
| 49:21 | McCombs? |
| 49:22 | A. Yes. |
| 49:23 | Q. And what type of medical |
| 49:24 | record is this, ma'am? |
| 49:25 | A. It's a -- an Audiology CNP |
| 50:01 | Examination consult. |
| 50:02 | Q. And what is the date of it? |
| 50:03 | A. November 7th, 2015. |
| 50:04 | Q. And this was approximately two |
| 50:05 | weeks after the first time you saw |
| 50:06 | Mr. Dustin McCombs; is that correct? |
| 50:07 | A. Yes.  Yes. |
| 50:08 | Q. Okay.  And then you also saw |
| 50:09 | Mr. Dustin McCombs approximately nine days after |
| 50:10 | this November 7, 2015 Audiology CNP; is that |
| 50:11 | correct? |
| 50:12 | A. Which page was that on? |
| 50:13 | Q. That would have been the |
| 50:14 | November 18th, 2015 visit. |

| | | |
|---|---|---|
| 50:15 | A. (Witness reviews documents.) | |
| 50:16 | Q. Doctor, your -- your | |
| 50:17 | November 18th, 2015 visit is on page 1395, if | |
| 50:18 | that would help you locate it. | |
| 50:19 | A. Oh, yes. | |
| 50:20 | Q. Okay.  Let me just ask you the | |
| 50:21 | question one more time, now that you have the | |
| 50:22 | record in front of you. | |
| 50:23 | Doctor, is it true that | |
| 50:24 | approximately nine days after the November 7th, | |
| 50:25 | 2015 Audiology CNP, that you saw Mr. Dustin | |
| 51:01 | McCombs on November 18th, 2015? | |
| 51:02 | A. Yes. | |

| | | |
|---|---|---|
| 53:25 - 54:10 | Love, Tiundra (2020-10-02) | 0:27 |
| 53:25 | Q. Okay.  Do you have any reason | |
| 54:01 | to dispute that Mr. Dustin McCombs on November 7 | |
| 54:02 | of 2015 was diagnosed by the audiology | |
| 54:03 | department in the Chattanooga VA with tinnitus? | |
| 54:04 | A. If I -- | |
| 54:05 | MR. HILL:  Object to form of | |
| 54:06 | the question. | |
| 54:07 | THE WITNESS:  If I did, I | |
| 54:08 | would have kind of stated in my note when he | |
| 54:09 | came in.  I -- I just recall that it was a big | |
| 54:10 | issue with his blood pressure. | |

| | | |
|---|---|---|
| 54:17 - 55:19 | Love, Tiundra (2020-10-02) | 1:21 |
| 54:17 | Q. So let me just make sure I | |
| 54:18 | understand what you're saying.  Are you saying | |
| 54:19 | that if there -- if you had any reason to | |
| 54:20 | dispute the diagnosis of tinnitus on November 7 | |
| 54:21 | of 2015, you would have made a narrative of that | |
| 54:22 | in your November 18, 2015 visit? | |
| 54:23 | A. But I don't recall that I | |
| 54:24 | would have had a dispute with that because this | |
| 54:25 | is an Audiology note that he had been worked up | |
| 55:01 | on.  So I was not addressing the tinnitus at the | |
| 55:02 | time.  I don't recall even seeing the note about | |
| 55:03 | the tinnitus.  I was focused on his blood | |
| 55:04 | pressure. | |
| 55:05 | Q. Yes, ma'am.  And I -- I | |
| 55:06 | understand that.  And I'm certainly not meaning | |
| 55:07 | to fault you or -- or anything about your -- | |
| 55:08 | your visit with Mr. McCombs. | |
| 55:09 | I'm just trying to understand | |
| 55:10 | whether if you had any reason to dispute his | |
| 55:11 | diagnosis of tinnitus, would you have made that | |
| 55:12 | notation in your narrative of his records on | |
| 55:13 | November 18, 2015? | |

55:14   MR. HILL:  Object to form of
55:15   the question.
55:16   THE WITNESS:  I can't say that
55:17   because I -- this is two totally different --
55:18   separate things.  This is -- he was seeing a
55:19   specialist, which was the audiologist.

60:14 - 60:16   Love, Tiundra (2020-10-02)   0:23
60:14   Q. I'd like to go to your -- your
60:15   first visit of Mr. McCombs, which would be
60:16   October 23rd, 2015, correct?

60:23 - 61:01   Love, Tiundra (2020-10-02)   0:09
60:23   Q. Was this the first time that
60:24   you saw Mr. Dustin McCombs?
60:25   A. According to the notes, it
61:01   states that I did.

64:06 - 64:20   Love, Tiundra (2020-10-02)   0:23
64:06   You would have asked each and
64:07   every question listed here?  For example, you
64:08   would have asked whether he had weight change?
64:09   A. Uh-huh.
64:10   Q. Fatigue?
64:11   A. Uh-huh.
64:12   Q. Weakness?
64:13   A. Uh-huh.
64:14   Q. Fever?
64:15   A. Uh-huh.
64:16   Q. Chills?
64:17   A. Uh-huh.
64:18   Q. You would have done that for
64:19   each and every one of these things?
64:20   A. For a new patient, yes.

77:23 - 78:04   Love, Tiundra (2020-10-02)   0:23
77:23   Q. Okay.  What does the "HPI"
77:24   stand for?
77:25   A. History of Present Illness.
78:01   Q. So is that something that you
78:02   ask the patient -- and in this particular case,
78:03   Mr. McCombs -- about his history of the -- any
78:04   present problems that he might have?

78:07 - 78:07   Love, Tiundra (2020-10-02)   0:01
78:07   THE WITNESS:  Yes.

79:18 - 79:22   Love, Tiundra (2020-10-02)   0:09
79:18   Q. Sure.  And so is it your
79:19   practice that you would then try to help him

79:20    bring those things to light that they may have
79:21    concerns about?
79:22    A. Yes.

86:09 - 86:24    Love, Tiundra (2020-10-02)    1:42

86:09    Q. Okay.  And below that, where
86:10    it says:  "Alcohol, occasional," what -- how
86:11    often is occasional in your experience --
86:12    experience examining patients, when you ask
86:13    them?
86:14    A. Well, it depends on the
86:15    individual.  Sometimes they can tip a -- tip --
86:16    they can kind of tempify [sic], you know, how
86:17    much they're drinking, every now and then, every
86:18    blue moon, a beer.
86:19    But if they tell me, when I
86:20    ask them, is it one a week, one a day, two,
86:21    three a day -- then I quantify.  But he was
86:22    telling me at that time that it was just an
86:23    occasional on the weekends if something -- if
86:24    there was a game going on.

| | |
|---|---|
| Re: [86:09 to 86:24] | **OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.** |
| **Pltf Obj** 401, 403, MIL C8 | |

88:22 - 91:13    Love, Tiundra (2020-10-02)    3:48

88:22    But in -- in general, in -- in
88:23    your practice when you were at the VA clinic
88:24    there in Chattanooga, did they -- did the nurses
88:25    follow this procedure, that before you saw the
89:01    patient or even at times when you didn't see the
89:02    patient?
89:03    A. They didn't go to the complete
89:04    Ten-Point Review of Systems, but they also, you
89:05    know, asked the patient what they were here for,
89:06    any concerns, what they need to see the doctor
89:07    for.  And I spend on the details.
89:08    And when I do the Review of
89:09    Systems, not only do I ask them when we're in
89:10    the room sitting down for a few minutes as a new
89:11    patient, but it's also when I put them on the
89:12    exam table and I'm looking at them and I'm
89:13    checking them from head-to-toe, do I also expand
89:14    on those questions here, any chest pains,
89:15    particularly, for instance; any chest pain,
89:16    shortness of breath, palpitations, things of
89:17    that nature.  And I just follow the system and
89:18    go all the way down.
89:19    And it's easy, too, because
89:20    they may have missed it when I asked them the
89:21    first time, but they may remember something the
89:22    second time when I'm actually doing the exam.
89:23    Or if I see something and I say:  "Hey, there's

| | |
|---|---|
| Re: [88:22 to 90:13] | **OVERRULED** |
| **Pltf Obj** 401, 403, Incomplete Designation | |

| | |
|---|---|
| 89:24 | something -- you know, you have a scar here. |
| 89:25 | What is that related to?" |
| 90:01 | Then, "Oh, yeah.  I did have |
| 90:02 | this.  I did have that problem, but I don't have |
| 90:03 | it now.  And I did have a procedure." |
| 90:04 | So this is what the Review of |
| 90:05 | Systems comes from for me in my practice and how |
| 90:06 | I do it. |
| 90:07 | Q. And I think this may have been |
| 90:08 | mentioned earlier, but did you say that in doing |
| 90:09 | that Review of Systems -- Systems, that you |
| 90:10 | would actually talk to the patient and ask |
| 90:11 | questions about hearing in particular? |
| 90:12 | A. Uh-huh.  Because I look in |
| 90:13 | their ears. |
| 90:14 | Q. And do you ask them about |
| 90:15 | whether or not they're having any ringing in |
| 90:16 | their ears or any tinnitus? |
| 90:17 | MR. BARTLETT:  Object to form. |
| 90:18 | THE WITNESS:  Yes, sir, I do. |
| 90:19 | But it's at that -- not at that specific -- |
| 90:20 | specific time.  When I look in the ear in |
| 90:21 | particular, if there's some abnormality of the |
| 90:22 | ear, having problems hearing, you know, |
| 90:23 | discharge, pain, so forth.  At that particular |
| 90:24 | time. |
| 90:25 | BY MR. HILL: |
| 91:01 | Q. At that particular time on |
| 91:02 | that review of his systems, under ears, where it |
| 91:03 | says:  Denies hearing loss, denied vertigo, |
| 91:04 | discharge, earache, that was all put into that |
| 91:05 | tem- -- template for Mr. McCombs, because you |
| 91:06 | covered those items with him and he denied |
| 91:07 | having any of those? |
| 91:08 | A. At that time, he did.  He was |
| 91:09 | a new patient.  Have any concerns, any pain in |
| 91:10 | your ear, hearing loss?  I didn't ask him did he |
| 91:11 | have a history of -- |
| 91:12 | Q. I'm sorry? |
| 91:13 | A. -- the systems. |

| | | |
|---|---|---|
| 91:21 - 92:01 | Love, Tiundra (2020-10-02) | 0:19 |

| | |
|---|---|
| 91:21 | Q. Those -- did those questions |
| 91:22 | that you asked during that review include |
| 91:23 | questions about a patient's ability to sleep or |
| 91:24 | inability to sleep? |
| 91:25 | A. I didn't on this -- on this |
| 92:01 | template. |

| | | |
|---|---|---|
| 93:12 - 94:21 | Love, Tiundra (2020-10-02) | 2:38 |

| | | | |
|---|---|---|---|
| 93:12 | So you've got six items listed | | |
| 93:13 | there, correct?  Can you walk us through each | | |
| 93:14 | one of those items under your Impression and | | |
| 93:15 | what your Plan was? | | |
| 93:16 | A. So he presented from the -- I | | |
| 93:17 | concluded from the physical exam of what I -- | | |
| 93:18 | what I saw in his lab work, he had elevated | | |
| 93:19 | calcium at the time of 10.8 or 10.9 from his | | |
| 93:20 | labs.  I wanted to repeat that to make sure | | |
| 93:21 | there was no problems.  And so I did further | | |
| 93:22 | testing for that. | | |
| 93:23 | Then, as we previously | | |
| 93:24 | discussed, the abnormal kidney function, to make | | |
| 93:25 | sure that he wasn't having any kind of damage or | | |
| 94:01 | starting to have damage, so I did further | | |
| 94:02 | testing.  And then I was going to repeat them in | | |
| 94:03 | three months. | | |
| 94:04 | And then I discussed with him | | |
| 94:05 | not to take these over-the-counter -- this | | |
| 94:06 | creatinine [sic] stuff that they -- that they | | |
| 94:07 | take. | | |
| 94:08 | At the time, his blood | | |
| 94:09 | pressure was mildly elevated; however, he didn't | | |
| 94:10 | have a history of hypertension, so that's why | | |
| 94:11 | his past medical history was none.  And I said I | | |
| 94:12 | would continue to monitor that. | | |
| 94:13 | I did put alcohol dependency, | | |
| 94:14 | because he said occasional.  But most of the | | |
| 94:15 | times when I get a -- and they don't clarify | | |
| 94:16 | with me.  Just taking care of veterans and -- | | |
| 94:17 | and understanding what they've gone through, he | | |
| 94:18 | was actually drinking more than what he said. | | |
| 94:19 | And so I put alcohol dependency, discussed his | | |
| 94:20 | alcohol issue with him, and then I sent him to | | |
| 94:21 | get some help about that. | | |

**100:16 - 100:22   Love, Tiundra (2020-10-02)**   0:13

| | | | |
|---|---|---|---|
| 100:16 | Q. Okay.  Did you recommend that | | |
| 100:17 | he stop drinking altogether? | | |
| 100:18 | A. Yes.  That's my | | |
| 100:19 | recommendation.  It says cessation, uh-huh.  And | | |
| 100:20 | smoking, too. | | |
| 100:21 | Q. Okay.  Smoking, too? | | |
| 100:22 | A. Uh-huh. | | |

**109:25 - 110:01   Love, Tiundra (2020-10-02)**   0:06

| | | | |
|---|---|---|---|
| 109:25 | Q. Okay.  So -- so what was his | | |
| 110:01 | reported blood pressure and pulse -- | | |

**110:04 - 110:16   Love, Tiundra (2020-10-02)**   1:36

**Re: [93:12 to 94:21]**
**Pltf Obj** 401, 403, MIL C8

OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.

**Re: [100:16 to 100:22]**
**Pltf Obj** 401, 403, MIL C8

OVERRULED. MIL PC8 was not preserved; the MIL was also specific to Hacker and Keefer, and did not include McCombs.

**Re: [109:25 to 110:16]**
**Pltf Obj** 401, 403

OVERRULED

| | | |
|---|---|---|
| 110:04 | A. Or: The veteran said that his | |
| 110:05 | blood pressure and pulse on Thursday night. | **Re: [109:25 to 110:16]** OVERRULED |
| 110:06 | Evidently he must have had a | **Pltf Obj** 401, 403 |
| 110:07 | blood pressure machine. And he said it was 160 | |
| 110:08 | to 170, and his BP was extremely high, 197/150, | |
| 110:09 | so he went to the Erlanger ER. | |
| 110:10 | Q. And what did he indicate that | |
| 110:11 | they did for him at the ER? | |
| 110:12 | A. When he got to the ER, it | |
| 110:13 | stated his blood pressure was 150 over 114, and | |
| 110:14 | they sent him home without medication and told | |
| 110:15 | him to follow up with his PCP. Said he feels | |
| 110:16 | weird and so forth. | |

**111:15 - 112:17   Love, Tiundra (2020-10-02)                                          1:16**

| | | |
|---|---|---|
| 111:15 | Q. -- do you see that, it says: | **Re: [111:15 to 112:17]** OVERRULED |
| 111:16 | HPI? | **Pltf Obj** 401, 403 |
| 111:17 | A. Yes. | |
| 111:18 | Q. "Headache: New or worsening." | |
| 111:19 | What does that mean? | |
| 111:20 | A. So that's generated questions | |
| 111:21 | to ask when the person calls into the phone line | |
| 111:22 | and the nurse asks these questions. And | |
| 111:23 | evidently, he had a positive headache, so he was | |
| 111:24 | -- and he stated that he was feeling weird and | |
| 111:25 | dizzy at the time, and he had had a headache | |
| 112:01 | since Saturday morning. So he told that nurse | |
| 112:02 | that he was positive for headaches and it was | |
| 112:03 | new and it was getting worse. And then past | |
| 112:04 | medical history of hypertension. | |
| 112:05 | However, he had an elevated | |
| 112:06 | blood pressure, and so -- and I guess they -- I | |
| 112:07 | don't know if this is the sec- -- second time | |
| 112:08 | when he went to the ER and they said he had | |
| 112:09 | hypertension and sent him home and told him to | |
| 112:10 | follow up with his PCP. | |
| 112:11 | So he called the nurse's line, | |
| 112:12 | looks like, again, and talked to Ms. Canterbury. | |
| 112:13 | Q. Okay. And did -- are these | |
| 112:14 | symptoms consistent with a diagnosis of | |
| 112:15 | hypertension? | |
| 112:16 | A. Having elevated blood | |
| 112:17 | pressure, yes. And more than -- | |

**113:22 - 114:25   Love, Tiundra (2020-10-02)                                          1:27**

| | | |
|---|---|---|
| 113:22 | Q. Okay. So can you tell us what | **Re: [113:22 to 115:05]** OVERRULED. MIL PC8 was not |
| 113:23 | that record is for? What happened to lead to | **Pltf Obj** 401, 403, MIL C8   preserved; the MIL was also specific |
| 113:24 | that record? | to Hacker and Keefer, and did not |
| 113:25 | A. Well, evidently, the patient | include McCombs. |
| 114:01 | had been concerned about his blood pressure. He | |

| | | |
|---|---|---|
| 114:02 | was checking it at home because, remember, he | |
| 114:03 | was elevated at the office on the 23rd of | |
| 114:04 | October.  And so we sent him home with a blood | |
| 114:05 | pressure, and he was checking his blood | |
| 114:06 | pressure.  So evidently it was high. | |
| 114:07 | He called the nurse's line. | |
| 114:08 | It looks like he called my nurse in the clinic | |
| 114:09 | and told her that he had went to the ER and his | |
| 114:10 | blood pressure was up.  And then he states that | |
| 114:11 | it was skyrocketing, and he thought he was going | |
| 114:12 | to have a stroke. | |
| 114:13 | And at this time, Erlanger | |
| 114:14 | East -- so he must have went to a different | |
| 114:15 | Erlanger ER, and they got his blood pressure | |
| 114:16 | down and sent him home. | |
| 114:17 | Said at the time he was having | |
| 114:18 | symptoms with -- his blood pressure was elevated | |
| 114:19 | and chest pains and shortness of breath.  And he | |
| 114:20 | had stopped taking that over-the-counter that I | |
| 114:21 | had advised him to.  He had denied to her that | |
| 114:22 | he had stopped drinking.  And that he had -- was | |
| 114:23 | not taking any energy drinks, according to Nurse | |
| 114:24 | Besh.  On this it says it was explained to him | |
| 114:25 | to go to the drugstore on -- | |

**115:03 - 115:05   Love, Tiundra (2020-10-02)                 0:05**

| | | | |
|---|---|---|---|
| 115:03 | THE WITNESS:  To get him a | Re: [113:22 to 115:05] | OVERRULED. MIL PC8 was not |
| 115:04 | blood pressure and check his blood pressure | Pltf Obj 401, 403, MIL C8 | preserved; the MIL was also specific |
| 115:05 | twice daily. | | to Hacker and Keefer, and did not |
| | | | include McCombs. |

**115:17 - 116:05   Love, Tiundra (2020-10-02)                 1:30**

| | | | |
|---|---|---|---|
| 115:17 | Q. Did Mr. McCombs report to | Re: [115:17 to 116:05] | SUSTAINED |
| 115:18 | Nurse Besh that he took one of his friend's | Pltf Obj 401, 403 | |
| 115:19 | Ativan? | | |
| 115:20 | A. That's what she documented, | | |
| 115:21 | yes. | | |
| 115:22 | Q. What is Ativan? | | |
| 115:23 | A. Something for your nerves. | | |
| 115:24 | It's anti- -- it's benzodiazapine.  It's taken | | |
| 115:25 | for anxiety. | | |
| 116:01 | Q. What effect, if any, does that | | |
| 116:02 | have on high blood pressure? | | |
| 116:03 | A. Well, he probably was taking | | |
| 116:04 | it because he was feeling anxious because his | | |
| 116:05 | blood pressure was high. | | |

**116:18 - 116:21   Love, Tiundra (2020-10-02)                 0:08**

| | | | |
|---|---|---|---|
| 116:18 | Q. Okay.  So Ms. Besh notes that | Re: [116:18 to 116:21] | SUSTAINED |
| 116:19 | she instructed him not to take other people's | Pltf Obj 401, 403 | |
| 116:20 | medication, correct? | | |

116:21    A. That is correct.

| 118:25 - 119:15 | Love, Tiundra (2020-10-02) | 1:52 | | |
| 118:25 | Q. Can you tell us what that | | Re: [118:25 to 119:15] | OVERRULED |
| 119:01 | record reveals about his blood pressure and his | | Pltf Obj 401, 403, MIL C8 | |
| 119:02 | condition of that visit? | | | |
| 119:03 | A. According to what I wrote -- | | | |
| 119:04 | and the records that I have from Erlanger | | | |
| 119:05 | East -- was that his blood pressure was only 140 | | | |
| 119:06 | over 92.  But he talked about his chest | | | |
| 119:07 | tightness and stated his blood pressure had been | | | |
| 119:08 | high.  And he did not do the blood pressure log, | | | |
| 119:09 | as he stated he forgot.  He did stop the | | | |
| 119:10 | creatine as I advised him.  He was not on any | | | |
| 119:11 | additional over-the-counters, herbs or | | | |
| 119:12 | recreational drugs; however, now it's revealed, | | | |
| 119:13 | because he was with his mother at this time, | | | |
| 119:14 | that he was drinking three hard liquor drinks | | | |
| 119:15 | per day. | | | |

| 119:25 - 120:02 | Love, Tiundra (2020-10-02) | 0:11 | | |
| 119:25 | Q. And -- and in your experience, | | Re: [119:25 to 120:08] | OVERRULED |
| 120:01 | is that a bad sign, to be drinking three hard | | Pltf Obj 401, 403, MIL C8 | |
| 120:02 | liquor drinks a day? | | | |

| 120:08 - 120:08 | Love, Tiundra (2020-10-02) | 0:01 | | |
| 120:08 | A. Yes, it is. | | Re: [119:25 to 120:08] | OVERRULED |
| | | | Pltf Obj 401, 403, MIL C8 | |

| 121:14 - 121:20 | Love, Tiundra (2020-10-02) | 0:18 | | |
| 121:14 | Q. So is it a fair statement to | | Re: [121:14 to 121:24] | SUSTAINED |
| 121:15 | say that even though he had reported that he was | | Pltf Obj 401, 403 | |
| 121:16 | not taking creatine or other over-the-counter | | | |
| 121:17 | medications, you still were concerned enough | | | |
| 121:18 | that you counseled him again that those could be | | | |
| 121:19 | harmful? | | | |
| 121:20 | A. Uh-huh. | | | |

| 121:23 - 121:24 | Love, Tiundra (2020-10-02) | 0:02 | | |
| 121:23 | THE WITNESS:  Yes, that's | | Re: [121:14 to 121:24] | SUSTAINED |
| 121:24 | correct. | | Pltf Obj 401, 403 | |

| 122:08 - 123:06 | Love, Tiundra (2020-10-02) | 1:58 | | |
| 122:08 | Q. What -- what does PMH stand | | Re: [122:08 to 123:06] | OVERRULED |
| 122:09 | for again?  Past medical history? | | Pltf Obj 401, 403, MIL C8 | |
| 122:10 | A. Yes. | | | |
| 122:11 | Q. And then "PSH left knee" -- | | | |
| 122:12 | that's surgical history correct? | | | |
| 122:13 | A. Yes. | | | |
| 122:14 | Q. "Left knee arthroscopic | | | |

122:15  repair."
122:16  So is this an example --
122:17  really this is a true-life example of what you
122:18  were telling me about before, that he had a
122:19  surgery that he didn't remember to tell you the
122:20  first time?
122:21  A. Yes.
122:22  Q. Now, in under the -- the Past
122:23  Medical History, the Family History part of it,
122:24  do you see that, where there are multiple
122:25  members with alcoholism:  Father, mother,
123:01  paternal grandfather?
123:02  A. Yes.
123:03  Q. Is that correct?
123:04  A. Yes.  And I got this from the
123:05  mother because she was present.  Just never -- I
123:06  got this information from the mother.

123:21 - 124:03   Love, Tiundra (2020-10-02)          0:27

123:21  Q. Is it important to you to know          **Re: [123:21 to 124:03]**     SUSTAINED
123:22  whether or not a patient's family member has a     **Pltf Obj** 401, 403, MIL C8
123:23  history of alcoholism, like his father, mother,
123:24  paternal grandfather?
123:25  A. Yes.
124:01  Q. Why -- why is that?
124:02  A. Because that's -- family
124:03  history is important.  It increases your risk.

124:08 - 124:15   Love, Tiundra (2020-10-02)          0:17

124:08  Q. So, again, it says you did
124:09  this -- complete Ten Point Review of Systems
124:10  done, all are negative except noted in the HPI
124:11  above, which was the same entry we've seen
124:12  before.
124:13  A. Right.
124:14  Q. If you would, look down at the
124:15  Ears.

124:21 - 124:24   Love, Tiundra (2020-10-02)          0:11

124:21  THE WITNESS:  As previously
124:22  stated, at that time, he was not having any
124:23  symptoms of that.  He was a walk-in complaining
124:24  about his blood pressure.

128:03 - 129:21   Love, Tiundra (2020-10-02)          2:03

128:03  Q. I want -- I want you to walk          **Re: [128:03 to 129:21]**     OVERRULED. MIL PC8 was not
128:04  us through each one of those seven Impressions   **Pltf Obj** 401, 403, MIL C8     preserved; the MIL was also specific
128:05  and Plan items and explain to us what your                                        to Hacker and Keefer, and did not
128:06  Impressions were and what your Plan was to deal                                   include McCombs.
128:07  with those Impressions.

| | | |
|---|---|---|
| 128:08 | A. So elevated blood pressure. | |
| 128:09 | So he didn't have a diagnosis.  So now he has | |
| 128:10 | the diagnosis.  I started him -- he was hesitant | |
| 128:11 | about starting medication and this was discussed | |
| 128:12 | with his mom. | |
| 128:13 | To make sure that he didn't | |
| 128:14 | have any other challenges or issues, I | |
| 128:15 | ordered -- that can cause primary hypertension, | |
| 128:16 | I ordered some levels to make sure there was | |
| 128:17 | nothing going on with his kidneys and so forth. | |
| 128:18 | There is a history -- there is | |
| 128:19 | -- No. 2 is alcohol dependency and anxiety.  So | |
| 128:20 | we discussed this alcohol cessation and the | |
| 128:21 | waning down and the SAT program, versus just | |
| 128:22 | stopping cold turkey. | |
| 128:23 | Then No. 3, discussed, again, | |
| 128:24 | smoking cessation. | |
| 128:25 | 4, he had a -- a slight renal | |
| 129:01 | insufficiency from the previous visit; however, | |
| 129:02 | it had improved and it was 1.2 from 1.4 and | |
| 129:03 | patient had stopped, according to him, the | |
| 129:04 | creatine. | |
| 129:05 | Also, I wanted to repeat his | |
| 129:06 | testosterone level, and the reason why, because | |
| 129:07 | it contributes to people -- patients being | |
| 129:08 | fatigued and having symptoms and depressed -- | |
| 129:09 | that he did have.  So I wanted to repeat his | |
| 129:10 | testosterone level so there was a plan to check | |
| 129:11 | up and follow up on that. | |
| 129:12 | Tobacco use.  Discussed | |
| 129:13 | tobacco cessation again.  And then he just out | |
| 129:14 | of the blue mentioned that he was having some | |
| 129:15 | issues with his sinuses and wanted -- because of | |
| 129:16 | the different altitudes from Ohio to | |
| 129:17 | Chattanooga.  I remember that.  And so I put him | |
| 129:18 | on some Nasaline for his nose. | |
| 129:19 | And then No. 8 -- or return to | |
| 129:20 | clinic in two months for his labs prior to -- | |
| 129:21 | one week prior to appointment. | |

| | | | |
|---|---|---|---|
| 131:16 - 131:17 | Love, Tiundra (2020-10-02) | 0:05 | |
| 131:16 | Q. Can a low testosterone cause | Re: [131:16 to 131:20] | SUSTAINED |
| 131:17 | problems like changes in mood or energy levels? | Pltf Obj 401, 403 | |

| | | | |
|---|---|---|---|
| 131:19 - 131:20 | Love, Tiundra (2020-10-02) | 0:02 | |
| 131:19 | THE WITNESS:  As previously | Re: [131:16 to 131:20] | SUSTAINED |
| 131:20 | stated, yes. | Pltf Obj 401, 403 | |

| | | | |
|---|---|---|---|
| 133:09 - 133:22 | Love, Tiundra (2020-10-02) | 1:34 | |
| 133:09 | So did -- is it fair to say | Re: [133:09 to 133:22] | SUSTAINED |

| | | | | |
|---|---|---|---|---|
| 133:10 | you continued to monitor his testosterone levels | | **Pltf Obj** 401, 403 | |
| 133:11 | to be sure that that wasn't a problem? | | | |
| 133:12 | A. Yes, yes. | | | |
| 133:13 | Q. Okay.  Fair enough. | | | |
| 133:14 | A. And he's young. | | | |
| 133:15 | Q. Did you recommend -- | | | |
| 133:16 | A. Huh? | | | |
| 133:17 | Q. -- did you recommend to | | | |
| 133:18 | Mr. McCombs on that visit that he stop drinking? | | | |
| 133:19 | A. Every visit. | | | |
| 133:20 | Q. And that he stop smoking? | | | |
| 133:21 | A. Yes, sir.  It's in the notes | | | |
| 133:22 | there. | | | |

| | | | | |
|---|---|---|---|---|
| 138:04 - 138:24 | Love, Tiundra (2020-10-02) | 1:09 | | |
| 138:04 | Q. Okay.  Third line down, I | | **Re: [138:10 to 138:24]** | OVERRULED |
| 138:05 | think it indicates you were the requesting | | **Pltf Obj** 401, 403, MIL C8 | |
| 138:06 | provider; is that right?  What does that mean? | | | |
| 138:07 | Is that like you're the referring physician? | | | |
| 138:08 | A. Yes.  I referred him to get | | | |
| 138:09 | mental health. | | | |
| 138:10 | Q. And does it -- it shows under | | | |
| 138:11 | there a -- a line that's labeled "Provisional | | | |
| 138:12 | Diagnosis." | | | |
| 138:13 | Do you see that? | | | |
| 138:14 | A. Right.  I do. | | | |
| 138:15 | Q. And what was -- what was that | | | |
| 138:16 | provisional diagnosis? | | | |
| 138:17 | A. Alcohol use unspecified with | | | |
| 138:18 | other alcohol-induced disorder. | | | |
| 138:19 | Q. And what's -- what's meant by | | | |
| 138:20 | "other alcohol-induced disorder"? | | | |
| 138:21 | A. I'm going to defer that to the | | | |
| 138:22 | Mental Health, but that is an ICD-9 code that -- | | | |
| 138:23 | whatever disorder that the alcohol is inducing, | | | |
| 138:24 | based on the alcohol use. | | | |

| | | | | |
|---|---|---|---|---|
| 158:02 - 158:15 | Love, Tiundra (2020-10-02) | 1:47 | | |
| 158:02 | Q. Okay.  Let's look at the | | | |
| 158:03 | Review of Systems again for that office visit. | | | |
| 158:04 | A. (Witness complies.) | | | |
| 158:05 | Q. And, again, I'm wanting for a | | | |
| 158:06 | minute to focus on Ears.  And is this an | | | |
| 158:07 | indication that, again, on that visit in | | | |
| 158:08 | particular, that Mr. McCombs was denying any | | | |
| 158:09 | hearing loss? | | | |
| 158:10 | A. To me, yes, that's the same. | | | |
| 158:11 | Q. And on that visit, in | | | |
| 158:12 | particular, was Mr. McCombs denying any | | | |
| 158:13 | tinnitus? | | | |

158:14   A. Yes.  We was focused on the
158:15   blood pressure.

161:10 - 161:13   Love, Tiundra (2020-10-02)                    0:06

161:10   Q. At any rate, you advised him                    Re: [161:10 to 161:13]        SUSTAINED
161:11   not to do the preworkout supplements as well,      Pltf Obj 401, 403
161:12   correct?
161:13   A. Yes.

163:02 - 163:13   Love, Tiundra (2020-10-02)                    1:42

163:02   Q. And un- -- under the notation                   Re: [163:02 to 163:13]        SUSTAINED
163:03   statement "low-back pain versus muscle strain,"    Pltf Obj 401, 403
163:04   had Mr. McCombs actually injured himself during
163:05   this workout?
163:06   A. He probably pulled a muscle.
163:07   I'll have to go back and look at it, lumbar x-
163:08   -- lumbar x-ray.  But, I mean, that's not
163:09   uncommon, particularly, you know, if they lift
163:10   too much or they work out too long and don't
163:11   drink enough water or work out on the Peloton or
163:12   what have you.  So it was just an acute issue
163:13   that he had.  And he -- he discussed it with me.

165:06 - 166:08   Love, Tiundra (2020-10-02)                    2:47

165:06   Q. What was he asking Nurse Besh                   Re: [165:06 to 166:08]        OVERRULED
165:07   to do?                                             Pltf Obj 401, 403
165:08   A. Well, according to her notes,
165:09   he was concerned about his blood pressure again.
165:10   And she checked his blood -- got his vital signs
165:11   and his pressure.  The bottom was -- number was
165:12   a little bit elevated.
165:13   And let's see.  What did she
165:14   advise him on?  She repeated the blood pressure.
165:15   And when she did a manual blood pressure, on
165:16   page 1304 -- and it stated that the pressure was
165:17   126 over 84.  And at that time, it looked like I
165:18   increased his blood pressure and how to take one
165:19   tablet in the morning and one in the evening
165:20   instead of taking it all -- he took it all in
165:21   the mouth at one time, to get it over with --
165:22   but to have better control of his blood pressure
165:23   according to my note.  And she explained how he
165:24   is to stop one medicine and start another and
165:25   that he is to bring his -- oh, check his blood
166:01   pressure twice a day and put it on his log.  And
166:02   when to hold a pressure -- if his blood pressure
166:03   gets, you know, to the top number less than 100.
166:04   And she scheduled him for another appointment
166:05   for his labs and his blood pressure to be
166:06   rechecked.

| | | | | |
|---|---|---|---|---|
| 166:07 | And she escorted him out of | | | |
| 166:08 | the clinic according to that note. | | | |
| | | | | |
| 166:14 - 166:23 | Love, Tiundra (2020-10-02) | 0:23 | | |
| 166:14 | Q. There's a notation from Nurse | | Re: [166:14 to 166:23] | SUSTAINED |
| 166:15 | Besh that said: "Asking to get a different | | Pltf Obj 401, 403 | |
| 166:16 | medication or a higher dose" -- | | | |
| 166:17 | A. Right. | | | |
| 166:18 | Q. -- "because he had been having | | | |
| 166:19 | flushing in his face"? | | | |
| 166:20 | A. Uh-huh. | | | |
| 166:21 | Q. He denies checking his blood | | | |
| 166:22 | pressure, BP, at home and states it, quote, | | | |
| 166:23 | "freaks," end quote, him out to check it. | | | |
| | | | | |
| 167:23 - 169:02 | Love, Tiundra (2020-10-02) | 2:36 | | |
| 167:23 | Q. -- do you see where it says: | | Re: [167:23 to 169:02] | SUSTAINED |
| 167:24 | He complained -- He C-O improved.  What does | | Pltf Obj 401, 403 | |
| 167:25 | that mean? | | | |
| 168:01 | A. Well, he complained of his | | | |
| 168:02 | blood pressure, that he's improved, but he still | | | |
| 168:03 | was taking these over-the-counter supplements. | | | |
| 168:04 | And at this time, I clarified what it was. | | | |
| 168:05 | Creatine -- creatine, testosterone and that | | | |
| 168:06 | Power Pak, that Power Pak or whatever, that the | | | |
| 168:07 | guys use.  And, you know, he had -- and the | | | |
| 168:08 | reason why is when I find that their kidney | | | |
| 168:09 | function goes up, then that's the way for me to | | | |
| 168:10 | say -- you know, ask questions.  And then this | | | |
| 168:11 | is what he said:  He was taking this creatine | | | |
| 168:12 | Power Pak. | | | |
| 168:13 | And I told him again that it | | | |
| 168:14 | was affecting his kidney and liver.  He still | | | |
| 168:15 | was drinking, but he stated not as much.  And he | | | |
| 168:16 | complained about his breast -- that should be | | | |
| 168:17 | enlarged breast -- and I suggested it might be | | | |
| 168:18 | due to the supplements, as they were sore. | | | |
| 168:19 | I also discussed that he stop | | | |
| 168:20 | these supplement medications.  And with that, he | | | |
| 168:21 | had denied his -- any chest pains and the | | | |
| 168:22 | palpitations and dizziness and shortness of | | | |
| 168:23 | breath, particularly with the history of high | | | |
| 168:24 | blood pressure and taking these supplements. | | | |
| 168:25 | And then I said now he admits he is taking -- he | | | |
| 169:01 | is taking blood pressure every day and not | | | |
| 169:02 | running as high. | | | |
| | | | | |
| 169:13 - 169:19 | Love, Tiundra (2020-10-02) | 0:21 | | |
| 169:13 | Q. Okay.  And so this -- this | | Re: [169:13 to 170:04] | SUSTAINED |
| 169:14 | makes it clear that when you say: "He is still | | Pltf Obj 401, 403 | |

| | | | | |
|---|---|---|---|---|
| 169:15 | taking OTC supplements such as creatinine [sic], | | | |
| 169:16 | testosterone and powder pack [sic]," that the | | | |
| 169:17 | still taking them is the same over-the-counter | | | |
| 169:18 | medication that you told him not to take on the | | | |
| 169:19 | very first visit with him, correct? | | | |

169:21 - 169:23    Love, Tiundra (2020-10-02)                    0:08

| | | | | |
|---|---|---|---|---|
| 169:21 | THE WITNESS:  The creatine, | | Re: [169:13 to 170:04] | SUSTAINED |
| 169:22 | because I didn't know anything about the | | Pltf Obj 401, 403 | |
| 169:23 | Power Pak at the time. | | | |

169:25 - 170:04    Love, Tiundra (2020-10-02)                    0:15

| | | | | |
|---|---|---|---|---|
| 169:25 | Q. Was Mr. McCombs experiencing | | Re: [169:13 to 170:04] | SUSTAINED |
| 170:01 | any side effects from those over-the-counter | | Pltf Obj 401, 403 | |
| 170:02 | supplements when you saw him on that day? | | | |
| 170:03 | A. On the 24th of January? | | | |
| 170:04 | Q. Yes. | | | |

\* Defendants currently propose playing on the testimony in white. Testimony highlighted in gray reflects the testimony originally designated subject to Plaintiffs' full objection that Defendants no longer intend to play.

| Designations | | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|---|
| 8:07 - 8:18 | Merkley, LTC John A. (2020-02-26) | 1:37 | | | | |
| 8:07 | Q. Good morning, LTC Merkley.  My name is | | | | | |
| 8:08 | Nick Wasdin, and I represent 3M Company in this | | | | | |
| 8:09 | case.  You serve as the Army Hearing Division chief | | | | | |
| 8:10 | at the Army Public Health Center in Aberdeen, | | | | | |
| 8:11 | Maryland; is that right? | | | | | |
| 8:12 | A. I'm -- I'm the Army Hearing Program | | | | | |
| 8:13 | Manager.  There's been a reorganization over the | | | | | |
| 8:14 | last year, so it's not -- it's not a division any | | | | | |
| 8:15 | more.  It's a -- it's a program. | | | | | |
| 8:16 | Q. How long have you had the title of chief | | | | | |
| 8:17 | of that program or head of that program? | | | | | |
| 8:18 | A. Since July of 2018. | | | | | |
| 8:19 - 13:08 | Merkley, LTC John A. (2020-02-26) | 7:35 | | | | |
| 8:19 | Q. Can you give us an overview of your | | | | | |
| 8:20 | military service leading up to July of 2018? | | | | | |
| 8:21 | A. Sure.  I -- I started in the National | | | | | |
| 9:01 | Guard in 19 -- September 1991.  I joined the Utah | | | | | |
| 9:02 | National Guard as a linguist.  I went to basic | | | | | |
| 9:03 | training in October of '91 to December of '91 at | | | | | |
| 9:04 | Fort Leonard Wood, Missouri. | | | | | |
| 9:05 | I was a -- I went from there to the | | | | | |
| 9:06 | Defense Language Institute to study Russian, and I | | | | | |
| 9:07 | was at the Defense Language Institute for almost | | | | | |
| 9:08 | all of 1992, and then went to Fort Huachuca and was | | | | | |
| 9:09 | trained as an interrogator. | | | | | |
| 9:10 | I went off of active duty in March of '93 | | | | | |
| 9:11 | and into the National Guard and stayed in the | | | | | |
| 9:12 | National Guard until June of 1998, when I graduated | | | | | |
| 9:13 | as an audiologist and left the state of Utah. | | | | | |
| 9:14 | I was in inactive -- the inactive ready | | | | | |
| 9:15 | reserve through June of 1999 and then commissioned | | | | | |
| 9:16 | as a First Lieutenant in the Army Reserves as an | | | | | |
| 9:17 | audiologist with the 7231st Mobilization Support | | | | | |
| 9:18 | Unit in Lubbock, Texas. | | | | | |
| 9:19 | I left that unit in March -- or February | | | | | |
| 9:20 | of 2000 and went in -- on active duty as an | | | | | |
| 9:21 | audiologist and then went to basic training as an | | | | | |

| | |
|---|---|
| 10:01 | audi- -- officer basic training in 2000, March of |
| 10:02 | 2000. |
| 10:03 | From there, I went to -- to duty stations |
| 10:04 | at Fort Drum, New York.  I was stationed at Fort |
| 10:05 | Drum, New York from June or July, I don't remember |
| 10:06 | exactly, of -- of 2000 through July of 2004 and |
| 10:07 | then moved to Wurzburg, Germany from 2004 to 2006, |
| 10:08 | when I deployed to Iraq. |
| 10:09 | I was in Iraq -- well, on a deployment. |
| 10:10 | I went with the 28th Combat Support Hospital, so we |
| 10:11 | did some train-up.  I left in August.  We trained |
| 10:12 | up, went to Kuwait in September of 2006. |
| 10:13 | I went into Iraq in October 2006 and then |
| 10:14 | returned from that deployment in November of 2007 |
| 10:15 | to Fort Bragg.  I returned home on the 1st of |
| 10:16 | December 2007 and then stayed in Wurzburg for three |
| 10:17 | years, and then PCS'd to Landstuhl. |
| 10:18 | I'm sorry, I'm not telling you my |
| 10:19 | position.  So, my position at Fort Drum was the |
| 10:20 | chief of audiology and the hearing -- installation |
| 10:21 | hearing conservation program manager.  In Wurzburg, |
| 11:01 | I had the same title.  I was the chief of audiology |
| 11:02 | and the hearing conservation program manager for |
| 11:03 | all of the Bavaria region.  So, the Wurzburg |
| 11:04 | Hospital and all of the subordinate clinics to |
| 11:05 | Wurzburg. |
| 11:06 | Then as -- with the 28th CSH, I deployed |
| 11:07 | as an audiologist, and in Iraq, I also served as |
| 11:08 | the theatre consultant for audiology. |
| 11:09 | Then PCS'd -- I came back to Germany, |
| 11:10 | PCS'd to Landstuhl where I was assigned to the Army |
| 11:11 | Public Health -- well, it was -- it was the Center |
| 11:12 | for Health Promotion and Preventive Medicine at the |
| 11:13 | time. |
| 11:14 | Q. CHPPM? |
| 11:15 | A. CHPPM.  CHPPM Europe.  They transitioned |
| 11:16 | to the Army Public Health Command Region Europe |
| 11:17 | while I was there.  That was in 2008.  So, |
| 11:18 | 2008/2009 is when -- when that transitioned. |
| 11:19 | I left that position -- oh, while in |
| 11:20 | Europe, I also served as the Europe audiology |
| 11:21 | consultant, so that -- the European -- European |
| 12:01 | Regional Medical Command audiology consultant. |

| | | |
|---|---|---|
| 12:02 | Then PCS'd from Germany in 200- -- August | |
| 12:03 | 2011 to Fort Carson, where I served as the chief | |
| 12:04 | of -- well, I'm sorry.  I served as the | |
| 12:05 | installation hearing program manager and was | |
| 12:06 | assigned to the Department of Preventive Medicine. | |
| 12:07 | I also served as the western | |
| 12:08 | region or, I'm sorry, southern region audiology | |
| 12:09 | consultant until the regions changed and Fort | |
| 12:10 | Carson fell under the western -- I have to go back. | |
| 12:11 | Q. That's okay. | |
| 12:12 | A. But I was the audiology consultant for | |
| 12:13 | the region, -- | |
| 12:14 | Q. Got it. | |
| 12:15 | A. -- whichever it was.  Because it | |
| 12:16 | transitioned, and I became the central region | |
| 12:17 | audiology consultant.  And then PCS'd from Fort | |
| 12:18 | Carson in January 2015 to the Defense Hearing | |
| 12:19 | Center of Excellence, where I was assigned as the | |
| 12:20 | Army liaison officer to the DoD Hearing Center of | |
| 12:21 | Excellence. | |
| 13:01 | Q. What year was that? | |
| 13:02 | A. That was in January 2015. | |
| 13:03 | Q. What did you do between 2015 when you | |
| 13:04 | took over as the chief of the Army -- | |
| 13:05 | A. So -- | |
| 13:06 | Q. -- hearing division? | |
| 13:07 | A. So, I left San Antonio in May of 2018 and | |
| 13:08 | PCS'd to Aberdeen Proving Grounds. | |

| 13:16 - 14:01 | Merkley, LTC John A. (2020-02-26) | 0:18 |
|---|---|---|
| 13:16 | So, were you the Army liaison officer at | |
| 13:17 | the Defense Center for Hearing Excellence up until | |
| 13:18 | you took over as the chief of the, what is now the | |
| 13:19 | Army Hearing Program? | |
| 13:20 | A. Yes. | |
| 13:21 | Q. And that was in July of 2018? | |
| 14:01 | A. Correct. | |

| 14:02 - 15:07 | Merkley, LTC John A. (2020-02-26) | 2:07 |
|---|---|---|
| 14:02 | Q. What responsibilities does the Army | |
| 14:03 | Hearing Program have? | |
| 14:04 | A. Well, the Army Hearing Program has | |
| 14:05 | responsibility for oversight of the -- of | |

| | | |
|---|---|---|
| 14:06 | the -- the Army Hearing Program across the world. | |
| 14:07 | We have professionals that monitor the | |
| 14:08 | database for surveillance audiometry and report on | |
| 14:09 | the database report statistics from the -- you | |
| 14:10 | know, we -- we can find the individuals | |
| 14:11 | that were -- were required to receive a -- a | |
| 14:12 | monitoring audiogram, the number of individuals | |
| 14:13 | that received a monitoring audiogram, injury and | |
| 14:14 | illness rates, recordable injury and illness rates, | |
| 14:15 | follow-up compliance and the information like that. | |
| 14:16 | That's one area of what we do. | |
| 14:17 | We also have a studies and investigations | |
| 14:18 | group that was borne out of the Institute of | |
| 14:19 | Medicine report, and I believe it was the 2009 NDAA | |
| 14:20 | that looked at what we needed to do to improve | |
| 14:21 | hearing health across the Department of Defense. | |
| 15:01 | The Army stood up this studies group to look | |
| 15:02 | specifically at ways of improving hearing health. | |
| 15:03 | So, we -- we conduct studies and | |
| 15:04 | collaborate with other organizations, like the | |
| 15:05 | Defense Hearing Center of Excellence, to look at, | |
| 15:06 | you know, best practices and implementing best | |
| 15:07 | practices in hearing conservation. | |

**15:08 - 16:05**  Merkley, LTC John A. (2020-02-26)    1:08

| | | | |
|---|---|---|---|
| 15:08 | Q. Does the Army Hearing Program have a role | **Re: [15:08 to 16:05]** | **OVERRULED** |
| 15:09 | in determining what type of hearing protection | | |
| | | **Def Obj** Improper counter | |
| 15:10 | devices would be used by service members in the | | |
| 15:11 | Army? | | |
| 15:12 | A. They have a consultative role in that | | |
| 15:13 | currently.  I mean, I don't -- I don't make | | |
| 15:14 | selections or I don't solicit hearing protection | | |
| 15:15 | and make an up or down vote on what hearing | | |
| 15:16 | protectors are used.  That falls -- that | | |
| 15:17 | responsibility falls to the Program Executive | | |
| 15:18 | Office for soldiers -- | | |
| 15:19 | Q. Who's -- | | |
| 15:20 | A. -- I believe. | | |
| 15:21 | Q. Who is in charge of that office today? | | |
| 16:01 | A. I -- I don't know.  I know who is in | | |
| 16:02 | charge of -- well, who was in charge of the TCAPS | | |
| 16:03 | Program, but I am -- I don't know who is in charge | | |

| | | |
|---|---|---|
| 16:04 | of the selecting and, you know, choosing which | |
| 16:05 | hearing protectors to use. | |

18:18 - 18:21   Merkley, LTC John A. (2020-02-26)                    0:08
| 18:18 | Q. Where is the Army Hearing Program |
| 18:19 | physically located? |
| 18:20 | A. Aberdeen Proving Grounds.  The Edgewood |
| 18:21 | area of Aberdeen Proving Grounds. |

22:06 - 22:09   Merkley, LTC John A. (2020-02-26)                    0:05
| 22:06 | Q. The Department of Defense requires the |
| 22:07 | Army to maintain a Hearing Conservation Program, |
| 22:08 | right? |
| 22:09 | A. Correct. |

22:14 - 24:01   Merkley, LTC John A. (2020-02-26)                    2:32
| 22:14 | Q. I'm going to hand you what I have marked |
| 22:15 | as Exhibit 1.  Take a look at Exhibit 1 and tell me |
| 22:16 | if you recognize it. |
| 22:17 | A. Yes. |
| 22:18 | Q. What is that document? |
| 22:19 | A. Well, this is an -- an outdated |
| 22:20 | Department of Defense instruction for the Hearing |
| 22:21 | Conservation Program. |
| 23:01 | Q. You say outdated.  This particular |
| 23:02 | version is dated April 22, 1996, correct? |
| 23:03 | A. Correct. |
| 23:04 | Q. This instruction is updated from time to |
| 23:05 | time, right? |
| 23:06 | A. Correct. |
| 23:07 | Q. Do you know when the next update after |
| 23:08 | April of 1996 was? |
| 23:09 | A. I -- I believe it was in 2010. |
| 23:10 | Q. Okay.  So, this was the operative |
| 23:11 | instruction during at least 1996 to 2010? |
| 23:12 | A. I believe so. |
| 23:13 | Q. This instruction contains a number of |
| 23:14 | requirements for the Hearing Conservation Program |
| 23:15 | at each of the DoD components, right? |
| 23:16 | A. Correct. |
| 23:17 | Q. Including the Army? |
| 23:18 | A. Yes. |
| 23:19 | Q. For example, if you turn to page 7 and |

| | | | | |
|---|---|---|---|---|
| 23:20 | look at section 6.6, there are requirements for | | | |
| 23:21 | personal hearing protectors, do you see that? | | | |
| 24:01 | A. Yes. | | | |

24:04 - 24:20    Merkley, LTC John A. (2020-02-26)    1:55

| | | |
|---|---|---|
| 24:04 | Q. And, for example, 6.6.2 requires that DoD |
| 24:05 | components issue personal hearing protectors free |
| 24:06 | to all personnel who work in noise or |
| 24:07 | noise-hazardous areas or with noise-hazardous |
| 24:08 | equipment, right? |
| 24:09 | A. Right. |
| 24:10 | Q. 6.6.5 provides that DoD personnel shall |
| 24:11 | be allowed to choose personal hearing protectors |
| 24:12 | from among those approved devices available through |
| 24:13 | supply channels unless medically contraindicated or |
| 24:14 | inappropriate for a particular hazardous-noise |
| 24:15 | exposure; is that right? |
| 24:16 | A. Correct. |
| 24:17 | Q. Are Army service members able to choose |
| 24:18 | what hearing protection device they wear while in |
| 24:19 | service? |
| 24:20 | A. Yes. |

24:21 - 26:19    Merkley, LTC John A. (2020-02-26)    2:04

| | | | |
|---|---|---|---|
| 24:21 | Q. 6.6.7 says that preformed earplugs shall | **Re: [24:21 to 26:19]** | Re: [24:21 to 26:19] |
| 25:01 | be fitted and issued only under the supervision of | **Pltf Obj** 611 | OVERRULED |
| 25:02 | personnel who have been specially trained to fit | | |
| 25:03 | earplugs, did I read that right? | | |
| 25:04 | A. Correct. | | |
| 25:05 | Q. What are preformed earplugs? | | |
| 25:06 | A. Preformed earplugs are ear -- earplugs | | |
| 25:07 | that are -- you -- you don't form on yourself. | | |
| 25:08 | They're not moldable.  They -- they come premolded | | |
| 25:09 | usually containing flanges.  They can be single | | |
| 25:10 | flanges up to -- currently there are hearing | | |
| 25:11 | protectors that have four flanges. | | |
| 25:12 | Q. Is -- are you familiar with the Combat | | |
| 25:13 | Arms Version 2 Earplug? | | |
| 25:14 | A. Yes. | | |
| 25:15 | Q. Is that a preformed earplug? | | |
| 25:16 | A. Yes. | | |
| 25:17 | Q. And so, when the Combat Arms Version 2 is | | |

| | | |
|---|---|---|
| 25:18 | issued to service members, the DoD instruction | |
| 25:19 | requires that it would be fitted and issued only | |
| 25:20 | under the supervision of personnel who have been | |
| 25:21 | specifically trained to fit earplugs -- | |
| 26:01 | MR. BUCHANAN:  Objection to form. | |
| 26:02 | BY MR. WASDIN: | |
| 26:03 | Q. -- is that right? | |
| 26:04 | A. That's correct. | |
| 26:05 | Q. 6.6.9, going down, states that medically | |
| 26:06 | trained personnel must examine the fit and | |
| 26:07 | condition of preformed and custom earplugs at least | |
| 26:08 | annually, right? | |
| 26:09 | A. Yes. | |
| 26:10 | Q. So, under 6.6.9, anyone who had been | |
| 26:11 | issued the Combat Arms Version 2 should have been | |
| 26:12 | examined for fit at least annually? | |
| 26:13 | A. Correct. | |
| 26:14 | Q. And then 6.6.8 allows that if basically | |
| 26:15 | you couldn't be fit by the medically trained | |
| 26:16 | personnel with the preformed earplug, such as the | |
| 26:17 | Combat Arms, then they would move to a custom | |
| 26:18 | device in special circumstances; is that right? | |
| 26:19 | A. Correct. | |

| 26:20 - 27:06 | Merkley, LTC John A. (2020-02-26) | 0:29 |
|---|---|---|
| 26:20 | Q. Flipping back a page or two, excuse me, | |
| 26:21 | page -- the page at the bottom is 3, there is a | |
| 27:01 | requirement under the header 6, Procedures, and | |
| 27:02 | subheader, 6.1, Written Plan, that the DoD | |
| 27:03 | components shall prepare a written plan for the | |
| 27:04 | implementation of a comprehensive Hearing | |
| 27:05 | Conservation Program, right? | |
| 27:06 | A. Correct. | |

| 27:14 - 28:07 | Merkley, LTC John A. (2020-02-26) | 1:54 |
|---|---|---|
| 27:14 | Q. For example, 6.1 states that the plan to | |
| 27:15 | be implemented by the DoD components shall address | |
| 27:16 | occupational noise exposure, computation and | |
| 27:17 | monitoring, noise abatement, hearing protectors, | |
| 27:18 | methods for exa- -- estimating the adequacy of | |
| 27:19 | hearing protector attenuation, training, | |
| 27:20 | audiometric testing requirements, audiometric test | |

| | | |
|---|---|---|
| 27:21 | rooms, audiometric measuring instruments, acoustic | |
| 28:01 | calibration of audiometers, recordkeeping and | |
| 28:02 | program evaluation, did I read that right? | |
| 28:03 | A. Yes. | |
| 28:04 | Q. And so, in 1996 at least, the requirement | |
| 28:05 | was for the Army to have a written plan that | |
| 28:06 | tracked those items? | |
| 28:07 | A. Correct. | |

| 28:18 - 29:20 | Merkley, LTC John A. (2020-02-26) | 1:52 |
|---|---|---|
| 28:18 | Q. LTC Merkley, do you recognize the | |
| 28:19 | document that I have handed you as Exhibit 2? | |
| 28:20 | A. Yes. | |
| 28:21 | Q. What is it? | |
| 29:01 | A. DA Pamphlet 40-501.  It's the Army's | |
| 29:02 | written program for the Hearing Conservation | |
| 29:03 | Program. | |
| 29:04 | Q. This version is dated 10 December 1998, | |
| 29:05 | right? | |
| 29:06 | A. Correct. | |
| 29:07 | Q. And like the DoD instruction, the Army | |
| 29:08 | would from time to time update the 40-501 Pamphlet, | |
| 29:09 | right? | |
| 29:10 | A. Correct. | |
| 29:11 | Q. Do you know when the next update was | |
| 29:12 | after 1998? | |
| 29:13 | A. I don't have a current.  I believe it was | |
| 29:14 | 2014. | |
| 29:15 | Q. Okay.  In any event, this was the | |
| 29:16 | operative document as of December -- | |
| 29:17 | A. Yes. | |
| 29:18 | Q. -- 10th, 1998 through some time around | |
| 29:19 | 2014? | |
| 29:20 | A. Correct. | |

| 30:17 - 31:02 | Merkley, LTC John A. (2020-02-26) | 1:31 |
|---|---|---|
| 30:17 | Q. If you flip to Chapter 6 on page 5, for | |
| 30:18 | example, section 6.1 titled, Introduction, it | |
| 30:19 | begins by saying that all personnel working in or | |
| 30:20 | visiting potentially noise-hazardous areas must | |
| 30:21 | have hearing protectors with them at all times, do | |
| 31:01 | you see that? | |
| 31:02 | A. Yes. | |

31:03 - 31:19   Merkley, LTC John A. (2020-02-26)    1:53

   31:03   Q. Section 6.2, labeled Protector
   31:04   Requirements, contains guidelines that were then in
   31:05   place for what type of protector to wear in various
   31:06   types of steady-state or impulse noises, correct?
   31:07   A. Correct.
   31:08   Q. And then section 3 or, excuse me, 6.3,
   31:09   labeled Characteristics discusses the various types
   31:10   of hearing protection devices that were then
   31:11   available; is that right?
   31:12   A. Yes.
   31:13   Q. And like the DoD instruction, it begins
   31:14   by saying that preformed ear flange -- excuse me,
   31:15   preformed earplugs are triple- or single-flange
   31:16   earplugs.  Medically trained personnel must fit and
   31:17   examine these earplugs at least annually to ensure
   31:18   proper fit and condition, right?
   31:19   A. Correct.

31:20 - 32:18   Merkley, LTC John A. (2020-02-26)    1:54

   31:20   Q. I noticed, if you go back to 6.1c on page
   31:21   5, there's a reference that an earplug carrying
   32:01   case must also be provided in addition to earplugs?
   32:02   A. Um-hum.
   32:03   Q. And then it has a single national stock
   32:04   number there?
   32:05   A. Correct.
   32:06   Q. Do you know what carrying case that's
   32:07   referring to?
   32:08   A. Yes.
   32:09   Q. At the time in 1998, was there just one
   32:10   carrying case that would be issued regardless of
   32:11   what type of preformed earplug you get?
   32:12   A. Yes.
   32:13   Q. And did the military have -- they had
   32:14   that carrying case as of at least December 1998
   32:15   already?
   32:16   A. Well, I -- they -- they had it in -- yes.
   32:17   I was issued one in the National Guard, so -- and
   32:18   that was prior to 1998.

33:03 - 33:04   Merkley, LTC John A. (2020-02-26)    0:11

| | | | | |
|---|---|---|---|---|
| 33:03 | Q. What year were you issued one? | | | |
| 33:04 | A. I was issued one in 1994. | | | |
| | | | | |
| 33:05 - 34:04 | Merkley, LTC John A. (2020-02-26) | 1:17 | | |
| 33:05 | Q. Focusing on 6.3a, the requirement that | | Re: [33:05 to 34:04] | Re: [33:05 to 34:04] |
| 33:06 | medically trained personnel must fit and examine | | Pltf Obj 602, 611 | OVERRULED |
| 33:07 | preformed earplugs at least annually to ensure | | | |
| 33:08 | proper fit and condition, can you tell us how, if | | | |
| 33:09 | you know at this time, medically trained personnel | | | |
| 33:10 | would have evaluated the fit of preformed earplugs | | | |
| 33:11 | for service members? | | | |
| 33:12 | A. For -- | | | |
| 33:13 | MR. BUCHANAN:  Objection to form and | | | |
| 33:14 | foundation. | | | |
| 33:15 | THE WITNESS:  Okay.  So, if it was -- if | | | |
| 33:16 | it was done correctly -- and I was fitted with | | | |
| 33:17 | preformed earplugs at basic training back in | | | |
| 33:18 | October of 1991.  They were the triple-flanged, | | | |
| 33:19 | orange, regular hearing protectors, and the | | | |
| 33:20 | medically trained personnel would do a tug test and | | | |
| 33:21 | a visual inspection of the ear to see, you know, | | | |
| 34:01 | were -- were all of the flanges in the ear and then | | | |
| 34:02 | tugged -- well, they actually had us tug to make | | | |
| 34:03 | sure that we felt the suction and that the earplug | | | |
| 34:04 | didn't just come out of the ear. | | | |
| | | | | |
| 34:06 - 34:07 | Merkley, LTC John A. (2020-02-26) | 0:04 | | |
| 34:06 | Q. That happened for you at basic? | | | |
| 34:07 | A. That happened to me -- for me at basic | | | |
| | | | | |
| 34:09 - 34:12 | Merkley, LTC John A. (2020-02-26) | 0:11 | | |
| 34:09 | Q. Okay. | | Re: [34:09 to 34:12] | Re: [34:09 to 34:12] |
| 34:10 | A. We trained all of our technicians on the | | | |
| | | | Pltf Obj 602 | OBJECTION WITHDRAWN, |
| 34:11 | same fitting technique and how to identify a -- a | | | 3/11/2021 |
| 34:12 | good or a poor fit. | | | |
| | | | | |
| 34:13 - 34:16 | Merkley, LTC John A. (2020-02-26) | 0:07 | | |
| 34:13 | Q. Okay.  And it sounds like that | | Re: [34:13 to 34:16] | Re: [34:13 to 34:16] |
| 34:14 | technique -- would the technician actually insert | | | |
| | | | Pltf Obj 602 | OBJECTION WITHDRAWN, |
| 34:15 | the earplug into the service member's ear? | | | 3/11/2021 |
| 34:16 | A. Not usually. | | | |

| 34:17 - 35:02 | Merkley, LTC John A. (2020-02-26) | 0:14 | | |
|---|---|---|---|---|
| 34:17 | Q. Okay. | | Re: [34:17 to 35:02] | Re: [34:17 to 35:02] |
| 34:18 | A. The -- the service member would insert | | Pltf Obj 602, 611 | OVERRULED |
| 34:19 | the earplug, and then the -- the -- the service | | | |
| 34:20 | member would walk by the technician, and the | | | |
| 34:21 | technician would do a check. | | | |
| 35:01 | Q. Visual and tug test? | | | |
| 35:02 | A. Visual and tug test. | | | |

| 35:05 - 35:17 | Merkley, LTC John A. (2020-02-26) | 0:19 | | |
|---|---|---|---|---|
| 35:05 | MAJOR EVANS:  And, I'm sorry, I'm just | | | |
| 35:06 | going to clarify one point.  You weren't an | | | |
| 35:07 | audiologist in that time frame, sir? | | | |
| 35:08 | THE WITNESS:  No.  No, I was not. | | | |
| 35:09 | MAJOR EVANS: So, you're -- you're just | | | |
| 35:10 | only talking about what the test would be from | | | |
| 35:11 | your -- your education as an audiologist? | | | |
| 35:12 | THE WITNESS:  No.  This is what happened | | | |
| 35:13 | to me -- | | | |
| 35:14 | MAJOR EVANS:  Okay. | | | |
| 35:15 | THE WITNESS:  -- at Fort Leonard Wood. | | | |
| 35:16 | MAJOR EVANS:  That's just what I wanted | | | |
| 35:17 | to be clear about. | | | |

| 36:20 - 37:11 | Merkley, LTC John A. (2020-02-26) | 1:32 | | |
|---|---|---|---|---|
| 36:20 | Q. Is situation awareness important in the | | Re: [36:20 to 37:11] | Re: [36:20 to 37:11] |
| 36:21 | military? | | Pltf Obj 602, MIL G5 | OVERRULED; 602 |
| 37:01 | A. Yes. | | | |
| | | | | OBJECTION WITHDRAWN, |
| | | | | 3/11/2021 |
| 37:02 | Q. Why? | | | |
| 37:03 | A. Because in a combat zone, a combat | | | |
| 37:04 | environment, you need to be aware of what's | | | |
| 37:05 | happening around you. | | | |
| 37:06 | Q. Is situation awareness a dueling priority | | | |
| 37:07 | with hearing protection? | | | |
| 37:08 | A. Absolutely. | | | |
| 37:09 | Q. Why? | | | |
| 37:10 | A. Because any time you plug the ears, it | | | |
| 37:11 | affects your ability to hear and localize sounds. | | | |

| 38:05 - 39:01 | Merkley, LTC John A. (2020-02-26) | 1:54 | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 38:05 | Q. Yeah, sure.  If you go in 40-501 and you | **Re: [38:05 to 39:01]** | Re: [38:05 to 39:01] | | |
| 38:06 | flip to section 6.2, you told me earlier that this | **Pltf Obj** 611 | OVERRULED | | |
| 38:07 | section had requirements for the use of hearing | | | | |
| 38:08 | protection in various situations in noise I | | | | |
| 38:09 | believe? | | | | |
| 38:10 | MR. BUCHANAN:  Objection.  Form. | | | | |
| 38:11 | THE WITNESS:  I -- I didn't say that this | | | | |
| 38:12 | section had the requirements.  It may. | | | | |
| 38:13 | BY MR. WASDIN: | | | | |
| 38:14 | Q. This is section 6 -- | | | | |
| 38:15 | A. It does indicate what hearing protection | | | | |
| 38:16 | to use when you're exposed to certain levels of | | | | |
| 38:17 | noise. | | | | |
| 38:18 | Q. Okay.  And if you go on to page 6 and go | | | | |
| 38:19 | down to the bottom of the left-hand column to | | | | |
| 38:20 | the -- what is 6. -- or 6-2(d), there's guidance | | | | |
| 38:21 | for combat scenarios, right? | | | | |
| 39:01 | A. Right. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 40:04 - 40:21 | Merkley, LTC John A. (2020-02-26) | 1:50 | | | |
| 40:04 | Q. And that section that starts out, in | **Re: [40:04 to 40:21]** | Re: [40:04 to 40:21] | | |
| 40:05 | combat, soldiers, and then -- | **Pltf Obj** 402; 403; 611 | OVERRULED | | |
| 40:06 | A. Correct. | | | | |
| 40:07 | Q. -- there's a dash, and it has a | | | | |
| 40:08 | subsection (1) and (2), and if you -- can you look | | | | |
| 40:09 | at (2) at the top of the right-hand column and tell | | | | |
| 40:10 | me what that says? | | | | |
| 40:11 | A. Should NOT wear hearing protectors when | | | | |
| 40:12 | they impair necessary hearing.  For example, with | | | | |
| 40:13 | dismounted infantry operations. | | | | |
| 40:14 | Q. So, as of December 1998, the Army | | | | |
| 40:15 | requirement was that when in combat, service | | | | |
| 40:16 | members should not, and not there is all | | | | |
| 40:17 | capitalized, wear hearing protectors when they | | | | |
| 40:18 | impair necessary hearing, including with dismounted | | | | |
| 40:19 | infantry op- -- operations, right? | | | | |
| 40:20 | MR. BUCHANAN:  Objection to form. | | | | |
| 40:21 | THE WITNESS:  That's what it says. | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 41:18 - 41:21 | Merkley, LTC John A. (2020-02-26) | 0:16 | | | |
| 41:18 | Q. LTC Merkley, I have handed you a document | | | | |
| 41:19 | we have marked as Exhibit 3.  This is a test report | | | | |
| 41:20 | that was produced to us by the military in this | | | | |

| | | | | |
|---|---|---|---|---|
| 41:21 | case.  Is this a document you've ever seen before? | | | |

| | | | | |
|---|---|---|---|---|
| 42:01 - 42:01 | Merkley, LTC John A. (2020-02-26) | 0:01 | | |
| 42:01 | A. Not that I recall, no. | | | |

43:17 - 45:10   Merkley, LTC John A. (2020-02-26)   2:15

| | | |
|---|---|---|
| 43:17 | Q. Okay.  Going down to the bottom paragraph | **Re: [43:17 to 45:10]**    Re: [43:17 to 45:10] |
| 43:18 | it says, several military laboratories in the | **Pltf Obj** Vague; 602; 611    SUSTAINED |
| 43:19 | United States and Europe, working with industry, | |
| 43:20 | have endeavored to develop tactical headset | |
| 43:21 | technologies which protect the hearing of mounted | |
| 44:01 | and dismounted personnel from weapons and blast | |
| 44:02 | noise while promoting ambient soundscape listening | |
| 44:03 | and voice communications, did I read that right? | |
| 44:04 | A. Yes. | |
| 44:05 | Q. Do you know which laboratories, which | |
| 44:06 | military laboratories in the U.S. and Europe worked | |
| 44:07 | with industry to develop nonlinear hearing devices? | |
| 44:08 | MR. BUCHANAN:  Objection to form.  Vague | |
| 44:09 | as to time. | |
| 44:10 | THE WITNESS:  I -- I know USAARL worked | |
| 44:11 | on a product meeting this description.  ARL did | |
| 44:12 | work with -- in reports that I have read worked | |
| 44:13 | with our researchers from the laboratory in -- I | |
| 44:14 | believe it's in Saint-Louis, France to develop this | |
| 44:15 | type of hearing pro- -- develop and evaluate this | |
| 44:16 | type of hearing protector. | |
| 44:17 | BY MR. WASDIN: | |
| 44:18 | Q. Are you referring to the Combat Arms | |
| 44:19 | Earplug? | |
| 44:20 | MR. BUCHANAN:  Objection to the form. | |
| 44:21 | THE WITNESS:  Yes. | |
| 45:01 | BY MR. WASDIN: | |
| 45:02 | Q. So, it's your understanding that ARL | |
| 45:03 | worked with the Institute of Saint-Louis in France | |
| 45:04 | to develop the Combat Arms Earplug? | |
| 45:05 | MR. BUCHANAN:  Objection to form and | |
| 45:06 | foundation. | |
| 45:07 | THE WITNESS:  I -- I believe so. | |
| 45:08 | BY MR. WASDIN: | |
| 45:09 | Q. Okay.  Let's talk about that history a | |
| 45:10 | little bit. | |

| 45:15 - 46:01 | Merkley, LTC John A. (2020-02-26) | 1:57 | | |
|---|---|---|---|---|
| 45:15 | Q. LTC Merkley, I going to hand you a -- a | | Re: [45:15 to 46:01] | Re: [45:15 to 46:01] |
| 45:16 | document we've marked as Exhibit 4.  You'll see it | | Pltf Obj Foundation; 602 | OVERRULED |
| 45:17 | has a prior sticker from a different deposition on | | | |
| 45:18 | it, but I'll refer to it as Exhibit 4. | | | |
| 45:19 | If you flip that open, tell me if you | | | |
| 45:20 | recognize the document as a test report prepared by | | | |
| 45:21 | a gentleman named Dan Johnson in the mid 1990s? | | | |
| 46:01 | A. That's who signed it, yes. | | | |

| 46:02 - 46:04 | Merkley, LTC John A. (2020-02-26) | 0:06 | | |
|---|---|---|---|---|
| 46:02 | Q. Have you ever seen this test report | | | |
| 46:03 | before? | | | |
| 46:04 | A. Not to my knowledge, no. | | | |

| 46:08 - 47:08 | Merkley, LTC John A. (2020-02-26) | 1:12 | | |
|---|---|---|---|---|
| 46:08 | This report, just on page 1, is titled | | Re: [46:08 to 47:08] | Re: [46:08 to 47:08] |
| 46:09 | Blast Overpressure Studies with Animals and Man, | | Pltf Obj Foundation; 602 | OVERRULED |
| 46:10 | right? | | | |
| 46:11 | A. Correct. | | | |
| 46:12 | Q. And it appears to have been conducted in | | | |
| 46:13 | Albuquerque, New Mexico, correct? | | | |
| 46:14 | A. Correct. | | | |
| 46:15 | Q. If you -- I'm going to use the romanettes | | | |
| 46:16 | or I guess they're actually capital Romans at the | | | |
| 46:17 | bottom, the page numbers, but if you go to III, | | | |
| 46:18 | page 18 with me.  Actually, before you turn there, | | | |
| 46:19 | can I just go right -- keep your finger there and | | | |
| 46:20 | go back to the front page.  I should have asked | | | |
| 46:21 | you, this report, if you go down the left, was | | | |
| 47:01 | prepared for the Commander of the U.S. Army Medical | | | |
| 47:02 | Research and Material Command at Fort Detrick in | | | |
| 47:03 | Maryland, right? | | | |
| 47:04 | A. Correct. | | | |
| 47:05 | Q. Okay.  And if you go to III, page 18, it | | | |
| 47:06 | looks like this section is titled, Results, and | | | |
| 47:07 | then Nonlinear Earplug Study, right? | | | |
| 47:08 | A. Correct. | | | |

| 48:15 - 48:20 | Merkley, LTC John A. (2020-02-26) | 0:15 | | |
|---|---|---|---|---|
| 48:15 | Q. Okay.  And beneath that, it talks about | | Re: [48:15 to 48:20] | Re: [48:15 to 48:20] |
| 48:16 | Phase 1 was a nonlinear earplug (Rucker Plug, | | Pltf Obj Foundation; 602 | OVERRULED |

| | | | | |
|---|---|---|---|---|
| 48:17 | designed by the U.S. Army Aeromedical Research | | | |
| 48:18 | Laboratory, USAARL, Fort Rucker, Alabama.  Did I | | | |
| 48:19 | read that right? | | | |
| 48:20 | A. Yes. | | | |

49:06 - 49:13    Merkley, LTC John A. (2020-02-26)          0:21

| | | | |
|---|---|---|---|
| 49:06 | Q. Okay.  If you go down, Phase 2 talks | **Re: [49:06 to 49:13]** | Re: [49:06 to 49:13] |
| 49:07 | about a nonlinear earplug (French No. 1 Plug, | **Pltf Obj** Foundation; 602 | OVERRULED |
| 49:08 | designed by the French-German Research Institute | | |
| 49:09 | Saint-Louis, ISL France,) did I read that right? | | |
| 49:10 | A. Yes. | | |
| 49:11 | Q. Have you ever heard of the French No. 1 | | |
| 49:12 | Plug? | | |
| 49:13 | A. I've heard of it. | | |

50:06 - 50:18    Merkley, LTC John A. (2020-02-26)          1:36

| | | | |
|---|---|---|---|
| 50:06 | Q. This -- this says the French No. 1 Plug | **Re: [50:06 to 50:18]** | Re: [50:06 to 50:18] |
| 50:07 | is also a modification of the triple-flange EAR | **Pltf Obj** Foundation; 602; | |
| | | 611 | OVERRULED |
| 50:08 | UltraFit with a 2 millimeter diameter hole through | | |
| 50:09 | it's longitudinal access.  This modification | | |
| 50:10 | consisted of shortening the stem by 8 millimeters | | |
| 50:11 | and putting the filter designed at ISL Saint-Louis, | | |
| 50:12 | France in the front end of the plug, and then it | | |
| 50:13 | directs us to a -- a figure, do you see that? | | |
| 50:14 | A. Yes. | | |
| 50:15 | Q. Does that refresh you at all that the | | |
| 50:16 | French No. 1 Plug was an UltraFit earplug with a | | |
| 50:17 | version of the ISL filter in it? | | |
| 50:18 | A. Yes. | | |

51:09 - 52:05    Merkley, LTC John A. (2020-02-26)          1:45

| | | | |
|---|---|---|---|
| 51:09 | Q. Before I ask you this, you said earlier | **Re: [51:09 to 52:05]** | Re: [51:09 to 52:05] |
| 51:10 | that you heard of the Dan Johnson study.  Can you | **Pltf Obj** Foundation; 602 | OVERRULED |
| 51:11 | just sort of give us an overview of what you know | | |
| 51:12 | about it? | | |
| 51:13 | A. I've just heard -- this is the | | |
| 51:14 | Albuquerque -- | | |
| 51:15 | Q. Yeah. | | |
| 51:16 | A. -- study.  I've -- I've just heard -- I | | |
| 51:17 | work with the -- the acoustic engineers that refer | | |
| 51:18 | back to this study based on their work for | | |
| 51:19 | the -- on AHAAH model for determining health hazard | | |

| | | |
|---|---|---|
| 51:20 | assessment and risks, and -- and that's really what | |
| 51:21 | I know about it. | |
| 52:01 | Q. Okay. | |
| 52:02 | A. It was a -- it was a blast study on human | |
| 52:03 | subjects. | |
| 52:04 | Q. Impulse noise study? | |
| 52:05 | A. Impulse noise study, yeah. | |

52:06 - 52:10   Merkley, LTC John A. (2020-02-26)                    0:07

| | |
|---|---|
| 52:06 | Q. Using nonlinear earplugs? |
| 52:07 | MR. BUCHANAN:  Objection to form and |
| 52:08 | foundation. |
| 52:09 | THE WITNESS:  Well, I -- I didn't -- I |
| 52:10 | don't -- I just knew it was a blast study. |

52:12 - 54:07   Merkley, LTC John A. (2020-02-26)                    2:09

| | | | |
|---|---|---|---|
| 52:12 | Q. On page 4 -- IV, page 5, there's a Figure | Re: [52:12 to 54:07] | Re: [52:12 to 54:07] |
| 52:13 | IV-2 that compares the Rucker Plug to French No. 1 | Pltf Obj Foundation; 602 | OVERRULED |
| 52:14 | Plug with respect to percent of unacceptable TTS | | |
| 52:15 | versus peek level, do you see that? | | |
| 52:16 | A. Yes. | | |
| 52:17 | Q. What does TTS mean? | | |
| 52:18 | A. Temporary threshold shift. | | |
| 52:19 | Q. So, that means essentially that someone's | | |
| 52:20 | hearing shifts temporarily and responds to an | | |
| 52:21 | exposure to noise? | | |
| 53:01 | MR. BUCHANAN:  Objection to form. | | |
| 53:02 | THE WITNESS:  Yes. | | |
| 53:03 | BY MR. WASDIN: | | |
| 53:04 | Q. And then there's data in the -- the chart | | |
| 53:05 | above that plots out how the French No. 1 and the | | |
| 53:06 | Rucker Plug performed as a measure of percent of | | |
| 53:07 | unacceptable TTS? | | |
| 53:08 | A. Yes. | | |
| 53:09 | Q. And it looks like that data tracks their | | |
| 53:10 | performance up through 193 decibels at various | | |
| 53:11 | numbers of shots fired? | | |
| 53:12 | MR. BUCHANAN:  Objection to form and | | |
| 53:13 | foundation.  Leading. | | |
| 53:14 | THE WITNESS:  Yes. | | |
| 53:15 | BY MR. WASDIN: | | |
| 53:16 | Q. And if you track, you can see on the | | |
| 53:17 | right that the French No. 1 Plug, the plug with the | | |

| | | | | | |
|---|---|---|---|---|---|

53:18    UltraFit and the ISL filter, is tracked on two
53:19    metrics using the solid line; once at six shots
53:20    fired and then once at 100 shots fired, right?
53:21    A. Correct.
54:01    Q. And at six shots fired at 190 decibels,
54:02    the French No. 1 Plug showed ten percent of
54:03    unacceptable TTS?
54:04    MR. BUCHANAN:  Objection to form.
54:05    THE WITNESS:  If that is at the ten
54:06    percent mark, and it appears to be close to ten
54:07    percent, then, yes.

**56:03 - 56:21**    Merkley, LTC John A. (2020-02-26)     1:46

56:03    Q. The section that starts on V-1 is titled     **Re: [56:03 to 56:21]**     **Re: [56:03 to 56:21]**
56:04    Conclusions, right, at the top?     **Pltf Obj** Foundation; 602     OVERRULED
56:05    A. Yes.
56:06    Q. And then there's a section for the
56:07    Nonlinear Earplug Study below that, right?
56:08    A. Correct.
56:09    Q. And I'm going to start with the second
56:10    paragraph for the nonlinear earplug study, and
56:11    you'll have to track me over that page number
56:12    oddity, but it says, like the perforated plug of
56:13    the previous study, the nonlinear plug designed at
56:14    Fort Rucker was inadequate.  Perhaps with
56:15    additional subjects, the plug might be safe for
56:16    shots at 175 dB and below; however, like the
56:17    perforated plug, they made it difficult to
56:18    understand speech and windy conditions; thus, there
56:19    is no valid reason to use them, did I read that
56:20    right?
56:21    A. Yes.

**57:06 - 57:12**    Merkley, LTC John A. (2020-02-26)     0:20

57:06    Q. And then the next paragraph     **Re: [57:06 to 57:12]**     **Re: [57:06 to 57:12]**
57:07    talks -- says, the nonlinear plug that used a     **Pltf Obj** Foundation; 602     OVERRULED
57:08    special filter designed in France performed better
57:09    and may be a satisfactory solution; however, not
57:10    enough subjects were exposed to provide a
57:11    definitive answer, did I read that right?
57:12    A. Yes.

**58:02 - 58:15**    Merkley, LTC John A. (2020-02-26)     1:48

| | | |
|---|---|---|
| 58:02 | Q. So, again, just to sort of -- I'm going | |
| 58:03 | to hand you a document I have marked Exhibit 5, and | |
| 58:04 | to level set our chronology here, the Johnson blast | |
| 58:05 | study, the Albuquerque study, that was -- the front | |
| 58:06 | of that was dated 1996, correct? | |
| 58:07 | A. Correct.  Right. | |
| 58:08 | Q. And then if you turn -- if you look at | |
| 58:09 | Exhibit 5, it's titled, Agenda DoD Hearing | |
| 58:10 | Conservation Working Group Meeting 9 April 1998, | |
| 58:11 | right? | |
| 58:12 | A. Correct. | |
| 58:13 | Q. What is the DoD or what was the DoD | |
| 58:14 | Hearing Conservation Working Group, if you know, at | |
| 58:15 | that time period? | |

| | | |
|---|---|---|
| 58:18 - 59:04 | Merkley, LTC John A. (2020-02-26) | 0:29 |
| 58:18 | THE WITNESS:  Well, I know what the DoD | |
| 58:19 | Hearing Conservation Working Group is. | |
| 58:20 | BY MR. WASDIN: | |
| 58:21 | Q. Okay.  What is it? | |
| 59:01 | A. It is a -- a working group of hearing | |
| 59:02 | health professionals across the DoD that respond to | |
| 59:03 | and address issues related to hearing conservation | |
| 59:04 | in the Department of Defense. | |

| | | |
|---|---|---|
| 59:12 - 60:03 | Merkley, LTC John A. (2020-02-26) | 1:54 |
| 59:12 | Q. If you turn to it looks like on the first | |
| 59:13 | page, the agenda for the April 9th, 1998 meeting, | |
| 59:14 | there's a highlighted piece in the middle, number | |
| 59:15 | 4.  It's the Tactical Combat Arms Nonlinear Plug | |
| 59:16 | (Dr. Doug Ohlin USACHPPM), do you see that? | |
| 59:17 | A. Yes. | |
| 59:18 | Q. Who is Doug Ohlin? | |
| 59:19 | A. Doug Ohlin is -- was a Ph.D. audiologist | |
| 59:20 | assigned to the Army Center for Health Promotion | |
| 59:21 | and Preventive Medicine as the Hearing Conservation | |
| 60:01 | Program manager, and I believe at this time, he was | |
| 60:02 | also the chair of the DoD Hearing Conservation | |
| 60:03 | Working Group. | |

| | | |
|---|---|---|
| 60:04 - 60:09 | Merkley, LTC John A. (2020-02-26) | 0:18 |
| 60:04 | Q. Do you know what dates Mr. Ohlin would | |
| 60:05 | have held that position? | |

60:06   A. Not exactly.  He -- he was in that
60:07   position when I came on active duty as an
60:08   audiologist, and I -- I don't remember when
60:09   he -- he retired.

60:10 - 60:12   Merkley, LTC John A. (2020-02-26)   0:07
60:10   Q. Do you know what Mr. Ohlin's
60:11   responsibilities were in that position in the late
60:12   1990s?

Re: [60:10 to 60:12]   SUSTAINED

Def Obj Improper counter

60:15 - 60:20   Merkley, LTC John A. (2020-02-26)   0:11
60:15   THE WITNESS:  Not -- not exactly.
60:16   BY MR. WASDIN:
60:17   Q. Do you know whether Mr. Ohlin would have
60:18   had the responsibility to evaluate hearing
60:19   protection devices as a member of the DoD Hearing
60:20   Conservation Working Group?

Re: [60:15 to 60:20]   SUSTAINED

Def Obj Improper counter

61:01 - 61:02   Merkley, LTC John A. (2020-02-26)   0:03
61:01   THE WITNESS:  I -- I don't know if that
61:02   was his responsibility.

Re: [61:01 to 61:02]   SUSTAINED

Def Obj Improper counter

61:13 - 62:07   Merkley, LTC John A. (2020-02-26)   1:42
61:13   Q. The memorandum is on Department of Army
61:14   letterhead?
61:15   A. Right.  It's for the Department of the
61:16   Army Research Laboratory.
61:17   Q. ARL?
61:18   A. Right.
61:19   Q. Yeah.  It's dated 19 March 1997, right?
61:20   A. Correct.
61:21   Q. And the Subject is, trip report on Visit
62:01   to the French-German Institute at Saint-Louis (ISL)
62:02   France 5 to 23 December 1996?
62:03   A. Correct.
62:04   Q. And if you just flip a few pages over to
62:05   page 6 of that memo, it's signed by a gentleman
62:06   named Georges Garinther?
62:07   A. Um-hum.

62:08 - 62:15    Merkley, LTC John A. (2020-02-26)    0:25

| | | | | | |
|---|---|---|---|---|---|
| 62:08 | Q. Do you know who Georges Garinther was? | | | Re: [62:08 to 62:15] | OVERRULED |
| 62:09 | A. I've heard his name associated with other | | | | |
| 62:10 | studies, but I -- I don't know him exactly, what | | | Def Obj Improper counter | |
| 62:11 | his responsibilities were. | | | | |
| 62:12 | Q. Was he a member of the U.S. Army? | | | | |
| 62:13 | A. I -- I don't believe so.  I -- I think he | | | | |
| 62:14 | was a researcher, but I don't think he was on | | | | |
| 62:15 | active duty, that -- that I recall. | | | | |

63:02 - 64:12    Merkley, LTC John A. (2020-02-26)    2:46

| | | | |
|---|---|---|---|
| 63:02 | Q. Okay.  If you go to -- flip back, sir, to | Re: [63:02 to 64:12] | Re: [63:02 to 64:12] |
| 63:03 | page 2 of the memo -- by the way, to -- to level | Pltf Obj Foundation; 602; 611 | SUSTAINED |
| 63:04 | set again our time period, this is -- he's writing | | |
| 63:05 | about a trip report that was at the end of 1996, so | | |
| 63:06 | after the Johnson blast study we talked about? | | |
| 63:07 | A. Right.  Okay. | | |
| 63:08 | Q. And on paragraph 5 he writes, In view of | | |
| 63:09 | the potential positive impact of nonlinear | | |
| 63:10 | earplugs, Mr. Garinther participated in a series of | | |
| 63:11 | experiments conducted by ISL in December 1996 at a | | |
| 63:12 | large French Army training area near the city of | | |
| 63:13 | Nimes, France.  This study is preliminary to a more | | |
| 63:14 | complete study being planned for May of 1997 using | | |
| 63:15 | a larger number of subjects and exposing the | | |
| 63:16 | soldiers to large caliber mortars.  The experiments | | |
| 63:17 | conducted in December consisted of, and then | | |
| 63:18 | there's a list of them, do you see that? | | |
| 63:19 | A. Um-hum. | | |
| 63:20 | Q. So, it looks like in 1996, Mr. Garinther | | |
| 63:21 | has gone to ISL in France to further test nonlinear | | |
| 64:01 | earplugs with the ISL filter? | | |
| 64:02 | MR. BUCHANAN:  Objection to the leading | | |
| 64:03 | and foundation. | | |
| 64:04 | THE WITNESS:  Yes. | | |
| 64:05 | BY MR. WASDIN: | | |
| 64:06 | Q. And then if you turn to the next page, | | |
| 64:07 | page 3, paragraph 6 says, preliminary results prior | | |
| 64:08 | to a detailed analysis indicate that the nonlinear | | |
| 64:09 | earplug protected hearing as effectively as the | | |
| 64:10 | Max-Lyte earplug that is normally worn by French | | |

| | | | | |
|---|---|---|---|---|
| 64:11 | soldiers, did I read that right? | | | |
| 64:12 | A. Yes. | | | |
| | | | | |
| 65:06 - 65:16 | Merkley, LTC John A. (2020-02-26) | 1:31 | | |
| 65:06 | Q. If you go to page 5, one over, paragraph | | | |
| 65:07 | 11, Mr. Garinther writes, I have discussed these | | | |
| 65:08 | results with Felix Sachs and Doug Ohlin of CHPPM, | | | |
| 65:09 | who also believe that nonlinear earplugs should be | | | |
| 65:10 | included as a standard or specialized earplug in | | | |
| 65:11 | the military, did I read that right? | | | |
| 65:12 | A. Yes. | | | |
| 65:13 | Q. Who is Felix Sachs? | | | |
| 65:14 | A. Felix Sachs was an acoustical or a noise | | | |
| 65:15 | control engineer assigned to the Center for Health | | | |
| 65:16 | Promotion and Preventive Medicine. | | | |
| | | | | |
| 65:17 - 65:18 | Merkley, LTC John A. (2020-02-26) | 0:03 | | |
| 65:17 | Q. A member of the Army? | | | |
| 65:18 | A. No.  He was a civilian. | | | |
| | | | | |
| 66:03 - 69:16 | Merkley, LTC John A. (2020-02-26) | 4:49 | | |
| 66:03 | Q. So, in 1996, this report indicates | **Re: [66:03 to 69:16]** | Re: [66:03 to 69:16] | |
| 66:04 | essentially that Mr. Garinther went to France, | **Pltf Obj** Foundation; 602; | | |
| | | 611 | SUSTAINED | |
| 66:05 | tested a nonlinear earplug and discussed the | | | |
| 66:06 | results of that with Felix Sachs and Doug Ohlin? | | | |
| 66:07 | MR. BUCHANAN:  Objection to form. | | | |
| 66:08 | THE WITNESS:  Yes. | | | |
| 66:09 | BY MR. WASDIN: | | | |
| 66:10 | Q. If you turn the page again, there's a | | | |
| 66:11 | second memorandum, and this one is dated 2 March | | | |
| 66:12 | 1998. | | | |
| 66:13 | A. Okay. | | | |
| 66:14 | Q. This memorandum is on Department of | | | |
| 66:15 | Army letterhead or -- | | | |
| 66:16 | A. That's the Research Laboratory | | | |
| 66:17 | letterhead. | | | |
| 66:18 | Q. Yes. | | | |
| 66:19 | A. Correct. | | | |
| 66:20 | Q. And it relates to the visit to the | | | |
| 66:21 | French-German Institute at Saint-Louis 21 to 29 | | | |
| 67:01 | November 1997, right? | | | |
| 67:02 | A. Correct. | | | |

67:03   Q. So, essentially a year later -- and if

67:04   you flip over a page, this one is also signed by

67:05   Mr. Georges Garinther, right?

67:06   A. Yes.

67:07   Q. Going back to page 2.  The middle

67:08   paragraph on page 2 says that, during 24 to 28

67:09   November 1997, the undersigned participated in

67:10   testing of this device using French soldiers firing

67:11   mortars at Canjuers, France.  During 1996,

67:12   Mr. Garinther also took part in the evaluation of

67:13   this earplug to determine its hearing protective

67:14   qualities when firing the FAMAS, the French

67:15   equivalent to the M16, when detecting and

67:16   localizing various military sounds and when

67:17   listening to speech, did I read that right?

67:18   A. Yes.

67:19   Q. So, this memo is detailing that a year

67:20   after his first trip to France, Mr. Garinther went

67:21   back to ISL for additional testing on the nonlinear

68:01   earplug they were using?

68:02   MR. BUCHANAN:  Objection to the leading

68:03   and foundation.

68:04   THE WITNESS:  Yes.

68:05   BY MR. WASDIN:

68:06   Q. And if you go to page 4, there's already

68:07   some highlighting on the document.  I -- I think it

68:08   came this way to us from when was it was produced

68:09   by the government, but the highlighted paragraph

68:10   reads, a preliminary analysis of the data indicates

68:11   that none of the soldiers had a hearing loss

68:12   exceeding the criterion of acceptability after 24

68:13   hours and that none of the soldiers incurred a TTS

68:14   after five minutes that exceeded the CHABA

68:15   criterion.  This analysis indicates that nonlinear

68:16   earplugs provide acceptable hearing protection

68:17   especially when one considers that the alternative

68:18   presently being used is to not wear hearing

68:19   protection, did I read that right?

68:20   A. Yes.

68:21   Q. And then he goes on to say, as a result

69:01   of this experiment, the French Army is presently

69:02   issuing a request for proposal for 300,000

69:03   earplugs.  It's probable that the earplug would be

| | | | |
|---|---|---|---|

69:04  manufactured by the same company that manufactures

69:05  the EAR earplug, do you see that?
69:06  A. Yes.
69:07  Q. Going down in that paragraph,
69:08  Mr. Garinther talks about different alternatives
69:09  for how the nonlinear earplug might end up being
69:10  designed.  Do you see the three bullets at the
69:11  bottom?
69:12  A. Yes.
69:13  Q. So, he states, since the nonlinear
69:14  earplug provides essentially no attenuation against
69:15  high level steady-state noise, such as that
69:16  produced by armored vehicles, it would still be

**69:17 - 70:14    Merkley, LTC John A. (2020-02-26)                    1:39**

69:17  necessary to provide the soldiers with normal
69:18  earplugs.  The configuration issue centers about
69:19  providing the soldiers with, and then there are
69:20  three options in bullets, right?
69:21  A. Correct.
70:01  Q. The first is a nonlinear earplug, and
70:02  then a separate normal earplug, right?  So, that's
70:03  essentially two different plugs?
70:04  A. Correct.
70:05  Q. The second one is a nonlinear earplug in
70:06  which the two tiny holes can be closed or covered,
70:07  right?
70:08  A.  (Nodding head yes.)
70:09  Q. Did I read that right?
70:10  A. Yes.
70:11  Q. And then the third one is a reversible
70:12  earplug with a nonlinear earplug at one end and a
70:13  normal earplug at the other, right?
70:14  A. Correct.

**71:20 - 72:13    Merkley, LTC John A. (2020-02-26)                    1:38**

71:20  Q. Okay.  And then Mr. Garinther goes on        **Re: [71:20 to 72:13]**        Re: [71:20 to 72:13]
71:21  with his recommendation at the end, and he says,   **Pltf Obj** 611               OVERRULED
72:01  this is on page 5, Recommendation:  It's the
72:02  recommendation of the undersigned that this
72:03  nonlinear earplug be considered for use by the Army
72:04  since its use by weapon crews will reduce hearing

| | | | | |
|---|---|---|---|---|
| 72:05 | loss among soldiers while permitting them to hear | | | |
| 72:06 | voice commands and combat-related sounds, did I | | | |
| 72:07 | read that right? | | | |
| 72:08 | A. Yes. | | | |
| 72:09 | Q. So, in 1998 at least, Mr. Garinther is | | | |
| 72:10 | recommending to the Army that they move forward | | | |
| 72:11 | with a nonlinear earplug? | | | |
| 72:12 | MR. BUCHANAN:  Objection to form. | | | |
| 72:13 | THE WITNESS:  Yes. | | | |

**72:15 - 73:03**  Merkley, LTC John A. (2020-02-26)                    1:35

| | | | | |
|---|---|---|---|---|
| 72:15 | Q. Do you -- do you know whether subsequent | Re: [72:15 to 73:03] | Re: [72:15 to 73:03] | |
| 72:16 | to these trips to ISL France by Mr. Garinther the | Pltf Obj Foundation; 602; 611 | | |
| 72:17 | military requested that Aearo manufacture a | | SUSTAINED | |
| 72:18 | nonlinear earplug for use in the military? | | | |
| 72:19 | MR. BUCHANAN:  Objection to the form and | | | |
| 72:20 | foundation. | | | |
| 72:21 | THE WITNESS:  So, do I know?  I've -- | | | |
| 73:01 | I've have seen documents that indicate that, yes, | | | |
| 73:02 | they requested that from Aearo, but I -- other than | | | |
| 73:03 | that, I don't know. | | | |

**73:05 - 74:02**  Merkley, LTC John A. (2020-02-26)                    1:53

| | | | | |
|---|---|---|---|---|
| 73:05 | Q. You didn't participate in those? | | Re: [73:05 to 74:02] | OVERRULED |
| 73:06 | A. I did not participate in those. | | | |
| 73:07 | Q. What does your review of documents | | Def Obj Improper counter | |
| 73:08 | indicate the military requested from Aearo in a | | | |
| 73:09 | nonlinear earplug? | | | |
| 73:10 | A. I don't -- I don't remember. | | | |
| 73:11 | Q. Okay.  Have you ever spoken to Doug Ohlin | | | |
| 73:12 | about whether he requested a dual-ended, nonlinear | | | |
| 73:13 | earplug from Aearo? | | | |
| 73:14 | A. No. | | | |
| 73:15 | Q. Do you -- | | | |
| 73:16 | A. Not that I recall. | | | |
| 73:17 | Q. Have you ever spoken to anyone in the | | | |
| 73:18 | military about whether they requested a dual-ended, | | | |
| 73:19 | nonlinear earplug from Aearo? | | | |
| 73:20 | A. No.  When I came in, the dual-ended | | | |
| 73:21 | earplug was -- was already produced, so I -- I | | | |
| 74:01 | don't know, you know, all that went on to get that | | | |

74:02      dual-ended earplug.

75:13 - 75:21    Merkley, LTC John A. (2020-02-26)    0:27
   75:13    Q. LTC Merkley, what we have marked as
   75:14    Exhibit 6 is a series of email communications that
   75:15    were produced to us by the -- the military in this
   75:16    case, and I believe they're sort of out of order
   75:17    and just kind of --
   75:18    A. Um-hum.
   75:19    Q. -- they don't track a -- a single
   75:20    conversation over a linear period of time, but I'll
   75:21    try to direct you around as best I can.

76:12 - 77:06    Merkley, LTC John A. (2020-02-26)    1:44
   76:12    Q. Okay.  If you turn to the second page of
   76:13    the Exhibit 6 and go to the bottom email, there's
   76:14    an email from Doug Ohlin to a few other people
   76:15    dated April 13th, 1999, do you see that?
   76:16    A. Yes.
   76:17    Q. Who is Wayne -- the recipients are Wayne
   76:18    Loyborg, David Chandler, and then I'm -- I'm not
   76:19    sure, there's just an email address there, but who
   76:20    is Wayne Loyborg?
   76:21    A. I've -- I've heard his name.  I believe
   77:01    he's an audiologist.
   77:02    Q. Civilian or in the military?
   77:03    A. I -- I don't know.
   77:04    Q. And who is David Chandler?
   77:05    A. David Chandler was an Army active duty
   77:06    audiologist.

77:07 - 77:09    Merkley, LTC John A. (2020-02-26)    0:08
   77:07    Q. And do you recognize that last email
   77:08    address?
   77:09    A. I -- I don't.

77:10 - 77:12    Merkley, LTC John A. (2020-02-26)    0:04
   77:10    Q. And then below that, there's Martin
   77:11    Robinette?
   77:12    A. Right.

77:13 - 77:14    Merkley, LTC John A. (2020-02-26)    0:06
   77:13    Q. Who's Martin Robinette?

| | | |
|---|---|---|
| 77:14 | A. He is an active duty Army audiologist. | |
| | | |
| 77:15 - 78:04 | Merkley, LTC John A. (2020-02-26) | 1:43 |
| 77:15 | Q. Okay.  In April of 1999, Doug Ohlin | |
| 77:16 | writes to that group and says, the production | |
| 77:17 | samples Aearo sent me were at least a quarter of an | |
| 77:18 | inch too long.  I took the liberty in cutting down | |
| 77:19 | the samples I'm sending you under a separate cover. | |
| 77:20 | The production samples didn't fit in the standard | |
| 77:21 | earplug hearing case, didn't take advantage of a | |
| 78:01 | design that could minimize wind noise and, most | |
| 78:02 | importantly, were hit by the Kelvar helmet chin | |
| 78:03 | strap when it was fastened, did I read that right? | |
| 78:04 | A. Yes. | |
| | | |
| 78:05 - 78:09 | Merkley, LTC John A. (2020-02-26) | 0:19 |
| 78:05 | Q. If you turn back a page to the front, | |
| 78:06 | there's an email from Brian Myers at a Compuserve | |
| 78:07 | email address to Doug Ohlin dated April 8th, 1999, | |
| 78:08 | do you see that? | |
| 78:09 | A. Um-hum. | |
| | | |
| 78:10 - 78:11 | Merkley, LTC John A. (2020-02-26) | 0:04 |
| 78:10 | Q. Do you know who Brian Myers is? | |
| 78:11 | A. I don't. | |
| | | |
| 78:12 - 78:21 | Merkley, LTC John A. (2020-02-26) | 0:27 |
| 78:12 | Q. Okay.  The email says, Doug, and then the | |
| 78:13 | second paragraph says, I spoke with Dick Knauer who | |
| 78:14 | believes that we can probably shorten the plug by | |
| 78:15 | the one-quarter inch required to fit your current | |
| 78:16 | container.  The designer will look at this when he | |
| 78:17 | gets back from vacation on the 19th.  It may help | |
| 78:18 | to expedite the redesign if we could get a storage | |
| 78:19 | container from you, and then he gives the contact | |
| 78:20 | information for Dick Knauer, do you see that? | |
| 78:21 | A. Um-hum. | |

| | | | | |
|---|---|---|---|---|
| 79:08 - 79:15 | Merkley, LTC John A. (2020-02-26) | 0:20 | Re: [79:08 to 79:15] | **OVERRULED** |
| 79:08 | Q. Okay.  Prior to today, did you know that | | | |
| 79:09 | the Combat Arms Version 2 was shortened a quarter | | **Def Obj** Improper counter | |
| 79:10 | of an inch? | | | |

| | | | | |
|---|---|---|---|---|
| 79:11 | A. No. | | | |
| 79:12 | Q. Okay.  You had no personal involvement in | | | |
| 79:13 | any discussions regarding whether to shorten the | | | |
| 79:14 | Combat Arms Version 2? | | | |
| 79:15 | A. No. | | | |

79:16 - 80:06    Merkley, LTC John A. (2020-02-26)    1:31

| | |
|---|---|
| 79:16 | Q. If you flip to the -- what is the third |
| 79:17 | page of Exhibit 6, you'll see another email from |
| 79:18 | Doug Ohlin, and this one is dated approximately one |
| 79:19 | month later in May of 1999, do you see that -- |
| 79:20 | A. Um-hum. |
| 79:21 | Q. -- at the bottom?  And it says, Belva, |
| 80:01 | the manufacturer, Aearo, got back to us with |
| 80:02 | acceptable production samples.  Do you require a |
| 80:03 | pair?  I'm curious as to the status of our request. |
| 80:04 | Is there anything you need, Doug?  Did I read that |
| 80:05 | right? |
| 80:06 | A. Yes. |

80:07 - 80:09    Merkley, LTC John A. (2020-02-26)    0:02

| | | | |
|---|---|---|---|
| 80:07 | Q. Who is -- are you familiar with someone | **Re: [80:07 to 80:09]** | **OVERRULED** |
| 80:08 | named Belva Hoffman? | | |
| | | **Def Obj** Improper counter | |
| 80:09 | A. I am not, no. | | |

80:16 - 81:07    Merkley, LTC John A. (2020-02-26)    1:45

| | |
|---|---|
| 80:16 | Q. LTC Merkley, we've given you a document |
| 80:17 | that we marked as Exhibit 7, which is titled |
| 80:18 | ARL-HRED Hearing Protection Device Assess- -- |
| 80:19 | Assessments in Reverberating Environments, do you |
| 80:20 | see that? |
| 80:21 | A. Yes. |
| 81:01 | Q. It was prepared by the Army Research |
| 81:02 | Laboratory Hearing Research & Engineering |
| 81:03 | Directorate; is that right? |
| 81:04 | A. Yes. |
| 81:05 | Q. What is the ARL-HRED? |
| 81:06 | A. It's a -- a division within the Army |
| 81:07 | Research Laboratory. |

81:08 - 81:11    Merkley, LTC John A. (2020-02-26)    0:13

| | |
|---|---|
| 81:08 | Q. And at the very top, it's a little faded, |

81:09    but it looks like this was a report that was
81:10    prepared about two months after the Doug Ohlin
81:11    email we just looked at, but on June 30th, 1999?

81:19 - 82:09    Merkley, LTC John A. (2020-02-26)            1:34
81:19    THE WITNESS:  Yes.
81:20    BY MR. WASDIN:
81:21    Q. The -- looking at the first page, there's
82:01    a paragraph titled, Overview, do you see that?
82:02    A. Yes.
82:03    Q. And it says, the ARL Human Research &
82:04    Engineering Directorate initiated a quick response
82:05    effort to collect data on several hearing
82:06    protection devices in support of John King, the
82:07    AMC-FAST Science Advisor at SETAF, Vicenza, Italy,
82:08    did I read that right?
82:09    A. Yes.

82:10 - 82:11    Merkley, LTC John A. (2020-02-26)            0:07          Re: [82:10 to 82:11]    OVERRULED
82:10    Q. Do you know Mr. King?
82:11    A. I don't.                                                  Def Obj Improper counter

82:20 - 83:04    Merkley, LTC John A. (2020-02-26)            0:14
82:20    Q. And then the next sentence goes on to
82:21    say, the primary objective of the effort was to
83:01    collect data on the French design Combat Arms
83:02    Earplug being manufactured in the U.S. by the Aearo
83:03    Company, Indianapolis, Indiana, right?
83:04    A. Correct.

83:05 - 83:07    Merkley, LTC John A. (2020-02-26)            0:06     Re: [83:05 to 83:07]    Re: [83:05 to 83:07]
83:05    Q. Okay.  So, in June of 1999, at least, ARL             Pltf Obj 602; 611;
83:06    is running its own testing on the Combat Arms            Foundation              SUSTAINED

83:07    Earplug?

83:10 - 83:10    Merkley, LTC John A. (2020-02-26)            0:00     Re: [83:10 to 83:10]    Re: [83:10 to 83:10]
83:10    THE WITNESS:  Yes.                                       Pltf Obj 602; 611;
                                                                 Foundation              SUSTAINED

83:12 - 84:12    Merkley, LTC John A. (2020-02-26)            1:22

| | | |
|---|---|---|
| 83:12 | Q. That's what this document indicates? | |
| 83:13 | A. That's what it says, yes. | |
| 83:14 | Q. If you flip over to page 2, there's a | |
| 83:15 | section titled, Data Analysis and Results -- I'm | |
| 83:16 | sorry, page 4 is what I was trying to go after. | |
| 83:17 | Operational Significance is the section.  Do you | |
| 83:18 | see the Operational Significance paragraph? | |
| 83:19 | A. Yes. | |
| 83:20 | Q. It states, the results of this | |
| 83:21 | assessment, as depicted in Table 1, suggest that | |
| 84:01 | for the protective device of primary interest to | |
| 84:02 | the AMC-FAST Advisor, the Combat Arms Earplug, when | |
| 84:03 | properly fitted will provide acceptable protection | |
| 84:04 | for most situations when firing up to 276 rounds of | |
| 84:05 | M16 556 ball ammunition in a hallway-scaled MOUT | |
| 84:06 | environment (the worst case condition ARL tested in | |
| 84:07 | the Match-type MOUT training facility); is that | |
| 84:08 | right? | |
| 84:09 | A. Correct. | |
| 84:10 | Q. Can you tell from that description what | |
| 84:11 | type of tests they were running on the Combat Arms | |
| 84:12 | at that point in time? | |

**84:15 - 84:18**   Merkley, LTC John A. (2020-02-26)                    0:07

| | |
|---|---|
| 84:15 | THE WITNESS:  From this description, yes. |
| 84:16 | BY MR. WASDIN: |
| 84:17 | Q. And what was it? |
| 84:18 | A. They were -- |

**84:21 - 85:11**   Merkley, LTC John A. (2020-02-26)                    1:44

| | | |
|---|---|---|
| 84:21 | THE WITNESS:  Okay.  Conducting | Re: [84:21 to 85:11] | Re: [84:21 to 85:11] |
| 85:01 | a -- well, I would say a health-hazard assessment | Pltf Obj 602; 611; | |
| | | Foundation | OVERRULED; 602 & 611 |
| 85:02 | of that earplug firing or under worst-case | | OBJECTIONS |
| | | | WITHDRAWN, |
| 85:03 | conditions in a closed-room, MOUT-type environment. | | |
| | | | 3/11/2021 |
| 85:04 | BY MR. WASDIN: | | |
| 85:05 | Q. And can you tell what the results were, | | |
| 85:06 | at least at a high level here? | | |
| 85:07 | A. According to this, it says that they give | | |
| 85:08 | safe -- you know, what -- that the hearing | | |

85:09    protector provides acceptable protection for firing
85:10    up to 276 rounds of ammunition -- of 556
85:11    ammunition.

86:03 - 86:06    Merkley, LTC John A. (2020-02-26)    0:09
86:03    Q. Okay.  Well, at least in this case, it
86:04    looks like the military, ARL was conducting testing
86:05    of the Combat Arms Earplug in June of 1999?
86:06    A. Right.

86:08 - 86:08    Merkley, LTC John A. (2020-02-26)    0:00
86:08    THE WITNESS:  Correct.

86:10 - 86:11    Merkley, LTC John A. (2020-02-26)    0:03      **Re: [86:10 to 86:11]**    **Re: [86:10 to 86:11]**
86:10    Q. And the determination was essentially    **Pltf Obj** 602; 611;
86:11    that it works in the worst-case scenario?    Foundation    OVERRULED

86:13 - 86:17    Merkley, LTC John A. (2020-02-26)    1:36
86:13    THE WITNESS:  For up to -- up to a
86:14    certain point.
86:15    BY MR. WASDIN:
86:16    Q. Up to 276 rounds of M16 fire?
86:17    A. Correct.

87:02 - 87:18    Merkley, LTC John A. (2020-02-26)    1:55
87:02    Q. LTC Merkley, I've handed you a document
87:03    that we have marked as Exhibit 8, which is titled,
87:04    Memorandum for Staff Director, Joint Readiness
87:05    Clinical Advisory Board at Fort Detrick, do you see
87:06    that?
87:07    A. Yes.
87:08    Q. In the Subject of that document is a
87:09    request for national stock number in bulk purchase
87:10    of the Combat Arms Earplug, right?
87:11    A. Yes.
87:12    Q. Paragraph 2 on the first page states that
87:13    the Department of Defense Hearing Conservation
87:14    Working Group has recommended that a nonlinear
87:15    earplug configured to the specifications of the
87:16    enclosed production samples be adopted for military
87:17    use, did I read that right?
87:18    A. Yes.

| | | | | | |
|---|---|---|---|---|---|
| 87:19 - 88:06 | Merkley, LTC John A. (2020-02-26) | 0:25 | | | |
| 87:19 | Q. Have you ever seen a memorandum like this | | | **Re: [88:02 to 88:06]** | **OVERRULED** |
| 87:20 | one before, a request for a national stock number | | | | |
| 87:21 | and purchase of hearing protection? | | | **Def Obj** Improper counter | |
| 88:01 | A. I have not seen that, no. | | | | |
| 88:02 | Q. Okay.  Do you know what evaluation is | | | | |
| 88:03 | typically done by the DoD Hearing Conservation | | | | |
| 88:04 | Working Group, or others in the military, prior to | | | | |
| 88:05 | requesting a national stock number and purchase? | | | | |
| 88:06 | A. I'm not -- | | | | |
| | | | | | |
| 88:10 - 88:11 | Merkley, LTC John A. (2020-02-26) | 0:02 | | | |
| 88:10 | Q. You do not? | | | **Re: [88:10 to 88:11]** | **OVERRULED** |
| 88:11 | A. No, I don't. | | | | |
| | | | | **Def Obj** Improper counter | |
| | | | | | |
| 88:17 - 88:19 | Merkley, LTC John A. (2020-02-26) | 0:04 | | | |
| 88:17 | Q. Sure.  Doug Ohlin is -- is the person | | | | |
| 88:18 | listed in the signature block -- | | | | |
| 88:19 | A. Correct. | | | | |
| | | | | | |
| 89:10 - 89:16 | Merkley, LTC John A. (2020-02-26) | 0:22 | | | |
| 89:10 | Q. Okay.  Attached to the request for | | **Re: [89:10 to 89:16]** | Re: [89:10 to 89:16] | |
| 89:11 | purchase is a Justification for a Nonlinear Earplug | | **Pltf Obj** 611 | OVERRULED | |
| 89:12 | (Combat Arms Earplug), right? | | | | |
| 89:13 | A. Um-hum. | | | | |
| 89:14 | Q. And you can skim it, but essentially, | | | | |
| 89:15 | it's just a write-up of the features and potential | | | | |
| 89:16 | usability of the Combat Arms plug? | | | | |
| | | | | | |
| 89:18 - 89:18 | Merkley, LTC John A. (2020-02-26) | 0:06 | | | |
| 89:18 | THE WITNESS:  Correct. | | | | |
| | | | | | |
| 89:20 - 90:15 | Merkley, LTC John A. (2020-02-26) | 1:52 | | | |
| 89:20 | Q. The final paragraph on the first page of | | | | |
| 89:21 | the justification discusses the American military's | | | | |
| 90:01 | contribution in the development effort of the | | | | |
| 90:02 | Combat Arms Earplug, right? | | | | |
| 90:03 | A. Yes. | | | | |
| 90:04 | Q. It discusses -- well, I'll just read it. | | | | |
| 90:05 | It says, the American military's contribution in | | | | |

| | | | |
|---|---|---|---|
| 90:06 | this development effort has been to recommend an | | |
| 90:07 | American-made earplug, the UltraFit to | | |
| 90:08 | hous- -- house the French filter, the color scheme | | |
| 90:09 | and blast overpressure testing.  The single-sized | | |
| 90:10 | UltraFit should accommodate most of our Combat Arms | | |
| | | | |
| 90:11 | users.  Moreover, thanks to French ergonomic | | |
| 90:12 | designers, a solution has been provided on how to | | |
| 90:13 | eliminate wind noise while adapting the earplug for | | |
| 90:14 | steady-state noise use, did I read that right? | | |
| 90:15 | A. Yes. | | |
| | | | |
| 93:15 - 95:04 | Merkley, LTC John A. (2020-02-26) | 2:19 | |
| 93:15 | Q. Okay.  We've talked a lot about Doug | | |
| 93:16 | Ohlin.  I know you told me what his role was, but | | |
| 93:17 | did you ever have interactions with him? | | |
| 93:18 | A. I did. | | |
| 93:19 | Q. How did you interact with Mr. Ohlin? | | |
| 93:20 | A. Well, I interacted with him.  When I | | |
| 93:21 | first came on active duty, I came to the CHPPM to | | |
| 94:01 | teach a couple of hearing conservation technician | | |
| 94:02 | courses.  I interacted with him at -- at that time | | |
| 94:03 | just in -- as an instructor for a course that -- | | |
| 94:04 | that they were -- they were holding at Aberdeen. | | |
| 94:05 | I met him at conferences and, you know, | | |
| 94:06 | received updates on the Army's Hearing Conservation | | |
| 94:07 | Program from him.  That's about it. | | |
| 94:08 | Q. Was -- was Doug Ohlin a presenter at the | | |
| 94:09 | conferences that you went to with him? | | |
| 94:10 | A. Not usually.  It was his staff that were | | |
| 94:11 | presenting.  I -- I don't recall him ever being | | |
| 94:12 | a presenter in a presentation, other than I -- we | | |
| 94:13 | received instruction from him related to the wallet | | |
| 94:14 | cards and -- and the educational materials that | | |
| 94:15 | were being put out. | | |
| 94:16 | Q. For the Combat Arms plug? | | |
| 94:17 | A. For the Combat Arms Earplug.  I -- I | | |
| 94:18 | remember that. | | |
| 94:19 | Q. So, you have had conversations with | | |
| 94:20 | Mr. Ohlin related to the wallet card and | | |
| 94:21 | instructions for use for the Combat Arms Earplug? | | |
| 95:01 | A. Yes. | | |
| 95:02 | Q. When did you talk to him about that? | | |

| | | | | |
|---|---|---|---|---|
| 95:03 | A. Oh, I don't remember exactly.  Between | | | |
| 95:04 | 200- -- probably 2001 and 2004 or '5. | | | |
| | | | | |
| 95:05 - 95:18   Merkley, LTC John A. (2020-02-26) | 1:05 | | | |
| 95:05 | Q. What were the context for those | | | |
| 95:06 | conversations? | | | |
| 95:07 | A. Oh, just at -- at the conference about, | | | |
| 95:08 | you know, the -- how to get hearing protectors, how | | | |
| 95:09 | to -- not -- not so much on how to fit them, | | | |
| 95:10 | although I -- well, yeah.  You know, we -- we got | | | |
| 95:11 | instructions on how to order them, who to -- who to | | | |
| 95:12 | order them from in terms of for -- for | | | |
| 95:13 | government -- government sales and -- and then | | | |
| 95:14 | issues related to -- early in their development | | | |
| 95:15 | issues related to insufficient stock of that | | | |
| 95:16 | particular hearing protector because of bulk | | | |
| 95:17 | purchases from other services and what to do to get | | | |
| 95:18 | hearing protectors. | | | |
| | | | | |
| 95:19 - 96:01   Merkley, LTC John A. (2020-02-26) | 1:36 | | | |
| 95:19 | Q. What was your role at the time? | | | |
| 95:20 | A. I was the chief of the Army Hearing | | | |
| 95:21 | Program at or the Army Hearing Conservation Program | | | |
| 96:01 | and Audiology Clinic at Fort Drum. | | | |
| | | | | |
| 96:06 - 98:09   Merkley, LTC John A. (2020-02-26) | 2:49 | | | |
| 96:06 | Q. LTC Merkley, we've handed you a document | Re: [96:06 to 98:09] | Re: [96:06 to 98:09] | |
| 96:07 | marked Exhibit 9, and can you tell me if you | Pltf Obj 602; 611 | OVERRULED | |
| 96:08 | recognize that? | | | |
| 96:09 | A. Yes. | | | |
| 96:10 | Q. What is that? | | | |
| 96:11 | A. It's a wallet -- it's one of the wallet | | | |
| 96:12 | cards that was developed. | | | |
| 96:13 | Q. You mentioned that in your conversations | | | |
| 96:14 | with Doug Ohlin regarding instructions that you | | | |
| 96:15 | discussed the wallet card with him on those | | | |
| 96:16 | occasions, did I remember that? | | | |
| 96:17 | A. Right. | | | |
| 96:18 | Q. Okay. | | | |
| 96:19 | A. Now, I -- I want to make it clear, | | | |
| 96:20 | this -- these weren't necessarily one-on-one | | | |
| 96:21 | discussions, but discussions at a -- a meeting with | | | |
| 97:01 | a group. | | | |

| | |
|---|---|
| 97:02 | Q. Okay.  Who were the people that were in |
| 97:03 | the group? |
| 97:04 | A. It would have been military audiologists. |
| 97:05 | Q. Like yourself who were the head of some |
| 97:06 | program -- |
| 97:07 | A. Um-hum. |
| 97:08 | Q. -- at a different installation? |
| 97:09 | A. Right. |
| 97:10 | Q. Okay.  If you look at the wallet card, |
| 97:11 | beside the pictures, there is an image on the right |
| 97:12 | of the plug with the flange folded back on the |
| 97:13 | opposite end? |
| 97:14 | A. Correct. |
| 97:15 | Q. Did you ever discuss whether or not to |
| 97:16 | fold the flanges back on the opposite end of the |
| 97:17 | plug with Doug Ohlin? |
| 97:18 | A. I remember Doug Ohlin giving us |
| 97:19 | instruction on how to fit the earplug. |
| 97:20 | Q. What did he say? |
| 97:21 | A. And he -- he said if you have -- well, I |
| 98:01 | don't remember his exact words, but I remember, you |
| 98:02 | know, if you needed to, you could fold back the |
| 98:03 | flange on the earplug to get a good fit. |
| 98:04 | Q. And so, Doug Ohlin was telling the |
| 98:05 | program managers at the various installations in |
| 98:06 | the country that if they needed to fold back the |
| 98:07 | flanges on one side of the plug, they could do so |
| 98:08 | to get a good fit? |
| 98:09 | A. Yes. |

| | | | |
|---|---|---|---|
| 98:13 - 99:20 | Merkley, LTC John A. (2020-02-26) | 1:07 | |
| 98:13 | Q. During his oral discussion of that | **Re: [98:13 to 99:20]** | Re: [98:13 to 99:11] |
| 98:14 | fitting procedure, did he limit that technique to | **Pltf Obj** 602; 611 | OVERRULED |
| 98:15 | any particular group of service members, or was it | | |
| 98:16 | agnostic as to who they were and what their ear | | |
| 98:17 | canal size was or anything like that? | | |
| 98:18 | A. I don't -- | | |
| 98:19 | MR. BUCHANAN:  Objection to form and | | |
| 98:20 | foundation. | | |
| 98:21 | THE WITNESS:  Yeah, I don't -- I don't | | |
| 99:01 | remember it being specific to a particular group of | | |
| 99:02 | people. | | |
| 99:03 | BY MR. WASDIN: | | |

| | | | | |
|---|---|---|---|---|
| 99:04 | Q. So, as you recall, the instruction you | | | |
| 99:05 | got from Doug Ohlin, it was if you need to, you can | | | |
| 99:06 | fold back the flange to fit the plug, and he didn't | | | |
| 99:07 | limit that to one particular size ear canal or | | | |
| 99:08 | another? | | | |
| 99:09 | A. Correct. | | | |
| 99:10 | MR. BUCHANAN:  Objection.  Form. | | | |
| 99:11 | BY MR. WASDIN: | | | |
| 99:12 | Q. And those conversations, I think you | | | |
| 99:13 | said, were happening in the '01 to '05 time period? | | | |
| 99:14 | A. Right. | | | |
| 99:15 | Q. And was the point of that conversation in | | | |
| 99:16 | the group setting that the program managers at the | | | |
| 99:17 | various installations would then take that | | | |
| 99:18 | information and go back to their particular | | | |
| 99:19 | facility and implement it? | | | |
| 99:20 | A. Yes. | | | |

| | | | | |
|---|---|---|---|---|
| **100:02 - 101:07** | **Merkley, LTC John A. (2020-02-26)** | 1:19 | | |
| 100:02 | Q. You gave a lecture at the NHCA conference | | Re: [100:02 to 101:07] | Re: [100:02 to 101:07] |
| 100:03 | last week, right? | | Pltf Obj 402; 403; 404; | SUSTAINED |
| 100:04 | A. I did. | | Bolstering | |
| 100:05 | Q. What was your topic? | | | |
| 100:06 | A. My topic was just in time learning -- | | | |
| 100:07 | Q. You played -- | | | |
| 100:08 | A. -- and micro learning, hearing, yeah. | | | |
| 100:09 | Q. You played a video of a guy named Elliott | | | |
| 100:10 | Berger during your speech -- | | | |
| 100:11 | A. I did. | | | |
| 100:12 | Q. -- am I remembering that right? | | | |
| 100:13 | A. Yes. | | | |
| 100:14 | Q. Who is Elliott Berger? | | | |
| 100:15 | A. Elliott Berger is -- I think he is the | | | |
| 100:16 | principal engineer at 3M at their test lab, hearing | | | |
| 100:17 | protection testing lab. | | | |
| 100:18 | Q. Do you know Elliott? | | | |
| 100:19 | A. I do. | | | |
| 100:20 | Q. How long have you known Mr. Berger? | | | |
| 100:21 | A. I have -- well, I have known him -- I've | | | |
| 101:01 | known of him for, I don't know, 20 years or so. | | | |
| 101:02 | I've had more personal interactions with him in the | | | |
| 101:03 | last eight years just as a member of the -- the | | | |
| 101:04 | Council for Accreditation in Occupational Hearing | | | |

101:05   Conservation and his work in different chapters and
101:06   regulations that go into the hearing conservation
101:07   manual, his work on the ANSI working group.

102:05 - 102:20   Merkley, LTC John A. (2020-02-26)                    1:39
102:05   Q. I'll try -- let me ask the question again          Re: [102:05 to 102:20]   Re: [102:05 to 102:20]
102:06   just so we get a Q and A.  But what are some of       Pltf Obj 402; 403; 404;   SUSTAINED
102:07   Mr. Berger's contributions to the national           Bolstering
102:08   hearing -- conservation hearing that you're aware
102:09   of?
102:10   MR. BUCHANAN:  I have the same objection.
102:11   Form and foundation.
102:12   THE WITNESS:  Well, he's a well-known
102:13   figure in hearing conservation.  He is the editor
102:14   of the noise manual.  He's contributed to multiple
102:15   chapters on hearing conservation in the United
102:16   States and has been recognized at -- the
102:17   National Hearing Conservation Association as such.
102:18   BY MR. WASDIN:
102:19   Q. Has he won awards for that?
102:20   A. He has.

103:08 - 104:07   Merkley, LTC John A. (2020-02-26)                    1:05
103:08   Q. Do you know whether Mr. Berger has ever            Re: [103:08 to 104:07]   Re: [103:08 to 104:07]
103:09   worked with members of the military to help the      Pltf Obj 402; 403; 404;   SUSTAINED
103:10   military advance its hearing conservation mission?   Bolstering
103:11   A. I have seen documents between he and Doug
103:12   Ohlin, but that's the extent of what I've -- what I
103:13   know about with regard to hearing pro- -- his
103:14   involvement in hearing protection in the military.
103:15   Q. Just based on the documents that you've
103:16   seen, was he working with Doug Ohlin on a
103:17   particular project?
103:18   A. I -- yes.  I believe he was working
103:19   on -- with Doug Ohlin on this Combat Arms Earplug
103:20   project.
103:21   Q. Okay.  Given what you know about
104:01   Mr. Berger and the contributions he's made to
104:02   national hearing conservation, does it surprise you
104:03   that Doug Ohlin would work with him to develop a
104:04   product for the military?
104:05   MR. BUCHANAN:  Objection to form and
104:06   foundation.

104:07 THE WITNESS:  No.

105:04 - 107:05 Merkley, LTC John A. (2020-02-26)  2:05

| | | Re: [105:04 to 107:05] | Re: [105:04 to 107:05] |
|---|---|---|---|
| 105:04 | Q. LTC Merkley, I want to go back to the | Pltf Obj 611 | OVERRULED |
| 105:05 | discussion we were having regarding your | | |
| 105:06 | communications with Doug Ohlin in the '01 to '05 | | |
| 105:07 | time period regarding fitting the Combat Arms | | |
| 105:08 | Version 2. | | |
| 105:09 | A. Um-hum. | | |
| 105:10 | Q. I think you said these discussions would | | |
| 105:11 | take place at the National Hearing Conservation | | |
| 105:12 | Association? | | |
| 105:13 | A. No.  They would take place usually at the | | |
| 105:14 | military audiology short course, which was a -- a | | |
| 105:15 | conference or a -- well, they -- they called it a | | |
| 105:16 | work -- a course of Army -- Army audiologists | | |
| 105:17 | would -- would come together and get instruction | | |
| 105:18 | from leadership, present presentations on things | | |
| 105:19 | that were happening in -- in the military, and | | |
| 105:20 | usually, we would get an update from the Hearing | | |
| 105:21 | Conservation Program on, you know, what -- how | | |
| 106:01 | things were going and, you know, what was -- what | | |
| 106:02 | was new that we needed to pay attention to. | | |
| 106:03 | Q. And at the time, you were the chief | | |
| 106:04 | audiologist at Fort Carson? | | |
| 106:05 | A. Correct.  No, I'm sorry.  Fort Drum. | | |
| 106:06 | Q. Fort Drum.  Okay.  Who else -- would you | | |
| 106:07 | have had peers that were the chief audiologists at | | |
| 106:08 | other installations -- | | |
| 106:09 | A. Oh, yeah. | | |
| 106:10 | Q. -- that would also attend those meetings? | | |
| 106:11 | A. Right. | | |
| 106:12 | Q. Can you recall who else that would have | | |
| 106:13 | been your peers at other installations would have | | |
| 106:14 | been at the meetings with Doug Ohlin when he | | |
| 106:15 | discussed the flange fold? | | |
| 106:16 | A. I -- | | |
| 106:17 | MR. BUCHANAN:  Objection to the form. | | |
| 106:18 | THE WITNESS:  Yeah, most of the Army | | |
| 106:19 | audiologists, senior audiologists down to junior | | |
| 106:20 | audiologists.  I can't recall exactly who was | | |
| 106:21 | there, but usually the -- most of the military | | |
| 107:01 | audiologists.  Not just in the Army, but across the | | |

| | | |
|---|---|---|
| 107:02 | Navy and the Air Force as well -- | |
| 107:03 | BY MR. WASDIN: | |
| 107:04 | Q. Okay. | |
| 107:05 | A. -- would attend that meeting. | |

**107:21 - 110:21**   Merkley, LTC John A. (2020-02-26)          2:24

| | | |
|---|---|---|
| 107:21 | Q. Okay.  Once you would have gotten that | Re: [107:21 to 110:21] | Re: [107:21 to 110:21] |
| 108:01 | guidance at the audiology short course, was the | Pltf Obj Foundation; 602; 611 | OVERRULED |
| 108:02 | expectation that you would then take it back to | |
| 108:03 | Fort Drum and implement it with the folks who fit | |
| 108:04 | earplugs there? | |
| 108:05 | A. Yes. | |
| 108:06 | MR. BUCHANAN:  Objection to form. | |
| 108:07 | BY MR. WASDIN: | |
| 108:08 | Q. And was that true for all of the | |
| 108:09 | installation managers who were there, they were | |
| 108:10 | going to take that guidance back to whatever | |
| 108:11 | installation they were responsible for and | |
| 108:12 | implement it? | |
| 108:13 | MR. BUCHANAN:  Objection.  Foundation and | |
| 108:14 | form. | |
| 108:15 | THE WITNESS:  Yes. | |
| 108:16 | BY MR. WASDIN: | |
| 108:17 | Q. Okay.  When -- when you got back to Fort | |
| 108:18 | Drum at some point after that, did you, indeed, | |
| 108:19 | train the -- who are the folks at Fort Drum or | |
| 108:20 | elsewhere that would actually be fitting individual | |
| 108:21 | service members with earplugs? | |
| 109:01 | A. Well, we would -- we trained all of our | |
| 109:02 | technicians. | |
| 109:03 | Q. Technicians, that's what I was looking | |
| 109:04 | for. | |
| 109:05 | A. Yeah.  So, our hearing technicians, but | |
| 109:06 | we also trained -- we conducted training for unit | |
| 109:07 | hearing program -- at -- at the time, they were | |
| 109:08 | called Hearing Conservation Program officers.  I'm | |
| 109:09 | sure there's a reference to that in the DA-PAM, but | |
| 109:10 | every company is supposed to have a Hearing | |
| 109:11 | Conservation Program officer, and a part of that, | |
| 109:12 | their training would be how to fit hearing | |
| 109:13 | protection. | |
| 109:14 | Q. Okay.  So, I think I understand.  In one | |

| | |
|---|---|
| 109:15 | bucket are the technicians who would fit individual |
| 109:16 | service members as they were distributing hearing |
| 109:17 | protection? |
| 109:18 | A. Correct. |
| 109:19 | Q. And then in the other one, bucket, you |
| 109:20 | mentioned, it was a unit Hearing Conservation |
| 109:21 | Program officer who would be with a -- a group of |
| 110:01 | service members going forward and have that |
| 110:02 | experience? |
| 110:03 | A. Right. |
| 110:04 | Q. Okay.  You trained both of those groups |
| 110:05 | of people? |
| 110:06 | A. Yes. |
| 110:07 | Q. And when you trained the technicians at |
| 110:08 | Fort Drum, did you include the information you |
| 110:09 | received from Doug Ohlin regarding folding back the |
| 110:10 | flanges as needed to achieve a good fit? |
| 110:11 | A. Yes. |
| 110:12 | MR. BUCHANAN:  Objection to form. |
| 110:13 | BY MR. WASDIN: |
| 110:14 | Q. Did you limit your instruction to any |
| 110:15 | particular size ear canal? |
| 110:16 | MR. BUCHANAN:  Objection to form. |
| 110:17 | THE WITNESS:  No.  I don't -- I don't |
| 110:18 | recall that. |
| 110:19 | BY MR. WASDIN: |
| 110:20 | Q. Okay.  Is that also true for the unit |
| 110:21 | Hearing Conservation Program officers, you gave |

| | | |
|---|---|---|
| 111:01 - 111:09 | Merkley, LTC John A. (2020-02-26) | 0:23 |
| 111:01 | them the instruction that they could fold back the | |
| 111:02 | flanges as needed to achieve a good fit? | |
| 111:03 | MR. BUCHANAN:  Objection to form. | |
| 111:04 | THE WITNESS:  Yes. | |
| 111:05 | BY MR. WASDIN: | |
| 111:06 | Q. And did you limit that instruction by | |
| 111:07 | size of ear canal? | |
| 111:08 | MR. BUCHANAN:  Same objection. | |
| 111:09 | THE WITNESS:  No. | |

| | | |
|---|---|---|
| 119:19 - 120:07 | Merkley, LTC John A. (2020-02-26) | 1:37 |
| 119:19 | Q. Okay.  Well, then fast forwarding to the | |
| 119:20 | time period when you are in charge of audiology at | |

119:21      Fort Drum.  When in a service member's career, I
120:01      guess, would they receive a piece of hearing
120:02      protection and then be fit with it?
120:03      A. We fit at Fort Drum any individuals when
120:04      they were coming to the installation, so
120:05      we -- we provided hearing protection fit or hearing
120:06      health education and hearing protection fitting
120:07      at in-processing to the installation.

120:12 - 121:11   Merkley, LTC John A. (2020-02-26)                1:46
120:12      Q. Okay.  And is -- when you say when they
120:13      arrive at the facility, is that sort of like the
120:14      first stop after basic training?
120:15      A. No.  It depends.  It -- it could be right
120:16      after basic training.  It may be that they're
120:17      PCS'ing.
120:18      Q. Okay.
120:19      A. Having -- changing duty stations and
120:20      moving from one installation to Fort Drum.  Then
120:21      when they get to that installation, there's an
121:01      in-processing part, and part of that in-processing
121:02      includes a medical in-processing, and they would
121:03      receive a hearing test, get fitted with hearing
121:04      protection and a small class on hearing
121:05      conservation.
121:06      Q. Would the fitting with hearing protection
121:07      as part of the intake process be done by the
121:08      technicians we talked about earlier?
121:09      A. Either the technicians or the audiologist
121:10      on site, yes.
121:11      Q. Okay.

121:18 - 122:11   Merkley, LTC John A. (2020-02-26)                1:41
121:18      Q. Okay.  So, some are brand new in the
121:19      military; some may have been there for a
121:20      while --
121:21      A. Right.
122:01      Q. -- but whenever you get a transition of
122:02      your class or duty station -- regardless of how
122:03      long you have been in the Army, when you show up at
122:04      Fort Drum, while you were there, one of the first
122:05      things that happened was the medical exam that
122:06      included fitting hearing protection?

| | | | |
|---|---|---|---|
| 122:07 | A. Correct. | | |
| 122:08 | Q. And was that done for all service | | |
| 122:09 | members? | | |
| 122:10 | A. Everybody that came through | | |
| 122:11 | in-processing. | | |

122:12 - 123:12   Merkley, LTC John A. (2020-02-26)          1:42

| | | | |
|---|---|---|---|
| 122:12 | Q. Was there a training component during | **Re: [122:12 to 123:12]** | **Re: [122:12 to 123:12]** |
| 122:13 | that intake on how to fit themselves with earplugs | **Pltf Obj** 611 | OVERRULED |
| 122:14 | going forward? | | |
| 122:15 | A. Yes. | | |
| 122:16 | Q. And would -- was it your expectation that | | |
| 122:17 | the audiologist or the technicians would have given | | |
| 122:18 | the service members the same fitting tips that you | | |
| 122:19 | had provided them? | | |
| 122:20 | A. Right.  Yes. | | |
| 122:21 | Q. And that would include that if they | | |
| 123:01 | needed to, they could fold back the flanges? | | |
| 123:02 | MR. BUCHANAN:  Objection to form and | | |
| 123:03 | foundation. | | |
| 123:04 | THE WITNESS:  If -- if they were fitted | | |
| 123:05 | with a Combat Arms Earplug.  We did not routinely | | |
| 123:06 | fit the Combat Arms Earplug for in-processing. | | |
| 123:07 | BY MR. WASDIN: | | |
| 123:08 | Q. Got it.  If their earplug was the Combat | | |
| 123:09 | Arms Version 2, their training would have included | | |
| 123:10 | the option to fold back the flanges as needed to | | |
| 123:11 | get a good fit? | | |
| 123:12 | A. Yes. | | |

123:16 - 123:21   Merkley, LTC John A. (2020-02-26)          0:14

| | |
|---|---|
| 123:16 | Q. Looking at the wallet card, which was |
| 123:17 | marked as Exhibit 9, the second bullet at the |
| 123:18 | bottom mentions the option to fold back the flanges |
| 123:19 | on the plug, and then there's an image of it, |
| 123:20 | right? |
| 123:21 | A. Correct. |

124:07 - 124:16   Merkley, LTC John A. (2020-02-26)          1:32

| | |
|---|---|
| 124:07 | Q. On the wallet card, there is a reference |
| 124:08 | to very large ear canals.  So, it says for very |
| 124:09 | large ear canals, fold opposing plug back? |
| 124:10 | A. Correct. |

| | | | | |
|---|---|---|---|---|
| 124:11 | Q. Where did the -- that language relating | | | |
| 124:12 | to very large ear canals come from? | | | |
| 124:13 | A. I don't know. | | | |
| 124:14 | Q. And I guess I'm asking because you said | | | |
| 124:15 | earlier that the guidance you got was agnostic as | | | |
| 124:16 | to ear canal size, right? | | | |

124:18 - 124:18   Merkley, LTC John A. (2020-02-26)   0:00
| 124:18 | THE WITNESS:  Right. | | | |

125:03 - 125:06   Merkley, LTC John A. (2020-02-26)   0:13
| 125:03 | Q. Do you know if the military did its own | | **Re: [125:03 to 125:06]** | **OVERRULED** |
| 125:04 | analysis of what size ear canals were likely to | | | |
| 125:05 | benefit from a fold of the flange? | | **Def Obj** Improper counter | |
| 125:06 | A. I'm not -- not that I recall. | | | |

125:07 - 125:09   Merkley, LTC John A. (2020-02-26)   0:02
| 125:07 | Q. The military drafted the wallet card | **Re: [125:07 to 125:09]** | **Re: [125:07 to 125:09]** | |
| 125:08 | though, right? | **Pltf Obj** 611 | SUSTAINED | |
| 125:09 | A. Yes. | | | |

125:14 - 125:18   Merkley, LTC John A. (2020-02-26)   0:06
| 125:14 | MAJOR EVANS:  And can we just clarify | | | |
| 125:15 | real quick, this is the Army's wallet card, | | | |
| 125:16 | correct?  Not the -- | | | |
| 125:17 | THE WITNESS:  It is the -- it is the | | | |
| 125:18 | Army's wallet card, yeah. | | | |

126:01 - 126:08   Merkley, LTC John A. (2020-02-26)   0:14
| 126:01 | Q. I should do better about that.  The | **Re: [126:01 to 126:08]** | **Re: [126:01 to 126:08]** | |
| 126:02 | wallet card that we marked as Exhibit -- | **Pltf Obj** 602; incomplete | OVERRULED | |
| 126:03 | A. Nine. | | COMPLETENESS | |
| 126:04 | Q. -- 9 is -- was created by USACHPPM for | | OBJECTION | |
| 126:05 | use in the Army? | | | |
| 126:06 | A. Correct. | | WITHDRAWN, 3/11/2021 | |
| 126:07 | Q. Was this wallet card distributed to | | | |
| 126:08 | individual service members? | | | |

126:11 - 126:13   Merkley, LTC John A. (2020-02-26)   0:07
| 126:11 | THE WITNESS:  Individual service members | | | |

| | | |
|---|---|---|
| 126:12 | that came through the Hearing Conservation Program, | |
| 126:13 | if -- if the clinic had them available, then yes. | |

126:15 - 126:18   Merkley, LTC John A. (2020-02-26)          0:10
| 126:15 | Q. Okay.  This would be in addition to |
| 126:16 | whatever training they received by the technician |
| 126:17 | or audiologist when they were being fit? |
| 126:18 | A. Right. |

126:19 - 126:21   Merkley, LTC John A. (2020-02-26)          0:09
| 126:19 | Q. Other than the wallet card, did the Army |
| 126:20 | have other training materials for the Combat Arms |
| 126:21 | Version 2 that it would distribute to soldiers? |

127:07 - 127:14   Merkley, LTC John A. (2020-02-26)          1:32
| 127:07 | THE WITNESS:  You know, I -- I just don't |
| 127:08 | recall.  I -- I think there was a -- a single sheet |
| 127:09 | of paper, but I don't -- you know, like an |
| 127:10 | 8-and-a-half-by-11 fact sheet, but I don't recall |
| 127:11 | using it a lot to just hand out -- |
| 127:12 | BY MR. WASDIN: |
| 127:13 | Q. Okay. |
| 127:14 | A. -- to individuals. |

127:19 - 129:02   Merkley, LTC John A. (2020-02-26)          1:56
| 127:19 | Q. LTC Merkley, I'll hand you what we just |
| 127:20 | marked as Exhibit 11.  Is this the single fact |
| 127:21 | sheet you were talking about? |
| 128:01 | A. I believe so, yes. |
| 128:02 | Q. Okay.  Other than the wallet card and the |
| 128:03 | one-page fact sheet we marked as Exhibit 11, are |
| 128:04 | you aware of any other training materials that |
| 128:05 | would have been physically distributed to |
| 128:06 | individual service members? |
| 128:07 | MR. BUCHANAN:  Objection to the form of |
| 128:08 | the question -- |
| 128:09 | THE WITNESS:  Not -- not that I can |
| 128:10 | recall. |
| 128:11 | MR. BUCHANAN:  -- and foundation. |
| 128:12 | BY MR. WASDIN: |
| 128:13 | Q. Have you ever seen instructions for the |
| 128:14 | Combat Arms Version 2 that were authored by Aearo |
| 128:15 | or 3M? |

| | | |
|---|---|---|
| 128:16 | A. I have not. | |
| 128:17 | Q. When you were responsible for training | |
| 128:18 | technicians and hearing conservation officers on | |
| 128:19 | how to fit the Combat Arms Version 2, you weren't | |
| 128:20 | relying on any Aearo or 3M instructions; is that | |
| 128:21 | fair? | |
| 129:01 | MR. BUCHANAN:  Objection to form. | |
| 129:02 | THE WITNESS:  Yes. | |

| | | |
|---|---|---|
| 129:04 - 129:10 | Merkley, LTC John A. (2020-02-26) | 0:13 |
| 129:04 | Q. Do you know whether the Army ever used | |
| 129:05 | any instructions or training materials provided by | |
| 129:06 | Aearo or 3M to train soldiers on how to use the | |
| 129:07 | Combat Arms Version 2? | |
| 129:08 | A. I -- I don't know. | |
| 129:09 | Q. You've never seen it? | |
| 129:10 | A. I -- I haven't seen it, no. | |

| | | |
|---|---|---|
| 129:14 - 130:04 | Merkley, LTC John A. (2020-02-26) | 1:32 |
| 129:14 | Q. Yes.  Let's switch gears a little bit | |
| 129:15 | here.  In addition to the testing that we looked at | |
| 129:16 | briefly from June of 1999 that was done by Georges | |
| 129:17 | Garinther, -- | |
| 129:18 | A. Um-hum. | |
| 129:19 | Q. -- are you aware if the military has done | |
| 129:20 | other testing on the Combat Arms Version 2 over | |
| 129:21 | time? | |
| 130:01 | A. I -- I believe they have.  I recall a | |
| 130:02 | couple of reports -- | |
| 130:03 | Q. Okay. | |
| 130:04 | A. -- on them, but I -- | |

| | | |
|---|---|---|
| 137:06 - 138:12 | Merkley, LTC John A. (2020-02-26) | 2:33 |
| 137:06 | LTC Merkley, Exhibit 13 is a PowerPoint | |
| 137:07 | presentation that was given by LTC Lorraine Babeu, | |
| 137:08 | U.S. Army Research Laboratory, Human Research and | |
| 137:09 | Engineering Directorate at Aberdeen, right? | |
| 137:10 | A. Um-hum. | |
| 137:11 | Q. Do you know LTC Babeu? | |
| 137:12 | A. I -- I do.  Not really well, but I -- she | |
| 137:13 | was an active duty audiologist when -- when I first | |
| 137:14 | came into the Army. | |
| 137:15 | Q. What were her principal responsibilities, | |

| | | | | |
|---|---|---|---|---|
| 137:16 | if you know?  Did she work at ARL? | | | |
| 137:17 | A. I believe she -- well, she was working at | | | |
| 137:18 | ARL as -- in a utilization tour following her Ph.D. | | | |
| 137:19 | program at -- I believe she went through the | | | |
| 137:20 | University of Florida. | | | |
| 137:21 | Q. If you look in the bottom left-hand | | | |
| 138:01 | corner of the first slide, there's a tiny date on | | | |
| 138:02 | it.  You probably need a magnifier, but I think it | | | |
| 138:03 | says March 18th, 2005? | | | |
| 138:04 | A. Correct. | | | |
| 138:05 | Q. So, it looks like LTC Babeu is testing | | | |
| 138:06 | level-dependent hearing protection devices at | | | |
| 138:07 | Aberdeen in -- at least by 2005? | | | |
| 138:08 | A. Um-hum. | | | |
| 138:09 | Q. And if you flip the page to page 2, the | | | |
| 138:10 | bottom slide shows that her testing included | | | |
| 138:11 | the -- the Combat Arms Version 2 dual-ended plug? | | | |
| 138:12 | A. Correct. | | | |

**138:13 - 138:15**  Merkley, LTC John A. (2020-02-26)          0:03

| | | | | |
|---|---|---|---|---|
| 138:13 | Q. Have you ever reviewed testing done by | | **Re: [138:13 to 138:15]** | **OVERRULED** |
| 138:14 | LTC Babeu before? | | | |
| 138:15 | A. No. | | **Def Obj** Improper counter | |

**138:21 - 143:04**  Merkley, LTC John A. (2020-02-26)          4:49

| | | | |
|---|---|---|---|
| 138:21 | Q. And it says, Overview Hearing Protection | **Re: [138:21 to 143:04]** | Re: [138:21 to 143:04] |
| 139:01 | Study.  Infan- -- infantry soldiers over the course | **Pltf Obj** 702; 602; 611; | OVERRULED |
| 139:02 | of nine days wore the Combat Arms Earplug, yellow | Foundation | |
| 139:03 | and green side, and the Peltor ComTac earmuff while | | |
| 139:04 | firing the M4 Rifle. | | |
| 139:05 | On each day, soldiers had | | |
| 139:06 | pre-and-post-distortion product otoacoustic | | |
| 139:07 | emission (DPOAE) measurements recorded during the | | |
| 139:08 | weapons firing task. | | |
| 139:09 | Soldiers fired 54 each day. | | |
| 139:10 | Noise level at the ear was 155 dBP. | | |
| 139:11 | Did I read that right? | | |
| 139:12 | A. Yes. | | |
| 139:13 | Q. What is, if you know, | | |
| 139:14 | pre-and-post-distortion product otoacoustic | | |
| 139:15 | emission measurements? | | |
| 139:16 | A. Well -- | | |

139:17    MR. BUCHANAN:  Objection to form and
139:18    foundation.
139:19    THE WITNESS:  So, distortion product
139:20    otoacoustic emissions is a type of test of cochlear
139:21    function.  A healthy cochlea will produce an
140:01    otoacoustic emission, and so for this, they would
140:02    test otoacoustic emissions prior to shooting, fire
140:03    the weapon, and then test distortion
140:04    product -- distortion product otoacoustic emissions
140:05    following.
140:06    BY MR. WASDIN:
140:07    Q. Wearing the Combat Arms after --
140:08    A. After -- wearing the Combat Arms Earplug
140:09    while firing, yes.
140:10    Q. Does otoacoustic emission testing tell
140:11    you something about whether or not the
140:12    person -- whether or not the noise that they're
140:13    being exposed to is damaging the cochlea?
140:14    MR. BUCHANAN:  Objection to form and
140:15    foundation.  Overbroad.
140:16    THE WITNESS:  It can, yes.
140:17    BY MR. WASDIN:
140:18    Q. At a high level, I think this is kind of
140:19    an oversimplification, but if the otoacoustic
140:20    emissions are the same before and after the noise
140:21    exposure, then there hasn't been damage to the
141:01    cochlea?
141:02    MR. BUCHANAN:  Objection to form and
141:03    foundation.
141:04    THE WITNESS:  Correct.
141:05    BY MR. WASDIN:
141:06    Q. If you go to page 11, at the bottom,
141:07    there's a slide that says, Results, do you see
141:08    that?
141:09    A. Yes.
141:10    Q. And there's two colors on the graph.  One
141:11    says CAE-level-dependent-before, and the next one
141:12    says CAE-level-dependent-after, right?
141:13    A. Correct.
141:14    Q. And then if you flip the page to 12,
141:15    there's a second result slide similar, but it's for
141:16    the non-level dependent.  So, it's
141:17    CAE-non-level-dependent-before and then

| | | | | |
|---|---|---|---|---|
| 141:18 | CAE-non-level-dependent-after, right? | | | |
| 141:19 | A. Correct. | | | |
| 141:20 | Q. So, does this look like LTC Babeu tested | | | |
| 141:21 | both the green and the yellow end of the Combat | | | |
| 142:01 | Arms Earplug? | | | |
| 142:02 | MR. BUCHANAN:  Objection.  Foundation. | | | |
| 142:03 | THE WITNESS:  Yes. | | | |
| 142:04 | BY MR. WASDIN: | | | |
| 142:05 | Q. And so, she would measure a service | | | |
| 142:06 | member's hearing prior to noise exposure, put the | | | |
| 142:07 | earplug in, have them shoot a particular weapon 54 | | | |
| 142:08 | times and then measure the otoacoustic emission | | | |
| 142:09 | after that exposure? | | | |
| 142:10 | MR. BUCHANAN:  Objection.  Misstates the | | | |
| 142:11 | document. | | | |
| 142:12 | THE WITNESS:  That's correct.  That's | | | |
| 142:13 | what it sounds like. | | | |
| 142:14 | BY MR. WASDIN: | | | |
| 142:15 | Q. So, if you look at -- start on page 12, | | | |
| 142:16 | the -- the green end, the non-level-dependent end, | | | |
| 142:17 | it looks like, although there's minor variation, | | | |
| 142:18 | the DP amplitude is basically the same or a little | | | |
| 142:19 | higher after the exposures to noise than before? | | | |
| 142:20 | MR. BUCHANAN:  I'm sorry, what page are | | | |
| 142:21 | you on? | | | |
| 143:01 | MR. WASDIN:  Twelve. | | | |
| 143:02 | BY MR. WASDIN: | | | |
| 143:03 | Q. Do you see that? | | | |
| 143:04 | A. Yes. | | | |

143:11 - 145:02  Merkley, LTC John A. (2020-02-26)                    1:24

| | | | | |
|---|---|---|---|---|
| 143:11 | Q. I guess let me just ask a different | | **Re: [143:11 to 145:02]** | **Re: [143:11 to 145:02]** |
| 143:12 | question then.  I just don't understand the | | **Pltf Obj** 702; 602; 611; | SUSTAINED as to |
| 143:13 | testing. | | | 143:11-17; otherwise |
| | | | **Foundation** | OVERRULED |
| 143:14 | What do you want to see on an otoacoustic | | | |
| 143:15 | emissions test to determine whether or not there | | | |
| 143:16 | was cochlear damage? | | | |
| 143:17 | MR. BUCHANAN:  Objection.  Foundation. | | | |
| 143:18 | BY MR. WASDIN: | | | |
| 143:19 | Q. You can put that document aside.  I just | | | |
| 143:20 | want to know, do you want the DP amplitude to be | | | |
| 143:21 | higher, or lower, or about the same? | | | |

144:01   A. To determine if -- if any damage has been
144:02   done, --
144:03   Q. I guess, yeah.
144:04   A. -- you would want to see the same pre
144:05   versus post.
144:06   Q. Okay.  And then looking back at the
144:07   exhibit that I just told you to put aside, I'm
144:08   sorry about that, --
144:09   A. Oh.
144:10   Q. -- but on both the level-dependent end,
144:11   the yellow end, and the green end, the
144:12   non-level-dependent end, does it look like the
144:13   values are about the same before and after?
144:14   MR. BUCHANAN:  Objection.  Form.  Vague,
144:15   about.
144:16   THE WITNESS:  Yes, they appear to be the
144:17   same or -- well --
144:18   BY MR. WASDIN:
144:19   Q. Okay.
144:20   A. -- relatively close.
144:21   Q. Okay.  So, this is 2005 testing done by
145:01   Lorraine Babeu at Aberdeen Proving Grounds?
145:02   A. Correct.

145:12 - 145:18  Merkley, LTC John A. (2020-02-26)     0:20
145:12   Q. LTC Merkley, I have just given you a
145:13   document marked Exhibit 14, which is a test report
145:14   bearing the insignia of the Army Research
145:15   Laboratory and titled, Modeling of Acoustic
145:16   Pressure Waves in Level-Dependent Earplugs, do you
145:17   see that?
145:18   A. Yes.

145:19 - 146:07  Merkley, LTC John A. (2020-02-26)     0:22
145:19   Q. The authors are James DeSpirito and Mary
145:20   Binseel, right?
145:21   A. Correct.
146:01   Q. Who is James DeSpirito?
146:02   A. I don't know.
146:03   Q. Who is Mary Binseel?
146:04   A. I don't know.
146:05   Q. Okay.  Have you ever seen this report
146:06   before?

| | | | | |
|---|---|---|---|---|
| 146:07 | A. I -- no. | | | |

146:08 - 146:15   Merkley, LTC John A. (2020-02-26)        0:21

| | | | |
|---|---|---|---|
| 146:08 | Q. If you flip to page 1, there's an | Re: [146:08 to 146:15] | Re: [146:08 to 146:15] |
| 146:09 | Introduction, and it describes that they're going | | |
| 146:10 | to perform testing on the dual-ended Combat Arms | Pltf Obj Foundation | OBJECTION WITHDRAWN, |
| 146:11 | Version 2 essentially, do you see that? | | 3/11/2021 |
| 146:12 | A. Yes. | | |
| 146:13 | Q. There's a picture of the dual-ended | | |
| 146:14 | Combat Arms Version 2 in the middle of the page? | | |
| 146:15 | A. Right. | | |

148:10 - 149:05   Merkley, LTC John A. (2020-02-26)        1:06

| | | | |
|---|---|---|---|
| 148:10 | Q. Yeah, just -- yeah, it's a habit. | Re: [148:10 to 149:05] | Re: [148:10 to 149:05] |
| 148:11 | Looking at this data, what it tells us is, at least | | |
| 148:12 | in the Army's testing in September of 2008, how | Pltf Obj Foundation | OBJECTION WITHDRAWN, |
| 148:13 | much peak pressure reduction the Combat Arms | | 3/11/2021 |
| 148:14 | Earplug provides at various levels of impulses | | |
| 148:15 | between 125 and 186.91, do you see that? | | |
| 148:16 | A. Okay.  Yes, I see that. | | |
| 148:17 | Q. And just looking at it, does it appear to | | |
| 148:18 | be providing nonlinear protection as the decibel of | | |
| 148:19 | the impulse increases? | | |
| 148:20 | MR. BUCHANAN:  Objection to form. | | |
| 148:21 | THE WITNESS:  Yes. | | |
| 149:01 | BY MR. WASDIN: | | |
| 149:02 | Q. The higher the impulse level, the higher | | |
| 149:03 | the peak pressure reduction for the Combat Arms | | |
| 149:04 | plug in this testing, right? | | |
| 149:05 | A. Correct. | | |

151:01 - 151:21   Merkley, LTC John A. (2020-02-26)        1:08

| | |
|---|---|
| 151:01 | Q. When -- so, look back at the Just the |
| 151:02 | Facts doc- -- keep your place there on that |
| 151:03 | document for a second, but look back at Just the |
| 151:04 | Facts document.  Do you know -- this is Exhibit 11. |
| 151:05 | Do you know who authored the Just the Facts |
| 151:06 | document on the Combat Arms Version 2? |
| 151:07 | A. The -- I -- I don't know who the author |
| 151:08 | was.  It was put out by the Army Public Health |
| 151:09 | Center, the Army Hearing Program or the Army |

| | | |
|---|---|---|
| 151:10 | Hearing Conservation Program, so it was Doug Ohlin | |
| 151:11 | and his staff. | |
| 151:12 | Q. If you go down to the column on the left, | |
| 151:13 | the bottom left of the first page title -- titled, | |
| 151:14 | Protection Available, -- | |
| 151:15 | A. Um-hum. | |
| 151:16 | Q. -- about midway through that paragraph it | |
| 151:17 | says, the nonlinearity begins at about 110 dBP and | |
| 151:18 | increases with increasing peak pressure level.  At | |
| 151:19 | 190 dBP, there's an overall peak reduction of 25 | |
| 151:20 | dB, do you see that? | |
| 151:21 | A. Yes. | |

153:03 - 154:15   Merkley, LTC John A. (2020-02-26)                  1:04

| | | |
|---|---|---|
| 153:03 | Q. In any event, if -- whatever that | **Re: [153:03 to 154:15]**    Re: [153:03 to 154:15] |
| 153:04 | publication says, if you go back to the Army | **Pltf Obj** 611      SUSTAINED |
| 153:05 | Research Lab testing that we had, that chart | |
| 153:06 | out -- | |
| 153:07 | A. Um-hum. | |
| 153:08 | Q. -- it doesn't go up to 190 in this | |
| 153:09 | particular test, but, indeed, you do see that as | |
| 153:10 | you approach 190, 186.91, the Combat Arms is | |
| 153:11 | providing actually a little bit more than | |
| 153:12 | that -- | |
| 153:13 | A. Correct. | |
| 153:14 | Q. -- 30.43? | |
| 153:15 | MR. BUCHANAN:  Objection to leading. | |
| 153:16 | THE WITNESS:  Correct.  Sorry.  I'm | |
| 153:17 | speaking over you. | |
| 153:18 | BY MR. WASDIN: | |
| 153:19 | Q. Yeah.  And so, the testing that's being | |
| 153:20 | done in October of 2008, you know, confirms this | |
| 153:21 | statement about 190 dB peak in the Just the Facts | |
| 154:01 | document? | |
| 154:02 | MR. BUCHANAN:  Objection to the leading. | |
| 154:03 | Foundation. | |
| 154:04 | THE WITNESS:  Yes. | |
| 154:05 | BY MR. WASDIN: | |
| 154:06 | Q. And then if you go on, that same sentence | |
| 154:07 | in the Just the Facts says, testing at a U.S. | |
| 154:08 | military facility found this nonlinear earplug | |
| 154:09 | protective up to 190 dB peak, do you see that? | |
| 154:10 | A. Yes. | |

| | | |
|---|---|---|
| 154:11 Q. And then if you flip the page, you can | | |
| 154:12 see that the citation there, the first one is to | | |
| 154:13 that Dan Johnson study that we looked at a long | | |
| 154:14 time ago? | | |
| 154:15 A. Right. | | |

155:03 - 156:03   Merkley, LTC John A. (2020-02-26)          1:51

| | | |
|---|---|---|
| 155:03 Q. What I wanted to ask you about was, this | Re: [155:03 to 156:03] | Re: [155:03 to 156:03] |
| 155:04 statement that testing at a U.S. military facility | Pltf Obj 602; 611 | SUSTAINED |
| 155:05 found this nonlinear earplug protective up to 190 | | |
| 155:06 dB peak, that's a statement that's included in the | | |
| 155:07 Army's Just the Facts document, right? | | |
| 155:08 MR. BUCHANAN:  Objection to form. | | |
| 155:09 THE WITNESS:  Yes. | | |
| 155:10 BY MR. WASDIN: | | |
| 155:11 Q. Yeah.  And it's -- the source of that | | |
| 155:12 representation is the Dan Johnson study that he did | | |
| 155:13 for the Army in 1995? | | |
| 155:14 MR. BUCHANAN:  Objection to the form. | | |
| 155:15 BY MR. WASDIN: | | |
| 155:16 Q. Or '96? | | |
| 155:17 A. It appears to be, yes. | | |
| 155:18 Q. And so, this is an Army interpretation of | | |
| 155:19 an Army study that the testing at a U.S. military | | |
| 155:20 facility found this nonlinear earplug protective up | | |
| 155:21 to 190 dB peak? | | |
| 156:01 MR. BUCHANAN:  Objection to form. | | |
| 156:02 Argumentative.  Foundation. | | |
| 156:03 THE WITNESS:  Yes. | | |

156:05 - 157:01   Merkley, LTC John A. (2020-02-26)          1:56

| | | |
|---|---|---|
| 156:05 Q. Now, when you go to the 2008 study that | Re: [156:05 to 157:01] | Re: [156:05 to 157:01] |
| 156:06 we were just talking about, this is the Exhibit 14, | Pltf Obj Foundation | OVERRULED |
| 156:07 the Mary Binseel document? | | |
| 156:08 A. Um-hum. | | |
| 156:09 Q. If you look -- and we just said this, but | | |
| 156:10 although it shows that it -- it is providing | | |
| 156:11 protection up at least to 186.91 dB here, right? | | |
| 156:12 A. Correct. | | |
| 156:13 Q. But it's providing 30 dBs of reduction, | | |
| 156:14 and the output of that is that it would reduce 186 | | |
| 156:15 dB peak down to 156.48, right? | | |
| 156:16 A. Correct. | | |

| | | | | |
|---|---|---|---|---|
| 156:17 | MR. BUCHANAN:  Objection to form. | | | |
| 156:18 | BY MR. WASDIN: | | | |
| 156:19 | Q. Okay.  156.48 is still over the 140 dB | | | |
| 156:20 | limit that you and I talked about earlier as a sort | | | |
| 156:21 | of baseline standard safe impulse limit, right? | | | |
| 157:01 | A. Correct. | | | |

158:04 - 158:10   Merkley, LTC John A. (2020-02-26)   0:13

| | | | |
|---|---|---|---|
| 158:04 | Q. And then when you look at the Just the | Re: [158:04 to 158:10] | Re: [158:04 to 158:10] |
| 158:05 | Facts document, kind of tying together the -- the | Pltf Obj 602 | OVERRULED |
| 158:06 | questions we've been talking about, that reduction | | |
| 158:07 | is actually a little better than what they cite | | |
| 158:08 | there.  They're citing only a 25 dB reduction at | | |
| 158:09 | 190, right? | | |
| 158:10 | A. Correct. | | |

158:18 - 159:09   Merkley, LTC John A. (2020-02-26)   1:36

| | | | |
|---|---|---|---|
| 158:18 | Q. In the Just the Facts document, the Army | Re: [158:18 to 159:09] | Re: [158:18 to 159:09] |
| 158:19 | is saying that at 190 dB peak, there's an overall | Pltf Obj 602; 611; | |
| | | foundation | OVERRULED |
| 158:20 | peak reduction of only a 25 dB, right? | | |
| 158:21 | A. Correct. | | |
| 159:01 | Q. So, that would take you down to 165? | | |
| 159:02 | A. Correct. | | |
| 159:03 | Q. And they're saying that that's | | |
| 159:04 | demonstrative that the Combat Arms Version 2 is | | |
| 159:05 | protective up to 190 dB, right? | | |
| 159:06 | MR. BUCHANAN:  Objection.  Form and | | |
| 159:07 | foundation. | | |
| 159:08 | THE WITNESS:  That's -- that's what it | | |
| 159:09 | says in the document. | | |

161:08 - 161:12   Merkley, LTC John A. (2020-02-26)   0:12

| | | | |
|---|---|---|---|
| 161:08 | Q. So, unless there's some change to fit, | Re: [161:08 to 161:12] | Re: [161:08 to 161:12] |
| 161:09 | you'd expect the whatever protection it's providing | Pltf Obj 602; 611; 702 | SUSTAINED |
| 161:10 | at 190 to be the same on the first exposure and the | | |
| 161:11 | 101st exposure? | | |
| 161:12 | A. Correct. | | |

162:01 - 162:04   Merkley, LTC John A. (2020-02-26)   0:09

| | |
|---|---|
| 162:01 | Q. So, Exhibit 3 is a testing report done by |
| 162:02 | a variety of individuals, one of which Brian Hobbs |
| 162:03 | I think you said you knew? |

162:04      A. Right.

162:07 - 162:18   Merkley, LTC John A. (2020-02-26)                    1:05
162:07      Q. This says, Warfighter Interface Division,
162:08      Battlespace Acoustics Branch.  Do you know what
162:09      that is?
162:10      A. I don't.  From their -- I believe it's
162:11      the Air Force Research Lab or a branch or a group
162:12      of that laboratory.
162:13      Q. If you open this test report, we talked a
162:14      little bit about the first page of this,
162:15      but -- mine is stapled -- if you'd go to page 5.
162:16      So, on the left, you've got a photo of
162:17      somebody doing a real ear attenuation test, right?
162:18      A. Yes.

163:01 - 164:02   Merkley, LTC John A. (2020-02-26)                    1:10
163:01      Q. On page 5, there's a table of data that's
163:02      titled Real -- Real Ear Attenuation Test Data (ANSI
163:03      S12.6-1997, Method A) for TH?
163:04      A. Correct.
163:05      Q. And then if you look in the tactical
163:06      headset or TH column on the left, there's a variety
163:07      of different protectors here, but if you go down to
163:08      the Passive subsection, you'll see the CAEP green
163:09      tip and the CAEP yellow tip, do you see those?
163:10      A. Yes.
163:11      Q. This testing that was done in October
163:12      2008 indicates that for the green end of the Combat
163:13      Arms, the NRR mean minus 1 standard deviation is
163:14      21, right?
163:15      A. Correct.
163:16      Q. That's using the Method A --
163:17      A. Um-hum.
163:18      Q. -- ANSI standard, right?
163:19      A. Correct.
163:20      Q. And then for the yellow end, it indicates
163:21      that the NRR mean minus one standard deviation is
164:01      6, right?
164:02      A. Correct.

164:03 - 164:12   Merkley, LTC John A. (2020-02-26)                    1:30
164:03      Q. Do you know when a hearing

164:04 protector -- protection device is labeled for
164:05 civilian use, do they use the Method A standard to
164:06 do that?
164:07 A. Well, the -- the noise reduction rating
164:08 label on a hearing protector is not measured to
164:09 S12.6-1997.
164:10 Q. It's measured to the 1974 standard,
164:11 right?
164:12 A. Correct.

166:10 - 167:08 Merkley, LTC John A. (2020-02-26)   1:47

| | |
|---|---|
| **Re: [166:10 to 167:08]** | Re: [166:10 to 167:08] |
| **Pltf Obj** 602 | OVERRULED |

166:10 Q. All right.  So, looking at the chart that
166:11 is in the October 2008 Air Force testing, when you
166:12 go to two standard deviations, they list the Combat
166:13 Arms Earplug green tip as a 15 NRR, do you see
166:14 that?
166:15 A. Um-hum.
166:16 Q. And then they list the Combat Arms
166:17 Earplug yellow tip as a 3 NRR, do you see that?
166:18 A. Correct.
166:19 Q. So, as of at least October 2008, the
166:20 gov- -- the Air Force, excuse me, has REAT, Real
166:21 Ear Attenuation Test data on both ends of the
167:01 Combat Arms; is that correct?
167:02 MR. BUCHANAN:  Objection to form and
167:03 foundation.
167:04 THE WITNESS:  Correct.
167:05 BY MR. WASDIN:
167:06 Q. And they have used that data to calculate
167:07 their own NRR for the product?
167:08 A. Correct.

168:02 - 168:11 Merkley, LTC John A. (2020-02-26)   1:34

168:02 Q. Okay.  If you flip to page 19, there's a
168:03 section titled 3.3, Discussion, at the top, do you
168:04 see that?
168:05 A. Um-hum.
168:06 Q. And it starts out by saying, the
168:07 continuous noise protection of all devices tested
168:08 was reasonable and should provide for a safe
168:09 exposure level for the average user in many noise
168:10 environments up to 105 dB, do you see that?
168:11 A. Yes.

169:04 - 170:01   Merkley, LTC John A. (2020-02-26)          1:59

| | | |
|---|---|---|
| 169:04 | Q. Okay.  Flipping the page to page | **Re: [169:04 to 170:01]** (red) **Re: [169:04 to 170:01]** |
| 169:05 | 20 -- geez -- it goes on to say, the passive in the | **Pltf Obj** 602 (red)   OVERRULED |
| 169:06 | ear tactical headset, ITE TH work as they should in | |
| 169:07 | that continuous noise settings provide more | |
| 169:08 | continuous noise attenuation than the impulse noise | |
| 169:09 | settings.  Table 1 illustrates that the Combat Arms | |
| 169:10 | Earplug green, intended for continuous noise | |
| 169:11 | protection, provides very good attenuation and is | |
| 169:12 | readily distinguished from the Combat Arms P yellow | |
| 169:13 | intended for impulse noise protection setting, did | |
| 169:14 | I read that right? | |
| 169:15 | A. Yes. | |
| 169:16 | Q. So, as of October of 2008, this list of | |
| 169:17 | authors doing an Air Force study of the Combat Arms | |
| 169:18 | determined that it provides very good attenuation | |
| 169:19 | in continuous noise? | |
| 169:20 | MR. BUCHANAN:  Objection to form and | |
| 169:21 | foundation. | |
| 170:01 | THE WITNESS:  Yes. | |

170:03 - 171:13   Merkley, LTC John A. (2020-02-26)          1:18

170:03   Q. If you go to page 21, in addition to
170:04   conducting testing on continuous noise, it looks
170:05   like they also did some air blast overpressure
170:06   measurements for impulse noise, right?
170:07   A. (Nodding head yes.)  Yes.
170:08   Q. And if you flip the page to page 22 and
170:09   23, there are images of how they conducted some of
170:10   that testing, do you see those?
170:11   A. Um-hum.  Yes.
170:12   Q. Figure 17, in particular, is labeled as
170:13   195 dB blast, do you see that?
170:14   A. Yes.
170:15   Q. And it looks like what they've done is
170:16   put some manequin heads on the ground and exploded

170:17   some sort of explosive within a couple of feet of
170:18   the heads, is that fair?
170:19   A. Yes.
170:20   Q. 195 decibels, are there -- what are these
170:21   weapons, if any, in the military arsenal that would

| | | | | |
|---|---|---|---|---|
| 171:01 | create 195 decibel impulse peak? | | | |
| 171:02 | MR. BUCHANAN:  Objection to the form. | | | |
| 171:03 | THE WITNESS:  I'm -- I'm not aware of any | | | |
| 171:04 | that create 195 decibel peak. | | | |
| 171:05 | BY MR. WASDIN: | | | |
| 171:06 | Q. It looks like to get that high, you have | | | |
| 171:07 | to basically have an explosion happen a few feet | | | |
| 171:08 | away from you. | | | |
| 171:09 | MR. BUCHANAN:  Objection to form. | | | |
| 171:10 | THE WITNESS:  I -- | | | |
| 171:11 | BY MR. WASDIN: | | | |
| 171:12 | Q. Okay. | | | |
| 171:13 | A. I -- I guess, yeah. | | | |

171:14 - 172:11  Merkley, LTC John A. (2020-02-26)    1:56

| | | | |
|---|---|---|---|
| 171:14 | Q. Okay.  Do you know any that | Re: [171:14 to 172:11] | Re: [171:14 to 172:11] |
| 171:15 | create -- weapons in the military arsenal that | | |
| | | Pltf Obj 611 | OBJECTION WITHDRAWN, |
| 171:16 | create 190 dB peak? | | 3/11/2021 |
| 171:17 | A. That approximate -- | | |
| 171:18 | Q. What are those? | | |
| 171:19 | A. -- 190.  Some of the shoulder-fired | | |
| 171:20 | weapon systems. | | |
| 171:21 | Q. Like shoulder fired -- | | |
| 172:01 | A. Like the AT4, the 5 -- I'm not sure about | | |
| 172:02 | the law, and then the MAA -- the MAAWS, the | | |
| 172:03 | multipurpose anti-armor, anti-personnel weapon | | |
| 172:04 | system, or the Carl Gustaf if you want to -- it's a | | |
| 172:05 | shoulder-fire recoilless rifle. | | |
| 172:06 | Q. Is that a -- do a lot of people use that | | |
| 172:07 | weapon in the Army? | | |
| 172:08 | A. No.  Up until recently, they were only | | |
| 172:09 | fielded in the special operations community, but | | |
| 172:10 | they're currently being fielded now into | | |
| 172:11 | conventional forces. | | |

173:05 - 173:09  Merkley, LTC John A. (2020-02-26)    0:13

| | | | |
|---|---|---|---|
| 173:05 | Q. You've examined service members in Iraq? | Re: [173:05 to 173:09] | Re: [173:05 to 173:09] |
| 173:06 | A. Yes. | Pltf Obj 602; 611; | |
| | | foundation | |
| 173:07 | Q. Do you know how common it would be for | | OVERRULED |
| 173:08 | somebody in a combat setting to come across 190 | | |
| 173:09 | decibel impulse peak? | | |

173:15 - 174:02   Merkley, LTC John A. (2020-02-26)          0:21

  173:15   A. From my experience.  Well, most of the
  173:16   IEDs --
  173:17   Q. Yeah.
  173:18   A. -- would -- would create that level
  173:19   of -- of noise.  So, when I was in Iraq, it was
  173:20   very common, --
  173:21   Q. From IED --
  174:01   A. -- and I was in Iraq from 2006 through
  174:02   200-- the end of 2006 to 2007.

175:02 - 176:11   Merkley, LTC John A. (2020-02-26)          1:28

  175:02   Q. If you flip in this testing report over          **Re: [175:02 to 176:11]**          **Re: [175:02 to 176:11]**
  175:03   to page 26, there's a section for the Results of          **Pltf Obj** 602; 611;
       foundation
  175:04   the impulse noise testing these authors performed,          OVERRULED
  175:05   do you see that?
  175:06   A. Um-hum.
  175:07   Q. It reads, over 100 individual blasts were
  175:08   completed on 13 devices over a four-day period.
  175:09   Impulse noise attenuation measurements an
  175:10   estimated -- as estimated by insertion loss, were
  175:11   recorded at two levels of peak pressure, 165 dB and
  175:12   195 dB, and then it says it's going to present the
  175:13   data in these tables, do you see that?
  175:14   A. Um-hum.
  175:15   Q. Going over to page 27, there's a table
  175:16   that lists the data for the impulse -- the
  175:17   insertion loss in response to both 165 dB and 195
  175:18   dB explosions, right?
  175:19   A.  (Nodding head yes.)
  175:20   Q. Do you see that?
  175:21   A. Correct.
  176:01   Q. And it lists it for both the green end
  176:02   and the yellow end of the Combat Arms, right?
  176:03   A. Yes.
  176:04   Q. We don't have to go through them all, but
  176:05   in summary, the Air Force had test data on the
  176:06   performance of the Combat Arms Earplug, both ends
  176:07   of it, at both 165 and 195 dB as of at least
  176:08   October 2008?
  176:09   MR. BUCHANAN:  Objection to form and

| | | | |
|---|---|---|---|
| 176:10 | foundation. | | |
| 176:11 | THE WITNESS: Yes. | | |

176:13 - 176:16   Merkley, LTC John A. (2020-02-26)   0:08

| | | | |
|---|---|---|---|
| 176:13 | Q. So, however it performed, whatever | **Re: [176:13 to 176:16]** | Re: [176:13 to 176:16] |
| 176:14 | protection it provided at those impulses, that data | **Pltf Obj** 602; 611; foundation | OBJECTION WITHDRAWN, 3/11/2021 |
| 176:15 | is in this test report? | | |
| 176:16 | A. Yes. | | |

177:06 - 178:05   Merkley, LTC John A. (2020-02-26)   1:47

| | | | |
|---|---|---|---|
| 177:06 | Q. Did you, while in Iraq, observe service | **Re: [177:06 to 178:05]** | Re: [177:06 to 178:05] |
| 177:07 | members who had used the Combat Arms Version 2 and | **Pltf Obj** 602; 611; foundation; | OVERRULED |
| 177:08 | been exposed to noise and then those who had not | 702; MIL G7 | |
| 177:09 | worn hearing protection and been exposed to noise? | | |
| 177:10 | A. Yes. | | |
| 177:11 | Q. And did the Combat Arms Version 2 protect | | |
| 177:12 | service members in Iraq? | | |
| 177:13 | MR. BUCHANAN: Objection to form and | | |
| 177:14 | foundation. | | |
| 177:15 | THE WITNESS: I -- I won't be specific on | | |
| 177:16 | the Combat Arms Version 2, but hearing protection | | |
| 177:17 | use did protect the individuals. | | |
| 177:18 | BY MR. WASDIN: | | |
| 177:19 | Q. But you're including the Combat Arms? | | |
| 177:20 | A. Including the Combat Arms Earplug. | | |
| 177:21 | Q. So, what you observed in Iraq was service | | |
| 178:01 | members who did not use hearing protection, had | | |
| 178:02 | greater rates of threshold shifts than those who | | |
| 178:03 | used hearing protection, including the Combat Arms | | |
| 178:04 | Version 2? | | |
| 178:05 | A. Yes. | | |

179:20 - 181:01   Merkley, LTC John A. (2020-02-26)   1:27

| | |
|---|---|
| 179:20 | This is an email chain dated October 6, |
| 179:21 | 2005. Subject RE: Success story regarding the |
| 180:01 | Combat Arms Earplug, right? |
| 180:02 | A. Correct. |
| 180:03 | Q. It was sent from Leanne Cleveland to |
| 180:04 | Kathy Gates, Kevin Hannah and a variety of other |
| 180:05 | people in the military, including, if you go all of |
| 180:06 | the way down to the bottom, you, do you see that? |

180:07    A. Yes.
180:08    Q. Who is Leanne Cleveland?
180:09    A. She's an audiologist in the Army; active
180:10    duty.
180:11    Q. Who is Kathy Gates?
180:12    A. Kathy Gates, she -- she is -- was an Army
180:13    audiologist at this time serving in -- at the
180:14    Office of the Surgeon General.  I'm not sure she
180:15    was a consultant to Army audiology or to the
180:16    Surgeon General for Army audiology, but I -- I
180:17    don't know if she was a consultant at this time.
180:18    Q. I don't want to ask you about every
180:19    single person here on the cc: line, but are these,
180:20    generally, folks that were involved in military or
180:21    Army hearing conservation?
181:01    A. Yes, all -- all of them.

181:07 - 182:14  Merkley, LTC John A. (2020-02-26)          1:21

181:07    Q. If you just go to this first -- it's a          **Re: [181:07 to 182:14]**          Re: [181:07 to 182:14]
181:08    very long chain, and I'll tell you that I think it   **Pltf Obj** 403; 602;
                                                               foundation;                          SUSTAINED
181:09    duplicates itself a few times on the way through,    702; 802 MIL G7
181:10    so I don't want to attempt to track it.  But if you
181:11    just go to the first one, it looks like this is an
181:12    email from Leanne Cleveland specifically at least
181:13    to Kathy Gates and Kevin Hannah, copying the rest
181:14    of the Army audiology community and sharing two
181:15    success stories, right?
181:16    A. Right.  Two?
181:17    Q. It says --
181:18    A. Yes.  Yes, two.  Okay.
181:19    Q. I'm going to read the first one.
181:20    A. Okay.
181:21    Q. Several months ago, I saw an O6 Brigade
182:01    Commander for his post-deployment OIF audiometric
182:02    evaluation.  What's -- what's the post-deployment
182:03    OIF audiometric evaluation?
182:04    A. Well, the post-deployment hearing test.
182:05    So, the unit is returning from a deployment, and
182:06    they get a hearing test to determine if -- has
182:07    there been any change in their hearing.
182:08    Q. And what is an O6 Brigade Commander?
182:09    A. An O6 is a Colonel level.  A Brigade

| | | | |
|---|---|---|---|
| 182:10 | Commander is generally a full-bird Colonel. | | |
| 182:11 | Q. And can we tell anything from the time | | |
| 182:12 | period about where he was likely returning from? | | |
| 182:13 | A. Well, it says he was returning from | | |
| 182:14 | Operation Iraqi Freedom, OIF. | | |

182:19 - 185:11   Merkley, LTC John A. (2020-02-26)                    2:24

| | | | |
|---|---|---|---|
| 182:19 | Q. Okay.  So, this is somebody who had been | **Re: [182:19 to 185:11]** | **Re: [182:19 to 185:11]** |
| 182:20 | in combat basically -- | **Pltf Obj** 403; 602; | |
| | | foundation; | SUSTAINED |
| 182:21 | A. The -- | 702; 802 MIL G7 | |
| 183:01 | Q. -- the O6 Brigade Commander -- | | |
| 183:02 | A. Yes. | | |
| 183:03 | Q. -- that was being evaluated?  It goes on | | |
| 183:04 | to say, he told me that he hadn't heard of the CAE | | |
| 183:05 | plugs until he was in theatre.  He did not know | | |
| 183:06 | what they looked like, but he was determined to get | | |
| 183:07 | them for his entire brigade.  He inquired with some | | |
| 183:08 | local Iraqi supply company and ended up purchasing | | |
| 183:09 | what he thought were CAE plugs, but in reality, | | |
| 183:10 | they were only foam plugs. | | |
| 183:11 | Finally, he made some calls back to Fort | | |
| 183:12 | Hood and was able to get his staff to order them | | |
| 183:13 | here and then ship them out to the brigade.  They | | |
| 183:14 | were finally received by the soldiers in Iraq | | |
| 183:15 | at -- over four months after they initially | | |
| 183:16 | deployed. | | |
| 183:17 | The COL, the Colonel, told me that he was | | |
| 183:18 | sitting in the back of his HMWVV with his new CAE | | |
| 183:19 | plugs in his ears for the first time when he | | |
| 183:20 | experienced his first IED blast in close range.  He | | |
| 183:21 | said that his soldiers in the HMWVV had just been | | |
| 184:01 | grumbling to him about his insistence that they all | | |
| 184:02 | wore their CAE plugs, but that they were all very | | |
| 184:03 | glad that they had their CAEs after the blast, and | | |
| 184:04 | they all wore them every day afterwards.  By the | | |
| 184:05 | way, the Colonel had no hearing loss and no | | |
| 184:06 | tinnitus upon redeployment, did I read that right? | | |
| 184:07 | A. Yes. | | |
| 184:08 | Q. Is it -- we talked just a couple of | | |
| 184:09 | minutes ago about a -- basically how loud an IED | | |
| 184:10 | blast would be at close range, so it sounds like | | |
| 184:11 | this is a service member who experienced a | | |

184:12    close-range IED blast while wearing the Combat Arms
184:13    Earplug?
184:14    A. Correct.
184:15    Q. And what Leanne Cleveland is
184:16    determining -- determining is that after that
184:17    event, while wearing those plugs, he had no hearing
184:18    loss and no tinnitus?
184:19    A. Correct.
184:20    Q. Is that -- I mean, 190 dB, are there many
184:21    hearing protection devices available to the Army,
185:01    passive earplugs, that would protect against 190 dB
185:02    with no hearing loss and no tinnitus?
185:03    MR. BUCHANAN:  Objection.  Form, vague.
185:04    At what range?
185:05    BY MR. WASDIN:
185:06    Q. At close range?
185:07    A. Are there a lot of earplugs?
185:08    Q. Right.
185:09    A. I -- I would expect that any of the
185:10    earplugs that were available at this time, if they
185:11    were in use, would have -- have been protective.

---

185:16 - 185:19   Merkley, LTC John A. (2020-02-26)          0:11

185:16    Q. And this is telling us that the Combat    **Re: [185:16 to 185:19]**    **Re: [185:16 to 185:19]**
185:17    Arms Earplug was protective for that exposure?    **Pltf Obj** 403; 602;
    foundation;    SUSTAINED
185:18    MR. BUCHANAN:  Objection to form.    702; 802 MIL G7
185:19    THE WITNESS:  For this, yes.

---

185:21 - 187:09   Merkley, LTC John A. (2020-02-26)          2:52

185:21    Q. The second success story she shares is,    **Re: [185:21 to 187:09]**    **Re: [185:21 to 187:09]**
186:01    at a recent PDHRA Post Deployment Health    **Pltf Obj** 403; 602;
    foundation;    SUSTAINED
186:02    Reassessment Survey session --    702; 802 MIL G7
186:03    A. Where --
186:04    Q. Number 2.
186:05    A. Okay.  I'm sorry.
186:06    Q. -- I asked several redeploying 1CAV
186:07    soldiers the following questions re: the CAE plug
186:08    at the request of Aearo.  What is a Post Deployment
186:09    Health Reassessment Survey session?
186:10    A. The -- well, every -- every soldier that
186:11    deploys, when they return, that -- they're required

| | | | |
|---|---|---|---|
| 186:12 | to complete a health assessment, a post deployment | | |
| 186:13 | health assessment -- | | |
| 186:14 | Q. Basically -- | | |
| 186:15 | A. -- and -- and now, this was the Post | | |
| 186:16 | Deployment Health Reassessment, so I believe that's | | |
| 186:17 | 90 days post deployment.  So, they come back.  They | | |
| 186:18 | -- they do their Post Deployment Health Assessment, | | |
| 186:19 | and then there's a -- a reassessment. | | |
| 186:20 | Q. What is a 1CAV soldier? | | |
| 186:21 | A. First calvary division, so CAV is a Cav. | | |
| 187:01 | Q. And then later, I'm about to read the | | |
| 187:02 | sentence, but it references an SPC 50 cal gunner. | | |
| 187:03 | What is that? | | |
| 187:04 | A. Where is that? | | |
| 187:05 | Q. The next sentence. | | |
| 187:06 | A. Oh, the S -- like this -- I -- I believe | | |
| 187:07 | what they're referring to is a specialist, the rank | | |
| 187:08 | of specialist who is a 50 -- who was a 50, a gunner | | |
| 187:09 | on a 50-caliber machine gun. | | |

**187:15 - 188:07** Merkley, LTC John A. (2020-02-26) — 1:43

| | | | |
|---|---|---|---|
| 187:15 | Q. Leanne Cleveland in this success story | Re: [187:15 to 188:07] | Re: [187:15 to 188:07] |
| 187:16 | goes on to state, I wish all soldiers believed in | Pltf Obj 403; 602; | |
| | | foundation; | SUSTAINED |
| 187:17 | the merit of the Combat Arms Earplug like this SPC | 702; 802 MIL G7 | |
| 187:18 | 50 cal gunner does.  (I especially liked his | | |
| 187:19 | comment that he wouldn't change anything about the | | |
| 187:20 | Combat Am -- Combat Arms Earplug -- plug or the | | |
| 187:21 | case, because they "worked for 205 convoys.")  Did | | |
| 188:01 | I read that right? | | |
| 188:02 | A. Yes. | | |
| 188:03 | Q. What is a -- what does it mean to work | | |
| 188:04 | for a 205 convoy? | | |
| 188:05 | A. I -- I read that to mean that it worked | | |
| 188:06 | for 205 convoys.  The individual com- -- completed | | |
| 188:07 | 205 convoys during their tour. | | |

**188:08 - 188:20** Merkley, LTC John A. (2020-02-26) — 1:17

| | | | |
|---|---|---|---|
| 188:08 | Q. I asked you earlier about, you know, | Re: [188:08 to 188:20] | Re: [188:08 to 188:20] |
| 188:09 | performance on shot one versus performance on shot | Pltf Obj 403; 602; | |
| | | foundation; | SUSTAINED |
| 188:10 | 101, and you said you thought they'd be the same | 702; 802 MIL G7 | |
| 188:11 | unless there was an issue with the fit, right? | | |

| | | | |
|---|---|---|---|
| 188:12 | MR. BUCHANAN:  Objection to the form. | | |
| 188:13 | THE WITNESS:  Correct. | | |
| 188:14 | BY MR. WASDIN: | | |
| 188:15 | Q. This is a report from a 50 cal gunner, | | |
| 188:16 | who had been employed into Iraq, that says they | | |
| 188:17 | worked for 205 separate convoys, right? | | |
| 188:18 | MR. BUCHANAN:  Objection to form. | | |
| 188:19 | THE WITNESS:  That's what it appears to | | |
| 188:20 | say, yes. | | |

**191:20 - 192:03  Merkley, LTC John A. (2020-02-26)    0:11**

| | | | |
|---|---|---|---|
| 191:20 | Q. So, you had personally observed examples | | |
| 191:21 | where service members in Iraq were exposed to large | | |
| 192:01 | impulses that damaged their hearing in one way or | | |
| 192:02 | another? | | |
| 192:03 | A. Yes. | | |

**195:06 - 195:19  Merkley, LTC John A. (2020-02-26)    0:23**

| | | | |
|---|---|---|---|
| 195:06 | Q. Yeah.  I think you just said it way | **Re: [195:06 to 195:19]** | **Re: [195:06 to 195:19]** |
| 195:07 | better than I attempted to, but the essence of it | **Pltf Obj** 403; foundation; MIL G7 | SUSTAINED |
| 195:08 | is when you were in Iraq, most of the cases of | | |
| 195:09 | hearing-related injuries you saw stemmed from not | | |
| 195:10 | wearing hearing protection? | | |
| 195:11 | A. Correct. | | |
| 195:12 | MR. BUCHANAN:  Objection to form. | | |
| 195:13 | BY MR. WASDIN: | | |
| 195:14 | Q. And that those service members who you | | |
| 195:15 | treated who had worn hearing protection, including | | |
| 195:16 | the Combat Arms Version 2, tended to not have any | | |
| 195:17 | hearing loss? | | |
| 195:18 | MR. BUCHANAN:  Objection to form. | | |
| 195:19 | THE WITNESS:  Correct. | | |

**197:01 - 197:11  Merkley, LTC John A. (2020-02-26)    0:15**

| | | | |
|---|---|---|---|
| 197:01 | Q. Okay.  Have you ever personally used the | **Re: [197:01 to 197:11]** | **Re: [197:01 to 197:11]** |
| 197:02 | Combat Arms Version 2? | **Pltf Obj** 403; 702; MIL G7 | SUSTAINED |
| 197:03 | A. Yes. | | |
| 197:04 | Q. Did it work for you? | | |
| 197:05 | A. Yes. | | |
| 197:06 | Q. Did you need to fold the flanges back to | | |
| 197:07 | get a good fit? | | |
| 197:08 | A. I didn't. | | |

197:09    Q. So, you wore it without the flanges
197:10    folded back, and it worked?
197:11    A. Yes.

197:17 - 198:06  Merkley, LTC John A. (2020-02-26)    1:48

| | |
|---|---|
| 197:17  Q. How often did you wear it in service? | **Re: [197:17 to 198:06]** | Re: [197:17 to 198:06] |
| 197:18  A. As -- as long as I had it. | **Pltf Obj** 403; 702; MIL G7 | SUSTAINED |
| 197:19  Q. What time period did you have it? | | |

197:17    Q. How often did you wear it in service?
197:18    A. As -- as long as I had it.
197:19    Q. What time period did you have it?
197:20    A. So, I had that earplug -- well, I -- I
197:21    got my first set in -- right around 2000 when they
198:01    were just starting to come out in the military.
198:02    It was at the -- I believe the MASC, the
198:03    military audiology short course, so it may have
198:04    been 2001, because I -- I don't remember if I went
198:05    in 2000.  In 2001 definitely, and then up until
198:06    the -- the new version came out --

**Re: [197:17 to 198:06]**
**Pltf Obj** 403; 702; MIL G7

Re: [197:17 to 198:06]
SUSTAINED

198:13 - 198:17  Merkley, LTC John A. (2020-02-26)    0:12

198:13    Q. So, you wore the Version 2, the
198:14    dual-ended version, during your deployment in Iraq,
198:15    right?
198:16    MR. BUCHANAN:  Objection to form.
198:17    THE WITNESS:  Yes.

**Re: [198:13 to 198:17]**
**Pltf Obj** 403; 702; MIL G7

Re: [198:13 to 198:17]
SUSTAINED

199:09 - 199:10  Merkley, LTC John A. (2020-02-26)    0:09

199:09    Q. You fired weapons with it in?
199:10    A. Yes.

**Re: [199:09 to 199:10]**
**Pltf Obj** 403; 702; MIL G7

Re: [199:09 to 199:10]
SUSTAINED

200:07 - 200:10  Merkley, LTC John A. (2020-02-26)    0:05

200:07    Q. There's also a triple-flange earplug
200:08    that's a linear passive earplug that the Army has
200:09    available to it, right?
200:10    A. Right.

204:13 - 204:20  Merkley, LTC John A. (2020-02-26)    0:13

204:13    Q. Okay.  You were given, when you first
204:14    joined the National Guard, a triple-flange earplug?
204:15    A. Correct.
204:16    Q. Is that what you refer to when you talk
204:17    about the triple flange in the military?
204:18    A. The triple -- yes.
204:19    Q. Yeah.  It's a linear device?
204:20    A. Correct.

205:05 - 207:02   Merkley, LTC John A. (2020-02-26)                    2:42

205:05   Q. Do you know what the DD 2216 form is?
205:06   A. Yes.
205:07   Q. What is that?
205:08   A. It's an audiogram.
205:09   Q. Is that --
205:10   A. It's the form that the surveillance or
205:11   monitoring audiogram is documented on.
205:12   Q. Does every -- is this a -- this is the
205:13   surveillance audiogram that's given to service
205:14   members --
205:15   A. Correct.
205:16   Q. -- every year?
205:17   A. Across -- across the DoD.
205:18   Q. And it's -- the output of the
205:19   surveillance audiogram is then memorialized on DD
205:20   form 2216 for that person?
205:21   A. Correct.
206:01   Q. One of the pieces of information that's
206:02   included on a DD 2216 form is the type of personal
206:03   hearing protection used.  Are you familiar with
206:04   that?
206:05   A. Yes.
206:06   Q. And then it's a -- a box that lists a
206:07   variety of options?
206:08   A. Correct.
206:09   Q. What --
206:10   (Whereupon, Merkley Deposition Exhibit
206:11   18, DD 2216 Form, marked for identification.)
206:12   BY MR. WASDIN:
206:13   Q. I've redacted out -- I just want to
206:14   basically understand what the box is used for, but
206:15   do you see the box on this particular DD 2216 that
206:16   lists the type of hearing protection used?
206:17   A. Yes.
206:18   Q. Let me get to my copy of it.  There are a
206:19   variety of options that could be filled in, right?
206:20   A.   (Nodding head yes.)
206:21   Q. Who -- who fills in that box?
207:01   A. Generally, it's the technician that
207:02   completes the test.

207:21 - 209:15   Merkley, LTC John A. (2020-02-26)                              1:05

| | | |
|---|---|---|
| 207:21 | Q. Okay.  The box provides seven options, | **Re: [207:21 to 209:15]** |
| 208:01 | right? | **Pltf Obj** 602; 403; |
| | | foundation |
| 208:02 | A. Correct. | |

**Re: [207:21 to 209:15]**

 OVERRULED; 403

OBJECTION WITHDRAWN, 3/11/2021

| | |
|---|---|
| 208:03 | Q. And if you look at the box -- what |
| 208:04 | Exhibit Number did I just give you? |
| 208:05 | A. Eighteen. |
| 208:06 | Q. If you look at Exhibit 18, this box is |
| 208:07 | checked as 6 for this person on this date, right? |
| 208:08 | A. Correct. |
| 208:09 | Q. And 6 corresponds to, Other? |
| 208:10 | A. Correct. |
| 208:11 | Q. And then if you go over to the left, |
| 208:12 | there's a Remarks column, and it notes, Other HPD: |
| 208:13 | Combat Arms Earplug, do you see that? |
| 208:14 | A. Yes. |
| 208:15 | Q. So, if the person is using a Combat Arms |
| 208:16 | Earplug, they check, Other, 6, and then reference |
| 208:17 | that in the notes? |
| 208:18 | A. Correct. |
| 208:19 | Q. If the person was using the triple |
| 208:20 | flange, the conventional passive product you talked |
| 208:21 | about, would they check 2 for triple flange? |
| 209:01 | MR. BUCHANAN:  Objection. |
| 209:02 | THE WITNESS:  They would. |
| 209:03 | BY MR. WASDIN: |
| 209:04 | Q. If they were using single flange, they |
| 209:05 | would check 1, right? |
| 209:06 | A. Correct. |
| 209:07 | Q. For 3, the hand-formed earplug, is that a |
| 209:08 | foam-rolled plug? |
| 209:09 | A. Yes. |
| 209:10 | Q. Four is ear canal caps, right? |
| 209:11 | A. Correct. |
| 209:12 | Q. Five is noise muffs, right? |
| 209:13 | A. Correct. |
| 209:14 | Q. And then 7 is none? |
| 209:15 | A. Correct. |

210:04 - 210:12   Merkley, LTC John A. (2020-02-26)                              0:21

| | | | |
|---|---|---|---|
| 210:04 | Q. If none is check, what does it mean? | | **Re: [210:04 to 210:12]** | **OVERRULED** |
| 210:05 | A. Well, it means -- it means -- it may mean | | |
| 210:06 | that they just weren't fitted on that day, that | | **Def Obj** Improper counter |
| 210:07 | they're not reporting any hearing protection used. | | |
| 210:08 | It doesn't mean that they don't have it. | | |
| 210:09 | Q. It means they're not -- | | |
| 210:10 | A. It means -- | | |
| 210:11 | Q. -- reporting using it? | | |
| 210:12 | A. -- they're not reporting using it. | | |

211:09 - 212:14    Merkley, LTC John A. (2020-02-26)                1:05

211:09    I -- I also want to clarify one thing.
211:10    When it -- when it reads Combat Arms Earplug --
211:11    Q. Um-hmm.
211:12    A. -- here, this -- there is only one
211:13    choice, and the Combat Arms -- I understand the
211:14    Combat Arms Earplug is a propriety name, but at the
211:15    time the DOEHRS system was developed, Combat Arms
211:16    Earplug referred to a nonlinear-type device.
211:17    Q. Um-hmm.
211:18    A. So, now, if you read Combat Arms Earplug,
211:19    it -- it may be any of the approved nonlinear
211:20    hearing protection devices --
211:21    Q. Understood.
212:01    A. -- that are fielded in the Army or the
212:02    DoD.
212:03    Q. So, the other HBD Combat Arms Earplug
212:04    reference on here is like a drop-down box or
212:05    something for the technician to check?
212:06    A. Yes.
212:07    Q. And they would check that?
212:08    A. They would check that.  So yeah, they're
212:09    not typing in Combat Arms Earplug.
212:10    Q. Okay.  And it's your understanding they
212:11    would select that drop-down for Combat Arms Earplug
212:12    if the person was wearing any nonlinear hearing
212:13    protection?
212:14    A. Right.

212:17 - 213:02    Merkley, LTC John A. (2020-02-26)                0:16

| | | | | | |
|---|---|---|---|---|---|
| 212:17 | Q. For None, for 7 now just to clarify that | **Re: [212:17 to 213:02]** | Re: [212:17 to 213:02] | | |
| 212:18 | one, the reasons why someone's DD Form 2216 might | **Pltf Obj** 602; 403; | | | |
| | | foundation | OVERRULED | | |
| 212:19 | say none include a self-reported they weren't | | | | |
| 212:20 | wearing hearing protection, right? | | | | |
| 212:21 | A. Right. | | | | |
| 213:01 | MR. BUCHANAN:  Objection to form. | | | | |
| 213:02 | THE WITNESS:  Right. | | | | |

213:04 - 213:16   Merkley, LTC John A. (2020-02-26)                    1:46
    213:04   Q. Or that they weren't fitted with a
    213:05   product that day, and the technician put a 7 down?
    213:06   A. Correct.
    213:07   Q. If they weren't fitted that day for their
    213:08   annual audiogram, what are the -- like why wouldn't
    213:09   they be fitted at every --
    213:10   A. Well, you know, not -- not every clinic
    213:11   fits service members when they come in for
    213:12   that --
    213:13   Q. Got it.
    213:14   A. -- appointment.  They might fit them at a
    213:15   different educational event or at some other
    213:16   location.

213:17 - 214:04   Merkley, LTC John A. (2020-02-26)                    0:19
    213:17   Q. The military -- we talked about this
    213:18   earlier, and I was going to come back to it, so now
    213:19   I'm going to do it.  The military 40-501
    213:20   Pamphlet --
    213:21   A. Um-hum.
    214:01   Q. -- we talked, contains criteria for when
    214:02   you should use either single or double protection
    214:03   or just avoid a noise entirely?
    214:04   A. Correct.

214:16 - 215:14   Merkley, LTC John A. (2020-02-26)                    1:45
    214:16   Q. Okay.  So, the military -- the Army,
    214:17   excuse me, has standards on when service members
    214:18   should use a single earplug, like the Combat Arms
    214:19   Version 2, or where they, instead, should use
    214:20   double-hearing protection, right?
    214:21   A. Yes.
    215:01   Q. Double-hearing protection, what does that

215:02    mean?
215:03    A. It means that they're using an -- an
215:04    earplug and another form of hearing protection,
215:05    usually a noise muff.
215:06    Q. So, an earplug in the ear, and then a
215:07    muff on top of that?
215:08    A. Correct.
215:09    Q. If you look at page -- starting on page
215:10    5, section 6.2, Protector Requirements, I believe
215:11    that's the beginning of this section that talks
215:12    about what types of noise merit double-hearing
215:13    protection, am I right about that?
215:14    A. Yes.

216:19 - 217:11    Merkley, LTC John A. (2020-02-26)    1:31
216:19    Q. 6.2 c. in the middle of the page is a
216:20    section titled, Soldiers in Training, Noncombat or
216:21    Nonindustrial Scenarios, right?
217:01    A. Yes.
217:02    Q. And then the first guidance under that
217:03    section is for steady-state noise levels, right?
217:04    A. Correct.
217:05    Q. If you go down to (2), there's a section
217:06    for impulse noise levels there?
217:07    A. Um-hum.
217:08    Q. And impulse noise levels would include
217:09    like weapons fired and things of that nature,
217:10    right?
217:11    A. Right.

218:09 - 219:21    Merkley, LTC John A. (2020-02-26)    1:13
218:09    Q. Okay.  And what they say is that for less
218:10    than 140 dB peak, personnel may wear hearing
218:11    protection, if desired?
218:12    A. Correct.
218:13    Q. So, that means up to 139, you don't even
218:14    need hearing protection?
218:15    MR. BUCHANAN:  Objection to form.
218:16    BY MR. WASDIN:
218:17    Q. Or it's not required?
218:18    MR. BUCHANAN:  Objection.
218:19    THE WITNESS:  It's not required.
218:20    BY MR. WASDIN:

218:21    Q. It's not required, so --
219:01    A. Correct.  For -- for impulsive noise.
219:02    Q. For impulse noise, yeah.  For impulse
219:03    noises 140 to 165 dB peak, the requirement is that
219:04    you have to wear hearing protection, right?
219:05    A. Correct.
219:06    Q. And that would include an earplug, like
219:07    the Combat Arms Version 2?
219:08    A. Yes.
219:09    Q. Or any other earplug in the -- that the
219:10    Army has approved, right?
219:11    A. Correct.
219:12    Q. But for greater than 165 dB, but less
219:13    than or equal to the Z, to the curve Z per mil
219:14    standard 1474 D, personnel must wear earplugs in
219:15    combination with noise muffs or a noise attenuation
219:16    helmet, right?
219:17    A. Correct.
219:18    Q. So, the general rule is if you're going
219:19    to be exposed to impulse peaks above 165, you need
219:20    to wear double protection?
219:21    A. Correct.

223:10 - 223:15   Merkley, LTC John A. (2020-02-26)                    0:14
223:10    Q. You talked about when you were in Iraq               Re: [223:10 to 223:15]        Re: [223:10 to 223:15]
223:11    that for those folks that you treated that had          Pltf Obj 611                  SUSTAINED
223:12    hearing loss, it was typically because of nonuse of
223:13    hearing protection devices?
223:14    MR. BUCHANAN:  Objection to form.
223:15    THE WITNESS:  Right.

225:21 - 226:20   Merkley, LTC John A. (2020-02-26)                    1:40
225:21    Q. LTC Merkley, I just have a few more                   Re: [225:21 to 226:20]        Re: [225:21 to 226:20]
226:01    questions before we break for lunch, the first of       Pltf Obj 403; 702; MIL G7     SUSTAINED
226:02    which relates to your own use of the Combat Arms
226:03    Earplug Version 2.
226:04    A. Okay.
226:05    Q. I think you told me that when you used
226:06    the Combat Arms Version 2, you did not need to roll
226:07    back the flanges in order to achieve a proper fit?
226:08    MR. BUCHANAN:  Objection to form.
226:09    THE WITNESS:  Correct.
226:10    BY MR. WASDIN:

226:11    Q. When you used the Combat Arms Version 2,
226:12    were you able to achieve a good fit?
226:13    MR. BUCHANAN:  Objection to form.
226:14    THE WITNESS:  Yes.
226:15    BY MR. WASDIN:
226:16    Q. And during the course of whatever time
226:17    you used them, were you able to keep that fit with
226:18    the Combat Arms Version 2?
226:19    MR. BUCHANAN:  Objection to form.
226:20    THE WITNESS:  Yes.

227:08 - 227:14    Merkley, LTC John A. (2020-02-26)          0:12

227:08    Q. That's -- the idea that a premolded
227:09    earplug, you know, may lose its seal is reported in
227:10    the academic literature in hearing conservation,
227:11    right?
227:12    MR. BUCHANAN:  Objection.  Foundation and
227:13    form.
227:14    THE WITNESS:  Yes.

| | Re: [227:08 to 227:14] | Re: [227:08 to 227:14] |
| | Pltf Obj 602; 611; 702 | SUSTAINED |

228:01 - 228:14    Merkley, LTC John A. (2020-02-26)          1:53

228:01    Q. You were aware when you were a military
228:02    audiologist or an Army audiologist that preformed
228:03    earplugs of any variety could loosen in a wearer's
228:04    ear, right?
228:05    MR. BUCHANAN:  Objection to the
228:06    leadingness.
228:07    THE WITNESS:  Yes.
228:08    BY MR. WASDIN:
228:09    Q. And on occasions when a preformed earplug
228:10    does lose its seal, you found that to be
228:11    perceptible because you could hear ambient noise
228:12    louder than you did when you had a seal, right?
228:13    MR. BUCHANAN:  Objection to form.
228:14    THE WITNESS:  Yes.

| | Re: [228:01 to 228:14] | Re: [228:01 to 228:14] |
| | Pltf Obj 403; 602 | SUSTAINED |

228:16 - 228:20    Merkley, LTC John A. (2020-02-26)          0:12

228:16    Q. Did you have any problem properly
228:17    inserting the CAEv2 into your ear when you used it?
228:18    MR. BUCHANAN:  Objection to form to the
228:19    personal use.
228:20    THE WITNESS:  No.

| | Re: [228:16 to 228:20] | Re: [228:16 to 228:20] |
| | Pltf Obj 403; 702; MIL G7 | OVERRULED |

229:01 - 230:06   Merkley, LTC John A. (2020-02-26)                    1:03

| | |
|---|---|
| 229:01 | Q. The last thing I want to ask you about is |
| 229:02 | we talked a little bit about experimenter fit |
| 229:03 | versus user fit in the testing of hearing |
| 229:04 | protection devices; do you remember that? |
| 229:05 | A. Yes. |
| 229:06 | Q. And we said that experimenter fit was |
| 229:07 | definitely the standard -- the fitting methodology |
| 229:08 | for the 1974 ANSI standard, right? |
| 229:09 | A. Correct. |
| 229:10 | Q. That's the standard that's used during |
| 229:11 | NRR labeling testing? |
| 229:12 | A. Yes. |
| 229:13 | Q. Are you aware that the results achieved |
| 229:14 | when an experimenter fits an earplug are often |
| 229:15 | greater than when a user fits the plug themselves? |
| 229:16 | MR. BUCHANAN:  Objection to form. |
| 229:17 | THE WITNESS:  Yes. |
| 229:18 | BY MR. WASDIN: |
| 229:19 | Q. Is that something that is discussed at |
| 229:20 | the NHCA conference from time to time? |
| 229:21 | A. Yes. |
| 230:01 | Q. For that reason, NRR ratings tend to |
| 230:02 | overestimate the amount of attenuation any |
| 230:03 | particular person would get with a product, right? |
| 230:04 | MR. BUCHANAN:  Objection.  Form and |
| 230:05 | foundation. |
| 230:06 | THE WITNESS:  Yes. |

Re: [229:01 to 230:06]
Pltf Obj 611

Re: [229:01 to 230:06]
OVERRULED

231:13 - 232:14   Merkley, LTC John A. (2020-02-26)                    1:38

| | |
|---|---|
| 231:13 | Q. Some of the data we looked at on the |
| 231:14 | yellow end included real ear attenuation data for |
| 231:15 | the yellow end of the product, right? |
| 231:16 | A. Um-hum. |
| 231:17 | Q. And it shows some levels of attenuation |
| 231:18 | at various frequencies even on the yellow end, |
| 231:19 | right? |
| 231:20 | A. Correct. |
| 231:21 | MR. BUCHANAN:  Objection to form and |
| 232:01 | foundation. |
| 232:02 | BY MR. WASDIN: |
| 232:03 | Q. Were you generally aware during your time |
| 232:04 | as an Army audiologist that the yellow end did |

232:05    provide some level of attenuation --
232:06    MR. BUCHANAN:  Objection to form.
232:07    THE WITNESS:  Yes.
232:08    BY MR. WASDIN:
232:09    Q. -- even for lower-level sounds?
232:10    A. Yes.
232:11    Q. You didn't think that it let one hundred
232:12    percent of all ambient sound come through?
232:13    MR. BUCHANAN:  Objection to the leading.
232:14    THE WITNESS:  Correct.

233:15 - 234:06    Merkley, LTC John A. (2020-02-26)    1:32
233:15    Is it correct, sir, that you're at the
233:16    Army Hearing Conservation Program office today?
233:17    A. It's the Army Hearing Program Office.
233:18    Q. Okay.  And is the Army -- is that also
233:19    called Program 51?
233:20    A. It is, yes.
233:21    Q. Okay.  And that's within another group
234:01    called the Occupational and Environmental Medicine
234:02    Group?
234:03    A. Not -- not currently.  It falls
234:04    under -- the directorate is the clinical public
234:05    health and epidemiology directorate, so the
234:06    directorates have changed.

235:15 - 235:20    Merkley, LTC John A. (2020-02-26)    0:13
235:15    Q. Okay.  Am I correct, sir, you -- you
235:16    served as a clinical audiologist for several years
235:17    and in several different settings and then have
235:18    separately held positions where I'll say more
235:19    policy based, is that fair?
235:20    A. Yes.

235:21 - 236:05    Merkley, LTC John A. (2020-02-26)    1:30
235:21    Q. Okay.  Could you kind of identify for us
236:01    your windows when you had clinical experience?
236:02    A. Clinical experience initially from 2000
236:03    to -- well, really all of the way through 2015 when
236:04    I moved to the Defense Hearing Center of
236:05    Excellence.

238:02 - 238:12    Merkley, LTC John A. (2020-02-26)    0:22

238:02    Q. Okay.  You were telling us about your
238:03    time in Iraq.
238:04    A. Um-hum.
238:05    Q. I believe you spent about a year there?
238:06    A. I spent 13 months in Iraq.
238:07    Q. And those years again?
238:08    A. 2006/'07.
238:09    Q. And were you attached to a particular
238:10    brigade -- brigade there?
238:11    A. I was attached to the 28th Combat Support
238:12    Hospital.

238:13 - 239:08    Merkley, LTC John A. (2020-02-26)    1:09
238:13    Q. And how large a group does the 28th
238:14    Combat Support Hospital support?
238:15    A. Like how large is the organization?
238:16    Q. No.  I was asking more in terms of the
238:17    soldiers that you were, you know, assigned to
238:18    supporting, how -- in terms of troop count?
238:19    A. Oh, we -- we conducted split operations
238:20    in Iraq, covered Baghdad and Tallil and Mosul.
238:21    The -- the split operations were in Mosul at first.
239:01    I don't remember, I wasn't -- I think up in Mosul.
239:02    I thought they moved down to Tallil, but I may be
239:03    wrong on that.  I spent all of my time in Baghdad,
239:04    and we supported all coalition forces in and
239:05    around -- well, in Iraq.
239:06    Q. And at its peak, or at least when you
239:07    were there, tens of thousands of forces?
239:08    A. Yes.

329:01 - 329:01    Merkley, LTC John A. (2020-02-26)    0:01
329:01    THE WITNESS:  Correct.

| Re: [329:01 to 329:01] | Re: [329:01 to 329:01] |
| --- | --- |
| **Def Obj** Improper Counter | DEFER RULING |

379:14 - 379:17    Merkley, LTC John A. (2020-02-26)    0:11
379:14    THE WITNESS:  I was not.
379:15    BY MR. BUCHANAN:

379:16    Q. Are you aware the company discontinued it
379:17    the next week?

| Re: [379:14 to 379:17] | Re: [379:14 to 379:17] |
| --- | --- |
| **Def Obj** Improper Counter | DEFER RULING |

434:02 - 434:13   Merkley, LTC John A. (2020-02-26)                    0:27

434:02   Q. Hearing Center of Excellence.  You looked
434:03   at some DoD materials that talk about hearing loss
434:04   being preventable in the military, do you remember
434:05   those?
434:06   A. Yes.
434:07   Q. I think you and I talked earlier about
434:08   ways to prevent, or at least the 40-501
434:09   regulations, on how someone should approach noise
434:10   to give themselves the best chance of preventing
434:11   hearing loss, do you remember those discussions we
434:12   had?
434:13   A. Yes.

435:08 - 435:21   Merkley, LTC John A. (2020-02-26)                    0:23

435:08   Q. Some levels of noise you can protect
435:09   yourself against with a single-hearing protection
435:10   device, right?
435:11   A. Yes.
435:12   Q. Some levels of noise are high enough that
435:13   you would need two separate hearing protection
435:14   devices together, right?
435:15   A. Yes.
435:16   Q. In order to prevent hearing loss, right?
435:17   A. Yes.
435:18   Q. And some noises are so high that the only
435:19   way to prevent hearing loss is to either limit your
435:20   time in them or not encounter them at all, right?
435:21   A. Correct.

436:03 - 436:09   Merkley, LTC John A. (2020-02-26)                    0:11                    Re: [436:03 to 436:09]         Re: [436:03 to 436:09]

436:03   Q. So, when we say hearing loss is                                                                          Pltf Obj 611; foundation;
436:04   preventable, we mean with one, with multiple                                                                702                             OVERRULED

436:05   hearing protection devices or by just by avoiding
436:06   the noise in the first place, right?
436:07   MR. BUCHANAN:  Objection to the form and
436:08   foundation.
436:09   THE WITNESS:  Correct.

436:11 - 436:17   Merkley, LTC John A. (2020-02-26)                    0:15                    Re: [436:11 to 436:17]         Re: [436:11 to 436:17]

436:11   Q. The materials you reviewed with                                                                          Pltf Obj 611                    SUSTAINED
436:12   Mr. Buchanan did not say that all hearing losses

|   |   |   |   |   |
|---|---|---|---|---|

436:13    are preventable in the military by wearing the
436:14    Combat Arms Version 2 on its own, right?
436:15    MR. BUCHANAN:  Objection to form and
436:16    foundation.
436:17    THE WITNESS:  Correct.

439:12 - 439:17   Merkley, LTC John A. (2020-02-26)                    0:19
439:12    Q. In the Just the Facts document the Army
439:13    says, at 190 dB, there's an overall peak reduction
439:14    of 25 dB.  Testing at a U.S. military facility
439:15    found this nonlinear earplug protective up to 190
439:16    dB.  Do you remember that?
439:17    A. Yes.

440:06 - 441:01   Merkley, LTC John A. (2020-02-26)                    1:35        Re: [440:06 to 441:01]        Re: [440:06 to 441:01]
440:06    Q. Okay.  So, when the Army was authoring                              Pltf Obj 602; 611             SUSTAINED
440:07    the Just the Facts document, the Army had
440:08    determined that testing at a U.S. military facility
440:09    found this nonlinear earplug, the Combat Arms
440:10    Earplug, protective up to 190 dB?
440:11    MR. BUCHANAN:  Objection to form.
440:12    THE WITNESS:  Yes.
440:13    BY MR. WASDIN:
440:14    Q. That's what the document says.  And then
440:15    ten years later, or nine years later, the exact
440:16    same statement is in a 3M advertisement on the
440:17    product, right?
440:18    A. Yes.
440:19    Q. And, indeed, if you look at the 3M ad,
440:20    there's a citation on the end of that sentence,
440:21    too, and it's to the Dan Johnson blast study?
441:01    A. To the study, yes.

441:02 - 441:08   Merkley, LTC John A. (2020-02-26)                    0:21        Re: [441:02 to 441:08]        Re: [441:02 to 441:08]
441:02    Q. So, what 3M is doing in the ad is just                              Pltf Obj 602; 611             SUSTAINED
441:03    repeating the Army's own interpretation of the
441:04    Army's study that the Army had made almost a decade
441:05    earlier, right?
441:06    MR. BUCHANAN:  Objection to form and
441:07    foundation.
441:08    THE WITNESS:  Yes.

443:03 - 444:10   Merkley, LTC John A. (2020-02-26)                    1:04

| | | |
|---|---|---|
| 443:03 | Q. Mr. Berger testified that Doug Ohlin | **Re: [443:03 to 444:10]** |
| 443:04 | requested from him a dual-ended product that | **Pltf Obj** 602; 611 |
| 443:05 | included the Ultra Fit tips of a single size and | |
| 443:06 | the ISL filter.  You don't have any reason to | |
| 443:07 | disagree with that testimony, do you? | |
| 443:08 | MR. BUCHANAN:  Objection to form. | |
| 443:09 | THE WITNESS:  No. | |
| 443:10 | BY MR. WASDIN: | |
| 443:11 | Q. Now, you and I looked at some documents | |
| 443:12 | that included emails from Doug Ohlin in the April | |
| 443:13 | 1999 time period, do you remember those? | |
| 443:14 | A. Yes. | |
| 443:15 | Q. And in those emails, Mr. Ohlin had found | |
| 443:16 | that the original production samples of that plug | |
| 443:17 | that were sent by Aearo were about a quarter of an | |
| 443:18 | inch too long and didn't fit into the military | |
| 443:19 | carrying case, do you remember those emails? | |
| 443:20 | A. Yes. | |
| 443:21 | Q. Subsequent to those emails, Aearo reduced | |
| 444:01 | the size, reduced the length of the Combat Arms | |
| 444:02 | Version 2 by a quarter of an inch. | |
| 444:03 | During your investigation of the | |
| 444:04 | materials in this case, did you find anything that | |
| 444:05 | contradicts that Aearo shortened the length of the | |
| 444:06 | Combat Arms Version 2 in response to Doug Ohlin's | |
| 444:07 | request? | |
| 444:08 | MR. BUCHANAN:  Objection to form. | |
| 444:09 | Ambiguous. | |
| 444:10 | THE WITNESS:  No. | |

| | Re: [443:03 to 444:10] |
|---|---|
| | SUSTAINED |

**444:12 - 444:15   Merkley, LTC John A. (2020-02-26)                                    0:03**

| | |
|---|---|
| 444:12 | Q. You don't have any reason to disagree |
| 444:13 | with that, do you? |
| 444:14 | MR. BUCHANAN:  Leading. |
| 444:15 | THE WITNESS:  No. |

**445:11 - 445:16   Merkley, LTC John A. (2020-02-26)                                    0:13**

| | | |
|---|---|---|
| 445:11 | Q. But you don't have any reason to disagree | **Re: [445:11 to 445:16]** |
| 445:12 | with Mr. Berger's testimony that he told Doug Ohlin | **Pltf Obj** 602; 611 |
| 445:13 | about the company's internal testing while it was | |
| 445:14 | happening, do you? | |
| 445:15 | MR. BUCHANAN:  Objection to form. | |
| 445:16 | THE WITNESS:  No. | |

| | Re: [445:11 to 445:16] |
|---|---|
| | SUSTAINED |

449:01 - 449:06  Merkley, LTC John A. (2020-02-26)          1:50

   449:01    Q. And that's interesting, because if you go
   449:02    to the Hobbs testing, which is the Air Force
   449:03    testing we've been talking about all day, he
   449:04    actually does -- are you with me on the Air Force
   449:05    document?
   449:06    A. I am.


449:12 - 450:14  Merkley, LTC John A. (2020-02-26)          1:52

   449:12    Q. He actually does real ear attenuation          **Re: [449:12 to 450:14]**          **Re: [449:12 to 450:14]**
   449:13    testing as part of that testing, right?           **Pltf Obj** 403; 702; MIL G7          OVERRULED
   449:14    MR. BUCHANAN:  Objection to form.
   449:15    THE WITNESS:  Yes.
   449:16    BY MR. WASDIN:
   449:17    Q. And real ear there means the earplugs
   449:18    were inserted into a human ear and tested for
   449:19    attenuation, right?
   449:20    A. Correct.
   449:21    Q. And if you go to page 19, at the top,
   450:01    there's a paragraph called, Discussion.  He
   450:02    determines that the continuous noise protection of
   450:03    all devices tested was reasonable and should
   450:04    provide for a safe exposure level for the average
   450:05    users in many noise environments up to 105 dB,
   450:06    right?
   450:07    MR. BUCHANAN:  Objection to the form.
   450:08    THE WITNESS:  Yes.
   450:09    BY MR. WASDIN:
   450:10    Q. So, Mr. Hobbs is testing the earplug in
   450:11    human ears without rolling the flanges back, and
   450:12    they are working?
   450:13    MR. BUCHANAN:  Objection to form.
   450:14    THE WITNESS:  Yes, it appears so.


452:12 - 453:14  Merkley, LTC John A. (2020-02-26)          1:53

   452:12    Q. First, we have test data from a variety           **Re: [452:12 to 453:14]**          **Re: [452:12 to 453:14]**
   452:13    of branches of the military that show that the plug  **Pltf Obj** vague; 602; 702;
                                                              402;
   452:14    provides reasonable attenuation or good attenuation  802                                  SUSTAINED
   452:15    under a variety of different circumstances, right?
   452:16    MR. BUCHANAN:  Objection to form and
   452:17    foundation.  Vague.

| | | | | |
|---|---|---|---|---|
| 452:18 | THE WITNESS:  Yes. | | | |
| 452:19 | BY MR. WASDIN: | | | |
| 452:20 | Q. Second, you have personal experience with | | | |
| 452:21 | the plug, and for you, it worked well? | | | |
| 453:01 | A. Yes. | | | |
| 453:02 | MR. BUCHANAN:  Objection to form. | | | |
| 453:03 | BY MR. WASDIN: | | | |
| 453:04 | Q. Third, we reviewed a number of success | | | |
| 453:05 | stories from other members of the military who | | | |
| 453:06 | served in Iraq who said that the plug worked for | | | |
| 453:07 | them, too, right? | | | |
| 453:08 | A. Yes. | | | |
| 453:09 | Q. Third, you treated patients in Iraq, and | | | |
| 453:10 | your experience was those that didn't use a plug | | | |
| 453:11 | had hearing loss, and those that did use a hearing | | | |
| 453:12 | protector, like the CAEv2, did not, right? | | | |
| 453:13 | MR. BUCHANAN:  Objection.  Form. | | | |
| 453:14 | THE WITNESS:  Correct. | | | |

| 455:01 - 455:08 | Merkley, LTC John A. (2020-02-26) | 0:18 | | |
|---|---|---|---|---|
| 455:01 | Q. But your experience was, regardless of | | Re: [455:01 to 455:08] | Re: [455:01 to 455:08] |
| 455:02 | what a particular document did or did not say, that | | Pltf Obj 611 | SUSTAINED |
| 455:03 | in the 2001 to 2005 time period, Doug Ohlin | | | |
| 455:04 | instructed you and other Army audiologists to fold | | | |
| 455:05 | back the flanges as needed to get a good fit, | | | |
| 455:06 | right? | | | |
| 455:07 | MR. BUCHANAN:  Objection to form. | | | |
| 455:08 | THE WITNESS:  Yes. | | | |

| 456:02 - 457:11 | Merkley, LTC John A. (2020-02-26) | 1:45 | | |
|---|---|---|---|---|
| 456:02 | Q. Now, you told me earlier that all | | Re: [456:02 to 457:11] | Re: [456:02 to 457:11] |
| 456:03 | preformed earplugs are susceptible to loosening, | | Pltf Obj foundation; 602; | |
| 456:04 | right? | | 611; | SUSTAINED |
| 456:05 | A. Yes. | | 702 | |
| 456:06 | Q. That's a well-known phenomenon, right? | | | |
| 456:07 | A. Yes. | | | |
| 456:08 | MR. BUCHANAN:  Objection to form. | | | |
| 456:09 | BY MR. WASDIN: | | | |
| 456:10 | Q. So, users of the Combat Arms Version 2, | | | |
| 456:11 | at least the audiology community, would know, like | | | |
| 456:12 | other preformed earplugs, it could be susceptible | | | |
| 456:13 | to loosening, right? | | | |

| | | | | |
|---|---|---|---|---|
| 456:14 | MR. BUCHANAN:  Objection.  Form. | | | |
| 456:15 | Foundation.  Well beyond the witness. | | | |
| 456:16 | THE WITNESS:  Yes. | | | |
| 456:17 | BY MR. WASDIN: | | | |
| 456:18 | Q. Yourself included, right? | | | |
| 456:19 | MR. BUCHANAN:  Objection to form. | | | |
| 456:20 | THE WITNESS:  Yes. | | | |
| 456:21 | BY MR. WASDIN: | | | |
| 457:01 | Q. Now, your experience was with any | | | |
| 457:02 | preformed earplug that did loosen, including if it | | | |
| 457:03 | happened to you with the Combat Arms Version 2, it | | | |
| 457:04 | was perceptible to you, right? | | | |
| 457:05 | A. Yes. | | | |
| 457:06 | MR. BUCHANAN:  Objection. | | | |
| 457:07 | BY MR. WASDIN: | | | |
| 457:08 | Q. That in the real world, you had an | | | |
| 457:09 | auditory clue that you had lost the seal of your | | | |
| 457:10 | hearing protector, right? | | | |
| 457:11 | A. Yes. | | | |

**458:02 - 459:01  Merkley, LTC John A. (2020-02-26)          1:44**

| | | | | |
|---|---|---|---|---|
| 458:02 | Q. I'll represent to you some testimony | **Re: [458:02 to 459:01]** | Re: [458:02 to 459:01] | |
| 458:03 | given in this case.  Mr. Berger said that the | **Pltf Obj** foundation; 602; | | |
| | | 611; | SUSTAINED | |
| 458:04 | concept of imperceptible loosening is a phenomenon | 702 | | |
| 458:05 | that's limited to the REAT chamber because there | | | |
| 458:06 | are no auditory clues in a silent room.  Do you | | | |
| 458:07 | follow that logic? | | | |
| 458:08 | MR. BUCHANAN:  Objection to form. | | | |
| 458:09 | THE WITNESS:  Yes. | | | |
| 458:10 | BY MR. WASDIN: | | | |
| 458:11 | Q. And in a silent room that had no auditory | | | |
| 458:12 | external clues, if you lost your seal on a plug, | | | |
| 458:13 | you might not notice it, right? | | | |
| 458:14 | MR. BUCHANAN:  Objection to form and | | | |
| 458:15 | foundation. | | | |
| 458:16 | THE WITNESS:  Correct. | | | |
| 458:17 | BY MR. WASDIN: | | | |
| 458:18 | Q. But in the real world, particularly in a | | | |
| 458:19 | combat setting or in military training, if you lose | | | |
| 458:20 | your seal on a plug, you will notice it? | | | |
| 458:21 | MR. BUCHANAN:  Objection.  Foundation. | | | |
| 459:01 | THE WITNESS:  Generally, yes. | | | |

460:07 - 460:12   Merkley, LTC John A. (2020-02-26)                     0:16

460:07   Q. Okay.  But as of 2001, information that
460:08   for some people they could benefit by folding back
460:09   the flanges on the opposite side of the plug, you
460:10   had that information as of 2001?
460:11   MR. BUCHANAN:  Objection to form.
460:12   THE WITNESS:  Yes.

488:21 - 489:07   Merkley, LTC John A. (2020-02-26)                     0:18

488:21   Q. Okay.  And fair to say, sir, that the
489:01   design of the yellow end was to allow sound to go
489:02   through, right?
489:03   A. Yes.
489:04   Q. That was the goal, to allow as much sound
489:05   to go through unless it was an impulse noise,
489:06   right?
489:07   A. Correct.

489:18 - 490:08   Merkley, LTC John A. (2020-02-26)                     1:41

489:18   THE WITNESS:  Can I just add?  You know,                    Re: [489:18 to 490:08]          Re: [489:18 to 490:08]
489:19   because the questioning was related to, you know,           Pltf Obj nonresponsive          SUSTAINED
489:20   would you perceive a -- a break in the seal?  And
489:21   when you fit the yellow end of that earplug in, you
490:01   still get an occlusion effect, and when the seal is
490:02   broken, that occlusion effect is what tends to go
490:03   away.
490:04   So, the -- the sound still is different.
490:05   It's different with the earplug seated and when
490:06   it's -- when the seal is broken.  They're -- you
490:07   can generally tell when that seal is broken.  I
490:08   won't say all the time, but --

| Designations | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| 7:18 - 9:23    Murphy, William (2021-01-15)                    3:50 | | | | |

| | |
|---|---|
| 7:18 | Q. Good afternoon, Dr. Murphy.  My |
| 7:19 | name is Nick Wasdin, and I represent 3M in this |
| 7:20 | litigation.  Can you start by introducing |
| 7:21 | yourself, tell us who you are and where you |
| 7:22 | work? |
| 7:23 | A. My name is William Murphy, and I |
| 8:01 | work for the National Institute for |
| 8:02 | Occupational Safety and Health.  I'm in the |
| 8:03 | division of field studies and engineering.  And |
| 8:04 | I'm in the engineering physical hazards branch |
| 8:05 | and in the noise and bioacoustics team.  I've |
| 8:06 | been working at NIOSH since December of 1992. |
| 8:07 | And my current position is the coordinator |
| 8:08 | for the hearing loss prevention research |
| 8:09 | program within the National Institute for |
| 8:10 | Occupational Safety and Health.  And I've been |
| 8:11 | doing that job for the last five years. |
| 8:12 | Q. Can you give us an overview of |
| 8:13 | your education prior to joining NIOSH? |
| 8:14 | A. Sure.  I completed a bachelor's |
| 8:15 | degree in 1982 in physics at Iowa State |
| 8:16 | University.  I continued at Iowa State and |
| 8:17 | completed a master's degree in physics -- in |
| 8:18 | solid state physics at Iowa State University in |
| 8:19 | 1984.  I then applied for and went to |
| 8:20 | Purdue University to study for my doctorate in |
| 8:21 | physics.  That was completed 1992. |
| 8:22 | The emphasis area in my research was -- |
| 8:23 | well, specialized in hearing science, cochlear |
| 9:01 | modeling, and measurement of otoacoustic |
| 9:02 | emissions, which are sounds produced by the |
| 9:03 | inner ear and measured in the ear canal.  And |
| 9:04 | then I was hired by National Institute for |
| 9:05 | Occupational Safety and Health in -- June 26 of |
| 9:06 | 1992 is when I was offered my job.  And then I |
| 9:07 | was told I needed to show up there by |
| 9:08 | December 14 of 1992.  So December 14 is when I |
| 9:09 | started with NIOSH after I had finished and |
| 9:10 | defended my dissertation work at Purdue.  And I |
| 9:11 | have been with NIOSH ever since. |
| 9:12 | Q. Okay. |
| 9:13 | A. I've -- in 2012 -- well, starting |
| 9:14 | in 2000 and finishing in 2012, I completed a |
| 9:15 | master's degree -- master's of engineering |
| 9:16 | degree in acoustics at Penn State University in |
| 9:17 | the graduate program for acoustics. |
| 9:18 | Q. Has your work as NIOSH included |
| 9:19 | researching and testing hearing protection |

| | | |
|---|---|---|
| 9:20 | devices? | |
| 9:21 | A. Yes. | |
| 9:22 | Q. What type of testing have you done | |
| 9:23 | on hearing protection devices? | |
| | | |
| 10:08 - 11:10 | Murphy, William (2021-01-15) | 2:53 |
| 10:08 | A. The work that we've done has been | |
| 10:09 | both physical acoustics measurements and with | |
| 10:10 | human subject measurements.  And -- I'm sorry. | |
| 10:11 | I'm trying to finish one thing that somebody is | |
| 10:12 | asking me about and I need to get back to her. | |
| 10:13 | It should be -- all right.  So there is -- at | |
| 10:14 | NIOSH we have a testing laboratory for human | |
| 10:15 | subjects to conduct what's called real ear | |
| 10:16 | attenuation and threshold measurements, which | |
| 10:17 | are the standard type measurements that are -- | |
| 10:18 | that are done for determining the noise | |
| 10:19 | reduction rating for hearing protection | |
| 10:20 | devices. | |
| 10:21 | We also have the facilities to do physical | |
| 10:22 | acoustic measurements of attenuation of hearing | |
| 10:23 | protection devices, both with continuous noise | |
| 11:01 | sounds and with impulsive noise sounds.  And | |
| 11:02 | that -- I think that answers your question. | |
| 11:03 | Q. When did you first become aware of | |
| 11:04 | the Combat Arms Earplug? | |
| 11:05 | A. Let me think.  I -- I think when I | |
| 11:06 | first became aware of it was around 2001.  We | |
| 11:07 | purchased an acoustic test fixture in 2000, I | |
| 11:08 | think.  And it was delivered in September of | |
| 11:09 | 2001.  And we did our first tests with that | |
| 11:10 | fixture with earplugs in 2001. | |
| | | |
| 12:15 - 13:09 | Murphy, William (2021-01-15) | 1:57 |
| 12:15 | Q. (Mr. Wasdin) Dr. Murphy, I heard | |
| 12:16 | your last answer cut out on me.  But I asked | |
| 12:17 | when you first became aware of the Combat Arms, | |
| 12:18 | and I think you were describing your purchase | |
| 12:19 | of an acoustical test fixture. | |
| 12:20 | A. Yes.  The reason I -- I can't peg | |
| 12:21 | or pin down exactly when I became aware of the | |
| 12:22 | Combat Arms Earplug was that the company or the | |
| 12:23 | organization that we purchased the acoustical | |
| 13:01 | test fixture from was the French German | |
| 13:02 | Research Institute of Saint Louis.  And they | |
| 13:03 | are also the ones who invented the filter that | |
| 13:04 | is used in the Combat Arms Earplug.  So we | |
| 13:05 | became aware of that.  The first time that I | |
| 13:06 | ever did any measurements with the Combat Arms | |
| 13:07 | Earplug with that filter was in 2001. | |

13:08    Q. Okay.  And what type of acoustical
13:09    test fixture did NIOSH have at that time?

13:11 - 13:15    Murphy, William (2021-01-15)                              0:12
13:11    A. It's the one that we purchased --
13:12    we purchased it from the French German Research
13:13    Institute of Saint Louis.
13:14    Q. Is it a mannequin of some sort?
13:15    A. Yes.

14:08 - 14:16    Murphy, William (2021-01-15)                              0:22
14:08    Q. All right.  Dr. Murphy, this, I
14:09    believe, will take the number Exhibit 1 to your
14:10    deposition.  And it is an e-mail from you to
14:11    some other folks dated 10/23/2001 with the
14:12    subject line of impulse peak levels.  Do you
14:13    see that?
14:14    (Defendant's Exhibit Number 1
14:15    is marked for identification.)
14:16    A. Yes.

14:17 - 15:22    Murphy, William (2021-01-15)                              2:39
14:17    Q. What is the -- what does this
14:18    e-mail contain within itself?
14:19    A. It contains -- well, the data
14:20    columns that are there are describing the
14:21    firearm that was used, whether it was a nine
14:22    millimeter pistol.  I'd have to go back and
14:23    look to see exactly what pistol it was.  But I
15:01    want to say it was a Sig Sauer pistol and a
15:02    Colt AR-15 which is a surrogate for the M-16
15:03    rifle.
15:04    And it describes in the second column of the
15:05    dataset there the different types of hearing
15:06    protection devices that were tested.  There are
15:07    a variety of earplugs.  There are a variety of
15:08    electronic hearing protectors.  It describes
15:09    whether the hearing protector was electronic or
15:10    whether it was just turned off.  It describes
15:11    whether the protector was nonlinear.  And then
15:12    it tells us the peak level, the sound pressure
15:13    level of the impulse that was measured close to
15:14    the mannequin, about four inches from the right
15:15    ear of the mannequin, which was about six feet
15:16    of the left of the person who was doing the
15:17    shooting.  It describes the peak level inside
15:18    of the mannequin's ear canal, so measured
15:19    approximately at the location of the tympanic
15:20    membrane.  And it describes the difference, the
15:21    attenuation, between the outside and inside

15:22    measurement.

16:13 - 17:20    Murphy, William (2021-01-15)                                    2:55
16:13    Q. One of the earplugs or hearing
16:14    protection devices that was tested included the
16:15    Combat Arms Version II.  Is that right?
16:16    A. Yes.  Yes.  There are eight lines
16:17    in this that have CAELin, CAELin2, CAENLin and
16:18    CAENLin2.  There are four lines for the nine
16:19    millimeter, and there are four lines for the
16:20    M-16.
16:21    Q. What was the purpose of this
16:22    testing?  Why was it done?
16:23    A. Well, the question that was of
17:01    interest to me as a researcher in hearing, in
17:02    hearing science, is whether or not the impulse
17:03    would be attenuated sufficiently fast to, you
17:04    know, not prevent or not present a damage risk
17:05    to the persons who were wearing these hearing
17:06    protection devices.
17:07    In particular I was concerned about the
17:08    electronic devices, whether or not they would
17:09    be cutting out sound quickly enough and -- and
17:10    just trying to understand what it is that we
17:11    can know about the hearing protection devices.
17:12    The Combat Arms Earplugs -- and then there's
17:13    another one that's listed in there called
17:14    ISLNLin and ISLNLin2.  Those are using the same
17:15    filter that's in the Combat Arms Earplug.  And
17:16    the way that those filters operate is based on
17:17    physical acoustic principles where the acoustic
17:18    resistance of -- the pressure -- the resistance
17:19    to sound going through that small orifice acts
17:20    almost immediately.

18:03 - 19:04    Murphy, William (2021-01-15)                                    1:27
18:03    Q. Okay.  Was this testing performed
18:04    on the ISL mannequin that you described
18:05    earlier?
18:06    A. It was performed on an ISL
18:07    mannequin that was built in the year 2000.
18:08    Q. Can you describe for us what the
18:09    ear and ear canal anatomy is on that mannequin?
18:10    A. The ear canal on this particular
18:11    mannequin, I want to say it was about eight
18:12    millimeters or -- I'd have to go back and look
18:13    at my records.  But I think it was around eight
18:14    to nine millimeters in length.  It was a rubber
18:15    ear canal insert that attaches to the lateral
18:16    end of the middle ear simulator.  In this case

| 18:17 | it was one that was built by Bruel and Kjaer |
|---|---|
| 18:18 | Corporation. |
| 18:19 | And that ear canal simulator is mounted |
| 18:20 | inside of a solid acrylic head.  And it is |
| 18:21 | isolated in two different ways.  There's a |
| 18:22 | casing inside of this acrylic head in which the |
| 18:23 | preamplifier and the ear simulator are mounted. |
| 19:01 | And those provide shock isolation for the |
| 19:02 | purpose of being able to use these with very |
| 19:03 | high level impulses such as blast noise from |
| 19:04 | explosions and the like. |

| 19:05 - 24:17 | Murphy, William (2021-01-15) | 7:59 |
|---|---|---|
| 19:05 | Q. How was the Combat Arms Version II |
| 19:06 | plug that you tested inserted into the ear |
| 19:07 | canal on the mannequin? |
| 19:08 | A. Well, the ear canal is a straight |
| 19:09 | cylinder.  So as you insert the earplug, |
| 19:10 | because this ear canal had only about eight or |
| 19:11 | nine millimeters, if I recall correctly, of |
| 19:12 | length, you could only be assured that you were |
| 19:13 | getting full contact of the first flange and |
| 19:14 | the second flange of the Combat Arms Earplug |
| 19:15 | with the walls of the ear canal.  The third |
| 19:16 | flange of the earplug makes contact with the |
| 19:17 | lateralmost edge of the ear canal.  But it |
| 19:18 | isn't inserted fully like you would have on |
| 19:19 | a -- if you were to insert it in a -- in a real |
| 19:20 | human ear or in -- there's another ear canal |
| 19:21 | that we -- or another acoustic test fixture |
| 19:22 | that we did. |
| 19:23 | And I guess we'll get to it in the other -- |
| 20:01 | other documents that were submitted.  But it's |
| 20:02 | a longer ear canal.  And it's more conformal to |
| 20:03 | the shape of a -- a regular human ear canal. |
| 20:04 | Q. What steps were you able to take |
| 20:05 | on this first mannequin in 2001 to ensure that |
| 20:06 | you were getting a good fit or seal with the |
| 20:07 | earplug? |
| 20:08 | A. In the case of the Combat Arms |
| 20:09 | Earplug as well as in the other earplug that |
| 20:10 | is -- well, the other earplugs that are in |
| 20:11 | these measurements, we inserted them to the |
| 20:12 | full depth of the mannequin's ear canal.  The |
| 20:13 | ear simulator -- the middle ear simulator has a |
| 20:14 | grid that is about four millimeters in front of |
| 20:15 | the diaphragm of the microphone that's doing |
| 20:16 | the sensing of the sound.  And so you can push |
| 20:17 | the ear canal -- you can push the earplug all |
| 20:18 | the way into the ear canal and not worry about |

| | |
|---|---|
| 20:19 | contacting the diaphragm of the microphone and |
| 20:20 | destroying the microphone. |
| 20:21 | Q. Did you need to fold back the |
| 20:22 | flanges -- |
| 20:23 | A. No. |
| 21:01 | Q. -- on the opposite end of the plug |
| 21:02 | to get a good fit? |
| 21:03 | A. No. |
| 21:04 | Q. So all of this testing, at least |
| 21:05 | in 2001, was done without folding the flanges |
| 21:06 | back? |
| 21:07 | A. Correct. |
| 21:08 | Q. Can you tell looking at Exhibit 1 |
| 21:09 | here what type of attenuation -- let's start |
| 21:10 | with the green end of the Combat Arms, was |
| 21:11 | providing? |
| 21:12 | A. Sure.  The green end of the Combat |
| 21:13 | Arms is the CAELin and the CAELin2.  And as we |
| 21:14 | look at this, it is lines three and four of the |
| 21:15 | data.  And the last number in those lines is |
| 21:16 | 28.78 and 28.83.  And if you go down a little |
| 21:17 | further to where the M16 has the same CAELin |
| 21:18 | and CAELin2, we find that the values there are |
| 21:19 | 28.28 and 28.86. |
| 21:20 | So it's -- it's providing -- and there needs |
| 21:21 | to be perhaps a distinction between what I'm |
| 21:22 | calling attenuation, at least in this e-mail at |
| 21:23 | that time, and making a comparison to something |
| 22:01 | like noise reduction rating.  Noise reduction |
| 22:02 | rating is measured with the subject's ear. |
| 22:03 | You're making a measurement of -- of detecting |
| 22:04 | sound with the ear open and then with the ear |
| 22:05 | occluded with an earplug.  And in this case |
| 22:06 | we're making a measurement between the |
| 22:07 | microphone that is outside of the ear and the |
| 22:08 | microphone that is at the location of the -- |
| 22:09 | the tympanic membrane or nominally surrogate |
| 22:10 | for the tympanic membrane.  And the difference |
| 22:11 | between the outside microphone and the inside |
| 22:12 | microphone is going to be slightly different |
| 22:13 | and slightly affected due to resonance effects |
| 22:14 | of the outer and middle ear that a human would |
| 22:15 | experience. |
| 22:16 | Q. So I think to sort of try to |
| 22:17 | summarize this as best I understand it, for |
| 22:18 | both the nine millimeter handgun that was fired |
| 22:19 | as well as the M16 surrogate rifle, the green |
| 22:20 | end of the Combat Arms was providing |
| 22:21 | approximately 28 dB of attenuation from the -- |
| 22:22 | A. Correct. |

| | |
|---|---|
| 22:23 | Q. -- outside inside of the earplug? |
| 23:01 | A. Correct. |
| 23:02 | Q. Okay.  And then what about the |
| 23:03 | yellow end, how did that side perform? |
| 23:04 | A. The yellow end are the next two |
| 23:05 | lines, so lines 5 and 6.  And we see there |
| 23:06 | 28.18 and 26.68 for the nine millimeter rounds. |
| 23:07 | And for the M16 we're seeing 25.07 and 25.73 |
| 23:08 | for the -- I'm going to call this the impulse |
| 23:09 | noise reduction or the peak noise reduction |
| 23:10 | that we're seeing.  In the e-mail I called it |
| 23:11 | attenuation.  But I think the correct term to |
| 23:12 | use is noise reduction. |
| 23:13 | Q. Okay.  You mentioned earlier that |
| 23:14 | one of these other hearing protection devices |
| 23:15 | that are listed in this -- these rows of data |
| 23:16 | also used the same ISL nonlinear filter.  Is |
| 23:17 | that right? |
| 23:18 | A. Yes. |
| 23:19 | Q. Which -- sorry, sir. |
| 23:20 | A. There's -- well, there's the |
| 23:21 | ISLNLin and the ISLNLin2. |
| 23:22 | Q. What plug was that? |
| 23:23 | A. It is -- so when -- I'm trying to |
| 24:01 | remember who it is.  I think it was Aearo at |
| 24:02 | the time, that they made a -- they licensed the |
| 24:03 | product, this filter from the French German |
| 24:04 | Research Institute de Saint Louis.  But the |
| 24:05 | French Army was using -- and you'll see it up |
| 24:06 | here in the -- in the body of the e-mail.  It |
| 24:07 | describes here ISLNLin and NLin2 are the Bilsom |
| 24:08 | 656/ISL nonlinear plug.  And the French Army |
| 24:09 | had access to this filter.  And they use it in |
| 24:10 | the French Army.  I don't know if Bilsom still |
| 24:11 | makes this product.  I don't think that they |
| 24:12 | do.  Well, Bilsom is no longer -- they're now a |
| 24:13 | part of Honeywell. |
| 24:14 | Q. Is Bilsom, or at least were they |
| 24:15 | at the time, a different manufacturer of |
| 24:16 | hearing protection? |
| 24:17 | A. Yes. |

29:14 - 29:20    Murphy, William (2021-01-15)                          0:24

| | |
|---|---|
| 29:14 | Q. Okay.  Going back to Exhibit 1, |
| 29:15 | the October 2001 testing that we were just |
| 29:16 | talking about, I was asking you how did the |
| 29:17 | results that you achieved with the Combat Arms |
| 29:18 | Version II Earplug compare to the results that |
| 29:19 | you achieved with the Bilsom earplug that had |
| 29:20 | the ISL filter in it? |

30:05 - 30:18   Murphy, William (2021-01-15)                1:53

30:05   A. I'm hearing nothing from the
30:06   attorney.  As you look at this measurement of
30:07   attenuation, what you'll note is for the
30:08   ISLNLin and NLin2, the attenuation was
30:09   approximately 16.41 and 17.34.  And for the M16
30:10   rifle, it was 15.9 and 17.81.  So approximately
30:11   ten decibels less.
30:12   Now, the reason, I think, is that the flange
30:13   structure of the ISL or what is the Bilsom 656
30:14   earplug, the third flange does not make contact
30:15   at all with the ear canal.  So when you insert
30:16   it, you only have contact with the first two
30:17   flanges of that earplug and not the third
30:18   flange.

31:01 - 33:09   Murphy, William (2021-01-15)                3:48

31:01   Q. Dr. Murphy, turning your attention
31:02   from the results of your testing to the
31:03   distribution on the e-mail, can you tell me who
31:04   it was by looking at the to and CC lines that
31:05   you were sharing this data with?
31:06   A. What do you mean who?  Do you want
31:07   me to tell you who all the persons are?
31:08   Q. Yes, sir.
31:09   A. Okay.  Elliott Berger at that time
31:10   was worker for Aearo EAR.  Vern Larson was an
31:11   employee of Bacou-Dalloz.  At that particular
31:12   time, Bacou-Dalloz had purchased Bilsom
31:13   Corporation.  They were still selling product
31:14   as Bilsom.  Per -- Vern Larson worked in
31:15   San Diego at what is now the Honeywell
31:16   headquarters -- well, their hearing protection
31:17   labs in the U.S.  Per Hiselius was working in
31:18   Billesholm, Sweden, and he was an employee of
31:19   Dalloz Safety.
31:20   Armand Dancer is a research physiologist and
31:21   medical physician with the French German
31:22   Research Institute de Saint Louis.  Dr. Douglas
31:23   Ohlin was at that time part of the Centers for
32:01   Health Promotion and Preventive Medicine at
32:02   Aberdeen Proving Grounds Edgewood Campus.  And
32:03   Dr. John Franks is -- at that time he was my
32:04   supervisor.  And Mark Little -- Major Mark
32:05   Little was a -- what would you call it?  I
32:06   guess it was an intern or he was assigned to
32:07   work at NIOSH for a year.  And he was, I think,
32:08   towards the beginning of his tenure with us at
32:09   NIOSH.

| | |
|---|---|
| 32:10 | Q. Do you recall why you were sending |
| 32:11 | this test data to that particular group of |
| 32:12 | people? |
| 32:13 | A. Because all of the products that |
| 32:14 | are listed there are manufactured by persons |
| 32:15 | from those companies with the exception of one |
| 32:16 | of the products that's there. |
| 32:17 | Q. And what about Mr. Doug Ohlin? |
| 32:18 | A. Doug Ohlin was in the Army's role |
| 32:19 | at the Center for -- CHPPM, Center for Health |
| 32:20 | Promotion and Preventive Medicine.  And Mark |
| 32:21 | Little had been working with Dr. Ohlin.  And |
| 32:22 | that's as much as I know.  So I figured that |
| 32:23 | Doug would be interested.  Armand Dancer is a |
| 33:01 | researcher at ISL.  And since they invented the |
| 33:02 | earplug filter, I thought it was interesting to |
| 33:03 | share these data with him. |
| 33:04 | Q. Okay.  After the 2001 testing |
| 33:05 | that's described in this e-mail, do you recall |
| 33:06 | when the next time was that you had an occasion |
| 33:07 | to test the Combat Arms Version II? |
| 33:08 | MS. SASLAW:  And I'm -- |
| 33:09 | A. May of 2002. |

| | | |
|---|---|---|
| 33:11 - 33:12 | Murphy, William (2021-01-15) | 0:04 |
| 33:11 | A. It's part of a health hazard | |
| 33:12 | evaluation that NIOSH did. | |

| | | |
|---|---|---|
| 33:20 - 35:14 | Murphy, William (2021-01-15) | 2:11 |
| 33:20 | Q. Okay.  Dr. Murphy, can you tell us | |
| 33:21 | if you recognize Exhibit 2, and if so, what it | |
| 33:22 | is? | |
| 33:23 | A. Let's see here.  Yes.  I recognize | |
| 34:01 | it.  It is a presentation that I wrote in | |
| 34:02 | collaboration with my colleague, Chucri Kardous | |
| 34:03 | at NIOSH.  And it -- as the title says, it | |
| 34:04 | describes measurements of attenuation of | |
| 34:05 | nonlinear and linear hearing protection devices | |
| 34:06 | and impulse noise. | |
| 34:07 | Q. Is this the testing that you just | |
| 34:08 | described would have been done in 2002? | |
| 34:09 | A. Yes. | |
| 34:10 | Q. Okay.  If we turn to the -- well, | |
| 34:11 | let me ask you before I turn into it, what was | |
| 34:12 | the occasion for this testing?  Why did you do | |
| 34:13 | it? | |
| 34:14 | A. The Fort Collins Police Services | |
| 34:15 | Department contacted NIOSH to request their | |
| 34:16 | assistance with the evaluation of impulse noise | |
| 34:17 | and hearing sensitivity, hearing loss -- | |

| 34:18 | actually hyperacusis is the term that -- that |
| 34:19 | should be used, for their special weapons and |
| 34:20 | assault team, I guess is the proper expanded |
| 34:21 | abbreviation for SWAT.  They had issued an |
| 34:22 | electronic earplug to their officers on the |
| 34:23 | SWAT team.  And they were concerned that |
| 35:01 | several of their officers had developed |
| 35:02 | sensitivity to impulse noise and to using that |
| 35:03 | particular product.  And they asked NIOSH to |
| 35:04 | come out and do an evaluation of the noise |
| 35:05 | levels and to evaluate that particular earplug |
| 35:06 | that they were using.  And at the time that we |
| 35:07 | did this, I wanted to take and get as many of |
| 35:08 | our products that -- many of which you saw in |
| 35:09 | the -- in the previous Exhibit 1 or tab one, I |
| 35:10 | guess you called it.  We wanted to evaluate as |
| 35:11 | many of those products as we could in |
| 35:12 | collaboration with going out and doing these |
| 35:13 | measurements at an indoor as well as an outdoor |
| 35:14 | firing range. |

| 35:17 - 39:03 | Murphy, William (2021-01-15) | 4:07 |
| 35:17 | Q. And Dr. Murphy, I would ask you |
| 35:18 | whether you can tell us what products were |
| 35:19 | tested during this 2002 NIOSH testing? |
| 35:20 | A. Okay.  So there are -- in this |
| 35:21 | case the -- there are linear products that are |
| 35:22 | described here.  And there are nonlinear |
| 35:23 | products that are described here.  The |
| 36:01 | Bilsom 555 is a solid core linear earplug.  The |
| 36:02 | Bilsom 655 NST -- stands for natural sound |
| 36:03 | technology -- is akin to a flat attenuation |
| 36:04 | earplug designed for musicians of sorts.  The |
| 36:05 | EAR Combat Arms Earplug is the CAE Version II. |
| 36:06 | The linear side of that is the green side. |
| 36:07 | The next two EAR products are the same |
| 36:08 | product.  One of them is called HiFi.  The |
| 36:09 | other is called Ultratech.  And they are built |
| 36:10 | with a Knowles -- I believe it's a Knowles |
| 36:11 | acoustic filter.  And they're meant to provide |
| 36:12 | a flat attenuation, a uniform attenuation |
| 36:13 | across the frequency spectra.  The EAR classic |
| 36:14 | earplug is a polyvinyl foam earplug, and it is |
| 36:15 | formable.  You can roll it down and make it |
| 36:16 | insert into a fixture and whatnot. |
| 36:17 | The nonlinear earplugs that were looked at |
| 36:18 | were the Bilsom 655 using the ISL cartridge. |
| 36:19 | So it's essentially the -- it's the same |
| 36:20 | flanges as the 655 NST earplug.  But instead of |
| 36:21 | having the NST filter, it uses the ISL |

| | |
|---|---|
| 36:22 | cartridge.  The EAR Combat Arms Version II with |
| 36:23 | the ISL cartridge, we all know what that is. |
| 37:01 | And then there's another product here, the |
| 37:02 | North Sonic ear valve, which is -- essentially |
| 37:03 | it's a flap inside of a metal cylinder with |
| 37:04 | openings on either end.  And the assumption is |
| 37:05 | that the sound pressure level will cause that |
| 37:06 | flap to close and increase the attenuation. |
| 37:07 | And then the last product that's on that is an |
| 37:08 | earmuff called the EAR Ultra 9000.  I don't |
| 37:09 | know if that's sold anymore.  I don't believe |
| 37:10 | that it is.  And it is also based on a |
| 37:11 | nonlinear acoustic process like the ISL |
| 37:12 | cartridge except instead of a cylinder with two |
| 37:13 | holes on either end, you know, inserted into an |
| 37:14 | ear canal cartridge, it's a larger slit orifice |
| 37:15 | that relies on the same principles that as the |
| 37:16 | sound pressure differential across the orifice |
| 37:17 | is increasing, the acoustic resistance |
| 37:18 | increases and provides more attenuation as the |
| 37:19 | sound pressure level outside goes up. |
| 37:20 | Q. Okay.  Was this testing also done |
| 37:21 | on a mannequin? |
| 37:22 | A. Yes.  It was done on the ISL |
| 37:23 | mannequin that was done on the previous |
| 38:01 | discussion -- |
| 38:02 | Q. And -- |
| 38:03 | A. -- so circa 2000. |
| 38:04 | Q. -- would the Combat Arms |
| 38:05 | Version II have been fitted into that mannequin |
| 38:06 | in the manner that you described earlier? |
| 38:07 | A. Yes. |
| 38:08 | Q. Did you need to fold back the |
| 38:09 | flanges on the -- |
| 38:10 | A. No. |
| 38:11 | Q. -- opposite on this test? |
| 38:12 | A. No. |
| 38:13 | Q. You were able to get a good fit |
| 38:14 | with the Combat Arms Version II without folding |
| 38:15 | the flanges back? |
| 38:16 | A. Correct. |
| 38:17 | Q. Did you have any problems during |
| 38:18 | this testing achieving or maintaining a good |
| 38:19 | fit with the Combat Arms Version II? |
| 38:20 | A. No.  You know, it's -- it's the |
| 38:21 | same earplug.  It's the same ear canal.  And |
| 38:22 | it's the same issues that I mentioned earlier, |
| 38:23 | which is the first two flanges would have solid |
| 39:01 | contact with the ear canal wall.  And the third |
| 39:02 | flange was in contact with the outer edge of |

| | | |
|---|---|---|
| 39:03 | the ear canal wall. | |
| 39:06 - 41:01 | Murphy, William (2021-01-15) | 3:31 |
| 39:06 | Q. And Dr. Murphy, could you tell us | |
| 39:07 | what you did during this 2002 testing? | |
| 39:08 | A. So this is describing the | |
| 39:09 | measurements at the indoor firing range.  There | |
| 39:10 | are ten weapons that are indicated here, five | |
| 39:11 | different calibers, and the weapons had | |
| 39:12 | different length barrels.  So there are four | |
| 39:13 | pistols.  The 357 Smith and Wesson 586 and 686. | |
| 39:14 | I don't remember which one is the longer one. | |
| 39:15 | Same thing for the Para-Ordnance and the | |
| 39:16 | Colt 991, 45 caliber, the Glock 22 and 27, and | |
| 39:17 | the pocket nine and Sig Sauer nine millimeter | |
| 39:18 | pistols. | |
| 39:19 | The Remington 870 and 1187 also had slightly | |
| 39:20 | different lengths in the shotgun barrel.  We | |
| 39:21 | set the mannequin up so that it was six feet to | |
| 39:22 | the left of the shooter.  The shooter had a | |
| 39:23 | tripod in which they were to rest their hand | |
| 40:01 | and basically provide a gun rest so that we | |
| 40:02 | maintained a consistent positioning of the | |
| 40:03 | weapon and not having issues of the weapon | |
| 40:04 | barrel being, you know -- moving around | |
| 40:05 | significantly. | |
| 40:06 | For each hearing protector condition, | |
| 40:07 | whether that was the device with the nonlinear | |
| 40:08 | insertion or the linear insertion, every one of | |
| 40:09 | them we -- we measured five shots for each of | |
| 40:10 | these ten weapons at the indoor range.  And if | |
| 40:11 | I remember the -- the study was something like | |
| 40:12 | there were 33 different conditions.  And we had | |
| 40:13 | ten weapons.  And so that resulted in a couple | |
| 40:14 | thousand shots that we had in this study. | |
| 40:15 | At the outdoor range -- which is not | |
| 40:16 | described here.  At the outdoor range we | |
| 40:17 | selected five of these weapons and two other | |
| 40:18 | weapons that we couldn't use at the indoor | |
| 40:19 | range, the Colt AR-15 and a Heckler and Koch. | |
| 40:20 | I want to say it was a 36 rifle.  And those | |
| 40:21 | fire a .223 ammunition round or a .556 | |
| 40:22 | ammunition round.  And they don't fire those at | |
| 40:23 | the indoor range because their bullet traps are | |
| 41:01 | not designed to accept that much energy. | |
| 41:05 - 44:01 | Murphy, William (2021-01-15) | 4:32 |
| 41:05 | Q. Dr. Murphy, take a look at this. | |
| 41:06 | And can you tell us at least at a high level | |
| 41:07 | what the results were for the green end, the | |

41:08    linear end of the Combat Arms Version II?
41:09    A. Yeah.  As you look at that, it's
41:10    the greenish squares that are indicated in
41:11    this.  And you can see that the -- these are
41:12    third octave band estimates of the noise
41:13    reduction.  So this is the measurement between
41:14    the external microphone.  So if we're putting a
41:15    microphone about four inches or so from the
41:16    right ear of the mannequin, then the mannequin
41:17    is -- has either a hearing protector or no
41:18    hearing -- actually it always had a hearing
41:19    protector on.  And the reason it had a hearing
41:20    protector on is that initial purchase of the
41:21    mannequin had a half-inch microphone.  So we
41:22    couldn't do an unoccluded measurement, a
41:23    measurement without a hearing protector on it,
42:01    without fear of overloading the microphone.  So
42:02    that's why all of our measurements were done
42:03    with the earplugs in place.
42:04    So we're taking a measurement between the
42:05    external microphone and the internal microphone
42:06    and calculating the third octave band noise
42:07    reduction values.
42:08    Q. I know this is in graphical form,
42:09    so it may be a little bit difficult to do just
42:10    visually.  But can you tell us sort of the
42:11    range or typical attenuation provided by the
42:12    CAEv2 green end during the testing?
42:13    A. Yeah.  As we look at this, it --
42:14    it changes from starting at the left of the
42:15    graph at 25 hertz.  Although knowing what I
42:16    know now in the publications that we did on
42:17    these kinds of products or these kinds of
42:18    measurements from this study, I would start at
42:19    around 100 hertz because we don't have a long
42:20    enough time sample to really get a good solid
42:21    measurement for the very low frequency that is
42:22    between 25 and 100 hertz.
42:23    But starting at a hundred hertz, we're
43:01    around 32 decibels.  And as you go up around it
43:02    looks like about 400 hertz, it's decreased a
43:03    little bit to 28 or 23 -- 26 decibels.  And
43:04    then it increases up to around 30-something
43:05    decibels, almost 40 decibels at 8,000 -- or 800
43:06    hertz.
43:07    And it reduces a little bit again.  And by
43:08    the time we get out to 5,000 hertz and above,
43:09    it is more than 50 decibels.  And there's a
43:10    dark -- well, not dark.  A teal colored line in
43:11    this bold line.  And that indicates the bone

43:12   conduction limit for the attenuation
43:13   measurement.
43:14   In other words, at some point the amount of
43:15   energy that would potentially be transmitted to
43:16   a person wearing the earplug to their --
43:17   through their skull -- not through the ear, but
43:18   through their skull, through the brain tissue
43:19   and potentially to the cochlea, it's what we
43:20   call the bone conduction limit.  And so when
43:21   those two green values are below in this graph,
43:22   that line, we would want to limit what we say
43:23   about the amount of attenuation that it might
44:01   provide.

44:23 - 46:07   Murphy, William (2021-01-15)                         2:45
44:23   Q. Dr. Murphy, can you tell us how
45:01   the Bilsom product performed that had the ISL
45:02   filter in it?
45:03   A. In this case again, again, we
45:04   started around 100 hertz.  The -- these are the
45:05   linear earplug filters.  These are not the
45:06   nonlinear earplug filters.  So it's not a
45:07   comparison -- well, wait.  Wait.  Wait.  Wait.
45:08   I'm sorry.  We are talking about the
45:09   Combat Arms linear earplug.
45:10   Okay.  So the one that is to be compared
45:11   with the Combat Arms Version II would be the
45:12   blue symbols that are in this, the blue circles
45:13   and symbols.  And we see attenuation ranging
45:14   from about 28 at 100 hertz.  It decreases to
45:15   about 15 or so at 400 hertz and then increases
45:16   upwards of almost 40 decibels and such as you
45:17   move out into higher frequencies.
45:18   Q. Okay.  So I'm sorry, Dr. Murphy.
45:19   Did I interrupt you?
45:20   A. The one thing I was going to point
45:21   out is that, you know, relative to the noises
45:22   that we're -- we're looking at, these are going
45:23   to be gunshots.  And they're going to have peak
46:01   levels or a spectral peak around a thousand
46:02   hertz -- five hundred to a thousand hertz.  So
46:03   the portion that matters in terms of the
46:04   attenuation that we're dealing with is going to
46:05   be affected perhaps more strongly by the
46:06   decrease in attenuation you see at 400, 500
46:07   hertz.

46:10 - 47:15   Murphy, William (2021-01-15)                         2:45
46:10   Q. Dr. Murphy, I believe this -- this
46:11   slide contains the yellow end.

46:12   A. Yes.
46:13   Q. The nonlinear end of the
46:14   Combat Arms and the other products. Can you
46:15   tell us what attenuation or noise reduction was
46:16   achieved with the yellow end of the Combat Arms
46:17   Version II on your testing?
46:18   A. Yeah. I'm just trying to think
46:19   about what's here. I'm -- I'm going to confess
46:20   that there may be an error in the legend. I'm
46:21   not positive about that. I'd have to go back
46:22   and check my -- my data. But if I believe the
46:23   legend as it is, the black symbols -- and well,
47:01   let me describe what I think the error is. The
47:02   EAR Combat Arms nonlinear earplug is yellow.
47:03   The EAR Ultra 9000 earmuff is black. And I
47:04   thought that these would be -- the yellow would
47:05   be the Combat Arms and the black would be the
47:06   Ultra 9000. That said, if we look at these, we
47:07   see a change in attenuation from almost no
47:08   attenuation at low levels or low frequencies.
47:09   And it increases as one goes up in frequency to
47:10   about 20 dB. This is -- I'm following the
47:11   black squares that are in this graph, to about
47:12   20 dB. Starting around a hundred hertz there's
47:13   a slight dip. It looks to be about 100 hertz.
47:14   And then it tends to increase from there on
47:15   out.

48:05 - 51:07   Murphy, William (2021-01-15)                    4:57
48:05   MR. WASDIN: If we go to slide 20,
48:06   Simon, there is a -- a chart that's called
48:07   summary of attenuation growth.
48:08   Q. Dr. Murphy, do you see that?
48:09   A. Yes, I do.
48:10   Q. What is this depicting?
48:11   A. Well, I think you need to go back
48:12   two -- one side. Let's go back one slide,
48:13   please, and I can describe what -- what we're
48:14   talking about here. Because the different
48:15   weapons that we used, this is data from the
48:16   indoor firing range because there are ten
48:17   symbols in blue, ten symbols in black, and ten
48:18   symbols in yellow. The different weapons have
48:19   different peak levels. And the performance of
48:20   a nonlinear earplug changes as a function of
48:21   the external and internal pressure difference.
48:22   So what I was trying to look at is what is the
48:23   growth or what is the change, what's the
49:01   variability in the nonlinear, you know, peak
49:02   reduction that we're seeing. Not the nonlinear

| | |
|---|---|
| 49:03 | peak reduction.  What is the change in the peak |
| 49:04 | reduction and what's the uncertainty in the |
| 49:05 | peak reduction as a function of the various |
| 49:06 | weapons that were used. |
| 49:07 | And what we see here are three different |
| 49:08 | hearing protection devices, the EAR nonlinear |
| 49:09 | earplug.  That's in yellow.  And the Ultra 9000 |
| 49:10 | in black and the Bilsom ISL earplug in blue. |
| 49:11 | And what I did was take the average of all of |
| 49:12 | these quantities, so roughly the averages kind |
| 49:13 | of in the middle of each of those lines.  Let's |
| 49:14 | just say right around 162. |
| 49:15 | So if we look at the Bilsom, we're seeing |
| 49:16 | around 17.  If we look at the Ultra 9000, we're |
| 49:17 | seeing about 21 or 22.  And if we're looking at |
| 49:18 | the EAR Combat Arms Earplug, we're looking at |
| 49:19 | about 23 in terms of the average of all of |
| 49:20 | those symbols.  Then the other quantity that I |
| 49:21 | was trying to capture was the slope of those |
| 49:22 | lines. |
| 49:23 | And when you take a look at the slopes of |
| 50:01 | those lines, it's listed there 0.88 -- I'm |
| 50:02 | sorry, 0.088 decibels per decibel for the blue |
| 50:03 | line.  0.13 decibels per decibel for the yellow |
| 50:04 | line.  And 0.53 decibels per decibel for the |
| 50:05 | black line. |
| 50:06 | Now, the earmuff is the Ultra 9000.  And |
| 50:07 | earmuffs tend to change more.  At least in my |
| 50:08 | experience with this, they change more as a |
| 50:09 | function of the peak level.  And it has to do |
| 50:10 | just with the fact that you've got this large |
| 50:11 | volume that is being affected differently as |
| 50:12 | the -- as the impulse levels increase. |
| 50:13 | Now if we go to the next slide, what I've |
| 50:14 | done is try to summarize all of the products |
| 50:15 | that were tested and plotted them by their |
| 50:16 | average level and plotting them with the slope, |
| 50:17 | the attenuation of those lines.  And so if we |
| 50:18 | look at the EAR Combat Arms, it's a 23 with a |
| 50:19 | slope of about .13 or .15.  I forget what the |
| 50:20 | number was.  Yes, that's the right symbol. |
| 50:21 | The Bilsom ISL is the dark blue symbol, and |
| 50:22 | it's around 17.  And the slope is in the other |
| 50:23 | graph.  It's at 0.088.  And the EAR Ultra 9000 |
| 51:01 | is up there at the top of the page.  And it has |
| 51:02 | an attenuation of about 21 or 22 dB and a large |
| 51:03 | slope on this. |
| 51:04 | Q. So is the way this chart works is |
| 51:05 | that the further to the right you are, the |
| 51:06 | higher the noise reduction was? |

| | | |
|---|---|---|
| 51:07 | A. The higher peak reduction, yes. | |
| 51:22 - 54:13 | Murphy, William (2021-01-15) | 3:56 |
| 51:22 | Q. And Dr. Murphy, this is the, I | |
| 51:23 | believe -- | |
| 52:01 | A. The poster. | |
| 52:02 | Q. The poster, yeah. | |
| 52:03 | A. Yeah. | |
| 52:04 | Q. Okay.  Can you -- after the 2002 | |
| 52:05 | testing that we just described, when was the | |
| 52:06 | next time you tested the Combat Arms | |
| 52:07 | Version II? | |
| 52:08 | A. This was conducted in 2015. | |
| 52:09 | Q. Okay.  And what was this testing? | |
| 52:10 | A. In the left photograph in the | |
| 52:11 | poster, you see a very large horn.  And in | |
| 52:12 | front of the horn are two of the GRAS Sound and | |
| 52:13 | Vibration 45 CB acoustic test fixtures.  One of | |
| 52:14 | those fixtures was owned by NIOSH.  The other | |
| 52:15 | of those fixtures was owned by Western Michigan | |
| 52:16 | University.  And in between those two fixtures | |
| 52:17 | is a pencil or a cylinder that you see there | |
| 52:18 | with kind of a pointy end.  And that is the | |
| 52:19 | GRAS Sound and Vibration 67 SB probe | |
| 52:20 | microphone. | |
| 52:21 | Q. And these -- these heads, these | |
| 52:22 | mannequin heads that we can see in the photo, | |
| 52:23 | is that a sort of new test fixture that was | |
| 53:01 | used -- | |
| 53:02 | A. Correct. | |
| 53:03 | Q. -- for this testing? | |
| 53:04 | A. Correct.  In 2010, you see it | |
| 53:05 | listed right there at the top there, the ANSI | |
| 53:06 | 12.42-2010 standard was issued.  And one of the | |
| 53:07 | things we identified was a need to have longer | |
| 53:08 | ear canals.  These fixtures were manufactured | |
| 53:09 | with approximately an 18 millimeter ear canal, | |
| 53:10 | which would allow one to fit a typical foam | |
| 53:11 | earplug or other earplug fully into the ear | |
| 53:12 | canal and not bottom out at the -- at the grid | |
| 53:13 | of the microphone in the middle ear simulator. | |
| 53:14 | Q. It also looks from the photo like | |
| 53:15 | these mannequins have a -- a pinna, like a -- | |
| 53:16 | A. Yes.  They have a pinna that's | |
| 53:17 | based on a human shaped pinna.  You see the | |
| 53:18 | flesh-shaped color ring around that.  That's so | |
| 53:19 | that when you put an earmuff or something on | |
| 53:20 | it, you're making contact with something that | |
| 53:21 | has the -- the typical Shore resistance as what | |
| 53:22 | you might see with skin.  Inside of the ear | |

| | | |
|---|---|---|
| 53:23 | canal of those mannequins, it's a steel tube. | |
| 54:01 | Lining this steel tube is the same kind of | |
| 54:02 | material that you see on the outside there, the | |
| 54:03 | -- the flesh colored silicone material. | |
| 54:04 | Q. How -- how were the Combat Arms | |
| 54:05 | plugs, the Version II plugs, fit on this | |
| 54:06 | mannequin during this testing? | |
| 54:07 | A. They were fitted so that you could | |
| 54:08 | get the entire earplug in -- well, the entire | |
| 54:09 | three flanges inserted into the mannequin's | |
| 54:10 | ear.  And the flanges were not folded back. | |
| 54:11 | Q. When you say the flanges were not | |
| 54:12 | folded back, you mean on the opposite end? | |
| 54:13 | A. Correct. | |

**54:14 - 54:19   Murphy, William (2021-01-15)   0:11**

| | | |
|---|---|---|
| 54:14 | Q. Did you have any problems | **Re: [54:14 to 54:19]** | <span style="background-color:yellow">OVERRULED</span> |
| 54:15 | achieving or maintaining a good fit with the | **Def Obj** Improper counter | |
| 54:16 | Combat Arms Version II during this testing? | | |
| 54:17 | A. No.  The mannequins didn't move. | **Re: [54:18 to 54:19]** | <span style="background-color:yellow">SUSTAINED</span> |
| 54:18 | Q. Okay.  And can you -- | **Def Obj** Non-responsive, | |
| 54:19 | A. They didn't complain. | relevance, prejudice (611, 403) | |

**54:20 - 56:18   Murphy, William (2021-01-15)   3:35**

| | | |
|---|---|---|
| 54:20 | Q. I think I'm probably running | |
| 54:21 | pretty short on time.  But can you give us a | |
| 54:22 | sort of a high level overview of the results | |
| 54:23 | of -- | |
| 55:01 | A. Right.  So there are -- if you can | |
| 55:02 | slide over a little bit.  Yeah.  Blow up the | |
| 55:03 | panel on your -- the panel in the middle there, | |
| 55:04 | blow it up a little bit more.  There is a CAEv4 | |
| 55:05 | and a CAEv2.  And the CAEv2, there are two sets | |
| 55:06 | of three bars.  And I would have to look | |
| 55:07 | closely at it to remember which ones are the | |
| 55:08 | Western Michigan -- oh, it says it right there. | |
| 55:09 | Western Michigan are the three bars to the | |
| 55:10 | right.  And the NIOSH fixture are the three | |
| 55:11 | bars to the left.  If you can zoom it in a | |
| 55:12 | little bit more, please, that would be helpful. | |
| 55:13 | There we go. | |
| 55:14 | So we're looking at the Combat Arms | |
| 55:15 | Version II.  You'll see that there are a | |
| 55:16 | blue -- a dark blue, a light -- a lighter blue, | |
| 55:17 | and sort of a teal colored, and then a green, | |
| 55:18 | orange, and yellow colored bar.  These | |
| 55:19 | represent three different peak levels that were | |
| 55:20 | generated by the acoustic shock tube at 132, | |
| 55:21 | 150, and 168 decibel peak sound pressure level. | |

| | | | |
|---|---|---|---|
| 55:22 | And we have different amounts of attenuation | | |
| 55:23 | that are observed on these devices.  And this | | |
| 56:01 | is the impulse peak insertion loss. | | |
| 56:02 | And what it is, is we use calculation to | | |
| 56:03 | compensate for the fact that the person or that | | |
| 56:04 | the fixture is occluded versus unoccluded.  And | | |
| 56:05 | we impute what the -- estimate what the peak | | |
| 56:06 | level would have been for a shot based on the | | |
| 56:07 | acoustic transfer function between that | | |
| 56:08 | pressure probe that you saw in the middle of | | |
| 56:09 | the two mannequins and the ear canal of the | | |
| 56:10 | unoccluded fixture. | | |
| 56:11 | And so we're seeing levels of attenuation at | | |
| 56:12 | 132 of about ten decibels.  At 150 dB we're | | |
| 56:13 | seeing attenuation levels of around 17 or 18 | | |
| 56:14 | decibels.  And at 168 dB we're seeing | | |
| 56:15 | attenuation levels of 32 to 35 decibels.  The | | |
| 56:16 | little blips that you see on the tops of those | | |
| 56:17 | bars are the standard deviation -- one standard | | |
| 56:18 | deviation. | | |

**61:13 - 62:09    Murphy, William (2021-01-15)                                                                     1:58**

| | | | |
|---|---|---|---|
| 61:13 | Q. (Mr. Monsour) You were talking | **Re: [61:13 to 62:09]** | <mark>SUSTAINED</mark> |
| 61:14 | with regard -- you mentioned before how | **Def Obj** Improper counter | |
| 61:15 | mannequins don't move.  Correct, Dr. Murphy? | | |
| 61:16 | A. They usually don't. | | |
| 61:17 | Q. Right.  They -- I agree.  They | | |
| 61:18 | usually don't.  And one of the points that you | | |
| 61:19 | made with regard to fit was that the mannequins | | |
| 61:20 | don't move.  Correct? | | |
| 61:21 | A. Correct. | | |
| 61:22 | Q. And why is it important to | | |
| 61:23 | calculate that or factor that in, in a study | | |
| 62:01 | that is going to be potentially used to | | |
| 62:02 | attribute study response from a mannequin into | | |
| 62:03 | its application for humans? | | |
| 62:04 | A. The reason we use a mannequin for | | |
| 62:05 | the testing is because it would be unethical to | | |
| 62:06 | expose a human to these noise levels. | | |
| 62:07 | Q. Do you -- | | |
| 62:08 | A. We could produce hearing loss in | | |
| 62:09 | our human subjects. | | |

**62:10 - 63:12    Murphy, William (2021-01-15)                                                                     2:37**

| | | | |
|---|---|---|---|
| 62:10 | Q. Okay.  Do you -- do you | | |
| 62:11 | necessarily assume that because testing on a | | |
| 62:12 | mannequin that doesn't move reaches a certain | | |
| 62:13 | level of protection that an actual human user | | |
| 62:14 | that does move will get the same protection? | | |
| 62:15 | A. Just one moment.  I'm making sure | | |

| | | | |
|---|---|---|---|
| 62:16 | that there's nobody knocking on the door.  I | | |
| 62:17 | heard something.  Do we assume that the person | | |
| 62:18 | who's using the earplug has the same protection | | |
| 62:19 | as what we measure?  That, of course, is an | | |
| 62:20 | assumption in any hearing protector | | |
| 62:21 | measurement.  If you look at the regulation | | |
| 62:22 | that governs the creation of the noise | | |
| 62:23 | reduction rating for a hearing protection | | |
| 63:01 | device, it is designed to provide one with an | | |
| 63:02 | indication of the potential for the noise | | |
| 63:03 | reduction capabilities of that hearing | | |
| 63:04 | protection device.  And so there's no | | |
| 63:05 | regulation in the United States for describing | | |
| 63:06 | the performance of these protection devices in | | |
| 63:07 | regards to impulse noise.  There is a | | |
| 63:08 | regulation that governs -- and it's 40 CFR 211 | | |
| 63:09 | subpart B that describes and regulates how a | | |
| 63:10 | manufacturer is required to measure and report | | |
| 63:11 | the attenuation of a hearing protection device | | |
| 63:12 | for sale in the United States. | | |

| | | | | |
|---|---|---|---|---|
| **63:23 - 65:04** | **Murphy, William (2021-01-15)** | 2:38 | | |
| 63:23 | Q. The first two exhibits that you | | **Re: [63:23 to 65:04]** | Re: [63:23 to 65:04] |
| 64:01 | looked at, Dr. Murphy, detailed some early | | **Pltf Obj** cumulative | SUSTAINED |
| 64:02 | testing that you had done on the product in | | | |
| 64:03 | 2001 and 2002.  Is that correct? | | | |
| 64:04 | A. Yes. | | | |
| 64:05 | Q. And in both of those studies or | | | |
| 64:06 | both of those tests that you performed, you | | | |
| 64:07 | mentioned that the third flange of the inserted | | | |
| 64:08 | portion of the Combat Arms Version II Earplug | | | |
| 64:09 | was just barely touching the outside of the | | | |
| 64:10 | artificial canal.  Is that correct? | | | |
| 64:11 | A. Correct. | | | |
| 64:12 | Q. Is it a fair statement to say, | | | |
| 64:13 | sir, that because the part that was being | | | |
| 64:14 | inserted was barely touching the outside of the | | | |
| 64:15 | canal, that the opposing outer flange was not | | | |
| 64:16 | pressing upon the artificial ear canal? | | | |
| 64:17 | A. It wouldn't have been pressing on | | | |
| 64:18 | the ear canal.  It may have been in contact | | | |
| 64:19 | with the concha, which is the -- if you look at | | | |
| 64:20 | your ear, this portion where I'm sticking my | | | |
| 64:21 | finger is the concha.  It could have been | | | |
| 64:22 | contacting the -- the anterior portion of the | | | |
| 64:23 | concha.  Whether that would provide a force -- | | | |
| 65:01 | an outward force, you know, a lateral force, | | | |
| 65:02 | that would not be the case because if it's just | | | |
| 65:03 | a side friction force, it's not going to do | | | |
| 65:04 | anything. | | | |

69:02 - 69:14    Murphy, William (2021-01-15)                                    1:49

69:02    Q. Right.                                                  Re: [69:02 to 69:14]          Re: [69:02 to 69:14]
69:03    A. If you have -- if you have not                         Pltf Obj incomplete,            SUSTAINED-Nonresponsive
69:04    fitted the earplug properly in your ear, you              nonresponsive
69:05    can have very poor attenuation.  If you have an
69:06    earmuff that gets moved in the course of firing
69:07    a weapon or something like that, you can end up
69:08    with a threshold shift as a result of that.
69:09    The -- the reason that we did this research is
69:10    because when you fire a weapon that's 150, 160,
69:11    170 decibels at the ear canal -- and I'm only
69:12    talking about small arms fire -- those levels
69:13    are enough to cause immediate threshold shifts.
69:14    And they can be permanent threshold shifts.

70:20 - 72:05    Murphy, William (2021-01-15)                                    2:34

70:20    Q. (Ms. Monsour) Isn't it a fair                          Re: [70:20 to 72:05]           Re: [70:20 to 72:05]
70:21    statement, sir, that when you're performing               Pltf Obj nonresponsive          SUSTAINED-Nonresponsive
70:22    acoustic tests on an acoustic test fixture,
70:23    that because it is not a real ear, the data
71:01    from it is not necessarily representative of
71:02    what will happen in a real ear?  Is that a
71:03    fair --
71:04    MS. SASLAW:  And again, I'm going
71:05    to -- sorry to cut you off.  I'm going to
71:06    object on the basis that it's outside the scope
71:07    of the authorization.
71:08    MR. MONSOUR:  Jesus.
71:09    THE WITNESS:  Well, I'm -- I'm
71:10    going to answer this question against your --
71:11    over your objection.
71:12    A. And that is that this presentation
71:13    was done in 2002.  And we had not conducted any
71:14    analysis of the attenuation as a function of
71:15    frequency and done comparisons with real ear
71:16    attenuation and threshold testing, which really
71:17    is at the heart of this whole -- some of this
71:18    lawsuit that we're dealing with here.  And in
71:19    the testing that we did, we were able to
71:20    demonstrate that the attenuations that we were
71:21    seeing for the products was representative of
71:22    real ears in terms of what we were seeing.
71:23    We had measurements of the acoustic test
72:01    fixture in continuous noise.  We had
72:02    measurements of the acoustic test fixture in
72:03    impulse noise.  And we had real ear attenuation
72:04    and threshold testing with human subjects.  And
72:05    the results agree.