# EXHIBIT 1

# Cimino, M. 12-11-2019

## Colors

Plaintiff Affirmatives
Defense Objections
Defense Counters
Plaintiff Objections

| Designation | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|
| **7:8 - 7:13   Cimino, M. 12-11-2019**<br>7 8    Q.   Would you please state your full name for<br>7 9    the record?<br>7 10   A.   My full name is Mike Cimino.<br>7 11   Q.   Good morning, Mr. Cimino.  My name is Tom<br>7 12   Cartmell.  It is nice to meet you.<br>7 13   A.   Nice to meet you. | | | | |
| **8:12 - 8:17   Cimino, M. 12-11-2019**<br>8 12   Q.   All right.  So, let me ask you where you<br>8 13   presently reside?<br>8 14   A.   I reside in Barrie, Ontario, Canada.<br>8 15   Q.   And how long have you been a resident of<br>8 16   Canada?<br>8 17   A.   All my life. | | | | |
| **8:23 - 9:5   Cimino, M. 12-11-2019**<br>8 23   Who are you currently employed by, sir?<br>8 24   A.   3M.<br>8 25   Q.   And what is your current position at 3M?<br>9 1    A.   Currently I'm a -- a business development<br>9 2    leader.<br>9 3    Q.   Is it true that you've worked for 3M or<br>9 4    its predecessor, the Aearo Technology Company for<br>9 5    approximately 20 years? | Re: [9:3-9:5]<br>Def Objection - Compound (611, 403) | Re: [9:3-9:5]<br>Def Objection - Compound (611, 403)<br>**Overruled** | | |
| **9:8 - 9:11   Cimino, M. 12-11-2019**<br>9 8    A.   So I've worked with 3M company since 2008<br>9 9    when they purchased Aearo company.  With Aearo company<br>9 10   I was there starting back in April -- actually, Aearo<br>9 11   started back in January '99.  Yeah, January '99. | Re: [9:8-9:11]<br>Def Objection - Compound (611, 403) | Re: [9:8-9:11]<br>Def Objection - Compound (611, 403)<br>**Overruled** | | |
| **9:18 - 9:22   Cimino, M. 12-11-2019**<br>9 18   Q.   Okay.  And during that entire 20-year<br>9 19   period of time, have you been working in the marketing<br>9 20   department or the business side of the companies? | | | | |

| | | | | |
|---|---|---|---|---|
| 9 21     A.   Yeah, I've been on the customer-facing,<br>9 22     either marketing or sales side. | | | | |
| **10:15 - 10:24   Cimino, M. 12-11-2019**<br>   10 15     I've marked as Exhibit 1 a copy of your<br>   10 16     resume.  Let me ask you, did you prepare this resume<br>   10 17     for this litigation?<br>   10 18     A.   No.<br>   10 19     Q.   This is a resume that you prepared when?<br>   10 20     A.   So this would have been one that I would<br>   10 21     have picked up -- so this would have been one that I<br>   10 22     would have picked up as a result of having applied to<br>   10 23     other jobs within 3M.  So it's -- it's a consolidated<br>   10 24     CV. | | | | |
| **11:3 - 12:4   Cimino, M. 12-11-2019**<br>   11 3     Q.   So let me ask it, just to summarize for<br>   11 4     the jury, because I want to give them some idea who<br>   11 5     you are.<br>   11 6     But when you started at Aearo<br>   11 7     Technologies, it looks like you were a marketing<br>   11 8     director in -- in 1999, correct?<br>   11 9     A.   Correct.<br>   11 10     Q.   And then you received a promotion to<br>   11 11     business manager in October of 2006, is that correct?<br>   11 12     A.   Correct.<br>   11 13     Q.   Okay.  After that, according to your CV,<br>   11 14     you became a business leader, tactical PPE military<br>   11 15     markets in April of 2008, right?<br>   11 16     A.   Correct.<br>   11 17     Q.   And PPE stands for personal protection<br>   11 18     equipment, is that right?<br>   11 19     A.   Correct.<br>   11 20     Q.   Okay.  You then became a product | | | | |

| | | | | |
|---|---|---|---|---|
| marketing<br>11 21    manager in January 2012 for active hearing, correct?<br>11 22    A.  Correct.<br>11 23    Q.  And we'll go back and talk about some of<br>11 24    these, but if you go to the front -- the front page,<br>11 25    just real quickly, in 2013 you were a product --<br>12 1    product marketing manager, in 2014 you were a national<br>12 2    accounts manager, in 2015 you were a regional sales<br>12 3    manager, and in 2006 -- excuse me -- '18 you became<br>12 4    your current -- or you started working in your current | | | | |
| **12:5 - 12:15  Cimino, M. 12-11-2019**<br>12 5    position, business development leader, is that<br>12 6    correct?<br>12 7    A.  Correct.<br>12 8    Q.  All right.  So, we've talked about all of<br>12 9    those positions that you've had.<br>12 10    Have those been promotions through the<br>12 11    company primarily over those 20-some years?<br>12 12    A.  I would say they've been roles of<br>12 13    escalating responsibility and not all promotions.<br>12 14    Q.  Some of them lateral moves?<br>12 15    A.  Yes. | | | | |
| **14:7 - 14:11  Cimino, M. 12-11-2019**<br>14 7    Q.  And as you marched through the company<br>14 8    over the 20-some years, I take it you have benchmarks<br>14 9    as far as sales and revenues for the products you are<br>14 10    responsible for that are given to you by upper<br>14 11    management, is that right? | **Re: [14:7-14:11]**<br>Def Objection - Compound;<br>Vague (611, 403) | **Re: [14:7-14:11]**<br>Def Objection - Compound;<br>Vague (611, 403)<br>**Overruled** | | |
| **14:13 - 14:13  Cimino, M. 12-11-2019**<br>14 13    A.  Yeah. | **Re: [14:13-14:13]**<br>Def Objection - Compound;<br>Vague (611, 403) | **Re: [14:13-14:13]**<br>Def Objection -<br>Compound; | | |

| | | Vague (611, 403)<br>**Overruled** | | |
|---|---|---|---|---|
| **17:22 - 18:17   Cimino, M. 12-11-2019** | | | **Re: [17:22-18:17]**<br>Improper counter per PTO 64 | **SUSTAINED** |
| 17 22       Have you always been in Canada, | | | | |
| 17 23        Mr. Cimino -- | | | | |
| 17 24        A.   Correct. | | | | |
| 17 25        Q.   -- when you have been working for both | | | | |
| 18 1        Aearo -- Aearo Technologies and for 3M? | | | | |
| 18 2        A.   Yes. | | | | |
| 18 3        Q.   Okay.  Now, for example, Aearo | | | | |
| 18 4        Technologies, I think their United States offices or | | | | |
| 18 5        the -- the primary office is in Indianapolis, is that | | | | |
| 18 6        right, when you were working for them? | | | | |
| 18 7        A.   Yes. | | | | |
| 18 8        Q.   But you worked remotely from Canada during | | | | |
| 18 9        that entire time, is that fair? | | | | |
| 18 10        A.   Correct. | | | | |
| 18 11        Q.   Okay.  And as far as your work at 3M as | | | | |
| 18 12        well, their primary offices, I believe, in the | | | | |
| 18 13        United States are in Minnesota, is that right? | | | | |
| 18 14        A.   Correct. | | | | |
| 18 15        Q.   And you have, during your time at 3M, | | | | |
| 18 16        always worked remotely from Canada, right? | | | | |
| 18 17        A.   Correct. | | | | |
| **18:21 - 19:4   Cimino, M. 12-11-2019** | | | **Re: [18:21-19:4]**<br>Improper counter per PTO 64 | **SUSTAINED** |
| 18 21        And I noted that you have not included | | | | |
| 18 22        anything here about your education before you started | | | | |
| 18 23        working for Aearo Technologies.  So can you just | | | | |
| 18 24        briefly but completely tell us about your educational | | | | |
| 18 25        background? | | | | |
| 19 1        A.   Sure.  I went to Ryerson Polytechnical | | | | |
| 19 2        University in Toronto with a -- a bachelor degree in | | | | |

| | | | | |
|---|---|---|---|---|
| 19 3<br>MBA | mechanical engineering, and then I've got a -- an | | | |
| 19 4 | from City University of Sea -- out of Seattle. | | | |
| **21:11 - 21:15** | **Cimino, M. 12-11-2019** | Re: [21:11-21:15]<br>Def Objection - Compound;<br>Vague (611, 403) | Re: [21:11-21:15]<br>Def Objection -<br>Compound;<br>Vague (611,<br>403)<br>**Overruled** | |
| 21 11 | Q.   You understand you are a witness in this | | | |
| 21 12<br>management | case because you were in marketing and in | | | |
| 21 13 | over, for a period of time, a product, an earplug | | | |
| 21 14 | product called the Combat Arms Earplug, is that | | | |
| fair? | | | | |
| 21 15 | A.   Yeah. | | | |
| **23:17 - 24:13** | **Cimino, M. 12-11-2019** | | | Re: [23:17-24:13]<br>Improper counter per PTO<br>64, 403, waste of time | **SUSTAINED** |
| 23 17 | Q.   When was it that you were first involved | | | |
| 23 18<br>Version 2 | in any capacity with the Combat Arms Earplug | | | |
| 23 19 | while you were working at Aearo? | | | |
| 23 20 | A.   So when I moved into the role as a | | | |
| 23 21<br>business | business leader for the tactical markets as a | | | |
| 23 22 | manager for Aearo back in October of 2006, that | | | |
| 23 23 | product came along as part of a product mix that | | | |
| 23 24 | the -- that particular market focus had. | | | |
| 23 25 | Q.   So if I understand you correctly, you | | | |
| 24 1 | first started having some involvement and | | | |
| 24 2 | responsibility with this earplug, the Combat Arms | | | |
| 24 3 | Earplug Version 2, starting in October of 2006? | | | |
| 24 4 | A.   That product, yes, in 2006, that product | | | |
| 24 5<br>under | would have come along as part of the product mix | | | |
| 24 6 | the -- the B -- the business manager role for the | | | |
| 24 7 | military business unit. | | | |
| 24 8 | Q.   Did you have any involvement with this | | | |
| 24 9<br>Earplug, | product, the Version 2 dual-ended Combat Arms | | | |
| 24 10<br>or | prior to 2006, whether it be related to marketing | | | |
| 24 11 | sales? | | | |
| 24 12 | A.   I would have known about it, but I didn't | | | |
| 24 13 | have any responsibility for it. | | | |

| | | | | |
|---|---|---|---|---|
| **25:23 - 26:3   Cimino, M. 12-11-2019**<br>25 23     Q.   Prior to 2006 when you started having<br>25 24     responsibility for this earplug, I want to know if you<br>25 25     needed to have any training related to this product<br>26 1     before then?<br>26 2     A.   So that product was not part of my role<br>26 3     scope at that time. | | | **Re: [25:23-26:3]**<br>**Improper counter per PTO**<br>**64, 403** | **OVERRULED** |
| **26:14 - 26:17   Cimino, M. 12-11-2019**<br>26 14     So prior to 2006, you didn't need any<br>26 15     training or sort of in-depth knowledge about this<br>26 16     earplug or how it worked, is that fair?<br>26 17     A.   Correct. | | | **Re: [26:14-26:17]**<br>**Improper counter per PTO**<br>**64, 403** | **SUSTAINED** |
| **36:2 - 36:13   Cimino, M. 12-11-2019**<br>36 2     You stated previously that you were first<br>36 3     involved with the Combat Arms Earplugs in 2006, right?<br>36 4     A.   As part of my product portfolio<br>36 5     responsibility, correct.<br>36 6     Q.   And then tell the jury how long it was<br>36 7     after that that you were involved from a marketing<br>36 8     standpoint with the Combat Arms Version 2 earplug?<br>36 9     A.   So I don't remember exactly, but it would<br>36 10     have been -- it would have been in my product mix<br>36 11     through December 2011 as part of my responsibility as<br>36 12     the business leader for the military market.  So that<br>36 13     would have been part of our product mix at the time. | | | | |
| **36:14 - 36:23   Cimino, M. 12-11-2019**<br>36 14     Q.   So is it fair to say that for purposes<br>36 15     of -- of this deposition, the time period for which<br>36 16     you were in a marketing management role related to the | | | **Re: [36:14-36:23]**<br>**Improper counter per PTO 64**<br>**for 36:20-36:23** | **OVERRULED** |

| | | | |
|---|---|---|---|
| 36 17   Combat Arms Version 2 earplug would have been from<br>36 18   2006 through a portion of 2011?<br>36 19   A.   Correct.<br>36 20   Q.   Do you think you had any responsibility<br>36 21   related to Version 2, the Combat Arms Earplug, after<br>36 22   2011?<br>36 23   A.   I did not. | | | |
| **41:4 - 41:18**   **Cimino, M. 12-11-2019**<br>41 4   (WHEREUPON, a certain document was<br>41 5   marked Mike Cimino Deposition Exhibit<br>41 6   No. 4, for identification, as of<br>41 7   12/11/2019.)<br>41 8   BY MR. CARTMELL:<br>41 9   Q.   I'm going to hand you what's been marked<br>41 10   as Exhibit 4.<br>41 11   Mr. Cimino, I've handed you Exhibit 4,<br>41 12   which is an e-mail and attachment that came from 3M's<br>41 13   files in this case, and I want to ask you a few<br>41 14   questions about this.<br>41 15   You see from the e-mail that this is an<br>41 16   e-mail from Doug Moses to Jason Jones and Eric Fallon.<br>41 17   Do you see that?<br>41 18   A.   I do. | Re: [40:21-41:18]<br>Def Objection - Foundation (602) | Re: [41:4-41:18]<br>Def Objection -<br>Foundation (602)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN<br>[41:4-41:18],<br>3/12/2021** | |
| **42:14 - 44:4**   **Cimino, M. 12-11-2019**<br>42 14   Q.   Okay.  You see that there is a document<br>42 15   forwarded by Mr. Moses that talks about military<br>42 16   timelines or a military milestones and time -- and a<br>42 17   timeline.<br>42 18   Do you see that?<br>42 19   A.   The Historical Timeline chart, yes.<br>42 20   Q.   Okay.  Let's take a look at that.  I want<br>42 21   to give the jury some perspective as far as what is<br>42 22   going on during the periods of time that the | Re: [42:14-43:24]<br>Def Objection - Foundation (602)<br>Re: [43:25-44:4]<br>Def Objection - Comopund;<br>Misstates (611, 403) ;<br>Foundation (602) | Re: [42:14-<br>43:24]<br>Def Objection -<br>Foundation (602)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021**<br>Re: [43:25-44:4]<br>Def Objection -<br>Compound;<br>Misstates (611, | |

| | | | | |
|---|---|---|---|---|
| Combat | | | 403) ; | |
| 42 23 | Arms Earplugs Version 2 was being sold. | | Foundation (602) | |
| 42 24 | And you see that this Historical Timeline | | **Overruled** | |
| 42 25 | has US military activity that is occurring from | | | |
| 1999 | | | | |
| 43 1 | through 2004, do you see that? | | | |
| 43 2 | A.   Um-hum. | | | |
| 43 3 | Q.   And, for example, in 2001, that's when the | | | |
| 43 4 | Afghan -- Afghanistan deployments began, right? | | | |
| 43 5 | A.   Yes. | | | |
| 43 6 | Q.   In 2003 the Iraqi war began.  Is that | | | |
| 43 7 | consistent with your recollection? | | | |
| 43 8 | A.   Correct. | | | |
| 43 9 | Q.   And thereafter, you'll see in 2004, | | | |
| 43 10 | shortly after the Iraqi war began, the Generation | | | |
| 2 | | | | |
| 43 11 | Combat Arms Earplug was launched. | | | |
| 43 12 | Is that consistent with your memory? | | | |
| 43 13 | A.   I'd have to assume this correct.  I -- | | | |
| 43 14 | I wasn't -- I don't remember when Gen 2 was | | | |
| officially | | | | |
| 43 15 | launched. | | | |
| 43 16 | Q.   I see.  You know it was launched and had | | | |
| 43 17 | been on the market for a period of time prior to | | | |
| you | | | | |
| 43 18 | taking over responsibility for it? | | | |
| 43 19 | A.   Yes. | | | |
| 43 20 | Q.   And then you mentioned just a second ago | | | |
| 43 21 | that there was a lot of activity and a lot of money | | | |
| 43 22 | being spent by the military when you took over | | | |
| in | | | | |
| 43 23 | 2006, correct? | | | |
| 43 24 | A.   Correct. | | | |
| 43 25 | Q.   And that was because, as we've -- as this | | | |
| 44 1 | timeline shows, there were two wars that had | | | |
| been | | | | |
| 44 2 | started by that time and, I take it, tens of | | | |
| thousands | | | | |
| 44 3 | of soldiers had been deployed overseas into | | | |

| | | | | |
|---|---|---|---|---|
| combat, is | | | | |
| 44 4    that -- is that correct? | | | | |
| **44:7 - 44:24    Cimino, M. 12-11-2019** | Re: [44:7-44:8] | Re: [44:7-44:8] | | |
| 44 7         A.   So there was certainly surge deployments | Def Objection - Compound; | Def Objection - | | |
| 44 8       at that time.  I -- I don't recall the exact numbers. | Misstates (611, 403); | Compound; | | |
| 44 9       BY MR. CARTMELL: | Foundation (602) | Misstates (611, | | |
| 44 10        Q.   Okay.  But as there are more soldiers who | Re: [44:9-44:24] | 403); Foundation | | |
| 44 11      are deployed over into combat or overseas into wars, | Def Objection - Foundation (602) | (602) | | |
| 44 12      obviously the military is going to have a greater need | | **Overruled** | | |
| 44 13      for personal protection equipment like earplugs or | | Re: [44:9-44:24] | | |
| 44 14      earmuffs, that sort of thing, correct? | | Def Objection - | | |
| 44 15        A.   Well, with more people there is more -- | | Foundation (602) | | |
| 44 16      more consumption. | | **FOUNDATION** | | |
| 44 17        Q.   Okay.  And -- and you can see from this | | **OBJECTION** | | |
| 44 18      timeline that in 2006, around the time you were | | **WITHDRAWN,** | | |
| 44 19      appointed to lead the strategic business unit that | | **3/12/2021** | | |
| 44 20      included the Combat Arms Earplug, one million pair of | | | | |
| 44 21      Generation 2 Combat Arms Earplugs were purchased by or | | | | |
| 44 22      ordered by the DLA. | | | | |
| 44 23      Do you see that? | | | | |
| 44 24        A.   I do. | | | | |
| **59:11 - 59:21    Cimino, M. 12-11-2019** | | | Re: [59:11-59:21] | **SUSTAINED** |
| 59 11        Q.   And during that period of time, what types | | | Improper counter per PTO 64 | |
| 59 12      of activities would Mr. Moses, with your approval, | | | | |
| 59 13      allow Mr. Olin to do on behalf of 3M? | | | | |
| 59 14        A.   So my recollection of his scope of | | | | |
| 59 15      activities would have included going to trade shows | | | | |
| 59 16      with us, helping us with product feedback, helping us | | | | |
| 59 17      with understanding the military procurement landscape | | | | |
| 59 18      a little bit better, helping us understand, you | | | | |

| | | | | |
|---|---|---|---|---|
| know, | | | | |
| 59 19 | where does an audiologist fit in the decision-making | | | |
| 59 20 | process as it relates to hearing conservation and | | | |
| 59 21 | hearing-related products. | | | |
| **60:18 - 61:2** | **Cimino, M. 12-11-2019** | | **Re: [60:18-61:2]** | **SUSTAINED** |
| 60 18 | Q.   Sir, I want to talk again about this | | Improper counter per PTO 64 | |
| 60 19 | Combat Arms Earplug Version 2 a little bit in more | | | |
| 60 20 | detail here and -- and ask you some questions about | | | |
| 60 21 | your knowledge of that earplug when you started as the | | | |
| 60 22 | vice president of the strategic business unit. | | | |
| 60 23 | At that time when you were now responsible | | | |
| 60 24 | for the strategic business unit that would be selling | | | |
| 60 25 | this to the material, what did you do to try to | | | |
| 61 1 | educate yourself on how this earplug worked as far as | | | |
| 61 2 | technically and that sort of thing? | | | |
| **61:6 - 61:9** | **Cimino, M. 12-11-2019** | | **Re: [61:6-61:9]** | **SUSTAINED** |
| 61 6 | A.   At that time I was -- my -- my focus would | | Improper counter per PTO 64 | |
| 61 7 | have been more on the strategic -- the strategic plan | | | |
| 61 8 | for the business unit, not delving into the technical | | | |
| 61 9 | formalities of a product. | | | |
| **62:24 - 63:2** | **Cimino, M. 12-11-2019** | | **Re: [62:24-63:2]** | **SUSTAINED** |
| 62 24 | So, were you involved in day-to-day sort | | Improper counter per PTO 64 | |
| 62 25 | of business development activities related to the | | | |
| 63 1 | Combat Arms Earplug? | | | |
| 63 2 | A.   I would -- I would not have been, no. | | | |
| **70:14 - 70:20** | **Cimino, M. 12-11-2019** | | **Re: [70:14-70:20]** | **SUSTAINED** |
| 70 14 | Q.   As far as testing of any of the products | | Improper counter per PTO 64 | |
| 70 15 | that you were responsible for in your portfolio, were | | | |
| 70 16 | you involved in testing of the products at all? | | | |
| 70 17 | A.   No. | | | |

| | | | |
|---|---|---|---|
| 70 18    Q.   Okay.  But I take it you would want to be<br>70 19    kept informed of what was going on with the<br>testing<br>70 20    related to those products, fair? | | | |
| **70:23 - 70:23    Cimino, M. 12-11-2019**<br>70 23    A.   No, not necessarily. | | **Re: [70:23-70:23]**<br>Improper counter per PTO 64 | **SUSTAINED** |
| **85:8 - 85:13    Cimino, M. 12-11-2019**<br>85 8    Q.   So when you became the vice president<br>85 9    for -- of the strategic business unit in charge of<br>85 10    this product and the sales to the military, did you<br>go<br>85 11    back and look to see if it had ever been tested in<br>85 12    your laboratory at Aearo Technologies?<br>85 13    A.   I did not. | | | |
| **85:19 - 85:22    Cimino, M. 12-11-2019**<br>85 19    Q.   You knew prior to taking over this product<br>85 20    that before this product could be sold to the<br>85 21    military, it needed to have what's called a noise<br>85 22    reduction rating? | **Re: [85:19-85:22]**<br>Def Objection - Misstates<br>(611, 403); Foundation (602) | **Re: [85:19-85:22]**<br>Def Objection -<br>Misstates (611,<br>403); Foundation<br>(602)<br>**Sustained** | |
| **85:24 - 86:3    Cimino, M. 12-11-2019**<br>85 24    BY THE WITNESS:<br>85 25    A.   So, I did not know that going in.  I don't<br>86 1    know -- I did not know what the specs -- the<br>86 2    specifications were around that product going<br>into --<br>86 3    into my job. | **Re: [85:25-86:3]**<br>Def Objection - Misstates<br>(611, 403); Foundation (602) | **Re: [85:25-86:3]**<br>Def Objection -<br>Misstates (611,<br>403); Foundation<br>(602)<br>**Sustained** | |
| **90:23 - 90:25    Cimino, M. 12-11-2019**<br>90 23    Q.   Did you know anything about the EPA<br>90 24    requiring an NRR rating on your products that<br>you are<br>90 25    responsible for? | **Re: [90:23-90:25]**<br>Def Objection - Foundation<br>(602) | **Re: [90:23-90:25]**<br>Def Objection -<br>Foundation (602)<br>**Sustained** | |
| **91:2 - 91:3    Cimino, M. 12-11-2019**<br>91 2    BY THE WITNESS:<br>91 3    A.   I don't recall. | **Re: [91:3-91:8]**<br>Def Objection - Foundation<br>(602) | **Re: [91:3-91:8]**<br>Def Objection -<br>Foundation (602)<br>**SUSTAINED<br>AS TO [91:3]** | |

| | | | FOUNDATION OBJECTION WITHDRAWN [91:5-91:8] | | |
|---|---|---|---|---|---|
| **91:5 - 91:8** | **Cimino, M. 12-11-2019** | Re: [91:3-91:8] | Re: [91:3-91:8] | | |
| 91 5 | Q.   You don't think you did? | Def Objection - Foundation (602) | Def Objection - Foundation (602) | | |
| 91 6 | A.   I say I don't recall. | | **SUSTAINED AS TO [91:3]** | | |
| 91 7 | Q.   You may have, you just don't know? | | **FOUNDATION OBJECTION WITHDRAWN [91:5-91:8]** | | |
| 91 8 | A.   I -- I don't recall. | | | | |
| **93:1 - 93:16** | **Cimino, M. 12-11-2019** | Re: [93:14-93:16] | Re: [93:14-93:16] | Re: [93:1-93:13] | **OVERRULED; no new objection specific to McCombs.** |
| 93 1 | Q.   Would you have assumed that it would have | Def Objection - Compound (611, 403); Foundation (602) | Def Objection - Compound (611, 403); Foundation (602) | Foundation (602) | |
| 93 2 that | been tested at Aearo Technology prior to the time | | **Overruled** | | |
| 93 3 | it was first sold to the military? | | | | |
| 93 4 | A.   I'm not really comfortable answering what | | | | |
| 93 5 | I assumed or didn't assume at the time. | | | | |
| 93 6 | Q.   Well, you would review test results from | | | | |
| 93 7 | the Aearo Technology lab from time to time? | | | | |
| 93 8 | A.   I would not review tests. | | | | |
| 93 9 | Q.   You would review test results? | | | | |
| 93 10 | A.   No. | | | | |
| 93 11 | Q.   And you would have interaction with the | | | | |
| 93 12 time? | laboratory at Aearo Technology from time to | | | | |
| 93 13 | A.   Definitely. | | | | |
| 93 14 | Q.   And part of that was so that you could | | | | |
| 93 15 | figure out what the noise reduction rating was for | | | | |
| 93 16 the | products that you were responsible for, correct? | | | | |
| **93:20 - 94:13** | **Cimino, M. 12-11-2019** | Re: [93:20-93:21] | Re: [93:20-93:21] | | |
| 93 20 | A.   So, we would know what the final NRRs | Def Objection - Compound (611, 403); Foundation (602) | Def Objection - Compound (611, 403); Foundation | | |
| 93 21 | would be of products that were tested. | Re: [93:23-94:13] | | | |
| 93 22 | BY MR. CARTMELL: | Def Objection - Foundation (602) | | | |
| 93 23 | Q.   And you understood, as you just said, that | | | | |
| 93 24 | an NRR, or a noise reduction rating, would come | | | | |

| | | | | |
|---|---|---|---|---|
| about | | | (602) | |
| 93 25 | as a result of a test, correct? | | **Overruled** | |
| 94 1 | A.   Yes. | | **Re: [93:23-** | |
| 94 2 | Q.   Okay.  And you understood from your | | **94:13]** | |
| 94 3 | experience, and we can go through some of these | | Def Objection - | |
| 94 4 | documents, but your experience was in order for | | Foundation (602) | |
| the | | | **FOUNDATION** | |
| 94 5 | Aearo Technologies products to get an NRR | | **OBJECTION** | |
| rating, they | | | **WITHDRAWN,** | |
| 94 6 | would be tested in the laboratory? | | **3/12/2021** | |
| 94 7 | A.   There would be a testing process in place, | | | |
| 94 8 | correct. | | | |
| 94 9 | Q.   Right.  And typically I think individuals | | | |
| 94 10 | who are employed by the company in the | | | |
| laboratory | | | | |
| 94 11 | like, for example, Elliott Berger or Ron Kieper | | | |
| would | | | | |
| 94 12 | be the ones who would test the product, correct? | | | |
| 94 13 | A.   As I recall. | | | |
| **94:14 - 95:1** | **Cimino, M. 12-11-2019** | | **Re: [94:14-95:1]** | **SUSTAINED** |
| 94 14 | Q.   Okay.  But if I understand correctly, I | | Improper counter per PTO 64 | |
| 94 15 | think you're saying that when you took over | | | |
| 94 16 | responsibility for this product, you never went | | | |
| and | | | | |
| 94 17 | talked to Elliott Kieper (sic) about the testing that | | | |
| 94 18 | had been done on this -- this product, correct? | | | |
| 94 19 | MR. ELLIS:  Object to the form of the question. | | | |
| 94 20 | BY THE WITNESS: | | | |
| 94 21 | A.   To the best of my recollection, correct. | | | |
| 94 22 | BY MR. CARTMELL: | | | |
| 94 23 | Q.   And you would have never gone, I take it, | | | |
| 94 24 | to go to Elliott Berger in the laboratory to ask | | | |
| about | | | | |
| 94 25 | the testing that had been done on this product, | | | |
| fair | | | | |
| 95 1 | enough? | | | |
| **95:4 - 95:10** | **Cimino, M. 12-11-2019** | | **Re: [95:4-95:10]** | **SUSTAINED** |
| 95 4 | A.   Again, I don't recall what I would have | | Improper counter per PTO 64 | |
| 95 5 | gone back to Elliott for. | | | |

| | | | | |
|---|---|---|---|---|
| 95 6<br>95 7<br>95 8 Combat<br>95 9<br>95 10 | BY MR. CARTMELL:<br>Q.   Do you recall any conversations with<br>Elliott about the testing that was done on this<br>Arms Earplug?<br>A.   No, no. | | | |
| **95:12 - 96:1**<br>95 12<br>95 13<br>95 14<br>95 15<br>95 16<br>95 17<br>95 18<br>95 19 Defendants,<br>95 20 Spahn<br>95 21<br>95 22<br>95 23<br>95 24<br>95 25<br>96 1 | **Cimino, M. 12-11-2019**<br>(WHEREUPON, a certain document was<br>marked Mike Cimino Deposition Exhibit<br>No. 7, for identification, as of<br>12/11/2019.)<br>BY MR. CARTMELL:<br>Q.   I'm going to hand you Exhibit 7, sir.<br>Exhibit 7 is an e-mail and attachment that<br>was produced in this litigation from the<br>and it -- you'll see it is an e-mail from Kevin<br>to Doug Moses.<br>Kevin Spahn is who?<br>A.   Kevin Spahn was a -- I can't remember his<br>official -- well, there it is.  He was a graphics<br>coordinator, so he did all of the graphics and<br>packaging and whatnot. | Re: [95:17-96:1]<br>Def Objection - Foundation<br>(602) | Re: [95:17-96:1]<br>Def Objection -<br>Foundation (602)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021** | |
| **96:10 - 96:17**<br>96 10<br>96 11 this<br>96 12<br>96 13 one<br>96 14 other<br>96 15<br>96 16<br>96 17 | **Cimino, M. 12-11-2019**<br>Q.   Now, we -- we've talked about an NRR, or<br>noise reduction rating, and on the right side of<br>exhibit, there is two boxes for the Combat Arms<br>Earplugs that we're talking about in this lawsuit,<br>that has a noise reduction rating of 22 and the<br>that has a noise reduction of 0.<br>Do you see that?<br>A.   I do. | Re: [96:10-96:17]<br>Def Objection - Foundation<br>(602) | Re: [96:10-<br>96:17]<br>Def Objection -<br>Foundation (602)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021** | |
| **99:13 - 99:18**<br>99 13<br>99 14 | **Cimino, M. 12-11-2019**<br>Q.   Okay.  And the 22, for instance, on the<br>green end, you understand from being in this | Re: [99:13-99:18]<br>Def Objection - Foundation<br>(602) | Re: [99:13-<br>99:18]<br>Def Objection - | |

| | | |
|---|---|---|
| industry<br>99 15    for 20 years and working with hearing protective<br>99 16    devices, that the higher numbers denote greater<br>99 17    effectiveness of the earplug, correct?<br>99 18    A.  Yes. | | Foundation (602)<br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021** |
| **100:5 - 100:9   Cimino, M. 12-11-2019**<br>100 5    Q.  So, in other words, if somebody is using<br>100 6    an earplug like the green end of the Combat<br>Arms<br>100 7    Earplug, the higher number or the higher the<br>number it<br>100 8    is, the greater effectiveness that earplug has,<br>100 9    correct? | **Re: [100:5-100:9]**<br>Def Objection - Compound (611, 403); Foundation (602) | **Re: [100:5-100:9]**<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Overruled** |
| **100:11 - 100:13   Cimino, M. 12-11-2019**<br>100 11    BY THE WITNESS:<br>100 12    A.  The higher the number, the higher the<br>100 13    noise reduction rating of the earplug, correct. | **Re: [100:12-100:13]**<br>Def Objection - Compound (611, 403); Foundation (602) | **Re: [100:12-100:13]**<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Overruled** |
| **106:15 - 107:13   Cimino, M. 12-11-2019**<br>106 15    (WHEREUPON, a certain document was<br>106 16    marked Mike Cimino Deposition Exhibit<br>106 17    No. 8, for identification, as of<br>106 18    12/11/2019.)<br>106 19    BY MR. CARTMELL:<br>106 20    Q.  Mr. Cimino, I'm going to hand you what's<br>106 21    been marked as Exhibit 8, which is an e-mail<br>string<br>106 22    that was produced to us by 3M in this litigation<br>and<br>106 23    ask you a few questions about this.<br>106 24    Mr. Cimino, if you go to the bottom of<br>106 25    this e-mail string, this is 2004, January 7th.<br>107 1    Do you see that?<br>107 2    A.  I do.<br>107 3    Q.  This is before you ever took over<br>107 4    responsibility for the Combat Arms Earplug<br>Version 2, | | |

| | | | | |
|---|---|---|---|---|
| 107 5     correct?<br>107 6     A.   Correct.<br>107 7     Q.   You're having an e-mail conversation with<br>107 8     a man named Elliott Berger, are you not?<br>107 9     A.   Yep.<br>107 10    Q.   Elliott Berger was actually the director<br>107 11    of the laboratory at Aearo Technologies at this time,<br>107 12    correct?<br>107 13    A.   Correct. | | | | |
| **107:23 - 108:3   Cimino, M. 12-11-2019**<br>107 23    Q.   Right.  And you had been responsible from<br>107 24    products during the early 2000s that were launched by<br>107 25    Aearo Technologies onto the marketplace, correct?<br>108 1     A.   Correct.<br>108 2     Q.   Hearing protective devices, correct?<br>108 3     A.   Correct. | | | | |
| **108:21 - 108:25   Cimino, M. 12-11-2019**<br>108 21    answer to my prior question, you understand as of 2004<br>108 22    that products would be tested by Elliott Berger and<br>108 23    others in the laboratory at Aearo Technologies in<br>108 24    order to get a noise reduction rating for the product,<br>108 25    correct? | **Re: [108:21-108:25]**<br>Def Objection - Compound (611, 403); Foundation (602) | **Re: [108:21-108:25]**<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Overruled** | | |
| **109:4 - 109:10   Cimino, M. 12-11-2019**<br>109 4     A.   So I know and knew that the lab in<br>109 5     Indianapolis did testing for NRR for our products.<br>109 6     BY MR. CARTMELL:<br>109 7     Q.   And if you were responsible for that<br>109 8     product, in other words, if it was a product in your<br>109 9     portfolio, you were very interested in that NRR | **Re: [109:4-109:5]**<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Re: [109:7-109:10]**<br>Def Objection - Compound; Vague (611, 403); Foundation (602) | **Re: [109:4-109:5]**<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Overruled**<br>**Re: [109:7-109:10]**<br>Def Objection - | | |

| | | | | |
|---|---|---|---|---|
| rating<br>109 10      from a marketing perspective, correct? | | Compound;<br>Vague (611,<br>403); Foundation<br>(602)<br>**Overruled** | | |
| **109:13 - 109:15   Cimino, M. 12-11-2019**<br>109 13      A.   So within the project scope, there would<br>109 14      have been -- yeah, there would have been a -- an<br>NRR<br>109 15      target. | Re: [109:13-109:15]<br>Def Objection - Compound;<br>Vague (611, 403); Foundation<br>(602) | Re: [109:13-109:15]<br>Def Objection -<br>Compound;<br>Vague (611,<br>403); Foundation<br>(602)<br>**Overruled** | | |
| **109:24 - 110:1   Cimino, M. 12-11-2019**<br>109 24      Q.   Well, you had -- you had your desires from<br>109 25      a marketing perspective of where you wanted to see the<br>110 1      NRR for your products, correct? | Re: [109:24-110:1]<br>Def Objection - Compound;<br>Vague(611, 403); Foundation<br>(602) | Re: [109:24-110:1]<br>Def Objection -<br>Compound;<br>Vague(611,<br>403); Foundation<br>(602)<br>**Overruled** | | |
| **110:4 - 110:9   Cimino, M. 12-11-2019**<br>110 4      A.   There would have been a target goal.<br>110 5      BY MR. CARTMELL:<br>110 6      Q.   Right.  And that's because you are going<br>110 7      to use that NRR as a marketing person to go<br>market to<br>110 8      customers about your product and the noise reduction<br>110 9      capabilities of those products, right? | Re: [110:4-110:4]<br>Def Objection - Compound;<br>Vague (611, 403); Foundation<br>(602)<br>Re: [110:6-110:9]<br>Def Objection - Compound;<br>Vague (611, 403); Foundation<br>(602) | Re: [110:4-110:4]<br>Def Objection -<br>Compound;<br>Vague (611,<br>403); Foundation<br>(602)<br>**Overruled**<br>Re: [110:6-110:9]<br>Def Objection -<br>Compound;<br>Vague (611,<br>403); Foundation<br>(602)<br>**Overruled** | | |
| **110:12 - 110:22   Cimino, M. 12-11-2019**<br>110 12      A.   We would have had a -- we would have had | Re: [110:12-110:14]<br>Def Objection - Compound; | Re: [110:12-110:14] | Re: [110:16-110:18]<br>Foundation (602) | **OVERRULED;**<br>**no new** |

| | | | | |
|---|---|---|---|---|
| 110 13    an NRR associated with the product, yes, and a target | Vague (611, 403); Foundation (602) | Def Objection - Compound; Vague (611, 403); Foundation (602) | | objection specific to McCombs. |
| 110 14    NRR as part of the project specification. | Re: [110:19-110:22] | Overruled | | |
| 110 15    BY MR. CARTMELL: | Def Objection - Compound; | Re: [110:19-110:22] | | |
| 110 16    Q.   Right.  So this e-mail string is talking | Vague (611, 403); Foundation (602) | Def Objection - Compound; | | |
| 110 17    about a product that is being tested. | | Vague (611, 403); Foundation (602) | | |
| 110 18    A.   Uh-huh. | | Overruled | | |
| 110 19    Q.   You have responsibility as the marketing | | | | |
| 110 20    person for that, you know it's going to be tested by | | | | |
| 110 21    Elliott in the lab and so you reach out to Elliott, do | | | | |
| 110 22    you not? | | | | |
| **110:25 - 112:1   Cimino, M. 12-11-2019** | Re: [110:25-111:1] | Re: [110:25-111:1] | | |
| 110 25    A.   I've reached out to Elliott in this e-mail. | Def Objection - Compound; Vague (611, 403); Foundation (602) | Def Objection - Compound; Vague (611, 403); Foundation (602) | | |
| 111 1    BY MR. CARTMELL: | Re: [111:3-112:1] | Overruled | | |
| 111 2    Q.   Right.  Who is getting ready to test one | Def Objection - Relevance (401, 402); Prejudice (403) | | | |
| 111 3    of your product -- products you are responsible for, | | | | |
| 111 4    right? | | | | |
| 111 5    A.    So this would have been in my product | | | | |
| 111 6    portfolio at the time, correct. | | | | |
| 111 7    Q.   You say: | | | | |
| 111 8    "Just to confirm, the current powercom | | | | |
| 111 9    plus product(s) were tested there..all three models | | | | |
| 111 10    (A, B, P3E.)" | | | | |
| 111 11    Right? | | | | |
| 111 12    A.   Yes. | | | | |
| 111 13    Q.   That's what you are asking? | | | | |
| 111 14    A.   Yep. | | | | |
| 111 15    Q.   And then you say: | | | | |
| 111 16    "My request is that worst case scenario | | | | |
| 111 17    the new ones you have there come out with an | | | | |
| 111 18    equivalent NRR value as the current version. Can't | | | | |
| 111 19    except a lower NRR." | | | | |

| | | | | |
|---|---|---|---|---|
| 111 21     You see that?<br>111 22     A.   I do.<br>111 23     Q.   And instead of "except," the way you<br>111 24     spelled it, it should have been "accept," a-c-c-e-p-t.<br>111 25     Do you see that?<br>112 1     A.   Yes, I see that. | | | | |
| **112:16 - 112:18   Cimino, M. 12-11-2019**<br>112 16     Q.   You are telling the person who tests it<br>112 17     before the test that you are not going to accept an<br>112 18     NRR lower than a certain number, aren't you? | | | Re: [112:16-112:18]<br>Improper counter per PTO 64 | SUSTAINED |
| **113:4 - 113:5   Cimino, M. 12-11-2019**<br>113 4     A.   It also says that the product would need<br>113 5     to be modified or may have to be modified. | | | Re: [113:4-113:5]<br>Improper counter per PTO 64 | SUSTAINED |
| **116:2 - 116:9   Cimino, M. 12-11-2019**<br>116 2     Q.   And if you go up above, Elliott responds<br>116 3     to you and says:  "The results will be the results."<br>116 4     But then he offers to you that while the test is going<br>116 5     on, he will let you know in the middle of the test<br>116 6     after the 8th or 9th person how it's looking as far as<br>116 7     the noise reduction rating and whether or not he is<br>116 8     going to be able to achieve your marketing target for<br>116 9     the NRR, correct? | Re: [116:2-116:9]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18 | Re: [116:2-116:9]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18<br>**Overruled** | | |
| **116:11 - 116:12   Cimino, M. 12-11-2019**<br>116 11     BY THE WITNESS:<br>116 12     A.   He says what he says there, yes. | Re: [116:12-116:12]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18 | Re: [116:12-116:12]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18<br>**Overruled** | | |
| **116:14 - 117:4   Cimino, M. 12-11-2019**<br>116 14     Q.   Okay.  And then you respond to that by<br>116 15     saying:<br>116 16     "Understood.  Please advise by the 8th or | Re: [116:13-116:23]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18 | Re: [116:13-116:23]<br>Def Objection - Relevance (401, | | |

| | | |
|---|---|---|
| 116 17  9th person what it looks like it will come up to.<br>116 18  Looking for minimum 26 on A, 24 on B, 23 on P3E, that<br>116 19  is what the current ones tested out to there. Ideally<br>116 20  a little bit higher on the B and P3E would be great.<br>116 21  Keep me posted."<br>116 22  Do you see that?<br>116 23  A.  I do.<br>116 24  Q.  So you are a member of marketing and you<br>116 25  have now reached out to the laboratory that's going to<br>117 1  test one of the products you are responsible for and<br>117 2  you've told them what your targets would be and what<br>117 3  you would like to see or what you would desire to see<br>117 4  the NRRs to be for those products, correct? | Re: [116:24-117:4]<br>Def Objection - Relevance (401, 402); Compound; Misstates (611, 403); 3M MIL No. 18 | 402); 3M MIL No. 18<br>**Overruled**<br>Re: [116:24-117:4]<br>Def Objection - Relevance (401, 402); Compound; Misstates (611, 403); 3M MIL No. 18<br>**Overruled** |
| **117:7 - 117:8   Cimino, M. 12-11-2019**<br>117 7  A.  That would have been part of the project scope, yes.<br>117 8 | Re: [117:7-117:8]<br>Def Objection - Relevance (401, 402); Compound; Misstates (611, 403); 3M MIL No. 18 | Re: [117:7-117:8]<br>Def Objection - Relevance (401, 402); Compound; Misstates (611, 403); 3M MIL No. 18<br>**Overruled** |
| **117:17 - 117:20   Cimino, M. 12-11-2019**<br>117 17  Q.  You understood that when the NRR rating<br>117 18  was being tested or they were testing to try to obtain<br>117 19  that for your products that there would be ten<br>117 20  subjects who would usually be tested, correct? | Re: [117:17-117:20]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Foundation (602) | Re: [117:17-117:20]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Foundation (602)<br>**Overruled** |

| | | | | |
|---|---|---|---|---|
| **117:24 - 117:25   Cimino, M. 12-11-2019**<br>117 24       A.   So this I'm responding to Elliott that per<br>117 25       his note after the 8th or 9th person to let me know. | **Re: [117:24-117:25]**<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Foundation (602) | Re: [117:24-117:25]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Foundation (602)<br>**Overruled** | | |
| **119:6 - 119:10   Cimino, M. 12-11-2019**<br>119 6       Q.   Okay.  And I think we have established<br>119 7       that you know that those numbers come from testing<br>119 8       that was done at the Aearo Technology laboratories,<br>119 9       but that was well before you were responsible for the<br>119 10       Combat Arms Earplugs, correct? | | | **Re: [119:6-119:10]**<br>Improper counter per PTO 64 | **OVERRULED** |
| **119:13 - 119:20   Cimino, M. 12-11-2019**<br>119 13       A.   So I don't know where the NRR testing was<br>119 14       done for this product.<br>119 15       BY MR. CARTMELL:<br>119 16       Q.   You don't know it was done at Aearo<br>119 17       Technologies laboratory?<br>119 18       A.   Correct.  Correct.<br>119 19       Q.   Or an outside laboratory?<br>119 20       A.   Exactly, yeah. | | | **Re: [119:13-119:20]**<br>Improper counter per PTO 64 | **OVERRULED** |
| **121:7 - 121:11   Cimino, M. 12-11-2019**<br>121 7       Q.   I'm going to hand you Exhibit 9.<br>121 8       (WHEREUPON, a certain document was<br>121 9       marked Mike Cimino Deposition Exhibit<br>121 10       No. 9, for identification, as of<br>121 11       12/11/2019.) | | | | |
| **121:15 - 122:7   Cimino, M. 12-11-2019**<br>121 15       Q.   Mr. Cimino, this is a report that was<br>121 16       provided to us from 3M's files in this litigation, and<br>121 17       I want to ask you some questions.  It's dated<br>121 18       July 10th of 2000.<br>121 19       Do you see that? | **Re: [121:15-122:4]**<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403)<br>**Re: [122:5-122:7]**<br>Def Objection - Foundation | Re: [121:15-122:4]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | | |

Cimino, M. 12-11-2019

| | | | |
|---|---|---|---|
| 121 20    A.   I do.<br>121 21    Q.   It's titled: How Folding the Flanges Back<br>121 22    Affects REAT Results of the UltraFit Earplug<br>End of<br>121 23    the Combat Arms Plug.<br>121 24    Do you see that?<br>121 25    A.   I see that.<br>122 1    Q.   Now, the authors of this are R. W. Kieper,<br>122 2    B.S. and E. H. Berger, M.S.<br>122 3    Do you see that?<br>122 4    A.   I do. | (602); Relevance (401, 402);<br>Prejudice (403) | **OVERRULED AS TO 401, 402, AND 403 OBJECTIONS; FOUNDATION OBJECTION WITHDRAWN, 3/12/2021** | |
| 122 5    Q.   We were just talking about, before the<br>122 6    break, some e-mails related to NRR testing that you<br>122 7    were involved with with Mr. Berger, correct? | | Re: [122:5-122:7]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403)<br>**Sustained** | |
| **122:10 - 122:11    Cimino, M. 12-11-2019**<br>122 10    A.   We were looking at an e-mail exchange,<br>122 11    yes. | Re: [122:10-122:11]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [122:10-122:11]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403)<br>**Sustained** | |
| **123:22 - 124:4    Cimino, M. 12-11-2019**<br>123 22    Do you think, though, having looked<br>123 23    briefly through this report that somebody has told you<br>123 24    about this report before?<br>123 25    A.   No. I don't -- I don't have any recollection.<br>124 1    Q.   This report includes testing that was done<br>124 2    on the Combat Arms dual-ended earplug back in 2000.<br>124 3<br>124 4    Do you see that? | Re: [123:10-124:4]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [123:22-124:4]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403)<br>**Overruled** | |

| | | | | |
|---|---|---|---|---|
| **124:7 - 124:7**   **Cimino, M. 12-11-2019** | **Re: [124:7-124:7]** | **Re: [124:7-124:7]** | | |
| 124 7        A.   I see what's on the screen as this, yeah. | Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** | | |
| **125:9 - 126:2**   **Cimino, M. 12-11-2019** | **Re: [125:9-126:2]** | **Re: [125:9-126:2]** | | |
| 125 9        Q.   Okay.  This report says that there were | Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; REMAINING OBJECTIONS OVERRULED** | | |
| 125 10       two tests done on the green end of the Combat Arms | | | | |
| 125 11       Earplug to try to determine the noise reduction | | | | |
| 125 12       rating, correct? | | | | |
| 125 13       A.   I don't know.  Where -- where would it say | | | | |
| 125 14       that? | | | | |
| 125 15       Q.   Okay.  It states, if you go up to Device | | | | |
| 125 16       Tested on the second page, the paragraph beginning | | | | |
| 125 17       Device Tested. | | | | |
| 125 18       A.   Uh-huh. | | | | |
| 125 19       Q.   And if you go to the last sentence, it | | | | |
| 125 20       states: | | | | |
| 125 21       "The solid plug end is green and it was | | | | |
| 125 22       this plug which was evaluated in two separate REAT | | | | |
| 125 23       tests," and then it gives the number of the test, | | | | |
| 125 24       "213015 and 213017.  This is" -- "this plug is the | | | | |
| 125 25       linear earplug end of the Combat Arms Plug." | | | | |
| 126 1        Do you see that? | | | | |
| 126 2        A.   I see that. | | | | |
| **126:19 - 127:6**   **Cimino, M. 12-11-2019** | **Re: [126:19-126:24]** | **Re: [126:19-126:24]** | | |
| 126 19       "The initial test 213015 was stopped after | Def Objection - 3M MIL No. 18; Foundation (602); Relevance (401, 402); Prejudice (403) | Def Objection - 3M MIL No. 18; Foundation (602); Relevance (401, 402); | | |
| 126 20       eight subjects because the individual results were | | | | |
| 126 21       variable and the NRR was quite low," and then | **Re: [126:25-127:6]** | | | |
| 126 22       parentheses it says, "(11)?" | Def Objection - Misstates; | | | |

| | | |
|---|---|---|
| 126 23 Do you see that?<br>126 24 A. I see that, yes.<br>126 25 Q. So we -- we just talked about an e-mail he<br>127 1 can change that you had with Elliott Berger<br>about one<br>127 2 of the products you were responsible for in 2011, and<br>127 3 you asked Elliott Berger to stop the testing and tell<br>127 4 you, a member of marketing, what the results were<br>127 5 after eight or nine people were tested.<br>127 6 Do you recall that? | Argumentative (611, 403);<br>3M MIL No. 18; Foundation (602); Relevance (401, 402);<br>Prejudice (403) | Prejudice (403)<br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; REMAINING OBJECTIONS OVERRULED**<br>Re: [126:25-127:6]<br>Def Objection - Misstates; Argumentative (611, 403); 3M MIL No. 18; Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** |
| **127:9 - 127:18 Cimino, M. 12-11-2019**<br>127 9 A. I asked him to advise. I didn't tell him<br>127 10 to stop.<br>127 11 BY MR. CARTMELL:<br>127 12 Q. Okay. But you -- so you knew as of the<br>127 13 time of this report, 2006 at least, that that was<br>127 14 something that Elliott Berger might do, in other<br>127 15 words, he might do testing and he, at least you knew,<br>127 16 might inform marketing what the result -- results were<br>127 17 after eight or nine individuals, correct? You had<br>127 18 that experience? | Re: [127:9-127:18]<br>Def Objection - Misstates; Argumentative (611, 403); 3M MIL No. 18; Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [127:9-127:18]<br>Def Objection - Misstates; Argumentative (611, 403); 3M MIL No. 18; Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** |
| **127:21 - 128:1 Cimino, M. 12-11-2019**<br>127 21 A. I can only speak to this one. I don't --<br>127 22 I don't have a general experience.<br>127 23 BY MR. CARTMELL:<br>127 24 Q. Now, it states that the NRR was quite low, | Re: [127:21-127:22]<br>Def Objection - Misstates; Argumentative (611, 403); 3M MIL No. 18; Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [127:21-127:22]<br>Def Objection - Misstates; Argumentative (611, 403); 3M |

| | | | |
|---|---|---|---|
| 127 25    11, after the eight subjects.<br>128 1    Do you see that? | | MIL No. 18;<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**Overruled** | |

| | | | |
|---|---|---|---|
| **128:4 - 128:4   Cimino, M. 12-11-2019** | | | |
| 128 4    A.  Yeah, up on the screen, yeah. | | | |

| | | | |
|---|---|---|---|
| **131:4 - 131:11   Cimino, M. 12-11-2019**<br>131 4    Q.  And then if you -- if you go down to the<br>131 5    next paragraph, this is the test on the green end of<br>131 6    the Combat Arms Earplug.<br>131 7    It states: "For test 213015, the plugs<br>131 8    were fit according to the standard plug's fitting<br>131 9    instructions, with no modifications."<br>131 10    Do you see that?<br>131 11    A.  I do. | Re: [131:4-131:11]<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403) | Re: [131:4-131:11]<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; REMAINING OBJECTIONS OVERRULED** | |

| | | | |
|---|---|---|---|
| **131:25 - 132:14   Cimino, M. 12-11-2019**<br>131 25    Q.  And then it states: "Because the stem of<br>132 1    the green, solid end of the plug is so short; it was<br>132 2    difficult for the experimenter to insert the plug<br>132 3    deeply into some subject's ear canals, especially<br>132 4    those with medium and larger ear canals."<br>132 5    Do you see that?<br>132 6    A.  I do.<br>132 7    Q.  "Additionally, the geometry of the ear<br>132 8    canal opening sometimes prevented the deep<br>132 9    insertion required for maximum attenuation values."<br>132 10    And so that -- that's just saying that<br>132 11    when they did this test in Aearo's laboratory on the<br>132 12    green end, in some individuals who had medium | Re: [131:25-132:14]<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403) | Re: [131:25-132:14]<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; REMAINING OBJECTIONS OVERRULED** | |

| | | | |
|---|---|---|---|
| and<br>132 13   larger ear canals, it was very difficult to insert it<br>132 14   and get a good fit, correct? | | | |
| **132:17 - 133:5   Cimino, M. 12-11-2019**<br>132 17   A.   Again, I can only read what -- what's up<br>132 18   there.  I wasn't -- I did not witness it, so.<br>132 19   BY MR. CARTMELL:<br>132 20   Q.   And then it states:  "When the solid plug<br>132 21   was fitted during first test, the basal edge of the<br>132 22   third flange of the yellow, level-dependent plug<br>132 23   sometimes pressed against the subject's ear canal<br>132 24   opening and folded up.  When the inward<br>pressure of<br>132 25   the plug was released, the yellow plug's flanges<br>133 1   tended to return to their original shape and this<br>133 2   sometimes loosened the plug, often<br>imperceptibly to<br>133 3   the subject."<br>133 4   Do you see that?<br>133 5   A.   I can read that, yes. | **Re: [132:17-133:5]**<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403) | Re: [132:17-<br>133:5]<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021;<br>REMAINING<br>OBJECTIONS<br>OVERRULED** | |
| **136:18 - 137:2   Cimino, M. 12-11-2019**<br>136 18   Q.   Okay.  Now, had you ever been told about<br>136 19   this report or any of its findings?<br>136 20   A.   I don't recall this report at all.<br>136 21   Q.   Just to make it clear, you had never been<br>136 22   told by anyone at the company, Elliott Berger,<br>Ron<br>136 23   Kieper, or anyone else when you took over<br>136 24   responsibility for marketing this product, that<br>they<br>136 25   did an initial test on the product and they had to<br>137 1   stop the test after eight subjects.<br>137 2   You were never told that, correct? | **Re: [136:8-136:20]**<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403)<br>**Re: [136:21-137:2]**<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403) | Re: [136:18-<br>136:20]<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021;<br>REMAINING<br>OBJECTIONS<br>OVERRULED**<br>Re: [136:21-<br>137:2]<br>Def Objection -<br>Foundation<br>(602); Relevance | |

| | | | | |
|---|---|---|---|---|
| | | (401, 402); Prejudice (403) **Overruled** | | |
| **137:5 - 137:6   Cimino, M. 12-11-2019**<br>137 5      A.   I don't ever recall either this report or<br>137 6      being told. | **Re: [137:5-137:6]**<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | **Re: [137:5-137:6]**<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** | | |
| **138:7 - 138:13   Cimino, M. 12-11-2019**<br>138 7      Q.   Do you agree with me, sir, that this test<br>138 8      of the eight subjects, when they found these things in<br>138 9      2000 related to Combat Arms Earplugs, you as the<br>138 10      marketing director and vice president of the strategic<br>138 11      business unit for sales of this product to the<br>138 12      military, you should have been told this.<br>138 13      Do you agree with me? | **Re: [138:7-138:13]**<br>Def Objection - Compound; Argumentative (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **Re: [138:7-138:13]**<br>Def Objection - Compound; Argumentative (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** | | |
| **138:16 - 138:16   Cimino, M. 12-11-2019**<br>138 16      A.   I wouldn't say so. | **Re: [138:16-138:19]**<br>Def Objection - Compound; Argumentative (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **Re: [138:16-138:17]**<br>Def Objection - Compound; Argumentative (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** | | |
| **139:21 - 139:22   Cimino, M. 12-11-2019**<br>139 21      Q.   And you don't think it was important for<br>139 22      you to be made aware of? | **Re: [139:21-139:22]**<br>Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | **Re: [139:21-139:22]**<br>Def Objection - Vague (611, 403); Foundation (602); Relevance | | |

| | | (401, 402); Prejudice (403) **Overruled** | | |
|---|---|---|---|---|
| **139:25 - 140:1   Cimino, M. 12-11-2019**<br>139 25      A.   Again, I wasn't -- I just wasn't aware of<br>140 1       this report. | Re: [139:25-140:16]<br>Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [139:25-140:1]<br>Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled**<br>Re: [140:3-140:16]<br>Def Objection - Vague (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** | | |
| **140:22 - 140:25   Cimino, M. 12-11-2019**<br>140 22      Q.   Would you have wanted to know this<br>140 23      information?<br>140 24      A.   Again, I wasn't privy to it and I -- I<br>140 25      just did not know about this report. | Re: [140:22-140:25]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [140:22-140:25]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; REMAINING OBJECTIONS OVERRULED** | | |
| **141:3 - 141:6   Cimino, M. 12-11-2019**<br>141 3       In retrospect, is it something you think<br>141 4       you would have wanted to have known so that<br>you could | Re: [141:3-141:6]<br>Def Objection - Vague; Misstates (611, 403); | Re: [141:3-141:6]<br>Def Objection - Vague; Misstates | | |

| | | | |
|---|---|---|---|
| 141 5      at least discuss it with individuals to make sure the<br>141 6      product was safe? | Foundation (602); Relevance (401, 402); Prejudice (403) | (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) **Overruled** | |
| **141:10 - 141:19   Cimino, M. 12-11-2019** | | | |
| 141 10      A.   At the point I took it over, those<br>141 11      discussions would have already been had.<br>141 12      BY MR. CARTMELL:<br>141 13      Q.   Do you know if this report actually was<br>141 14      provided to anyone else in the company other than<br>141 15      Elliott Berger or Ron Kieper?<br>141 16      A.   I do not know that.<br>141 17      Q.   So you say the discussions would have been<br>141 18      had, but if nobody saw the report, how would there<br>141 19      have been discussions? | Re: [141:10-141:11]<br>Def Objection - Vague; Misstates (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403)<br>Re: [141:13-141:16]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403)<br>Re: [141:17-141:19]<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403) | Re: [141:10-141:11]<br>Def Objection - Vague; Misstates (611, 403); Foundation (602); Relevance (401, 402); Prejudice (403)<br>**Overruled**<br>Re: [141:13-141:16]<br>Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403)<br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; REMAINING OBJECTIONS OVERRULED**<br>Re: [141:17-141:19]<br>Def Objection - Vague; Compound (611, 403); Foundation (602); Relevance (401, 402); | |

| | | | |
|---|---|---|---|
| | | Prejudice (403)<br>**Overruled** | |
| **141:22 - 141:22   Cimino, M. 12-11-2019**<br>141 22        A.   I don't know. | Re: [141:22-141:22]<br>Def Objection - Vague;<br>Compound (611, 403);<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | Re: [141:22-<br>141:22]<br>Def Objection -<br>Vague;<br>Compound (611,<br>403); Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**Overruled** | |
| **147:4 - 147:6   Cimino, M. 12-11-2019**<br>147 4        Q.   Let me ask you this:  Don't you think that<br>147 5        soldiers who are wearing these plugs that were<br>sold by<br>147 6        your company would have wanted to know this? | Re: [147:3-147:6]<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403); Vague (611.<br>403) | Re: [147:4-<br>147:6]<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403);<br>Vague (611.<br>403)<br>**Sustained** | |
| **147:8 - 147:11   Cimino, M. 12-11-2019**<br>147 8        BY THE WITNESS:<br>147 9        A.   I don't have any knowledge of this report<br>147 10        or what the details were in order to be able to<br>tell<br>147 11        anybody about it. | Re: [147:9-147:23]<br>Def Objection - Foundation<br>(602); Relevance (401, 402);<br>Prejudice (403); Vague (611.<br>403) | Re: [147:9-<br>147:11]<br>Def Objection -<br>Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403);<br>Vague (611.<br>403)<br>**Sustained** | |
| **150:24 - 151:2   Cimino, M. 12-11-2019**<br>150 24        Q.   Did anybody tell you that the 22 NRR that<br>150 25        was assigned to the Combat Arms Earplug<br>Version 2<br>151 1        actually resulted from testing with the flanges<br>folded<br>151 2        back on the outward-facing plug? | Re: [150:24-151:2]<br>Def Objection - Compound;<br>Misstates (611, 403);<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | Re: [150:24-<br>151:2]<br>Def Objection -<br>Compound;<br>Misstates (611,<br>403); Foundation<br>(602); Relevance | |

| | | | |
|---|---|---|---|
| | | (401, 402); Prejudice (403) **Overruled** | |
| **151:6 - 151:9   Cimino, M. 12-11-2019**<br>151 6    A.   No, I don't have any recollection of that.<br>151 7    BY MR. CARTMELL:<br>151 8    Q.   You never knew that before this<br>151 9    litigation? | Re: [151:6-151:9]<br>Def Objection - Compound;<br>Misstates (611, 403);<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | Re: [151:6-151:9]<br>Def Objection -<br>Compound;<br>Misstates (611,<br>403); Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**Overruled** | |
| **151:12 - 151:12   Cimino, M. 12-11-2019**<br>151 12    A.   I did not know that, no. | Re: [151:12-151:12]<br>Def Objection - Compound;<br>Misstates (611, 403);<br>Foundation (602); Relevance<br>(401, 402); Prejudice (403) | Re: [151:12-151:12]<br>Def Objection -<br>Compound;<br>Misstates (611,<br>403); Foundation<br>(602); Relevance<br>(401, 402);<br>Prejudice (403)<br>**Overruled** | |
| **240:13 - 240:22   Cimino, M. 12-11-2019**<br>240 13    Q.   In your experience with working at Aearo<br>240 14    Technologies and then 3M and your experience<br>with the<br>240 15    lab in -- in Indiana called E-A-RCAL that Mr.<br>Berger<br>240 16    runs, have you experienced that there is tension<br>240 17    between the marketing department and the lab?<br>240 18    A.   No, I can't...<br>240 19    Q.   You've -- have you experienced that the<br>240 20    lab performs legal tricks to try to get the highest<br>240 21    NRRs for its product, for the company's<br>products?<br>240 22    A.   So -- | Re: [240:19-240:21]<br>Def Objection -<br>Argumentative; Misstates<br>(611, 403); Foundation (602) | Re: [240:19-240:21]<br>Def Objection -<br>Argumentative;<br>Misstates (611,<br>403); Foundation<br>(602)<br>**Sustained** | Re: [240:13-240:18]<br>Foundation (602) |
| **240:25 - 241:2   Cimino, M. 12-11-2019**<br>240 25    BY THE WITNESS: | Re: [241:1-241:2]<br>Def Objection - | Re: [241:1-241:2] | |

| | | | |
|---|---|---|---|
| 241 1     A.   Elliott would have had his processes in<br>241 2     place.  I'm not familiar. | Argumentative; Misstates<br>(611, 403); Foundation (602) | Def Objection -<br>Argumentative;<br>Misstates (611,<br>403); Foundation<br>(602)<br>**Sustained** | |
| **241:14 - 242:1   Cimino, M. 12-11-2019**<br>241 14     (WHEREUPON, a certain document was<br>241 15     marked Mike Cimino Deposition Exhibit<br>241 16     No. 17, for identification, as of<br>241 17     12/11/2019.)<br>241 18     BY MR. CARTMELL:<br>241 19     Q.   I'm going to hand you what's been marked<br>241 20     as Exhibit 17.  This is an e-mail that was<br>provided to<br>241 21     us by 3M in this litigation.<br>241 22     I'm going to ask you a question about the<br>241 23     last e-mail that's on .5, but if you take a look at,<br>241 24     just so you know, if you take a look at earlier<br>pages,<br>241 25     it will show that it was an e-mail from Doug<br>Ohlin to<br>242 1     Doug Moses in the marketing group on May<br>28th, 2009. | **Re: [241:19-242:1]**<br>Def Objection - Foundation<br>(602) | **Re: [241:19-<br>242:1]**<br>Def Objection -<br>Foundation (602)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021** | |
| **243:11 - 243:16   Cimino, M. 12-11-2019**<br>243 11     Q.   And we've talked about Mr. Ohlin, but<br>243 12     Mr. Ohlin was the retiree from the military who<br>was<br>243 13     the director of the Hearing Conservation<br>program<br>243 14     there, and after he retired your company actually<br>243 15     hired him as a consultant, right?<br>243 16     A.   Correct. | **Re: [243:11-243:16]**<br>Def Objection - Foundation<br>(602) | **Re: [243:11-<br>243:16]**<br>Def Objection -<br>Foundation (602)<br>**Overruled** | |
| **244:11 - 244:21   Cimino, M. 12-11-2019**<br>244 11     And it states:  "Doug, I'd like to keep<br>244 12     this between you and me.  There is already<br>enough<br>244 13     tension between the research and marketing<br>groups in | **Re: [244:11-244:21]**<br>Def Objection - Compound<br>(611, 403); Hearsay (801,<br>802); Foundation (602) | **Re: [244:11-<br>244:21]**<br>Def Objection -<br>Compound (611,<br>403); Hearsay<br>(801, 802); | |

| | | | | |
|---|---|---|---|---|
| 244 14 | your shop without me adding to it, but I have to vent | | Foundation (602)<br>**Overruled** | |
| 244 15 | to you my frustration over that reduced NRR for the | | | |
| 244 16 | new version of the Combat Arms Earplug." | | | |
| 244 17 | And you -- did you say you reviewed | | | |
| 244 18 | Mr. Moses' testimony or you were told about it, | | | |
| 244 19 | because this is something that Mr. Moses talked about | | | |
| 244 20 | in his deposition? | | | |
| 244 21 | Did you know that? | | | |
| **245:2 - 246:13   Cimino, M. 12-11-2019** | | **Re: [245:2-245:2]** | **Re: [245:2-245:2]** | |
| 245 2 | A.   I did not review Doug's testimony. | Def Objection - Compound (611, 403); Hearsay (801, 802); Foundation (602) | Def Objection - Compound (611, 403); Hearsay (801, 802); Foundation (602) | |
| 245 3 | Q.   Okay.  Anyway, he mentions tension between | **Re: [245:3-245:19]** | **Overruled** | |
| 245 4 | research, or the lab, and marketing at 3M, and -- and | Def Objection - Hearsay (801, 802); Foundation (602) | **Re: [245:3-245:19]** | |
| 245 5 | has that been consistent with your finding at the | **Re: [245:20-246:5]** | Def Objection - Hearsay (801, 802); Foundation (602) | |
| 245 6 | company? | Def Objection - Foundation (602); Relevance (401, 402); Prejudice (403) | **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021;** | |
| 245 7 | A.   I don't know what he is referring to here, | **Re: [246:6-246:13]** | **OVERRULED as to hearsay objection. The term "legal" at [245:15] excluded under 403.** | |
| 245 8 | he being Doug, is this Doug Ohlin? | Def Objection - Compound (611, 403); Foundation (602) | | |
| 245 9 | Q.   Doug Ohlin, yes. | | | |
| 245 10 | A.   Yeah, I don't know what he is referring to. | | | |
| 245 11 | | | | |
| 245 12 | Q.   Okay.  He -- he goes on to say:  "The old | | | |
| 245 13 | guard at Aearo has always believed that the classic | | | |
| 245 14 | foam and the one size UltraFit were the ultimate in | | | |
| 245 15 | earplug protection.  The lab would use every legal | | | |
| 245 16 | trick in the book to get the highest NRRs possible. | | **Re: [245:20-246:5]** | |
| 245 17 | They had to if they wanted to be competitive." | | Def Objection - | |
| 245 18 | Do you see that? | | | |
| 245 19 | A.   I do. | | | |
| 245 20 | Q.   And we've already talked about with the | | | |
| 245 21 | Combat Arms Version 2 that the lab actually did a test | | | |

| | | | | |
|---|---|---|---|---|
| 245 22    and stopped the test after eight because it was so<br>245 23    low, changed the instructions and did a new test to<br>245 24    get a higher NRR.<br>245 25    Remember that?<br>246 1    A.   So I remember reviewing the -- are you<br>246 2    talking about the report?<br>246 3    Q.   Yeah.<br>246 4    A.   I can just comment what -- what it said --<br>246 5    says in the report.<br>246 6    Q.   Okay.  And then we know that for a<br>246 7    different product, also, that you were involved with,<br>246 8    that you contacted Mr. Berger or the lab and you told<br>246 9    the lab that you were expecting a certain NRR, that it<br>246 10    needed to be equivalent or higher than the prior<br>246 11    version, and that you wouldn't accept anything less<br>246 12    than that.<br>246 13    Do you recall that? | | Foundation (602); Relevance (401, 402); Prejudice (403) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; OVERRULED as to remaining objections.**<br>**Re: [246:6-246:13]**<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Overruled** | | |
| **246:16 - 246:16   Cimino, M. 12-11-2019**<br>246 16    A.   I recall the e-mail. | Re: [246:16-246:16]<br>Def Objection - Compound (611, 403); Foundation (602) | Re: [246:16-246:16]<br>Def Objection - Compound (611, 403); Foundation (602)<br>**Overruled** | | |
| **247:4 - 247:11   Cimino, M. 12-11-2019**<br>247 4    Q.   At any rate, let me now direct you to<br>247 5    Exhibit 18.<br>247 6    BY MR. CARTMELL:<br>247 7    Q.   Now, you saw on the prior visit -- or<br>247 8    prior exhibit that Mr. Ohlin said he was frustrated<br>247 9    with the lower NRR on the new Combat Arms Earplug. | Re: [247:7-247:11]<br>Def Objection - Hearsay (801, 802); Foundation (602) | Re: [247:7-247:11]<br>Def Objection - Hearsay (801, 802); Foundation (602)<br>**FOUNDATION OBJECTION WITHDRAWN, 3/12/2021;** | | |

| | | | | |
|---|---|---|---|---|
| 247 10   Do you remember reading that?<br>247 11   A.   Yes. | | **OVERRULED as to hearsay objection.** | | |
| **248:2 - 248:8   Cimino, M. 12-11-2019**<br>248 2   Q.   Okay.  And then this is an e-mail from<br>248 3   Doug Ohlin to Doug Moses, 6/10, so about three weeks<br>248 4   after that, and the topic or subject here is:<br>248 5   "revised fitting" -- "fitting protocol for Combat Arms<br>248 6   E" -- or "Combat Arms Earplug retest."<br>248 7   Do you see that?<br>248 8   A.   I see that. | Re: [248:2-248:8]<br>Def Objection - Hearsay (801, 802); 3M MIL No. 15; Foundation (602) | **Re: [248:2-248:8]**<br>Def Objection - Hearsay (801, 802); 3M MIL No. 15; Foundation (602) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; OVERRULED as to 3M MIL No. 15; OVERRULED as to hearsay objection.** | | |
| **248:16 - 249:3   Cimino, M. 12-11-2019**<br>248 16   Q.   Okay.  Let's read this e-mail from<br>248 17   Mr. Ohlin to Mr. Moses about three weeks later.<br>248 18   "Doug, This situation reminds me of<br>248 19   something that happened at Aearo years ago of which<br>248 20   you may or may not be aware.  There has always been<br>248 21   intense pressure on Elliott to match the<br>248 22   attenuation values the Penn State lab is able to produce.  I'm not<br>248 23   sure if that's what instigated this incident or not,<br>248 24   but Aearo received a six figure fine from the EPA over<br>248 25   some protocol issue related to an attempt to produce<br>249 1   higher NRR's." | Re: [248:16-249:3]<br>Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) | **Re: [248:16-249:3]**<br>Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; OVERRULED as to 3M MIL No. 8; OVERRULED as to hearsay objection.** | | |

| | | | | |
|---|---|---|---|---|
| 249 2    Do you see that?<br>249 3    A.   I see that. | | | | |
| **249:18 - 249:24   Cimino, M. 12-11-2019**<br>249 18    Q.   What about this, were you told by Doug<br>249 19    Moses who reported directly to you that Mr. O -<br>-<br>249 20    Mr. Ohlin told him that the lab that was run by<br>249 21    Elliott at your company, Aearo Technologies, had been<br>249 22    fined by the EPA for a protocol issue related to an<br>249 23    attempt to get a higher NRR?<br>249 24    A.   This is news to me. | Re: [249:18-249:24]<br>Def Objection - 3M MIL No. 8; Foundation (602) | Re: [249:18-249:24]<br>Def Objection - 3M MIL No. 8; Foundation (602) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; OVERRULED as to 3M MIL No. 8** | | |
| **250:10 - 251:1   Cimino, M. 12-11-2019**<br>250 10    He then says:  "I was appalled, not at<br>250 11    Aearo, but more over the EPA focusing on the most<br>250 12    professional of the hearing protection manufacturers<br>250 13    while Walmart was selling hearing protectors from<br>250 14    China without NRR's."<br>250 15    It then states:  "I'm bringing this up<br>250 16    because it sounds like history repeating itself. We<br>250 17    are putting pressure on Elliott to come up with a<br>250 18    higher NRR for this new version of the Combat Arms<br>250 19    Earplug."<br>250 20    Do you see that?<br>250 21    A.   I see what's written there, yeah.<br>250 22    Q.   Do you recall or did Mr. Moses or<br>250 23    Mr. Ohlin talk to you and tell you that he was<br>250 24    concerned that pressure was being put on the<br>250 25    laboratory, Elliott Berger and the laboratory to come<br>251 1    up with a higher NRR for the Combat Arms Earplug? | Re: [250:10-250:21]<br>Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602)<br>Re: [250:22-251:1]<br>Def Objection - Compound (611, 403); Foundation (602) | Re: [250:10-250:21]<br>Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) **FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; OVERRULED as to 3M MIL No. 8; OVERRULED as to hearsay objection.**<br>Re: [250:22-251:1]<br>Def Objection - Compound (611, 403); Foundation (602) **OVERRULED** | | |

| 251:4 - 251:4 | Cimino, M. 12-11-2019 | Re: [251:4-251:4] | Re: [251:4-251:4] | | |
|---|---|---|---|---|---|
| 251 4 | A.   I don't have any recollection of this. | Def Objection - Compound (611, 403); Foundation (602) | Def Objection - Compound (611, 403); Foundation (602) **OVERRULED** | | |
| 251:17 - 252:2 | Cimino, M. 12-11-2019 | Re: [251:17-251:21] | Re: [251:17-251:21] | | |
| 251 17 251 18 who 251 19 251 20 251 21 | He goes on to say:  "We could be setting Aearo up for another fine.  If that happens, those who applied the pressure will be no less responsible." Do you see that? A.   I do. | Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) | Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) **OVERRULED as to 3M MIL No. 8; OVERRULED as to remaining objections** Re: [251:22-252:2] Def Objection - Misstates; Vague (611, 403); Foundation (602) **Sustained** | | |
| 251 22 251 23 251 24 251 25 252 1 on 252 2 | Q.   And let me ask you, as somebody who has been involved in this industry for 24 years -- or excuse me -- 20 years. Do you agree that the marketing department should not pressure the laboratory, put pressure them in -- to get the highest NRRs possible? | Re: [251:22-252:2] Def Objection - Misstates; Vague (611, 403); Foundation (602) | Re: [251:22-252:2] Def Objection - Misstates; Vague (611, 403); Foundation (602) **Sustained** | | |
| 252:5 - 252:6 | Cimino, M. 12-11-2019 | Re: [252:5-252:6] | Re: [252:5-252:6] | | |
| 252 5 252 6 | A.   So the laboratory would have their own protocols in place for doing testing. | Def Objection - Misstates; Vague (611, 403); Foundation (602) | Def Objection - Misstates; Vague (611, 403); | | |

| | | | | |
|---|---|---|---|---|
| | | Foundation (602)<br>**Sustained** | | |
| **253:10 - 253:11   Cimino, M. 12-11-2019**<br>253 10    Q.   You have beliefs and attitudes and<br>253 11    opinions as you sit here today, don't you? | **Re: [253:10-253:11]**<br>Def Objection - Compound<br>(611, 403); Foundation (602) | **Re: [253:10-253:11]**<br>Def Objection -<br>Compound (611,<br>403); Foundation<br>(602)<br>**Sustained** | | |
| **253:14 - 254:8   Cimino, M. 12-11-2019**<br>253 14    A.   As does everybody.<br>253 15    BY MR. CARTMELL:<br>253 16    Q.   Right.  As you walked through that door<br>253 17    today and came in here for this deposition, the things<br>253 18    that have happened in your life have made you develop<br>253 19    beliefs and opinions about certain things, correct?<br>253 20    MR. ELLIS:  Object to the form of the question.<br>253 21    BY THE WITNESS:<br>253 22    A.   Again, everybody has opinions.<br>253 23    BY MR. CARTMELL:<br>253 24    Q.   Right.  And -- and so what I want to ask<br>253 25    you about, not about what protocols your lab had, I<br>254 1    want to ask what Mike Cimino's beliefs and opinions<br>254 2    are about this question that I'm asking right now, and<br>254 3    I want the jury to hear your response.<br>254 4    Do you have a belief or an opinion about<br>254 5    whether it is appropriate for the marketing department<br>254 6    to put pressure on the laboratory to provide the<br>254 7    highest NRR.  Do you have a belief and a -- or an<br>254 8    opinion about that? | **Re: [253:14-253:14]**<br>Def Objection - Compound<br>(611, 403); Foundation (602)<br>**Re: [253:16-253:19]**<br>Def Objection - Compound<br>(611, 403); Relevance (401,<br>402); Foundation (602)<br>**Re: [253:22-254:8]**<br>Def Objection - Compound<br>(611, 403); Relevance (401,<br>402); Foundation (602) | **Re: [253:14-253:14]**<br>Def Objection -<br>Compound (611,<br>403); Foundation<br>(602)<br>**Sustained**<br>**Re: [253:16-253:19]**<br>Def Objection -<br>Compound (611,<br>403); Relevance<br>(401, 402);<br>Foundation (602)<br>**Sustained**<br>**Re: [253:22-254:8]**<br>Def Objection -<br>Compound (611,<br>403); Relevance<br>(401, 402);<br>Foundation (602)<br>**Overruled** | | |

| 254:11 - 255:2 Cimino, M. 12-11-2019 | Re: [254:11-254:11] | Re: [254:11-254:11] | | |
|---|---|---|---|---|
| 254 11    A.   I don't. | Def Objection - Compound (611, 403); Relevance (401, 402); Foundation (602) | Def Objection - Compound (611, 403); Relevance (401, 402); Foundation (602) Overruled | | |
| 254 12    BY MR. CARTMELL: | | | | |
| 254 13    Q.   He then states:  "Bottom line - Make sure | Re: [254:13-254:20] | Re: [254:13-254:20] | | |
| 254 14    we aren't putting Elliott in a position where he is | Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) | Def Objection - Hearsay (801, 802); 3M MIL No. 8; Foundation (602) FOUNDATION OBJECTION WITHDRAWN, 3/12/2021; OVERRULED as to 3M MIL No. 8; OVERRULED as to hearsay objection. | | |
| 254 15    compromising the integrity of his lab.  A 2 decibel | | | | |
| 254 16    increase in the NRR would not be worth another fine. | | | | |
| 254 17    You would also have the additional headache of now | Re: [254:21-255:2] | | | |
| 254 18    being answerable to 3M corporate." | Def Objection - Vague; Compound (611, 403); Foundation (602) | | | |
| 254 19    Do you see that? | | | | |
| 254 20    A.   I do. | | | | |
| 254 21    Q.   And that's true, that if your marketing | | Re: [254:21-255:2] Def Objection - Vague; Compound (611, 403); Foundation (602) Overruled | | |
| 254 22    department, and this is during a period of time when | | | | |
| 254 23    you were in charge, if your marketing department was | | | | |
| 254 24    putting pressure on the lab to try to get them to get | | | | |
| 254 25    the highest NRRs for the Combat Arms Earplugs, that | | | | |
| 255 1    would -- that would actually compromise the integrity | | | | |
| 255 2    of the lab, would it not? | | | | |
| 255:5 - 255:7 Cimino, M. 12-11-2019 | Re: [255:5-255:7] | Re: [255:5-255:7] | | |
| 255 5    A.   Again, the lab would have their own | Def Objection - Vague; Compound (611, 403); Foundation (602) | Def Objection - Vague; Compound (611, 403); Foundation | | |
| 255 6    processes and protocols in place to do their | | | | |
| 255 7    evaluations and tests. | | | | |

|  |  |  | (602) Overruled |  |  |
|---|---|---|---|---|---|
| **255:13 - 255:16   Cimino, M. 12-11-2019**<br>255 13  Do you believe that if the marketing<br>255 14  department was putting pressure on the lab to get the<br>255 15  highest NRRs possible, that that would compromise the<br>255 16  integrity of the lab? | Re: [255:13-255:16]<br>Def Objection - Vague (611, 403); Foundation (602) | | Re: [255:13-255:16]<br>Def Objection - Vague (611, 403); Foundation (602)<br>**Overruled** | | |
| **255:19 - 255:20   Cimino, M. 12-11-2019**<br>255 19  BY THE WITNESS:<br>255 20  A.   I don't have an opinion on that. | Re: [255:20-255:20]<br>Def Objection - Vague (611, 403); Foundation (602) | | Re: [255:20-255:20]<br>Def Objection - Vague (611, 403); Foundation (602)<br>**Overruled** | | |
| **256:11 - 257:4   Cimino, M. 12-11-2019**<br>256 11  (WHEREUPON, a certain document was<br>256 12  marked Mike Cimino Deposition Exhibit<br>256 13  No. 19, for identification, as of<br>256 14  12/11/2019.)<br>256 15  BY MR. CARTMELL:<br>256 16  Q.   And I say that you were involved, because<br>256 17  I want to hand you an exhibit, Exhibit 19, Page 1436.<br>256 18  Exhibit 19, sir, is an e-mail string that<br>256 19  came from the company files in this litigation, and I<br>256 20  want to actually start at the bottom of the page,<br>256 21  because that's how e-mails go chronologically.<br>256 22  The bottom e-mail is from you on May 29th,<br>256 23  2009.  And take a look, sir, that date, May 29th,<br>256 24  2009.  That is, I think, the exact same day, maybe a<br>256 25  day or two within the e-mail from Mr. Ohlin to Doug<br>257 1  Moses that talked about the legal tricks and talked<br>257 2  about Mr. Ohlin's frustration with the low NRR | Re: [256:16-257:4]<br>Def Objection - Compound; Misstates (611, 403); Hearsay (801, 802); Foundation (602) | | Re: [256:16-257:4]<br>Def Objection - Compound; Misstates (611, 403); Hearsay (801, 802); Foundation (602)<br>**OVERRULED, with the exception of the term "legal" at [257:1], which is excluded under 403.** | | |

| | | | |
|---|---|---|---|
| for the<br>257 3    Combat Arms Earplug.<br>257 4    Isn't that right? | | | |
| **257:7 - 257:7   Cimino, M. 12-11-2019**<br>257 7    A.  I see the date stamps, yep. | Re: [257:7-257:7]<br>Def Objection - Compound;<br>Misstates (611, 403); Hearsay<br>(801, 802); Foundation (602) | Re: [257:7-<br>257:7]<br>Def Objection -<br>Compound;<br>Misstates (611,<br>403); Hearsay<br>(801, 802);<br>Foundation (602)<br>**OVERRULED** | |
| **258:10 - 258:19   Cimino, M. 12-11-2019**<br>258 10    Q.  And here is your e-mail, these are your<br>258 11    words:<br>258 12    "Doug, did you find the spec and advise<br>258 13    Jeff we won't be launch" -- "launching with the<br>lower<br>258 14    NRR product?  MC."<br>258 15    Do you see that?<br>258 16    A.  I do.<br>258 17    Q.  That's what you told Mr. Moses one day<br>258 18    after Mr. Ohlin was talking about the low NRR<br>with the<br>258 19    Combat Arms, correct? | Re: [258:3-258:16]<br>Def Objection - Foundation<br>(602)<br>Re: [258:17-258:19]<br>Def Objection - Misstates;<br>Vague (611, 403); Foundation<br>(602) | Re: [258:10-<br>258:16]<br>Def Objection -<br>Foundation (602)<br>**FOUNDATION<br>OBJECTION<br>WITHDRAWN,<br>3/12/2021**<br>Re: [258:17-<br>258:19]<br>Def Objection -<br>Misstates; Vague<br>(611, 403);<br>Foundation (602)<br>**Overruled** | |
| **258:22 - 258:22   Cimino, M. 12-11-2019**<br>258 22    A.  I can only comment on what's on here. | Re: [258:22-258:22]<br>Def Objection - Misstates;<br>Vague (611, 403); Foundation<br>(602) | Re: [258:22-<br>258:22]<br>Def Objection -<br>Misstates; Vague<br>(611, 403);<br>Foundation (602)<br>**Overruled** | |
| **260:9 - 260:17   Cimino, M. 12-11-2019**<br>260 9    Q.  And then Doug Moses responds to you and<br>260 10    says: "No...conversation evolved.  I think we<br>will be<br>260 11    retesting with the new fitting criteria.  I'll keep | Re: [260:8-260:14]<br>Def Objection - Foundation<br>(602)<br>Re: [260:15-260:17]<br>Def Objection - Vague; | Re: [260:8-<br>260:14]<br>Def Objection -<br>Foundation (602)<br>**Foundation** | |

| | | | | |
|---|---|---|---|---|
| 260 12  you posted."<br>260 13  You see that?<br>260 14  A.  I do.<br>260 15  Q.  Okay.  So you were asking Doug Moses to<br>260 16  put pressure on Jeff Hamer to tell them there would be<br>260 17  no launch of that product with a low NRR, correct? | Misstates (611, 403);<br>Foundation (602) | **Objection Withdrawn, 3/12/2021**<br>**Re: [260:15-260:17]**<br>Def Objection - Vague; Misstates (611, 403); Foundation (602)<br>**Overruled** | | |
| **260:20 - 260:20   Cimino, M. 12-11-2019**<br>260 20  A.  No, I can't say that that's what I say. | Re: [260:20-260:20]<br>Def Objection - Vague;<br>Misstates (611, 403);<br>Foundation (602) | Re: [260:20-260:20]<br>Def Objection - Vague; Misstates (611, 403); Foundation (602)<br>**Overruled** | | |
| **266:22 - 267:4   Cimino, M. 12-11-2019**<br>266 22  Q.  Okay.  Let's go back to Exhibit 8.<br>266 23  We talked about this earlier, but<br>266 24  Mr. Ohlin mentioned that pressure was often put on the<br>266 25  lab and that can cause EPA fines and compromise the<br>267 1  integrity.  This is an e-mail with you that we talked<br>267 2  about previously where you told the lab that you would<br>267 3  not accept an NRR that wasn't at least an equivalent<br>267 4  NRR as the current version of this product, correct? | Re: [266:22-267:4]<br>Def Objection - Compound;<br>Misstates (611, 403); Hearsay<br>(801, 802); Foundation (602) | Re: [266:22-267:4]<br>Def Objection - Compound; Misstates (611, 403); Hearsay (801, 802); Foundation (602)<br>**OVERRULED** | | |
| **267:8 - 267:10   Cimino, M. 12-11-2019**<br>267 8  A.  So just like my e-mail says on there, my<br>267 9  request was that the worst case scenario the new ones<br>267 10  you have there come out with an equivalent NRR value. | Re: [267:8-267:10]<br>Def Objection - Compound;<br>Misstates (611, 403); Hearsay<br>(801, 802); Foundation (602) | Re: [267:8-267:10]<br>Def Objection - Compound; Misstates (611, 403); Hearsay (801, 802); | | |

| | | | | |
|---|---|---|---|---|
| | | Foundation (602)<br>**OVERRULED** | | |
| **267:17 - 267:19 Cimino, M. 12-11-2019**<br>267 17 But you're -- you're putting pressure on<br>267 18 the lab, aren't you, sir, to get a certain NRR before<br>267 19 the test is even done, aren't you? | **Re: [267:17-267:19]**<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602) | **Re: [267:17-267:19]**<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602)<br>**Overruled** | | |
| **267:22 - 267:24 Cimino, M. 12-11-2019**<br>267 22 BY THE WITNESS:<br>267 23 A. No. I'm just requesting an equivalent<br>267 24 NRR. | **Re: [267:23-267:24]**<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602) | **Re: [267:23-267:24]**<br>Def Objection - Misstates; Argumentative (611, 403); Foundation (602)<br>**Overruled** | | |
| **271:10 - 272:19 Cimino, M. 12-11-2019**<br>271 10 Q. Okay. And then if you go to Exhibit 20,<br>271 11 this is the follow-up e-mail to that.<br>271 12 Exhibit 20 is an e-mail dated<br>271 13 January 19th, 2004, from Elliott Berger to you. And,<br>271 14 in fact, he does call you or contact you by I guess<br>271 15 e-mail to inform you that he is in that test and he<br>271 16 has completed nine subjects on the product.<br>271 17 Do you see that?<br>271 18 A. Yep.<br>271 19 Q. What is that product that we are talking<br>271 20 about, the PowerCom data -- or, excuse me, the<br>271 21 PowerCom product?<br>271 22 A. That would have been a communication<br>271 23 headset product.<br>271 24 Q. Okay. A hearing protective device with<br>271 25 communication, electronic?<br>272 1 A. Correct.<br>272 2 Q. Okay. So he calls you during the test and | **Re: [271:10-272:14]**<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Foundation (602)<br>**Re: [272:15-272:19]**<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | **Re: [271:10-272:14]**<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Foundation (602)<br>**Foundation Objection Withdrawn, 3/12/2021; Remaining Objections Overruled**<br>**Re: [272:15-272:19]**<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; | | |

| | | |
|---|---|---|
| 272 3     he says:  "Right now the NRRs are 25 and 25.2." | | Compound (611, 403); Foundation (602) |
| 272 4     You had asked for a 26, right? | | |
| 272 5     A.   Was it 8? | | **Overruled** |
| 272 6     Q.   Yes, sir. | | |
| 272 7     A.   My e-mail would say that, yes. | | |
| 272 8     Q.   Okay.  He says:  "It is very unlikely that | | |
| 272 9     the tenth subject will get the 26 you wanted." | | |
| 272 10    And then you respond to him, and you say: | | |
| 272 11    "Okay.  Keep going if you can get me a 25 NRR.  It is | | |
| 272 12    the bare minimum I can accept." | | |
| 272 13    Do you see that? | | |
| 272 14    A.   I do. | | |
| 272 15    Q.   So marketing is telling the laboratory, | | |
| 272 16    Look, you can keep doing your test, laboratory, for | | |
| 272 17    this NRR, but I need a 25, if you can't get me a 25, I | | |
| 272 18    can't accept it, because the bare minimum is 25. | | |
| 272 19    That's what you are saying, right? | | |
| **272:22 - 272:23   Cimino, M. 12-11-2019** | **Re: [272:22-273:1]** | **Re: [272:22-273:23]** |
| 272 22    A.   I'm saying that target -- I'm saying keep | Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) |
| 272 23    going if they could get me a 25 NRR. | | |
| | | **Overruled** |
| **273:7 - 273:11   Cimino, M. 12-11-2019** | **Re: [273:5-273:11]** | **Re: [272:22-273:23]** |
| 273 7     Q.   Then why even contact them, why not let | Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, |
| 273 8     them do their test and give you the results?  Why do | | |
| 273 9     you have to contact them, sir, and tell them what you | | |
| 273 10    need from a marketing perspective or what you desire | | |

| | | | |
|---|---|---|---|
| 273 11      and that you can't accept anything lower than that? | | 403); Foundation (602) **Overruled** | |
| **273:13 - 273:16   Cimino, M. 12-11-2019**<br>273 13      BY THE WITNESS:<br>273 14      A.   So I don't recall the context of all of<br>273 15      the discussions with this, but that was the discussion<br>273 16      as -- as laid out here. | Re: [273:14-273:24]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | Re: [272:22-273:23]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602)<br>**Overruled** | |
| **273:18 - 273:24   Cimino, M. 12-11-2019**<br>273 18      Q.   My point is, why even call the lab and try<br>273 19      to influence their results or tell them you can't<br>273 20      accept certain NRRs, why not let the lab do the tests<br>273 21      on the hearing protective device, give you what they<br>273 22      come out with, the unbiased results, and you live with<br>273 23      it.  Why do you have to contact them and try to<br>273 24      pressure them? | Re: [273:14-273:24]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | Re: [272:22-273:23]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602)<br>**Overruled** | |
| **274:3 - 274:5   Cimino, M. 12-11-2019**<br>274 3      A.   Again, I don't remember the context of --<br>274 4      of this particular discussion, but that is the<br>274 5      discussion that was had. | Re: [274:3-274:6]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | | |
| **274:13 - 274:20   Cimino, M. 12-11-2019**<br>274 13      Q.   And this is the exact same situation,<br>274 14      isn't it, with the Combat Arms Earplugs, that there<br>274 15      was eight people or nine people tested, like with the<br>274 16      Combat Arms Earplugs, now in that case they stopped<br>274 17      the test. | Re: [274:13-274:20]<br>Def Objection - Relevance (401, 402); 3M MIL No. 18; Misstates; Compound (611, 403); Foundation (602) | | |

| 274 18 | Did they stop the test with this one or do | | | | |
| 274 19 | you know? | | | | |
| 274 20 | A.   I don't know. | | | | |