# EXHIBIT 1

| Designations | | | Objections | Rulings |
|---|---|---|---|---|
| 15:05 - 15:07 | Donaldson, Jodee 2020-11-17 PIP | 0:06 | | |
| 15:05 | Could you state your name for the | | | |
| 15:06 | Record, please. | | | |
| 15:07 | A. It's Jodee Donaldson. | | | |
| | | | | |
| 21:09 - 22:01 | Donaldson, Jodee 2020-11-17 PIP | 1:57 | | |
| 21:09 | Q. Okay.  Prior to appearing here | | **Re: [21:09 to 22:01]** | **OVERRULED** |
| 21:10 | today, did you have an opportunity to look at | | **Def Obj** Improper counter; | |
| 21:11 | your file, or the VA's file, in connection with | | Relevance (401, 402) (not | |
| 21:12 | any treatment or services rendered to Mr. | | relevant to impeachment on | |
| 21:13 | McCombs? | | hearing protection use); | |
| 21:14 | A. Yes.  I looked at the report done | | Prejudice (403) | |
| 21:15 | that day. | | | |
| 21:16 | Q. And that would be the report that | | | |
| 21:17 | you prepared? | | | |
| 21:18 | A. Yes. | | | |
| 21:19 | Q. Okay.  Did you look at any other | | | |
| 21:20 | records in the VA's system of Mr. McCombs? | | | |
| 21:21 | A. No. | | | |
| 21:22 | Q. Did you look to see if you had | | | |
| 21:23 | any documents that concerned the treatment of | | | |
| 21:24 | Mr. McCombs? | | | |
| 21:25 | A. It would have only been the | | | |
| 22:01 | report.  We don't keep any other records. | | | |
| | | | | |
| 22:25 - 23:07 | Donaldson, Jodee 2020-11-17 PIP | 0:21 | | |
| 22:25 | Q. Okay.  When was the last time | | | |
| 23:01 | that you ever examined Mr. McCombs? | | | |
| 23:02 | A. According to the document, it was | | | |
| 23:03 | November 7, 2015. | | | |
| 23:04 | Q. When was the first time you ever | | | |
| 23:05 | examined Mr. McCombs? | | | |
| 23:06 | A. That would be the same, November | | | |
| 23:07 | 7, 2015. | | | |
| | | | | |
| 23:08 - 23:13 | Donaldson, Jodee 2020-11-17 PIP | 0:19 | | |

| | | | |
|---|---|---|---|
| | 23:08 | Q. Okay. Is it correct your | |
| | 23:09 | treatment or examination of Mr. McCombs was | |
| | 23:10 | limited to a single incident or episode or | |
| | 23:11 | visit? | |
| | 23:12 | A. Yes. The examination was limited | |
| | 23:13 | to a single visit. | |
| 33:19 - 34:11 | | Donaldson, Jodee 2020-11-17 PIP | 1:20 |
| | 33:19 | Q. Can you walk us through your | |
| | 33:20 | employment history after graduating with a | |
| | 33:21 | degree in audiology in 2006? | |
| | 33:22 | A. Yes. In 2006 I was offered a | |
| | 33:23 | full-time position at the same clinic that I | |
| | 33:24 | did my externship at, so I stayed on at Arizona | |
| | 33:25 | Hearing and Balance Center, and I worked there | |
| | 34:01 | until December 2011. At that time, I moved to | |
| | 34:02 | Nashville, from Arizona, and I started working | |
| | 34:03 | at Vanderbilt University, at the Bill Wilkerson | |
| | 34:04 | Clinic, as an audiologist. And then I left | |
| | 34:05 | that job in -- at the end of June 2013, and | |
| | 34:06 | began working for the VA in July 2013. | |
| | 34:07 | And then finally, I work | |
| | 34:08 | part-time for the VA now, so I also work | |
| | 34:09 | part-time at a clinic called Ascent Hearing -- | |
| | 34:10 | Audiology and Hearing, and that job began in | |
| | 34:11 | February of 2020. | |
| 55:03 - 55:14 | | Donaldson, Jodee 2020-11-17 PIP | 1:48 |
| | 55:03 | Q. In connection with your rendering | |
| | 55:04 | services to Mr. McCombs, did you inquire of him | |
| | 55:05 | whether he was exposed to noise in a combat | |
| | 55:06 | zone? | |
| | 55:07 | A. Yes. On my report of Mr. | |
| | 55:08 | McCombs, under remarks pertaining to hearing | |
| | 55:09 | loss, I did indicate that he served a combat | |
| | 55:10 | tour in Afghanistan in 2009 until 2010. | |
| | 55:11 | Q. And did you inquire of Mr. | |

| | | | | |
|---|---|---|---|---|
| | 55:12<br>55:13<br>55:14 | McCombs whether he was wearing hearing<br>protection when he was exposed to noise while<br>in combat? | | | |
| 55:25 - 56:07 | | Donaldson, Jodee 2020-11-17 PIP | 0:23 | | |
| | 55:25<br>56:01<br>56:02<br>56:03<br>56:04<br>56:05<br>56:06<br>56:07 | A. Okay. I stated in the next<br>paragraph of the notes: Hearing protection was<br>only worn during training and not in combat.<br>Q. Where did you obtain the<br>information that Mr. McCombs only wore hearing<br>protection in training, but not in combat?<br>A. From the veteran's provided<br>history. | | | |
| 57:18 - 57:22 | | Donaldson, Jodee 2020-11-17 PIP | 0:19 | | |
| | 57:18<br>57:19<br>57:20<br>57:21<br>57:22 | Q. Did you -- My question is: Did<br>you consider Mr. McCombs' answer, or statement<br>to you, that he only wore hearing protection in<br>training and not in combat in connection with<br>any services that you rendered to Mr. McCombs? | | **Re: [57:18 to 58:01]**<br>**Def Obj** Improper counter;<br>Relevance (401, 402) (not<br>relevant to impeachment on<br>hearing protection use);<br>Prejudice (403); 701 (improper<br>lay opinion). | **OVERRULED** |
| 58:01 - 58:01 | | Donaldson, Jodee 2020-11-17 PIP | 0:02 | | |
| | 58:01 | A. No. I did -- I did not. | | **Re: [57:18 to 58:01]**<br>**Def Obj** Improper counter;<br>Relevance (401, 402) (not<br>relevant to impeachment on<br>hearing protection use);<br>Prejudice (403); 701 (improper<br>lay opinion). | **OVERRULED** |
| 59:10 - 59:13 | | Donaldson, Jodee 2020-11-17 PIP | 0:14 | | |
| | 59:10<br>59:11<br>59:12<br>59:13 | Q. And were you also seeking to<br>ascertain, whether in connection with his<br>service, he had sustained tinnitus?<br>A. Yes. | | **Re: [59:10 to 59:13]**<br>**Def Obj** Improper counter;<br>Relevance (401, 402) (not<br>relevant to impeachment on | **SUSTAINED** |

| | | | | |
|---|---|---|---|---|
| | | | hearing protection use); Prejudice (403) | |
| 61:15 - 61:24 | Donaldson, Jodee 2020-11-17 PIP | 1:40 | | |
| 61:15 | Q. And was it your practice to | | | |
| 61:16 | document as truthfully and accurately as | | | |
| 61:17 | possible what the patient had told you in | | | |
| 61:18 | connection with your evaluation of that | | | |
| 61:19 | patient? | | | |
| 61:20 | A. Yes. | | | |
| 61:21 | Q. Did you do your best to | | | |
| 61:22 | truthfully and accurately document what Mr. | | | |
| 61:23 | McCombs had told you in connection with your | | | |
| 61:24 | evaluation of him in 2015, for VA benefits? | | | |
| 61:25 - 61:25 | Donaldson, Jodee 2020-11-17 PIP | 0:01 | | |
| 61:25 | A. Yes. | | | |
| 66:07 - 66:14 | Donaldson, Jodee 2020-11-17 PIP | 1:32 | | |
| 66:07 | Q. Is this a record of Mr. McCombs | | **Re: [66:07 to 66:14]** | **OVERRULED** |
| 66:08 | that you completed in connection with your | | **Def Obj** Improper counter; | |
| 66:09 | evaluation of him? | | Relevance (401, 402) (not | |
| 66:10 | A. Yes. According to my notes, I | | relevant to impeachment on | |
| 66:11 | said under evidence, comments: Tinnitus was | | hearing protection use); | |
| 66:12 | reported within the SMR, that's service medical | | Prejudice (403) | |
| 66:13 | record, on 4/26/2009, and that's where I | | | |
| 66:14 | believe I obtained that information. | | | |
| 68:19 - 68:23 | Donaldson, Jodee 2020-11-17 PIP | 0:20 | | |
| 68:19 | Q. Does the record that you looked | | **Re: [68:19 to 68:23]** | **OVERRULED** |
| 68:20 | at indicate that following an IED blast on | | **Def Obj** Improper counter; | |
| 68:21 | April 23, 2009, Mr. McCombs reported ringing of | | Relevance (401, 402) (not | |
| 68:22 | the ears? | | relevant to impeachment on | |
| 68:23 | A. Yes. | | hearing protection use); | |
| | | | Prejudice (403) | |
| 80:08 - 81:04 | Donaldson, Jodee 2020-11-17 PIP | 1:26 | | |

| | | | | |
|---|---|---|---|---|
| 80:08 | Q. You go on to write: Tinnitus was | | **Re: [80:08 to 81:04]** | **SUSTAINED as to 80:20-81:04.** |
| 80:09 | reported within the SMR on 4/26/09. He | | **Def Obj** Improper counter; | **Otherwise OVERRULED** |
| 80:10 | reported tinnitus for five minutes after a | | Relevance (401, 402) (not | |
| 80:11 | blast. | | relevant to impeachment on | |
| 80:12 | Do you see that? | | hearing protection use); | |
| 80:13 | A. Uh-huh. Yes. | | Prejudice (403) | |
| 80:14 | Q. Was that information that you | | | |
| 80:15 | obtained from the medical records that the VA | | | |
| 80:16 | or the U.S. military maintained? | | | |
| 80:17 | A. Yes. That information was on the | | | |
| 80:18 | service medical record that we viewed earlier | | | |
| 80:19 | from April 26, 2009. | | | |
| 80:20 | Q. When it says he reported tinnitus | | | |
| 80:21 | for five minutes after a blast, of what | | | |
| 80:22 | significance was that to you in connection with | | | |
| 80:23 | your examination of Mr. McCombs? | | | |
| 80:24 | A. It was evidence that he | | | |
| 80:25 | experienced ringing in his ears while | | | |
| 81:01 | active-duty service. Ringing in the ears is | | | |
| 81:02 | often the result -- or it can be a result of | | | |
| 81:03 | acoustic trauma; and that's what I'm looking | | | |
| 81:04 | for, is evidence of any acoustic trauma. | | | |
| | | | | |
| 81:16 - 81:24 | Donaldson, Jodee 2020-11-17 PIP | 1:30 | | |
| 81:16 | Q. Okay. And is it the case, that | | **Re: [81:16 to 81:24]** | **SUSTAINED** |
| 81:17 | as part of your evidence evaluation or review, | | **Def Obj** Improper counter; | |
| 81:18 | you did look at his medical records while he | | Relevance (401, 402) (not | |
| 81:19 | was in the service; that's the SMR, service | | relevant to impeachment on | |
| 81:20 | medical records? | | hearing protection use); | |
| 81:21 | A. Yes. All service medical records | | Prejudice (403) | |
| 81:22 | are reviewed, although there's a human | | | |
| 81:23 | component to it where sometimes things are | | | |
| 81:24 | missed. | | | |
| | | | | |
| 86:02 - 87:02 | Donaldson, Jodee 2020-11-17 PIP | 1:59 | | |
| 86:02 | Q. And then the next page says, | | **Re: [86:02 to 86:15]** | **SUSTAINED** |
| 86:03 | under remarks. The veteran reported a history | | **Pltf Obj** Not limited to | |

| | | | |
|---|---|---|---|
| 86:04 | of military noise exposure which included | "impeaching McCombs by | |
| 86:05 | machine guns and IEDs. | contradiction." | |
| 86:06 | Where do you get that | | |
| 86:07 | information? | | |
| 86:08 | A. I ask the veteran what military | | |
| 86:09 | noise exposure he had, and that's what he | | |
| 86:10 | stated. | | |
| 86:11 | Q. And here when we're talking about | | |
| 86:12 | the veteran, you asked Mr. McCombs what hearing | | |
| 86:13 | -- I'm sorry, what military noise exposure he | | |
| 86:14 | had; is that correct? | | |
| 86:15 | A. Yes. | | |
| 86:16 | Q. And then you write, immediately | | |
| 86:17 | after that: Hearing protection was only worn | | |
| 86:18 | during training and not in combat. | | |
| 86:19 | Do you see that? | | |
| 86:20 | A. Yes. | | |
| 86:21 | Q. Where do you get that | | |
| 86:22 | information? | | |
| 86:23 | A. From Mr. McCombs. | | |
| 86:24 | Q. Did Mr. McCombs indicate to you | | |
| 86:25 | in connection with your evaluation of his claim | | |
| 87:01 | that he only wore hearing protection during | | |
| 87:02 | training and not in combat? | | |
| | | | |
| 87:05 - 87:14 | Donaldson, Jodee 2020-11-17 PIP | 0:25 | |
| 87:05 | A. I would ask the question if he | | |
| 87:06 | used hearing protection while in the military | | |
| 87:07 | and that would have been his response. | | |
| 87:08 | Q. Okay. So the information that | | |
| 87:09 | Mr. McCombs wore hearing protection only in | | |
| 87:10 | training and not in combat, that's information | | |
| 87:11 | Mr. McCombs provided to you in connection with | | |
| 87:12 | your November 7th of 2015 examination; is that | | |
| 87:13 | correct? | | |
| 87:14 | A. Yes. | | |

| Designation | Deposition | Duration | Objection | Ruling |
|---|---|---|---|---|
| 91:25 - 92:04 | Donaldson, Jodee 2020-11-17 PIP | 0:17 | **Re: [91:25 to 92:04]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | **SUSTAINED** |

91:25    Q. And was it important to your
92:01    evaluation of Mr. McCombs to understand whether
92:02    he was exposed to this noise that resulted in
92:03    this ringing of his ears while he was in
92:04    combat?

| Designation | Deposition | Duration | Objection | Ruling |
|---|---|---|---|---|
| 92:14 - 92:18 | Donaldson, Jodee 2020-11-17 PIP | 0:11 | **Re: [92:14 to 92:18]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | **SUSTAINED** |

92:14    A. In my examination, I -- I did not
92:15    -- I don't remember what I asked him at that
92:16    time, because it was five years ago. But in my
92:17    report, I did not indicate if it was in combat
92:18    or training.

| Designation | Deposition | Duration | Objection | Ruling |
|---|---|---|---|---|
| 92:20 - 93:11 | Donaldson, Jodee 2020-11-17 PIP | 1:48 | **Re: [92:20 to 93:11]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | **SUSTAINED** |

92:20    that. But I asked whether -- You told us
92:21    earlier in connection with service history, one
92:22    of the things you asked about is service in a
92:23    combat zone and exposure to noises, specific
92:24    noises, while in a combat zone; correct?
92:25    A. Yes.
93:01    Q. And that's relevant to your
93:02    evaluation of the patient; correct?
93:03    A. Yes.
93:04    Q. And that would have been relevant
93:05    to your evaluation of Mr. McCombs; correct?
93:06    A. So you're asking if knowing if
93:07    the IED blast was in combat or in training
93:08    would have been relevant?
93:09    Q. Understanding what noise exposure
93:10    he had while in combat, whether that would have
93:11    been relevant to your evaluation?

| Designation | Deposition | Duration | Objection | Ruling |
|---|---|---|---|---|
| 93:14 - 93:22 | Donaldson, Jodee 2020-11-17 PIP | 0:20 | **Re: [93:14 to 93:22]** | **SUSTAINED** |

93:14    Q. You can answer.

| | | | | |
|---|---|---|---|---|
| | 93:15 | A. Okay. I -- I mean, honestly, | **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | |
| | 93:16 | when we're looking -- when we're looking at | | |
| | 93:17 | noise exposure, a lot of times we don't -- we | | |
| | 93:18 | just ask about noise exposure and not | | |
| | 93:19 | specifically what occurred in combat. | | |
| | 93:20 | Q. Okay. | | |
| | 93:21 | A. We don't often differentiate | | |
| | 93:22 | between combat and between training. | | |
| 94:23 - 94:25 | | Donaldson, Jodee 2020-11-17 PIP | 0:08 | |
| | 94:23 | Q. The constant tinnitus is what he | **Re: [94:23 to 94:25]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); Hearsay | **OVERRULED** |
| | 94:24 | said in your interview of him; correct? | | |
| | 94:25 | A. Yes. | | |
| 96:08 - 96:14 | | Donaldson, Jodee 2020-11-17 PIP | 0:19 | |
| | 96:08 | Q. Okay. And that's what you put | **Re: [96:08 to 96:14]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); 701 (improper lay opinion) | **SUSTAINED** |
| | 96:09 | there as the rationale for your conclusion that | | |
| | 96:10 | it was at least as likely as not, 50 percent | | |
| | 96:11 | probability or greater, that tinnitus was | | |
| | 96:12 | caused by or result of military noise exposure; | | |
| | 96:13 | correct? | | |
| | 96:14 | A. Yes. | | |
| 97:01 - 97:25 | | Donaldson, Jodee 2020-11-17 PIP | 1:08 | |
| | 97:01 | Q. And then you go on to say that | **Re: [97:01 to 97:25]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | **SUSTAINED** |
| | 97:02 | the etiology is typically inferred by patient | | |
| | 97:03 | history and a review of the medical records, | | |
| | 97:04 | and that the medical -- the service medical | | |
| | 97:05 | records in C-file do not contain any direct | | |
| | 97:06 | evidence of tinnitus; however, the veteran | | |
| | 97:07 | reported the onset of tinnitus occurred in | | |
| | 97:08 | 2009, during which time he was serving active | | |
| | 97:09 | duty in the Army. | | |
| | 97:10 | Do you see that? | | |

| | | | | |
|---|---|---|---|---|
| 97:11 | A. Yes. | | | |
| 97:12 | Q. What do you mean that the service | | | |
| 97:13 | records in C-file don't contain any direct | | | |
| 97:14 | evidence of tinnitus? | | | |
| 97:15 | A. When I do these reports, I use a | | | |
| 97:16 | template that automatically populates that | | | |
| 97:17 | statement. And if there is any evidence in the | | | |
| 97:18 | C-file, I have to go in and physically change | | | |
| 97:19 | it. And I think that was an error, that I | | | |
| 97:20 | didn't go back and change it. | | | |
| 97:21 | So it should have stated -- Which | | | |
| 97:22 | if you go back to the evidence review, which | | | |
| 97:23 | was in my handwriting, that tinnitus was | | | |
| 97:24 | reported within the SMR on 4/26/09. So that | | | |
| 97:25 | was a user error there. | | | |
| 101:19 - 101:25 | Donaldson, Jodee 2020-11-17 PIP | 0:23 | | |
| 101:19 | Q. Dr. Donaldson, just a couple more | | **Re: [101:19 to 102:04]** | **SUSTAINED** |
| 101:20 | questions. At any time in connection with your | | **Def Obj** Improper counter; | |
| 101:21 | evaluation of Mr. McCombs, did you reach any | | Relevance (401, 402) (not | |
| 101:22 | conclusions as to what the cause of his | | relevant to impeachment on | |
| 101:23 | tinnitus was? | | hearing protection use); | |
| 101:24 | A. I attributed his tinnitus to | | Prejudice (403); 701 (improper | |
| 101:25 | military noise exposure. | | lay opinion) | |
| 102:01 - 102:04 | Donaldson, Jodee 2020-11-17 PIP | 0:17 | | |
| 102:01 | Q. Did you determine whether the use | | **Re: [101:19 to 102:04]** | **SUSTAINED** |
| 102:02 | or lack of use of hearing protection devices | | **Def Obj** Improper counter; | |
| 102:03 | while in combat was a cause of his tinnitus? | | Relevance (401, 402) (not | |
| 102:04 | A. No. | | relevant to impeachment on | |
| | | | hearing protection use); | |
| | | | Prejudice (403); 701 (improper | |
| | | | lay opinion) | |
| 108:21 - 109:03 | Donaldson, Jodee 2020-11-17 PIP | 0:24 | | |
| 108:21 | with the report that you entered. The first | | **Re: [108:21 to 109:03]** | **OVERRULED** |
| 108:22 | question is, do you have any independent | | **Def Obj** Improper counter; | |

| | | | | |
|---|---|---|---|---|
| 108:23 | recollection of Dustin McCombs at all? | | Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | |
| 108:24 | A. No. | | | |
| 108:25 | Q. All you know is basically what's | | | |
| 109:01 | in your records -- the records that you've | | | |
| 109:02 | reviewed? | | | |
| 109:03 | A. Yes. That's all I know. | | | |
| | | | | |
| 109:21 - 110:06 | Donaldson, Jodee 2020-11-17 PIP | 1:32 | | |
| 109:21 | Q. Now, when you take that history, | | | |
| 109:22 | are you writing that down longhand, are you | | | |
| 109:23 | entering that into a computer, or what? | | | |
| 109:24 | A. Yes. Usually I write it down in | | | |
| 109:25 | longhand. | | | |
| 110:01 | Q. Do you -- What are you writing it | | | |
| 110:02 | on? | | | |
| 110:03 | A. We have a history form that the | | | |
| 110:04 | -- that everybody in our clinic uses that has | | | |
| 110:05 | the general questions that we ask, and I note | | | |
| 110:06 | it on there. | | | |
| | | | | |
| 113:07 - 113:16 | Donaldson, Jodee 2020-11-17 PIP | 1:35 | | |
| 113:07 | Q. And you're filling out this form | | | |
| 113:08 | in longhand while you're asking the questions | | | |
| 113:09 | and he's giving responses; is that right? | | | |
| 113:10 | A. Yes, sir. | | | |
| 113:11 | Q. Now, after this form is filled | | | |
| 113:12 | out by you, longhand, then does he go ahead and | | | |
| 113:13 | have these tests done, the audiograms and that | | | |
| 113:14 | sort of thing? | | | |
| 113:15 | A. Yes. And that would be followed | | | |
| 113:16 | by the hearing examination. | | | |
| | | | | |
| 116:19 - 116:25 | Donaldson, Jodee 2020-11-17 PIP | 0:25 | | |
| 116:19 | Q. Now, the answers that the veteran | | Re: [116:19 to 116:25] **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on | **OVERRULED** |
| 116:20 | gives you, specifically in this instance, Mr. | | | |
| 116:21 | McCombs, that's not recorded anywhere like an | | | |
| 116:22 | audio recording, is it? | | | |

| | | | | |
|---|---|---|---|---|
| | 116:23 | A. No. That's -- An audio recording | hearing protection use); Prejudice (403) | |
| | 116:24 | of that type of examination is not allowed, as | | |
| | 116:25 | far as I know. | | |
| 120:03 - 120:05 | | Donaldson, Jodee 2020-11-17 PIP | 0:11 | |
| | 120:03 | Q. You did not ask Mr. McCombs | **Re: [120:03 to 120:05]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); Asked, foundation (602), leading | **OVERRULED** |
| | 120:04 | whether or not he was wearing ear protection on | | |
| | 120:05 | April 23rd when he had the IED blast; true? | | |
| 120:07 - 120:11 | | Donaldson, Jodee 2020-11-17 PIP | 0:19 | |
| | 120:07 | A. I -- According to the record, I | **Re: [120:07 to 120:11]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); Asked, foundation (602), leading | **OVERRULED** |
| | 120:08 | did not indicate if he was wearing hearing | | |
| | 120:09 | protection or not whenever I made the notation | | |
| | 120:10 | about that date. So I would assume that I did | | |
| | 120:11 | not ask that question. I didn't note it. | | |
| 123:09 - 123:11 | | Donaldson, Jodee 2020-11-17 PIP | 0:06 | |
| | 123:09 | can answer the question: Did you ask Plaintiff | **Re: [123:09 to 123:11]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); foundation (602), asked, leading. | **OVERRULED** |
| | 123:10 | McCombs if he was wearing hearing protection at | | |
| | 123:11 | the time of the IED blast? | | |
| 123:15 - 123:16 | | Donaldson, Jodee 2020-11-17 PIP | 0:06 | |
| | 123:15 | A. I did document -- I did not | **Re: [123:15 to 123:16]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); | **OVERRULED** |
| | 123:16 | document that I asked him that question. | | |

| | | | |
|---|---|---|---|
| | | | Prejudice (403); foundation (602), asked, leading. | |
| 123:25 - 124:03 | Donaldson, Jodee 2020-11-17 PIP | 0:16 | | |
| 123:25 | Q. Dr. Donaldson, you did find that | | **Re: [123:25 to 124:03]** | **SUSTAINED** |
| 124:01 | Dustin had tinnitus that you believed was | | **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); foundation (602), asked, leading. | |
| 124:02 | linked through his military service; is that | | | |
| 124:03 | right? | | | |
| 124:25 - 125:02 | Donaldson, Jodee 2020-11-17 PIP | 0:08 | | |
| 124:25 | A. Yes. I did opine that the | | **Re: [124:25 to 125:02]** | **SUSTAINED** |
| 125:01 | tinnitus was at least as likely as not caused | | **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403); leading, foundation (602), 701 (improper lay opinion). | |
| 125:02 | by a result of military noise exposure. | | | |
| 128:23 - 129:07 | Donaldson, Jodee 2020-11-17 PIP | 1:36 | | |
| 128:23 | Q. Dr. Donaldson, have you ever -- | | **Re: [128:23 to 129:07]** | **SUSTAINED** |
| 128:24 | Well, we went over a mistake that you made here | | **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | |
| 128:25 | on the Record where you referenced that there | | | |
| 129:01 | was no direct evidence of tinnitus in the | | | |
| 129:02 | C-file. Do you recall testifying to that | | | |
| 129:03 | earlier? | | | |
| 129:04 | A. Yes. | | | |
| 129:05 | Q. And you said that was because the | | | |
| 129:06 | template had that language in there? | | | |
| 129:07 | A. Yes. | | | |
| 129:15 - 129:25 | Donaldson, Jodee 2020-11-17 PIP | 1:35 | | |
| 129:15 | Q. Can you explain to me what that | | **Re: [129:15 to 130:12]** | **SUSTAINED** |
| 129:16 | template form contains? | | **Def Obj** Improper counter; | |

| | | | | |
|---|---|---|---|---|
| | 129:17 | A. Yeah. So in order to make my | Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | |
| | 129:18 | report writing go a little faster, I have -- | | |
| | 129:19 | it's basically just a Word document with | | |
| | 129:20 | different opinions that I might use, based, you | | |
| | 129:21 | know, on different circumstances, and I would | | |
| | 129:22 | just copy and paste that opinion. | | |
| | 129:23 | So, for example, in this one, it | | |
| | 129:24 | would be an opinion for a veteran who reported | | |
| | 129:25 | tinnitus in service. So I would copy and paste | | |
| 130:01 - 130:12 | | Donaldson, Jodee 2020-11-17 PIP | 1:34 | |
| | 130:01 | that into the DBQ and then change what I need | **Re: [129:15 to 130:12]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | **SUSTAINED** |
| | 130:02 | to or input additional, you know, information | | |
| | 130:03 | that the veteran has provided me to -- to make | | |
| | 130:04 | it for them. That way I don't have to write | | |
| | 130:05 | everything, every single time. | | |
| | 130:06 | Q. So that template has a statement | | |
| | 130:07 | in there that the service medical records in | | |
| | 130:08 | C-file do not contain any direct evidence of | | |
| | 130:09 | tinnitus? | | |
| | 130:10 | A. Yes. | | |
| | 130:11 | Q. That would be in the template? | | |
| | 130:12 | A. Yes, sir. | | |
| 130:24 - 131:02 | | Donaldson, Jodee 2020-11-17 PIP | 0:11 | |
| | 130:24 | Q. How long did -- But you were | **Re: [130:24 to 131:02]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on hearing protection use); Prejudice (403) | **SUSTAINED** |
| | 130:25 | clearly using that template when you saw Dustin | | |
| | 131:01 | McCombs in November 2015; right? | | |
| | 131:02 | A. Yes. | | |
| 131:06 - 131:18 | | Donaldson, Jodee 2020-11-17 PIP | 1:44 | |
| | 131:06 | Q. Can you explain to me what other | **Re: [131:06 to 131:18]** **Def Obj** Improper counter; Relevance (401, 402) (not relevant to impeachment on | **SUSTAINED** |
| | 131:07 | information was on that template? | | |
| | 131:08 | A. It -- There's just templates for | | |
| | 131:09 | opinions that I might provide. So regarding | | |

| | | | |
|---|---|---|---|
| 131:10 | hearing loss, if -- a hearing loss opinion, if | hearing protection use); | |
| 131:11 | they have normal hearing, if they have a shift | Prejudice (403) | |
| 131:12 | in service; tinnitus that is due to military | | |
| 131:13 | service, tinnitus that was reported after | | |
| 131:14 | military service, so wouldn't be related. | | |
| 131:15 | There -- I can't even estimate how many | | |
| 131:16 | different situations there would be.  For -- | | |
| 131:17 | There would be templates for, say ten or | | |
| 131:18 | fifteen, but I might be wrong on that. | | |
| | | | |
| 132:09 - 132:25 | Donaldson, Jodee 2020-11-17 PIP | 1:46 | |
| 132:09 | Q. Dr. Donaldson, just a few | | |
| 132:10 | additional questions for you.  You indicated | | |
| 132:11 | you take handwritten notes while you're | | |
| 132:12 | interviewing a patient, including Mr. McCombs; | | |
| 132:13 | is that correct? | | |
| 132:14 | A. Yes. | | |
| 132:15 | Q. How soon after you take those | | |
| 132:16 | handwritten notes do you enter them into an | | |
| 132:17 | electronic form such that we have a record of | | |
| 132:18 | that examination? | | |
| 132:19 | A. It really depends on patient by | | |
| 132:20 | patient.  If the next patient is there, then I | | |
| 132:21 | typically would go ahead and see them so they | | |
| 132:22 | don't have to wait, and then the report would | | |
| 132:23 | come at a later time. | | |
| 132:24 | I would assume with Mr. McCombs | | |
| 132:25 | in particular, that I did his -- his DBQ | | |
| | | | |
| 133:01 - 133:06 | Donaldson, Jodee 2020-11-17 PIP | 0:15 | |
| 133:01 | immediately following the appointment because | | |
| 133:02 | it was documented that it was entered at 10:23, | | |
| 133:03 | which was soon after the appointment time of | | |
| 133:04 | ten o'clock, but I'm only reading that off the | | |
| 133:05 | document.  I don't recall.  But they're always | | |
| 133:06 | done by the end of the day. | | |