# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *McCombs*, 7:20cv94 | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## DEPOSITION DESIGNATIONS ORDER NO. 6

This Order addresses Plaintiff's objections and counter-designations to Defendants' affirmative deposition designations and Defendants' objections to Plaintiff's counter-designations thereto for the following witness depositions:

1. Davis, James

**SO ORDERED**, on this 24th day of May, 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**