# EXHIBIT 1

* Defendants currently propose playing on the testimony in white. Testimony highlighted in gray reflects the testimony originally designated subject to Plaintiffs' full objection that Defendants no longer intend to play.

| Designations | | Preserved Objections | Previous Rulings | New Objections | Rulings |
|---|---|---|---|---|---|
| 11:09 - 13:08 | Davis, James (2021-01-28) 3:36 | | | | |
| 11:09 | Q. And what is your name? | | | Re: [11:09 to 13:08] | OVERRULED (11:09-19) |
| 11:10 | A. My name is James Davis. I'm an | | | Pltf Obj 401, 403 | |
| 11:11 | audiologist, and I'm employed by the United | | | | |
| 11:12 | States Navy. | | | | |
| 11:13 | Q. Okay. Sir, I believe for a while, were | | | | |
| 11:14 | you in the Army? | | | | |
| 11:15 | A. I was in the Army from May 30th, 2008 | | | | |
| 11:16 | until May 31st, 2011. | | | | |
| 11:17 | Q. Okay. So May of '08 to when did you say | | | | |
| 11:18 | again? | | | | |
| 11:19 | A. May 31st, 2011. Three years. | | | | |
| 11:20 | Q. Okay. And then how did you switch from | | | | |
| 11:21 | the Army to the Navy? | | | | |
| 11:22 | A. Well, I had been an active duty | | | | |
| 11:23 | audiologist for the Navy from 1998 until 2005. | | | | |
| 11:24 | In 2005, I separated and was employed as a | | | | |
| 11:25 | federal civilian employee by the Navy in Pearl | | | | |
| 12:01 | Harbor, Hawaii. Not to get into the whole | | | | |
| 12:02 | background of the whys and hows, but I was | | | | |
| 12:03 | wanting to return to active duty, but because I | | | | |
| 12:04 | was in the Navy Individual Ready Reserve, there | | | | |
| 12:05 | was no way for me to be recalled into the Navy | | | | |
| 12:06 | due to there not being a recall call in the Navy. | | | | |
| 12:07 | So over a few years, just inquiring with | | | | |
| 12:08 | different branches, the Army who was in great | | | | |
| 12:09 | need of audiologists at the time because of the | | | | |
| 12:10 | high number of soldiers deploying, asked me if I | | | | |
| 12:11 | was interested in joining -- in switching from | | | | |
| 12:12 | the Navy IRR into the Army Reserve. So I | | | | |
| 12:13 | thought, well, that might be a way to get a paid | | | | |
| 12:14 | Reserve drilling billet, and then that kind of | | | | |
| 12:15 | evolved into, would you be willing to come on | | | | |
| 12:16 | active duty? I mulled that for a while, said, | | | | |
| 12:17 | well, I'll give it a shot. If I don't like it, | | | | |
| 12:18 | I'll complete any three-year obligation and | | | | |
| 12:19 | leave. | | | | |
| 12:20 | So I was given orders toward the end of | | | | |
| 12:21 | May 2008, sworn in, I think, that same week, | | | | |
| 12:22 | bought my uniforms, got on a plane and reported | | | | |
| 12:23 | to Fort Benning on the 30th of May of that same | | | | |
| 12:24 | year. | | | | |
| 12:25 | Q. Okay. Let me ask you this: So you're | | | | |
| 13:01 | currently serving as an officer in the United | | | | |
| 13:02 | States Navy. | | | | |
| 13:03 | A. I am not. I have not been active -- I | | | | |
| 13:04 | have not been active duty since I left the Army | | | | |
| 13:05 | in 2011. | | | | |
| 13:06 | Q. 2011. What are you doing now, sir? | | | | |
| 13:07 | A. I'm a civil servant for the Navy. I'm | | | | |

|  | 13:08 | an audiologist, but I'm a federal civilian. |  |  |
|---|---|---|---|---|

**13:13 - 13:17**   Davis, James (2021-01-28)   0:11

| 13:13 | Q. Okay.  So as -- so since you're a |
|---|---|
| 13:14 | civil -- you're a civil servant, you work for the |
| 13:15 | federal government, but in relation to the United |
| 13:16 | States Navy. |
| 13:17 | A. Correct. |

Re: [13:13 to 13:17]
Pltf Obj 401, 403

**15:03 - 15:09**   Davis, James (2021-01-28)   1:33

| 15:03 | Q. I have a letter -- I have a letter dated |
|---|---|
| 15:04 | January 21 2021 signed by Major Robert E.L. |
| 15:05 | Wald, who is on this call. |
| 15:06 | Do you have a copy of that letter in |
| 15:07 | front of you? |
| 15:08 | A. I did not -- I don't think I printed out |
| 15:09 | the e-mail.  The letter was sent in an e-mail. |

Re: [15:03 to 15:09]
Pltf Obj 401, 403

**17:20 - 18:18**   Davis, James (2021-01-28)   1:16

| 17:20 | Okay.  Let me ask you a couple of |
|---|---|
| 17:21 | questions.  If we look through this, it says you |
| 17:22 | were testifying about knowledge between May of |
| 17:23 | 2008 and August of 2008; is that correct?  That's |
| 17:24 | what you're going to talk about here today? |
| 17:25 | A. Yes, sir. |
| 18:01 | Q. Okay.  And all of your testimony today |
| 18:02 | is going to be limited to what you know for the |
| 18:03 | period May 2008 through August 2008, correct? |
| 18:04 | A. Yes, sir. |
| 18:05 | Q. So if you answer any questions here |
| 18:06 | today about -- about that somebody could argue |
| 18:07 | that it pertains to September of 2008, that would |
| 18:08 | be inapplicable because you're only talking about |
| 18:09 | May to August of 2008, correct? |
| 18:10 | A. Yes, sir. |
| 18:11 | Q. Okay.  One of the things, if we can look |
| 18:12 | at the very bottom of this page, it says, |
| 18:13 | "Dr. Davis has no personal knowledge of Plaintiff |
| 18:14 | McCombs' noise exposures." |
| 18:15 | Is that a true statement? |
| 18:16 | A. Yes, sir. |
| 18:17 | Q. Do you know who Dustin McCombs is? |
| 18:18 | A. I don't. |

Re: [17:20 to 18:18]
Pltf Obj 401, 403

**20:04 - 21:25**   Davis, James (2021-01-28)   3:41

| 20:04 | While you were at Fort Benning from May |
|---|---|
| 20:05 | 2008 to August 2008, did you ever collect, |
| 20:06 | analyze or evaluate any noise exposure data? |
| 20:07 | A. I did not. |
| 20:08 | Q. Okay.  While you were at Fort Benning, |
| 20:09 | what did you do? |
| 20:10 | A. Well, as I mentioned earlier, I didn't |

Re: [20:04 to 21:25]
Pltf Obj 401, 403

| | |
|---|---|
| 20:11 | report to Fort Benning until the 30th of May. |
| 20:12 | First several weeks were spent in-processing, |
| 20:13 | getting pay records squared away, getting my |
| 20:14 | credentials and privileges at the hospital in |
| 20:15 | order so I would be allowed to see patients. |
| 20:16 | Shortly after that, I was sent on a |
| 20:17 | mission to Camp Shelby, Mississippi for several |
| 20:18 | weeks to evaluate National Guard soldiers. |
| 20:19 | And then not -- I don't remember the |
| 20:20 | exact dates, but not long after I returned from |
| 20:21 | that mission, I was assigned as an Article 32 |
| 20:22 | officer and pulled from my normal duties as an |
| 20:23 | audiologist to spend time on an investigation. |
| 20:24 | So it was actually some time before I was |
| 20:25 | actually fully into my actual job as the program |
| 21:01 | manager. |
| 21:02 | Q. Let's break that down.  When did you go |
| 21:03 | to Camp Shelby? |
| 21:04 | A. I don't remember the exact dates.  I am |
| 21:05 | just kind of pulling from my memory. |
| 21:06 | Q. Would it have been during the time |
| 21:07 | period from May of 2008 to August of 2008? |
| 21:08 | A. Possibly.  Possibly.  I just remember it |
| 21:09 | was not long after I arrived because the Army |
| 21:10 | audiology leadership was trying to get my feet |
| 21:11 | wet because I was, you know, completely new to |
| 21:12 | their system, so they wanted to send me on |
| 21:13 | missions and have me do other things that an |
| 21:14 | officer would do.  So right off the bat, I was |
| 21:15 | doing a lot of that. |
| 21:16 | I'm sorry I don't remember the dates. |
| 21:17 | It's nothing that I've written down.  I haven't |
| 21:18 | really -- other than my orders and my DD 214, I |
| 21:19 | haven't really kept anything from that time. |
| 21:20 | Q. That's okay.  All I'm trying to figure |
| 21:21 | out, Dr. Davis, is basically if I look at this |
| 21:22 | time period of May 2008 to August 2008, that's a |
| 21:23 | time period of roughly ballpark 120 days.  It's |
| 21:24 | four months.  But from what you've told me |
| 21:25 | already, it appears you weren't even there for |

| | | |
|---|---|---|
| 22:01 - 22:07 | Davis, James (2021-01-28) | 0:15 |
| 22:01 | but for one day of May or two days of May, | |
| 22:02 | correct? | |
| 22:03 | A. Exactly. | |
| 22:04 | Q. And then it seems like right after you | |
| 22:05 | got there, not long after you got there, you | |
| 22:06 | actually went to Camp Shelby for how long? | |
| 22:07 | A. It was for two weeks. | |

Re: [22:01 to 22:07]
Pltf Obj 401, 403

| | | |
|---|---|---|
| 22:08 - 23:19 | Davis, James (2021-01-28) | 2:53 |
| 22:08 | Q. For two weeks. | |

| | |
|---|---|
| 22:09 | A. Well, let me backtrack. I remember I |
| 22:10 | had -- they called it -- now I'm not really up to |
| 22:11 | speed on Army terminology. I've been with the |
| 22:12 | Navy for really 22 years, so if I throw in Navy |
| 22:13 | jargon -- |
| 22:14 | Q. It's okay. |
| 22:15 | A. -- excuse me. |
| 22:16 | But they sent me on what they refer to |
| 22:17 | as a reconnaissance mission first. Now I |
| 22:18 | remember. I had to -- I had to travel to Camp |
| 22:19 | Shelby, Mississippi and determine where these |
| 22:20 | hearing evaluations could take place. So I |
| 22:21 | remember doing that first. |
| 22:22 | Then some time -- I returned to Fort |
| 22:23 | Benning. And in the midst of this, I was having |
| 22:24 | to do a lot of in-process training, too, in |
| 22:25 | processing training that active duty normally |
| 23:01 | have to complete. |
| 23:02 | So I did the recon mission first, |
| 23:03 | returned to Fort Benning, and then I had to |
| 23:04 | return to Camp Shelby for two weeks with another |
| 23:05 | Army officer audiologist to complete in |
| 23:06 | processing for deploying National Guard soldiers |
| 23:07 | through there, then returned back to Fort |
| 23:08 | Benning. I don't know the exact time frame. I |
| 23:09 | just remember it wasn't long after I got back |
| 23:10 | when I got pulled by the troop commander to be |
| 23:11 | assigned as an Article 32 officer. And that |
| 23:12 | took, I think, several months, if I recall |
| 23:13 | correctly, because I had to conduct an |
| 23:14 | investigation and then there was a pre -- kind of |
| 23:15 | a pretrial prior to what a court-martial would |
| 23:16 | do. And that took up all of my time, and I |
| 23:17 | wasn't doing my normal duties during that period. |
| 23:18 | But it was roughly along those same timelines |
| 23:19 | there from what I recall. |

| | | | |
|---|---|---|---|
| 23:20 - 24:01 | Davis, James (2021-01-28) | 0:22 | |
| 23:20 | Q. So Dr. Davis, I mean, if I'm -- if I'm | | Re: [23:20 to 24:01] |
| 23:21 | listening to what you're saying, from May of 2008 | | Pltf Obj 401, 403 |
| 23:22 | to August of 2008, at Fort Benning, how much time | | |
| 23:23 | during that period did you actually spend being | | |
| 23:24 | an Army audiologist? Like how many days would | | |
| 23:25 | you have done that in that time period? It | | |
| 24:01 | sounds like not much. | | |

| | | | |
|---|---|---|---|
| 24:03 - 24:05 | Davis, James (2021-01-28) | 0:07 | |
| 24:03 | THE WITNESS: I don't -- I couldn't give | | Re: [24:03 to 24:05] |
| 24:04 | an exact answer. I mean, I'm really just pulling | | Pltf Obj 401, 403 |
| 24:05 | from my memory. | | |

| | | | |
|---|---|---|---|
| 24:07 - 25:12 | Davis, James (2021-01-28) | 2:31 | |

| | |
|---|---|
| 24:07 | Q. I guess what I'm getting at -- |
| 24:08 | A. It was later in the year before I was |
| 24:09 | really into my job there, to be honest. |
| 24:10 | Q. Okay.  All right. |
| 24:11 | A. Because understand that I had not been |
| 24:12 | given any training prior to my orders starting on |
| 24:13 | the 30th of May.  I was literally a civilian in |
| 24:14 | Hawaii.  I had to ask someone what uniforms do I |
| 24:15 | need, and I went to the Army base at Schofield |
| 24:16 | Barracks, got two sets of ACUs, the boots, socks, |
| 24:17 | asked someone to teach me how to wear it, |
| 24:18 | literally got on the plane, flew to my home, to |
| 24:19 | my parents in Mobile, Alabama for just a couple |
| 24:20 | of days and then traveled to Fort Benning, |
| 24:21 | checked in, and I knew nothing about the Army. |
| 24:22 | I'll be honest with you. |
| 24:23 | Q. Okay.  Fair enough.  I guess what I'm |
| 24:24 | trying to get at, though, is we're limited on the |
| 24:25 | scope that we have here, the time period.  We've |
| 25:01 | already established you missed most of May, and |
| 25:02 | then it seems the rest of the time period that we |
| 25:03 | were here, you were at least involved in being at |
| 25:04 | Camp Shelby for a few weeks and then working as |
| 25:05 | an officer on an Article 32 case, true? |
| 25:06 | A. Yes, sir. |
| 25:07 | Q. Okay.  So it doesn't appear that from |
| 25:08 | the limited time frame that we have, you were |
| 25:09 | actually working as an audiologist much of |
| 25:10 | anything at all.  True? |
| 25:11 | A. Well, right.  Not -- not at Fort |
| 25:12 | Benning.  I was doing it at Camp Shelby. |

Re: [24:07 to 25:12]
Pltf Obj 401, 403

**26:15 - 29:07**   Davis, James (2021-01-28)                    4:06

| | |
|---|---|
| 26:15 | So the first thing I want to ask you is |
| 26:16 | can you tell me about your educational |
| 26:17 | background? |
| 26:18 | A. Okay.  I completed my bachelor of |
| 26:19 | science in speech and hearing sciences at the |
| 26:20 | University of South Alabama in Mobile, which I |
| 26:21 | completed that June of 1993.  And then, I |
| 26:22 | completed my master's of science in audiology at |
| 26:23 | the University of Southern Mississippi in |
| 26:24 | December of 1994.  I finished a clinical |
| 26:25 | fellowship here after that point and worked |
| 27:01 | partly in an ENT setting, an otolaryngology |
| 27:02 | setting.  And then for a year or so, I was a |
| 27:03 | contract employee for the VA in Biloxi, |
| 27:04 | Mississippi, performing compensation and pension |
| 27:05 | examinations until I gained a commission in the |
| 27:06 | United States Navy in late 1997.  Completed Navy |
| 27:07 | officer indoctrination school in New Port, Rhode |
| 27:08 | Island in the winter of 1998, and then continued |

Re: [26:15 to 29:07]
Pltf Obj 401, 403

| | |
|---|---|
| 27:09 | on to my first command at Naval Medical Center |
| 27:10 | Port Smith for one year. |
| 27:11 | In 1999, I PCS'd, that's a permanent |
| 27:12 | change of duty to Yokosuka, Japan, Naval Hospital |
| 27:13 | Yokosuka, in 1999.  For two years, I was the |
| 27:14 | department head of occupational audiology.  And |
| 27:15 | for the last year there, I moved from that role |
| 27:16 | to working for the Department of Defense schools |
| 27:17 | as an educational audiologist. |
| 27:18 | Then in 2002, I PCS'd to Naval Medical |
| 27:19 | Center San Diego, and was the department head of |
| 27:20 | occupational audiology there for about I think it |
| 27:21 | was seven months.  There was a hot fill billet, |
| 27:22 | meaning there was a need for someone to fill a |
| 27:23 | billet in Okinawa, Japan.  So in 2003 -- February |
| 27:24 | 2003, I PCS'd to Okinawa, Japan and was the |
| 27:25 | educational audiologist, which means it wasn't a |
| 28:01 | hearing conservation billet.  I was -- I was |
| 28:02 | seeing school-aged children and developmentally |
| 28:03 | delayed children for two years there. |
| 28:04 | And then the Navy Medical Service Corps |
| 28:05 | was going through this flux at the time, and the |
| 28:06 | Navy audiology billets were actually going to go |
| 28:07 | away.  So I made the decision to separate from |
| 28:08 | active duty in February of 2005.  At that point, |
| 28:09 | I worked for -- it was less than a year, I |
| 28:10 | actually traveled to New Zealand and worked as a |
| 28:11 | audiologist in Auckland, New Zealand for a short |
| 28:12 | time until I found employment with the Navy at |
| 28:13 | Pearl Harbor in November 2005 and worked there |
| 28:14 | until I left in May 2008 for my duty station at |
| 28:15 | Fort Benning, Georgia. |
| 28:16 | Q.  Okay. |
| 28:17 | A.  And then from there, I left in 2011, |
| 28:18 | hired as a federal civilian with the Navy again |
| 28:19 | in Norfolk, Virginia, and have been with the Navy |
| 28:20 | since that time. |
| 28:21 | Q.  Okay.  The -- |
| 28:22 | A.  Oh, and I completed my doctor of |
| 28:23 | audiology degree in 2010.  Left that part out. |
| 28:24 | Q.  Where was that at?  What school? |
| 28:25 | A.  That's AT Still University.  The |
| 29:01 | Department of Defense set up a number of programs |
| 29:02 | to allow active duty and DoD-employed |
| 29:03 | audiologists to complete a professional doctorate |
| 29:04 | through distance learning.  It became a |
| 29:05 | requirement to have that degree, so they arranged |
| 29:06 | so that we were able to work yet still earn the |
| 29:07 | degree to maintain our licensure and credentials. |

| | | | |
|---|---|---|---|
| 29:12 - 30:23 | Davis, James (2021-01-28) | 2:07 | |
| 29:12 | All right.  Let's go through some of | | Re: [29:12 to 30:23] |

| | | | |
|---|---|---|---|
| 29:13 | these -- some of these questions that we've got | **Pltf Obj** 401, 403 | |
| 29:14 | here.  So from -- from May of 2008 -- should we | | |
| 29:15 | even say May of 2008 or should we say June of | | |
| 29:16 | 2008? | | |
| 29:17 | A. I wasn't working at all in May.  I was | | |
| 29:18 | just in an office, filling out paperwork. | | |
| 29:19 | Q. Okay.  So let's talk about June 2008 to | | |
| 29:20 | August of 2008.  During that time period, you -- | | |
| 29:21 | I think you used the phrase you were getting your | | |
| 29:22 | feet wet.  Is that right? | | |
| 29:23 | A. Yeah. | | |
| 29:24 | Q. Okay.  You didn't know much about what | | |
| 29:25 | was going on with Army audiology.  Is that a fair | | |
| 30:01 | statement? | | |
| 30:02 | A. I think that is a very fair statement. | | |
| 30:03 | Q. Okay.  And about how long -- how many | | |
| 30:04 | months did it take for you to kind of get your | | |
| 30:05 | feet under you in Army audiology? | | |
| 30:06 | A. Well, let me think.  I mean, I was fully | | |
| 30:07 | immersed in the job by the end of the year, | | |
| 30:08 | certainly.  Very, very busy time with the Army | | |
| 30:09 | because of the -- you know, the conflicts going | | |
| 30:10 | on in the Middle East and many soldiers deploying | | |
| 30:11 | from the Reserves, active duty, the National | | |
| 30:12 | Guard and many being pulled from retirement.  So | | |
| 30:13 | I was in the clinic the majority of the time, | | |
| 30:14 | evaluating soldiers that were not passing | | |
| 30:15 | surveillance audiograms, so that I could | | |
| 30:16 | determine if they were clear to deploy or not. | | |
| 30:17 | Q. Okay. | | |
| 30:18 | A. And also managing the rest of the | | |
| 30:19 | department, which was one active duty audiologist | | |
| 30:20 | and several civilian technicians that were | | |
| 30:21 | employed to perform the surveillance audiograms, | | |
| 30:22 | fit hearing protection, hearing conservation | | |
| 30:23 | training. | | |

| | | | |
|---|---|---|---|
| **31:18 - 33:02** | **Davis, James (2021-01-28)** | 2:52 | | |
| 31:18 | Q. Let's look at lowercase C. | | **Re: [31:18 to 33:02]** | **OVERRULED (31:18-32:24)** |
| 31:19 | "Any fittings or trainings overseen, | **Pltf Obj** 401, 403 | |
| 31:20 | managed or provided directly or indirectly by | | |
| 31:21 | Dr. Davis related to the CAEv2 and other hearing | | |
| 31:22 | protection devices provided between May 2008 and | | |
| 31:23 | August 2008." | | |
| 31:24 | Do you see that? | | |
| 31:25 | A. I see that.  And I recall that when I -- | | |
| 32:01 | when I got to Fort Benning, they -- that the | | |
| 32:02 | occupational audiology department was stocking | | |
| 32:03 | and issuing later versions of the CAEs.  Those | | |
| 32:04 | were the CAEs that were single-ended earplug with | | |
| 32:05 | basically a toggle switch on the end that allowed | | |
| 32:06 | you to switch between filtered and unfiltered | | |

| | |
|---|---|
| 32:07 | settings and came sized. |
| 32:08 | Q. Okay. |
| 32:09 | A. I don't recall us, per se, issuing any |
| 32:10 | of the version twos.  Now that doesn't mean no |
| 32:11 | one on the base had them because hearing |
| 32:12 | protection devices come from many different |
| 32:13 | places, namely, from their individual safety |
| 32:14 | units and safety officers.  We had, you know, |
| 32:15 | soldiers PCS'ing into Fort Benning who had |
| 32:16 | already been fit with hearing protection.  They |
| 32:17 | may have been fit with them there and so forth. |
| 32:18 | But specifically from our department, I |
| 32:19 | distinctly remember the newer version because I |
| 32:20 | was happy to see that because they're sized and |
| 32:21 | you can get a better -- a better fit -- |
| 32:22 | Q. Okay. |
| 32:23 | A. -- with sized earplugs versus a |
| 32:24 | universal fitting earplug in general. |

| | |
|---|---|
| 32:25 | Q. Okay.  Between May and August of 2008, |
| 33:01 | you were aware of the CAEv2 being present at Fort |
| 33:02 | Benning, though, correct? |

| 33:04 - 33:06 | Davis, James (2021-01-28) | 0:04 | | Re: [33:04 to 33:06] |
|---|---|---|---|---|
| 33:04 | THE WITNESS:  I couldn't really say when | | | Pltf Obj 401, 403 |
| 33:05 | I first saw anyone wearing them, to be honest, | | | |
| 33:06 | because I don't remember. | | | |

| 33:08 - 34:25 | Davis, James (2021-01-28) | 3:48 | | Re: [33:08 to 34:25] |
|---|---|---|---|---|
| 33:08 | Q. Okay.  All right.  Did you do any | | | Pltf Obj 401, 403 |
| 33:09 | training with -- related to these Combat Arms | | | |
| 33:10 | Version 2 between May of 2008 and August of 2008? | | | |
| 33:11 | A. Not that I recall, no. | | | |
| 33:12 | Q. Okay.  Did you do any fittings of the | | | |
| 33:13 | Combat Arms Version 2 between May of 2008 and | | | |
| 33:14 | August of 2008 at Fort Benning? | | | |
| 33:15 | A. I don't recall.  I don't recall doing | | | |
| 33:16 | that.  And in that time span, I'm not really sure | | | |
| 33:17 | if I did any earplug fittings, to be honest, | | | |
| 33:18 | because of all of the other activities I was | | | |
| 33:19 | doing.  I mean, I can't say 100 percent sure that | | | |
| 33:20 | I did not fit any earplugs, but I don't recall | | | |
| 33:21 | fitting any of the double-ended Version 2s. | | | |
| 33:22 | Q. Okay.  Lowercase letter D:  "Dr. Davis' | | | |
| 33:23 | practices and procedures pertaining to auditory | | | |
| 33:24 | testing or hearing conservation, including the | | | |
| 33:25 | fit and use of earplugs from May 2008 to August | | | |
| 34:01 | of 2008." | | | |
| 34:02 | What were your practices and procedures | | | |
| 34:03 | pertaining to auditory testing or hearing | | | |
| 34:04 | conservation for that time period? | | | |
| 34:05 | A. Well, the technicians were providing | | | |
| 34:06 | surveillance pure-tone audiograms.  Of course, as | | | |

| | | |
|---|---|---|
| 34:07 | the audiologist, for anyone failing a | |
| 34:08 | surveillence hearing test would be referred to me | |
| 34:09 | or one of the other audiologists to perform | |
| 34:10 | diagnostic assessment, which would include | |
| 34:11 | pure-tone audiology, bone conduction audiology, | |
| 34:12 | if indicated, middle ear analysis using | |
| 34:13 | tympanometry, acoustic reflex testing, | |
| 34:14 | potentially use of otoacoustic emissions, if we | |
| 34:15 | needed more data to determine if the noise | |
| 34:16 | exposure was at play, auditory brain stem | |
| 34:17 | response testing for unilateral or asymmetrical | |
| 34:18 | hearing losses to rule out retrocochlear lesions, | |
| 34:19 | counseling, fitting of hearing protection on | |
| 34:20 | those whose hearing was showing shifts that were | |
| 34:21 | determined to -- to probably be due to noise | |
| 34:22 | exposure. | |
| 34:23 | Q. Okay.  And then it's lowercase E: | |
| 34:24 | "Dr. Davis' knowledge and understanding regarding | |
| 34:25 | the requirement of and implementation of the | |

| 35:01 - 36:08  Davis, James (2021-01-28) | 2:41 | |
|---|---|---|
| 35:01 | military's Hearing Conservation Program from May | **Re: [35:01 to 36:08]** |
| 35:02 | 2008 and August of 2008." | **Pltf Obj** 401, 403 |
| 35:03 | So what's your knowledge and | |
| 35:04 | understanding of the requirements and | |
| 35:05 | implementation of the Army's Hearing Conservation | |
| 35:06 | Program from that time period? | |
| 35:07 | A. Well, are you specifically referring to | |
| 35:08 | the Army?  Because E states, "military's Hearing | |
| 35:09 | Conservation Program," and that's a pretty broad | |
| 35:10 | area there. | |
| 35:11 | Q. Yeah.  I want to limit mine to the Army | |
| 35:12 | because this -- during this time period, you were | |
| 35:13 | only working on an -- with the Army, correct? | |
| 35:14 | A. Yes. | |
| 35:15 | Q. Okay.  So let's limit it to the Army. | |
| 35:16 | What was your knowledge of the hearing -- the | |
| 35:17 | Army's Hearing Conservation Program from May of | |
| 35:18 | '08 to August of '08? | |
| 35:19 | A. Somewhat limited because although any | |
| 35:20 | branch that we're working for, we do have to be | |
| 35:21 | aware of the other branches' instructions and | |
| 35:22 | regulations.  With the Army, up to that point, | |
| 35:23 | that was something that if I had a soldier | |
| 35:24 | evaluating that it wasn't fit -- audiometrically | |
| 35:25 | fit for duty, I would refer to the instructions. | |
| 36:01 | So I knew about the Army profile system and how | |
| 36:02 | fitness for duty examinations were performed, but | |
| 36:03 | that was about the scope of it.  I didn't have | |
| 36:04 | any knowledge of their styles of management, | |
| 36:05 | regulations for management and so forth.  That | |
| 36:06 | was something I basically had to get OJT on. | |

| 36:07 | Q. What's OJT? | | | | |
| 36:08 | A. On-the-job training. | | | | |

| 36:13 - 36:19 | Davis, James (2021-01-28) | 0:23 | | | |
| 36:13 | Q. Okay.  Let me ask you this, Dr. Davis: | | Re: [36:13 to 36:19] | OVERRULED |
| 36:14 | In the military, during this time period, | | Pltf Obj 401, 403 | |
| 36:15 | would -- would y'all check the hearing of | | | |
| 36:16 | soldiers? | | | |
| 36:17 | A. Are you asking if we did hearing tests? | | | |
| 36:18 | Q. Yes. | | | |
| 36:19 | A. Oh, of course. | | | |

| 36:24 - 37:06 | Davis, James (2021-01-28) | 0:22 | | | |
| 36:24 | I mean, the technician performed the | | Re: [36:24 to 37:06] | OVERRULED |
| 36:25 | routine surveillence hearing tests. | | Pltf Obj 401, 403 | |
| 37:01 | Q. Okay.  Would y'all -- during this time | | | |
| 37:02 | period, were y'all fitting soldiers with | | | |
| 37:03 | earplugs? | | | |
| 37:04 | A. Yes. | | | |
| 37:05 | Q. Were you giving them instructions on how | | | |
| 37:06 | to properly insert the earplugs? | | | |

| 37:08 - 37:08 | Davis, James (2021-01-28) | 0:00 | | | |
| 37:08 | THE WITNESS:  Yes. | | Re: [37:08 to 37:08] | OVERRULED |
| | | | Pltf Obj 401, 403 | |

| 37:13 - 37:14 | Davis, James (2021-01-28) | 0:07 | | | |
| 37:13 | THE WITNESS:  I mean, I can specify what | | Re: [37:13 to 37:14] | OVERRULED |
| 37:14 | was being issued to the Eleven Bravo recruits. | | Pltf Obj 401, 403 | |

| 37:16 - 39:08 | Davis, James (2021-01-28) | 3:30 | | | |
| 37:16 | Q. Okay.  What was that? | | Re: [37:16 to 39:08] | OVERRULED |
| 37:17 | A. Those were the Elvex Quattros, those are | | Pltf Obj 401, 403 | |
| 37:18 | the quad-flanged earplugs.  And that -- when I | | | |
| 37:19 | got to Fort Benning, part of their in-processing | | | |
| 37:20 | was -- was training on many different topics. | | | |
| 37:21 | Part of that was an hourly hearing conservation | | | |
| 37:22 | training and fit with the Elvex Quattros. | | | |
| 37:23 | Q. Okay.  Do you fit an Elvex -- how do you | | | |
| 37:24 | fit an Elvex Quattro? | | | |
| 37:25 | A. You -- first, you have to determine if | | | |
| 38:01 | the earplug is actually going to adequately fit | | | |
| 38:02 | in the specific ear canal because you do have to | | | |
| 38:03 | look at each ear separately because no one is | | | |
| 38:04 | symmetrical, of course.  Determine if it's going | | | |
| 38:05 | to fit, perform an otoscopic screening, that is, | | | |
| 38:06 | you look into the ear canal with an otoscope, | | | |
| 38:07 | which is essentially a microscopic flashlight | | | |
| 38:08 | that's used in medicine.  Examining ear canal, | | | |
| 38:09 | you're looking for any signs of pathology, | | | |
| 38:10 | occluded canal due to impacted ear wax, any | | | |
| 38:11 | foreign objects. | | | |

| | | | | |
|---|---|---|---|---|
| 38:12 | Fit the earplug, instruct the soldier on | | | |
| 38:13 | how to properly expand the ear canal for easy | | | |
| 38:14 | insertion, instruct how to insert, what they will | | | |
| 38:15 | be checking for to determine that they have an | | | |
| 38:16 | adequate seal because you do have to completely | | | |
| 38:17 | seal the passage of air into the ear canal in | | | |
| 38:18 | order to block sound or noise.  The techniques | | | |
| 38:19 | for doing that, which are speaking out loud, | | | |
| 38:20 | listening for the occlusion effect, does sound | | | |
| 38:21 | appear to be muffled in the ear with the earplug? | | | |
| 38:22 | We discussed reinserting the earplug. | | | |
| 38:23 | If the earplug is worn for extended period of | | | |
| 38:24 | time, then chewing and talking can actually cause | | | |
| 38:25 | any earplug to work loose.  So if a worker or a | | | |
| 39:01 | soldier is wearing earplugs for extended periods | | | |
| 39:02 | of time, say during an entire eight-hour day, | | | |
| 39:03 | you're going to have to remove and reinsert to | | | |
| 39:04 | ensure that you're still maintaining that seal. | | | |
| 39:05 | How to clean the earplugs and how to care for the | | | |
| 39:06 | earplug. | | | |
| 39:07 | Q. Okay.  So y'all do tell the soldiers | | | |
| 39:08 | about reinsertion after a period of time? | | | |

| | | | | |
|---|---|---|---|---|
| **39:10 - 39:12** | **Davis, James (2021-01-28)** | 0:11 | | |
| 39:10 | THE WITNESS:  Yes.  It's important to | | Re: [39:10 to 39:12] | **OVERRULED** |
| 39:11 | know that because without that air seal, then you | | Pltf Obj 401, 403 | |
| 39:12 | don't have any protection at all. | | | |

| | | | | |
|---|---|---|---|---|
| **39:14 - 40:06** | **Davis, James (2021-01-28)** | 1:53 | | |
| 39:14 | Q. Okay.  And to insert the quad flange | | Re: [39:14 to 40:06] | **OVERRULED** |
| 39:15 | that you were talking about, is that one where | | Pltf Obj 401, 403 | |
| 39:16 | you basically pull back the pinna to kind of | | | |
| 39:17 | straighten the ear canal and then you stick the | | | |
| 39:18 | earplug into the ear? | | | |
| 39:19 | A. Well, with any of these preformed | | | |
| 39:20 | earplugs, including a CAE, you generally push and | | | |
| 39:21 | gently twist to get a good seal. | | | |
| 39:22 | Q. Okay. | | | |
| 39:23 | A. Just simply pushing doesn't necessarily | | | |
| 39:24 | do a good job because some people have very curvy | | | |
| 39:25 | ear canals. | | | |
| 40:01 | Q. Okay.  All right.  Fair enough.  But | | | |
| 40:02 | y'all go through that.  When you were there at | | | |
| 40:03 | Fort Benning, you go through, put it in, twist | | | |
| 40:04 | it, make sure you get a good seal, recheck it | | | |
| 40:05 | after a while and reinsert it if it's worked | | | |
| 40:06 | loose; you do all that stuff, right? | | | |

| | | | | |
|---|---|---|---|---|
| **40:15 - 40:15** | **Davis, James (2021-01-28)** | 0:01 | | |
| 40:15 | Q. That's what y'all do, isn't it, sir? | | Re: [40:15 to 40:15] | **SUSTAINED** |
| | | | Pltf Obj 401, 403 | |

| 40:21 - 41:11 | Davis, James (2021-01-28) | 1:55 | | | |
|---|---|---|---|---|---|
| 40:21 | A. Right. I mean, if we're just talking | | | Re: [40:21 to 41:11] | SUSTAINED |
| 40:22 | generically about earplugs, yes. | | | Pltf Obj 401, 403 | |
| 40:23 | Q. Okay. | | | | |
| 40:24 | A. Because a -- preformed earplugs are all | | | | |
| 40:25 | very similar. You know, they all have their -- | | | | |
| 41:01 | their advantages and disadvantage, what will work | | | | |
| 41:02 | with one person may not work for another person. | | | | |
| 41:03 | You know, professional judgment has to be used | | | | |
| 41:04 | there. | | | | |
| 41:05 | Q. Okay. Do you recall from May of 2008 to | | | | |
| 41:06 | August of 2008 ever fitting anyone at Fort | | | | |
| 41:07 | Benning with the Combat Arms Version 2 or do you | | | | |
| 41:08 | even know or do you even recall? | | | | |
| 41:09 | A. Well, as I've already stated, I remember | | | | |
| 41:10 | the later versions of the Combat Arms that were | | | | |
| 41:11 | sized. | | | | |

| 41:13 - 42:07 | Davis, James (2021-01-28) | 1:03 | | | |
|---|---|---|---|---|---|
| 41:13 | A. And to be honest, I don't remember | | | Re: [41:13 to 42:07] | SUSTAINED (41:13-14) |
| 41:14 | exactly when I personally fitted those. | | | Pltf Obj 401, 403 | |
| 41:15 | Q. Okay. | | | | |
| 41:16 | A. Because I don't go straight for Combat | | | | |
| 41:17 | Arms with everyone. Combat Arms are a tricky | | | | |
| 41:18 | earplug to use because they're a dual purpose | | | | |
| 41:19 | earplug. And I have to be careful that a | | | | |
| 41:20 | worker -- I really wouldn't give them to a civil | | | | |
| 41:21 | service worker anyway. But if a soldier is | | | | |
| 41:22 | wearing only the filtered end all the time, then | | | | |
| 41:23 | that's going to put them at risk because of how | | | | |
| 41:24 | the filter works. So, you know, that's not | | | | |
| 41:25 | something I would just automatically go to anyway | | | | |
| 42:01 | unless they were deploying. | | | | |
| 42:02 | Q. Okay. Is it fair to say that during the | | | | |
| 42:03 | time period that this deposition is limited to, | | | | |
| 42:04 | that you might look at what a soldier was going | | | | |
| 42:05 | to be doing and then factor that into the type of | | | | |
| 42:06 | earplug you would give them? | | | | |
| 42:07 | A. I would, yes. | | | | |

| 42:11 - 44:01 | Davis, James (2021-01-28) | 3:36 | | | |
|---|---|---|---|---|---|
| 42:11 | A. The hearing protection device has to fit | | | Re: [42:11 to 44:01] | SUSTAINED (42:17-44:01) |
| 42:12 | the task that it's meant for. If they're | | | Pltf Obj 401, 403 | |
| 42:13 | around -- if they're going to be working around | | | | |
| 42:14 | equipment noise or engine noise all the time, | | | | |
| 42:15 | then a filtered earplug would not be appropriate | | | | |
| 42:16 | for that. | | | | |
| 42:17 | Q. Okay. One of the things during this | | | | |
| 42:18 | time period, the relevant time period for May of | | | | |
| 42:19 | 2008 to August of 2008 at Fort Benning, when you | | | | |
| 42:20 | were doing your exams and interviews of soldiers, | | | | |
| 42:21 | would you ask them if they had tinnitus? | | | | |

| | | |
|---|---|---|
| 42:22 | A. That's part of the normal history-taking | |
| 42:23 | question. | |
| 42:24 | Q. Okay.  And do y'all -- | |
| 42:25 | A. Ear pain, dizziness, ear drainage, | |
| 43:01 | tinnitus -- | |
| 43:02 | Q. Okay.  Do y'all -- | |
| 43:03 | A. -- tinnitus, yes. | |
| 43:04 | Q. And do y'all -- since tinnitus is a | |
| 43:05 | medical word -- and by the way, "tinnitus" means | |
| 43:06 | ringing in the ears, do you have any of that?  Do | |
| 43:07 | y'all explain that to them? | |
| 43:08 | A. Well, when they're coming in for | |
| 43:09 | surveillance audiograms, those are your DD 2216s. | |
| 43:10 | The technician has the soldier fill out an intake | |
| 43:11 | form, and that's part of the questionnaire.  One | |
| 43:12 | is, do you have any ringing, buzzing, humming | |
| 43:13 | type noises in the ear?  It doesn't specifically | |
| 43:14 | say "tinnitus" because the general population | |
| 43:15 | doesn't really know what that is.  So they're | |
| 43:16 | asked specifically, do you have any kind of | |
| 43:17 | ringing or tonal -- you know, that type of | |
| 43:18 | questioning. | |
| 43:19 | And if they check "yes," they're also | |
| 43:20 | asked if they have a little or a lot.  And | |
| 43:21 | depending on what they've checked, that's notated | |
| 43:22 | on their DD 2216 in the software as the hearing | |
| 43:23 | test is being performed. | |
| 43:24 | Q. Okay. | |
| 43:25 | A. And it will actually be printed on the | |
| 44:01 | DD 2216 if tinnitus was reported. | |

**45:19 - 46:05   Davis, James (2021-01-28)                                    1:36**

| | | | |
|---|---|---|---|
| 45:19 | Q. Good morning, Dr. Davis.  My name is | Re: [45:19 to 46:05] | **SUSTAINED** |
| 45:20 | Kari Karis.  I represent the defendant in the | Pltf Obj 401, 403 | |
| 45:21 | litigation that is pending that your deposition | | |
| 45:22 | has been requested in. | | |
| 45:23 | You and I have never spoken before | | |
| 45:24 | today; is that correct? | | |
| 45:25 | A. That's correct. | | |
| 46:01 | Q. Okay.  And you and I have never in any | | |
| 46:02 | form ever discussed what your knowledge or role | | |
| 46:03 | was in connection with your duties as -- at Fort | | |
| 46:04 | Benning from May to August of 2008, correct? | | |
| 46:05 | A. Yes, ma'am. | | |

**46:10 - 48:02   Davis, James (2021-01-28)                                    2:28**

| | | | |
|---|---|---|---|
| 46:10 | At the time that you worked at Fort | Re: [46:10 to 48:02] | **OVERRULED (46:10-47:13)** |
| 46:11 | Benning from May of 2008 to August of 2008, you | Pltf Obj 401, 403 | |
| 46:12 | testified that you were at least familiar with | | |
| 46:13 | the fact that different soldiers were receiving | | |
| 46:14 | different hearing protection devices, correct? | | |
| 46:15 | A. Correct. | | |

46:16   Q. Okay. Could you tell us, first of all,
46:17   what your familiarity was with what hearing
46:18   protection devices were available for
46:19   consideration to be issued to the soldiers during
46:20   that time at Fort Benning?
46:21   A. At that particular time, well, I was
46:22   just getting familiar, with, you know, what was
46:23   going on, on the post. Keep in mind, we're
46:24   talking about thousands of people. It's a very
46:25   large post.
47:01   The standard earplugs that I was seeing
47:02   at the time, which would be like your
47:03   triple-flange sized earplug, a lot of the Elvex
47:04   Quattros, that tends to be a very popular one, a
47:05   lot of the hand-formed earplugs, what they refer
47:06   to as the foamies. And I believe -- I know at
47:07   some point -- I can't -- I honestly don't know if
47:08   it was during that time period, but I do know
47:09   that many of the soldiers preferred wearing the
47:10   SureFire earplug that they were getting from off
47:11   base. They were -- they were authorized by the
47:12   Army for use, but they were purchasing them off
47:13   base. I distinctly recall that.
47:14   Q. When you say the "SureFire," can you
47:15   describe for us what that is?
47:16   A. It's another filtered type earplug,
47:17   but it -- it's hard for me to describe verbally.
47:18   It kind of looks like -- it almost looks like a
47:19   custom made, but it isn't. It fits into the ear
47:20   canal. It only has a couple of flanges. I think
47:21   it has two flanges into the ear canal, and then
47:22   it has a premolded piece that fits along the
47:23   helix and into the concha of the ear. So it is
47:24   very, very low profile. And they -- there are
47:25   all reports was that it was very secure. And
48:01   then in order to use the filter, you would have
48:02   to remove a plug --

48:04 - 48:18   Davis, James (2021-01-28)                                    1:56

48:04   A. -- to put it into the filtered mode.
48:05   Q. So during the time that you were at Fort
48:06   Benning from May again to August of '08, did you
48:07   become aware that there were soldiers that were
48:08   using these other types of hearing protection
48:09   devices? And by "other types," I mean non Combat
48:10   Arms Earplugs Version 2.
48:11   A. Well, I know that my own department had
48:12   been fitting the sized, later-version Combat Arms
48:13   earplug, but my recollection is that they were --
48:14   had not been ordering the older version and then
48:15   the other types like the triple flange and the
48:16   Elvex Quattros. However, we're talking about a

Re: [48:04 to 48:18]
Pltf Obj 401, 403

OVERRULED (48:05-48:18)

| | | | | |
|---|---|---|---|---|
| 48:17 | lot of people and a lot of different things going | | | |
| 48:18 | on. | | | |
| | | | | |
| 48:21 - 49:08 | Davis, James (2021-01-28) | 1:46 | | |
| 48:21 | Q. Fair enough.  Is it -- is it fair to say | | **Re: [48:21 to 49:08]** | **SUSTAINED** |
| 48:22 | that as you understood it or based on your | | **Pltf Obj** 401, 403 | |
| 48:23 | knowledge and understanding of the Hearing | | | |
| 48:24 | Conservation Program at Fort Benning from May of | | | |
| 48:25 | '08 to August of '08, at least the folks that you | | | |
| 49:01 | were exposed to were not ordering and using the | | | |
| 49:02 | Combat Arms Earplugs Version 2, which is the | | | |
| 49:03 | subject of this litigation? | | | |
| 49:04 | A. Yeah.  I mean, my knowledge during that | | | |
| 49:05 | time period was just limited to what the staff of | | | |
| 49:06 | my particular department were doing.  I had not | | | |
| 49:07 | had any opportunity to know what was really going | | | |
| 49:08 | on outside of that. | | | |
| | | | | |
| 49:10 - 50:05 | Davis, James (2021-01-28) | 1:17 | | |
| 49:10 | A. Right.  So they were not fitting the | | **Re: [49:10 to 50:05]** | **SUSTAINED** |
| 49:11 | Version 2s from what I recall. | | **Pltf Obj** 401, 403 | |
| 49:12 | Q. Okay.  Now you testified in response to | | | |
| 49:13 | Mr. Monsour's question -- I believe this was a | | | |
| 49:14 | quote from you -- that you were happy to see that | | | |
| 49:15 | soldiers were wearing other types of devices | | | |
| 49:16 | because they had a better fit. | | | |
| 49:17 | A. Well, what I was referring to, what I | | | |
| 49:18 | was happy to see is that we were -- that we had | | | |
| 49:19 | the sized versions of the Combat Arms earplugs | | | |
| 49:20 | because it's -- you can ensure that you're going | | | |
| 49:21 | to get a more adequate fit with that. | | | |
| 49:22 | Now my own -- I'm not sure if I can go | | | |
| 49:23 | this far with it.  Major Wald, stop me if I | | | |
| 49:24 | can't. | | | |
| 49:25 | My own viewpoint is, you fit the person | | | |
| 50:01 | with what is going to work.  And you have to, you | | | |
| 50:02 | know, examine their -- their situation and their | | | |
| 50:03 | ears.  And if -- if a uni-sized earplug just | | | |
| 50:04 | didn't fit well, I wouldn't go with that.  I | | | |
| 50:05 | would just move on to something else. | | | |
| | | | | |
| 50:10 - 51:02 | Davis, James (2021-01-28) | 1:51 | | |
| 50:10 | Q. Fair enough.  Were you aware that it was | | **Re: [50:10 to 51:02]** | **SUSTAINED** |
| 50:11 | not a situation of one size fits all, that is, | | **Pltf Obj** 401, 403 | |
| 50:12 | one hearing protection device works for all | | | |
| 50:13 | soldiers? | | | |
| 50:14 | A. Absolutely. | | | |
| 50:15 | Q. Tell us why.  Why is it that one size | | | |
| 50:16 | doesn't fit all? | | | |
| 50:17 | A. Well, it's just like my glasses may not | | | |
| 50:18 | fit on your face.  We're all shaped differently, | | | |
| 50:19 | sized differently, and that includes ear canals. | | | |

| | | | | |
|---|---|---|---|---|
| 50:20 | Some people have very small, narrow ear canals. | | | |
| 50:21 | Some people have very large ear canals.  Some | | | |
| 50:22 | people have very sharp bends to the ear canal. | | | |
| 50:23 | Some people have relatively straight ear canals. | | | |
| 50:24 | Earplugs can be of different sizes and | | | |
| 50:25 | consistencies and flexibility, so you have to | | | |
| 51:01 | determine what's going to actually fit into the | | | |
| 51:02 | ear canal and form a seal, an airtight seal. | | | |

**51:09 - 52:11   Davis, James (2021-01-28)   2:44**

| | | | | |
|---|---|---|---|---|
| 51:09 | Q. Sure.  In issuing a hearing protection | | **Re: [51:09 to 52:11]** | **SUSTAINED (51:09-23)** |
| 51:10 | device, was it important to determine which | | **Pltf Obj** 401, 403 | |
| 51:11 | device gives the soldier the best fit? | | | |
| 51:12 | A. Yes.  Yes. | | | |
| 51:13 | Q. And why was it important for the soldier | | | |
| 51:14 | to have the best fit for whatever hearing | | | |
| 51:15 | protection device they were issued? | | | |
| 51:16 | A. Well, without a proper fit, you not only | | | |
| 51:17 | have discomfort, you have inadequate attenuation | | | |
| 51:18 | of sound entering the ear canal, which is really | | | |
| 51:19 | the primary goal of an effective earplug is an | | | |
| 51:20 | attenuating.  It has to be comfortable or else | | | |
| 51:21 | they're not going to wear it.  And if it isn't in | | | |
| 51:22 | properly, then it may not stay in the ear | | | |
| 51:23 | securely. | | | |
| 51:24 | Q. You testified that you recall that there | | | |
| 51:25 | was a transition away from the Combat Arms | | | |
| 52:01 | Earplug Version 2 in favor of a different version | | | |
| 52:02 | of a Combat Arms earplug. | | | |
| 52:03 | Do you know why that transition took | | | |
| 52:04 | place? | | | |
| 52:05 | A. Well, it happened before I arrived at | | | |
| 52:06 | Fort Benning.  It was already done, you know, at | | | |
| 52:07 | that point.  That's what I walked into, in other | | | |
| 52:08 | words, that this is what the department is | | | |
| 52:09 | ordering and providing for issue.  And understand | | | |
| 52:10 | that we weren't the only ones fitting earplugs | | | |
| 52:11 | either. | | | |

**52:20 - 52:24   Davis, James (2021-01-28)   0:28**

| | | | | |
|---|---|---|---|---|
| 52:20 | Q. Fair enough.  Dr. Davis, did you ever | | **Re: [52:20 to 52:24]** | **SUSTAINED** |
| 52:21 | personally fit any soldiers for the Combat Arms | | **Pltf Obj** 401, 403 | |
| 52:22 | Earplugs Version 2 at Fort Benning from May of | | | |
| 52:23 | '08 to August of '08? | | | |
| 52:24 | A. Not that I recall. | | | |

**53:23 - 54:08   Davis, James (2021-01-28)   0:24**

| | | | | |
|---|---|---|---|---|
| 53:23 | (WHEREUPON, THE DOCUMENT WAS MARKED AS | | **Re: [53:23 to 54:08]** | **SUSTAINED** |
| 53:24 | EXHIBIT NO. 1 TO THE TESTIMONY OF THE WITNESS AND | | | |
| 53:25 | IS HERETO ATTACHED.) | | **Pltf Obj** 401, 403 | |
| 54:01 | BY MS. KARIS: | | | |

| | | | | | |
|---|---|---|---|---|---|
| 54:02 | Q. Okay. Here we go. Do you see it now, | | | | |
| 54:03 | Dr. Davis? Titled, Hearing Conservation Program, | | | | |
| 54:04 | Medical Services? | | | | |
| 54:05 | A. Yeah. It's DA Pam 40-501. | | | | |
| 54:06 | Q. Okay. And is this a document you were | | | | |
| 54:07 | familiar with? | | | | |
| 54:08 | A. 1998. I believe so. | | | | |

**54:21 - 57:06     Davis, James (2021-01-28)                    4:30**

| | | | | |
|---|---|---|---|---|
| 54:21 | Q. Under Characteristics -- 6-3 | | **Re: [54:21 to 57:06]** | **SUSTAINED** |
| 54:22 | characteristics, earplugs. It says, "preformed | | **Pltf Obj** 401, 403 | |
| 54:23 | earplugs are triple or single-flanged earplugs. | | | |
| 54:24 | Medically trained personnel must fit and examine | | | |
| 54:25 | earplugs at least annually to ensure proper fit | | | |
| 55:01 | and condition." | | | |
| 55:02 | Was that consistent with your | | | |
| 55:03 | understanding of the practices at Fort Benning at | | | |
| 55:04 | the time that you were there, which is medically | | | |
| 55:05 | trained personnel had to fit and examine annually | | | |
| 55:06 | for proper fit and proper condition of triple and | | | |
| 55:07 | single-flanged earplugs? | | | |
| 55:08 | A. Correct. So the medically trained | | | |
| 55:09 | personnel would include the audiometric | | | |
| 55:10 | technician. So each soldier was required to | | | |
| 55:11 | obtain a surveillance audiogram annually during | | | |
| 55:12 | that period they received their training, | | | |
| 55:13 | inspection of their hearing protection. | | | |
| 55:14 | Now when they were talking about the | | | |
| 55:15 | triple or single-flange earplugs, these are a | | | |
| 55:16 | type of earplug that require a fitting tool that | | | |
| 55:17 | comes with the case. So it had to be determined | | | |
| 55:18 | if they knew how to use that and were provided | | | |
| 55:19 | that as well. If there was a significant | | | |
| 55:20 | threshold shift, then a different type of earplug | | | |
| 55:21 | would be fit because if there's a threshold shift | | | |
| 55:22 | then and the soldier is reporting that they are | | | |
| 55:23 | using that earplug, then we would try to use a | | | |
| 55:24 | different type of earplug. If there was no | | | |
| 55:25 | significant threshold shift, they had their | | | |
| 56:01 | earplugs on hand and they were in good condition, | | | |
| 56:02 | then they continue using those. | | | |
| 56:03 | Q. Okay. Then it says, "triple-flange | | | |
| 56:04 | earplugs are usually the first type of earplug | | | |
| 56:05 | that medically trained personnel attempts to fit. | | | |
| 56:06 | If these don't fit properly, the individual must | | | |
| 56:07 | be fitted with another type of earplug." | | | |
| 56:08 | Was that still the practice when you | | | |
| 56:09 | were at Fort Benning from May to August of 2008 | | | |
| 56:10 | or had that practice been adjusted or changed in | | | |
| 56:11 | light of new products that were being used? | | | |
| 56:12 | A. Right. Now I believe when this | | | |
| 56:13 | instruction was written, the predominant two | | | |

| 56:14 | types of earplugs being used by the DoD were the |
| 56:15 | triple-flange earplug and the single-flange.  By |
| 56:16 | the time I was at Fort Benning, the single-flange |
| 56:17 | earplugs, they were no longer being produced and |
| 56:18 | were becoming rare in stock.  So those weren't |
| 56:19 | fit very often because most of the time no one |
| 56:20 | was able to order them.  And the Elvex Quattros |
| 56:21 | had essentially replaced the single-flange |
| 56:22 | earplug.  So it was typically the first earplug |
| 56:23 | that was -- that was used, which was why the |
| 56:24 | Quattros were issued to the new recruits. |
| 56:25 | Q. When you say "the Quattros were issued |
| 57:01 | to the new recruits," would that include any |
| 57:02 | soldiers who began their service at Fort Benning, |
| 57:03 | that is, did their training at Fort Benning? |
| 57:04 | A. Well, that's who I'm referring to. |
| 57:05 | These are recruits that process through the 30th |
| 57:06 | AG at Fort Benning. |

**57:08 - 57:20   Davis, James (2021-01-28)   1:46**

| 57:08 | You testified in response to counsel's | Re: [57:08 to 57:20] | SUSTAINED |
| 57:09 | question that when a soldier would have an | Pltf Obj 401, 403 | |
| 57:10 | audiogram, they would be asked about | | |
| 57:11 | tinnitus-like symptoms even if not specifically | | |
| 57:12 | asked about tinnitus. | | |
| 57:13 | Could you tell us why soldiers were | | |
| 57:14 | asked routinely as part of their audiogram about | | |
| 57:15 | tinnitus-like symptoms? | | |
| 57:16 | A. Well, tinnitus is usually the first sign | | |
| 57:17 | of over exposure to noise, so that would give us | | |
| 57:18 | an indication that they were still being over | | |
| 57:19 | exposed if tinnis- -- if there was an onset of | | |
| 57:20 | tinnitus since their previous exam. | | |

**58:03 - 58:16   Davis, James (2021-01-28)   1:49**

| 58:03 | Did you ask about symptoms such as | Re: [58:03 to 58:16] | SUSTAINED |
| 58:04 | ringing or buzzing in the ears so that even if a | Pltf Obj 401, 403 | |
| 58:05 | soldier didn't know the diagnosis of tinnitus, | | |
| 58:06 | they would understand that what they're being | | |
| 58:07 | asked about are symptoms that are associated with | | |
| 58:08 | that diagnosis? | | |
| 58:09 | A. Correct. | | |
| 58:10 | Q. Dr. Davis, do you recall ever training | | |
| 58:11 | any soldier or giving any soldier any instruction | | |
| 58:12 | on how to properly fit a Combat Arms Earplugs | | |
| 58:13 | Version 2 -- | | |
| 58:14 | A. I don't recall -- | | |
| 58:15 | Q. -- during your time at Fort Benning, in | | |
| 58:16 | this time period? | | |

**58:19 - 61:20   Davis, James (2021-01-28)   4:19**

| 58:19 | A. I don't recall it. | Re: [58:19 to 61:20] | SUSTAINED (58:19-60:06) |

| | | | | |
|---|---|---|---|---|
| 58:20 | Q. In connection with Topic D that we were | | | **Pltf Obj** 401, 403 | |
| 58:21 | talking about, your practices and procedures | | | | |
| 58:22 | pertaining to auditory testing or hearing | | | | |
| 58:23 | conservation, including the fit and use of | | | | |
| 58:24 | earplugs from May of 2008 to August of 2008, did | | | | |
| 58:25 | you instruct soldiers as to the importance of | | | | |
| 59:01 | having a proper fit or seal in connection with | | | | |
| 59:02 | their earplugs? | | | | |
| 59:03 | A. Yes. | | | | |
| 59:04 | Q. And tell us what you would tell the | | | | |
| 59:05 | soldiers in connection with having the proper | | | | |
| 59:06 | seal or fit? | | | | |
| 59:07 | A. Well, in order to best understand from | | | | |
| 59:08 | their aspect, you know, lay terms, I typically | | | | |
| 59:09 | will liken it to the seal in your sink.  If there | | | | |
| 59:10 | is any leakage at all, then the water will get | | | | |
| 59:11 | through.  If there's any leakage in the earplug | | | | |
| 59:12 | itself, then the air will get through.  The sound | | | | |
| 59:13 | is simply air molecules vibrating.  So if you're | | | | |
| 59:14 | going to block the noise for any sound, you have | | | | |
| 59:15 | to block the air. | | | | |
| 59:16 | Q. Is it fair to say that you never | | | | |
| 59:17 | instructed any soldiers on how to get a proper | | | | |
| 59:18 | seal or fit with respect to the Combat Arms | | | | |
| 59:19 | Earplugs Version 2? | | | | |
| 59:20 | A. Well, I don't recall fitting them. | | | | |
| 59:21 | Q. And during the time that you were at | | | | |
| 59:22 | Fort Benning, whose responsibility would it have | | | | |
| 59:23 | been to give instructions to the soldiers about | | | | |
| 59:24 | how to get a proper seal or fit for the CAEv2 if | | | | |
| 59:25 | they were being issued at that time? | | | | |
| 60:01 | A. Well, if it was the technician testing, | | | | |
| 60:02 | the technician would have done that.  If it was | | | | |
| 60:03 | an evaluation being done by me because of a | | | | |
| 60:04 | failed surveillance audiogram, then I would | | | | |
| 60:05 | provide that training individually. | | | | |
| 60:06 | Q. Okay.  And even though you didn't fit or | | | | |
| 60:07 | issue any CAEv2s during that time period, did you | | | | |
| 60:08 | receive any training from the military on how to | | | | |
| 60:09 | fit CAEv2s in the event that you were going to | | | | |
| 60:10 | use such devices? | | | | |
| 60:11 | A. In a very general way. | | | | |
| 60:12 | Q. Tell us what you recall about any | | | | |
| 60:13 | training you -- | | | | |
| 60:14 | A. Basically -- I mean, it's a preformed | | | | |
| 60:15 | earplug.  The fit would be -- I mean, we would do | | | | |
| 60:16 | it the same way as any other preformed earplug | | | | |
| 60:17 | with the difference being which -- which end to | | | | |
| 60:18 | use to correctly determine the function.  If | | | | |
| 60:19 | they're going to be around continuous noise, then | | | | |
| 60:20 | the solid end would need to be used.  If they're | | | | |
| 60:21 | going to be in combat where they may need to | | | | |

| | | | |
|---|---|---|---|
| 60:22 communicate, but there was the -- if there was a | | | |
| 60:23 possibility of gun fire, then they would wear the | | | |
| 60:24 filtered end in order to be able to hear and | | | |
| 60:25 communicate for awareness, but they would get | | | |
| 61:01 momentarily -- momentary protection from the | | | |
| 61:02 filter. | | | |
| 61:03 So the difference between another type | | | |
| 61:04 of solid earplug and the Combat Arms of any | | | |
| 61:05 version would be, when do you use the filtered | | | |
| 61:06 end and when do you use the solid part of the | | | |
| 61:07 earplug? | | | |
| 61:08 Q. And had you received specific training | | | |
| 61:09 on the CAEv2s or was your training in general | | | |
| 61:10 with respect to any device simply with the | | | |
| 61:11 knowledge of the CAEv2 is a double-sided and | | | |
| 61:12 determining when to use the yellow and when to | | | |
| 61:13 use the green side? | | | |
| 61:14 A. I remember it being explained to me in | | | |
| 61:15 the Navy.  You know, in the Navy, there wasn't | | | |
| 61:16 that strong of a push to use CAEs because at | | | |
| 61:17 least for myself I was dealing with sailors, and | | | |
| 61:18 their -- their noise was -- well, I probably | | | |
| 61:19 shouldn't get into this because we're going | | | |
| 61:20 outside the time frame. | | | |

| | | | |
|---|---|---|---|
| **61:22 - 61:25  Davis, James (2021-01-28)** | 0:08 | | |
| 61:22 A. It was limited, though. | | Re: [61:22 to 61:25] | |
| 61:23 Q. Did you get any training while you were | | Pltf Obj 401, 403 | |
| 61:24 in the Army? | | | |
| 61:25 A. Nothing specific, no. | | | |

| | | | |
|---|---|---|---|
| **62:06 - 62:19  Davis, James (2021-01-28)** | 1:49 | | |
| 62:06 Did you get any training from the | | Re: [62:06 to 62:19] | |
| 62:07 Army -- | | Pltf Obj 401, 403 | |
| 62:08 A. No. | | | |
| 62:09 Q. -- in connection with fitting CAEv2s? | | | |
| 62:10 A. No, no, no. | | | |
| 62:11 Q. Any training from the Army in terms of | | | |
| 62:12 deciding when, if ever, to issue CAEv2s from May | | | |
| 62:13 of 2008 to August of 2008 while you were -- | | | |
| 62:14 A. No, ma'am. | | | |
| 62:15 Q. Any training from the Army during that | | | |
| 62:16 time period at Fort Benning as to how to test for | | | |
| 62:17 a proper seal for CAEv2s? | | | |
| 62:18 A. Not from the Army.  I was already aware | | | |
| 62:19 of how to do that in my past experience. | | | |

| | | | |
|---|---|---|---|
| **62:23 - 63:07  Davis, James (2021-01-28)** | 1:55 | | |
| 62:23 Q. Okay.  During the time that you were at | | Re: [62:23 to 63:07] | <mark>SUSTAINED</mark> |
| 62:24 Fort Benning, did you see any posters, any | | Pltf Obj 401, 403 | |
| 62:25 PowerPoint presentations, any other media devices | | | |
| 63:01 that were displayed concerning the CAEv2s and how | | | |

| | | |
|---|---|---|
| 63:02 to fit those devices? | | |
| 63:03 A. I don't remember any -- any posters. | | |
| 63:04 The PowerPoint presentations given during the | | |
| 63:05 training at the 30th AG, if I'm recalling -- this | | |
| 63:06 is tough to remember -- it went over different | | |
| 63:07 types of hearing protection. | | |

**63:12 - 63:23**  Davis, James (2021-01-28)  1:44

| | | |
|---|---|---|
| 63:12 Q. Do you recall seeing any, what I'll call | Re: [63:12 to 63:23] | <mark>SUSTAINED</mark> |
| 63:13 a wallet card, a card that would be given to | Pltf Obj 401, 403 | |
| 63:14 soldiers in connection with the CAEv2s that gave | | |
| 63:15 any instructions on fitting or placement of the | | |
| 63:16 CAEv2s?  Again, any time while you were at Fort | | |
| 63:17 Benning in this time frame? | | |
| 63:18 A. Yeah.  I don't -- cards for the -- for | | |
| 63:19 the Version 2s.  I think we did have them for the | | |
| 63:20 other types, if I'm remembering.  We just had -- | | |
| 63:21 we just ordered what we had for what we were | | |
| 63:22 fitting, you know.  I don't remember -- I don't | | |
| 63:23 remember any posters. | | |

**64:12 - 64:19**  Davis, James (2021-01-28)  0:16

| | |
|---|---|
| 64:12 (WHEREUPON, THE DOCUMENT WAS MARKED AS | Re: [64:12 to 64:19] |
| 64:13 EXHIBIT NO. 2 TO THE TESTIMONY OF THE WITNESS AND | |
| | Pltf Obj 401, 403 |
| 64:14 IS HERETO ATTACHED.) | |
| 64:15 BY MS. KARIS: | |
| 64:16 Q. Dr. Davis, I put up here what is MDL | |
| 64:17 00022 -- | |
| 64:18 A. There we go. | |
| 64:19 Q. -- 9332. | |

**64:25 - 64:25**  Davis, James (2021-01-28)  0:03

| | |
|---|---|
| 64:25 Q. Do you recognize this document? | Re: [64:25 to 64:25] |
| | Pltf Obj 401, 403 |

**65:08 - 65:17**  Davis, James (2021-01-28)  1:30

| | |
|---|---|
| 65:08 A. I honestly couldn't say if I had ever | Re: [65:08 to 65:17] |
| 65:09 seen it before or not.  Different -- different | Pltf Obj 401, 403 |
| 65:10 training materials were produced by each branch | |
| 65:11 public health center, but it was always up to | |
| 65:12 each particular unit command, whatever, to | |
| 65:13 actually order these things.  So I've seen | |
| 65:14 different cards, you know, floating around | |
| 65:15 basically over the course of my career, but I | |
| 65:16 don't know if I've specifically seen this one | |
| 65:17 before. | |

**65:21 - 66:05**  Davis, James (2021-01-28)  1:32

| | |
|---|---|
| 65:21 Q. -- the second page of the document. | Re: [65:21 to 66:05] |
| 65:22 You recognize that device as being the | Pltf Obj 401, 403 |
| 65:23 Combat Arms Earplug Version 2, the -- | |

| | | | | |
|---|---|---|---|---|
| 65:24   A. Right.  The double -- the double-ended | | | | |
| 65:25   one, yes. | | | | |
| 66:01   Q. Is it fair to say, Dr. Davis, you | | | | |
| 66:02   certainly never gave any soldier this card or | | | | |
| 66:03   wallet card with any instructions associated with | | | | |
| 66:04   the card; is that correct? | | | | |
| 66:05   A. I don't think so, no. | | | | |

66:10 - 66:18   Davis, James (2021-01-28)                         1:33

66:10   Q. Okay.  Even though you never issued any
66:11   Combat Arms earplugs during the time that you
66:12   were at Fort Benning, recognizing your testimony
66:13   that CAEv2 was being phased out and you're not
66:14   aware of anybody issuing them, did you come to
66:15   have any knowledge regarding how soldiers were
66:16   instructed with respect to inserting the CAEv2s?
66:17   A. Not from anyone outside my own
66:18   department.

Re: [66:10 to 66:18]
Pltf Obj 401, 403                    **SUSTAINED**

66:20 - 67:05   Davis, James (2021-01-28)                         1:55

66:20   A. If they were fitting them, I don't know.
66:21   Q. You testified, if I heard you correctly,
66:22   that you wouldn't consider filtered earplugs to
66:23   be appropriate around equipment or engine noise.
66:24   Do you recall that testimony?
66:25   A. Correct.
67:01   Q. Could you explain what you meant there?
67:02   A. Well, a filtered earplug is intended for
67:03   intermittent, high intensity noise.  But the
67:04   filter is unable to attenuate a constant noise,
67:05   an engine noise, machinery that's constant noise.

Re: [66:20 to 67:05]
Pltf Obj 401, 403                    **SUSTAINED**

67:10 - 67:13   Davis, James (2021-01-28)                         0:18

67:10   Q. Did you ever instruct any soldiers, even
67:11   if you weren't giving them the CAEv2s, on how and
67:12   when to use each side or end of the Combat Arms
67:13   Earplugs Version 2?

Re: [67:10 to 67:13]
Pltf Obj 401, 403

67:18 - 68:02   Davis, James (2021-01-28)                         0:25

67:18   A. Well, the thing is I don't recall
67:19   fitting that particular one, just the later
67:20   versions.  And I certainly did discuss when it
67:21   was appropriate to use the filtered setting
67:22   because that's a very important aspect of this
67:23   type of earplug to understand.
67:24   Q. And your discussion was in connection
67:25   with other devices, not the CAEv2; is that
68:01   correct?
68:02   A. Correct.

Re: [67:18 to 68:02]
Pltf Obj 401, 403

68:18 - 68:23   Davis, James (2021-01-28)                         1:31

68:18   Now you testified that at least during

Re: [68:18 to 68:23]

| | | | | |
|---|---|---|---|---|
| 68:19  the time that you were at Fort Benning, you did<br>68:20  instruct on other devices other than the CAEv2,<br>68:21  and other devices I mean hearing protection<br>68:22  devices, correct?<br>68:23  A. Correct. | | | Pltf Obj 401, 403 | |

**69:18 - 70:10**  Davis, James (2021-01-28)  —  1:57

| | | | | |
|---|---|---|---|---|
| 69:18  Q. What you also recall is at that time,<br>69:19  the CAEv2 was a device that was moved away from<br>69:20  and different types of devices, including the<br>69:21  Elvex Quattro had been phased in at Fort Benning,<br>69:22  correct?<br>69:23  A. In my department --<br>69:24  Q. In your department.<br>69:25  A. -- which is -- yeah, which is all I had<br>70:01  any control over.  I understand that safety has a<br>70:02  responsibility -- like each unit's command has to<br>70:03  provide hearing protection.  And I believe this<br>70:04  is universal through the DoD, if I'm not<br>70:05  mistaken.  I know with the Navy, this is true.<br>70:06  So as I stated before, soldiers could<br>70:07  get earplugs from different -- in different<br>70:08  manners, you know.  In my department, it was the<br>70:09  later version CAEs, the Elvex Quattros<br>70:10  triple-flange and hand formed. | | | Re: [69:18 to 70:10]<br>Pltf Obj 401, 403 | |

**70:11 - 70:22**  Davis, James (2021-01-28)  —  1:36

| | | | | |
|---|---|---|---|---|
| 70:11  Q. And did you have an understanding as to<br>70:12  whether other departments within Fort Benning had<br>70:13  different -- were using different devices than<br>70:14  the ones you were familiar with?<br>70:15  A. Well, I really didn't know at that time.<br>70:16  Q. Okay.  So you don't know one way or the<br>70:17  other.  Is that --<br>70:18  A. I really don't.  Yeah.  I mean, being<br>70:19  brand new to the block, you know, there was a lot<br>70:20  of learning.  I didn't even speak the Army<br>70:21  language.  I still don't speak the Army language,<br>70:22  but it was a learning curve, let me tell you. | | | Re: [70:11 to 70:22]<br>Def Obj relevance (401, 402);<br>403 | SUSTAINED |

**70:25 - 71:04**  Davis, James (2021-01-28)  —  0:19

| | | | | |
|---|---|---|---|---|
| 70:25  You testified -- if I heard you<br>71:01  correctly -- that what -- in terms of issuing<br>71:02  hearing protection devices and different types of<br>71:03  hearing protection devices, I believe your words<br>71:04  were what works for one doesn't work for others. | | | Re: [70:25 to 71:04]<br>Pltf Obj 401, 403 | |

**71:05 - 71:08**  Davis, James (2021-01-28)  —  0:08

| | | | | |
|---|---|---|---|---|
| 71:05  A. No.  What I said, what works with one<br>71:06  may not for another person.<br>71:07  Q. Fair enough.  What works for one may not<br>71:08  work for another person. | | | | |

| | | |
|---|---|---|
| **71:09 - 72:13   Davis, James (2021-01-28)** | 2:45 | |
| 71:09   A. You've got to look at the individual to | | **Re: [71:09 to 72:13]** |
| 71:10   determine what's going to be -- what you can | | **Pltf Obj** 401, 403 |
| 71:11   surmise to be the best item to try to use first | | |
| 71:12   or second or third, you know. | | |
| 71:13   Q. Fair enough. | | |
| 71:14   A. It's definitely not a one size fits all | | |
| 71:15   situation. | | |
| 71:16   Q. And what are the characteristics that | | |
| 71:17   you look for in order to determine what is the | | |
| 71:18   best fit for a particular soldier in terms of | | |
| 71:19   selecting hearing protection device, again, based | | |
| 71:20   on your experience at that time? | | |
| 71:21   A. Yeah. Ear canal size. Is it a larger | | |
| 71:22   canal? It a narrow ear canal? Is the ear canal | | |
| 71:23   relatively straight? Or is -- are there sharp | | |
| 71:24   bends? Ordinarily, we have two bends in our ear | | |
| 71:25   canals, not a straight line to the eardrum. And | | |
| 72:01   also sensitivity to the earplug. Some people | | |
| 72:02   can't tolerate a harder material earplug as some | | |
| 72:03   other person may be able to tolerate it. There's | | |
| 72:04   a lot of individuality there. | | |
| 72:05   Q. And during the time that you were at | | |
| 72:06   Fort Benning, is it your understanding that the | | |
| 72:07   role or responsibility of determining what was | | |
| 72:08   the best fit for a hearing protection device for | | |
| 72:09   a particular soldier was performed within the | | |
| 72:10   Hearing Conservation Program of the Army? | | |
| 72:11   A. That's a tough one to answer because, as | | |
| 72:12   I said, soldiers were getting Army-approved | | |
| 72:13   earplugs outside of the base. | | |
| **72:17 - 73:06   Davis, James (2021-01-28)** | 1:51 | |
| 72:17   A. And when you're dealing with thousands | | **Re: [72:17 to 73:06]** |
| 72:18   upon thousands of people, one little audiology | | **Pltf Obj** 401, 403 |
| 72:19   department is not going to be able to completely | | |
| 72:20   track what's going on there. That's why safety | | |
| 72:21   is supposed to be monitoring that. So if you're | | |
| 72:22   a soldier with one -- I'm trying to remember what | | |
| 72:23   the Army calls it -- you know, one battalion or | | |
| 72:24   what have you, they have their own safety reps | | |
| 72:25   that watch what their own -- their own personnel | | |
| 73:01   are doing or even issuing those earplugs to. | | |
| 73:02   Now some earplugs they can issue like | | |
| 73:03   the hand form. That doesn't require a medical | | |
| 73:04   fitting. But anything that was fit from my | | |
| 73:05   department was fit by the technicians or by the | | |
| 73:06   audiologist. | | |